UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DWIGHT RUSSELL, | § | |
| JOHNNIE PIERSON, | § | |
| JOSEPH ORTUNO | § | |
| | § | |
| On behalf of themselves and all | § | |
| others similarly situated, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:19-cv-00226 |
| | § | (Class Action) |
| | § | |
| HARRIS COUNTY, TEXAS, and | § | |
| SHERIFF ED GONZALEZ, | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFFS

I, Natalia M. Cornelio, an attorney with the Texas Civil Rights Project, hereby file this Notice

of Appearance on behalf of all Plaintiffs in this action.

Dated: January 22, 2019.

Respectfully submitted,

_/s/ Natalia Cornelio_
Natalia Cornelio
Illinois Bar No. 6289267
Southern Dist. No. 1278866
TEXAS CIVIL RIGHTS PROJECT
405 Main Street, 7th Floor
Houston, TX 77002
Tel: (832) 767-3650 ext. 160
Fax: (832) 554-9981
natalia@texascivilrightsproject.org

**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

 I certify that a true and correct copy of the foregoing Notice of Appearance on behalf of Plaintiffs has been filed on March 12, 2018, via the CM/ECF system, which will automatically serve a Notice of Electronic Filing on all counsel of record.

*/s/ Natalia Cornelio*
Natalia Cornelio