IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DWIGHT RUSSELL, *et al.*, on behalf of themselves and all others similarly situated, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-19-0226 |
| HARRIS COUNTY TEXAS, *et al.*, | § § § | |
| Defendants. | § | |

**ORDER GRANTING UNOPPOSED MOTION TO
STAY PROCEEDINGS FOR 90 DAYS**

Plaintiffs' unopposed motion to stay proceedings for 90 days is granted. (Docket Entry No. 14). The case is stayed until May 10, 2019, so that the parties may discuss settlement.

SIGNED on February 5, 2019, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge