UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DWIGHT RUSSELL, <br> JOHNNIE PIERSON, <br> JOSEPH ORTUNO <br><br> On behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> HARRIS COUNTY, TEXAS, and SHERIFF ED GONZALEZ, <br><br> Defendants. | § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:19-cv-00226 <br> (Class Action) |

## NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFFS

I, Meagan T. Harding, an attorney with the Texas Civil Rights Project, hereby file this Notice of Appearance on behalf of all Plaintiffs in this action.

Dated: May 2, 2019.

                                               Respectfully submitted,

                                               _/s/ Meagan Harding_
                                               Meagan Harding
                                               Texas Bar No. 24080179
                                               Southern Dist. No. 3365526

                                               TEXAS CIVIL RIGHTS PROJECT
                                               405 Main Street, 7th Floor
                                               Houston, TX 77002
                                               Tel: (832) 767-3650 ext. 118
                                               Fax: (832) 554-9981
                                               meagan@texascivilrightsproject.org

                                               **ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the foregoing Notice of Appearance on behalf of Plaintiffs has been filed on May 2, 2019, via the CM/ECF system, which will automatically serve a Notice of Electronic Filing on all counsel of record.

*/s/ Meagan Harding*
Meagan Harding