UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DWIGHT RUSSELL, JOHNNIE PIERSON, and JOSEPH ORTUNO, on behalf of themselves and all others similarly situated, § § § § | | |
| Plaintiffs, § § | | |
| v.  § § § | CIVIL ACTION NO. 4:19-cv-00226 (Class Action) | |
| HARRIS COUNTY, TEXAS, and SHERIFF ED GONZALEZ, § § § § | | |
| Defendants. § | | |

## PLAINTIFFS' UNOPPOSED MOTION TO WITHDRAW NATALIA CORNELIO AS ATTORNEY OF RECORD

Plaintiffs respectfully move to withdraw Natalia Cornelio as an attorney of record in this case. Ms. Cornelio will be ending her employment with the Texas Civil Rights Project (TCRP). Her withdrawal will not cause undue delay and will not adversely affect the interests of Plaintiffs. Plaintiffs will continue to be represented by Neal Manne, Joe Grinstein, Lexie White (Susman Godfrey LLP), Alex Karakstanis, Elizabeth Rossi (Civil Rights Corp), and Meagan Harding (TCRP). Defendants are unopposed to this request.

For these reasons, Plaintiffs respectfully request leave to withdraw Natalia Cornelio as counsel in this case.

Dated: May 6, 2019

Respectfully Submitted,
*/s/ Natalia Cornelio*
NATALIA CORNELIO

Texas Bar No. 24112895
Southern District No. 1278866
MEAGAN HARDING
Texas Bar No. 24080179
TEXAS CIVIL RIGHTS PROJECT
405 Main St, Suite 716
Houston, Texas 77002
Tel: (832) 767-3650
Fax: (832) 554-9981
natalia@texascivilrightsproject.org
meagan@texascivilrightsproject.org

Neal S. Manne
State Bar No. 12937980
Lexie G. White
State Bar No. 24048876
Joseph S. Grinstein
State Bar No. 24002188
Elizabeth Hadaway
State Bar No. 24109962
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Phone: (713) 651-9366
nmanne@susmangodfrey.com
lwhite@susmangodfrey.com
jgrinstein@susmangodfrey.com
ehadaway@susmangodfrey.com


Alex Karakatsanis
D.C. Bar No. 999294
Elizabeth Rossi
D.C. Bar No. 1500502
**CIVIL RIGHTS CORPS**
910 17th Street NW, Suite 200
Washington, DC 20006
Phone: (202) 599-0953
Fax: (202) 609-8030
alec@civilrightscorps.org
elizabeth@civilrightscorps.org

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with Defendants' counsel and that the County and the Sheriff are unopposed to this request.

*/s/ Natalia Cornelio*
Natalia Cornelio

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served on all counsel of record on May 6, 2019, through the Electronic Case File System of the Southern District of Texas.

*/s/ Natalia Cornelio*
Natalia Cornelio