UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DWIGHT RUSSELL, JOHNNIE PIERSON, and JOSEPH ORTUNO, on behalf of themselves and all others similarly situated, § § § § | | |
| Plaintiffs, § | | |
| § | | |
| v. § | CIVIL ACTION NO. 4:19-cv-00226 | |
| § | (Class Action) | |
| HARRIS COUNTY, TEXAS, and SHERIFF ED GONZALEZ, § § § § | | |
| Defendants. § | | |

## ORDER

On this date, the court has considered Plaintiffs' Unopposed Motion to Withdraw Natalia Cornelio as Counsel. After reviewing the arguments, the Motion to Withdraw is GRANTED. It is ORDERED that Natalia Cornelio is withdrawn as counsel of record for Plaintiffs in this case. The Clerk is instructed to remove Ms. Cornelio from further electronic notifications for this case.

Signed on _____, 2019

_____
HON. LEE ROSENTHAL
UNITED STATES DISTRICT JUDGE