UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:19-CV-00226 |
|---|---|---|---|

RUSSELL et al

*versus*

HARRIS COUNTY, TEXAS et al

United States Courts
Southern District of Texas
FILED
MAY 06 2019
David J. Bradley, Clerk of Court

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Mimi Marziani<br>Texas Civil Rights Project<br>1405 Montopolis Drive<br>Austin, TX 78741<br>512-474-5073<br>Mimi@texascivilrightsproject.org<br>TX Bar No. 24091906/Admitted in the Western District of TX |
|---|---|

| Name of party applicant seeks to appear for: | RUSSELL et al |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____   No ✔

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 5/1/2019 | Signed: /s/ |
|---|---|

| The state bar reports that the applicant's status is: | Active |
|---|---|
| Dated: | Clerk's signature |

**Order**

This lawyer is admitted *pro hac vice.*

Dated: _____   _____
United States District Judge