United States District Court
Southern District of Texas

**ENTERED**

May 08, 2019

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:19-CV-00226 |
|---|---|---|---|

| | |
|---|---|
| | RUSSELL et al |
| | *versus* |
| | HARRIS COUNTY, TEXAS et al |

United States Courts
Southern District of Texas
F I L E D

MAY 06 2019

David J. Bradley, Clerk of Court

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Mimi Marziani<br>Texas Civil Rights Project<br>1405 Montopolis Drive<br>Austin, TX 78741<br>512-474-5073<br>Mimi@texascivilrightsproject.org<br>TX Bar No. 24091906/Admitted in the Western District of TX |
|---|---|

| Name of party applicant seeks to appear for: | RUSSELL et al |
|---|---|

| |
|---|
| Has applicant been sanctioned by any bar association or court?  Yes _____  No __✔__ |
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: | 5/1/2019 | Signed: | |
|---|---|---|---|

| The state bar reports that the applicant's status is: | Active |
|---|---|
| Dated: May 8, 2019 | Clerk's signature |

| **Order** |
|---|

Dated: May 8, 2019

**This lawyer is admitted *pro hac vice*.**

United States District Judge