IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DWIGHT RUSSELL, JOHNNIE PIERSON, JOSEPH ORTUNO, On behalf of themselves and all others similarly situated, Plaintiffs, v. HARRIS COUNTY, TEXAS, SHERIFF ED GONZALEZ, Defendants. | Case No. 4:19-cv-00226 (Class Action) |

## JOINT MOTION FOR STAY OF 60 DAYS

On February 5, 2019, the Court granted a 90-day stay of proceedings in the above-captioned case so that the parties could discuss settlement. Plaintiffs, Harris County, and the Harris County Sheriff are actively discussing the important issues in this case with each other and with all stakeholders in the County, and are making progress toward a resolution. Although the stakeholders' main focus has been on urgently finalizing a resolution to the misdemeanor bail lawsuit, *ODonnell v. Harris County*, Case No. 4:16-cv-1414 (S.D. Tex. 2016), the parties are simultaneously making progress relating to the felony system as they negotiate new misdemeanor systems and logistics. Accordingly, the parties respectfully request a 60-day stay of proceedings in the above-captioned case to continue settlement discussions.

1

Respectfully submitted,

*s/ Neal S. Manne*
Neal S. Manne
State Bar No.: 12937980
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Phone: (713) 651-9366
nmanne@susmangodfrey.com

Attorney-in-Charge for Plaintiffs

**OF COUNSEL:**
Lexie G. White
State Bar No.: 24048876
Joseph S. Grinstein
State Bar No.: 24002188
Elizabeth Hadaway (*Pro Hac Vice* application forthcoming)
State Bar No. 24109962
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Phone: (713) 651-9366
lwhite@susmangodfrey.com
jgrinstein@susmangodfrey.com
ehadaway@susmangodfrey.com


Alec Karakatsanis
D.C. Bar No. 999294
Elizabeth Rossi
D.C. Bar No. 1500502
**CIVIL RIGHTS CORPS**
910 17th Street NW, Suite 200
Washington, DC 20006
Phone: (202) 599-0953
Fax: (202) 609-8030
alec@civilrightscorps.org
elizabeth@civilrightscorps.org


Mimi Marziani (*Pro Hac Vice*)
Texas State Bar No. 24091906

Meagan T. Harding
Texas State Bar No. 24080179
Southern District No. 3365526
**TEXAS CIVIL RIGHTS PROJECT**
405 N Main St, Suite 716
Houston, TX 77002
Phone: 512-474-5073 ext 118
Fax: 832-554-9981
mimi@texascivilrightsproject.org
meagan@texascivilrightsproject.org


*/s/ Victoria Jimenez*
OF COUNSEL, VINCE RYAN
Harris County Attorney

VICTORIA L. JIMENEZ
Assistant County Attorney
Federal I.D. No. 2522937
State Bar No. 24060021
1861 Old Spanish Trail
Houston, Texas 77054
Telephone:  (832) 927-5211
Facsimile: (713) 755-8924
E-mail: victoria.jimenez@cao.hctx.net

*Attorney for Defendant Sheriff Ed Gonzalez*

*/s/ Melissa L. Spinks*
OF COUNSEL, VINCE RYAN
Harris County Attorney

MELISSA L. SPINKS
Assistant County Attorney
Federal I.D. 1312334
State Bar No. 24029431
1019 Congress, 15th Floor
Houston, Texas 77002
Telephone: (713) 274-5132
Facsimile: (713) 755-8924
melissa.spinks@cao.hctx.net

*Attorney for Defendant Harris County*

## **CERTIFICATE OF SERVICE**

I certify that on May 8, 2019 a true and correct copy of this document properly was served on counsel of record via electronic filing in accordance with the USDC, Southern District of Texas Procedures for Electronic Filing.

*/s/ Elizabeth Rossi*
Elizabeth Rossi