United States District Court
Southern District of Texas
**ENTERED**
May 10, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DWIGHT RUSSELL, JOHNNIE PIERSON, and JOSEPH ORTUNO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HARRIS COUNTY, TEXAS, and SHERIFF ED GONZALEZ,<br><br>Defendants. | CIVIL ACTION NO. 4:19-cv-00226<br>(Class Action) |

## ORDER

On this date, the court has considered Plaintiffs' Unopposed Motion to Withdraw Natalia Cornelio as Counsel. After reviewing the arguments, the Motion to Withdraw is GRANTED. It is ORDERED that Natalia Cornelio is withdrawn as counsel of record for Plaintiffs in this case. The Clerk is instructed to remove Ms. Cornelio from further electronic notifications for this case.

Signed on ___May 10___, 2019

_____
HON. LEE ROSENTHAL
UNITED STATES DISTRICT JUDGE