United States District Court
Southern District of Texas
**ENTERED**
May 10, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DWIGHT RUSSELL, *et al.*, on behalf of themselves and all others similarly situated, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-19-0226 |
| HARRIS COUNTY TEXAS, *et al.*, | § § § | |
| Defendants. | § | |

## ORDER GRANTING JOINT MOTION
## FOR STAY OF 60 DAYS

The parties' joint motion to stay proceedings for 60 days, Docket Entry No. 24, is granted. The case is stayed until July 10, 2019, so that the parties may continue making progress toward settlement. A status conference is set for **July 10, 2019, at 8:30 a.m.**, in Courtroom 11-B.

SIGNED on May 10, 2019, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge