# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

Dwight Russell, et al.

v.                                                                    Case Number: 4:19–cv–00226

Harris County, Texas, et al.

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
Courtroom 11B
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 7/25/2019

**TIME:** 11:00 AM

**TYPE OF PROCEEDING:** Status Conference

Date:   July 22, 2019

                                                                David J. Bradley, Clerk