IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

| | |
|---|---|
| DWIGHT RUSSELL, <br> JOHNNIE PIERSON, <br> JOSEPH ORTUNO, <br><br> On behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> HARRIS COUNTY, TEXAS, <br><br> SHERIFF ED GONZALEZ, <br><br> Defendants. | Case No. 4:19-cv-00226 <br> (Class Action) |

## NOTICE OF CHANGE OF ADDRESS

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that the undersigned counsel, Alec Karakatsanis and Elizabeth Rossi, for Plaintiffs in the above-captioned matter, hereby file this Notice of Change of Address, and respectfully request the Court, all counsel of record, and parties in interest to take notice of the address change effective immediately:

Alec George Karakatsanis
alec@civilrightscorps.org
Elizabeth Rossi
elizabeth@civilrightscorps.org
Civil Rights Corps
1601 Connecticut Ave NW, Suite 800
Washington, DC 20009
Telephone: (202) 894-6142

1

All future correspondence and notices should be directed to the above-specified address.

Date: October 8, 2019                                 Respectfully Submitted,

                                                      */s/ Alec Karakatsanis*
                                                      */s/ Elizabeth Rossi*
                                                      Alec George Karakatsanis
                                                      alec@civilrightscorps.org
                                                      Elizabeth Rossi
                                                      elizabeth@civilrightscorps.org
                                                      Civil Rights Corps
                                                      1601 Connecticut Ave NW, Suite 800
                                                      Washington, DC 20009
                                                      Telephone: (202) 894-6142

                                                      *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of October 2019, I electronically filed the foregoing with the clerk of the court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

>                             */s/ Elizabeth Rossi*
>                             Elizabeth Rossi