# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

|  |  |
|---|---|
| DWIGHT RUSSELL, <br> JOHNNIE PIERSON, <br> JOSEPH ORTUNO, <br><br> On behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> HARRIS COUNTY, TEXAS, <br><br> SHERIFF ED GONZALEZ, <br><br> Defendants. | Case No. 4:19-cv-00226 <br> (Class Action) |

## JOINT NOTICE

The Parties write to update the Court on the status of settlement negotiations in the above-captioned case, which have proceeded in earnest since the *ODonnell* litigation concluded at the end of November. The Parties are working diligently toward a possible resolution of the case and will report further to the Court in due course.

Respectfully submitted,

*s/ Neal S. Manne*
Neal S. Manne
State Bar No.: 12937980
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Phone: (713) 651-9366
nmanne@susmangodfrey.com

Attorney-in-Charge for Plaintiffs

**OF COUNSEL:**
Lexie G. White
State Bar No.: 24048876
Joseph S. Grinstein
State Bar No.: 24002188
Elizabeth Hadaway (*Pro Hac Vice* application forthcoming)
State Bar No. 24109962
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Phone: (713) 651-9366
lwhite@susmangodfrey.com
jgrinstein@susmangodfrey.com
ehadaway@susmangodfrey.com

Alec Karakatsanis
D.C. Bar No. 999294
Elizabeth Rossi
D.C. Bar No. 1500502
**CIVIL RIGHTS CORPS**
910 17th Street NW, Suite 200
Washington, DC 20006
Phone: (202) 599-0953
Fax: (202) 609-8030
alec@civilrightscorps.org
elizabeth@civilrightscorps.org

Mimi Marziani (*Pro Hac Vice*)
Texas State Bar No. 24091906
Meagan T. Harding
Texas State Bar No. 24080179
Southern District No. 3365526
**TEXAS CIVIL RIGHTS PROJECT**
405 N Main St, Suite 716
Houston, TX 77002
Phone: 512-474-5073 ext 118
Fax: 832-554-9981
mimi@texascivilrightsproject.org
meagan@texascivilrightsproject.org

*Attorneys for Plaintiffs*

*/s/ Victoria Jimenez*
OF COUNSEL, VINCE RYAN
Harris County Attorney

VICTORIA L. JIMENEZ
Assistant County Attorney
Federal I.D. No. 2522937
State Bar No. 24060021
1861 Old Spanish Trail
Houston, Texas 77054
Telephone:  (832) 927-5211
Facsimile: (713) 755-8924
E-mail: victoria.jimenez@cao.hctx.net

*/s/ Murray Fogler*
Murray Fogler
FOGLER, BRAR, FORD,
O'NEIL & GRAY, LLP
2 Houston Center
909 Fannin St, Suite 1640
Houston, Texas 77010
(713) 481-1010
(713) 574-3224 (Fax)

*Attorneys for Defendant Sheriff Ed Gonzalez*

*/s/ Melissa L. Spinks*
OF COUNSEL, VINCE RYAN
Harris County Attorney

MELISSA L. SPINKS
Assistant County Attorney
Federal I.D. 1312334
State Bar No. 24029431
1019 Congress, 15th Floor
Houston, Texas 77002
Telephone: (713) 274-5132
Facsimile: (713) 755-8924
melissa.spinks@cao.hctx.net

*Attorney for Defendant Harris County*

## **CERTIFICATE OF SERVICE**

I certify that on January 10, 2020 a true and correct copy of this document properly was served on counsel of record via electronic filing in accordance with the USDC, Southern District of Texas Procedures for Electronic Filing.

*/s/ Elizabeth Rossi*
Elizabeth Rossi