# Exhibit F – General Order Bond Order



### Harris County Criminal District Court Trial Division
### GENERAL ORDER BOND FOR CERTAIN OFFENSES

In an effort to stem the tide of accused citizens being admitted to the Harris County Jail and to expedite the release of those arrested, the Harris County District Court Judges Trying Criminal Cases have approved a General Order Bond to facilitate the immediate release of people arrested and charged with certain non-violent state jail felony offenses. No person shall be released under this General Order Bond who already has an open, pending felony case, or who has an open warrant or hold, or who is on supervised release, such as felony probation or felony deferred adjudication.

Effective immediately, upon identification by the Harris County District Attorney's Office and before the matter is placed on the Hearing Officers' docket, Harris County Pretrial Services is **ORDERED** to process the immediate release of the following persons under this General Order Bond, to be supervised by Pretrial Services:

Any person booked into the Harris Joint Processing Center, arrested for the offenses listed below, who is not already on felony probation or felony deferred adjudication, or does not have another warrant, hold, or pending felony charge:

- Bribery, 36.02
- Credit or Debit Card Abuse, 32.31(d)
- Criminal Mischief, 28.03
- Electronic Access Interference, 33.022
- Delivery of Marihuana, 481.120(b)(3)
- False Statement to Obtain Property or Credit, 32.32
- Forgery, 32.23(e)
- Fraudulent Transfer of a Motor Vehicle, 32.34
- Fraudulent Use or Possession of Identifying Information, 32.51(c)(2)
- Graffiti, 28.08
- Health Care Fraud, 35A.02(b)(4)-(6)
- Insurance Fraud, 35.02(c)(4)-(6)
- Manufacture or Delivery of Substance in Penalty Group 1, 481.112(b)
- Possession of Substance in Penalty Group 1, 481.115(b)
- Manufacture, Possession, or Delivery of Unlawful Telecommunications Device, 33A.03
- Possession of Marihuana, 481.121(b)(3)
- Theft, 31.03(e)(4)
- Theft of Service, 31.04(e)(4)

- Theft of Telecommunications Service, 33A.04(b)(3)
- Unauthorized Use of Telecommunications Service, 33A.02(b)(3)

Signed the 20th day of March, 2020

*Herb Ritchie*
Herb Ritchie
Administrative Judge
Harris County District Courts Trying Criminal Cases