# Exhibit K – Harris County Felony Pretrial Detention Reports

# HARRIS COUNTY FELONY PRETRIAL DETENTION REPORT

BROUGHT TO YOU BY THE TEXAS CRIMINAL JUSTICE COALITION AND THE TEXAS ORGANZING PROJECT

EVERY NIGHT THOUSANDS OF PEOPLE ARE LOCKED IN A CAGE AT THE HARRIS COUNTY JAIL BECAUSE THEY CAN'T AFFORD MONEY BAIL, EVEN THOUGH IT IS ILLEGAL TO JAIL PEOPLE SOLELY BECAUSE THEY ARE POOR. THIS REPORT USES JAIL POPULATION DATA PROVIDED BY HARRIS COUNTY TO COMPARE THE PRETRIAL DETENTION NUMBERS OF HARRIS COUNTY'S FELONY JUDGES.

## DISTRICT COURTS BY HIGHEST PRETRIAL DETENTION POPULATION
### DECEMBER 29, 2019 - JANUARY 4, 2020

**#1: JUDGE GEORGE POWELL**

**258** PEOPLE DETAINED PER NIGHT BASED ON INABILITY TO PAY

351ST DISTRICT COURT

**#2: JUDGE RAMONA FRANKLIN**



**255** PEOPLE DETAINED PER NIGHT BASED ON INABILITY TO PAY

338TH DISTRICT COURT

**#3: JUDGE JESSE MCCLURE**



**250** PEOPLE DETAINED PER NIGHT BASED ON INABILITY TO PAY

339TH DISTRICT COURT

| RANK | COURT | JUDGE | DAILY AVERAGE NUMBER OF PEOPLE DETAINED PRETRIAL |
|---|---|---|---|
| 4. | 174TH | HAZEL JONES | 249 |
| 5. | 185TH | JASON LUONG | 234 |
| 6. | 337TH | HERB RITCHIE | 222 |
| 7. | 183RD | CHUCK SILVERMAN | 215 |
| 8. | 184TH | ABIGAIL ANASTASIO | 215 |
| 9. | 179TH | RANDY ROLL | 213 |
| 10. | 262ND | LORI CHAMBERS GRAY | 207 |
| 11. | 263RD | AMY MARTIN | 205 |
| 12. | 208TH | GREG GLASS | 198 |
| 13. | 176TH | NIKITA HARMON | 195 |
| 14. | 182ND | DANILO LACAYO | 195 |
| 15. | 230TH | CHRIS MORTON | 192 |
| 16. | 232ND | JOSH HILL | 188 |
| 17. | 248TH | HILLARY UNGER | 185 |
| 18. | 178TH | KELLI JOHNSON | 182 |
| 19. | 177TH | ROBERT JOHNSON | 178 |
| 20. | 209TH | BRIAN WARREN | 163 |
| 21. | 228TH | FRANK AGUILAR | 154 |
| 22. | 180TH | DASEAN JONES | 148 |

Harris County taxpayers spent over **$2.3 MILLION DOLLARS** on illegal pretrial detention this week. That's close to twice the $1.3 million Harris County taxpayers spend every week on public health services, the public library, and pollution control **COMBINED.**

# HARRIS COUNTY FELONY PRETRIAL DETENTION REPORT

BROUGHT TO YOU BY THE TEXAS CRIMINAL JUSTICE COALITION AND THE TEXAS ORGANZING PROJECT

---

ON AN AVERAGE NIGHT LAST WEEK, **4,470** PEOPLE WERE LOCKED IN A CAGE AT THE HARRIS COUNTY JAIL BECAUSE THEY COULDN'T AFFORD MONEY BAIL, EVEN THOUGH IT IS ILLEGAL TO JAIL PEOPLE SOLELY BECAUSE THEY ARE POOR. THIS REPORT USES JAIL POPULATION DATA PROVIDED BY HARRIS COUNTY TO COMPARE THE PRETRIAL DETENTION NUMBERS OF HARRIS COUNTY'S FELONY JUDGES.

---

## DISTRICT COURTS BY HIGHEST PRETRIAL DETENTION POPULATION
### FEBRUARY 9, 2020 - FEBRUARY 15 2020

| #1: JUDGE GEORGE POWELL | #2: JUDGE HAZEL JONES | #3: JUDGE JESSE MCCLURE |
|---|---|---|
| **261** PEOPLE DETAINED PER NIGHT BASED ON INABILITY TO PAY | **252** PEOPLE DETAINED PER NIGHT BASED ON INABILITY TO PAY | **245** PEOPLE DETAINED PER NIGHT BASED ON INABILITY TO PAY |
| 351ST DISTRICT COURT | 174TH DISTRICT COURT | 339TH DISTRICT COURT |




