IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DWIGHT RUSSELL, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-19-226 |
| HARRIS COUNTY, TEXAS, *et al.*, | § § § | |
| Defendants. | § | |

## ORDER

The court has received the application for a temporary restraining order and preliminary injunction. In setting the following response and hearing schedule, the court has attempted to balance the need for expeditious action in the face of the pandemic; the importance of an adequate and fair opportunity to respond by the most critical of the many governmental entities who would be affected by any order the court may enter; the limits of this court's authority; and the effect on the public safety. The court orders the defendants and the Texas Attorney General to respond to the plaintiffs' motion for a temporary restraining order, (Docket Entry No. 32), by **April 1**, **2020**. A hearing is set via teleconferencing for **April 3**, **2020**, at **9:00 a.m.** Only one lawyer per party may speak, to reduce confusion.

Counsel for the parties must confer as soon as practicable to generate a list, which may be filed under seal, of the individuals who the plaintiffs are specifically seeking to have promptly released or have their current bail status reheard, including what they are charged with, if they are pretrial felony arrestees; what they are convicted of, for postconviction felony defendants; the terms and conditions of any bond that has been set but not met; and the prior criminal history of each one. As to each, the list must specify whether any of the arrestees or defendants is held

subject to a financial bond solely because he or she cannot post enough to meet that bond, or if there are independent grounds for detaining each even if he or she paid.

If any party believes that a different schedule is necessary, please email Ms. Eddins to arrange a prompt telephone hearing, keeping in mind the need for information and the opportunity to be heard.

Counsel for the plaintiffs must ensure that the Texas Attorney General and all counsel of record have received this order, even if it appears that the court has sent it.

SIGNED on March 27, 2020, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge