# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| DWIGHT RUSSELL, et al., *Plaintiffs,* v. HARRIS COUNTY, TEXAS, et al., *Defendants.* | Civil Action No. 4:19-cv-226 |

## OPPOSED MOTION TO INTERVENE
## BY THE STATE OF TEXAS, GREG ABBOTT, GOVERNOR OF TEXAS, AND KEN PAXTON, ATTORNEY GENERAL OF TEXAS

The State of Texas, the Honorable Greg Abbott, Governor of Texas, and the Honorable Ken Paxton, Attorney General of Texas ("State Intervenors"), by and through the Attorney General of Texas, and pursuant to Federal Rule of Civil Procedure 24, move to intervene as defendants in the above-captioned action. In support of this Motion, the State Intervenors rely on the following contemporaneously filed documents:

1. Memorandum in Support of State Intervenors' Motion to Intervene;
2. [Proposed] Order Granting State Intervenors' Motion to Intervene; and
3. State Intervenors' Notice of Opposition.

For the reasons stated in this Motion and accompanying documents, State Intervenors respectfully request that the Court grant this Motion to Intervene.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

DARREN L. MCCARTY
Deputy Attorney General for Civil Litigation

THOMAS A. ALBRIGHT
Chief for General Litigation Division

*/s/ Adam Arthur Biggs*
ADAM ARTHUR BIGGS
Attorney-in-Charge
Special Litigation Counsel
Texas Bar No. 24077727
Southern District No. 2964087
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 | FAX: (512) 320-0667
adam.biggs@oag.texas.gov

**COUNSEL FOR THE STATE OF TEXAS, THE GOVERNOR OF TEXAS, AND THE ATTORNEY GENERAL OF TEXAS**

## CERTIFICATE OF CONFERENCE

I hereby certify that, I conferred with counsel for Plaintiffs and Defendants, via email on March 29, 2020, regarding the substance of the foregoing instrument. However, due to the fast-moving nature of this litigation, understandably, no response has yet been received. The parties are assumed to be opposed.

>  */s/Adam Arthur Biggs*
> ADAM ARTHUR BIGGS
> Special Litigation Counsel

## CERTIFICATE OF SERVICE

I, Adam Arthur Biggs, hereby certify that on this the 29th day of March, 2020, a true and correct copy of the foregoing document was transmitted using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

> */s/ Adam Arthur Biggs*
> ADAM ARTHUR BIGGS