IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DWIGHT RUSSELL, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> HARRIS COUNTY, TEXAS, et al., <br><br> *Defendants.* | Civil Action No. 4:19-cv-226 |

# ADVISORY

The State-Intervenors advise that today The Honorable Greg Abbott, Governor of the State of Texas, issued Executive Order GA-13 relating to detention in county and municipal jails during the COVID-19 disaster. A copy of Executive Order GA-13 is attached hereto as Exhibit 1.

                                                Respectfully submitted.

                                                KEN PAXTON
                                                Attorney General of Texas

                                                JEFFREY C. MATEER
                                                First Assistant Attorney General

                                                DARREN L. MCCARTY
                                                Deputy Attorney General for Civil Litigation

                                                THOMAS A. ALBRIGHT
                                                Chief for General Litigation Division

                                                */s/ Adam Arthur Biggs*
                                                ADAM ARTHUR BIGGS
                                                Attorney-in-Charge
                                                Special Litigation Counsel

                Texas Bar No. 24077727
                Southern District No. 2964087
                General Litigation Division
                P.O. Box 12548, Capitol Station
                Austin, Texas 78711-2548
                (512) 463-2120 | FAX: (512) 320-0667
                adam.biggs@oag.texas.gov

## CERTIFICATE OF SERVICE

    I, Adam Arthur Biggs, hereby certify that on this the 29th day of March, 2020, a true and correct copy of the foregoing document was transmitted using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

                                    */s/ Adam Arthur Biggs*
                                    ADAM ARTHUR BIGGS