IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

|  |  |
|---|---|
| RUSSELL, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 4:19-cv-00226 |
| v. ) | (Class Action) |
| ) | The Honorable Lee H. Rosenthal |
| HARRIS COUNTY, TEXAS, et al. ) | U.S. District Judge |
| ) | |
| Defendants. ) | |
| ) | |

**PLAINTIFFS' RESPONSE TO ATTORNEY GENERAL'S MOTION TO INTERVENE**

Plaintiffs do not oppose intervention of the Texas Attorney General. However, many of the factual claims and legal principles cited in the memorandum are not correct.

Date: March 30, 2020

Respectfully Submitted,

*/s/ Alec Karakatsanis*
*/s/ Elizabeth Rossi*
Alec George Karakatsanis (*Pro Hac Vice*)
alec@civilrightscorps.org
Elizabeth Rossi (*Pro Hac Vice*)
elizabeth@civilrightscorps.org
Civil Rights Corps
1601 Connecticut Ave NW, Suite 800
Washington, DC 20009
Telephone: (202) 681-2721

*s/ Mimi Marziani*
Mimi Marziani (*Pro Hac Vice*)
Texas State Bar No. 24091906
Liyah Brown (*Pro Hac Vice*)
D.C. Bar No. 500149
Meagan T. Harding
Texas State Bar No. 24080179
Southern District No. 3365526
Texas Civil Rights Project
405 N Main St, Suite 716

*/s/ Neal S. Manne*
Neal S. Manne
Texas Bar No. 12937980
nmanne@susmangodfrey.com
Lexie G. White
Texas Bar No. 24048876
lwhite@susmangodfrey.com
Joseph S. Grinstein
Texas Bar No. 24002188
jgrinstein@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

*/s/ Michael Gervais*
Michael Gervais (*Pro Hac Vice*)
mgervais@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, #1400

| | |
|---|---|
| Houston, TX 77002 | Los Angeles, CA 90067 |
| Phone: 512-474-5073 ext 118 | Telephone: (310) 789-3100 |
| liyah@texascivilrightsproject.org | |
| mimi@texascivilrightsproject.org | |
| meagan@texascivilrightsproject.org | |

## **CERTIFICATE OF SERVICE**

I certify that on March 30, 2020 a true and correct copy of this document properly was served on counsel of record via electronic filing in accordance with the USDC, Southern District of Texas Procedures for Electronic Filing.

>*/s/ Elizabeth Rossi*
>Elizabeth Rossi