March 26, 2020



We hope you are doing great, first of all we really appreciate that you are in contact with us again, it is great to hear from you.

We are writing to you in response of the letter we received from you and we really appreciate you asking for our situation here in Harris County Jail in the middle of this situation.

As you know on March 18, New York city officials confirmed the first cases of the new Coronavirus in an inmate and a correction officer at Rikers Island.

Since the beginning of the Covid-19 pandemic, public health experts from across the country have warned that jails and prisons are the perfect breeding ground for a widespread and life-threatening outbreak due to close living conditions, poor sanitation and under-resourced health systems.

Harris County jail has a population of more than 8,000 inmates and Sheriff Ed Gonzalez stated he would take important steps such as stepping up cleaning, screening inmates for the virus, setting aside quarantine tanks, canceling visitation and working with judges to release nonviolent defendants.

But in reality they are not doing enough to avoid the spread of the virus, they are not giving us enough soap, they are not changing our clothes on a regular basis, they are still letting people coming in to the jail such as contractors (electricians, painters, etc.), they have misinformed us of the real situation and we don't have contact with our lawyers so, multiple factors place the incarcerated population at high risk of a COVID-19 outbreak. In addition, inmate turnover is incredibly high with new and potentially infected people entering on a daily basis increasing the risk of exposure.

While the State and Federal goverment are ruling to all citizens to wash their hands, stay at home and social distancing, these are simply not possible to follow in a jail population.

We are passing through a very difficult situation in here including tremendous stress, anxiety, fear, deppresion and worried about our families and our cases.

Under this situation it is impossible to stay calm, people are panicking and nobody wants to die in jail.

This is not something they have time to consider. Now is the time to act. They need to work together with a comprehensive plan; judges, attorneys, D.A. office, prosecutors, Houston police and others.

They need to follow the example of other major U.S. cities such as San Francisco, New York, Los Angeles, Philadelphia and take the bold actions to prevent a catastrophic outbreak.

In closing we are reaching out to you searching for a voice where there is not one, hopefully you can relay our message to the people that could help us most.

Thank you for taking the time to reach out to us and assist us with your help and guidance.

Sincerely,