UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DWIGHT RUSSELL, *et al.*,<br>    *Plaintiffs*,<br><br>v.<br><br>HARRIS COUNTY, TEXAS, *et al.*,<br>    *Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 4:19-cv-00226 |

# EXHIBIT LIST

| Exhibit No. | Description |
|---|---|
| 1 | Declaration of Houston Chief of Police Art Acevedo |
| 2 | Declaration of Allen Police Chief Brian Harvey |
| 3 | Declaration of Arlington Police Chief Will Johnson |
| 4 | Declaration of Police Chief Derick Miller (City of Carrollton) |
| 5 | Declaration of Deer Park Chief of Police Gregg Grigg |
| 6 | Declaration of Frisco Police Chief David Shilson |
| 7 | Declaration of Fort Worth Police Chief Edwin Kraus |
| 8 | March 31, 2020 Letter from Garland Police Department |
| 9 | Declaration of Daniel Scesny (City of Grand Prairie) |
| 10 | Declaration of Irving Police Chief Jeff Spivey |
| 11 | Declaration of Lewisville Police Chief Kevin Deaver |
| 12 | Declaration of Pearland Police Chief Johnny Spires |
| 13 | Declaration of Plano Police Chief Ed Drain |
| 14 | Declaration of Gregory W. Rushin (City of Plano) |
| 15 | Declaration of David Maxwell (Texas Attorney General's Office) |
| 16 | Declaration of Director of Department of Public Safety Steven McCraw |
| 17 | March 31, 2020 Letter from Texas Police Chiefs Association |
| 18 | Declaration of Bob Bushman (National Narcotic Officers' Associations' Coalition) |

2

| Exhibit No. | Description |
|---|---|
| 19 | Declaration of Andy Kahan (Crime Stoppers of Houston) |
| 20 | Resolution - Major County Sheriffs of America |
| 21 | Affidavit of James Leitner (Harris County District Attorney) |