UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RUSSELL, et al,<br>   Plaintiffs,<br><br>v.<br><br>HARRIS COUNTY,<br>TEXAS, et al,<br>   Defendants. | §§§§§§§§§§§§ | Case No. 4:19-cv-00226<br>(Class Action) |

### DECLARATION OF PLANO POLICE CHIEF ED DRAIN

1. My name is Ed Drain. I started my law enforcement career in 1994 with the Plano Police Department. I worked through the ranks and was appointed Assistant Chief in 2006. From June 2015 to September 2015, I served as the Interim Police Chief for the Murphy Police Department, while still employed by the City of Plano. In October 2016, I was appointed as the Police Chief for the Amarillo Police Department. In October 2020, I returned to Plano as the Police Chief.

2. I lead a department of 414 sworn law enforcement officers and 257 civilian support personnel. My job duties consist of leading the department to accomplish our mission statement of providing outstanding police services, in partnership with the community, to maintain a safe environment that contributes to the quality of life.

3. It is my understanding that the Plaintiffs in this lawsuit are seeking an order releasing over 4,000 felons from the Harris County Jail.

4. Based on my training, experience, and understanding of the current circumstances on the ground throughout the State, I believe that such releases would strain the already limited law enforcement resources and pose a danger to Texans.

**EXHIBIT 13**

5. This pandemic is like nothing we have ever seen before but releasing potentially dangerous felons cannot serve the public at large.

6. I believe if released, these felons would endanger their communities that stretch the limited resources of police departments, putting a bigger strain on the community and the State as a whole as there would not be a requirement that the released prisoners remain in Houston after their release.

7. Even the release of "non-violent" offenders would endanger our communities. Burglaries are violent invasions of people's homes to steal from or assault the owner. With "shelter in place" orders and people being in their homes, the likelihood of violence and confrontation is increased. Additionally, scams related to the pandemic are on the rise, and the release of identity thieves would only further escalate a growing problem.

8. Organized criminal elements form the Harris County area are frequently engaged in illegal activity in other jurisdictions hundreds of miles from Harris County. For approximately the last ten years, numerous Asians residents in the City of Plano, have been victimized by an organized criminal element who specialize in burglarizing homes of Asians. In cases where we have been able to arrest suspects involved in these crimes, we usually can trace their origins to the Harris County area.

   Over approximately the last five years, we have seen an increase in criminal activity that involves criminals identifying bank customers who have made large cash withdrawals. The criminals follow the victim's vehicle and steal the cash whenever the customer makes a stop. This criminal activity is referred to as "jugging". We consistently discover suspects we arrest for these offenses are from the Harris County area.

   During the time I served as the Police Chief in Amarillo, almost all suspects we arrested involved in placing skimmers on gas pumps to steal victims' credit/debit card information, were from the Harris County area.

9. Harris County has the largest county jail in the state. A mass release of felons without an individual assessment by a judge evaluating the risks posed to public safety and security would put communities in Harris County and other jurisdictions across the state in grave danger and must be prevented

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my ability.

Signature: _____    Date: 3/31/2020
Ed Drain
Chief of Police
Plano, Texas

**EXHIBIT 13**