

# TEXAS POLICE CHIEFS ASSOCIATION

P.O. Box 819
Elgin, Texas 78621

Phone: 512-281-5400 • 1-877-7 POLICE • Fax: 512-281-2240
E-Mail: info@texaspolicechiefs.org • Web Page: www.texaspolicechiefs.org

**Chief James McLaughlin, Jr. (Ret.)**
GENERAL COUNSEL -
EXECUTIVE DIRECTOR

**ELECTED OFFICERS 2019-2020**

PRESIDENT:
CHIEF GENE ELLIS
Belton Police Department

1st VICE PRESIDENT:
CHIEF STAN STANDRIDGE
Abilene Police Department

2nd VICE PRESIDENT:
CHIEF SCOTT RUBIN
Fair Oaks Ranch Police Department

3rd VICE PRESIDENT:
CHIEF JIMMY PERDUE
North Richland Hills Police Department

SECRETARY:
CHIEF JIM SEVEY
Nacogdoches Police Department

SERGEANT AT ARMS:
CHIEF ALBERT GARCIA
Levelland Police Department

T.M.L. BOARD DIRECTOR
CHIEF BRIAN FRIEDA
Sweetwater Police Department

IMMEDIATE PAST PRESIDENT:
CHIEF TODD HUNTER
Kilgore Police Department

AFFILIATES:
ALAMO AREA POLICE CHIEFS ASSOCIATION

CENTRAL TEXAS AREA CHIEFS OF POLICE AND SHERIFF'S ASSOCIATION, INC.

COUNCIL OF TEXAS A&M UNIVERSITY SYSTEM LAW ENFORCEMENT ADMINISTRATORS

EAST CENTRAL TEXAS POLICE CHIEFS ASSOCIATION

EAST TEXAS POLICE CHIEFS ASSOCIATION

HIGH PLAINS POLICE CHIEFS ASSOCIATION

HOUSTON AREA POLICE CHIEFS ASSOCIATION

NORTH TEXAS POLICE CHIEFS ASSOCIATION

RIO GRANDE VALLEY BORDER CHIEFS COALITION

SOUTHEAST TEXAS POLICE CHIEFS ASSOCIATION

SOUTH PLAINS POLICE CHIEFS ASSOCIATION

TEXAS ASSOCIATION OF COLLEGE AND UNIVERSITY POLICE ADMINISTRATORS

March 31, 2020

TO THE HONORABLE JUDGE LEE H. ROSENTHAL,

As the President of the Texas Police Chiefs Association and a Chief of Police in the State of Texas, I am sending this letter in support of Chief Art Acevedo of the Houston Police Department. We are concerned about a lawsuit pending in the United States District Court Southern District of Texas, Houston Division in Case No. 4:19-cv-00226 (Class Action) that seeks to release thousands of felons from the Harris County Jail.

The Texas Police Chiefs Association is the largest professional association of law enforcement executives in Texas and represents over 1,500 members. We believe a release of thousands of felony defendants in any county in our state will strain the already limited law enforcement resources and pose a danger to all Texans. The strain and safety concerns will be felt well beyond the Houston area.

Police departments across our state have risked their lives to serve their communities during these unprecedented times. Many departments are already working with limited resources and they could be hampered even more with the release of criminals back on the streets of our communities. The likelihood of recidivism is high for some of the prisoners proposed to be released from the Harris County Jail. Additional crimes will be committed and innocent civilians will be endangered.

We recommend an individual judicial risk assessment for any offender prior to release. This risk assessment should balance the risk of harm to the offender from COVID-19 versus the risk of harm to public safety if they are released. We also support alternatives to release that include testing and isolation of positive inmates within the current jail or an alternate facility.

**EXHIBIT 17**

We urge the Court to consider alternates to a mass release being proposed by the Plaintiffs. Alternates should be transparent and include measures for testing inmates for COVID-19 to avoid spreading the virus unwittingly by releasing infected individuals out into the public. We further urge the Court to consider other alternatives to a mass release of dangerous persons that do not cause an unnecessary risk to the general public.

Thank you for your consideration,

Chief Gene Ellis
TPCA President
Chief of Police
Belton, Texas

**EXHIBIT 17**