

## Major County Sheriffs of America
## RESOLUTION
### Regarding the Release of Inmates During the COVID-19 National Emergency

**WHEREAS**, the Major County Sheriffs of America (MCSA) is a professional law enforcement association of the largest elected sheriffs' offices representing counties or parishes with 500,000 population or more, representing over 100 million Americans; and

**WHEREAS,** MCSA is dedicated to preserving the highest integrity in law enforcement, corrections, and the elected Office of the Sheriff; and

**WHEREAS,** the COVID-19 pandemic is affecting significantly the lives and routines of everyone in the United States including sheriffs' office personnel and incarcerated individuals; and

**WHEREAS**, MCSA members operate our nation's largest correctional facilities and have undertaken protocols to ensure the safety and health of those who are incarcerated, the safety and health of our staff, and the safety of the general public; and

**WHEREAS**, certain advocacy organizations have called for policy changes at the local, state, and federal levels to allow for broad release of inmates to prevent COVID-19 spread in correctional facilities; and

**WHEREAS**, overly broad release policies in response to the current pandemic fail to consider the safety of the public; and

**WHEREAS**, when a determination is made to release individuals from jail, it is important to consider individualized treatment plans that assist individuals reentering communities with medical, mental health, housing and workforce needs;

**THEREFORE, BE IT RESOLVED**, that the Major County Sheriffs of America opposes broad inmate release policies in response to COVID-19 which fail to consider the safety of the public, and

**BE IT FURTHER RESOLVED,** that MCSA supports a thoughtful approach to examine whole jail populations and make release determinations on a case-by-case basis that includes consideration of an individual's conviction for violent crime offenses or arrest based on probable cause for violent crime offenses;

**BE IT FURTHER RESOLVED,** that MCSA supports close collaboration among local officials to include law enforcement, prosecutors, and the courts to establish clear and transparent policies in response to the COVID-19 pandemic that considers the health and safety of the entire community.

4/1/2020

**EXHIBIT 20**