UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DWIGHT RUSSELL, *et al.*, | § | |
|     *Plaintiffs,* | § | |
| | § | |
| v. | § | Case No. 4:19-cv-00226 |
| | § | |
| HARRIS COUNTY, TEXAS, *et al.*, | § | |
|     *Defendants.* | § | |

## ORDER DENYING PLAINTIFFS' MOTION FOR PROTECTIVE ORDER AND PRELIMINARY INJUNCTION

Before the Court is Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction. After consideration of the motion and all responses thereto, the Court is of the opinion that the motion does not have merit and should be DENIED.

IT IS THEREFORE ORDERED that Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction is DENIED.

SIGNED on this the _____ day of _____, 2020.

_____
LEE H. ROSENTHAL
CHIEF UNITED STATES DISTRICT JUDGE