

*Harris County Criminal District Court Trial Division*

**FIRST AMENDED GENERAL ORDER BOND FOR CERTAIN OFFENSES**

In an effort to stem the tide of accused citizens being admitted to the Harris County Jail and to expedite the release of those arrested, the Harris County District Court Judges Trying Criminal Cases have approved a First Amended Order granting a General Order Bond to facilitate the immediate release of people arrested and charged with certain non-violent felony offenses. No person shall be released under a General Order Bond who already has an open, pending felony case, a prior conviction involving a crime of physical violence or the threat of physical violence, or who has an open warrant or hold, or who is on supervised release, such as felony probation or felony deferred adjudication.

Effective immediately, upon identification by the Harris County District Attorney's Office and before the matter is placed on the Hearing Officers' docket, Harris County Pretrial Services is **ORDERED** to process the immediate release of the following persons under a General Order Bond, to be supervised by Pretrial Services:

**Any person booked into the Harris Joint Processing Center, arrested for the offenses listed below, who is not already on felony probation or felony deferred adjudication, or does not have another warrant, hold, or does not have a prior conviction involving a crime of physical violence or the threat of physical violence, or does not have a pending felony charge:**

- Abuse of Official Capacity 39.02(c)(4-5) (SJF and 3rd Degree)
- Aggravated Perjury 37.03 (3rd Degree)
- Bigamy 25.01(e) (3rd through 1st Degree)
- Breach of Computer Security 33.02(b-2)(4),(5) (SJF and 3rd Degree)
- Bribery 36.02 (2nd Degree)
- Burglary of a Vehicle 30.04(d)(2) and (3) (SJF and 3rd Degree)
- Commercial Bribery 32.43 (SJF)
- Credit Card Transaction Record Laundering 32.35(e)(4-5) (SJF and 3rd Degree)
- Credit or Debit Card Abuse 32.31(d), if victim not elderly (SJF)
- Criminal Mischief, 28.03(b)(4) (SJF)
- Delivery or Offer of Delivery of Dangerous Drug 483.042 (SJF)
- Drug-Free Zones 481.134 (SJF through 2nd Degree)
- Electronic Access Interference, 33.022 (3rd Degree)
- Electronic Data Tampering 33.023(d-1)(4),(5) and (d-2)(1-2) (SJF and 3rd Degree)
- Evading 38.04(b)(1) or (b)(1)(a) (SJF – second offender only)
- False Statement to Obtain Property or Credit, 32.32(c)(4) (SJF)

**FILED**
Marilyn Burgess
District Clerk

APR 0 2 2020

Time:_____
Harris County, Texas

By_____
Deputy

- Forgery 32.21(d) and (e-1)(4) (SJF)
- Fraud 481.129 (SJF through 2nd Degree)
- Fraudulent Filing of Financial Statement 37.101(b) (SJF and 3rd Degree only)
- Fraudulent Transfer of a Motor Vehicle, 32.34(f)(1) (SJF)
- Fraudulent Use or Possession of Identifying Information, 32.51(c)(1)(2) (SJF and 3rdDegree)
- Graffiti, 28.08(b)(4) and (d) (SJF)
- Health Care Fraud, 35A.02(b)(4)-(6) (SJF through 2nd Degree)
- Hindering Secured Creditors 32.33(d)(4-5) and (e)(4-5) (SJF and 3rd Degree)
- Illegal Divulgence of Public Communication 16.05(d) (SJF)
- Illegal Recruitment of an Athlete 32.441(e)(4-7) (SJF through 1st Degree)
- Insurance Fraud, 35.02(c)(4)-(6) and (d) (SJF through 2nd Degree)
- Interference with Railroad Property 28.07(e)(3) (SJF)
- Manufacture of Dangerous Drug 483.043 (SJF)
- Manufacture, Possession, or Delivery of Unlawful Telecommunications Device, 33A.03 (3rd Degree)
- Money Laundering 34.02(e)(1-3) (SJF through 2nd Degree)
- Official Oppression 39.03(d) (3rd Degree)
- Online Impersonation 33.07 (3rd Degree)
- Organized Retail Theft 31.16(c)(4-5) (SJF and 3rd Degree)
- Possession, Transport Certain Chemicals with Intent to Manufacture CS 481.124 (SJF -- 2nd Degree)
- Possession, Use, Manufacture, Delivery, Sale of Substances 481, 482, 483, 484, 485 (SJF - 2nd degree)
- Prostitution 43.02(c)(2) and (c-1)(1) (SJF)
- Securing Execution of Document by Deception 32.46(b)(4-6) (SJF through 2nd Degree)
- Tampering with a Governmental Record 37.10 (3rd and 2nd Degree)
- Theft, 31.03(e)(4-5) (SJF and 3rd Degree)
- Theft of Service, 31.04(e)(4-5) (SJF and 3rd Degree)
- Theft of Telecommunications Service, 33A.04(b)(3-4) (SJF and 3rd Degree)
- Trademark Counterfeiting 32.23(e)(4-5) (SJF and 3rd Degree)
- Unauthorized Absence from Community Corrections Facility 38.113 (SJF)
- Unauthorized Disclosure of Information 481.127 (SJF)
- Unauthorized Use of Telecommunications Service, 33A.02(b)(3-4) (SJF and 3rd Degree)
- Unauthorized Use of a Vehicle 31.07 (SJF)
- Unlawful Access to Stored Communication 16.04(d) (SJF)
- Unlawful Decryption 33.024(b-1)(4),(5) and (b-2)(1-2) (SJF and 3rd Degree)
- Unlawful Interception, Use, Disclosure of Wire, Oral, Electronic Communication 16.02 (d)(f)(g) (SJF)
- Unlawful Use of a Criminal Instrument or Mechanical Security Device 16.01 (SJF)

This ORDER supersedes the Order granting General Order Bond for Certain Offenses that was signed and entered March 20, 2020.

Signed the 2nd day of April, 2020

Herb Ritchie
Administrative Judge
Harris County District Courts Trying Criminal Cases