H-19-cv-226

LETTERS/EMAILS

RECEIVED

REGARDING

COVID-19

CONCERNS

IN

HARRIS COUNTY JAIL