4:2019-CV-00226
(H-19-226)

Dear Clerk, 4/6/2020

Please file the enclosed "CLASS MEMBER JASON CALLICOTTE'S MOTION TO INTERVENE AND PLEADING-IN-INTERVENTION, MOTION FOR APPOINTMENT OF COUNSEL, AND MOTION FOR EMERGENCY BAIL HEARING" in cause no. H-19-226, "Russell, et al. v. Harris County, et al." (4:2019-CV-00226)

Please expedite; if at all possible, as I suffer from a compromised immune system and am vulnerable to the COVID-19 virus. I have served, via regular mail copies of those docs on all counsel, but if you can scan and e-file I would appreciate it.

Thank You,

Jason Callicotte
JASON CALLICOTTE #01401470
1200 BAKER ST. 3E2B
HOUSTON, TEXAS
77002

United States Courts
Southern District of Texas
FILED
APR 13 2020
David J. Bradley, Clerk of Court