**HARRIS COUNTY SHERIFF'S OFFICE JAIL**
Name: [illegible]
SPN: 01401470   Cell: 3E2B
Street: # 1200 BAKER ST
HOUSTON, TEXAS 77002

aramark

INDIGENT

United States Courts
Southern District of Texas
FILED
APR 13 2020
David J. Bradley, Clerk of Court

UNITED STATES DISTRICT CLERK
P.O. BOX 61010
HOUSTON TEXAS
77208




U.S. POSTAGE
ZIP 77002
02 4W
0000368784