UNITED STATES DISTRICT COURT FOR

THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

DWIGHT RUSSELL, et al.

v.                                    Civil Action No. H-19-226

Harris County, et a.                  (4:2019-CV-00226)


MOTION FOR APPOINTMENT OF COUNSEL

Pursuant to Fed. R. Civ. Proc. 23(g), intervenor moves for an order appointing counsel to represent his interests in this case. In support of this motion intervenor states:

1. Intervenor is unable to afford counsel.

2. Intervenor's imprisonment will greatly limit his ability to litigate. The issues involved in this case are complex and will require significant research and investigation. Intervenor has limited knowledge of the law and currently has no access to the jail's law library due to the COVID-19 pandemic.

3. A trial in this case will likely involve conflicting testimony, and counsel would better enable intervenor to present evidence and cross examine witnesses.

WHEREFORE, intervenor requests that the court appoint counsel in this case.

4/6/2020

Jason Callicotte   #01401470

1200 Baker St.

Houston, Texas

77002

ES0085-01-07