# Results of Review for Objections and Release/Custody Status

as of 4/17/2020 at approx. 12:00 pm

| BookedOnFelony | YES |
|---|---|

| **Distinct Count of DefendantSPN** | | | |
|---|---|---|---|
| **Row Labels** | **NO=Released No Longer in Custody** | **YES=In Custody** | **Grand Total** |
| NO OBJECTION | 138 | 49 | 187 |
| OBJECTION | 625 | 6729 | 7354 |
| REVIEW PENDING | 17 | | 17 |
| **Grand Total** | **780** | **6778** | **7558** |

The State communicated "No Objection to Release" for 187 of those booked into Harris County jail on a felony charge and 138 of those are no longer in custody while 49 remain in custody. This could indicate they are in queue for release or they have a hold or the court/pretrial has not yet processed the paperwork for release. The State lodged objections to 7,354 defendants, many of which have holds. 625 of those to which the State objected were released by the Court after review (formal or informal hearing). Of the remaining 6,729, the Court *may have* held a hearing and continued detention but that data is not reconciled here. Some certainly have been reviewed by the Courts but we cannot say how many.

This list is more comprehensive than the original 1,470 provided by the Sheriff as DAO has undertaken a pro-active review of all jailed pre-trial detainees. DAO reports the no objections from this review daily to stakeholders.