**District Court Bail Hearings (Formal and Informal)**
**Based on DAO Data/Notes - Not Official Court Records**
as of 4/17/2020 approx. 12:00pm

| Row Labels | Count of CauseNumber |
|---|---:|
| 2020-04-01 | 19 |
| 2020-04-02 | 9 |
| 2020-04-06 | 21 |
| 2020-04-07 | 24 |
| 2020-04-08 | 16 |
| 2020-04-09 | 17 |
| 2020-04-13 | 29 |
| 2020-04-14 | 36 |
| 2020-04-15 | 133 |
| 2020-04-16 | 72 |
| 2020-04-17 | 19 |
| **Grand Total** | **395** |

Note: Anecdotal evidence only as entered by prosecutors following court activities. This is data created based on a hearing or an informal discussion with all parties and the court having occurred. Being a new process for DAO, this data is likely under-reported. The DAO has taken steps, at Judge Rosenthal's suggestion, to ensure the increased use of our tracking in this data to be more reflective of all activity. DAO is also taking steps to attempt to record when defense motions are filed and formal hearings are had while also recording the length of time from request to hearing. (This is being programmed and should be implemented soon.)