IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RUSSELL, et al, | [] | |
|    Plaintiffs | [] | |
| | [] | No. 4:19-cv-00226 |
| v. | [] | Hon. Lee H. Rosenthal |
| | [] | U.S. District Judge |
| HARRIS COUNTY, TEXAS, et al, | [] | |
|    Defendants | [] | |

## REPORT OF SHERIFF ED GONZALEZ APRIL 21, 2020

Pursuant to this Court's Order dated April 14, 2020, the Sheriff provides the following information:

1. As of April 21, 2020, the overall population of the jail was 7443. Of that total, there were 5831 felony pre-trial detainees.

2. Since the last report on Friday April 17, 2020, an additional 14 inmates have been released (relating to the original lists of 426 detainees charged with non-violent offenses with no prior violent convictions).

3. Total number of inmates testing positive for COVID-19:  99

4. Total number of inmates with symptom and presumptively positive:  144 (of which 19 are awaiting test results)

5. Inmates in observational quarantine:  2272

6. HCSO employees testing positive for COVID-19:  151 (an additional 368 employees on quarantine).

1

Respectfully submitted.

*/s/ Murray Fogler*
Murray Fogler
FOGLER, BRAR, O'NEIL & GRAY, LLP
S.D. Tex. No. 2003
State Bar No. 07207300
mfogler@foglerbrar.com
909 Fannin, Suite 1640
Houston, Texas 77010
Tel:  713.481.1010
Fax:  713.574.3224

Victoria Jimenez
Legal Director
Harris County Sheriff's Office
1200 Baker St.
Houston, Texas 77002
Tel: 346.286.1588
Victoria.Jimenez@sheriff.hctx.net

ATTORNEYS FOR SHERIFF ED GONZALEZ

## CERTIFICATE OF SERVICE

I certify that on April 21, 2020, a copy of this document was served on counsel of record via electronic filing in accordance with the USDC Southern District of Texas Procedures for Electronic Filing.

*/s/ Murray Fogler*
Murray Fogler