IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DWIGHT RUSSELL, *et al.*, | § | |
|     *Plaintiffs*, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:19-CV-00226 |
| | § | |
| HARRIS COUNTY, TEXAS, *et al.*, | § | |
|     *Defendants*. | § | |

# ADVISORY

INTERESTED NON-PARTY HARRIS COUNTY DISTRICT ATTORNEY KIM OGG provides the following information requested by the Court in its order of April 14, 2020 (Docket Entry No. 122).

**I.   QUESTIONS**

On April 14, the Court issued the following standing order:

On **Tuesdays** and **Fridays** by **5:00 p.m.**, starting April 17, 2020, the parties and interested nonparties must continue to provide the court with information on: (1) the number of pretrial felony arrestees unable to pay a secured bond who have been released on a personal bond with no remaining disputes preventing that release; (2) the number who remain in pretrial custody because they are unable to pay a secured bond and whose release on a personal bond is challenged by the District Attorney; (3) the population of felony pretrial arrestees in the Harris County Jail; (4) the length of delays before individualized formal bail hearings after such hearings are requested; and (5) the number of arrestees and workers in the Jail who have positive COVID-19 test results and the number with pending test results.

*See* Docket Entry No. 122 at 29.

**II.    ANSWERS**

1. **The number of pretrial felony arrestees unable to pay a secured bond who have been released on a personal bond with no remaining disputes preventing that release.**

2. **The number who remain in pretrial custody because they are unable to pay a secured bond and whose release on a personal bond is challenged by the District Attorney.**

For purposes of this analysis, we assume that anyone who has a bail amount set and has not obtained a surety bond is a detainee "unable to pay a secured bond."

Please see the charts attached as Exhibits A and B.

4. **The length of delays before individualized formal bail hearings after such hearings are requested.**

The Harris County Office of Court Administration has directed the court coordinators of each state district court to start coding requests for individualized formal bail hearings with the notation BLHG. Since this protocol began on April 17, 2020, there have been fourteen individual defendants given BLHG settings. As reflected below, twelve of these defendants are scheduled for hearings this week and two are scheduled for hearings next week:

| Defendant Initials | SPN | Case No. | Setting Date |
| --- | --- | --- | --- |
| S.B. | 2313670 | 1643672 | 4/21/2020 |
| T.C. | 967163 | 1662178 | 4/21/2020 |
| J.C. | 2441610 | 1597711 | 4/21/2020 |
| C.L. | 1545806 | 1633808 | 4/21/2020 |
| J.M. | 1898217 | 1640320 | 4/21/2020 |
| J.M. | 1898217 | 1640319 | 4/21/2020 |
| A.W. | 2309695 | 1661730 | 4/21/2020 |
| D.C. | 3038137 | 1658614 | 4/22/2020 |
| M.H. | 2473376 | 1672080 | 4/22/2020 |
| B.P. | 2519672 | 1647567 | 4/22/2020 |
| K.V. | 2962202 | 1665748 | 4/22/2020 |
| K.V. | 2962202 | 1663345 | 4/22/2020 |
| C.V. | 2105016 | 1659138 | 4/22/2020 |
| C.V. | 2105016 | 1659142 | 4/22/2020 |
| C.V. | 2105016 | 1659139 | 4/22/2020 |
| C.V. | 2105016 | 1659141 | 4/22/2020 |

| | | | |
|---|---|---|---|
| C.V. | 2105016 | 1659545 | 4/22/2020 |
| C.V. | 2105016 | 1641929 | 4/22/2020 |
| C.V. | 2105016 | 1614731 | 4/22/2020 |
| T.M. | 2970419 | 1657778 | 4/23/2020 |
| J.R. | 3039666 | 1659760 | 4/27/2020 |
| T.D. | 1957042 | 1635907 | 4/29/2020 |

Respectfully submitted,

*Scott A. Durfee*

**SCOTT A. DURFEE**
State Bar No. 06277550
Assistant District Attorney
500 Jefferson, Sixth Floor
Houston, Texas  77002
(713) 755-5816 (telephone)
(713) 368-9275 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of April, 2020, a true and correct copy of the foregoing pleading was delivered by electronic notice to counsel for the parties.

*Scott A. Durfee*
Scott A. Durfee

3