## DAO Objections and No Objections Compared to Releases
as of 4/21/2020 approx. 2:00pm

| BookedOnFelony | All | | |
|---|---|---|---|
| **Distinct Count of Defendant SPN** | Column Labels | | |
| **Row Labels** | NO LONGER IN CUSTODY | YES STILL IN CUSTODY | Grand Total |
| NO OBJECTION | 167 | 43 | 210 |
| OBJECTION | 969 | 6973 | 7942 |
| REVIEW PENDING | 23 | 7 | 30 |
| **Grand Total** | **1159** | **7023** | **8182** |

State lodged "no objection" for 210 distinct defendants.
With Objections lodged and following formal or informal hearings, 969 defendants were released over objection

There are 43 defendants to which the State lodged "no objection" that remain in custody.

I.