## Releases of Felony Pre-Trial Detainees Since 4/1/2020

as of 4/21/2020 at approx. 1:00pm

| | |
|---|---|
| BookingType | All |
| BookedOnFelony | YES |
| ReleasedSince0401 | YES |

| Row Labels | Count of SPN |
|---|---|
| APPEAL BOND | 1 |
| BOND REINSTATED | 35 |
| BOOKED IN ERROR | 18 |
| CASH BOND | 46 |
| COMPLETED SERVING SENTENCE | 16 |
| COMPLETION OF OFF-WORK HOURS | 1 |
| DEF BOOKED/RELEASED ON BOND WITHOUT BEING HOUSED | 2 |
| DEFERRED ADJUDICATION GRANTED - COST DEFERRED | 44 |
| DISMISSED (ALL CASES) | 30 |
| FOR J.P., SERVED TIME FOR FINE AND/OR COSTS | 12 |
| GENERAL ORDER BOND | 17 |
| GENERAL ORDER BOND – COVID-19 | 11 |
| GENERAL ORDER RELEASE FELONY | 114 |
| J.P. DISMISSING CASES | 1 |
| J.P. FINE AND COSTS WAIVED | 1 |
| J.P. PERSONAL BOND | 1 |
| MOTION TO REVOKE PROBATION DISM | 5 |
| MOTION REVOKE ADJUDICATION DISM | 38 |
| NO BILLED | 2 |
| NO PROBABLE CAUSE FOUND | 26 |
| PRE-TRIAL RELEASE BOND | 479 |
| RELEASED BY ORDER OF COURT | 55 |
| RELEASED PER TELETYPE | 28 |
| RELEASED TO FEDERAL AUTHORTY | 2 |
| RELEASED TO HOLD FOR AGENCY | 31 |
| SERVED TIME CONDITION OF PROBATION | 10 |
| SERVED TIME/FINES/COSTS CONCURRENTLY | 126 |
| SURETY BOND | 1150 |
| **Grand Total** | **2302** |

Note: Where above data reflects a release for a J.P. (justice of the peace) matter, or other sentence served type activity, this indicates the person released had not only the felony pre-trial matter but some additional matter upon which they were released. The data starts with the person being jailed on a felony pre-trial matter and then released. If that person was jailed on an additional matter, his release on the additional matter is coded differently.