# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

| | |
|---|---|
| RUSSELL, et al. | |
| Plaintiffs, | Case No. 4:19-cv-00226 |
| v. | (Class Action) |
| HARRIS COUNTY, TEXAS, et al. | The Honorable Lee H. Rosenthal |
| Defendants. | U.S. District Judge |

## NOTICE OF FILING OF RESPONSE TO ADVISORY OF THE DAO (Dkt. 126)

Plaintiffs hereby file Exhibit A, Third Declaration of Alex Bunin, in response to the District Attorney Office's Advisory, Dkt. 126. *See* Exhibit A.

Date: April 23, 2020

*/s/ Alec Karakatsanis*
*/s/ Elizabeth Rossi*
Alec George Karakatsanis (*Pro Hac Vice*)
alec@civilrightscorps.org
Elizabeth Rossi (*Pro Hac Vice*)
elizabeth@civilrightscorps.org
Civil Rights Corps
1601 Connecticut Ave NW, Suite 800
Washington, DC 20009
Telephone: (202) 681-2721

*s/ Mimi Marziani*
Mimi Marziani (*Pro Hac Vice*)
Texas State Bar No. 24091906
Liyah Brown (*Pro Hac Vice*)
D.C. Bar No. 500149
Texas Civil Rights Project
405 N Main St, Suite 716
Houston, TX 77002
Phone: 512-474-5073 ext 118

Respectfully Submitted,

*/s/ Neal S. Manne*
Neal S. Manne
Texas Bar No. 12937980
nmanne@susmangodfrey.com
Lexie G. White
Texas Bar No. 24048876
lwhite@susmangodfrey.com
Joseph S. Grinstein
Texas Bar No. 24002188
jgrinstein@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

*/s/ Michael Gervais*
Michael Gervais (*Pro Hac Vice*)
mgervais@susmangodfrey.com
SUSMAN GODFREY L.L.P.

liyah@texascivilrightsproject.org  1900 Avenue of the Stars, #1400
mimi@texascivilrightsproject.org  Los Angeles, CA 90067
Telephone: (310) 789-3100

# CERTIFICATE OF SERVICE

I certify that on April 23, 2020 a true and correct copy of this document properly was served on counsel of record via electronic filing in accordance with the USDC, Southern District of Texas Procedures for Electronic Filing.

*/s/ Elizabeth Rossi*
Elizabeth Rossi