IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RUSSELL, et al, § | | |
|    Plaintiffs § | | |
| § | No. 4:19-cv-00226 | |
| v. § | Hon. Lee H. Rosenthal | |
| § | U.S. District Judge | |
| HARRIS COUNTY, TEXAS, et al, § | | |
|    Defendants § | | |

## REPORT OF SHERIFF ED GONZALEZ APRIL 24, 2020

Pursuant to this Court's Order dated April 14, 2020, the Sheriff provides the following information:

1. As of April 24, 2020, there were 5,819 felony pre-trial detainees at the Harris County Jail.

2. Since the last report on Tuesday, April 21, 2020, an additional 13 inmates have been released (relating to the original lists of 426 detainees charged with non-violent offenses with no prior violent convictions).

3. Total number of inmates testing positive for COVID-19: 129

4. Total number of inmates with symptom and presumptively positive: 151

5. Inmates in observational quarantine: 2,850

6. Inmates in recovery quarantine (patients that have three or more consecutive days without fever and improved symptoms): 23

7. HCSO employees testing positive for COVID-19: 181

1

(an additional 398 employees on quarantine).

8. HCSO employees previously quarantined who have returned to duty: 215 (including 39 who had tested positive for the virus).

9. Sheriff's Office employees who are hospitalized with virus-related conditions: 8

Respectfully submitted.

*/s/ Murray Fogler*
Murray Fogler
FOGLER, BRAR, O'NEIL & GRAY, LLP
S.D. Tex. No. 2003
State Bar No. 07207300
mfogler@foglerbrar.com
909 Fannin, Suite 1640
Houston, Texas 77010
Tel: 713.481.1010
Fax: 713.574.3224

Victoria Jimenez
Legal Director
Harris County Sheriff's Office
1200 Baker St.
Houston, Texas 77002
Tel: 346.286.1588
Victoria.Jimenez@sheriff.hctx.net

ATTORNEYS FOR SHERIFF ED GONZALEZ

## **CERTIFICATE OF SERVICE**

I certify that on April 24, 2020, a copy of this document was served on counsel of record via electronic filing in accordance with the USDC Southern District of Texas Procedures for Electronic Filing.

*/s/ Murray Fogler*
Murray Fogler
