# DAO Objections and No Objections Compared to Releases
as of 4/24/2020 approx. 5:00pm

| BookedOnFelony | All |
| --- | --- |

| Distinct Count of DefendantSPN | Column Labels | | |
| --- | --- | --- | --- |
| Row Labels | NO LONGER IN CUSTODY: RELEASED | YES, STILL IN CUSTODY | Grand Total |
| NO OBJECTION | 176 | 39 | 215 |
| OBJECTION | 1191 | 6994 | 8185 |
| REVIEW PENDING | 35 | 16 | 51 |
| Grand Total | 1402 | 7049 | 8451 |

State lodged "no objection" for 215 distinct defendants.

With Objections lodged and following formal or informal hearings, 1191 defendants were released over objection.

There are 39 defendants to which the State lodged "no objection" that remain in custody.