Civil Action No. H-19-226         INTERVENER

To THE Honorable Judge LEE Rosenthal:

United States Courts
Southern District of Texas
FILED
APR 29 2020
David J. Bradley, Clerk of Court

COMES NOW, Ronald Thomas Drakos, the interested non-party in the above numbered Civil Action, to provide the court with an update with additional information as requested pertaining to the length of delay before individualized formal bail hearings after such hearings are requested.

The following cause numbers have either Applications for Writ of Habeas Corpus seeking bail reductions or Motions to Reduce Bail pending and have been pending for unreasonable amounts of time:

1) #1650428, IN THE 262ND Dist. Court, Harris County Tx.
2) #1580280, IN THE 338th Dist. Court, Harris County Tx.
3) 1608113, IN THE 176th Dist. Court, Harris County, TX.
4) 1605453, IN THE 338th Dist. Court, Harris County TX.
5) 1632015, IN THE 184th Dist. Court, Harris County Tx.
6) 1658196, IN THE 262ND Dist. Court Harris County Tx.

This is but only a few of the pending requests before the court in only a single 50man dorm here at the Harris County Jail alone. Our requests are going stagnant, ignored and un-ruled upon. No settings have been scheduled by the court as the District Judge Herb Ritchie has implied to the U.S. District

Court in Civil Action # H-19-226.

    Regardless of the implementation of protective measures, or attempts thereof rather, the cases of the corona virus continue to multiply daily here at the jail, and NOTHING of an effective measure is being done. Instead things deteriorate daily, even the kitchen has been crippled due to kitchen workers becoming ill. This is scary. Most of the pending requests for bond reductions are from inmates with underlying health issues that pose the greatest risk of death from Covid 19. Pretrial detainees with underlying health conditions that are not released will be essentially sentenced to death, without being afforded due process and on charges that in some case carry as little as six months to two years in jail. My case being a prime example #1650428 where the evidence was tainted during chain of custody, lost or planted and I can't get a motion hearing, P.R. Bond or even a day in court for that matter.

Harris County 262  
Case No. 1650428

Respectfully, Ronald Thomas Drakes  
5H1, 1200 Baker Street  
SPN# 01715680

**HARRIS COUNTY SHERIFF'S OFFICE JAIL**
Name: Ronald Thomas Drakos
SPN: 01715680    Cell: 5H1
Street: 1200 BAKER
HOUSTON, TEXAS 77002



**INDIGENT**

United States Courts
Southern District of Texas
FILED
APR 28 2020
David J. Bradley, Clerk of Court



U.S. POSTAGE >> PITNEY BOWES
ZIP 77002 $ 000.50⁰
02 4W
0000368784 APR. 27. 2020

UNITED STATES DIST. CLERK
ATTN: Judge LEE Rosenthal
P.O. Box 61010
Houston, TX. 77208-1010

7720881010 B001