United States District Judge Lee Rosenthal
Re: Civil Action No. H-19-226
Interested Non-Party

4/27/20

United States Courts
Southern District of Texas
FILED
APR 29 2020
David J. Bradley, Clerk of Court

Judge,

Comes now, Skyler Rice, an interested Non-Party in the above numbered cause, to provide the Court with additional information as requested, specifically pertaining to the lenth of delays before individualized formal bail hearings after such hearings are requested in Harris County District Courts.

The following cause numbers are but of a few, just in my dorm alone, that have either Applications for Writ of Habeas Corpus seeking Bail Reductions or Motions to Reduce Bail pending before Harris County District Courts:

#1 Cause #, District Court #
1. #1650428, 262ND District Court, Harris County, Texas.
2. #1668113, 176TH Dist. Crt. Harris Cnty. TX
3. #1580280, 338TH Dist Crt. Harris Cnty. TX
4. #1605453, 338TH Dist Crt. Harris Cnty. TX
5. #1632015, 184TH District Court Harris Cnty. TX
6. #1658196, 262ND District Court Harris County, Texas a

These requests, Motions, Applications, and Petitions have been filed and have gone unruled upon and ignored by the Courts.

Regardless of the protective measures implemented at the Harris County Jail to defend against the spread of the novel coronavirus/COVID-19, the number of inmates and staff testing positive for the deadly virus continues to multiply daily at the jail. The requests in the listed cause numbers are from pretrial detainees who all have underlying health conditions and pose the greatest risk of death from the COVID-19 virus. Their Motions for bail hearings are pleas for their lives as the deadly virus continues to encroach upon them. Without release these pretrial detainees who have yet to have their day in court and afforded due process will be subjected to a death

sentence. The crimes for which these pretrial detainees stand accused of do not even carry the potential for punishment by death. The only defenses these detainees have against COVID-19 are to social distance and hygeine measures, but in the Harris County Jail these CDC guidelines are impossible to comply with. If ever were a time to utilize personal recognizance bonds now would be the time. Not just Constitutional Rights and Civil Rights will be violated but Human Rights. Please use your authority to do the right thing.

Respectfully submitted,

*Skyler Rice*

Skyler T. Rice #0195641
Harris County Jail - 5H1
1200 Baker St.
Houston, TX 77002

**HARRIS COUNTY SHERIFF'S OFFICE JAIL**

Name: Skyler Rice
SPN: 01956417  Cell: 5H1
Street: 1200 Baker St
HOUSTON, TEXAS 77002



aramark

**INDIGENT**



United States District Clerk
P.O. Box 61010
Houston, TX 77208-1010



United States Courts
Southern District of Texas
FILED
APR 29 2020
David J. Bradley, Clerk of Court

U.S. POSTAGE >> PITNEY BOWES
ZIP 77002 $ 000.50⁰
02 4W
0000368784 APR 27 2020