IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RUSSELL, et al, | § | |
|    Plaintiffs | § | |
| | § | No. 4:19-cv-00226 |
| v. | § | Hon. Lee H. Rosenthal |
| | § | U.S. District Judge |
| HARRIS COUNTY, TEXAS, et al, | § | |
|    Defendants | § | |

## REPORT OF SHERIFF ED GONZALEZ MAY 1, 2020

Pursuant to this Court's Order dated April 14, 2020, the Sheriff provides the following information:

1. As of May 1, 2020, there were 5,835 felony pre-trial detainees.

2. A total of 111 out of 426 detainees charged with non-violent offenses with no prior violent convictions have been released.

3. Total number of inmates testing positive for COVID-19: 411. Of that number, 394 remain in custody. Of the 394, 145 are in surveillance quarantine because they tested positive but show no symptoms, and 92 are in recovery quarantine.

4. Inmates in observational quarantine: 2648

5. HCSO employees testing positive for COVID-19: 238 (of which 211 work in the jail). An additional 402 employees are on quarantine.

Respectfully submitted,

*/s/ Murray Fogler*
Murray Fogler
FOGLER, BRAR, O'NEIL & GRAY, LLP
S.D. Tex. No. 2003
State Bar No. 07207300
mfogler@foglerbrar.com
909 Fannin, Suite 1640
Houston, Texas 77010
Tel:  713.481.1010
Fax:  713.574.3224

Victoria Jimenez
Legal Director
Harris County Sheriff's Office
1200 Baker St.
Houston, Texas 77002
Tel: 346.286.1588
Victoria.Jimenez@sheriff.hctx.net

ATTORNEYS FOR SHERIFF ED GONZALEZ

## CERTIFICATE OF SERVICE

I certify that on May 1, 2020, a copy of this document was served on counsel of record via electronic filing in accordance with the USDC Southern District of Texas Procedures for Electronic Filing.

*/s/ Murray Fogler*
Murray Fogler