## DAO Objections and No Objections Compared to Releases
as of 5/1/2020 approx. 2:30pm

| BookedOnFelony | All | | |
|---|---|---|---|
| **Distinct Count of DefendantSPN** | **Column Labels** | | |
| **Row Labels** | **No Longer in Custody: Released** | **YES: Remains in Custody** | **Grand Total** |
| NO OBJECTION | 190 | 34 | 224 |
| OBJECTION | 1602 | 7089 | 8691 |
| REVIEW PENDING | 43 | 28 | 71 |
| **Grand Total** | **1835** | **7151** | **8986** |

State lodged "no objection" for 224 distinct defendants.

With Objections lodged and following formal or informal hearings, 1602 defendants were released over objection.

State reviewed 8,986 unique defendants.