**Jail Detainees Released by Week**
**as of 5/1/2020 approx 2:30pm**

| ReleaseDate | (Multiple Items) |
| BookedOnFelony | YES |
| InCustody | (All) |

| | Feb 23-29 | Mar 1-7 | Mar 8-14 | Mar 15-21 | Mar 22-28 | Mar 29-4 | Apr 5-11 | Apr 12-18 | Apr 19-25 | Apr 26-2 | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **Count of SPN** | **Column Labels** | | | | | | | | | | |
| **Row Labels** | **9** | **10** | **11** | **12** | **13** | **14** | **15** | **16** | **17** | **18** | **Grand Total** |
| APPEAL BOND | | | 2 | 1 | | | | | | | 3 |
| BOND REINSTATED | | 1 | 6 | 12 | 15 | 10 | 5 | 5 | 7 | 5 | 66 |
| BOOKED IN ERROR | | 4 | 5 | 5 | 7 | 3 | 5 | 6 | 3 | | 38 |
| CASH BOND | | 2 | 2 | 6 | 4 | 9 | 10 | 9 | 13 | 1 | 56 |
| COMPLETED SERVING SENTENCE | | 1 | 1 | 3 | | 1 | | 1 | | 2 | 9 |
| COMPLETION OF OFF-WORK HOURS | | 3 | 1 | | 1 | 1 | | | | | 6 |
| DEF BOOKED/RELEASED ON BOND WITHOUT BEING HOUSED | | | | | | | 1 | 1 | | | 2 |
| DEFERRED ADJUDICATION GRANTED - COST DEFERRED | | 1 | 3 | 3 | 2 | 2 | 6 | | 5 | | 22 |
| DETAINER PLACED (HAS OPEN CASES IN HARRIS COUNTY) | | | | | 1 | | | | 2 | | 3 |
| DISMISSED (ALL CASES) | | 1 | 17 | 14 | 13 | 3 | 6 | 5 | 4 | 5 | 68 |
| FOR J.P., SERVED TIME FOR FINE AND/OR COSTS | | 7 | 9 | 6 | 10 | 3 | 2 | 1 | 2 | 4 | 44 |
| GENERAL ORDER BOND | 1 | 11 | 4 | 6 | 8 | 8 | 5 | 3 | 5 | 3 | 54 |
| GENERAL ORDER BOND – COVID-19 | | | | | | 4 | | | | | 4 |
| GENERAL ORDER RELEASE FELONY | | | | | | 7 | 27 | 48 | 49 | 40 | 171 |
| J.P. DISMISSING CASES | | | | | | | 1 | | | | 1 |
| J.P. FINE AND COSTS WAIVED | | | | | | 1 | 1 | | 1 | | 3 |
| J.P. PERSONAL BOND | | | | | | | | | 1 | | 1 |
| MOTION  TO REVOKE PROBATION DISM | | | | 1 | | | 1 | | 1 | | 3 |
| MOTION REVOKE ADJUDICATION DISM | | 1 | 3 | 9 | 9 | 1 | 8 | 7 | 7 | 1 | 46 |
| NO BILLED | | | | | | | 1 | | | | 1 |
| NO PROBABLE CAUSE FOUND | | 8 | 6 | 12 | 13 | 5 | 6 | 11 | 10 | 6 | 77 |
| PAID FINE AND COURT COST | | | | | 1 | | | | | | 1 |
| PRE-TRIAL RELEASE BOND | 6 | 205 | 208 | 270 | 234 | 127 | 121 | 92 | 89 | 49 | 1401 |
| PROBATION, COST DEFERRED | | | | | | | | | | 1 | 1 |
| RELEASE ORDER COVID-19 | | | | | | 7 | | | | | 7 |
| RELEASE STATE JAIL FACILITY | | 1 | 2 | 7 | 4 | | | | | | 14 |
| RELEASED BY ORDER OF COURT | | | 4 | | 3 | 3 | 2 | 3 | 3 | 3 | 21 |
| RELEASED IN ERROR | | | | | | | | | 1 | | 1 |
| RELEASED PER FAX | | | | | | | | | | 1 | 1 |
| RELEASED PER TELETYPE | | | | 3 | 4 | 1 | 4 | 3 | 3 | 1 | 19 |
| RELEASED TO DO WEEKEND SERVICE | 1 | 2 | 2 | 2 | | | | | | | 7 |
| RELEASED TO FEDERAL AUTHORTY | | | 1 | | 2 | | | | | | 3 |
| RELEASED TO HOLD FOR AGENCY | | | 4 | 5 | 4 | 1 | 1 | 5 | 3 | 4 | 27 |
| RELEASED TO TEXAS DEPT. OF CORRECTIONS | | | | | 1 | 14 | | | | | 15 |
| SERVED TIME CONDITION OF PROBATION | | 2 | 7 | 7 | 8 | 1 | 1 | 2 | 1 | | 29 |
| SERVED TIME, FOR FINE AND COST | | | | | 1 | | | | | | 1 |
| SERVED TIME/FINES/COSTS CONCURRENTLY | | 5 | 17 | 21 | 9 | 22 | 11 | 12 | 12 | 13 | 122 |
| SURETY BOND | 2 | 174 | 252 | 211 | 156 | 216 | 265 | 321 | 289 | 208 | 2094 |
| TRANSFERRED TO RUSK STATE HOSP | | | | | 1 | | | | | | 1 |
| (blank) | | 20 | 23 | 8 | 6 | 2 | 2 | 2 | 1 | | 64 |
| **Grand Total** | **10** | **449** | **579** | **614** | **529** | **439** | **492** | **536** | **512** | **347** | **4507** |