## Releases of Felony Pre-Trial Detainees Since 4/1/2020

as of 5/1/2020 at approx. 2:15pm

| | |
|---|---|
| BookingType | All |
| BookedOnFelony | YES |
| ReleasedSince0401 | YES |

| Row Labels | Count of SPN |
|---|---|
| APPEAL BOND | 1 |
| BOND REINSTATED | 49 |
| BOOKED IN ERROR | 20 |
| CASH BOND | 69 |
| COMPLETED SERVING SENTENCE | 23 |
| COMPLETION OF OFF-WORK HOURS | 1 |
| DEF BOOKED/RELEASED ON BOND WITHOUT BEING HOUSED | 2 |
| DEFERRED ADJUDICATION GRANTED - COST DEFERRED | 59 |
| DETAINER PLACED (HAS OPEN CASES IN HARRIS COUNTY) | 2 |
| DISMISSED (ALL CASES) | 47 |
| FOR J.P., SERVED TIME FOR FINE AND/OR COSTS | 18 |
| GENERAL ORDER BOND | 23 |
| GENERAL ORDER BOND – COVID-19 | 11 |
| GENERAL ORDER RELEASE FELONY | 193 |
| J.P. DISMISSING CASES | 1 |
| J.P. FINE AND COSTS WAIVED | 2 |
| J.P. PERSONAL BOND | 1 |
| MOTION TO REVOKE PROBATION DISM | 7 |
| MOTION REVOKE ADJUDICATION DISM | 53 |
| NO BILLED | 4 |
| NO PROBABLE CAUSE FOUND | 37 |
| PAROLE CERTIFICATE RELEASE | 2 |
| PRE-TRIAL RELEASE BOND | 618 |
| PROBATION, COST DEFERRED | 1 |
| RELEASED BY ORDER OF COURT | 78 |
| RELEASED IN ERROR | 1 |
| RELEASED PER FAX | 2 |
| RELEASED PER TELETYPE | 42 |
| RELEASED TO FEDERAL AUTHORTY | 2 |
| RELEASED TO HOLD FOR AGENCY | 38 |
| SERVED TIME CONDITION OF PROBATION | 13 |
| SERVED TIME/FINES/COSTS CONCURRENTLY | 181 |
| SURETY BOND | 1681 |
| TRANSFERRED TO VERNON STATE HOSPITAL | 2 |
| **Grand Total** | **3284** |

Note: Where above data reflects a release for a J.P. (justice of the peace) matter, or other sentence served type activity, this indicates the person released had not only the felony pre-trial matter but some additional matter upon which they were released. The data starts with the person being jailed on a felony pre-trial matter and then released. If that person was jailed on an additional matter, his release on the additional matter is coded differently.