# DAO Objections and No Objections Compared to Releases
as of 5/5/2020 approx. 2:30pm

| BookedOnFelony | All | | |
|---|---|---|---|

| Distinct Count of DefendantSPN | Column Labels | | |
|---|---|---|---|
| Row Labels | No Longer In Custody: Released | YES: Still in Custody | Grand Total |
| NO OBJECTION | 194 | 37 | 231 |
| OBJECTION | 1803 | 7182 | 8985 |
| REVIEW PENDING | 50 | 30 | 80 |
| **Grand Total** | **2047** | **7249** | **9296** |

State lodged "no objection" for 231 distinct defendants.

With Objections lodged and following formal or informal hearings, 1803 defendants have released over objection. Release reasons vary; most are due to release on bond of some sort but also includes a small percentage of cases wherein a plea bargain or dismissal ensued that resulted in a release.

State reviewed 9,296 unique defendants.