# Jail Detainees Released by Week
as of 5/5/2020 approx 2:30pm

| ReleaseDate | (Multiple Items) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BookedOnFelony | YES | | | | | | | | | | | |
| InCustody | All | | | | | | | | | | | |
| | Feb 23-29 | Mar 1-7 | Mar 8-14 | Mar 15-21 | Mar 22-28 | Mar 29-4 | Apr 5-11 | Apr 12-18 | Apr 19-25 | Apr 26-2 | May 3-9 | |
| Count of SPN | Column Labels | | | | | | | | | | | |
| Row Labels | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | Grand Total |
| (blank) | | 20 | 23 | 8 | 6 | 2 | 2 | 2 | 1 | 1 | | 65 |
| APPEAL BOND | | | 2 | 1 | | | | | | | | 3 |
| BOND REINSTATED | | 1 | 6 | 12 | 15 | 10 | 5 | 5 | 7 | 5 | 1 | 67 |
| BOOKED IN ERROR | | 4 | 5 | 5 | 7 | 3 | 5 | 6 | 3 | 1 | | 39 |
| CASH BOND | | 2 | 2 | 6 | 4 | 9 | 10 | 9 | 13 | 2 | 5 | 62 |
| COMPLETED SERVING SENTENCE | | 1 | 1 | 3 | | 1 | | 1 | | 3 | 1 | 11 |
| COMPLETION OF OFF-WORK HOURS | | 3 | 1 | | 1 | 1 | | | | | | 6 |
| DEF BOOKED/RELEASED ON BOND WITHOUT BEING HOUSED | | | | | | 1 | 1 | | | | | 2 |
| DEFERRED ADJUDICATION GRANTED - COST DEFERRED | | 1 | 3 | 3 | 2 | 2 | 6 | | 5 | | 2 | 24 |
| DETAINER PLACED (HAS OPEN CASES IN HARRIS COUNTY) | | | | | 1 | | | | 2 | | | 3 |
| DISMISSED (ALL CASES) | | 1 | 17 | 14 | 13 | 3 | 6 | 5 | 4 | 5 | 1 | 69 |
| FOR J.P., SERVED TIME FOR FINE AND/OR COSTS | | 7 | 9 | 6 | 10 | 3 | 2 | 1 | 2 | 5 | 1 | 46 |
| GENERAL ORDER BOND | 1 | 11 | 4 | 6 | 8 | 8 | 5 | 3 | 5 | 6 | 2 | 59 |
| GENERAL ORDER BOND – COVID-19 | | | | | | 4 | | | | | | 4 |
| GENERAL ORDER RELEASE FELONY | | | | | | 7 | 27 | 48 | 49 | 54 | 10 | 195 |
| J.P. DISMISSING CASES | | | | | | 1 | | | | | | 1 |
| J.P. FINE AND COSTS WAIVED | | | | | | 1 | 1 | | 1 | | | 3 |
| J.P. PERSONAL BOND | | | | | | | | | 1 | 1 | | 2 |
| MOTION TO REVOKE PROBATION DISM | | | | 1 | | | 1 | | 1 | | | 3 |
| MOTION REVOKE ADJUDICATION DISM | | | 1 | 3 | 9 | 9 | 1 | 8 | 7 | 7 | 1 | 46 |
| NO BILLED | | | | | | | 1 | | | | | 1 |
| NO PROBABLE CAUSE FOUND | | | 8 | 6 | 12 | 13 | 5 | 6 | 11 | 10 | 11 | 1 | 83 |
| PAID FINE AND COURT COST | | | | | | 1 | | | | | | 1 |
| PRE-TRIAL RELEASE BOND | 6 | 205 | 208 | 270 | 234 | 127 | 121 | 92 | 89 | 92 | 24 | 1468 |
| PROBATION, COST DEFERRED | | | | | | | | | | 1 | | 1 |
| RELEASE ORDER COVID-19 | | | | | | 7 | | | | | | 7 |
| RELEASE STATE JAIL FACILITY | | | 1 | 2 | 7 | 4 | | | | | | 14 |
| RELEASED BY ORDER OF COURT | | | | 4 | | 3 | 3 | 2 | 3 | 3 | 5 | 1 | 24 |
| RELEASED IN ERROR | | | | | | | | | | 1 | | | 1 |
| RELEASED PER FAX | | | | | | | | | | | 1 | | 1 |
| RELEASED PER TELETYPE | | | | | 3 | 4 | 1 | 4 | 3 | 3 | 1 | 1 | 20 |
| RELEASED TO DO WEEKEND SERVICE | 1 | 2 | 2 | 2 | | | | | | | | 7 |
| RELEASED TO FEDERAL AUTHORTY | | | 1 | | 2 | | | | | | | 3 |
| RELEASED TO HOLD FOR AGENCY | | | 4 | 5 | 4 | 1 | 1 | 5 | 3 | 4 | 3 | 30 |
| RELEASED TO TEXAS DEPT. OF CORRECTIONS | | | | 1 | 14 | | | | | | | 15 |
| SERVED TIME CONDITION OF PROBATION | | 2 | 7 | 7 | 8 | 1 | 1 | 2 | 1 | 1 | 1 | 31 |
| SERVED TIME, FOR FINE AND COST | | | | 1 | | | | | | | | 1 |
| SERVED TIME/FINES/COSTS CONCURRENTLY | | 5 | 17 | 21 | 9 | 22 | 11 | 12 | 12 | 13 | 2 | 124 |
| SURETY BOND | 2 | 174 | 252 | 211 | 156 | 216 | 265 | 321 | 289 | 308 | 63 | 2257 |
| TRANSFERRED TO RUSK STATE HOSP | | | | | 1 | | | | | | | 1 |
| Grand Total | 10 | 449 | 579 | 614 | 529 | 439 | 492 | 536 | 512 | 521 | 119 | 4800 |