IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RUSSELL, et al, § | | |
|    Plaintiffs § | | |
| § | | No. 4:19-cv-00226 |
| v. § | | Hon. Lee H. Rosenthal |
| § | | U.S. District Judge |
| HARRIS COUNTY, TEXAS, et al, § | | |
|    Defendants § | | |

## REPORT OF SHERIFF ED GONZALEZ MAY 5, 2020

With three weeks having passed since the Court's April 14, 2020 Order, which requests bi-weekly reports on the jail status, the Sheriff respectfully asks if the information being provided is helpful to the Court. He wonders if slowing the frequency of reports to once a week would suffice for the Court's purposes. In any event, the Sheriff provides the following information:

1. As of May 5, 2020, there were 5,900 felony pre-trial detainees.

2. 119 of the 426 non-violent offenders who are otherwise eligible for release have been released.

3. The Sheriff provides some additional information about testing for COVID-19 in this report:

    - A total of 1097 inmates have been tested to date.

    - Of that total, 599 were confirmed as positive, 476 were confirmed as negative, and 22 are awaiting test results.

1

4. The HCSO also has additional information about levels of quarantine:

    - 2828 inmates in observational quarantine (no symptoms, but possible exposure)

    - 601 in buffer quarantine (for those newly booked)

    - 92 in surveillance quarantine (for asymptomatic patients who tested positive)

    - 157 in recovery quarantine (patients with 3 or more days without fever and with marked improvement)

5. There are 255 HCSO employees who have tested positive for COVID-19, 190 of which are currently quarantined. There are currently 402 total HCSO staff on quarantine and 332 who were quarantined but have now returned to work.

        Respectfully submitted.

        */s/ Murray Fogler*
        Murray Fogler
        FOGLER, BRAR, O'NEIL & GRAY, LLP
        S.D. Tex. No. 2003
        State Bar No. 07207300
        mfogler@foglerbrar.com
        909 Fannin, Suite 1640
        Houston, Texas 77010
        Tel: 713.481.1010
        Fax: 713.574.3224

        Victoria Jimenez
        Legal Director
        Harris County Sheriff's Office

1200 Baker St.
Houston, Texas 77002
Tel: 346.286.1588
Victoria.Jimenez@sheriff.hctx.net

ATTORNEYS FOR SHERIFF ED GONZALEZ

## **CERTIFICATE OF SERVICE**

I certify that on May 5, 2020, a copy of this document was served on counsel of record via electronic filing in accordance with the USDC Southern District of Texas Procedures for Electronic Filing.

*/s/ Murray Fogler*
Murray Fogler