IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

|  |  |
|---|---|
| RUSSELL, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 4:19-cv-00226 |
| v. ) | (Class Action) |
| ) | The Honorable Lee H. Rosenthal |
| HARRIS COUNTY, TEXAS, et al. ) | U.S. District Judge |
| ) | |
| Defendants. ) | |

### MOTION TO LIFT THE STAY, SET DEADLINES FOR INITIAL PRETRIAL PROCEEDINGS, AND SET A DEADLINE FOR RESPONSIVE PLEADINGS

Plaintiffs filed the above-captioned lawsuit in January 2019. The case has been stayed since filing while the Parties attempted in good faith to negotiate a resolution. However, it has become apparent that a negotiated resolution is not in view. Accordingly, Plaintiffs ask this Court to lift the stay in the above-captioned case so that litigation may proceed.[1] Plaintiffs also respectfully ask this Court, pursuant to its standard procedures, to set a date for an Initial Pretrial Conference with the Court under Rule 16, set a deadline for the Parties to meet and confer under Rule 26(f), and set a deadline for the parties to file a Joint Discovery / Case-Management Plan and proposed Scheduling and Docket Control Order.

Plaintiffs further ask this Court to order Defendants to respond to Plaintiffs' concurrently filed First Amended Complaint within 21 days. If any Defendant or Intervenors file a Motion to Dismiss, Plaintiffs request 21 days to file a response, and seven (7) days for Defendants and Intervenors to file any reply brief.

---

[1] The Sheriff and County are opposed to lifting the stay at this time. Intervenors take no position, but request 30 days to file a responsive pleading.

1

Date: May 6, 2020

*/s/ Alec Karakatsanis*
*/s/ Elizabeth Rossi*
Alec George Karakatsanis (*Pro Hac Vice*)
alec@civilrightscorps.org
Elizabeth Rossi (*Pro Hac Vice*)
elizabeth@civilrightscorps.org
Civil Rights Corps
1601 Connecticut Ave NW, Suite 800
Washington, DC 20009
Telephone: (202) 681-2721

*/s/ Liyah Brown*
Mimi Marziani (*Pro Hac Vice*)
Texas State Bar No. 24091906
mimi@texascivilrightsproject.org
Liyah Brown (*Pro Hac Vice*)
D.C. Bar No. 500149
liyah@texascivilrightsproject.org
Peter Steffensen
Texas State Bar No. 24106464
Southern District No. 3327006
peter@texascivilrightsproject.org
Texas Civil Rights Project
2202 Alabama Street
Houston, TX 77004
Telephone: 512-474-5073 ext. 118

Respectfully Submitted,

*/s/ Neal S. Manne*
Neal S. Manne
Texas Bar No. 12937980
nmanne@susmangodfrey.com
Lexie G. White
Texas Bar No. 24048876
lwhite@susmangodfrey.com
Joseph S. Grinstein
Texas Bar No. 24002188
jgrinstein@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

*/s/ Michael Gervais*
Michael Gervais (*Pro Hac Vice*)
mgervais@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, #1400
Los Angeles, CA 90067
Telephone: (310) 789-3100

## **CERTIFICATE OF SERVICE**

I certify that on May 6, 2020 a true and correct copy of this document properly was served on counsel of record via electronic filing in accordance with the USDC, Southern District of Texas Procedures for Electronic Filing.

*/s/ Elizabeth Rossi*
Elizabeth Rossi