# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

| | |
|---|---|
| RUSSELL, et al. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> HARRIS COUNTY, TEXAS, et al. ) <br> ) <br> Defendants. ) <br> ) | Case No. 4:19-cv-00226 <br> (Class Action) <br> The Honorable Lee H. Rosenthal <br> U.S. District Judge |

## **[PROPOSED] ORDER**

Plaintiffs' Motion to Lift the Stay, Set Deadlines for Initial Pretrial Proceedings, and Set a Deadline for Responsive Pleadings is hereby GRANTED as follows:

1. The stay in the above-captioned case is lifted.

2. A Rule 16 Pretrial Conference is scheduled for _____.

3. The Parties must meet and confer under Rule 26(f) by _____.

4. The Parties must submit a a Joint Discovery / Case-Management Plan and proposed Scheduling and Docket Control Order by _____.

5. Defendants and Intervenors must Respond to Plaintiffs' First Amended Class Action Complaint within 21 days, by _____.

6. If Defendants or Intervenors file any Motion to Dismiss, Plaintiffs' response brief will be due within 21 days, by _____. Any reply brief by Defendants or Intervenors must be filed within 7 days, by _____.

Ordered this ___ day of _____, 2020.

_____
Hon. Lee H. Rosenthal District Judge