**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| RUSSELL, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 4:19-cv-00226 |
| v. | ) | (Class Action) |
| | ) | The Honorable Lee H. Rosenthal |
| HARRIS COUNTY, TEXAS, et al. | ) | U.S. District Judge |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF FILING OF FIRST AMENDED COMPLAINT WITH NEW PARTIES**

Plaintiffs hereby provide Notice of Filing of Plaintiffs' First Amended Class Action Complaint, Exhibit 1, as a matter of course under Rule 15(a)(1)(A). Attached to this Notice as Exhibit 2 is a document showing, in redline edits, the changes made to Plaintiffs' originally filed Complaint. These differences are limited to: (1) the addition of two named Plaintiffs and proposed Class Representatives, who meet all of the Rule 23 criteria;[1] and (2) the addition of facts regarding Governor Abbott's Executive Order GA-13. All other allegations have remained unchanged. Rule 15 is an appropriate vehicle for adding named Plaintiffs. *Jackson v. N.A.A.C.P.*, 575 Fed. Appx. 256, 260 (5th Cir. 2014) (citing *Bibbs v. Early*, 541 F.3d 267, 275 n. 39 (5th Cir. 2008)); *Aircraft Holding Solutions, LLC v. Learjet, Inc.*, 2018 WL 6696350, at *1 n.2 (N.D. Tex. Dec. 20, 2018).

Date: May 6, 2020                              Respectfully Submitted,

/s/ Alec Karakatsanis                          /s/ Neal S. Manne
/s/ Elizabeth Rossi                            Neal S. Manne
Alec George Karakatsanis (*Pro Hac Vice*)      Texas Bar No. 12937980
alec@civilrightscorps.org                      nmanne@susmangodfrey.com

---

[1] On April 13, 2020, Jason Callicotte filed a Motion to intervene. Dkt. 119. Plaintiffs believe the Court should defer ruling on the Motion to Intervene until after Plaintiffs' Motion for Class Certification, Dkt. 11, has been fully briefed and decided because Mr. Callicotte would be a member of the Rule 23(b)(2) transitory class.

Elizabeth Rossi (*Pro Hac Vice*)
elizabeth@civilrightscorps.org
Civil Rights Corps
1601 Connecticut Ave NW, Suite 800
Washington, DC 20009
Telephone: (202) 681-2721

*s/ Liya Brown*
Mimi Marziani (*Pro Hac Vice*)
Texas State Bar No. 24091906
mimi@texascivilrightsproject.org
Liyah Brown (*Pro Hac Vice*)
D.C. Bar No. 500149
liyah@texascivilrightsproject.org
Peter Steffensen
Texas State Bar No. 24106464
Southern District No. 3327006
peter@texascivilrightsproject.org
Texas Civil Rights Project
2202 Alabama Street
Houston, TX 77004
Telephone: 512-474-5073 ext. 118

Lexie G. White
Texas Bar No. 24048876
lwhite@susmangodfrey.com
Joseph S. Grinstein
Texas Bar No. 24002188
jgrinstein@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

*/s/ Michael Gervais*
Michael Gervais (*Pro Hac Vice*)
mgervais@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, #1400
Los Angeles, CA 90067
Telephone: (310) 789-3100

## **CERTIFICATE OF SERVICE**

I certify that on May 6, 2020 a true and correct copy of this document properly was served on counsel of record via electronic filing in accordance with the USDC, Southern District of Texas Procedures for Electronic Filing.

*/s/ Elizabeth Rossi*
Elizabeth Rossi