United States District Court
Southern District of Texas
**ENTERED**
May 06, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DWIGHT RUSSELL, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. H-19-226 |
| HARRIS COUNTY, TEXAS, *et al.*, | § | |
| Defendants. | § | |

**ORDER**

The defendants and state intervenors must respond to the plaintiffs' motion to lift the stay, (Docket Entry No. 139), by **June 5**, **2020**.

On **Fridays** by **5:00 p.m. CDT**, the parties and interested nonparties must continue to provide the court with information on: (1) the number of pretrial felony arrestees unable to pay a secured bond who have been released on a personal bond with no remaining disputes preventing that release; (2) the number who remain in pretrial custody because they are unable to pay a secured bond and whose release on a personal bond is challenged by the District Attorney; (3) the population of felony pretrial arrestees in the Harris County Jail; (4) the length of delays before individualized formal bail hearings after such hearings are requested; and (5) the number of arrestees and workers in the Jail who have positive COVID-19 test results and the number with pending test results.

The parties and interested nonparties no longer need to submit two updates per week. The court will rule on the plaintiffs' motion to limit the information required in the updates, (Docket Entry No. 142), after receiving any response from the state intervenors, who oppose the motion.

The plaintiffs' unopposed motion to file a supplemental brief in support of class certification, (Docket Entry No. 141), is granted.

SIGNED on May 6, 2020, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge