**Exhibit 2**



*Harris County Criminal District Courts*

### ORDER TO HARRIS COUNTY SHERIFF REGARDING INMATES POSITIVE FOR COVID-19

The Court has become aware that the Harris County Sheriff has transported an inmate to court who previously tested positive for the virus that causes COVID-19.

Accordingly, the Court **ORDERS** that the Harris County Sheriff is hereby prohibited from bringing to the _208th_ District Court any inmate housed in the Harris County Jail who has tested positive for the virus that causes COVID-19.

Signed this _12th_ day of May 2020.

_____
Presiding Judge
208th   District Court