**Exhibit 3**



## Harris County Criminal District Courts

### ORDER TO HARRIS COUNTY SHERIFF REGARDING INMATES POSITIVE FOR COVID-19

The Court has become aware that the Harris County Sheriff has transported an inmate to court who previously tested positive for the virus that causes COVID-19.

Accordingly, the Court **ORDERS** that the Harris County Sheriff is hereby prohibited from bringing to the 176th District Court any inmate housed in the Harris County Jail who has tested positive for the virus that causes COVID-19.

Signed this 14th day of May 2020.

_____
Presiding Judge
176th District Court