United States District Court
Southern District of Texas
**ENTERED**
May 16, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DWIGHT RUSSELL, *et al.*, | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. H-19-226 |
| HARRIS COUNTY, TEXAS, *et al.*, | § | |
| Defendants. | § | |

## ORDER

The plaintiffs' now-unopposed motion to lift the stay, (Docket Entry No. 139), is granted. (*See* Docket Entry No. 149 (informing the court that the defendants no longer oppose lifting the stay and the state intervenors do not intend to respond to the plaintiffs' motion)). The stay is lifted and the litigation may resume.

By **May 22**, **2020**, the parties must confer and file a proposed scheduling order, including a deadline for the state intervenors to respond to or answer the amended complaint. The parties may submit separate proposals if they disagree.

SIGNED on May 16, 2020, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge