UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT TEXAS
HOUSTON DIVISION

DWIGHT RUSSELL, et al.

V.  H-19-226

HARRIS COUNTY, TEXAS, et al.

## JASON CALLICOTTE'S UNSWORN DECLARATION

I, JASON COLBY CALLICOTTE SPN # 01401470, being presently incarcerated in the Harris County Jail at Houston Texas, do hereby declare under penalty of perjury that the following declaration is true and correct as to all facts and allegations contained therein:

I. My name is JASON COLBY CALLICOTTE and I am 43 years old. On September 14, 2018 while in Chambers County Jail in Chambers County, Texas, for a charge of unauthorized use of a motor vehicle (UUMV) I was magistrated pursuant to a robbery charge in Harris County, Texas and my bond was set a $888,888 without any counsel present.

II. On December 5 2018 I was transported from Chambers County to Harris County Jail after the UUMV charge was dismissed. Upon magistration in Harris County on December 5, 2018 an order denying bail was entered by magistrate Judge Constance Spence and remained in effect until November 11, 2019 at which time my bail was arbitrarily set by the Honorable Hazel B. Jones at $65,000. I am indigent and can not afford secured money bail in any amount.

III. Upon bail hearing on MAY 5, 2020, pursuant to an emergency motion for personal bond due to Covid-19 pandemic, my bail was reduced from $65,000 to $20,000 in the robbery charge and left at $5,000 in a seperate charge of credit card abuse. Personal bond was opposed by the district attorney and denied by the judge although I testified to the fact that I have chronic liver disease and hypertension, conditions which make me vulnerable to COVID-19.

IV. On April 28, 2020 I filed an application for a subpoena of my medical records from Harris County Jail so that I could show the above medical conditions to the 174th District Court of Harris County (174th). My medical records have not yet been produced, and as such Hazel B. Jones refuses to find that I suffer from chronic liver disease. She did, however, say that if I show I suffer from liver disease she will consider a personal bond more closely. I have filed at least three applications for subpoena of those medical records since April 28, 2020 and they have yet to be produced. Meanwhile, the confirmed positive cases has exploded and nears or surpasses 1,000 cases with at least two COVID-19 related deaths. At this rate it is not a matter of "if" I will contract the disease, but "when." With my medical conditions the likelyhood of death or hospitilization is high.

elsewhere. These are not normal times and my life is in danger.

Executed at Houston, Texas on 5/13/2020

*Jason Callicotte* # 01401470
JASON CALLICOTTE
1200 BAKER ST.
HOUSTON, TEXAS
77002

SOUTHERN DISTRICT TEXAS

HOUSTON DIVISION

FILED
MAY 18 2020
David J. Bradley, Clerk of Court

Dwight Russell, et al.

v.                                           CIVIL ACTION NO. H-19-226

Harris County, Texas, et al.


JASON CALLICOTTE'S PETITION FOR WRIT OF HABEAS CORPUS
PURSUANT TO TITLE 28 U.S.C. SECTION 2241


I. The petitioner is now in the custody of Respondent Ed Gonzales, Sheriff of Harris County, Texas pursuant to a $20,000 surety bond and $5,000 surety bond required by Respondent JUDGE HAZEL B. JONES presiding over the 174TH JUDICIAL DISTRICT (174TH) of Harris County, Texas.


II. Petitioner is being deprived of constitutional rights to due process, equal protection and the right to prepare a defense to the criminal allegations against him.

14TH Amend - Due Process (Deliberate Indifference)

III. Respondent Sheriff Ed Gonzales and the rest of his administration are failing to take effective preventive measures to mitigate the spread of COVID-19 in the Harris County jail. Employees are not following personal protective equipment protocols or social distancing, at all. Investigation by a neutral third party will prove this. Furthermore, detainees are not being quarantined and otherwise housed in accordance with Center For Disease Control

ES0085-01-07

guidance. There are 'quarantines' in place, but they are only effective in their name. The schemes presented by CDC are not being followed in the slightest. Specifically, "cohorting" and "quarantining" are not being practiced at all in relation to the CDC definition of those words (cohorting and quarantining). Detainees are not being given antibacterial soap or hand sanitizer for hygiene. There are no tissues or hand-drying machines available for hand-drying for the detainees. Regular scheduled cleaning of areas is not being enforced and there is no communication to the inmates as to proper preventive measures that we can take, nor communication about the symptoms of COVID-19. People with underlying medical conditions which make them vulnerable to Covid-19 are not being screened or seperated in anyway from those who are not vulnerable. Petitioner has severe underlying conditions, chronic liver disease and hypertension.

