United States District Court
Southern District of Texas
**ENTERED**
May 21, 2020
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| DWIGHT RUSSELL, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § | CIVIL ACTION NO. H-19-226 |
| HARRIS COUNTY, TEXAS, *et al.*, | § § § | |
| Defendants. | § | |

## ORDER

On **May 28, 2020**, at **2:00 p.m. CDT**, the court will hold a hearing by Zoom to discuss the proposed scheduling order, discovery, and other next steps. The court invites interested nonparties, specifically District Attorney Kim Ogg, Chief Public Defender Alex Bunin, and Administrative Judge Herb Ritchie, to attend and participate.

A Zoom link will be provided early next week.

SIGNED on May 21, 2020, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge