IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RUSSELL, et al, | [] | |
|    Plaintiffs | [] | |
| | [] | No. 4:19-cv-00226 |
| v. | [] | Hon. Lee H. Rosenthal |
| | [] | U.S. District Judge |
| HARRIS COUNTY, TEXAS, et al, | [] | |
|    Defendants | [] | |

## REPORT OF SHERIFF ED GONZALEZ JUNE 5, 2020

Last week, the Sheriff reported an issue regarding good time credit for convicted felons, credit which the Sheriff believed had been prohibited by the Governor's Executive Order. After more than one ruling by a felony district court that the Governor's Executive Order was unconstitutional, the HCSO identified 76 inmates in the jail who could potentially be released now if credits were applied. The HCSO this week sent the names of those inmates to each applicable felony court in the hope the courts would issue release orders.

  The numbers:

1. As of May 29, 2020, the total jail population was 8,094.

2. From the original list of 426 detainees charged with non-violent offenses with no prior violent convictions, the total remaining in the jail is 258. In addition to the original list, the HCSO commissioned a new list of those charged with non-violent crimes and no prior violent convictions who have

1

been arrested since the first list. An additional 324 names are on the second list. Each felony court this week received from HCSO two applicable lists of inmates, again in the hope of spurring additional releases.

3. Regarding the inmates:

- 2,160 have been tested, with 947 tested positive (of whom, 842 remain in custody today).
- 901 of those who tested positive have recovered.
- 1,183 tested negative.

4. 824 in observational quarantine (no symptoms, but exposed to COVID). An additional 696 are in buffer quarantine (newly booked).

5. Regarding the HSCO staff:

- 314 have tested positive, including 291 who work in the jail.
- 242 of those who tested positive have recovered and returned to work.
- 72 in quarantine.

                         Respectfully submitted.

                         */s/ Murray Fogler*
                         Murray Fogler
                         FOGLER, BRAR, O'NEIL & GRAY, LLP
                         S.D. Tex. No. 2003
                         State Bar No. 07207300
                         mfogler@foglerbrar.com
                         909 Fannin, Suite 1640

>Houston, Texas 77010
>Tel: 713.481.1010
>Fax: 713.574.3224
>
>Victoria Jimenez
>Legal Director
>Harris County Sheriff's Office
>1200 Baker St.
>Houston, Texas 77002
>Tel: 346.286.1588
>Victoria.Jimenez@sheriff.hctx.net
>
>ATTORNEYS FOR SHERIFF ED GONZALEZ

## CERTIFICATE OF SERVICE

I certify that on June 5, 2020, a copy of this document was served on counsel of record via electronic filing in accordance with the USDC Southern District of Texas Procedures for Electronic Filing.

>*/s/ Murray Fogler*
>Murray Fogler