UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON TEXAS DIVISION

DWIGHT RUSSELL, ET AL.
    PLANTIFFS

HARRIS COUNTY, TEXAS, ET AL.
    DEFENDANTS

4:19cv226

RUSSELL CORMIER
    INTERVENOR

United States Courts
Southern District of Texas
FILED
JUN 11 2020
David J. Bradley, Clerk of Court

## Emergency Motion For Bail Review Pursuant To COVID-19 Pandemic

I. Movant has filed a motion to intervene in this case and incorporates it here as if fully set out.

II. Movant has not been afforded any adequate, constitutional bail hearing in causes 1549218 and 1548048 in Harris County.

III. Movant has requested adequate, constitutional bail review on several occassions and been denied such. Movant has been continously confined over 3 years since his arrest in April 2017.

WHEREFORE, PREMISES CONSIDERED, MOVANT RESPECTFULLY REQUESTS THAT THIS COURT GRANT THIS MOTION AND ORDER THE TRIAL COURT TO SCHEDULE AND CONDUCT AN EVIDENTIARY BAIL HEARING IN HIS CASES AND UPON CONCLUSION SET HIS bonds IN THE AMOUNT OF $20,000 IN CAUSE. 1548048 AND $20,000 IN CAUSE NO. 1549218.

Respectfully Submitted
Russell Cormier
INTERVENOR

I, Russell Cormier 02901189, HARRIS COUNTY JAIL, BEING PRESENTLY INCARCERATED IN HARRIS COUNTY JAIL IN HARRIS COUNTY, TEXAS, DECLARE UNDER PENALTY OF PERJURY THAT THE FOR GOING IS TRUE AND CORRECT

EXECUTED ON 4 JUNE 2020, Russell Cormier

Russell Cormier
SPN# 02901189 Cell 5E-2B
1200 BAKER ST
Houston, Texas 77002

ES0085-01-07