```
 1                 IN THE UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF TEXAS
 2                        HOUSTON DIVISION

 3   _____
                                     )
 4   DWIGHT RUSSELL, et. al.,        )
              Plaintiffs,            )
 5                                   ) CIVIL ACTION NO.
     VS.                             ) 4:19-CV-226
 6                                   )
     HARRIS COUNTY, TEXAS, et. al.,  ) 1:32 P.M.
 7            Defendants.            )
     _____)
 8

 9                      STATUS CONFERENCE
                BEFORE THE HONORABLE LEE H. ROSENTHAL
10              CHIEF UNITED STATES DISTRICT JUDGE
                          JUNE 11, 2020
11
     APPEARANCES: (All parties appeared via video conference)
12
     FOR PLAINTIFFS:
13   MR. ALEC GEORGE KARAKATSANIS
     MS. ELIZABETH ANNE ROSSI
14   Civil Rights Corps
     1601 Connecticut Avenue NW, Suite 800
15   Washington, DC  20009
     (202)894-6142
16
     MR. NEAL S. MANNE
17   MR. JOSEPH S. GRINSTEIN
     Susman Godfrey LLP
18   1000 Louisiana, Suite 5100
     Houston, Texas  77002
19   (713)653-7827

20   MR. MICHAEL GERVAIS
     Susman Godfrey LLP
21   1900 Avenue of the Stars, Suite 1400
     Los Angeles, New York  90067
22   (212)336-8330

23   MR. PETER BLACKMER STEFFENSEN
     Texas Civil Rights Project
24   1405 Montopolis Drive
     Austin, Texas  78741
25   (512)474-5073
```

 1   APPEARANCES CONTINUED:

 2   **FOR THE DEFENDANT HARRIS COUNTY, TEXAS:**
     MS. MELISSA LYNN SPINKS
 3   Harris County Attorney's Office
     1019 Congress, 15th Floor
 4   Houston, Texas  77002
     (713)274-5132
 5

     **FOR THE DEFENDANT SHERIFF ED GONZALEZ:**
 6   MR. MURRAY FOGLER
     Fogler, Brar, Ford, O'Neil & Gray, LLP
 7   909 Fannin Street, Suite 1640
     Houston, Texas  77010
 8   (713)481-1010

 9   MS. VICTORIA LYNN JIMENEZ
     Harris County Attorney's Office
10   1019 Congress, 15th Floor
     Houston, Texas  77002
11   (713)274-5140

12   **FOR INTERESTED PARTY THE TEXAS ATTORNEY GENERAL:**
     MR. ADAM ARTHUR BIGGS
13   MR. ERIC HUDSON
     OFFICE OF THE ATTORNEY GENERAL
14   P.O. Box 12548
     Capitol Station
15   Austin, Texas  78711
     (512)463-2120
16
     **FOR INTERESTED PARTY DISTRICT ATTORNEY KIM OGG:**
17   MR. SCOTT ANTHONY DURFEE
     MR. DAVID MITCHAM
18   Assistant District Attorneys
     1201 Franklin, 6th Floor
19   Houston, Texas  77002
     (713)755-5816
20
     **FOR INTERESTED PARTY LINA HIDALGO, HARRIS COUNTY JUDGE:**
21   MS. KATHRYN M. KASE
     Kathryn M. Kase, Attorney at Law
22   3720 Greenbriar
     P.O. Box 980849
23   Houston, Texas  77098
     (713)444-2044
24
     **ALSO PRESENT:**
25   JUDGE HERB RITCHIE
     337th Criminal Court

```
 1    APPEARANCES CONTINUED:

 2    ALSO PRESENT:
      JUDGE BRIAN WARREN (Via Telephone)
 3    209th Criminal Court

 4    MR. ALEX BUNIN
      MS. SARAH WOOD
 5    Harris County Public Defender's Office

 6    MS. KIM OGG
      MR. STEPHEN DRIVER
 7    Harris County District Attorney's Office

 8    MR. MARK THIESSEN
      Harris County Criminal Lawyers Association
 9
      COURT REPORTER:
10    Heather Alcaraz, FCRR, RMR
      Official Court Reporter
11    515 Rusk, Suite 8004
      Houston, Texas  77002
12    (713)250-5584

13

14

15

16

17

18

19

20

21

22

23

24
      Proceedings recorded by mechanical stenography, transcript
25    produced by computer.
```

1               PROCEEDINGS

2   _____

3       *(The following proceedings held via video conference.)*

4                          * * *

13:33:11  5          THE COURT:  All right.  I think we're ready to begin.

6   We'll start by taking -- having those who are, first,

7   representing parties or interested nonparties and have a

8   speaking role today to identify yourselves and on whose behalf

9   you are speaking, and then I'll hear from any others who are

10  present, just so we know who's on the line.

13:33:33 11          Go ahead, please.

13:33:35 12          MR. MANNE:  Neal Manne for plaintiffs.

13:33:39 13          THE COURT:  Thank you, sir.

13:33:44 14          MR. KARAKATSANIS:  Alec Karakatsanis for plaintiffs.

13:33:47 15          JUDGE RITCHIE:  Judge Herb Ritchie, and I'm an

16  interested nonparty appearing on behalf of the criminal district

17  judges of Harris County.

13:33:55 18          THE COURT:  Judge Ritchie, I think you're not only an

19  interested nonparty, you are appearing as a

20  critical-to-the-process interested nonparty.  Welcome to the

21  party.

13:34:11 22          JUDGE RITCHIE:  Thank you, ma'am.

13:34:12 23          MR. DURFEE:  Good afternoon, Judge.  This is Scott

24  Durfee.  I'm here for District Attorney Kim Ogg.

13:34:18 25          THE COURT:  Thank you.

13:34:20  1          MR. FOGLER:  Your Honor, this is Murray Fogler for the

2  sheriff.

13:34:22  3          THE COURT:  Thank you.

13:34:26  4          MS. SPINKS:  Your Honor, this is Melissa Spinks for

5  Harris County.

13:34:34  6          THE COURT:  Very good.

13:34:39  7          MR. BUNIN:  Your Honor, it's Alex Bunin, nonparty,

8  Harris County Public Defender.

13:34:43  9          THE COURT:  I have been practicing the pronunciation

10  of your name all week, Mr. Bunin.

13:34:48 11          MS. WOOD:  And I'm Sarah Wood also with the public

12  defender's office.

13:34:52 13          THE COURT:  Thank you.

13:34:55 14          MS. KASE:  Kathryn Kase, legal counsel to nonparty

15  Harris County Judge Lina Hidalgo.

13:35:02 16          THE COURT:  Thank you very much.

13:35:10 17          MR. BIGGS:  Good afternoon, Your Honor.  Adam Biggs

18  and Eric Hudson on behalf of state intervenors.

13:35:14 19          THE COURT:  Very good.  Thank you.

13:35:16 20          MR. THIESSEN:  Judge, I'm Mark Thiessen, president of

21  Harris County Criminal Lawyers Association.

13:35:21 22          THE COURT:  Thank you for being here, sir.

13:35:22 23          MR. THIESSEN:  Thank you.

13:35:24 24          THE COURT:  Okay.  Are all the others who are

25  representing interested parties or interested nonparties on the

1  phone going to be present, but not speaking?

13:35:43  2        Ms. Rossi, for example?

13:35:46  3        **MS. ROSSI:**  Yes.  That's my intent, Your Honor.

13:35:48  4        **THE COURT:**  All right.  Thank you.

13:35:49  5        Mr. Steffensen?

13:35:51  6        **MR. STEFFENSEN:**  Correct, Your Honor.  Thank you.

13:35:54  7        **THE COURT:**  And who are you appearing for, please?

13:35:57  8        **MR. STEFFENSEN:**  I am here for the plaintiffs.

13:35:59  9        **THE COURT:**  Very good.  Thank you.

13:36:00 10        Anybody else in that category?

13:36:07 11        **MR. GRINSTEIN:**  Your Honor, Joseph Grinstein for the

12  plaintiffs.

13:36:09 13        **THE COURT:**  Very good.

13:36:09 14        And I see -- is District Attorney Ogg intending to

15  speak, or will Mr. Durfee speak?

13:36:20 16        **MS. OGG:**  Mr. Durfee, my general counsel's here to

17  speak for me, but I'm present, Your Honor, and always available.

13:36:25 18        **THE COURT:**  Thank you.  And I very much appreciate

19  that.

13:36:30 20        **MR. DURFEE:**  And, Your Honor --

13:36:30 21        **THE COURT:**  All right.  Yes?

13:36:30 22        **MR. DURFEE:**  I'm sorry, Your Honor.  This is Scott

23  Durfee.  Mr. Mitcham is our first assistant, and Mr. Driver is a

24  person who's knowledgeable on our IT issues.  They're both

25  available as resource witnesses, as necessary.

13:36:46   1          **THE COURT:**  That's fine, and I appreciate that.

13:36:48   2          Those of you who are present as law clerks, interns,

        3   or on behalf of media entities, if you could please mute

        4   yourselves, and, of course, the rules prohibit you from

        5   broadcasting, transmitting or recording the proceedings, same

        6   rules that apply in court.

13:37:13   7          All right.  I have received several of the reports and

        8   several e-mail communications over the past week.  They made

        9   very interesting and informative reading, and I'd like to just

       10   go over some of those materials and find out where we are, and

       11   then I will turn it over to the parties and interested

       12   nonparties to raise other issues and fill me in on how we are

       13   doing on our shared goals.

13:37:49  14          So let me -- we had one issue that was raised the

       15   first week in June about good time credit for convicted felons

       16   who had been -- who are in the jail, not directly in our

       17   bailiwick, but it was a question raised.  There was 76 inmates

       18   that had been identified as people who could be released if the

       19   credits that should have been applied, but were, apparently,

       20   disputed over in terms of how they were affected by various

       21   executive and other orders, that several courts ruled that the

       22   good time credits did apply, and the question was raised as to

       23   whether that should happen so that those 76 people could be

       24   released.

13:38:56  25          Can anyone speak to the status of that issue?

13:38:57  1          **JUDGE RITCHIE:**  I can tell you what I know,

2    Your Honor, which is --

13:39:06  3          **THE COURT:**  And this is Judge Ritchie?

13:39:09  4          **JUDGE RITCHIE:**  Yes, ma'am.

13:39:10  5          **THE COURT:**  Thank you.

13:39:11  6          **JUDGE RITCHIE:**  -- somewhat limited.  And in my

7    court -- and I'm speaking on -- on behalf of my court.  The

8    issue -- the issue was raised that -- when a defendant pleaded,

9    and he wasn't released as expected.  And so the way the

10   attorneys approached it -- since the governor's order prohibited

11   the sheriff from allotting good time credit, the attorneys in my

12   court, they apprised me of that, and I listened to their

13   concerns.

13:39:47 14          So they filed a motion for new trial on the basis, I

15   think, mainly of involuntary plea, because the defendant thought

16   that he or she -- I don't remember which now -- was going to get

17   that amount of credit and would be released.  I granted the

18   motion for new trial, and immediately after that, the defendant

19   pleaded for time served, day for day, and that disposed of the

20   case and that took care of that case.

13:40:19 21          I haven't -- I have not had an attorney raise that

22   question to me since.  I understand that there may be two people

23   in my court that the sheriff has notified me that they would be

24   eligible, but I haven't had an attorney give me the requisite

25   predicate to rule on it.

13:40:45  1          **THE COURT:**  All right.  This is the sheriff's

2    inquiry --

13:40:48  3          **JUDGE RITCHIE:**  The sheriff --

13:40:48  4          **THE COURT:**  -- the sheriff sends --

13:40:53  5          **JUDGE RITCHIE:**  -- was informing me, yes, that I think

6    -- I believe there were two, if I remember, yes, ma'am.

13:40:56  7          **THE COURT:**  So if I could ask Mr. Fogler:  What is

8    the -- your information as to the status of the good-time credit

9    for convicted felons under the latest court decisions?

13:41:10 10          **MR. FOGLER:**  As I advised the Court last week, the

11   list of those 76 inmates was split among the 22 felony district

12   courts, and the names were sent to each of the judges separately

13   and individually.

13:41:31 14          As is the case with -- with virtually every issue in

15   our case, every judge handles the -- their docket individually

16   and separately, and some of them responded quickly without the

17   necessity of a motion or other activity from the attorneys

18   involved to release the particular inmates in their court that

19   were part of that group; others did not.

13:42:09 20          So the -- the -- the bottom line is that the result

21   has been spotty and inconsistent among the 22 different judges.

13:42:22 22          **THE COURT:**  Do you know today how many of those 76

23   have been released?

13:42:28 24          **MR. FOGLER:**  I do not.

13:42:31 25          **THE COURT:**  All right.  I would like to ask you to

1    find out, and those that have not been, please contact Mr. Bunin

2    and Mr. Thiessen, on behalf of the private defense bar, and find

3    out, of those who have not been released, what court they're in

4    and whether any lawyer filed -- a motion seeking release on the

5    basis of good-time credits has been filed and, if not, guys, get

6    it filed.

7        *(Multiple speakers; indiscernible.)*

8        **THE COURT:**  -- all right?  And if you could do that

9    promptly and report back, that would be very helpful.  Thank

10   you.

11       All right.  Second issue on my list of just going

12   through your very helpful e-mails on which I was copied or that

13   were directed to me, there are now two lists that have been

14   provided to the judges.  One is the first list, 400- -- and on

15   that list, there are -- of those still in jail, 426 detainees

16   that apparently -- well, they may not still be in jail.  I'm not

17   sure.

18       There are 426 detainees on the first list that have no

19   prior violent convictions or current violent felony charges that

20   would disqualify them for release without financial conditions;

21   perhaps release, at all.  Two hundred fifty-eight of those are

22   still in the Harris County jail.  So I need to understand

23   something of why.

24       A second list consisting of arrests since the first

25   list, there are 324 names, apparently, on that list that were

1    sent to the felony courts the week of June 4th of people who

2    apparently -- and this may be in dispute -- have no

3    disqualifying felony prior convictions or present charges or

4    other holds requiring detention.

13:45:12  5         So I would like to know the status of those.  I know

6    that we got a very helpful e-mail from Judge Warren in which he

7    says he had -- as of June 10th, his court, he had 12 people who

8    had -- who were presumptively -- on a list.  Three were

9    released; two were subject to other holds; three did have prior

10    disqualifying convictions for violent acts; four were

11    potentially eligible, but of those, several had previously

12    failed to appear when given PR bonds on prior charges or

13    previously given PR bonds on these charges.  It was unclear

14    which one, but that doesn't matter, I don't think.

13:46:09 15         His inquiry was do you need individualized bail

16    hearings for individuals who have previously failed to appear.

17    I'd be interested in hearing your reactions.  My sense is that

18    you may well, because there may be exigent or extraordinary

19    circumstances that would explain and excuse the prior failure to

20    appear in a way that would make it appropriate to grant the PR

21    bond on the present charge.

13:46:47 22         And it would seem, to me, that an opportunity on the

23    part of a defendant to make that case is part of the

24    individualized bail determination inquiry, but that will not be

25    an across-the-board rule, and it will largely depend on defense

1    counsel to raise the issue and the need for such a hearing.  I

2    do not fault the judges for not being able to figure out which

3    of the four who previously failed to appear on PR bonds is now,

4    in good faith, seeking an individualized hearing to explain why

5    one should issue in this case nonetheless.

13:47:43   6        Defense counsel would need to be filing those motions

7    when appropriate, I would think.  I would welcome thoughts from

8    others more familiar with the process than I.

13:47:53   9        Mr. Fogler, Mr. Bunin, Mr. Thiessen --

13:47:55  10        **UNIDENTIFIED SPEAKER:**  Your Honor --

13:47:55  11        **THE COURT:**  -- on behalf of the plaintiffs?

13:48:01  12        **MR. FOGLER:**  Your Honor, I would just echo the

13   comments that I made a moment ago because it applies equally

14   here.  Judge Warren was the only judge who provided the kind of

15   fulsome explanation that we saw in his e-mail, but --

13:48:21  16        **THE COURT:**  Because it was enormously helpful.

13:48:25  17        **MR. FOGLER:**  It was, indeed.  But as to the other 21

18   of the felony courts, there is a -- there are a wide range of

19   different handling methods or, sometimes, non-methods in

20   connection with how they receive these lists.  Some of them

21   don't do anything with the list.  Some of them are proactive,

22   and some wait for the defense counsel to make some motion.

13:49:01  23        **MR. THIESSEN:**  And, Judge, if I may, just -- just to

24   be frank, I think we have about seven to 800 criminal defense

25   lawyers in HCCLA, and if you guys send me the list -- I know

1    most of these.  I can get in touch with them.

13:49:11  2            If you tell me who these are, I will personally -- I

3    will, personally, reach out and call them.  But I'm just --

13:49:17  4            **THE COURT:**  Mr. Fogler, add him to the e-mail list.

13:49:22  5            **MR. THIESSEN:**  So I will reach out to those lawyers.

6    I will tell them, "Hey, you have got this."  But I hate to tell

7    you:  Some of these lawyers are lazy, and they're not doing

8    it in other --

13:49:30  9            **THE COURT:**  I know.

13:49:31  10           **MR. THIESSEN:**  I don't know how to make them do it.

13:49:33  11           **THE COURT:**  Well, those -- those who you know -- how

12   are you going to know which lawyers are representing which

13   defendant?

13:49:39  14           **MR. THIESSEN:**  Well, I can look that up, right?

15   That's public record.

13:49:43  16           **THE COURT:**  Okay.  Right.

13:49:43  17           So, Mr. Fogler, if the sheriff can include

18   Mr. Thiessen and Mr. Bunin on the list every time it's sent out

19   to the individual courts, that will put Mr. Thiessen in a much

20   better position to proactively seek the help of the defense

21   lawyers, and I hope that helps.  I agree with you we do not have

22   perfect control as of this point.

13:50:15  23           **JUDGE WARREN:**  Judge Rosenthal -- Judge Rosenthal?

13:50:15  24           **THE COURT:**  Yes.  Who's --

13:50:15  25           **JUDGE WARREN:**  This is Judge Warren --

```
13:50:17  1              THE COURT:  -- speaking, please?

13:50:17  2              JUDGE WARREN:  This is Judge Brian Warren.  I would be

          3  more than happy to contact or send an e-mail to the prosecution

          4  and to any defense lawyer who's representing a particular

          5  defendant who's on one of my lists.

13:50:28  6              THE COURT:  That would be terrific.

13:50:30  7              JUDGE WARREN:  So I think --

13:50:31  8              THE COURT:  And if you can --

13:50:32  9              JUDGE WARREN:  -- what Mark --

13:50:32 10              THE COURT:  Judge Warren --

13:50:34 11              JUDGE WARREN:  Yes, ma'am.

13:50:35 12              THE COURT:  -- because your practices have been

         13  praised as a role model, the more you can do to encourage your

         14  colleagues, with Judge Ritchie's help, to follow your good

         15  example, we all want those who should and can be released to be

         16  released and ease the risk of continued overcrowding for

         17  everyone --

13:51:01 18              JUDGE WARREN:  I couldn't agree --

13:51:01 19              THE COURT:  -- and protection of their constitutional

         20  rights.

13:51:09 21              So the more you can do to encourage others to do as

         22  you are doing and to share the information with the defense

         23  lawyers, "I" -- "I haven't released this guy because it looks

         24  like he had a prior failure to appear.  Do you want to hear it?"

         25  Whatever the appropriate outreach would be, I leave that to you.
```

13:51:34  1          **JUDGE WARREN:**  And I made my -- and I'll be more than

2    happy to -- what -- on my list, it turned out to be less than

3    ten people -- or ten defense attorneys who I would have to

4    contact.  So I don't mind sending those e-mails.

13:51:46  5          **THE COURT:**  And I suspect that when you spread all

6    this amongst 22 judges and winnow it down to those that don't

7    have -- clearly don't have eligibility for release on a PR bond,

8    you're going to have a manageable number on any given day.

