UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DWIGHT RUSSELL, *et al.*, | § | |
|    *Plaintiffs*, | § | |
| | § | |
| v. | § | Case No. 4:19-cv-00226 |
| | § | |
| HARRIS COUNTY, TEXAS, *et al.*, | § | |
|    *Defendants*. | § | |

**STATE INTERVENOR'S PARTIALLY UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING**

The State of Texas, the Honorable Greg Abbott, Governor of Texas, and the Honorable Ken Paxton, Attorney General of Texas ("State Intervenors") file this Partially Unopposed Motion for Extension of Time to File a Responsive Pleading, and show the Court the following:

1. On January 21, 2019, Plaintiffs filed a Class Action Complaint in this matter. ECF No. 1.

2. On March 29, 2020, State Intervenors filed a Motion to Intervene. ECF No. 38.

3. On March 30, 2020, the Court Granted the Motion to Intervene. ECF No. 46.

4. On May 6, 2020, Plaintiffs filed a First Amended Class Action Complaint. ECF No. 140.

1

5. On May 29, 2020, the Court issued a Scheduling and Docket Control Order. ECF No. 162. The Order directs Defendants and State Intervenors to Answer or file Motions to Dismiss by June 22, 2020.

6. During the June 11, 2020, status conference Plaintiffs' counsel indicated that they would move to amend their complaint yet again in the near future.

7. Considering the forthcoming amendment, State Intervenors respectfully request that this Court suspend the June 22 deadline to respond to the First Amended Class Action Complaint, which will soon be defunct.

8. Assuming the Court grants the motion to amend, State Intervenors will respond within 14 days of the Second Amended Class Action Complaint being formally docketed.

9. On June 15, 2020, the undersigned emailed counsel for Plaintiffs and Defendants to confer as to the requested relief. Plaintiffs are unopposed. At the time of filing this Motion, Defendants' counsel have not yet responded; hence, this Motion is styled only "partially unopposed."

10. This request is not being sought solely for the purpose of delay, but instead to avoid duplicative briefing and to allow the lawyers for State Intervenors to spend their time and effort in the interim focusing on other COVID-19-related projects/cases.

11. For these reasons, State Intervenors respectfully request this Court suspend the June 22, 2020 deadline to respond to the First Amended Class Action Complaint.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

RYAN L. BANGERT
Deputy First Assistant
Attorney General

ERIC A. HUDSON
Special Counsel
Special Litigation Unit
Texas Bar No. 24059977
Southern District ID: 1000759
Eric.Hudson@oag.texas.gov
P.O. Box 12548, Capitol Station Austin, Texas 78711-2548
(512) 936-1414 | FAX: (512) 936-0545

DARREN L. MCCARTY
Deputy Attorney General for Civil Litigation

THOMAS A. ALBRIGHT
Chief for General Litigation Division

*/s/ Adam Arthur Biggs*
ADAM ARTHUR BIGGS
Special Litigation Counsel
Attorney-in-Charge
Texas Bar No. 24077727
Southern District No. 2964087
Adam.Biggs@oag.texas.gov

MATTHEW BOHUSLAV
Texas Bar No. 1303218
Southern District ID: 1303218
Matthew.Bohuslav@oag.texas.gov
TODD A. DICKERSON
Texas Bar No. 24118368
*Admitted Pro Hac Vice*
Todd.Dickerson@oag.texas.gov
CAROLINE ALYSSA MERIDETH
Texas Bar No. 24091501
*Admitted Pro Hac Vice*
Caroline.Merideth@oag.texas.gov
DOMINIQUE G. STAFFORD
State Bar No. 24079382
Southern District ID: 3195055
Dominique.Stafford@oag.texas.gov
Assistant Attorneys General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 | FAX: (512) 320-0667

**COUNSEL FOR STATE INTERVENORS**

**CERTIFICATE OF CONFERENCE**

I hereby certify that on June 15, 2020, I conferred with counsel for Plaintiffs and Defendants, via email regarding the substance of the foregoing instrument. Plaintiffs are unopposed. As of the filing of this motion, Defendants' counsel have not yet responded.

*/s/ Adam Arthur Biggs*
ADAM ARTHUR BIGGS
Special Litigation Counsel

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument has been sent by electronic notification through ECF by the United States District Court, Southern District of Texas, Houston Division, on June 16, 2020 to all parties of record.

*/s/ Adam Arthur Biggs*
ADAM ARTHUR BIGGS
Special Litigation Counsel