**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| RUSSELL, et al., | |
| *Plaintiffs,* | Civil Action No. 4:19-cv-226 |
| v. | |
| HARRIS COUNTY, TEXAS, et al., | |
| *Defendants.* | |

---

**UNOPPOSED MOTION TO INTERVENE**
**BY JUDGE CHUCK SILVERMAN IN HIS OFFICIAL CAPACITY AS A JUDGE OF**
**THE 183RD DISTRICT COURT, HARRIS COUNTY, TEXAS**

---

Judge Chuck Silverman, in his official capacity as a judge of the 183rd District Court, Harris County, Texas, and pursuant to Federal Rule of Civil Procedure 24, moves to intervene as a defendant in the above-captioned action. In support of this Motion, Judge Chuck Silverman relies on the following contemporaneously filed documents:

1.      Memorandum in Support of Judge Chuck Silverman's Motion to Intervene;

2.      [Proposed] Order Granting Judge Chuck Silverman's Motion to Intervene; and

3.      Judge Chuck Silverman's Notice of Opposition.

For the reasons stated in this Motion and accompanying documents, Judge Chuck Silverman respectfully requests that the Court grant this Motion to Intervene.

---

Respectfully Submitted,

*/s/ G. Allan Van Fleet*

G. Allan Van Fleet, P.C.
Attorney-in-Charge
Texas Bar No. 20494700
Southern District No. 527
6218 Elm Heights Lane, Suite 201
Houston, Texas 77081
(713) 826-1954 | FAX: None
allanvanfleet@gmail.com

**OF COUNSEL:**

Don Bradford Hardin Jr. (Pro Hac Vice application forthcoming)
Virginia State Bar No. 76812
Anastasia Liounakos (Pro Hac Vice application forthcoming)
DC Bar no. 1035450
Matthew Diggs (Pro Hac Vice application forthcoming)
Washington State Bar No. 36331
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue, NW, Suite 800
Washington, DC  20006-3401
(202) 973-4238
BradfordHardin@dwt.com
AnastasiaLiounakos@dwt.com
MatthewDiggs@dwt.com

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with counsel for Plaintiffs and Defendants via email on June 23, 2020, regarding the substance of the foregoing document.  Responses have been received and neither plaintiffs nor defendants oppose Judge Silverman's motion to intervene.

*/s/ G. Allan Van Fleet*
G. Allan Van Fleet

## CERTIFICATE OF SERVICE

I, G. Allan Van Fleet, hereby certify that on this the 24th day of June, 2020, a true and correct copy of the foregoing document was transmitted using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

*/s/ G. Allan Van Fleet*
G. Allan Van Fleet, P.C.