United States District Court
Southern District of Texas
**ENTERED**
June 25, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RUSSELL, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>HARRIS COUNTY, TEXAS, et al.,<br><br>*Defendants.* | Civil Action No. 4:19-cv-226 |

**ORDER GRANTING UNOPPOSED MOTION TO INTERVENE
BY JUDGE CHUCK SILVERMAN IN HIS OFFICIAL CAPACITY AS A JUDGE OF
THE 183RD DISTRICT COURT, HARRIS COUNTY, TEXAS**

Before the Court is the Motion to Intervene by Judge Chuck Silverman in his official capacity as a judge of the 183rd District Court, Harris County, Texas. The motion is meritorious and should be GRANTED.

It is therefore ORDERED that the Motion to Intervene by Judge Chuck Silverman is GRANTED.

It is further ORDERED that Judge Chuck Silverman is granted leave to intervene as of right under Federal Rule of Civil Procedure 24.

SO ORDERED this the __25th__ day of __June__, 2020.

_____
HONORABLE LEE H. ROSENTHAL
CHIEF UNITED STATES DISTRICT JUDGE