IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DWIGHT RUSSELL, et al., *Plaintiffs,* v. HARRIS COUNTY, TEXAS, et al., *Defendants.* | Civil Action No. 4:19-cv-226 |

**MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION TO INTERVENE BY THE HONORABLE BRIAN E. WARREN IN HIS OFFICIAL CAPACITY AS A JUDGE OF THE 209TH DISTRICT COURT, HARRIS COUNTY, TEXAS**

Judge Brian E. Warren ("Judge Warren") seeks to intervene in this case in his official capacity as a Harris County District Judge. The implementation of bond reform is a complex issue that requires well-reasoned and intelligent proposals in order to ensure that the system recognizes "liberty [as] the norm, and detention prior to trial or without trial [as] the carefully limited exception." *United States v. Salerno*, 481 U.S. 739, 755 (1987). Judge Warren believes more voices are needed at the table to propose the type of bond reform that will benefit the most people and not lead to disproportionately affecting minorities. In his official capacity, Judge Warren has already taken part in promoting and shaping bond reform in favor of a more just system and reducing pre-trial detainees. *See* First Amended General Order Bond for Certain Offenses (Apr. 2, 2020), *available at* https://bit.ly/3g4pKXB. As a party already invested in this conversation, Judge Warren has important interests that cannot be adequately represented by an existing party.

Judge Warren also adopts the analysis set forth in Judge Chuck Silverman's motion to intervene as setting forth the basis for this motion. *See generally* Memorandum in Support of Unopposed Motion to Intervene by the Honorable Chuck Silverman in His Official Capacity as a Judge of the 183rd District Court, Harris County, Texas (Dkt. No. 181).

The Court has granted Judge Chuck Silverman's motion to intervene (Dkt. No. 191), and, in like manner, Judge Warren respectfully asks the Court to grant this motion, so his official interests may be represented.

Respectfully submitted.

*/s/ G. Allan Van Fleet*
G. Allan Van Fleet, P.C.
Attorney-in-Charge
Texas Bar No. 20494700
Southern District No. 527
6218 Elm Heights Lane, Suite 201
Houston, Texas 77081
(713) 826-1954 | FAX: None
allanvanfleet@gmail.com

**OF COUNSEL:**
Don Bradford Hardin Jr. (Admitted Pro Hac Vice)
Virginia State Bar No. 76812
Anastasia Liounakos (Admitted Pro Hac Vice)
DC Bar no. 1035450
Matthew Diggs (Admitted Pro Hac Vice)
Washington State Bar No. 36331
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue, NW, Suite 800,
Washington, DC 20006-3401
(202) 973-4238
BradfordHardin@dwt.com
AnastasiaLiounakos@dwt.com
MatthewDiggs@dwt.com

## CERTIFICATE OF AGREEMENT

I hereby certify that I conferred with counsel for Plaintiffs and Defendants via email on June 26, 2020, regarding the substance of the foregoing document.  Responses have been received and neither plaintiffs nor defendants oppose Judge Warren's motion to intervene.

*/s/ G. Allan Van Fleet*
G. Allan Van Fleet

## CERTIFICATE OF SERVICE

I, G. Allan Van Fleet, hereby certify that on this the 26th day of June, 2020, a true and correct copy of the foregoing document was transmitted using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

*/s/ G. Allan Van Fleet*
G. Allan Van Fleet