IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RUSSELL, et al,<br>    Plaintiffs | []<br>[]<br>[] | No. 4:19-cv-00226 |
| v. | []<br>[] | Hon. Lee H. Rosenthal<br>U.S. District Judge |
| HARRIS COUNTY, TEXAS, et al,<br>    Defendants | []<br>[] | |

### **REPORT OF SHERIFF ED GONZALEZ JUNE 26, 2020**

Just the numbers today:

1. As of June 26, 2020, the total jail population was 8,051 (approximately 90% are felony pre-trial detainees).

2. Only 2 remote bail hearings were held this week, with one more set for today.

3. Of the 525 inmates in the jail (as of two weeks ago) charged with non-violent offenses and having no prior violent convictions, 87 have been released.

4. Regarding the inmates:

   - 3,662 have been tested, with 1,046 tested positive (of whom, 803 remain in custody today).

   - 728 of those who tested positive have recovered and remain in custody.

1

- 2,602 tested negative.

5. 1,041 inmates are in observational quarantine (no symptoms, but exposed to COVID). An additional 642 are in buffer quarantine (newly booked).

6. Regarding the HSCO staff:

   - 399 have tested positive, including 344 who work in the jail.

   - 284 of those who tested positive have recovered and returned to work.

   - 115 are in quarantine (and 12 in the hospital).

Respectfully submitted.

*/s/ Murray Fogler*
Murray Fogler
FOGLER, BRAR, O'NEIL & GRAY, LLP
S.D. Tex. No. 2003
State Bar No. 07207300
mfogler@foglerbrar.com
909 Fannin, Suite 1640
Houston, Texas 77010
Tel: 713.481.1010
Fax: 713.574.3224

Victoria Jimenez
Legal Director
Harris County Sheriff's Office
1200 Baker St.
Houston, Texas 77002
Tel: 346.286.1588
Victoria.Jimenez@sheriff.hctx.net

ATTORNEYS FOR SHERIFF ED GONZALEZ

2

## CERTIFICATE OF SERVICE

I certify that on June 26, 2020, a copy of this document was served on counsel of record via electronic filing in accordance with the USDC Southern District of Texas Procedures for Electronic Filing.

*/s/ Murray Fogler*
Murray Fogler
