IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DWIGHT RUSSELL, ET AL. § | |
|    On behalf of themselves and all § | |
|    Others similarly situated, § | |
| § | |
| *Plaintiffs*, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:19-CV-00226 |
| § | |
| HARRIS COUNTY, TEXAS, ET AL., § | |
| § | |
| *Defendants*. § | |

**NOTICE OF APPEARANCE OF LEAD ATTORNEY**

The undersigned Assistant Attorney General hereby makes her entry of appearance as lead attorney on behalf of defendants Justices Frank Aguilar, Abigail Anastasio, Ramona Franklin, Greg Glass, Nikita Harmon, Josh Hill, Kelli Johnson, Robert Johnson, DaSean Jones, Hazel Jones, Danilo Lacayo, Jason Luong, Amy Martin, Jess McClure, III, Chris Morton, Herb Ritchie, Brock Thomas, Hillary Unger, George Powell, and Lori Gray.

                                                Respectfully Submitted.

                                                **KEN PAXTON**
                                                Attorney General of Texas

                                                **JEFFREY C. MATEER**
                                                First Assistant Attorney General

                                                **RYAN L. BANGERT**
                                                Deputy First Assistant Attorney General

                                                **DARREN L. MCCARTY**
                                                Deputy Attorney General for Civil Litigation

**SHANNA E. MOLINARE**
Assistant Attorney General
Chief, Law Enforcement Defense Division

/s/ *Courtney Corbello*
**COURTNEY CORBELLO**
Assistant Attorney General
Texas State Bar No. 24097533
SD ID No. 3089117
courtney.corbello@oag.texas.gov

Law Enforcement Defense Division
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-2080 / Fax (512) 936-2109

**ATTORNEYS FOR DEFENDANTS**

## NOTICE OF ELECTRONIC FILING

I, **COURTNEY CORBELLO**, Assistant Attorney General of Texas, do hereby certify that I have electronically submitted for filing, a true and correct copy of the above and foregoing in accordance with the Electronic Case Files System of the Southern District of Texas, on this 1st day of July 2020.

>	*/s/ Courtney Corbello*
>	**COURTNEY CORBELLO**
>	Assistant Attorney General

## CERTIFICATE OF SERVICE

I, **COURTNEY CORBELLO**, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and forgoing has been served on all counsel of record via e-mail through the Southern District of Texas' ECF System on this 1st day of July 2020.

>	*/s/ Courtney Corbello*
>	**COURTNEY CORBELLO**
>	Assistant Attorney General