IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DWIGHT RUSSELL, ET AL.  §<br>   On behalf of themselves and all §<br>   Others similarly situated, §<br> §<br>    *Plaintiffs*, §<br> §<br>v.  §    CIVIL ACTION NO. 4:19-CV-00226<br> §<br>HARRIS COUNTY, TEXAS, ET AL., §<br> §<br>    *Defendants*. § | |

**NOTICE OF APPEARANCE OF LEAD ATTORNEY**

The undersigned Assistant Attorney General hereby makes her entry of appearance as lead attorney on behalf of defendant Judge Randy Roll.

Respectfully Submitted.

**KEN PAXTON**
Attorney General of Texas

**JEFFREY C. MATEER**
First Assistant Attorney General

**RYAN L. BANGERT**
Deputy First Assistant Attorney General

**DARREN L. MCCARTY**
Deputy Attorney General for Civil Litigation

**SHANNA E. MOLINARE**
Assistant Attorney General
Chief, Law Enforcement Defense Division

/s/ *Courtney Corbello*
**COURTNEY CORBELLO**
Assistant Attorney General
Texas State Bar No. 24097533
SD ID No. 3089117
courtney.corbello@oag.texas.gov

Law Enforcement Defense Division
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-2080 / Fax (512) 936-2109

**ATTORNEYS FOR DEFENDANT JUDGES**

## NOTICE OF ELECTRONIC FILING

I, **COURTNEY CORBELLO**, Assistant Attorney General of Texas, do hereby certify that I have electronically submitted for filing, a true and correct copy of the above and foregoing in accordance with the Electronic Case Files System of the Southern District of Texas, on this 2ND day of July 2020.

/s/ *Courtney Corbello*
**COURTNEY CORBELLO**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, **COURTNEY CORBELLO**, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and forgoing has been served on all counsel of record via e-mail through the Southern District of Texas' ECF System on this 2ND day of July 2020.

/s/ *Courtney Corbello*
**COURTNEY CORBELLO**
Assistant Attorney General