| RANK | COURT | JUDGE | DAILY AVERAGE NUMBER OF PEOPLE DETAINED PRETRIAL |
|---|---|---|---|
| 4. | 338TH | RAMONA FRANKLIN | 241 |
| 5. | 185TH | JASON LUONG | 240 |
| 6. | 183RD | CHUCK SILVERMAN | 238 |
| 7. | 182ND | DANILO LACAYO | 220 |
| 8. | 337TH | HERB RITCHIE | 217 |
| 9. | 179TH | RANDY ROLL | 212 |
| 10. | 262ND | LORI CHAMBERS GRAY | 208 |
| 11. | 176TH | NIKITA HARMON | 205 |
| 12. | 208TH | GREG GLASS | 203 |
| 13. | 263RD | AMY MARTIN | 201 |
| 14. | 230TH | CHRIS MORTON | 186 |
| 15. | 248TH | HILLARY UNGER | 186 |
| 16. | 232ND | JOSH HILL | 179 |
| 17. | 177TH | ROBERT JOHNSON | 175 |
| 18. | 178TH | KELLI JOHNSON | 173 |
| 19. | 184TH | ABIGAIL ANASTASIO | 169 |
| 20. | 209TH | BRIAN WARREN | 162 |
| 21. | 228TH | FRANK AGUILAR | 152 |
| 22. | 180TH | DASEAN JONES | 145 |

---

Harris County taxpayers spent over **$2.3 MILLION** on illegal pretrial detention this week. That's close to twice the $1.3 million Harris County taxpayers spend every week on public health services, the public library, and pollution control **COMBINED.**

# HARRIS COUNTY FELONY PRETRIAL DETENTION REPORT

BROUGHT TO YOU BY THE TEXAS CRIMINAL JUSTICE COALITION AND THE TEXAS ORGANZING PROJECT

ON AN AVERAGE NIGHT LAST WEEK, **4,391** PEOPLE WERE LOCKED IN A CAGE AT THE HARRIS COUNTY JAIL BECAUSE THEY COULDN'T AFFORD MONEY BAIL, EVEN THOUGH IT IS ILLEGAL TO JAIL PEOPLE SOLELY BECAUSE THEY ARE POOR. THIS REPORT USES JAIL POPULATION DATA PROVIDED BY HARRIS COUNTY TO COMPARE THE PRETRIAL DETENTION NUMBERS OF HARRIS COUNTY'S FELONY JUDGES.

## DISTRICT COURTS BY HIGHEST PRETRIAL DETENTION POPULATION
### MARCH 8, 2020 - MARCH 14, 2020

**#1: JUDGE GEORGE POWELL**
**256** PEOPLE DETAINED PER NIGHT BASED ON INABILITY TO PAY
351ST DISTRICT COURT

**#2: JUDGE JASON LUONG** 
**247** PEOPLE DETAINED PER NIGHT BASED ON INABILITY TO PAY
185TH DISTRICT COURT

**#3: JUDGE HAZEL JONES** 
**246** PEOPLE DETAINED PER NIGHT BASED ON INABILITY TO PAY
174TH DISTRICT COURT

| RANK | COURT | JUDGE | DAILY AVERAGE NUMBER OF PEOPLE DETAINED PRETRIAL |
|---|---|---|---|
| 4. | 183RD | CHUCK SILVERMAN | 242 |
| 5. | 338TH | RAMONA FRANKLIN | 222 |
| 6. | 339TH | JESSE MCCLURE | 222 |
| 7. | 179TH | RANDY ROLL | 218 |
| 8. | 182ND | DANILO LACAYO | 215 |
| 9. | 208TH | GREG GLASS | 212 |
| 10. | 337TH | HERB RITCHIE | 212 |
| 11. | 262ND | LORI CHAMBERS GRAY | 209 |
| 12. | 263RD | AMY MARTIN | 200 |
| 13. | 178TH | KELLI JOHNSON | 192 |
| 14. | 176TH | NIKITA HARMON | 190 |
| 15. | 248TH | HILARY UNGER | 180 |
| 16. | 230TH | CHRIS MORTON | 172 |
| 17. | 177TH | ROBERT JOHNSON | 167 |
| 18. | 232ND | JOSH HILL | 166 |
| 19. | 209TH | BRIAN WARREN | 161 |
| 20. | 184TH | ABIGAIL ANASTASIO | 158 |
| 21. | 180TH | DASEAN JONES | 156 |
| 22. | 228TH | FRANK AGUILAR | 148 |

Harris County taxpayers spent over **$2.3 MILLION** on illegal pretrial detention this week. That's close to twice the $1.3 million Harris County taxpayers spend every week on public health services, the public library, and pollution control **COMBINED.**

*THE COUNTY DID NOT PROVIDE DATA FOR MARCH 12, 2020. CALCULATIONS INVOLVING THE AMOUNT OF MONEY SPENT ON PRETRIAL DETENTION INCLUDE PROJECTED COSTS FOR MARCH 12.