### 14TH AMEND - EQUAL OPPORTUNITY

IV. Petitioner is being held pursuant to a surety bond of $20,000 and $5,000 and is only detained due to his lack of funds to post a secured money bail. He has had an emergency bail hearing in regard to his medical vulnerability to COVID-19 but Respondent HAZEL B. JONES refused to grant personal bond. Petitioner has attempted to subpoena his medical records

ES0085-01-07

from Harris County Jail in order to show that he has those conditions, but Harris County has thus far refused to comply with the request for subpoenas. Petitioner is pro se in all criminal allegations against him.

### 6TH Amend/14TH Amend Right to Defense

V. Petitioner is pro se in all criminal allegations against him. See attached order granting pro se status incorporated herein as exhibit "A." Harris County Sheriff's Office closed all inmate access to the jails law library on March 25 2020 as a prevention measure in response to COVID-19. Petitioner has important discovery materials stored in the law library (body cam footage, video surveillance, audio witness statements, etc.) which he can only view or listen to while in the law library and using law library computers. Petitioner also needs access to the law library to perform tasks such as legal research and preperation of legal pleadings in the defense of the allegations against him. Petitioner is housed in a crowded, cramped, noisy dorm with 25 other people and this is a severe impediment to his ability to prepare a defense.

VI. Petitioner has exhausted all administrative (state) remedies in regard to access to the law library and proper preventive measures

ES0085-01-07

in regard to covid-19. See attached grievance (exhibit B+C) receipts #32245, #32473 (law library) and grievance receipts for grievances #32172, #32364, #32371, #32524, #32577, #32663, #33014, #33070 (covid-19) are not obtainable by petitioner at this time. Please note that #32473 is an appeal (deemed unfounded) in regard to the law library therefore exhausted and several of the grievances in regard to covid-19 are appeals which were deemed unfounded, therefore exhausted. Petitioner has had a bail hearing requesting a personal bond due to his underlying medical conditions and risk of contracting a potentially fatal disease (covid-19), in which Respondent Hazel B. Jones refused to grant a personal bond. Petitioner has ~~also~~ filed a request for habeas relief under Article 11.25 of Texas Code of Criminal Procedure with Respondent Hazel B. Jones and a hearing is scheduled for May 26 2020 in regard to that. Petitioner has thus far been unable to subpoena his medical records from Harris County Jail in order to show his medical conditions although he has attempted on several occasions. See request for subpoenas attached as exhibits D and E.

Please see Petitioner's Declaration attached as exhibit "F."

Prayer

A. This court issue a writ of habeas corpus directed to Ed Gonzales, commanding him

to produce the body of the petitioner before this court at a time and place specified in the writ.

B. This court conduct a hearing on the deprivations of the prisoners constitutional rights as set out in this petition and following that hearing;

---

MAY 18 2020
David J. Bradley, Clerk of Court

Dear Clerk,

Enclosed is Petitioner Jason Callicoatte's petition for writ of habeas corpus, to be filed in Russell v. Harris County H-19-226.

Petitioner is filing writ because he is in danger of severe illness and/or death and the only reason he is detained in these conditions to await trial is because he is to poor to pay a secured money bond.

Please file this in H-19-226 and any other cause of action (NEW?) available. Petitioner is at a severe risk of contracting COVID-19 and can do nothing to prevent it and there is nothing he can do about it. Please cause this petition to be heard by judge





Cause No. 159893801010

The State of Texas
v.

CALLICOTTE, JASON COLBY, Defendant

---

In the 174th District Court
Harris County, Texas

---

# Faretta Warnings
# Waiver of Court Appointed Counsel
# Court Findings and Order Allowing Defendant to Proceed Pro Se

The defendant has expressed a desire to represent himself / herself. If a defendant properly asserts his / her right to self-representation, then the record must show that he / she knowingly and intelligently waived his /her right to counsel after being made aware of the dangers and disadvantages of self-representation. See *Faretta v. California*, 422 U.S. 806, 835 (1975).