13:52:08  9          **JUDGE WARREN:**  And I don't mean to cut off --

13:52:09 10          *(Multiple speakers; indiscernible.)*

13:52:09 11          **JUDGE WARREN:**  -- Mr. Thiessen.  So I just think it

12    might be -- what the -- the task that he is agreeing to

13    undertake I think is a lot -- having seen the list, may be a lot

14    for him to accomplish on his own, as opposed to having 22

15    individual judges doing it themselves, and that was --

13:52:27 16          **THE COURT:**  Well, if --

13:52:27 17          **JUDGE WARREN:**  -- the only reason I wanted to add

18    that.

13:52:29 19          **THE COURT:**  I believe in belt and suspenders.  If you

20    can do it with Mr. Thiessen and Mr. Bunin, with his people, that

21    should help.

13:52:39 22          **JUDGE WARREN:**  I would be more than happy to do that.

13:52:42 23          **MR. THIESSEN:**  I can call them.  You know, I'll Google

24    their number and call them, but if they don't get the message or

25    I can't, you know -- I don't know how I can stay on track with

1    390 people.

13:52:52  2              THE COURT:  Well, that's why the judge's proposal is a

3    large help --

13:52:59  4              MR. THIESSEN:  Yes.

13:52:59  5              THE COURT:  -- and it also -- and yes, obviously, we

6    recognize that you have a limit on your authority over any of

7    these individual lawyers.

13:53:11  8              MR. KARAKATSANIS:  Your Honor --

13:53:11  9              THE COURT:  You have a limit.

13:53:12 10              Yes, sir?

13:53:13 11              MR. KARAKATSANIS:  Your Honor, this is Alec

12   Karakatsanis, if I may make a couple of preliminary framing

13   points that I think may help this discussion.  One is a legal

14   point, and two are factual points that I think are very

15   important for the Court to understand.

13:53:26 16              The first is the legal point, which is that the word

17   "eligible for release" has been thrown around by various

18   parties, including the Court, in this conversation and previous

19   conversations --

13:53:39 20              THE COURT:  That's a shorthand.  It's a shorthand.

13:53:42 21              MR. KARAKATSANIS:  Everyone is eligible for release

22   under Texas law and under federal law.  No one may be detained

23   unless there is a finding, under Texas and federal law, that

24   their detention is necessary.  And --

13:53:53 25              THE COURT:  I understand, Mr. Karakatsanis.  We're

1    talking about the practicalities now in trying to work out a

2    process that will help that.  And I know you understand that,

3    but --

13:54:04  4         MR. KARAKATSANIS:  I understand, Your Honor.  I wanted

5    to make it very clear, though, that I don't think, from our --

6    from our understanding, that -- that most of the felony judges

7    are -- understand that, that point, and --

13:54:15  8         THE COURT:  I think they do.  I think they do.

9    Whether they are feeling equipped --

13:54:21 10         MR. KARAKATSANIS:  (Indiscernible).

13:54:21 11         THE COURT:  -- to deal with it is the issue that we're

12   dealing with, and that takes me --

13:54:24 13         MR. KARAKATSANIS:  (Indiscernible).

13:54:24 14         THE COURT:  -- to my next point, but go ahead first,

15   please.

13:54:28 16         MR. KARAKATSANIS:  Just for a moment.  There is --

13:54:30 17         THE COURT:  Of course.

13:54:31 18         MR. KARAKATSANIS:  -- confusion.  Several of the

19   felony judges have struck down the executive order all together

20   as unconstitutional.  Those judges clearly believe that anyone

21   is eligible for release.

13:54:41 22         Other felony judges I think, having heard this Court's

23   comments from last week being filtered through various sources,

24   believe that only some people on the sheriff's lists are

25   entitled to bail hearings, and I wanted to make that factual --

1    the Court aware of that factual point.

13:54:59  2              THE COURT:  All right.  I appreciate that.

13:55:03  3              MR. KARAKATSANIS:  We -- and there is tremendous

4    confusion among even the felony judges and the parties about

5    what types of prior offenses would even qualify for the

6    executive order in those courts that haven't struck it down yet.

7    So I wanted to make that point very clear.

13:55:16  8              The second point is there are 39 more people in

9    custody as of yesterday than when the Court had its last hearing

10   on June 4th, including 26 more people in custody on felony

11   pretrial cases.  This Court, last week, asked that bail hearings

12   be set automatically for at least the people on the lists.  It's

13   our understanding, and I wanted to inform the Court, that has

14   not happened.  Those hearings have not --

13:55:43 15              THE COURT:  That was my next question.  That's my next

16   question, if we can get to exactly those mechanics because

17   that's where the rubber and the road would meet.  You're

18   absolutely right about that, Mr. Karakatsanis.  And thank you --

13:55:57 19              UNIDENTIFIED SPEAKER:  Judge Rosenthal, may I respond

20   to that?

13:56:01 21              THE COURT:  Of course.  Yes, of course.  And -- but

22   then I do want to get to the interesting proposal of the sheriff

23   for the staggered individualized bail hearings scheduled that

24   would permit it to be done often, efficiently, virtually, and be

25   set up on an automatic basis, with counsel involved, because of

1    the added ways we've made that available.

13:56:35   2         So let's go ahead with your comment, and then we'll

3    talk about the sheriff.

13:56:42   4         **JUDGE WARREN:**  And very brief on that.  Knowing that I

5    was going to be participating in this Zoom call, I actually

6    talked to other judges.  I have not had anyone come in as a new

7    case since, I believe -- I lose track of days being home with

8    children.  So I apologize.

13:56:59   9         But since last week, I believe it was Thursday when we

10   had that call that I was not present on, understanding what this

11   Court's wishes were, I have been watching my new cases every

12   single day to see if anyone has been detained who would then,

13   presumptively, be -- when you would want us to have additional

14   scrutiny, and then have an additional immediate bond hearing for

15   personal recognizance bond.

13:57:26  16         I haven't had any individuals who have met that

17   bearing.  I spoke with Chris Morton briefly before this phone

18   call.  He has had two people this week who he's had those

19   hearings on, one of which was not released on a burglary,

20   because we have a Texas statute that says only an elected

21   sitting district court judge may release people on a PR bond on

22   a burglary.

13:57:44  23         He actually released that individual -- that was Judge

24   Morton -- and then he had a 23-kilo case of a person who is not

25   from Harris County, from surrounding areas, who was caught with

1   23 kilos of cocaine by the DEA, and he did not release.

13:57:59 2       So I know we've had ten of them, is my information

3   that I've gotten.  So I've been told -- and I'm not sure what

4   information Mr. Karakatsanis has been given, but I've been told

5   by judges that we've had ten of these hearings this week based

6   on new arrests.  I have not had anyone pop up on that list.

7   I've been diligently checking on it; however, I know that these

8   hearings have been taking place, at least per my conversation

9   with Judge Morton.

13:58:25 10       I've had other judges tell me they haven't had these

11   hearings because they haven't had someone who met the

12   eligibility requirement this week, but I know that Mr. Morton --

13   or Judge Morton, rather, has.  So I just want to add that in and

14   give you some more information.

13:58:45 15       **MR. KARAKATSANIS:**  Your Honor, we were told last week

16   at this Court's hearing that there was a list of people, and

17   that all of those -- and it was this Court's wish that all of

18   those people be automatically set for bail hearings.  That's all

19   I was referring to.  Those automatic bail hearings have not been

20   set, have not occurred.

13:59:08 21       **MR. FOGLER:**  Perhaps, Your Honor, I can elucidate just

22   a bit.  The sheriff and the judges have been conferring about

23   a -- a procedure, a mechanism for these virtual hearings.  The

24   process has now been set up as it applies to new arrests that

25   have occurred.

13:59:37  1          I am told -- and I -- this is secondhand, so I --

2    it's -- but it's contrary to Judge Warren's information, that

3    there have been only two formal bail hearings by video, one

4    yesterday and one today, of new arrestees.  I believe

5    Mr. Karakatsanis is correct that with respect to the list -- the

6    two lists --

14:00:07  7          **THE COURT:**  Excuse me.

14:00:10  8          **MR. FOGLER:**  -- the Court has --

14:00:10  9          **THE COURT:**  Excuse me.  Excuse me.  I was disconnected

10   for about the last five minutes.  I don't know what I missed,

11   and I apologize.

14:00:21 12          So I think I just interrupted Judge Ritchie, and I

13   apologize for that.  But after Mr. Karakatsanis and

14   Judge Warren, what'd I miss?

14:00:36 15          **MR. KARAKATSANIS:**  Your Honor, this is

16   Mr. Karakatsanis.  I made an additional comment that was simply

17   to the effect that last week we heard, in this Court's

18   courtroom, about a large list from the sheriff, and this Court

19   expressed its wish that automatic bail hearings be set, pursuant

20   to the sheriff's protocol, for all the people on that list.

14:00:55 21          I was reporting to the Court that those hearings have

22   not been set and have not occurred, and then Mr. Fogler was

23   chiming in, I think, when this Court rejoined.

14:01:05 24          **THE COURT:**  Okay.  And we do have a detailed proposal

25   from the sheriff on a docket of virtual bail hearings.  Group A

1    for courts 174 through 208; Group B for courts 209 through 351.

2    Group A would deal with the pretrial detainees at the 701

3    location on Tuesdays and Thursdays, and those still located at

4    the 1200 Baker location on Mondays and Wednesdays.  The -- it

5    would be flipped for Group B.

14:01:42  6    The dockets would be made up of specific spaces on

7    specific floors scheduled for a specific time each day where the

8    inmates would be.  Six courts at a time for pretrial detainees

9    at Baker, and six time -- simultaneously, obviously, for the

10   701 location; 12 total.  Forty-five minute time sessions; 15

11   minutes between the sessions.  It's ready to roll as of Monday

12   of this week.

14:02:20  13   Is it rolling?  Obviously, a great deal of thought and

14   work went into that.

14:02:29  15   **MR. FOGLER:**  I don't believe -- this is Murray Fogler

16   for the sheriff.  I don't believe that the felony judges

17   accepted the proposal that you are referring to.  They have put

18   in place a mechanism to have formal bail hearings for new

19   arrestees, but Mr. Karakatsanis is correct.  I -- I believe that

20   I -- there have not been any formal bail hearings for the

21   inmates who are on the two lists that you previously referred

22   to.

14:03:05  23   As I was -- I think -- think you may have been

24   disconnected when I said that there have been two virtual formal

25   bail hearings this week, one yesterday and one today, of newly

1    arrested inmates in the jail.

14:03:24  2         THE COURT:  I'm glad that those are occurring.  Let's

3    go back to the ones who have been on the lists, not yet

4    released, identified as having eligibility, to use the term

5    loosely, that is, no prior convictions for violent felonies.

6    They're on the list of acceptable felonies for PR release, no

7    current violent charges, no sexual assault charges, and no other

8    detention or other holds -- ICE detention or other holds.

14:04:04  9         So we have a list of people who were previously

10   identified, 258, still, from the first list, and 324 on the

11   second that are, apparently, still waiting for formal

12   individualized bail hearings.  What's the status of getting

13   those -- they're not new arrests, but they're waiting.

14:04:38 14        What can be done to get hearings for those

15   individuals?  And this is a question for Judge Ritchie, for

16   Mr. Bunin, for Mr. Thiessen, as well as others.

14:04:57 17        *(No response.)*

14:04:58 18        THE COURT:  No one has any thoughts, or are you all

19   disconnected?

14:05:06 20        JUDGE RITCHIE:  I was on mute.  I'm sorry, Your Honor.

14:05:08 21        THE COURT:  Am I connected?

14:05:09 22        JUDGE RITCHIE:  Yes, ma'am.  I can hear you.

14:05:10 23        I have --

14:05:12 24        THE COURT:  All right.

14:05:13 25        JUDGE RITCHIE:  My information that I would give you

1    would be contrary to some of the information that you've heard.

2    I have been furnished a list of -- from the sheriff's office on

3    more than one occasion.  I've gone through that list and

4    considered the people and given bonds that I thought were

5    appropriate.

14:05:33  6        Yesterday -- I had the list.  It was a repeat of a

7    list I previously had, but I had everyone on that list placed on

8    my docket.  I did have a hearing yesterday, not -- not a virtual

9    hearing.  The defendant was in the holdover, and I had the

10   defendant brought out before me with counsel, went on the record

11   and had the hearing, and granted the relief that was

12   appropriate.

14:06:05 13        The -- also, I had one that was on the list that has

14   pleaded for back time, and all -- all those that weren't reached

15   yesterday have been carried over till tomorrow, and that will --

14:06:21 16        THE COURT:  And is this people who -- dating back to

17   April, May, in terms of how long they may have been there?

14:06:31 18        JUDGE RITCHIE:  Some of them -- some of them have,

19   yes, but this -- this is a list that I've previously gone

20   through before.  Apparently, on one, there had already been a

21   prior hearing, and a PR bond was denied on that, but I said,

22   "Bring" --

14:06:47 23        THE COURT:  Formal or informal?  Was it a formal or

24   informal hearing?

14:06:52 25        JUDGE RITCHIE:  Judge, I don't remember.  I don't

1  remember on this particular defendant.  It just says --

14:06:55 2            **THE COURT:**  All right.

14:06:56 3            **JUDGE RITCHIE:**  It just says that I denied a PR bond

4  on 4/16/20.  So I -- I can't --

14:07:02 5            **THE COURT:**  Well, we're talking about a formal

6  hearing, which may not be necessary unless there's a previous

7  denial after an informal consideration.

14:07:13 8            **JUDGE RITCHIE:**  Right.  Right.  Yesterday that I had

9  was a formal hearing on the record with the court reporter,

10  and --

14:07:21 11           **THE COURT:**  And my question -- my question, Judge, is

12  can those be made -- set quickly --

14:07:28 13           **JUDGE RITCHIE:**  Yes.

14:07:28 14           **THE COURT:**  -- and how promptly --

14:07:30 15           **JUDGE RITCHIE:**  Yes.

14:07:30 16           **THE COURT:**  -- and in numbers?

14:07:32 17           **JUDGE RITCHIE:**  Yes.  And the numbers, I think you're

18  going -- you're going to find the numbers are not quite as great

19  as you've been led to believe.  After --

14:07:41 20           **THE COURT:**  They may not be, but --

14:07:44 21           **JUDGE RITCHIE:**  Yes.  If I can, I'll -- I can explain

22  to you the process that's now been put in place.

14:07:51 23           **THE COURT:**  All right.  Please do, sir.

14:07:53 24           **JUDGE RITCHIE:**  After -- after our conference on

25  Thursday, immediately six agencies got together, the district

1   court's administration, the district clerk's office, pretrial

2   services, universal services, the Harris County Sheriff's Office

3   and the district attorney, and they were told we needed a

4   project that would identify these people that were denied a PR

5   bond by the magistrate, and that the Court would like to have --

6   us have a hearing within 48 hours.

14:08:28   7            They worked diligently over the weekend.  All the --

8   all the agencies worked together very well, and they put

9   together a program, and I have -- I had the first one yesterday,

10   and the program works like this:  If someone has been denied a

11   PR bond, and they go through this -- this program, and they will

12   immediately, if they're -- if they're arrested, if it's before

13   12:01, they'll show on the next day's docket.  If it's after

14   12:01, it's going to go on the following docket.

14:09:13   15           Yesterday, for the first time, there were four, total,

16   that were pulled and shown to be eligible.  One hit my court,

17   and I immediately, rather than carrying it to the next day, I

18   had a formal bond hearing --

14:09:27   19           **THE COURT:**  Which is terrific.

14:09:29   20           **JUDGE RITCHIE:**  -- and I understand that the process

21   is still working, and that as -- as of tomorrow, I think a total

22   of nine have been pulled, and they're set automatically for a

23   hearing before the various district judges, and they'll be

24   addressed at that point.

14:09:47   25           Now, I --

14:09:48  1          **THE COURT:**  So my question to you -- Judge Ritchie, if
         2  I may ask one clarifying question.

14:09:53  3          **JUDGE RITCHIE:**  Yes, ma'am.

14:09:54  4          **THE COURT:**  It sounds like the process you're
         5  describing is for new arrestees; is that correct?

14:10:00  6          **JUDGE RITCHIE:**  That's correct.

14:10:01  7          **THE COURT:**  So what are you doing about the big
         8  backlog.

14:10:03  9          **JUDGE RITCHIE:**  All right.

14:10:03 10          **THE COURT:**  -- of people who --

14:10:06 11          **JUDGE RITCHIE:**  Well --

14:10:06 12          **THE COURT:**  -- are waiting and did not have this
        13  procedure in place --

14:10:12 14          **JUDGE RITCHIE:**  What I --

14:10:13 15          **THE COURT:**  -- when they were arrested?

14:10:14 16          **JUDGE RITCHIE:**  What I'm telling the Court right now,
        17  I don't know that the backlog is that great based on what I have
        18  in my court.  The --

14:10:22 19          **THE COURT:**  It may not be, but all the more reason to
        20  get to it immediately.

14:10:25 21          **JUDGE RITCHIE:**  Right.  I had them all -- as I was
        22  saying, I had them all --

14:10:28 23          **THE COURT:**  If it's not that great for any individual
        24  judge --

14:10:31 25          **JUDGE RITCHIE:**  I -- I said for my court.  I can't

1    tell -- I can't speak for another judge's docket.  But

2    yesterday, I had --

14:10:38  3            THE COURT:  And I agree.

14:10:39  4            JUDGE RITCHIE:  -- every one of these people placed on

5    my docket for review, and I -- I reviewed -- and some pleaded

6    and others were taken care of.  Those that were not taken care

7    of yesterday are all on my docket tomorrow, and they will be

8    addressed tomorrow, and that should be --

14:10:57  9            THE COURT:  And I get --

14:10:58 10            JUDGE RITCHIE:  -- the end of that list.

14:10:59 11            THE COURT:  And that's terrific, Judge, but I would

12   like to have -- may I inquire, then -- again, putting it on the

13   sheriff to recirculate to each judge a list of everyone who is

14   still detained, not a new arrest, who is potentially eligible --

15   even if they've had a prior failure to appear, there's a basis

16   to have that explained and promptly set for an individualized

17   bail determination hearing -- the backlog, for each judge --

18   each of the 22 judges, the defendants -- the detainees in their

19   court who are not new arrests and have not benefited from this

20   new improved procedure, can we get that quickly to the judges so

21   Judge Ritchie can apply his new procedure to those prior

22   arrests?

14:12:15 23            MR. FOGLER:  Yes, Your Honor.

14:12:16 24            THE COURT:  Mr. Fogler?

14:12:17 25            MR. FOGLER:  Yes.

14:12:21 1          **THE COURT:**  All right.  Judge Ritchie, will that help

2      you and your colleagues?

14:12:26 3          **JUDGE RITCHIE:**  Absolutely.  Send us a list, and we'll

4      look at each one of them, and some of the names may be

5      duplicative.  We've seen them before, but that's fine.

14:12:35 6          **THE COURT:**  That's all right.

14:12:36 7          **JUDGE RITCHIE:**  Just send the list --

14:12:37 8          **THE COURT:**  It doesn't matter because you've already

9      had a formal bail hearing before.

14:12:40 10         **JUDGE RITCHIE:**  Right.  Right.

14:12:41 11         **THE COURT:**  So you need -- it's not duplicative.

14:12:44 12         **JUDGE RITCHIE:**  Well, some of them had a formal bail

13     hearing, I'm certain.  I can't tell you which ones at this point

14     because I don't have that in front of me.  Some of them have had

15     a formal -- most of them are informal, great majority.

14:12:57 16         **THE COURT:**  Right.  That's --

14:12:59 17         **JUDGE RITCHIE:**  Rarely do I have a formal one, but I

18     believe I have in the past.  But most of them -- most of them

19     are informal and the attorneys, because of the technology, they

20     can Zoom in and Zoom out from the courtroom to courtroom to ask

21     judges to consider the bond status of their clients, which they

22     do.