The Court informed the defendant that, while he / she may waive the right to counsel and insist on self-representation, he / she may not obstruct the orderly procedure in the courts or interfere with the fair administration of justice. See *Webb v. State*, 533 S.W.2d 780, 784 (Tex. Crim. App. 1976).

The Court inquired as to the accused's age, background, education, and experience, including legal experience.

The Court informed the accused of 1) the general nature of the offense charged and the possible penalties; 2) that there are technical rules of evidence and procedure with which he will be obligated to comply; 3) that he / she will not be given special consideration because of his / her lack of legal training or legal experience; 4) he / she has no right to standby counsel. See *Scarbrough v. State*, 777 S.W.2d 83, 88 (Tex. Crim. App. 1989).

## WAIVER OF RIGHT TO COUNSEL

The Court has advised me of my right to representation by counsel in the charges pending against me. The Court further advised me that if I were unable to afford counsel, an attorney would be appointed for me free of charge. Understanding my right to have counsel appointed for

EXHIBIT "A"

*INMATE GRIEVANCE BOARD*

# GRIEVANCE RECEIPT

| | |
|---|---|
| TO: INMATE CALLICOTT    JASON C | |
| SPN# 1401470 | Cell Block: 3E2B01O |

This is your notification, as required by the Texas Commission on Jail Standards that your grievance was received on *3/30/2020* and filed as grievance # *32245*
This grievance is in reference to    INMATE SERVICES DIVISION

At this time, your grievance is under investigation.
Please do not file any further grievances in reference to this matter.

| | |
|---|---|
| Grievance Board Member    BDSHELTON | 3/30/2020 |

EXHIBIT "B"



# SUBPOENA

CAUSE NO. _____

THE STATE OF TEXAS

vs.

___JASON COLBY CALLICOTTE___

IN THE __174__ DISTRICT COURT

COUNTY CRIMINAL COURT AT LAW NO. _____

OF HARRIS COUNTY, TEXAS

TO ANY PEACE OFFICER OF HARRIS COUNTY OR OTHER PERSON AUTHORIZED TO SERVE THIS PROCESS IN ACCORDANCE WITH ART. 24.01(b) C.C.P. - GREETINGS:

Name Of Person Other Than A Peace Officer To Execute Summons:

_____

**YOU ARE HEREBY COMMANDED TO SUMMON** _____

Dr. Lawson Smith 1200 Baker St. Houston, Texas
Sheriff Ed Gonzales 1200 Baker ST Houston, Texas
Nurse Rebecca Lansing 1200 Baker ST Houston, Texas
All medical records for Jason CALLICOTT SPN # 01414710
(HIPAA Authorization Attached)

if to be found in your County, to be and appear before the above designated court in and for Harris County, on __5/26/20__ at 8:45 a.m., to give evidence in behalf of the State and Defendant in the above styled cause, and there to remain from day to day, and from term to term until discharged by the Court. Disobedience of this subpoena may result in confinement in the Harris County Jail and a fine.

Upon receipt contact DEFENSE [redacted] using the information listed below:

NAME: Jason Callicotte #01414710
ADDRESS: 1200 Baker St Houston TX
BAR#: _____
TELEPHONE NUMBER: _____
Deputy
FAX NUMBER: _____
E-MAIL ADDRESS: _____

WITNESS my official signature on __5/12/2020__

MARILYN BURGESS, District Clerk
Harris County, Texas

By _____

Exhibit "D" 11 of 2  pg. 2 of 4

STATE OF TEXAS

TASC - CALLICUTTE

1578438
1660724

174TH DISTRICT COURT

174TH DISTRICT

Harris County, TEX

## SHERIFF'S RETURN

Came to hand on the _____ day of _____ 20 _____ and executed by summoning the within named witness _____ in person, in the County of Harris, at the dates as herein stated,:

| Date of Service | Name | Miles | Direction | Fee For Service | Fee For Mileage | Total Fee |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | TOTAL FEE... | |

and not executed as to witness _____
the diligence used in finding said witness _____ being _____

and who after due search and diligent inquiry, cannot be found in Harris County, Texas.