14:13:17 23         **THE COURT:**  Well, they're entitled to a formal hearing

24     with evidence, if that's what they want to do.  They're entitled

25     to that.

14:13:25  1             **JUDGE RITCHIE:**  Yes.

14:13:25  2             **THE COURT:**  So when I say an opportunity -- a formal

3  individualized bail determination hearing, I mean that they are

4  entitled to that opportunity.

14:13:36  5             **JUDGE RITCHIE:**  We grant them that opportunity.

14:13:40  6             **THE COURT:**  And that's my question.  If you're -- if

7  you can grant it promptly -- I understand you are granting them

8  promptly for new arrests, but now you have to address this

9  backlog.  And there may be, as you say, a relatively small

10  number of those who have not already been released who are

11  eligible because they don't have disqualifying prior convictions

12  for violence, for example.

14:14:06  13           But the fact that there are relatively smaller numbers

14  when viewed not as an aggregate, but divided in 22 different

15  ways for each judge, makes it all the more manageable.

14:14:22  16             **JUDGE RITCHIE:**  Right.

14:14:23  17             **THE COURT:**  And removes -- and removes reasons for

18  delay.

14:14:28  19             **JUDGE RITCHIE:**  Right.  And then when the sheriff

20  sends the list to the judges, if he would be kind enough to copy

21  the district attorney, because the district attorney is helpful

22  in bringing to our attention something that maybe has not been

23  known before.  The pretrial services may only have information

24  for convictions, arrests in Harris County, but the district

25  attorney's office can inform the Court whether there are

1  convictions from out of state, and we're able to make an

2  informed decision.

14:15:00  3       THE COURT:  And I think that would be helpful.  I also

4  believe that Mr. Bunin should be copied, Mr. Thiessen should be

5  copied, and Mr. Manne, Mr. Karakatsanis and Ms. Rossi should be

6  copied.

14:15:19  7       MR. THIESSEN:  Judge, could I -- could I make a

8  suggestion?  Would you mind if I put this list on the Harris

9  County Criminal Lawyers website and just put a blast to

10  everybody, Look up your name and see if you have a client?  I

11  mean, I'll do that, if I'm allowed to share this list with the

12  general membership, and I would go ahead --

14:15:37  13       THE COURT:  Any objection?

14:15:39  14       MR. THIESSEN:  -- myself or my office to start calling

15  them or e-mailing people as we get down that list to help these

16  judges.  But I don't mind sending a blast out to the entire

17  HCCLA list.

14:15:50  18       THE COURT:  That's Mr. Thiessen speaking.

14:15:51  19       Is there any objection to that --

14:15:53  20       MR. THIESSEN:  Yes.

14:15:53  21       THE COURT:  -- on behalf of any party?

14:15:56  22       JUDGE RITCHIE:  Not as a party --

14:15:56  23       THE COURT:  Anybody?

14:15:56  24       JUDGE RITCHIE:  Not as -- I'm not objecting, but I

25  would hope that the list is a current one, and it has been --

14:16:05  1          **THE COURT:**  Yes.

14:16:06  2          **JUDGE RITCHIE:**  -- reviewed and not be the same list.

3    Some of these people have already pleaded.  They show on the

4    list.  They're already out of jail.  They've already made bond.

5    They shouldn't have been on the list in the first place.

14:16:19  6          **THE COURT:**  If the sheriff can make -- if the sheriff

7    can bring it up to date, that would be great.  So you would take

8    the first list that was generated when we started having these

9    discussions, bring it up to date to eliminate those that have

10   already been released or have pleaded, and make sure that it is

11   both current and thorough, and send it -- if nobody objects,

12   send it to Mr. Thiessen for posting on the website, send it to

13   Mr. Bunin for distribution within his office to the lawyers so

14   they know what to do, and do it promptly.  And send it to

15   Mr. Manne, Mr. Karakatsanis, Ms. Rossi.

14:17:10 16          Anyone else?

14:17:13 17          **MR. FOGLER:**  We will do so, Your Honor.

14:17:14 18          **THE COURT:**  Mr. Manne, Mr. Karakatsanis, is that

19   acceptable to you?

14:17:22 20          **MR. KARAKATSANIS:**  Number one, Your Honor, we were

21   actually not copied on the various communications that this

22   Court referenced earlier --

14:17:28 23          **THE COURT:**  Well, I'm now telling -- I'm now asking if

24   there's -- I'm now asking that you be added to that list.

14:17:33 25          **MR. KARAKATSANIS:**  Yes.  Thank you.

14:17:34  1          And -- and, secondly, we don't have an objection to

2    this, just wanted to get some clarification from the Court.  I

3    mean, it's our understanding that at the June 4th hearing a week

4    ago, there was a list, and this Court asked that bail hearings

5    be set automatically in the coming days for the people on that

6    list.  And I think what we heard today is that that just didn't

7    happen.  There has been no hearings.  That backlog has not been

8    touched.

14:18:02  9          And now what I think that we're hearing is --

14:18:03 10          **THE COURT:**  I think you're right.  You're right.  It

11   has only been new arrests.  What we're now talking about is the

12   backlog, as well as the new arrests.

14:18:11 13          **JUDGE RITCHIE:**  That's not true.

14:18:12 14          **THE COURT:**  So I think --

14:18:13 15          **JUDGE RITCHIE:**  That's not true, Your Honor.  I just

16   told you --

14:18:17 17          **THE COURT:**  Well, you did have hearings for the new

18   arrests.

14:18:20 19          **JUDGE RITCHIE:**  Absolutely.  We've had hearings, and I

20   had one yesterday on that list.  So --

14:18:24 21          **THE COURT:**  On the new arrests?

14:18:25 22          **JUDGE RITCHIE:**  Yes.  On the --

14:18:25 23          **THE COURT:**  Was this --

14:18:25 24          **JUDGE RITCHIE:**  Right.

14:18:25 25          **THE COURT:**  -- the --

14:18:25  1          **JUDGE RITCHIE:**  Right.

14:18:25  2          *(Multiple speakers; indiscernible.)*

14:18:33  3          **THE REPORTER:**  I'm sorry.  There were multiple people

       4   speaking.

14:18:36  5          **THE COURT:**  Yeah.  I'm sorry.

14:18:36  6          I'm sorry.  Judge Ritchie, was that the new arrests?

14:18:40  7          **JUDGE RITCHIE:**  I did the new arrests.

14:18:41  8          **THE COURT:**  I'm talking about the backlog.

14:18:43  9          **JUDGE RITCHIE:**  I'm talking about the, quote, backlog,

      10   which I don't think is going to be quite as onerous as the -- as

      11   you've been told.  On that list --

14:18:51 12          **THE COURT:**  I would agree.

14:18:52 13          **JUDGE RITCHIE:**  I had a hearing yesterday on that list

      14   and granted relief.  And all those people were on my docket

      15   yesterday, and those that weren't reached are carried over till

      16   tomorrow, and after that it should be finished.

14:19:06 17          **UNIDENTIFIED SPEAKER:**  Your Honor --

14:19:10 18          **THE COURT:**  Make sure -- the sheriff is going to get

      19   you the list of the backlog so that you'll be able to make sure

      20   that, in fact, you have captured all of them and provided prompt

      21   automatic virtual -- virtual individualized bail determination

      22   hearings for all of them.

14:19:33 23          **MR. DURFEE:**  Your Honor, this is Scott Durfee.  I just

      24   wanted to clarify that the district attorney, you know, is -- is

      25   supportive of the idea of -- of these bail hearings, but we

1    would ask for some reasonable notice before they're scheduled.

2    We're not asking for a lengthy period of time, but we do need to

3    have an opportunity to prepare for these hearings.

14:19:53  4         THE COURT:  The day before will be plenty.  I agree

5    with you, and the day before, when they're set, as Judge Ritchie

6    has indicated -- you've got the dockets.  That would be your

7    notice.

14:20:08  8         MR. DURFEE:  Your Honor, I think one day's notice may

9    be difficult in these proceedings.  I'd ask for at least two or

10    three --

14:20:13 11         THE COURT:  If you need more, you can ask -- if you

12    need more, you can ask the judge for more, can't you?

14:20:18 13         MR. DURFEE:  We certainly can, Judge.

14:20:21 14         THE COURT:  I suggest -- because many of them, you may

15    not need more time.  You may be able to get it up and say, "We

16    don't object" --

14:20:27 17         MR. DURFEE:  I just don't --

14:20:30 18         THE COURT:  -- or, "We do object for these reasons."

14:20:32 19         MR. DURFEE:  I just wanted to be very clear that if

20    there are going to be a number of bail hearings scheduled on the

21    same day with -- with virtually no notice, there's going to

22    be -- you can't -- the expectation should not be that we're

23    going to be ready to litigate every one of those bail hearings

24    on that day.

14:20:53 25         THE COURT:  And you may not be able to, but they

1   should be set.  You will have access promptly to the docket

2   settings.  You will have plenty of -- you will know if there is

3   any need for more time.  In many of them, there may not be.  In

4   some, there may be.

14:21:14  5   Rather than delay them all because a few may need

6   another day or two.  It seems more prudent, since there's

7   already been a significant delay for this backlog, to

8   presumptively set them.  And this backlog you have had standing

9   there for a long time, some of them with no individualized bail

10   determination hearing.

14:21:47  11   MR. KARAKATSANIS:  Your Honor, if I may --

14:21:54  12   THE COURT:  And that should -- yes?

14:21:55  13   MR. KARAKATSANIS:  Trying to understand what happened

14   in the past week after this Court said that a denial of a

15   personal bond at the magistration should be treated as a request

16   for an automatic bail setting, that should be set.  There were

17   several hundred people on the sheriff's list.

14:22:11  18   Judge Ritchie committed to doing it on behalf of the

19   other judges.  That hasn't been done.  The sheriff attempted to

20   get it done.  Still wasn't done.  I'd like to understand --

14:22:20  21   THE COURT:  Okay.  Mr. Karakatsanis, I think the

22   answer that I received -- and, Judge Ritchie, you need to

23   correct me if I'm wrong -- is that that is being done, at least

24   by him and by Judge Warren, and, he believes, on behalf of the

25   other judges, virtually, and I gather they each declared their

1    homes courtrooms for the purpose of the Open Records Act.

14:22:43  2            You need to verify that for me, Judge Ritchie.

14:22:46  3            **JUDGE RITCHIE:**  I --

14:22:46  4            **THE COURT:**  But assuming that -- hold on -- that this

5    has been done for new arrests, but not for the backlog, not for

6    the people who were arrested before this last week, and that's

7    what we're talking about now.

14:23:01  8            Judge Ritchie --

14:23:03  9            **JUDGE RITCHIE:**  It's my --

14:23:03 10            **THE COURT:**  -- what'd I say that was wrong?

14:23:06 11            **JUDGE RITCHIE:**  What I'm saying is that to the best of

12   my knowledge, each judge is reviewing and setting those that

13   were on the lists that have been presented.  On the new -- on

14   the new arrests, as they're coming in -- and like I say,

15   they're -- they don't seem to be, so far, that many.

14:23:25 16            Some judges may do them -- may do them remotely.

17   Other judges, such as myself, I come to the courthouse every

18   day.  I take the bench every day I have a docket, and I do them

19   here at the court, and they'll be done there not at the -- not

20   on a Zoom hearing in the sheriff's office, though we appreciate

21   their cooperation.

14:23:49 22            **THE COURT:**  As long as you don't have -- as long as

23   you -- well, because the issue is as long as you have enough

24   courtrooms.  You can't use the lack of courtrooms as a reason

25   not to have the hearings promptly, number one.  Number two, as

1     long as you have attorneys who are willing to come to court and

2     able to do so --

14:24:08  3          **JUDGE RITCHIE:**  They appear by Zoom, most of them.

14:24:10  4          **THE COURT:**  -- whether prosecutors or defense lawyers.

5     If they can appear by Zoom, with you in court, then that is not

6     a problem.

14:24:20  7          **JUDGE RITCHIE:**  I'm sorry?

14:24:20  8          **THE COURT:**  Can they?

14:24:20  9          **JUDGE RITCHIE:**  Yes.  They're all invited -- defense

10    counsel and the district attorneys are all able to appear by

11    Zoom.

14:24:30 12          **THE COURT:**  Very good.  That's helpful to know.

14:24:33 13          **JUDGE RITCHIE:**  I don't require --

14:24:34 14          **THE COURT:**  So if I can respond to Mr. Karakatsanis's

15    question, there is -- for those judges who are using the prior

16    lists, it will be provided -- up-to-date lists, accurate as to

17    present status of the detainees, identifying the ones who are

18    potentially eligible for PR bonds and who have had them denied,

19    whether at the magistration level or informal bail hearing, and

20    a formalized bail hearing promptly set with notice to all the

21    parties that have been listed, including plaintiff's counsel in

22    this case, Mr. Thiessen, Mr. Bunin, obviously the DA, and

23    hearings will be held promptly -- individualized, evidentiary if

24    needed, bail determination hearings, and that an updated list

25    will be provided by the sheriff as quickly as practical, which I

1  hope will be before the end of the day tomorrow, as well as new

2  arrests that continually are added.

14:25:58  3          Does that work?

14:26:00  4          **MR. BIGGS:**  Adam Biggs, Your Honor.  This is Adam

5  Biggs for state intervenors.  May we also please -- may we

6  please also be included on the transmittal e-mail, Your Honor?

14:26:16  7          **THE COURT:**  Fine with me.  Any objection?

14:26:20  8      *(No response.)*

14:26:20  9          **THE COURT:**  Very good.

14:26:21 10          **MS. SPINKS:**  And I would like --

14:26:22 11          **THE COURT:**  Waiting for you to ask.

14:26:24 12          **MS. SPINKS:**  And, Your Honor, we'd like to be included

13  as well, Harris County.

14:26:28 14          **THE COURT:**  All right.  I need each of you to send

15  your request to the sheriff so that he can keep track.

14:26:36 16          **MR. BIGGS:**  Happy to do so.

14:26:36 17          **UNIDENTIFIED SPEAKER:**  Your Honor --

14:26:39 18          **THE COURT:**  Ms. Spinks -- I'm sorry.  Ms. Jimenez, is

19  that okay with you?

14:26:43 20      *(No verbal response.)*

14:26:47 21          **MR. FOGLER:**  I will answer for her.

14:26:49 22          **THE COURT:**  Ms. Jimenez, are you with us?

14:26:51 23          **MR. FOGLER:**  We will make sure everybody gets copied.

14:26:53 24          **THE COURT:**  Go ahead, Mr. Fogler.

14:26:55 25          **MR. FOGLER:**  I said we will make sure --

14:26:56 1          THE COURT:  You are a great man.

14:26:56 2          MR. FOGLER:  -- everyone gets copied.

14:27:00 3          THE COURT:  And I said you're a great man.  That was a

4      thank you.

14:27:03 5          I think that would be very helpful, and the

6      transparency it adds to the process can only be useful.

14:27:12 7          All right.  What else -- so now I have the final

8      report from Mr. Banks who said that of the 1,153 cases for whom

9      the presentence -- or pretrial assessments have been done, the

10     PSAs, there were (indiscernible) for whom that wasn't done.

11     Those are to come --

14:27:46 12         THE REPORTER:  I'm sorry, Your Honor.  There was a

13     lag.  I didn't hear the number mentioned.

14:27:48 14         THE COURT:  There were 100- -- 1,193 who had -- on the

15     list.  PSAs were done on 1,153.  Forty are outstanding, to come.

16     Of the 1,153 cases, 565 have no prior violent convictions or

17     prone to disqualifying charges involving violence or sexual

18     offenses, and no other detention holds.

14:28:24 19         What's the status of those 565?  Are they the ones in

20     the backlog that the sheriff is going to send an updated list on

21     so that they can be given prompt individualized bail

22     determination hearings in each of the felony district judge's

23     courts, with availability by Zoom for anybody who wants to

24     appear in that fashion, and on -- even without a formal request?

14:29:02 25         MR. FOGLER:  Your Honor, this is Murray Fogler.  I

1  believe those are on the list, but they will be included when we

2  present the refreshed list to everybody hopefully tomorrow.

14:29:15  3      THE COURT:  Would you include me on that circulation

4  list, too, please?

14:29:20  5      MR. FOGLER:  Of course.

14:29:25  6      MR. BUNIN:  Judge, this is Alex Bunin, Harris County

7  Public Defender.  I just wanted to point out that we're probably

8  going to have some disagreements with the folks that Mr. Banks

9  excluded.  There's some disagreement --

14:29:35 10      THE COURT:  I would expect so.

14:29:38 11      MR. BUNIN:  Yeah.

14:29:40 12      THE COURT:  I would expect so, which is why you need

13  an individualized hearing, and you might need to put on

14  evidence.

14:29:47 15      MR. KARAKATSANIS:  Your Honor --

14:29:47 16      THE COURT:  And that may be as simple as prior court

17  records.

14:29:52 18      MR. KARAKATSANIS:  I think it's very important,

19  Your Honor, to understand two key facts I worry are being lost

20  here.  Number one is that there are almost 4,000 people in the

21  Harris County jail right now who have not received a formal bail

22  hearing in front of a felony district court judge.  What we're

23  talking about now is a carefully curated list of people from the

24  sheriff who we all believe, informally among this group here on

25  the phone, are the most likely to be given release because they

1    have no prior --

14:30:24  2          THE COURT:  Right.

14:30:24  3          MR. KARAKATSANIS:  -- (indiscernible) no -- everybody

4    else is still entitled to a hearing, and what Mr. Bunin is

5    saying is that, in fact, there are people who are not on that

6    list, by the time it gets to the judges, solely because of some

7    decision that they disagree with.

14:30:39  8          So I think what's critical is that we develop some --

9    and we're not opposed to starting with those people that we all

10   believe are most likely to get released --

14:30:48 11          THE COURT:  Right.

14:30:49 12          MR. KARAKATSANIS:  -- that's what we thought was

13   happening last week, and we're learning it didn't happen, but --

14:30:52 14          THE COURT:  I think we have a starting point,

15   Mr. Bunin.

14:30:54 16          MR. KARAKATSANIS:  -- everybody gets --

14:30:55 17          THE COURT:  I think we have -- I agree.  I think we

18   ought to start with the ones who are most likely to be released.

19   Get those, as quickly as possible, done, and then we'll have a

20   third list of those who have been -- who (indiscernible) charge.

21   They're entitled to a hearing.  It may well be denied easily

22   because of histories of violence, what they're charged with or

23   other reasons, but they may be entitled to a hearing.  And it

24   may be a very short hearing, who knows -- I certainly don't --

25   but they're entitled to have their cases docketed.

14:31:42  1            What's the procedure for doing those?  Essentially,

2    the second backlog, as well as new arrestees who fall in that

3    category.

14:31:59  4            And I guess the question here is:  What is the

5    allegation of the judge to hold a hearing for those who facially

6    are not eligible for release on a PR bond.

14:32:10  7            Mr. Manne, what is your position on behalf of your

8    client, or Mr. Karakatsanis?

14:32:23  9        **MR. KARAKATSANIS:**  Your Honor, all of these

10   individuals are, quote, unquote, eligible for release on a PR

11   bond.  That's up to the felony district court judge.  They all

12   have the same, as presumptively innocent --

14:32:35 13        **THE COURT:**  Well, they are -- yes.  I agree.  None of

14   these people are convicted --

14:32:40 15        **MR. KARAKATSANIS:**  Correct.

14:32:40 16        **THE COURT:**  -- of anything.

14:32:41 17        **MR. KARAKATSANIS:**  In fact, as in federal court, many

18   people charged with very serious offenses are released, if the

19   Court determines that that are other conditions, short of

20   detention, that could reasonably assure public safety and their

21   court appearance.  So from our perspective, the procedure that

22   this Court outlined last week for batch No. 1, as soon as batch

23   No. 1 is over, that same procedure could and should, and the

24   sheriff is prepared to apply, to everybody else.