Sheriff of Harris County, Texas

By _____, Deputy

Exhibit "D" pg. 3 of 4

1598938

Cause No. __16C6724__

**The State of Texas**
**v.**

__Jason Corey Cullicott__

a/k/a _____

In the __1st__ District Court of Harris, County Texas

### APPLICATION FOR SUBPOENA

The defendant makes this application for issuance of subpoena to the person(s) listed below. The testimony of this / these person(s) is believed to be material to the defense in the case on trial.

Dr. Lannae Fowler   1200 Baker St, Houston, Texas 77002
Sheriff Ed Gonzalez  1200 Baker St, Houston, Texas 77002
Nurse Rebecca Lanning 1200 Baker St, Houston, Texas 77002
All medical records for Jason Cullicott SPN # CH404110
(HIPAA Authorization Attached)

Return on __5/26/20__ at 8:45 a.m.

Pro se
Contact the DEFENSE ~~attorney~~ upon receipt using the following information:

Name: __Jason Cullicott # CH404110__
Texas Bar Card #: _____
Address: __1200 Baker St. Houston, Texas 77002__
Telephone #: _____
Fax #: _____
E-mail address: _____

Exhibit "D" pg. 1 of 4

# HIPAA AUTHORIZATION

**STATEMENT OF INTENT**

I, _Jason Callicott_ (Name), understand that the Health Insurance Portability and Accountability Act ("HIPAA") limits who can see my protected medical information. I intend for any agent named in this release to be treated as I would be treated with respect to my rights regarding the use and disclosure of my individually identifiable health information and other medical records. This release applies to any information governed by the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), 42 U.S.C. 1320d and 45 C.F.R. 160-164. I am executing this authorization because there may be certain healthcare information that is necessary for my medical providers to share with my agent under my healthcare power of attorney or with my partner if I am incapacitated.

**AUTHORIZATION**

I, _Jason Callicott_ (Name), authorize the disclosure of any information governed by HIPAA to be provided to the authorized person identified below:

Name: _Claude R. Markham_
Address: _415 Country Springs, H 235, Spring TX 77303_
Telephone: _281-667-7112_

Jason Callicott
210 Baker, Houston, TX 77002

Accordingly, I hereby authorize any physician, health-care professional, dentist, health plan, hospital, clinic, laboratory, pharmacy or other covered health-care provider, any insurance company, any medical information bureau, or other health-care clearinghouse that has provided treatment or services to me, or that has paid for or is seeking payment from me for such services, to give, disclose and release to the above-referenced authorized person without restriction, all of my individually identifiable health information and medical records regarding any past, present, or future medical or mental health condition of any kind, including all information relating to the diagnosis and treatment of extremely personal/highly sensitive conditions including but not limited to HIV/AIDS, sexually transmitted diseases, mental illness, or substance abuse.

The authority given to the authorized person shall supersede any prior agreement that I may have made with my healthcare providers to restrict access to or disclosure of my individually identifiable health information. I understand that the individually identifiable health information and other medical records given, disclosed, or released to the person named above may be subject to redisclosure and may no longer be fully protected by HIPAA. The authority given herein expires only if I revoke this HIPAA Release in writing and deliver it to my healthcare provider. There are no exceptions to my right to revoke this HIPAA Release. This authorization is not affected by my subsequent incapacity or disability.

Signature: _[signed]_

Printed Name: _Jason Callicott_

Date Signed: _5/12/20_

Witnessed by: _____

Exhibit "D" pg. 4 of 4

*INMATE GRIEVANCE BOARD*

# GRIEVANCE RECEIPT

| | |
|---|---|
| TO: INMATE  CALLICOTT    JASON C | |
| SPN# 1401470 | Cell Block: 3E2B01O |

This is your notification, as required by the Texas Commission on Jail Standards that your grievance was received on *4/7/2020*    and filed as grievance # *32473*
This grievance is in reference to    ADMIN SERVICES DIVISION

At this time, your grievance is under investigation.
Please do not file any further grievances in reference to this matter.

| | |
|---|---|
| Grievance Board Member   KPWHITE | 4/7/2020 |

*EXHIBIT "Q"*



1598938

Cause No. 1606724

**The State of Texas**

v.