14:33:11 25        **THE COURT:**  I don't disagree.  We have three

1    categories.  The new arrests, as to whom this procedure is being

2    applied; whether they are likely to be released, that is, not

3    clearly within one of the disqualifying or -- criteria, such as

4    charged with a violent -- or a violent offense currently or a

5    recent conviction for violent sexual assault.  They're still

6    entitled to a hearing.  You're right.

14:33:55  7    And there is the second wave, the second list of

8    people who have been arrested, are likely to be released in the

9    sense that not -- and maybe there are disputed disqualifying

10   prior or present -- prior convictions and present charges, but

11   they're disputed, or it is undisputed that there are none.

12   That's sort of the second priority because we have the greatest

13   prospect of getting those individuals -- or those individuals

14   being entitled to some of the relief or all of the relief they

15   seek.

14:34:39  16   And then the third category is the prior arrestees who

17   have been denied, informally, any kind of bond who are indigent,

18   but who would be entitled to a hearing.  Now, I would -- now

19   that the plaintiff class in this case, as I understand it, was

20   limited to those who were detained solely because of their

21   indigency, that doesn't mean that others were not entitled to

22   hearings, and we're talking about the process, not the creation

23   of any substantive right here.

14:35:22  24   So the sheriff --

14:35:22  25   **JUDGE WARREN:**  Judge Rosenthal, may I --

14:35:25  1          **THE COURT:**  Yes.  Yes.  Who is speaking, please?

14:35:27  2          **JUDGE WARREN:**  This is Judge Warren.  I apologize.

14:35:29  3          You -- you said recent history.  May I have a

          4    clarification as to what the Court means by "recent"?

14:35:36  5          **THE COURT:**  It's not just recent.  There's no time

          6    limit in the executive order that applies, as I understand it.

14:35:45  7          **JUDGE WARREN:**  Maybe I misunderstood, and I apologize.

14:35:47  8          **THE COURT:**  But they're similarly -- no, you didn't.

          9    I used the word, but it was an example, and I thought --

14:35:55 10          **JUDGE WARREN:**  Yes, ma'am.

14:35:56 11          **THE COURT:**  -- I predicated it with that, but if I

         12    wasn't clear, I apologize.

14:35:59 13          All right --

14:35:59 14          **JUDGE WARREN:**  (Indiscernible.)

14:35:59 15          **THE COURT:**  -- so we have the three categories, but we

         16    have -- no problem.  My failure to communicate.

14:36:11 17          We have the three categories in terms of triage, and I

         18    am very hopeful that we have a good way to go forward,

         19    particularly with the sharing of information, and the

         20    opportunity for prompt intervention by interested parties to

         21    ensure that this is being done.

14:36:35 22          **MS. WOOD:**  Judge, may I?

14:36:38 23          **THE COURT:**  Who is this?

14:36:40 24          **MS. WOOD:**  Hi.  Sarah Wood from the public defender's

         25    office.  So we've been struggling to help the defense bar to

1    file more motions, deal with these changes and to keep them

2    informed, and we've had, you know, some -- a few issues where

3    it's difficult for us to get information that needs to be

4    conveyed.

14:37:03    5         And so following up on Judge Warren's question about

6    eligibility -- or prioritization, perhaps, is a better word,

7    we -- there's never been anything official or any sort of

8    information really put out there about what are considered

9    violent offenses.

14:37:26    10        So it's very difficult to tell how the lists are being

11   created, what prior it is that your client may have that is the

12   issue.  So I -- I would suggest that that could be helpful, to

13   make that policy known as far as it's being used to create the

14   lists.

14:37:47    15        Additionally, we would --

14:37:49    16        **THE COURT:**  In this case, Mr. Bunin, you may want to

17   speak -- excuse me.  Yeah.  Go ahead.  Go ahead, please.  I

18   thought you were finished.  I'm sorry.

14:38:00    19        **MS. WOOD:**  Oh, and just the other thing.  Also, we're

20   really trying to keep our members informed about how the court

21   procedures are going to work logistically.  I -- I think I heard

22   the judge mention earlier that there was a multi-agency meeting

23   about how the dockets are going to work, and I don't think that

24   the public defender's office was included in that.

14:38:24    25        So we haven't received any information about these

1    docketing policies at this point.  So -- so those are just a

2    couple of places where, you know, it could be helpful.

14:38:37   3         THE COURT:  I -- I think that the best way to handle

4    your first question is to have the DA, through Mr. Durfee, the

5    sheriff, through Mr. Fogler, and, if appropriate, input from

6    Mr. Biggs, on behalf of the Attorney General, on what the

7    parties' shared understanding and the interested nonparties'

8    shared understanding is of disqualifying and qualifying, that

9    is, eligible offenses or offenses that, if currently charged or

10   previously convicted, would be violent offenses for this

11   purpose.

14:39:22   12        We did not define it across the board in prior -- in

13   response to prior requests because it is -- can be quite

14   complicated.  But in this case, as I recall, there were some

15   pretty good bright lines that the parties, themselves, through

16   various kinds of orders and interpretations had applied.  If

17   there is a consensus as to those, that would be enormously

18   helpful.

14:39:46   19        Second point, on the procedures, I believe that there

20   has been a discussion.  The sheriff came up with one that is

21   being -- that hasn't been adopted by the judges, in part because

22   they didn't think it was necessary, and there is an

23   individualized approach.  Some have used their courtrooms plus

24   Zoom.  Others are using only Zoom, I gather, and have made their

25   homes Public Information Act courtrooms.

14:40:23  1          If there is a way to put -- have individual judges

       2    inform the bar, private and public defender, what procedures

       3    they're following in their docketing -- in their notices of

       4    setting, for example, it would be helpful.  But it sounds like

       5    for every court -- and, Judge Ritchie, please tell me if I'm

       6    right or wrong.  Judge Warren -- it sounds like for every court,

       7    whether the judge is in court or him or herself Zooming in, the

       8    parties, the lawyers can appear by Zoom.

14:41:10  9          These hearings will be set automatically when the --

      10    when bail is denied on magistration or an informal hearing, and

      11    they will be prioritized according to those who are potentially

      12    eligible based on the absence of the violent offenses currently

      13    charged or prior -- previously convicted or other holds and

      14    violence or sexual assaults.

14:41:47 15          And then the second priority given to all of those who

      16    have been waiting, and the new arrests who may be subject to

      17    disqualifying prior or present charges or convictions, but who

      18    are entitled to a new hearing.

14:42:08 19          Does that help, Ms. Wood?

14:42:12 20          **MS. WOOD:**  Yes, it does.  Thank you, Judge.

14:42:15 21          **THE COURT:**  I wish I could be more specific to each of

      22    the 22, but I know Judge Ritchie will work with those who are

      23    tasked with this incredibly important work to communicate it

      24    well, and I thank him for that.

14:42:44 25          With the information that will be exchanged, do the

1    parties agree that perhaps a phone call at the same time next

2    week might be appropriate?  I don't want to take up your time

3    unnecessarily.  This is a busy group.

14:43:03  4         MR. MANNE:  Your Honor, it's Neal Manne for the

5    plaintiffs.  We're always happy to get on a call like this.

6    We've been having these calls for three months.  In my view, the

7    process is a total failure.  The minor incremental things that

8    have been accomplished are dwarfed by the scope of the problem.

14:43:27  9         In the three months that we've been having these

10   calls, the jail population has increased, not decreased.

11   There's a surge of COVID-19 in Texas.  The governor attributes

12   it, in part, to the jail.  He's right.

14:43:42 13         THE COURT:  He is right on that.

14:43:44 14         MR. MANNE:  We don't -- I don't see this process

15   solving either of the problems that the Court has focused on or

16   the somewhat different issues that are the actual subject of our

17   lawsuit.

14:44:00 18         THE COURT:  I agree with the second.

14:44:02 19         MR. MANNE:  We intend to bring all of the judges into

20   the case soon, probably next week.  The ones -- I'll put it this

21   way:  I believe that some of the judges are as unhappy with this

22   situation and this process as the plaintiffs are, and I believe

23   that some of the judges will be coming into this case as

24   intervenors because they agree with the relief we seek.

14:44:37 25         The ones who don't, we'll bring in as defendants.  We

1    will proceed with the case as quickly as we can to work

2    dispositive motions.  We want to try to get back to the issues

3    that the case is actually about.  We filed an emergency motion

4    because we saw an emergency problem three months ago.  The

5    Court, in its wisdom, denied our motion.

14:45:05 6        I don't see the process that we have been engaged in

7    since then as getting us toward any meaningful resolution of

8    these issues, and so -- we're happy to participate in the calls

9    as often as you want.  We'll get on one every day, but we're

10   also planning to try to restart the litigation and move it into

11   a position where the Court can consider substantive motions.

14:45:37 12       **THE COURT:**  And I don't disagree with that, Mr. Manne.

13   I have envisioned this and proceeding, if you will, along kind

14   of two tracks.  On the first -- this case was stayed for a long

15   time on the parties' initiative to commit negotiations.

14:45:52 16       **MR. MANNE:**  Right.

14:45:52 17       **THE COURT:**  So that stay has now been lifted to permit

18   the parties to resume the focus on written and (indiscernible)

19   traditional fashion, no pun intended, to focus on the discovery

20   and exchange of information necessary to bring to the Court a

21   full record adequate to rule on the substantive issues.  A

22   schedule order has been put into place to accomplish that, as

23   you know.

14:46:25 24       I do not see that as inconsistent with interim

25   measures designed to respond to this extraordinary crisis, and

1    that's what we're focusing on now, the very practical -- not the

2    jurisprudential so much as the practical.  You got this backlog.

3    You got a lot of the people.  You have judges who are out of

4    their courtrooms, and a reduction in the number of courtrooms.

14:46:57  5    You have lawyers perhaps unwilling and unable to come

6    to court because of the pandemic.  All of these issues are

7    practical issues that require a very practical

8    the-devil-resides-in-the-details approach.

14:47:21  9    At the same time, as the lawyers go through the

10   process of developing the law and the facts in an adversarial

11   fashion that the Court needs to make an accurate, fair ruling on

12   the important issues of substantive law presented.

14:47:45 13    So this is a two-track road, and my question to this

14   group is whether -- assuming it is worthwhile to continue to

15   have accountability calls, if you will, should they be weekly,

16   or do you want more time in between to implement the new

17   procedures?  You tell me.

14:48:16 18    Mr. Fogler, Mr. -- Judge Ritchie, excuse me,

19   Mr. Bunin --

14:48:23 20    **MR. FOGLER:**  Your Honor, this is Murray Fogler.  I

21   think a weekly call is salutary.  I think it helps spur

22   activity.  And while no one is satisfied, I think, if you let

23   more time pass before you hear where we are, then I think there

24   will be even less progress made.

14:48:49 25    **THE COURT:**  I fear you may be right.

14:48:51  1            Is there anyone who would object to having a weekly

       2  similar call?

14:48:56  3            **MR. MANNE:**  The plaintiffs do not object.  We'll be

       4  happy to participate weekly.

14:49:04  5            **THE COURT:**  Judge Ritchie, do you think it's helpful?

14:49:06  6            **JUDGE RITCHIE:**  I think it's helpful, and I'll do my

       7  best to attend --

14:49:09  8            **THE COURT:**  Thank you.

14:49:10  9            **JUDGE RITCHIE:**  -- the calls.

14:49:12 10            **THE COURT:**  I thank you for that.

14:49:17 11            All right.  I think we have some additional tasks that

       12  are clearly laid out, and I hope for some meaningful progress

       13  over the next week.  I will look forward to virtually seeing you

       14  a week from today, same time, same place.  The link will be sent

       15  out.

14:49:40 16            Your presence and participation and practicality are

       17  most appreciated.  Thank you very much.  I hope you-all continue

       18  to keep safe and well until we talk again.  Thank you.

14:49:59 19            Anything further from anyone?

14:50:03 20       *(No response.)*

14:50:06 21            **THE COURT:**  There being nothing further, we are

       22  adjourned.  I appreciate your help.

14:50:12 23       *(Proceedings concluded at 2:50 p.m.)*

       24                          -o0o-

       25            I certify that the foregoing is a correct transcript

1    from the record of proceedings in the above matter to the best

2    of my ability and skill, and that any indiscernible designations

3    are because of audio interference that precluded me from

4    understanding the words spoken.

5

6    Date:  June 13, 2020

7                              */s/ Heather Alcaraz*
                              Signature of Court Reporter

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

THE REPORTER: [2] 34/2 40/11

UNIDENTIFIED SPEAKER: [4] 12/9 18/18 34/16 39/16

**JUDGE RITCHIE: [60]**
**JUDGE WARREN: [18]** 13/22 13/24 14/1 14/6 14/8 14/10 14/17 14/25 15/8 15/10 15/16 15/21 19/3 44/24 45/1 45/6 45/9 45/13
**MR. BIGGS: [3]** 5/16 39/3 39/15
**MR. BUNIN: [3]** 5/6 41/5 41/10
**MR. DURFEE: [8]** 4/22 6/19 6/21 34/22 35/7 35/12 35/16 35/18
**MR. FOGLER: [18]** 4/25 9/9 9/23 12/11 12/16 20/20 21/7 22/14 28/22 28/24 32/16 39/20 39/22 39/24 40/1 40/24 41/4 51/19
**MR. GRINSTEIN: [1]** 6/10
**MR. KARAKATSANIS: [24]** 4/13 16/7 16/10 16/20 17/3 17/9 17/12 17/15 17/17 18/2 20/14 21/14 32/19 32/24 36/10 36/12 41/14 41/17 42/2 42/11 42/15 43/8 43/14 43/16
**MR. MANNE: [6]** 4/11 49/3 49/13 49/18 50/15 52/2
**MR. STEFFENSEN: [2]** 6/5 6/7
**MR. THIESSEN: [11]** 5/19 5/22 12/22 13/4 13/9 13/13 15/22 16/3 31/6 31/13 31/19
**MS. KASE: [1]** 5/13
**MS. OGG: [1]** 6/15
**MS. ROSSI: [1]** 6/2
**MS. SPINKS: [3]** 5/3 39/9 39/11
**MS. WOOD: [5]** 5/10 45/21 45/23 46/18 48/19
**THE COURT: [165]**

**-**

**-o0o [1]** 52/24

**/**

**/s [1]** 53/7

**1**

**1,153 [3]** 40/8 40/15 40/16
**1,193 [1]** 40/14
**100 [1]** 40/14
**1000 [1]** 1/18
**1010 [1]** 2/8
**1019 [2]** 2/3 2/10
**10th [1]** 11/7
**11 [1]** 1/10
**12 [2]** 11/7 22/10
**1200 [1]** 22/4
**1201 [1]** 2/18
**12548 [1]** 2/14
**12:01 [2]** 26/13 26/14
**13 [1]** 53/6
**1400 [1]** 1/21
**1405 [1]** 1/24
**15 [1]** 22/10
**15th [2]** 2/3 2/10
**1601 [1]** 1/14
**1640 [1]** 2/7
**174 [1]** 22/1
**19 [1]** 49/11
**1900 [1]** 1/21
**1:32 [1]** 1/6

**2**

**20 [1]** 25/4
**20009 [1]** 1/15
**202 [1]** 1/15
**2020 [2]** 1/10 53/6
**2044 [1]** 2/23
**208 [1]** 22/1

**209 [1]** 22/1
**209th [1]** 3/3
**21 [1]** 12/17
**212 [1]** 1/22
**2120 [1]** 2/15
**22 [7]** 9/11 9/21 15/6 15/14 28/18 30/14 48/22
**226 [1]** 1/5
**23 kilos [1]** 20/1
**23-kilo [1]** 19/24
**250-5584 [1]** 3/12
**258 [1]** 23/10
**26 [1]** 18/10
**274-5132 [1]** 2/4
**274-5140 [1]** 2/11
**2:50 [1]** 52/23

**3**

**324 [2]** 10/25 23/10
**336-8330 [1]** 1/22
**337th [1]** 2/25
**351 [1]** 22/1
**3720 [1]** 2/22
**39 [1]** 18/8
**390 [1]** 16/1

**4**

**4,000 [1]** 41/20
**4/16/20 [1]** 25/4
**400 [1]** 10/14
**426 [2]** 10/15 10/18
**444-2044 [1]** 2/23
**463-2120 [1]** 2/15
**474-5073 [1]** 1/25
**48 [1]** 26/6
**481-1010 [1]** 2/8
**4:19-CV-226 [1]** 1/5
**4th [3]** 11/1 18/10 33/3

**5**

**5073 [1]** 1/25
**5100 [1]** 1/18
**512 [2]** 1/25 2/15
**5132 [1]** 2/4
**5140 [1]** 2/11

**5**

**515 [1]**  3/11
**5584 [1]**  3/12
**565 [2]**  40/16 40/19
**5816 [1]**  2/19

**6**

**6142 [1]**  1/15
**653-7827 [1]**  1/19
**6th [1]**  2/18

**7**

**701 [2]**  22/2 22/10
**713 [7]**  1/19 2/4 2/8 2/11
 2/19 2/23 3/12
**755-5816 [1]**  2/19
**76 [4]**  7/17 7/23 9/11 9/22
**77002 [5]**  1/18 2/4 2/10 2/19
 3/11
**77010 [1]**  2/7
**77098 [1]**  2/23
**7827 [1]**  1/19
**78711 [1]**  2/15
**78741 [1]**  1/24

**8**

**800 [2]**  1/14 12/24
**8004 [1]**  3/11
**8330 [1]**  1/22
**894-6142 [1]**  1/15

**9**

**90067 [1]**  1/21
**909 [1]**  2/7
**980849 [1]**  2/22

**A**

**ability [1]**  53/2
**able [7]**  12/2 31/1 34/19
 35/15 35/25 38/2 38/10
**above [1]**  53/1
**absence [1]**  48/12
**absolutely [3]**  18/18 29/3
 33/19
**acceptable [2]**  23/6 32/19

**accepted [1]**  22/17
**access [1]**  36/1
**accomplish [2]**  15/14 50/22
**accomplished [1]**  49/8
**according [1]**  48/11
**accountability [1]**  51/15
**accurate [2]**  38/16 51/11
**across [2]**  11/25 47/12
**across-the-board [1]**  11/25
**Act [2]**  37/1 47/25
**ACTION [1]**  1/5
**activity [2]**  9/17 51/22
**acts [1]**  11/10
**actual [1]**  49/16
**actually [4]**  19/5 19/23
 32/21 50/3
**ADAM [4]**  2/12 5/17 39/4
 39/4
**add [3]**  13/4 15/17 20/13
**added [3]**  19/1 32/24 39/2
**additional [4]**  19/13 19/14
 21/16 52/11
**Additionally [1]**  46/15
**address [1]**  30/8
**addressed [2]**  26/24 28/8
**adds [1]**  40/6
**adequate [1]**  50/21
**adjourned [1]**  52/22
**administration [1]**  26/1
**adopted [1]**  47/21
**adversarial [1]**  51/10
**advised [1]**  9/10
**affected [1]**  7/20
**after [9]**  8/18 21/13 25/7
 25/19 25/24 25/24 26/13
 34/16 36/14
**afternoon [2]**  4/23 5/17
**again [2]**  28/12 52/18
**agencies [2]**  25/25 26/8
**agency [1]**  46/22
**aggregate [1]**  30/14
**ago [3]**  12/13 33/4 50/4
**agree [10]**  13/21 14/18 28/3
 34/12 35/4 42/17 43/13 49/1