JASON COLBY CALLICOTTE

a/k/a _____

In the 174TH District Court of Harris, County Texas

## APPLICATION FOR SUBPOENA

The defendant makes this application for issuance of subpoena to the person(s) listed below. The testimony of this / these person(s) is believed to be material to the defense in the case on trial.

(DR. LAXMAN SUNDER) 1200 BAKER ST. Hou 77

MEDICAL RECORDS From Harris County Jail

FOR JASON CALLICOTT SPN # 01401470

SPECIFICALLY records pertaining to Hepatitis C and High Blood Pressure

Return on _____ at 8:45 a.m.

Contact the DEFENSE attorney upon receipt using the following information:

Name: JASON CALLICOTT #01401470
Texas Bar Card #: _____
Address: 1200 BAKER ST HOUSTON TX 77002
Telephone #: _____
Fax #: _____
E-mail address: _____

Exhibit "D" pg. 1 of 3

# SUBPOENA

CAUSE NO. 1598938 / 1606724

| | |
|---|---|
| THE STATE OF TEXAS | IN THE 174 DISTRICT COURT |
| VS. | COUNTY CRIMINAL COURT AT LAW NO. ____ |
| JASON COLBY CALLICOTTE | OF HARRIS COUNTY, TEXAS |

TO ANY PEACE OFFICER OF ____ COUNTY OR OTHER PERSON AUTHORIZED TO SERVE THIS PROCESS IN ACCORDANCE WITH ART. 24.01(b) C.C.P. - GREETINGS:

Name Of Person Other Than A Peace Officer To Execute Summons: ____

**YOU ARE HEREBY COMMANDED TO SUMMON** DR. LAKMAN SUNDER
1200 BAKER ST.
HOUSTON TEXAS
77002
All medical records for Jason Callicott SPN # 01401470

if to be found in your County, to be and appear before the above designated court in and for Harris County, on ____ at 8:45 a.m., to give evidence in behalf of the State and Defendant in the above styled cause, and there to remain from day to day, and from term to term until discharged by the Court. Disobedience of this subpoena may result in confinement in the Harris County Jail and a fine.

WITNESS my official signature on 4/29/2020

Upon receipt contact DEFENSE/STATE using the information listed below.

MARILYN BURGESS, District Clerk
Harris County, Texas

NAME: JASON CALLICOTT # C1401470
ADDRESS: 1200 BAKER ST. HOUSTON, TX 77002
BAR#: ____
TELEPHONE NUMBER: ____
FAX NUMBER: ____
E-MAIL ADDRESS: ____

By. _____ Deputy

Exhibit "D" pg. 2 of 3

SHERIFF'S RETURN

1598938

CAUSE NO. ~~CASE NUMBER~~ 1606724

174

THE STATE OF TEXAS

IN THE ~~COURT ID~~ DISTRICT COURT

vs.

COUNTY CRIMINAL COURT
AT LAW NO. _____

Jason Colby Callicutte

~~DEFENDANT NAME~~

OF HARRIS COUNTY, TEXAS

Came to hand on the            day of JAN 20        and executed by summoning the within named witness       in person, in the County of      , at the dates a. herein stated, viz:

| Date of Service | Name | Miles | Direction | Fee For Service | Fee For Mileage | Total Fee |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  | TOTAL FEE... |  |

and not executed as to witness _____
the diligence used in finding said witness _____ being _____

and who after due search and diligent inquiry, cannot be found in     County, Texas.

Sheriff of      County, Texas

By _____, Deputy

Exhibit "D" pg. 30 of 3

**HARRIS COUNTY SHERIFF'S OFFICE JAIL**
Name: Jason Callicott
SPN: 01401470 Cell: 3E2B
Street 1200 Baker Street
HOUSTON, TEXAS 77002

aramark

**INDIGENT** **APPROVED**
MAY 08 2019
LEGAL INDIGENT MAIL
Inmate Services Division
Criminal Justice Command

U.S. District Clerk
Southern District Texas
Houston Division
P.O. Box 61010
Houston, Texas
77208

ZIP 77002
02 4W
0000368784
U.S. POSTAGE >> PITNEY BOWES
$ 001.60°
MAY 14 2020