**49/18 49/24**
**agreeing [1]**  15/12
**ahead [7]**  4/11 17/14 19/2
 31/12 39/24 46/17 46/17
**al [2]**  1/4 1/6
**Alcaraz [2]**  3/10 53/7
**ALEC [3]**  1/13 4/14 16/11
**ALEX [3]**  3/4 5/7 41/6
**allegation [1]**  43/5
**allotting [1]**  8/11
**allowed [1]**  31/11
**along [1]**  50/13
**already [8]**  24/20 29/8
 30/10 32/3 32/4 32/4 32/10
 36/7
**always [2]**  6/17 49/5
**among [4]**  9/11 9/21 18/4
 41/24
**amongst [1]**  15/6
**amount [1]**  8/17
**Angeles [1]**  1/21
**ANNE [1]**  1/13
**another [2]**  28/1 36/6
**answer [2]**  36/22 39/21
**ANTHONY [1]**  2/17
**anybody [3]**  6/10 31/23
 40/23
**anyone [8]**  7/25 17/20 19/6
 19/12 20/6 32/16 52/1 52/19
**anything [4]**  12/21 43/16
 46/7 52/19
**apologize [6]**  19/8 21/11
 21/13 45/2 45/7 45/12
**apparently [6]**  7/19 10/16
 10/25 11/2 23/11 24/20
**apparently -- well [1]**  10/16
**appear [11]**  11/12 11/16
 11/20 12/3 14/24 28/15 38/3
 38/5 38/10 40/24 48/8
**appearance [1]**  43/21
**APPEARANCES [3]**  1/11
 2/1 3/1
**appeared [1]**  1/11
**appearing [3]**  4/16 4/19 6/7

# A

**applied [3]** 7/19 44/2 47/16
**applies [3]** 12/13 20/24 45/6
**apply [4]** 7/6 7/22 28/21
43/24
**appreciate [5]** 6/18 7/1 18/2
37/20 52/22
**appreciated [1]** 52/17
**apprised [1]** 8/12
**approach [2]** 47/23 51/8
**approached [1]** 8/10
**appropriate [7]** 11/20 12/7
14/25 24/5 24/12 47/5 49/2
**April [1]** 24/17
**areas [1]** 19/25
**around [1]** 16/17
**arrest [1]** 28/14
**arrested [5]** 23/1 26/12
27/15 37/6 44/8
**arrestees [5]** 21/4 22/19
27/5 43/2 44/16
**arrests [19]** 10/24 20/6
20/24 23/13 28/19 28/22
30/8 30/24 33/11 33/12
33/18 33/21 34/6 34/7 37/5
37/14 39/2 44/1 48/16
**ARTHUR [1]** 2/12
**ask [9]** 9/7 9/25 27/2 29/20
35/1 35/9 35/11 35/12 39/11
**asked [2]** 18/11 33/4
**asking [3]** 32/23 32/24 35/2
**assault [2]** 23/7 44/5
**assaults [1]** 48/14
**assessments [1]** 40/9
**assistant [2]** 2/18 6/23
**Association [2]** 3/8 5/21
**assuming [2]** 37/4 51/14
**assure [1]** 43/20
**attempted [1]** 36/19
**attend [1]** 52/7
**attention [1]** 30/22
**attorney [13]** 2/12 2/13
2/16 2/21 4/24 6/14 8/21
8/24 26/3 30/21 30/21 34/24

**attorney's [4]** 2/3 2/9 3/7
30/25
**attorneys [8]** 2/18 8/10 8/11
9/17 15/3 29/19 38/1 38/10
**attributes [1]** 49/11
**audio [1]** 53/3
**Austin [2]** 1/24 2/15
**authority [1]** 16/6
**automatic [5]** 18/25 20/19
21/19 34/21 36/16
**automatically [5]** 18/12
20/18 26/22 33/5 48/9
**availability [1]** 40/23
**available [3]** 6/17 6/25 19/1
**Avenue [2]** 1/14 1/21
**aware [1]** 18/1

# B

**back [5]** 10/9 23/3 24/14
24/16 50/2
**backlog [15]** 27/8 27/17
28/17 30/9 33/7 33/12 34/8
34/9 34/19 36/7 36/8 37/5
40/20 43/2 51/2
**bail [31]** 11/15 11/24 17/25
18/11 18/23 20/18 20/19
21/3 21/19 21/25 22/18
22/20 22/25 23/12 28/17
29/9 29/12 30/3 33/4 34/21
34/25 35/20 35/23 36/9
36/16 38/19 38/20 38/24
40/21 41/21 48/10
**bailiwick [1]** 7/17
**Baker [2]** 22/4 22/9
**Banks [2]** 40/8 41/8
**bar [3]** 10/2 45/25 48/2
**based [3]** 20/5 27/17 48/12
**basis [4]** 8/14 10/5 18/25
28/15
**batch [2]** 43/22 43/22
**bearing [1]** 19/17
**been [65]**
**before [15]** 1/9 19/17 24/10
24/20 26/12 26/23 29/5 29/9

30/23 35/1 35/4 35/5 37/6
39/1 51/23
**begin [1]** 4/5
**behalf [12]** 4/8 4/16 5/18
7/3 8/7 10/2 12/11 31/21
36/18 36/24 43/7 47/6
**being [13]** 5/22 12/2 17/23
19/7 36/23 41/19 44/1 44/14
45/21 46/10 46/13 47/21
52/21
**believe [19]** 9/6 15/19 17/20
17/24 19/7 19/9 21/4 22/15
22/16 22/19 25/19 29/18
31/4 41/1 41/24 42/10 47/19
49/21 49/22
**believes [1]** 36/24
**belt [1]** 15/19
**bench [1]** 37/18
**benefited [1]** 28/19
**best [4]** 37/11 47/3 52/7
53/1
**better [2]** 13/20 46/6
**between [2]** 22/11 51/16
**big [1]** 27/7
**BIGGS [5]** 2/12 5/17 39/4
39/5 47/6
**bit [1]** 20/22
**BLACKMER [1]** 1/23
**blast [2]** 31/9 31/16
**board [2]** 11/25 47/12
**bond [16]** 11/21 15/7 19/14
19/15 19/21 24/21 25/3 26/5
26/11 26/18 29/21 32/4
36/15 43/6 43/11 44/17
**bonds [5]** 11/12 11/13 12/3
24/4 38/18
**both [2]** 6/24 32/11
**bottom [1]** 9/20
**Box [2]** 2/14 2/22
**Brar [1]** 2/6
**BRIAN [2]** 3/2 14/2
**brief [1]** 19/4
**briefly [1]** 19/17
**bright [1]** 47/15

**B**

**bring [6]** 24/22 32/7 32/9 49/19 49/25 50/20
**bringing [1]** 30/22
**broadcasting [1]** 7/5
**brought [1]** 24/10
**BUNIN [16]** 3/4 5/7 5/10 10/1 12/9 13/18 15/20 23/16 31/4 32/13 38/22 41/6 42/4 42/15 46/16 51/19
**burglary [2]** 19/19 19/22
**busy [1]** 49/3

**C**

**call [10]** 13/3 15/23 15/24 19/5 19/10 19/18 49/1 49/5 51/21 52/2
**calling [1]** 31/14
**calls [5]** 49/6 49/10 50/8 51/15 52/9
**came [1]** 47/20
**can't [8]** 15/25 25/4 27/25 28/1 29/13 35/12 35/22 37/24
**Capitol [1]** 2/14
**captured [1]** 34/20
**care [3]** 8/20 28/6 28/6
**carefully [1]** 41/23
**carried [2]** 24/15 34/15
**carrying [1]** 26/17
**case [17]** 8/20 8/20 9/14 9/15 11/23 12/5 19/7 19/24 38/22 44/19 46/16 47/14 49/20 49/23 50/1 50/3 50/14
**cases [5]** 18/11 19/11 40/8 40/16 42/25
**categories [3]** 44/1 45/15 45/17
**category [3]** 6/10 43/3 44/16
**caught [1]** 19/25
**certain [1]** 29/13
**certainly [2]** 35/13 42/24
**certify [1]** 52/25

**changes [1]** 46/J
**charge [2]** 11/21 42/20
**charged [5]** 42/22 43/18 44/4 47/9 48/13
**charges [9]** 10/19 11/3 11/12 11/13 23/7 23/7 40/17 44/10 48/17
**checking [1]** 20/7
**CHIEF [1]** 1/10
**children [1]** 19/8
**chiming [1]** 21/23
**Chris [1]** 19/17
**circulation [1]** 41/3
**circumstances [1]** 11/19
**CIVIL [3]** 1/5 1/14 1/23
**clarification [2]** 33/2 45/4
**clarify [1]** 34/24
**clarifying [1]** 27/2
**class [1]** 44/19
**clear [4]** 17/5 18/7 35/19 45/12
**clearly [4]** 15/7 17/20 44/3 52/12
**clerk's [1]** 26/1
**clerks [1]** 7/2
**client [3]** 31/10 43/8 46/11
**clients [1]** 29/21
**cocaine [1]** 20/1
**colleagues [2]** 14/14 29/2
**come [6]** 19/6 37/17 38/1 40/11 40/15 51/5
**coming [3]** 33/5 37/14 49/23
**comment [2]** 19/2 21/16
**comments [2]** 12/13 17/23
**commit [1]** 50/15
**committed [1]** 36/18
**communicate [2]** 45/16 48/23
**communications [2]** 7/8 32/21
**complicated [1]** 47/14
**computer [1]** 3/25
**concerns [1]** 8/13

**concluded [1]** 52/23
**conditions [2]** 10/20 43/19
**conference [4]** 1/9 1/11 4/3 25/24
**conferring [1]** 20/22
**confusion [2]** 17/18 18/4
**Congress [2]** 2/3 2/10
**connected [1]** 23/21
**Connecticut [1]** 1/14
**connection [1]** 12/20
**consensus [1]** 47/17
**consider [2]** 29/21 50/11
**consideration [1]** 25/7
**considered [2]** 24/4 46/8
**consisting [1]** 10/24
**constitutional [1]** 14/19
**contact [3]** 10/1 14/3 15/4
**continually [1]** 39/2
**continue [2]** 51/14 52/17
**continued [3]** 2/1 3/1 14/16
**contrary [2]** 21/2 24/1
**control [1]** 13/22
**conversation [2]** 16/18 20/8
**conversations [1]** 16/19
**conveyed [1]** 46/4
**convicted [5]** 7/15 9/9 43/14 47/10 48/13
**conviction [1]** 44/5
**convictions [10]** 10/19 11/3 11/10 23/5 30/11 30/24 31/1 40/16 44/10 48/17
**cooperation [1]** 37/21
**copied [7]** 10/12 31/4 31/5 31/6 32/21 39/23 40/2
**copy [1]** 30/20
**Corps [1]** 1/14
**correct [8]** 6/6 21/5 22/19 27/5 27/6 36/23 43/15 52/25
**could [12]** 7/3 7/18 7/23 9/7 10/8 31/7 31/7 43/20 43/23 46/12 47/2 48/21
**couldn't [1]** 14/18
**counsel [8]** 5/14 12/1 12/6 12/22 18/25 24/10 38/10

**C**

**counsel... [1]** 38/21
**counsel's [1]** 6/16
**COUNTY [21]** 1/6 2/2 2/3
2/9 2/20 3/5 3/7 3/8 4/17 5/5
5/8 5/15 5/21 10/22 19/25
26/2 30/24 31/9 39/13 41/6
41/21
**couple [2]** 16/12 47/2
**course [5]** 7/4 17/17 18/21
18/21 41/5
**court [60]**
**court's [6]** 17/22 19/11
20/16 20/17 21/17 26/1
**courthouse [1]** 37/17
**courtroom [3]** 21/18 29/20
29/20
**courtrooms [7]** 37/1 37/24
37/24 47/23 47/25 51/4 51/4
**courts [10]** 7/21 9/12 11/1
12/18 13/19 18/6 22/1 22/1
22/8 40/23
**COVID [1]** 49/11
**COVID-19 [1]** 49/11
**create [1]** 46/13
**created [1]** 46/11
**creation [1]** 44/22
**credit [4]** 7/15 8/11 8/17 9/8
**credits [3]** 7/19 7/22 10/5
**criminal [7]** 2/25 3/3 3/8
4/6 5/21 12/24 31/9
**crisis [1]** 50/25
**criteria [1]** 44/3
**critical [2]** 4/20 42/8
**critical-to-the-process [1]**
4/20
**curated [1]** 41/23
**current [4]** 10/19 23/7
31/25 32/11
**currently [3]** 44/4 47/9
48/12
**custody [2]** 18/9 18/10
**cut [1]** 15/9
**CV [1]** 1/5

**D**

**DA [2]** 38/22 47/4
**date [4]** 32/7 32/9 38/16
53/6
**dating [1]** 24/16
**DAVID [1]** 2/17
**day [15]** 8/19 8/19 15/8
19/12 22/7 26/17 35/4 35/5
35/21 35/24 36/6 37/18
37/18 39/1 50/9
**day's [2]** 26/13 35/8
**days [2]** 19/7 33/5
**DC [1]** 1/15
**DEA [1]** 20/1
**deal [4]** 17/11 22/2 22/13
46/1
**dealing [1]** 17/12
**decision [2]** 31/2 42/7
**decisions [1]** 9/9
**declared [1]** 36/25
**decreased [1]** 49/10
**defendant [11]** 2/2 2/5 8/8
8/15 8/18 11/23 13/13 14/5
24/9 24/10 25/1
**defendants [3]** 1/7 28/18
49/25
**defender [3]** 5/8 41/7 48/2
**defender's [4]** 3/5 5/12
45/24 46/24
**defense [12]** 10/2 11/25
12/6 12/22 12/24 13/20 14/4
14/22 15/3 38/4 38/9 45/25
**define [1]** 47/12
**delay [3]** 30/18 36/5 36/7
**denial [2]** 25/7 36/14
**denied [9]** 24/21 25/3 26/4
26/10 38/18 42/21 44/17
48/10 50/5
**depend [1]** 11/25
**describing [1]** 27/5
**designations [1]** 53/2
**designed [1]** 50/25
**detailed [1]** 21/24
**details [1]** 51/8

**detained [4]** 16/22 19/12
28/14 44/20
**detainees [6]** 10/15 10/18
22/2 22/8 28/18 38/17
**detention [6]** 11/4 16/24
23/8 23/8 40/18 43/20
**determination [7]** 11/24
28/17 30/3 34/21 36/10
38/24 40/22
**determines [1]** 43/19
**develop [1]** 42/8
**developing [1]** 51/10
**devil [1]** 51/8
**didn't [5]** 33/6 40/13 42/13
45/8 47/22
**different [4]** 9/21 12/19
30/14 49/16
**difficult [3]** 35/9 46/3 46/10
**diligently [2]** 20/7 26/7
**directed [1]** 10/13
**directly [1]** 7/16
**disagree [3]** 42/7 43/25
50/12
**disagreement [1]** 41/9
**disagreements [1]** 41/8
**disconnected [3]** 21/9 22/24
23/19
**discovery [1]** 50/19
**discussion [2]** 16/13 47/20
**discussions [1]** 32/9
**disposed [1]** 8/19
**dispositive [1]** 50/2
**dispute [1]** 11/2
**disputed [3]** 7/20 44/9
44/11
**disqualify [1]** 10/20
**disqualifying [8]** 11/3 11/10
30/11 40/17 44/3 44/9 47/8
48/17
**distribution [1]** 32/13
**district [23]** 1/1 1/1 1/10
2/16 2/18 3/7 4/16 4/24 6/14
9/11 19/21 25/25 26/1 26/3
26/23 30/21 30/21 30/24

**D**

**district... [5]**  34/24 38/10
40/22 41/22 43/11
**divided [1]**  30/14
**DIVISION [1]**  1/2
**docket [11]**  9/15 21/25 24/8
26/13 26/14 28/1 28/5 28/7
34/14 36/1 37/18
**docketed [1]**  42/25
**docketing [2]**  47/1 48/3
**dockets [3]**  22/6 35/6 46/23
**does [3]**  39/3 48/19 48/20
**doesn't [3]**  11/14 29/8 44/21
**doing [7]**  7/13 13/7 14/22
15/15 27/7 36/18 43/1
**done [13]**  18/24 23/14 36/19
36/20 36/20 36/23 37/5
37/19 40/9 40/10 40/15
42/19 45/21
**down [4]**  15/6 17/19 18/6
31/15
**Drive [1]**  1/24
**DRIVER [2]**  3/6 6/23
**duplicative [2]**  29/5 29/11
**DURFEE [7]**  2/17 4/24
6/15 6/16 6/23 34/23 47/4
**dwarfed [1]**  49/8
**DWIGHT [1]**  1/4

**E**

**e-mail [6]**  7/8 11/6 12/15
13/4 14/3 39/6
**e-mailing [1]**  31/15
**e-mails [2]**  10/12 15/4
**each [12]**  9/12 22/7 28/13
28/17 28/18 29/4 30/15
36/25 37/12 39/14 40/22
48/21
**earlier [2]**  32/22 46/22
**ease [1]**  14/16
**easily [1]**  42/21
**echo [1]**  12/12
**ED [1]**  2/5
**effect [1]**  21/17

**efficiently [1]**  18/24
**eight [1]**  10/21
**either [1]**  49/15
**elected [1]**  19/20
**eligibility [4]**  15/7 20/12
23/4 46/6
**eligible [13]**  8/24 11/11
16/17 16/21 17/21 26/16
28/14 30/11 38/18 43/6
43/10 47/9 48/12
**eliminate [1]**  32/9
**ELIZABETH [1]**  1/13
**else [5]**  6/10 32/16 40/7 42/4
43/24
**elucidate [1]**  20/21
**emergency [2]**  50/3 50/4
**encourage [2]**  14/13 14/21
**end [2]**  28/10 39/1
**engaged [1]**  50/6
**enormously [2]**  12/16 47/17
**enough [2]**  30/20 37/23
**ensure [1]**  45/21
**entire [1]**  31/16
**entities [1]**  7/3
**entitled [13]**  17/25 29/23
29/24 30/4 42/4 42/21 42/23
42/25 44/6 44/14 44/18
44/21 48/18
**envisioned [1]**  50/13
**equally [1]**  12/13
**equipped [1]**  17/9
**ERIC [2]**  2/13 5/18
**Essentially [1]**  43/1
**et [2]**  1/4 1/6
**even [5]**  18/4 18/5 28/15
40/24 51/24
**every [11]**  9/14 9/15 13/18
19/11 28/4 35/23 37/17
37/18 48/5 48/6 50/9
**everybody [6]**  31/10 39/23
41/2 42/3 42/16 43/24
**everyone [5]**  14/17 16/21
24/7 28/13 40/2
**evidence [2]**  29/24 41/14

**evidentiary [1]**  38/23
**exactly [1]**  18/16
**example [5]**  6/2 14/15 30/12
45/9 48/4
**exchange [1]**  50/20
**exchanged [1]**  48/25
**excluded [1]**  41/9
**excuse [6]**  11/19 21/7 21/9
21/9 46/17 51/18
**executive [4]**  7/21 17/19
18/6 45/6
**exigent [1]**  11/18
**expect [2]**  41/10 41/12
**expectation [1]**  35/22
**expected [1]**  8/9
**explain [3]**  11/19 12/4
25/21
**explained [1]**  28/16
**explanation [1]**  12/15
**expressed [1]**  21/19
**extraordinary [2]**  11/18
50/25

**F**

**facially [1]**  43/5
**fact [4]**  30/13 34/20 42/5
43/17
**facts [2]**  41/19 51/10
**factual [3]**  16/14 17/25 18/1
**failed [3]**  11/12 11/16 12/3
**failure [5]**  11/19 14/24
28/15 45/16 49/7
**fair [1]**  51/11
**faith [1]**  12/4
**fall [1]**  43/2
**familiar [1]**  12/8
**Fannin [1]**  2/7
**far [2]**  37/15 46/13
**fashion [3]**  40/24 50/19
51/11
**fault [1]**  12/2
**FCRR [1]**  3/10
**fear [1]**  51/25
**federal [3]**  16/22 16/23
43/17

**F**

**feeling [1]** 17/9
**felonies [2]** 23/5 23/6
**felons [2]** 7/15 9/9
**felony [14]** 9/11 10/19 11/1
 11/3 12/18 17/6 17/19 17/22
 18/4 18/10 22/16 40/22
 41/22 43/11
**few [2]** 36/5 46/2
**fifty [1]** 10/21
**fifty-eight [1]** 10/21
**figure [1]** 12/2
**file [1]** 46/1
**filed [5]** 8/14 10/4 10/5 10/6
 50/3
**filing [1]** 12/6
**fill [1]** 7/12
**filtered [1]** 17/23
**final [1]** 40/7
**financial [1]** 10/20
**find [4]** 7/10 10/1 10/2
 25/18
**finding [1]** 16/23
**fine [3]** 7/1 29/5 39/7
**finished [2]** 34/16 46/18
**first [15]** 4/6 6/23 7/15
 10/14 10/18 10/24 16/16
 17/14 23/10 26/9 26/15 32/5
 32/8 47/4 50/14
**five [2]** 21/10 22/10
**flipped [1]** 22/5
**Floor [3]** 2/3 2/10 2/18
**floors [1]** 22/7
**focus [2]** 50/18 50/19
**focused [1]** 49/15
**focusing [1]** 51/1
**FOGLER [15]** 2/6 2/6 5/1
 9/7 12/9 13/4 13/17 21/22
 22/15 28/24 39/24 40/25
 47/5 51/18 51/20
**folks [1]** 41/8
**follow [1]** 14/14
**following [4]** 4/3 26/14 46/5
 48/3

**Ford [1]** 2/6
**foregoing [1]** 52/25
**formal [18]** 21/3 22/18
 22/20 22/24 23/11 24/23
 24/23 25/5 25/9 26/18 29/9
 29/12 29/15 29/17 29/23
 30/2 40/24 41/21
**formalized [1]** 38/20
**Forty [2]** 22/10 40/15
**Forty-five [1]** 22/10
**forward [2]** 45/18 52/13
**four [3]** 11/10 12/3 26/15
**framing [1]** 16/12
**frank [1]** 12/24
**Franklin [1]** 2/18
**front [2]** 29/14 41/22
**full [1]** 50/21
**fulsome [1]** 12/15
**furnished [1]** 24/2
**further [2]** 52/19 52/21

**G**

**gather [2]** 36/25 47/24
**general [5]** 2/12 2/13 6/16
 31/12 47/6
**generated [1]** 32/8
**GEORGE [1]** 1/13
**GERVAIS [1]** 1/20
**gets [4]** 39/23 40/2 42/6
 42/16
**getting [3]** 23/12 44/13 50/7
**give [3]** 8/24 20/14 23/25
**given [8]** 11/12 11/13 15/8
 20/4 24/4 40/21 41/25 48/15
**glad [1]** 23/2
**goals [1]** 7/13
**Godfrey [2]** 1/17 1/20
**going [18]** 6/1 8/16 10/11
 13/12 15/8 19/5 25/18 25/18
 26/14 34/10 34/18 35/20
 35/21 35/23 40/20 41/8
 46/21 46/23
**gone [2]** 24/3 24/19
**GONZALEZ [1]** 2/5
**good [17]** 4/23 5/6 5/17 5/19

 6/9 6/13 7/15 7/22 8/11 9/8
 10/5 12/4 14/14 38/12 39/9
 45/18 47/15
**good-time [2]** 9/8 10/5
**Google [1]** 15/23
**got [6]** 11/6 13/6 25/25 35/6
 51/2 51/3
**gotten [1]** 20/3
**governor [1]** 49/11
**governor's [1]** 8/10
**grant [3]** 11/20 30/5 30/7
**granted [3]** 8/17 24/11
 34/14
**granting [1]** 30/7
**Gray [1]** 2/6
**great [8]** 22/13 25/18 27/17
 27/23 29/15 32/7 40/1 40/3
**greatest [1]** 44/12
**Greenbriar [1]** 2/22
**GRINSTEIN [2]** 1/17 6/11
**group [8]** 9/19 21/25 22/1
 22/2 22/5 41/24 49/3 51/14
**guess [1]** 43/4
**guy [1]** 14/23
**guys [2]** 10/5 12/25

**H**

**handle [1]** 47/3
**handles [1]** 9/15
**handling [1]** 12/19
**happen [3]** 7/23 33/7 42/13
**happened [2]** 18/14 36/13
**happening [1]** 42/13
**happy [7]** 14/3 15/2 15/22
 39/16 49/5 50/8 52/4
**HARRIS [21]** 1/6 2/2 2/3
 2/9 2/20 3/5 3/7 3/8 4/17 5/5
 5/8 5/15 5/21 10/22 19/25
 26/2 30/24 31/8 39/13 41/6
 41/21
**hasn't [2]** 36/19 47/21
**hate [1]** 13/6
**have [125]**
**haven't [8]** 8/21 8/24 14/23
 18/6 19/16 20/10 20/11

# H

**haven't... [1]** 46/25
**having [9]** 4/6 15/13 15/14
17/22 23/4 32/8 49/6 49/9
52/1
**HCCLA [2]** 12/25 31/17
**he [15]** 8/9 8/16 11/6 11/7
11/7 14/24 15/12 19/18
19/23 19/24 20/1 30/20
36/24 39/15 49/13
**he's [2]** 19/18 49/12
**hear [5]** 4/9 14/24 23/22
40/13 51/23
**heard [5]** 17/22 21/17 24/1
33/6 46/21
**hearing [39]** 11/17 12/1
12/4 18/9 19/14 20/16 24/8
24/9 24/11 24/21 24/24 25/6
25/9 26/6 26/18 26/23 28/17
29/9 29/13 29/23 30/3 33/3
33/9 34/13 36/10 37/20
38/19 38/20 41/13 41/22
42/4 42/21 42/23 42/24 43/5
44/6 44/18 48/10 48/18
**hearings [36]** 11/16 17/25
18/11 18/14 18/23 19/19
20/5 20/8 20/11 20/18 20/19
20/23 21/3 21/19 21/21
21/25 22/18 22/20 22/25
23/12 23/14 33/4 33/7 33/17
33/19 34/22 34/25 35/3
35/20 35/23 37/25 38/23
38/24 40/22 44/22 48/9
**Heather [2]** 3/10 53/7
**held [2]** 4/3 38/23
**help [11]** 13/20 14/14 15/21
16/3 16/13 17/2 29/1 31/15
45/25 48/19 52/22
**helpful [14]** 10/9 10/12 11/6
12/16 30/21 31/3 38/12 40/5
46/12 47/2 47/18 48/4 52/5
52/6
**helps [2]** 13/21 51/21
**her [1]** 39/21

**HERB [2]** 2/25 4/15
**here [10]** 4/24 5/22 6/8 6/16
12/14 37/19 41/20 41/24
43/4 44/23
**herself [1]** 48/7
**Hey [1]** 13/6
**Hi [1]** 45/24
**HIDALGO [2]** 2/20 5/15
**him [5]** 13/4 15/14 36/24
48/7 48/24
**his [7]** 11/7 11/15 12/15
15/14 15/20 28/21 32/13
**histories [1]** 42/22
**history [1]** 45/3
**hit [1]** 26/16
**hold [2]** 37/4 43/5
**holdover [1]** 24/9
**holds [6]** 11/4 11/9 23/8
23/8 40/18 48/13
**home [1]** 19/7
**homes [2]** 37/1 47/25
**Honor [39]** 5/1 5/4 5/7 5/17
6/3 6/6 6/11 6/17 6/20 6/22
8/2 12/10 12/12 16/8 16/11
17/4 20/15 20/21 21/15
23/20 28/23 32/17 32/20
33/15 34/17 34/23 35/8
36/11 39/4 39/6 39/12 39/17
40/12 40/25 41/15 41/19
43/9 49/4 51/20
**HONORABLE [1]** 1/9
**hope [5]** 13/21 31/25 39/1
52/12 52/17
**hopeful [1]** 45/18
**hopefully [1]** 41/2
**hours [1]** 26/6
**HOUSTON [8]** 1/2 1/18 2/4
2/7 2/10 2/19 2/23 3/11
**however [1]** 20/7
**HUDSON [2]** 2/13 5/18
**hundred [2]** 10/21 36/17

# I

**I'd [4]** 7/9 11/17 35/9 36/20
**I'll [7]** 4/9 15/1 15/23 25/21

31/1 49/20 52/6
**I'm [31]** 4/15 4/24 5/11 5/20
6/17 6/22 8/7 10/16 13/3
20/3 23/2 23/20 27/16 29/13
31/11 31/24 32/23 32/23
32/24 34/3 34/5 34/6 34/8
34/9 36/23 37/11 38/7 39/18
40/12 46/18 48/5
**I've [7]** 20/3 20/3 20/4 20/7
20/10 24/3 24/19
**ICE [1]** 23/8
**idea [1]** 34/25
**identified [3]** 7/18 23/4
23/10
**identify [2]** 4/8 26/4
**identifying [1]** 38/17
**immediate [1]** 19/14
**immediately [5]** 8/18 25/25
26/12 26/17 27/20
**implement [1]** 51/16
**important [4]** 16/15 41/18
48/23 51/12
**improved [1]** 28/20
**include [2]** 13/17 41/3
**included [4]** 39/6 39/12
41/1 46/24
**including [3]** 16/18 18/10
38/21
**inconsistent [2]** 9/21 50/24
**increased [1]** 49/10
**incredibly [1]** 48/23
**incremental [1]** 49/7
**indeed [1]** 12/17
**indicated [1]** 35/6
**indigency [1]** 44/21
**indigent [1]** 44/17
**indiscernible [11]** 10/7
15/10 17/10 17/13 34/2
40/10 42/3 42/20 45/14
50/18 53/2
**individual [6]** 13/19 15/15
16/7 19/23 27/23 48/1
**individualized [13]** 11/15
11/24 12/4 18/23 23/12

# I

**individualized... [8]** 28/16 30/3 34/21 36/9 38/23 40/21 41/13 47/23

**individually [2]** 9/13 9/15

**individuals [6]** 11/16 19/16 23/15 43/10 44/13 44/13

**inform [3]** 18/13 30/25 48/2

**informal [7]** 24/23 24/24 25/7 29/15 29/19 38/19 48/10

**informally [2]** 41/24 44/1

**information [16]** 9/8 14/21 20/2 20/4 20/14 21/2 23/25 24/1 30/23 45/19 46/3 46/8 46/25 47/25 48/25 50/20

**informative [1]** 7/9

**informed [3]** 31/2 46/2 46/20

**informing [1]** 9/5

**initiative [1]** 50/15

**inmates [6]** 7/17 9/11 9/18 22/8 22/21 23/1

**innocent [1]** 43/12

**input [1]** 47/5

**inquire [1]** 28/12

**inquiry [3]** 9/2 11/15 11/24

**intend [1]** 49/19

**intended [1]** 50/19

**intending [1]** 6/14

**intent [1]** 6/3

**interested [13]** 2/12 2/16 2/20 4/7 4/16 4/19 4/20 5/25 5/25 7/11 11/17 45/20 47/7

**interesting [2]** 7/9 18/22

**interference [1]** 53/3

**interim [1]** 50/24

**interns [1]** 7/2

**interpretations [1]** 47/16

**interrupted [1]** 21/12

**intervenors [3]** 5/18 39/5 49/24

**intervention [1]** 45/20

**invited [1]** 38/9

**involuntary [1]** 8/15

**involved [2]** 9/18 18/25

**involving [1]** 40/17

**issue [11]** 7/14 7/25 8/8 8/8 9/14 10/11 12/1 12/5 17/11 37/23 46/12

**issues [10]** 6/24 7/12 46/2 49/16 50/2 50/8 50/21 51/6 51/7 51/12

**its [3]** 18/9 21/19 50/5

# J

**jail [9]** 7/16 10/15 10/16 10/22 23/1 32/4 41/21 49/10 49/12

**JIMENEZ [3]** 2/9 39/18 39/22

**JOSEPH [2]** 1/17 6/11

**judge [67]**

**Judge Rosenthal [2]** 13/23 44/25

**judge's [3]** 16/2 28/1 40/22

**judges [35]** 4/17 9/12 9/21 10/14 12/2 15/6 15/15 17/6 17/19 17/20 17/22 18/4 19/6 20/5 20/10 20/22 22/16 26/23 28/18 28/20 29/21 30/20 31/16 36/19 36/25 37/16 37/17 38/15 42/6 47/21 48/1 49/19 49/21 49/23 51/3

**JUNE [7]** 1/10 7/15 11/1 11/7 18/10 33/3 53/6

**June 10th [1]** 11/7

**June 4th [2]** 11/1 33/3

**jurisprudential [1]** 51/2

**just [26]** 4/10 7/9 10/11 12/12 12/23 12/23 13/3 15/11 17/16 20/13 20/21 21/12 25/1 25/3 29/7 31/9 33/2 33/6 33/15 34/23 35/17 35/19 41/7 45/5 46/19 47/1

# K

**KARAKATSANIS [15]** 1/13 4/14 16/12 16/25 18/18 20/4 21/5 21/13 21/16 22/19 31/5 32/15 32/18 36/21 43/8

**Karakatsanis's [1]** 38/14

**KASE [3]** 2/21 2/21 5/14

**KATHRYN [3]** 2/21 2/21 5/14

**keep [4]** 39/15 46/1 46/20 52/18

**key [1]** 41/19

**kilo [1]** 19/24

**kilos [1]** 20/1

**KIM [3]** 2/16 3/6 4/24

**kind [4]** 12/14 30/20 44/17 50/13

**kinds [1]** 47/16

**know [27]** 4/10 8/1 9/22 11/5 11/5 12/25 13/9 13/10 13/11 13/12 15/23 15/25 15/25 17/2 20/2 20/7 20/12 21/10 27/17 32/14 34/24 36/2 38/12 46/2 47/2 48/22 50/23

**Knowing [1]** 19/4

**knowledge [1]** 37/12

**knowledgeable [1]** 6/24

**known [2]** 30/23 46/13

**knows [1]** 42/24

# L

**lack [1]** 37/24

**lag [1]** 40/13

**laid [1]** 52/12

**large [2]** 16/3 21/18

**largely [1]** 11/25

**last [11]** 9/10 17/23 18/9 18/11 19/9 20/15 21/10 21/17 37/6 42/13 43/22

**latest [1]** 9/9

**law [7]** 2/21 7/2 16/22 16/22 16/23 51/10 51/12

**lawsuit [1]** 49/17

**lawyer [2]** 10/4 14/4

**lawyers [15]** 3/8 5/21 12/25 13/5 13/7 13/12 13/21 14/23

# L

**lawyers... [7]** 16/7 31/9
32/13 38/4 48/8 51/5 51/9
**lazy [1]** 13/7
**learning [1]** 42/13
**least [4]** 18/12 20/8 35/9
36/23
**leave [1]** 14/25
**led [1]** 25/19
**LEE [1]** 1/9
**legal [3]** 5/14 16/13 16/16
**lengthy [1]** 35/2
**less [2]** 15/2 51/24
**let [2]** 7/14 51/22
**let's [2]** 19/2 23/2
**level [1]** 38/19
**lifted [1]** 50/17
**like [15]** 7/9 9/25 11/5 14/24
26/5 26/10 27/4 28/12 36/20
37/14 39/10 39/12 48/4 48/6
49/5
**likely [5]** 41/25 42/10 42/18
44/2 44/8
**limit [3]** 16/6 16/9 45/6
**limited [2]** 8/6 44/20
**LINA [2]** 2/20 5/15
**line [2]** 4/10 9/20
**lines [1]** 47/15
**link [1]** 52/14
**list [62]**
**listed [1]** 38/21
**listened [1]** 8/12
**lists [13]** 10/13 12/20 14/5
17/24 18/12 21/6 22/21 23/3
37/13 38/16 38/16 46/10
46/14
**litigate [1]** 35/23
**litigation [1]** 50/10
**LLP [3]** 1/17 1/20 2/6
**located [1]** 22/3
**location [3]** 22/3 22/4 22/10
**logistically [1]** 46/21
**long [7]** 24/17 36/9 37/22
37/22 37/23 38/1 50/14

**look [4]** 13/14 29/4 31/10
52/13
**looks [1]** 14/23
**loosely [1]** 23/5
**Los [1]** 1/21
**lose [1]** 19/7
**lost [1]** 41/19
**lot [3]** 15/13 15/13 51/3
**Louisiana [1]** 1/18
**LYNN [2]** 2/2 2/9

# M

**ma'am [7]** 4/22 8/4 9/6
14/11 23/22 27/3 45/10
**made [10]** 7/8 12/13 15/1
19/1 21/16 22/6 25/12 32/4
47/24 51/24
**magistrate [1]** 26/5
**magistration [3]** 36/15
38/19 48/10
**mail [6]** 7/8 11/6 12/15 13/4
14/3 39/6
**mailing [1]** 31/15
**mails [2]** 10/12 15/4
**mainly [1]** 8/15
**majority [1]** 29/15
**make [18]** 11/20 11/23
12/22 13/10 16/12 17/5
17/25 18/7 31/1 31/7 32/6
32/10 34/18 34/19 39/23
39/25 46/13 51/11
**makes [1]** 30/15
**man [2]** 40/1 40/3
**manageable [2]** 15/8 30/15
**MANNE [8]** 1/16 4/12 31/5
32/15 32/18 43/7 49/4 50/12
**many [5]** 9/22 35/14 36/3
37/15 43/17
**MARK [3]** 3/8 5/20 14/9
**materials [1]** 7/10
**matter [3]** 11/14 29/8 53/1
**may [46]** 8/22 10/16 11/2
11/18 11/18 12/23 15/13
16/12 16/13 16/22 18/19
19/21 22/23 24/17 24/17

25/6 25/20 27/2 27/19 28/12
29/4 30/9 30/23 35/8 35/14
35/15 35/25 36/3 36/4 36/5
36/11 37/16 37/16 39/5 39/5
41/16 42/21 42/23 42/24
44/25 45/3 45/22 46/11
46/16 48/16 51/25
**maybe [3]** 30/22 44/9 45/7
**mean [5]** 15/9 30/3 31/11
33/3 44/21
**meaningful [2]** 50/7 52/12
**means [1]** 45/4
**measures [1]** 50/25
**mechanical [1]** 3/24
**mechanics [1]** 18/16
**mechanism [2]** 20/23 22/18
**media [1]** 7/3
**meet [1]** 18/17
**meeting [1]** 46/22
**MELISSA [2]** 2/2 5/4
**members [1]** 46/20
**membership [1]** 31/12
**mention [1]** 46/22
**mentioned [1]** 40/13
**message [1]** 15/24
**met [2]** 19/16 20/11
**methods [2]** 12/19 12/19
**MICHAEL [1]** 1/20
**might [3]** 15/12 41/13 49/2
**mind [3]** 15/4 31/8 31/16
**minor [1]** 49/7
**minute [1]** 22/10
**minutes [2]** 21/10 22/11
**miss [1]** 21/14
**missed [1]** 21/10
**misunderstood [1]** 45/7
**MITCHAM [2]** 2/17 6/23
**model [1]** 14/13
**moment [2]** 12/13 17/16
**Monday [1]** 22/11
**Mondays [1]** 22/4
**months [3]** 49/6 49/9 50/4
**Montopolis [1]** 1/24
**more [22]** 12/8 14/3 14/13

**M**

**more... [19]** 14/21 15/1 15/22 18/8 18/10 20/14 24/3 27/19 30/15 35/11 35/12 35/12 35/15 36/3 36/6 46/1 48/21 51/16 51/23

**Morton [5]** 19/17 19/24 20/9 20/12 20/13

**most [10]** 13/1 17/6 29/15 29/18 29/18 38/3 41/25 42/10 42/18 52/17

**motion [7]** 8/14 8/18 9/17 10/4 12/22 50/3 50/5

**motions [4]** 12/6 46/1 50/2 50/11

**move [1]** 50/10

**MR [16]** 1/13 1/16 1/17 1/20 1/23 2/6 2/12 2/13 2/17 2/17 3/4 3/6 3/8 12/9 20/12 51/18

**Mr. [59]**

**Mr. Banks [2]** 40/8 41/8

**Mr. Biggs [1]** 47/6

**Mr. Bunin [13]** 5/10 10/1 12/9 13/18 15/20 23/16 31/4 32/13 38/22 42/4 42/15 46/16 51/19

**Mr. Driver [1]** 6/23

**Mr. Durfee [3]** 6/15 6/16 47/4

**Mr. Fogler [9]** 9/7 12/9 13/4 13/17 21/22 28/24 39/24 47/5 51/18

**Mr. Karakatsanis [12]** 16/25 18/18 20/4 21/5 21/13 21/16 22/19 31/5 32/15 32/18 36/21 43/8

**Mr. Karakatsanis's [1]** 38/14

**Mr. Manne [5]** 31/5 32/15 32/18 43/7 50/12

**Mr. Mitcham [1]** 6/23

**Mr. Steffensen [1]** 6/5

**Mr. Thiessen [10]** 10/2 13/18 13/19 15/11 15/20 23/16 31/4 31/18 32/12 38/22

**MS [6]** 1/13 2/2 2/9 2/21 3/4 3/6

**Ms. [7]** 6/2 31/5 32/15 39/18 39/18 39/22 48/19

**Ms. Jimenez [2]** 39/18 39/22

**Ms. Rossi [3]** 6/2 31/5 32/15

**Ms. Spinks [1]** 39/18

**Ms. Wood [1]** 48/19

**much [5]** 5/16 6/18 13/19 51/2 52/17

**multi [1]** 46/22

**multi-agency [1]** 46/22

**multiple [4]** 10/7 15/10 34/2 34/3

**MURRAY [5]** 2/6 5/1 22/15 40/25 51/20

**mute [2]** 7/3 23/20

**my [37]** 6/3 6/16 8/6 8/7 8/11 8/23 10/11 11/17 14/5 15/1 15/2 17/14 18/15 18/15 19/11 20/2 20/8 23/25 24/8 25/11 25/11 26/16 27/1 27/18 27/25 28/5 28/7 30/6 31/14 34/14 37/9 37/12 45/16 49/6 51/13 52/6 53/2

**myself [2]** 31/14 37/17

**N**

**name [2]** 5/10 31/10

**names [3]** 9/12 10/25 29/4

**NEAL [3]** 1/16 4/12 49/4

**necessary [5]** 6/25 16/24 25/6 47/22 50/20

**necessity [1]** 9/17

**need [16]** 10/22 11/15 12/1 12/6 29/11 35/2 35/11 35/12 35/15 36/3 36/5 36/22 37/2 39/14 41/12 41/13

**needed [2]** 26/3 38/24

**needs [2]** 46/3 51/11

**negotiations [1]** 50/15

**never [1]** 46/7

**new [31]** 1/21 8/14 8/18 19/6 19/11 20/6 20/24 21/4 22/18 23/13 27/5 28/14 28/19 28/20 28/21 30/8 33/11 33/12 33/17 33/21 34/6 34/7 37/5 37/13 37/14 39/1 43/2 44/1 48/16 48/18 51/16

**newly [1]** 22/25

**next [8]** 17/14 18/15 18/15 26/13 26/17 49/1 49/20 52/13

**nine [1]** 26/22

**no [26]** 1/5 10/18 11/2 16/22 23/5 23/6 23/7 23/7 23/17 23/18 33/7 35/21 36/9 39/8 39/20 40/16 40/18 42/1 42/3 43/23 45/5 45/8 45/16 50/19 51/22 52/20

**No. [1]** 43/22

**No. 1 [1]** 43/22

**nobody [1]** 32/11

**non [1]** 12/19

**non-methods [1]** 12/19

**none [2]** 43/13 44/11

**nonetheless [1]** 12/5

**nonparties [3]** 4/7 5/25 7/12

**nonparties' [1]** 47/7

**nonparty [5]** 4/16 4/19 4/20 5/7 5/14

**not [81]**

**nothing [1]** 52/21

**notice [5]** 35/1 35/7 35/8 35/21 38/20

**notices [1]** 48/3

**notified [1]** 8/23

**now [22]** 8/16 10/13 12/3 17/1 20/24 25/22 26/25 27/16 30/8 32/23 32/23 32/24 33/9 33/11 37/7 40/7 41/21 41/23 44/18 44/18 50/17 51/1

## N

**number [10]**  15/8 15/24 30/10 32/20 35/20 37/25 37/25 40/13 41/20 51/4
**numbers [4]**  25/16 25/17 25/18 30/13
**NW [1]**  1/14

## O

**O'Neil [1]**  2/6
**o0o [1]**  52/24
**object [4]**  35/16 35/18 52/1 52/3
**objecting [1]**  31/24
**objection [4]**  31/13 31/19 33/1 39/7
**objects [1]**  32/11
**obviously [4]**  16/5 22/9 22/13 38/22
**occasion [1]**  24/3
**occurred [3]**  20/20 20/25 21/22
**occurring [1]**  23/2
**off [1]**  15/9
**offense [1]**  44/4
**offenses [8]**  18/5 40/18 43/18 46/9 47/9 47/9 47/10 48/12
**office [15]**  2/3 2/9 2/13 3/5 3/7 5/12 24/2 26/1 26/2 30/25 31/14 32/13 37/20 45/25 46/24
**official [2]**  3/10 46/7
**often [2]**  18/24 50/9
**OGG [4]**  2/16 3/6 4/24 6/14
**Oh [1]**  46/19
**one [33]**  7/14 10/14 11/14 12/5 14/5 16/13 16/22 19/19 21/3 21/4 22/25 22/25 23/18 24/3 24/13 24/20 26/9 26/16 27/2 28/4 29/4 29/17 31/25 32/20 33/20 35/8 35/23 37/25 41/20 44/3 47/20 50/9 51/22

**onerous [1]**  34/10
**ones [7]**  23/3 29/13 38/17 40/19 42/18 49/20 49/25
**only [10]**  4/18 12/14 15/17 17/24 19/20 21/3 30/23 33/11 40/6 47/24
**Open [1]**  37/1
**opportunity [6]**  11/22 30/2 30/4 30/5 35/3 45/20
**opposed [2]**  15/14 42/9
**order [5]**  8/10 17/19 18/6 45/6 50/22
**orders [2]**  7/21 47/16
**other [21]**  7/12 7/21 9/17 11/4 11/9 12/17 13/8 17/22 19/6 20/10 23/7 23/8 23/8 36/19 36/25 37/17 40/18 42/23 43/19 46/19 48/13
**others [9]**  4/9 5/24 9/19 12/8 14/21 23/16 28/6 44/21 47/24
**ought [1]**  42/18
**our [15]**  6/23 6/24 7/13 7/16 9/15 17/5 17/6 18/13 25/24 30/22 33/3 43/21 46/20 49/16 50/5
**out [19]**  7/10 10/1 10/3 12/2 13/3 13/5 13/18 15/2 17/1 24/10 29/20 31/1 31/16 32/4 41/7 46/8 51/3 52/12 52/15
**outlined [1]**  43/22
**outreach [1]**  14/25
**outstanding [1]**  40/15
**over [10]**  7/8 7/10 7/11 7/20 16/6 24/15 26/7 34/15 43/23 52/13
**overcrowding [1]**  14/16
**own [1]**  15/14

## P

**p.m [2]**  1/6 52/23
**P.O [2]**  2/14 2/22
**pandemic [1]**  51/6
**part [5]**  9/19 11/23 11/23 47/21 49/12

**participate [2]**  50/8 52/4
**participating [1]**  19/5
**participation [1]**  52/16
**particular [3]**  9/18 14/4 25/1
**particularly [1]**  45/19
**parties [12]**  1/11 4/7 5/25 7/11 16/18 18/4 38/21 45/20 47/15 48/8 49/1 50/18
**parties' [2]**  47/7 50/15
**party [6]**  2/12 2/16 2/20 4/21 31/21 31/22
**pass [1]**  51/23
**past [3]**  7/8 29/18 36/14
**people [38]**  7/18 7/23 8/22 11/1 11/7 15/3 15/20 16/1 17/24 18/8 18/10 18/12 19/18 19/21 20/16 20/18 21/20 23/9 24/4 24/16 26/4 27/10 28/4 31/15 32/3 33/5 34/3 34/14 36/17 37/6 41/20 41/23 42/5 42/9 43/14 43/18 44/8 51/3
**per [1]**  20/8
**perfect [1]**  13/22
**perhaps [5]**  10/21 20/21 46/9 49/1 51/5
**period [1]**  35/2
**permit [2]**  18/24 50/17
**person [2]**  6/24 19/24
**personal [2]**  19/15 36/15
**personally [2]**  13/2 13/3
**perspective [1]**  43/21
**PETER [1]**  1/23
**phone [4]**  6/1 19/17 41/25 49/1
**place [7]**  20/8 22/18 25/22 27/13 32/5 50/22 52/14
**placed [2]**  24/7 28/4
**places [1]**  47/2
**plaintiff [1]**  44/19
**plaintiff's [1]**  38/21
**plaintiffs [10]**  1/4 1/12 4/12 4/14 6/8 6/12 12/11 49/5

# P

**plaintiffs... [2]** 49/22 52/3
**planning [1]** 50/10
**plea [1]** 8/15
**pleaded [6]** 8/8 8/19 24/14
28/5 32/3 32/10
**please [13]** 4/11 6/7 7/3
10/1 14/1 17/15 25/23 39/5
39/6 41/4 45/1 46/17 48/5
**plenty [2]** 35/4 36/2
**plus [1]** 47/23
**point [14]** 13/22 16/14
16/16 17/7 17/14 18/1 18/7
18/8 26/24 29/13 41/7 42/14
47/1 47/19
**points [2]** 16/13 16/14
**policies [1]** 47/1
**policy [1]** 46/13
**pop [1]** 20/6
**population [1]** 49/10
**position [3]** 13/20 43/7
50/11
**possible [1]** 42/19
**posting [1]** 32/12
**potentially [4]** 11/11 28/14
38/18 48/11
**PR [14]** 11/12 11/13 11/20
12/3 15/7 19/21 23/6 24/21
25/3 26/4 26/11 38/18 43/6
43/10
**practical [5]** 38/25 51/1
51/2 51/7 51/7
**practicalities [1]** 17/1
**practicality [1]** 52/16
**practices [1]** 14/12
**practicing [1]** 5/9
**praised [1]** 14/13
**precluded [1]** 53/3
**predicate [1]** 8/25
**predicated [1]** 45/11
**preliminary [1]** 16/12
**prepare [1]** 35/3
**prepared [1]** 43/24
**presence [1]** 52/16

**present [14]** 2/24 3/2 4/10
6/1 6/17 7/2 11/3 11/21
19/10 38/17 41/2 44/10
44/10 48/17
**presented [2]** 37/13 51/12
**presentence [1]** 40/9
**president [1]** 5/20
**presumptively [4]** 11/8
19/13 36/8 43/12
**pretrial [6]** 18/11 22/2 22/8
26/1 30/23 40/9
**pretty [1]** 47/15
**previous [2]** 16/18 25/6
**previously [10]** 11/11 11/13
11/16 12/3 22/21 23/9 24/7
24/19 47/10 48/13
**prior [24]** 10/19 11/3 11/9
11/12 11/19 14/24 18/5 23/5
24/21 28/15 28/21 30/11
38/15 40/16 41/16 42/1
44/10 44/10 44/16 46/11
47/12 47/13 48/13 48/17
**prioritization [1]** 46/6
**prioritized [1]** 48/11
**priority [2]** 44/12 48/15
**private [2]** 10/2 48/2
**proactive [1]** 12/21
**proactively [1]** 13/20
**probably [2]** 41/7 49/20
**problem [4]** 38/6 45/16
49/8 50/4
**problems [1]** 49/15
**procedure [8]** 20/23 27/13
28/20 28/21 43/1 43/21
43/23 44/1
**procedures [4]** 46/21 47/19
48/2 51/17
**proceed [1]** 50/1
**proceeding [1]** 50/13
**proceedings [7]** 3/24 4/1
4/3 7/5 35/9 52/23 53/1
**process [14]** 4/20 12/8 17/2
20/24 25/22 26/20 27/4 40/6
44/22 49/7 49/14 49/22 50/6

**51/10**
**produced [1]** 3/25
**program [3]** 26/9 26/10
26/11
**progress [2]** 51/24 52/12
**prohibit [1]** 7/4
**prohibited [1]** 8/10
**project [2]** 1/23 26/4
**prompt [3]** 34/20 40/21
45/20
**promptly [10]** 10/9 25/14
28/16 30/7 30/8 32/14 36/1
37/25 38/20 38/23
**prone [1]** 40/17
**pronunciation [1]** 5/9
**proposal [4]** 16/2 18/22
21/24 22/17
**prosecution [1]** 14/3
**prosecutors [1]** 38/4
**prospect [1]** 44/13
**protection [1]** 14/19
**protocol [1]** 21/20
**provided [5]** 10/14 12/14
34/20 38/16 38/25
**prudent [1]** 36/6
**PSAs [2]** 40/10 40/15
**public [10]** 3/5 5/8 5/11
13/15 41/7 43/20 45/24
46/24 47/25 48/2
**pulled [2]** 26/16 26/22
**pun [1]** 50/19
**purpose [2]** 37/1 47/11
**pursuant [1]** 21/19
**put [11]** 13/19 22/17 25/22
26/8 31/8 31/9 41/13 46/8
48/1 49/20 50/22
**putting [1]** 28/12

# Q

**qualify [1]** 18/5
**qualifying [1]** 47/8
**question [16]** 7/17 7/22
8/22 18/15 18/16 23/15
25/11 25/11 27/1 27/2 30/6
38/15 43/4 46/5 47/4 51/13

**Q**

**quickly [6]**  9/16 25/12
28/20 38/25 42/19 50/1
**quite [3]**  25/18 34/10 47/13
**quote [2]**  34/9 43/10

**R**

**raise [3]**  7/12 8/21 12/1
**raised [4]**  7/14 7/17 7/22
8/8
**range [1]**  12/18
**Rarely [1]**  29/17
**rather [3]**  20/13 26/17 36/5
**reach [2]**  13/3 13/5
**reached [2]**  24/14 34/15
**reactions [1]**  11/17
**reading [1]**  7/9
**ready [3]**  4/5 22/11 35/23
**really [2]**  46/8 46/20
**reason [3]**  15/17 27/19
37/24
**reasonable [1]**  35/1
**reasonably [1]**  43/20
**reasons [3]**  30/17 35/18
42/23
**recall [1]**  47/14
**receive [1]**  12/20
**received [4]**  7/7 36/22 41/21
46/25
**recent [4]**  44/5 45/3 45/4
45/5
**recirculate [1]**  28/13
**recognizance [1]**  19/15
**recognize [1]**  16/6
**record [5]**  13/15 24/10 25/9
50/21 53/1
**recorded [1]**  3/24
**recording [1]**  7/5
**records [2]**  37/1 41/17
**reduction [1]**  51/4
**referenced [1]**  32/22
**referred [1]**  22/21
**referring [2]**  20/19 22/17
**refreshed [1]**  41/2

**rejoined [1]**  21/23
**relatively [2]**  30/9 30/13
**release [14]**  9/18 10/4 10/20
10/21 15/7 16/17 16/21
17/21 19/21 20/1 23/6 41/25
43/6 43/10
**released [20]**  7/18 7/24 8/9
8/17 9/23 10/3 11/9 14/15
14/16 14/23 19/19 19/23
23/4 30/10 32/10 42/10
42/18 43/18 44/2 44/8
**relief [5]**  24/11 34/14 44/14
44/14 49/24
**remember [4]**  8/16 9/6
24/25 25/1
**remotely [1]**  37/16
**removes [2]**  30/17 30/17
**repeat [2]**  24/6
**report [2]**  10/9 40/8
**reporter [4]**  3/9 3/10 25/9
53/7
**reporting [1]**  21/21
**reports [1]**  7/7
**representing [4]**  4/7 5/25
13/12 14/4
**request [3]**  36/15 39/15
40/24
**requests [1]**  47/13
**require [2]**  38/13 51/7
**requirement [1]**  20/12
**requiring [1]**  11/4
**requisite [1]**  8/24
**resides [1]**  51/8
**resolution [1]**  50/7
**resource [1]**  6/25
**respect [1]**  21/5
**respond [3]**  18/19 38/14
50/25
**responded [1]**  9/16
**response [5]**  23/17 39/8
39/20 47/13 52/20
**restart [1]**  50/10
**result [1]**  9/20
**resume [1]**  50/18

**review [1]**  28/5
**reviewed [2]**  28/5 32/2
**reviewing [1]**  37/12
**right [45]**  4/5 6/4 6/21 7/7
9/1 9/25 10/8 10/11 13/14
13/16 18/2 18/18 23/24 25/2
25/8 25/8 25/23 27/9 27/16
27/21 29/1 29/6 29/10 29/10
29/16 30/16 30/19 33/10
33/10 33/24 34/1 39/14 40/7
41/21 42/2 42/11 44/6 44/23
45/13 48/6 49/12 49/13
50/16 51/25 52/11
**rights [3]**  1/14 1/23 14/20
**risk [1]**  14/16
**RITCHIE [19]**  2/25 4/15
4/18 8/3 21/12 23/15 27/1
28/21 29/1 34/6 35/5 36/18
36/22 37/2 37/8 48/5 48/22
51/18 52/5
**Ritchie's [1]**  14/14
**RMR [1]**  3/10
**road [2]**  18/17 51/13
**role [2]**  4/8 14/13
**roll [1]**  22/11
**rolling [1]**  22/13
**ROSENTHAL [5]**  1/9
13/23 13/23 18/19 44/25
**ROSSI [4]**  1/13 6/2 31/5
32/15
**rubber [1]**  18/17
**rule [3]**  8/25 11/25 50/21
**ruled [1]**  7/21
**rules [2]**  7/4 7/6
**ruling [1]**  51/11
**Rusk [1]**  3/11
**RUSSELL [1]**  1/4

**S**

**safe [1]**  52/18
**safety [1]**  43/20
**said [8]**  22/24 24/21 27/25
36/14 39/25 40/3 40/8 45/3
**salutary [1]**  51/21
**same [9]**  7/5 32/2 35/21

**same...** [6]  43/12 43/23 49/1 51/9 52/14 52/14
**SARAH** [3]  3/4 5/11 45/24
**satisfied** [1]  51/22
**saw** [2]  12/15 50/4
**say** [5]  30/2 30/9 35/15 37/10 37/14
**saying** [3]  27/22 37/11 42/5
**says** [4]  11/7 19/20 25/1 25/3
**schedule** [1]  50/22
**scheduled** [4]  18/23 22/7 35/1 35/20
**scope** [1]  49/8
**SCOTT** [4]  2/17 4/23 6/22 34/23
**scrutiny** [1]  19/14
**second** [11]  10/11 10/24 18/8 23/11 43/2 44/7 44/7 44/12 47/19 48/15 49/18
**secondhand** [1]  21/1
**secondly** [1]  33/1
**see** [6]  6/14 19/12 31/10 49/14 50/6 50/24
**seeing** [1]  52/13
**seek** [3]  13/20 44/15 49/24
**seeking** [2]  10/4 12/4
**seem** [2]  11/22 37/15
**seems** [1]  36/6
**seen** [2]  15/13 29/5
**send** [10]  12/25 14/3 29/3 29/7 32/11 32/12 32/12 32/14 39/14 40/20
**sending** [2]  15/4 31/16
**sends** [2]  9/4 30/20
**sense** [2]  11/17 44/9
**sent** [4]  9/12 11/1 13/18 52/14
**separately** [2]  9/12 9/16
**serious** [1]  43/18
**served** [1]  8/19
**services** [3]  26/2 26/2 30/23
**sessions** [2]  22/10 22/11

**set** [17]  18/12 18/25 20/18 20/20 20/24 21/19 21/22 25/12 26/22 28/16 33/5 35/5 36/1 36/8 36/16 38/20 48/9
**setting** [3]  36/16 37/12 48/4
**settings** [1]  36/2
**seven** [1]  12/24
**several** [6]  7/7 7/8 7/21 11/11 17/18 36/17
**sexual** [4]  23/7 40/17 44/5 48/14
**share** [2]  14/22 31/11
**shared** [3]  7/13 47/7 47/8
**sharing** [1]  45/19
**she** [1]  8/16
**sheriff** [27]  2/5 5/2 8/11 8/23 9/3 9/4 13/17 18/22 19/3 20/22 21/18 21/25 22/16 28/13 30/19 32/6 32/6 34/18 36/19 38/25 39/15 40/20 41/24 43/24 44/24 47/5 47/20
**sheriff's** [7]  9/1 17/24 21/20 24/2 26/2 36/17 37/20
**short** [2]  42/24 43/19
**shorthand** [2]  16/20 16/20
**should** [17]  7/19 7/23 12/5 14/15 15/21 28/8 31/4 31/4 31/5 34/16 35/22 36/1 36/12 36/15 36/16 43/23 51/15
**shouldn't** [1]  32/5
**show** [2]  26/13 32/3
**shown** [1]  26/16
**Signature** [1]  53/7
**significant** [1]  36/7
**similar** [1]  52/2
**similarly** [1]  45/8
**simple** [1]  41/16
**simply** [1]  21/16
**simultaneously** [1]  22/9
**since** [7]  8/10 8/22 10/24 19/7 19/9 36/6 50/7
**single** [1]  19/12
**sir** [4]  4/13 5/22 16/10

**sitting** [1]  19/21
**situation** [1]  49/22
**six** [3]  22/8 22/9 25/25
**skill** [1]  53/2
**small** [1]  30/9
**smaller** [1]  30/13
**solely** [2]  42/6 44/20
**solving** [1]  49/15
**some** [34]  7/10 9/16 12/20 12/21 12/22 12/22 13/7 17/24 20/14 24/1 24/18 24/18 28/5 29/4 29/12 29/14 32/3 33/2 35/1 36/4 36/9 37/16 41/8 41/9 42/6 42/8 44/14 46/2 47/14 47/23 49/21 49/23 52/11 52/12
**someone** [2]  20/11 26/10
**something** [2]  10/23 30/22
**sometimes** [1]  12/19
**somewhat** [2]  8/6 49/16
**soon** [2]  43/22 49/20
**sorry** [9]  6/22 23/20 34/3 34/5 34/6 38/7 39/18 40/12 46/18
**sort** [2]  44/12 46/7
**sounds** [3]  27/4 48/4 48/6
**sources** [1]  17/23
**SOUTHERN** [1]  1/1
**spaces** [1]  22/6
**speak** [6]  6/15 6/15 6/17 7/25 28/1 46/17
**speakers** [3]  10/7 15/10 34/2
**speaking** [8]  4/8 4/9 6/1 8/7 14/1 31/18 34/4 45/1
**specific** [4]  22/6 22/7 22/7 48/21
**SPINKS** [3]  2/2 5/4 39/18
**split** [1]  9/11
**spoke** [1]  19/17
**spoken** [1]  53/4
**spotty** [1]  9/21
**spread** [1]  15/5

**S**

spur **[1]** 51/21
staggered **[1]** 18/23
standing **[1]** 36/8
Stars **[1]** 1/21
start **[3]** 4/6 31/14 42/18
started **[1]** 32/8
starting **[2]** 42/9 42/14
state **[3]** 5/18 31/1 39/5
STATES **[2]** 1/1 1/10
Station **[1]** 2/14
status **[8]** 1/9 7/25 9/8 11/5
23/12 29/21 38/17 40/19
statute **[1]** 19/20
stay **[2]** 15/25 50/17
stayed **[1]** 50/14
STEFFENSEN **[2]** 1/23 6/5
stenography **[1]** 3/24
STEPHEN **[1]** 3/6
still **[11]** 10/15 10/16 10/22
22/3 23/10 23/11 26/21
28/14 36/20 42/4 44/5
Street **[1]** 2/7
struck **[2]** 17/19 18/6
struggling **[1]** 45/25
subject **[3]** 11/9 48/16 49/16
substantive **[4]** 44/23 50/11
50/21 51/12
such **[3]** 12/1 37/17 44/3
suggest **[2]** 35/14 46/12
suggestion **[1]** 31/8
Suite **[5]** 1/14 1/18 1/21 2/7
3/11
supportive **[1]** 34/25
sure **[7]** 10/17 20/3 32/10
34/18 34/19 39/23 39/25
surge **[1]** 49/11
surrounding **[1]** 19/25
Susman **[2]** 1/17 1/20
suspect **[1]** 15/5
suspenders **[1]** 15/19

**T**

take **[3]** 32/7 37/18 49/2

taken **[2]** 28/6 28/6
takes **[1]** 17/12
taking **[2]** 4/6 20/8
talk **[2]** 19/3 52/18
talked **[1]** 19/6
talking **[8]** 17/1 25/5 33/11
34/8 34/9 37/7 41/23 44/22
task **[1]** 15/12
tasked **[1]** 48/23
tasks **[1]** 52/11
technology **[1]** 29/19
Telephone **[1]** 3/2
tell **[10]** 8/1 13/2 13/6 13/6
20/10 28/1 29/13 46/10 48/5
51/17
telling **[2]** 27/16 32/23
ten **[4]** 15/3 15/3 20/2 20/5
term **[1]** 23/4
terms **[3]** 7/20 24/17 45/17
terrific **[3]** 14/6 26/19 28/11
TEXAS **[18]** 1/1 1/6 1/18
1/23 1/24 2/2 2/4 2/7 2/10
2/12 2/15 2/19 2/23 3/11
16/22 16/23 19/20 49/11
than **[9]** 12/8 14/3 15/1 15/2
15/22 18/9 24/3 26/17 36/5
thank **[24]** 4/13 4/22 4/25
5/3 5/13 5/16 5/19 5/22 5/23
6/4 6/6 6/9 6/18 8/5 10/9
18/18 32/25 40/4 48/20
48/24 52/8 52/10 52/17
52/18
that **[293]**
that's **[25]** 6/3 7/1 13/15
16/2 16/20 18/15 18/17
20/18 25/22 27/6 28/11 29/5
29/6 29/16 29/24 30/6 31/18
33/13 33/15 37/6 38/12
42/12 43/11 44/12 51/1
the-devil-resides-in-the-det
ails **[1]** 51/8
their **[18]** 8/12 9/15 9/18
14/19 15/24 16/24 28/18
29/21 36/25 37/21 42/25

43/20 44/20 47/23 47/24
48/3 48/3 51/4
them **[38]** 9/16 10/20 12/20
12/21 13/1 13/3 13/6 13/10
15/23 15/24 20/2 24/18
24/18 27/21 27/22 29/4 29/5
29/12 29/14 29/15 29/18
29/18 30/5 30/7 31/15 34/20
34/22 35/14 36/3 36/5 36/8
36/9 37/16 37/16 37/18 38/3
38/18 46/1
themselves **[2]** 15/15 47/15
then **[16]** 4/9 7/11 18/22
19/2 19/12 19/14 19/24
21/22 28/12 30/19 38/5
42/19 44/16 48/15 50/7
51/23
there's **[9]** 25/6 28/15 32/24
35/21 36/6 41/9 45/5 46/7
49/11
these **[28]** 11/13 12/20 13/1
13/2 13/7 16/7 20/5 20/7
20/10 20/23 26/4 28/4 31/15
32/3 32/8 34/25 35/3 35/9
35/18 43/9 43/14 46/1 46/25
48/9 49/6 49/9 50/8 51/6
they **[51]** 7/8 7/20 8/12 8/14
8/23 10/16 12/20 15/24 17/8
17/8 17/9 20/10 20/11 22/17
24/17 25/20 26/3 26/7 26/8
26/11 26/11 27/15 28/7
29/19 29/21 29/24 30/3
30/11 32/3 32/5 32/14 35/25
36/25 37/15 38/3 38/5 38/8
40/19 40/21 41/1 41/25 42/7
42/23 43/11 43/13 44/2
44/14 47/22 48/11 49/24
51/15
they'll **[3]** 26/13 26/23
37/19
they're **[24]** 6/24 10/3 13/7
23/6 23/13 23/13 26/12
26/12 26/22 29/23 29/24
32/4 35/1 35/5 37/14 37/15

# T

**they're...** **[8]** 38/9 42/21 42/22 42/25 44/5 44/11 45/8 48/3
**they've** **[2]** 28/15 32/4
**THIESSEN** **[13]** 3/8 5/20 10/2 12/9 13/18 13/19 15/11 15/20 23/16 31/4 31/18 32/12 38/22
**thing** **[1]** 46/19
**things** **[1]** 49/7
**think** **[47]** 4/5 4/18 8/15 9/5 11/14 12/7 12/24 14/7 15/11 15/13 16/13 16/14 17/5 17/8 17/8 17/22 21/12 21/23 22/23 22/23 25/17 26/21 31/3 33/6 33/9 33/10 33/14 34/10 35/8 36/21 40/5 41/18 42/8 42/14 42/17 42/17 46/21 46/23 47/3 47/22 51/21 51/21 51/22 51/23 52/5 52/6 52/11
**third** **[2]** 42/20 44/16
**this** **[89]**
**this people** **[1]** 24/16
**thorough** **[1]** 32/11
**those** **[59]**
**though** **[2]** 17/5 37/20
**thought** **[6]** 8/15 22/13 24/4 42/12 45/9 46/18
**thoughts** **[2]** 12/7 23/18
**three** **[9]** 11/8 11/9 35/10 43/25 45/15 45/17 49/6 49/9 50/4
**through** **[11]** 10/12 17/23 22/1 22/1 24/3 24/20 26/11 47/4 47/5 47/15 51/9
**thrown** **[1]** 16/17
**Thursday** **[2]** 19/9 25/25
**Thursdays** **[1]** 22/3
**till** **[2]** 24/15 34/15
**time** **[26]** 7/15 7/22 8/11 8/19 9/8 10/5 13/18 22/7 22/8 22/9 22/10 24/14 26/15

35/2 35/15 36/3 36/9 42/6 45/5 49/1 49/2 50/15 51/9 51/16 51/23 52/14
**today** **[6]** 4/8 9/22 21/4 22/25 33/6 52/14
**together** **[4]** 17/19 25/25 26/8 26/9
**told** **[7]** 20/3 20/4 20/15 21/1 26/3 33/16 34/11
**tomorrow** **[7]** 24/15 26/21 28/7 28/8 34/16 39/1 41/2
**too** **[1]** 41/4
**took** **[1]** 8/20
**total** **[4]** 22/10 26/15 26/21 49/7
**touch** **[1]** 13/1
**touched** **[1]** 33/8
**toward** **[1]** 50/7
**track** **[4]** 15/25 19/7 39/15 51/13
**tracks** **[1]** 50/14
**traditional** **[1]** 50/19
**transcript** **[2]** 3/24 52/25
**transmittal** **[1]** 39/6
**transmitting** **[1]** 7/5
**transparency** **[1]** 40/6
**treated** **[1]** 36/15
**tremendous** **[1]** 18/3
**triage** **[1]** 45/17
**trial** **[2]** 8/14 8/18
**true** **[2]** 33/13 33/15
**try** **[2]** 50/2 50/10
**trying** **[3]** 17/1 36/13 46/20
**Tuesdays** **[1]** 22/3
**turn** **[1]** 7/11
**turned** **[1]** 15/2
**two** **[17]** 8/22 9/6 10/13 10/21 11/9 16/14 19/18 21/3 21/6 22/21 22/24 35/9 36/6 37/25 41/19 50/14 51/13
**two-track** **[1]** 51/13
**types** **[1]** 18/5

# U

**unable** **[1]** 51/5

**unclear** **[1]** 11/13
**unconstitutional** **[1]** 17/20
**under** **[4]** 9/9 16/22 16/22 16/23
**understand** **[14]** 8/22 10/22 16/15 16/25 17/2 17/4 17/7 26/20 30/7 36/13 36/20 41/19 44/19 45/6
**understanding** **[7]** 17/6 18/13 19/10 33/3 47/7 47/8 53/4
**undertake** **[1]** 15/13
**undisputed** **[1]** 44/11
**unhappy** **[1]** 49/21
**UNITED** **[2]** 1/1 1/10
**universal** **[1]** 26/2
**unless** **[2]** 16/23 25/6
**unnecessarily** **[1]** 49/3
**unquote** **[1]** 43/10
**until** **[1]** 52/18
**unwilling** **[1]** 51/5
**up** **[14]** 13/14 18/25 20/6 20/24 22/6 31/10 32/7 32/9 35/15 38/16 43/11 46/5 47/20 49/2
**up-to-date** **[1]** 38/16
**updated** **[2]** 38/24 40/20
**us** **[6]** 19/13 26/6 29/3 39/22 46/3 50/7
**use** **[2]** 23/4 37/24
**used** **[3]** 45/9 46/13 47/23
**useful** **[1]** 40/6
**using** **[2]** 38/15 47/24

# V

**various** **[6]** 7/20 16/17 17/23 26/23 32/21 47/16
**verbal** **[1]** 39/20
**verify** **[1]** 37/2
**very** **[27]** 5/6 5/16 5/19 6/9 6/13 6/18 7/9 10/9 10/12 11/6 16/14 17/5 18/7 19/4 26/8 35/19 38/12 39/9 40/5 41/18 42/24 43/18 45/18 46/10 51/1 51/7 52/17

# V

**via [3]**  1/11 3/2 4/3
**VICTORIA [1]**  2/9
**video [3]**  1/11 4/3 21/3
**view [1]**  49/6
**viewed [1]**  30/14
**violence [4]**  30/12 40/17
42/22 48/14
**violent [12]**  10/19 10/19
11/10 23/5 23/7 40/16 44/4
44/4 44/5 46/9 47/10 48/12
**virtual [6]**  20/23 21/25
22/24 24/8 34/21 34/21
**virtually [5]**  9/14 18/24
35/21 36/25 52/13

# W

**wait [1]**  12/22
**waiting [5]**  23/11 23/13
27/12 39/11 48/16
**want [11]**  14/15 14/24
18/22 19/13 20/13 29/24
46/16 49/2 50/2 50/9 51/16
**wanted [9]**  15/17 17/4
17/25 18/7 18/13 33/2 34/24
35/19 41/7
**wants [1]**  40/23
**WARREN [10]**  3/2 11/6
12/14 13/25 14/2 14/10
21/14 36/24 45/2 48/6
**Warren's [2]**  21/2 46/5
**Washington [1]**  1/15
**wasn't [4]**  8/9 36/20 40/10
45/12
**watching [1]**  19/11
**wave [1]**  44/7
**way [6]**  8/9 11/20 45/18
47/3 48/1 49/21
**ways [2]**  19/1 30/15
**we [68]**
**we'd [1]**  39/12
**we'll [7]**  4/6 19/2 29/3 42/19
49/25 50/9 52/3
**we're [20]**  4/5 16/25 17/11

25/5 31/1 33/9 33/11 35/2
35/22 37/7 41/7 41/22 42/9
42/13 44/22 46/19 49/5 50/8
50/9 51/1
**we've [9]**  19/1 20/2 20/5
29/5 33/19 45/25 46/2 49/6
49/9
**website [2]**  31/9 32/12
**Wednesdays [1]**  22/4
**week [24]**  5/10 7/8 7/15
9/10 11/1 17/23 18/11 19/9
19/18 20/5 20/12 20/15
21/17 22/12 22/25 33/3
36/14 37/6 42/13 43/22 49/2
49/20 52/13 52/14
**weekend [1]**  26/7
**weekly [4]**  51/15 51/21 52/1
52/4
**welcome [2]**  4/20 12/7
**well [23]**  10/16 11/18 13/11
13/14 15/16 16/2 23/16 25/5
26/8 27/11 29/12 29/23
32/23 33/12 33/17 37/23
39/1 39/13 42/21 43/2 43/13
48/24 52/18
**went [2]**  22/14 24/10
**were [35]**  7/19 7/20 9/6
9/12 9/19 10/13 10/25 11/8
11/8 11/9 11/10 19/11 20/15
23/9 24/4 26/3 26/4 26/15
26/16 27/15 28/6 28/6 32/20
34/3 34/14 36/16 37/6 37/13
40/10 40/14 40/15 44/20
44/21 46/18 47/14
**weren't [2]**  24/14 34/15
**what'd [2]**  21/14 37/10
**what's [4]**  23/12 40/19 42/8
43/1
**Whatever [1]**  14/25
**whether [9]**  7/23 10/4 17/9
30/25 38/4 38/19 44/2 48/7
51/14
**which [17]**  8/2 8/16 10/12
11/6 11/14 12/2 13/12 13/12

16/16 19/19 25/6 26/19
29/13 29/21 34/10 38/25
41/12
**while [1]**  51/22
**who [67]**
**who's [5]**  4/10 6/24 13/24
14/4 14/5
**whom [3]**  40/8 40/10 44/1
**whose [1]**  4/8
**why [4]**  10/23 12/4 16/2
41/12
**wide [1]**  12/18
**will [38]**  6/15 7/11 11/24
11/25 13/2 13/3 13/5 13/6
13/19 17/2 24/15 26/11 28/7
29/1 32/17 35/4 36/1 36/2
36/2 38/16 38/23 38/25 39/1
39/21 39/23 39/25 41/1 48/9
48/11 48/22 48/25 49/23
50/1 50/13 51/15 51/24
52/13 52/14
**willing [1]**  38/1
**winnow [1]**  15/6
**wisdom [1]**  50/5
**wish [3]**  20/17 21/19 48/21
**wishes [1]**  19/11
**within [3]**  26/6 32/13 44/3
**without [3]**  9/16 10/20
40/24
**witnesses [1]**  6/25
**WOOD [4]**  3/4 5/11 45/24
48/19
**word [3]**  16/16 45/9 46/6
**words [1]**  53/4
**work [8]**  17/1 22/14 39/3
46/21 46/23 48/22 48/23
50/1
**worked [2]**  26/7 26/8
**working [1]**  26/21
**works [1]**  26/10
**worry [1]**  41/19
**worthwhile [1]**  51/14
**would [55]**
**written [1]**  50/18

**W**

**wrong [3]**  36/23 37/10 48/6

**Y**

**Yeah [3]**  34/5 41/11 46/17
**yes [32]**  6/3 6/21 8/4 9/5 9/6
  13/24 14/11 16/4 16/5 16/10
  18/21 23/22 24/19 25/13
  25/15 25/17 25/21 27/3
  28/23 28/25 30/1 31/20 32/1
  32/25 33/22 36/12 38/9
  43/13 45/1 45/1 45/10 48/20
**yesterday [14]**  18/9 21/4
  22/25 24/6 24/8 24/15 25/8
  26/9 26/15 28/2 28/7 33/20
  34/13 34/15
**yet [2]**  18/6 23/3
**York [1]**  1/21
**you [136]**
**you'll [1]**  34/19
**you're [11]**  4/18 15/8 18/17
  25/17 25/18 27/4 30/6 33/10
  33/10 40/3 44/6
**you've [5]**  24/1 25/19 29/8
  34/11 35/6
**you-all [1]**  52/17
**your [59]**
**Your Honor [33]**  5/1 5/4
  5/7 6/3 6/6 6/11 6/17 6/20
  8/2 12/12 16/11 17/4 20/15
  20/21 21/15 23/20 28/23
  32/17 32/20 33/15 34/23
  35/8 36/11 39/4 39/6 39/12
  39/17 40/12 40/25 41/19
  43/9 49/4 51/20
**yourselves [2]**  4/8 7/4

**Z**

**Zoom [11]**  19/5 29/20 29/20
  37/20 38/3 38/5 38/11 40/23
  47/24 47/24 48/8
**Zooming [1]**  48/7