IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DWIGHT RUSSELL, et al.<br><br>    On behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>HARRIS COUNTY, TEXAS, et al.<br><br>    Defendants. | Case No. 4:19-cv-00226<br>(Class Action) |

**PLAINTIFFS' NOTICE OF DEPOSITION OF [NAME]**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs in the above-captioned action will take the oral deposition of **NAME** on **DATE.**

Given the current level of disruption to the working schedules of parties and counsel located in Texas, including this District, as well as to parties and counsel located throughout the country and internationally laboring under similar COVID-19 public health restrictions, the deposition will occur virtually by video conference and that all parties, including the deponent, may appear remotely. The logistics pertaining to the video conferencing capabilities will be negotiated and resolved between the parties prior to the deposition.

PLEASE TAKE FURTHER NOTICE that the deposition testimony will be nonetheless recorded stenographically by a court reporter, with capacity to provide instant visual display of

the testimony such as by LiveNote, and will be videotaped. The deposition will be conducted under oath by an officer authorized to take such testimony and administer oaths and will continue from day to day until completed, with weekends or holidays excepted.

Dated: DATE

                              Respectfully submitted,

                              *s/ Neal S. Manne*
Neal S. Manne
State Bar No.: 12937980
Lexie G. White
State Bar No.: 24048876
Joseph S. Grinstein
State Bar No.: 24002188
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Phone: (713) 651-9366
nmanne@susmangodfrey.com
lwhite@susmangodfrey.com
jgrinstein@susmangodfrey.com

Michael Gervais (*Pro Hac Vice*)
**SUSMAN GODFREY L.L.P.**
CA Bar No. 330731
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90046
Phone: (310) 789-3100
mgervais@susmangodfrey.com

Alec Karakatsanis (*Pro Hac Vice*)
D.C. Bar No. 999294
Elizabeth Rossi (*Pro Hac Vice*)
D.C. Bar No. 1500502
**CIVIL RIGHTS CORPS**
910 17th Street NW, Suite 200
Washington, DC 20006
Phone: (202) 599-0953
Fax: (202) 609-8030

alec@civilrightscorps.org
elizabeth@civilrightscorps.org

Mimi Marziani (*Pro Hac Vice*)
State Bar No. 24091906
Liyah Brown (*Pro Hac Vice*)
D.C. Bar. No. 500149
Peter Steffensen
State Bar No. 24106464
**TEXAS CIVIL RIGHTS PROJECT**
2202 Alabama Street
Houston, TX 77004
liya@texascivilrightsproject
mimi@texascivirightsproject.org
peter@texascivilrightsproject.org

*Attorneys for Plaintiffs and the Putative Class*

# CERTIFICATE OF SERVICE

I certify that on July X 2020, I caused the aforementioned document to be served electronically on liaison counsel for defendants as listed below:

| | |
|---|---|
| Courtney Corbello<br>OFFICE OF THE ATTORNEY GENERAL<br>Law Enforcement Defense Division<br>PO Box 12548<br>Austin, TX 78602<br>courtney.corbello@oag.texas.gov<br><br>*Counsel for Defendant Judges* | Melissa Spinks<br>Rachel Fraser<br>HARRIS COUNTY ATTORNEY'S OFFICE<br>1019 Congress, 15th Floor<br>Houston, TX 77002<br>melissa.spinks@cao.hctx.net<br>rachel.fraser@cao.hctx.net<br><br>*Counsel for Defendant Harris County* |
| G. Allen Van Fleet<br>6218 Elm Heights Lane, Ste. 201<br>Houston, TX 77081<br>allanvanfleet@gmail.com<br><br>Don Bradford Hardin Jr.<br>Matthew Diggs<br>DAVIS WRIGHT TREMAINE LLP<br>1919 Pennsylvania Ave., NW, Ste. 800<br>Washington, DC 20006-3401<br>bradfordhardin@dwt.com<br>anastasialiounakos@dwt.com<br>matthewdiggs@dwt.com<br><br>*Counsel for Defendant-Intervenor Judges Warren and Silverman* | Adam Biggs<br>Matthew Bohuslav<br>Todd Dickerson<br>Caroline Meredith<br>Dominique Stafford<br>Eric Hudson<br>OFFICE OF THE ATTORNEY GENERAL<br>PO Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br><br>adam.biggs@oag.texas.gov<br>matthew.bohuslav@oag.texas.gov<br>todd.dickerson@oag.texas.gov<br>caroline.meredith@oag.texas.gov<br>dominique.stafford@oag.texas.gov<br>eric.hudson@oag.texas.gov<br>*Counsel for State Intervenors* |
| Murray Fogler<br>FOGLER, BRAR, O'NEIL & GRAY LLP<br>909 Fannin St., Ste. 1640<br>2 Houston Center<br>Houston, TX 77002<br>mfoglerbrar.com<br><br>Victoria Jimenez<br>HARRIS COUNTY ATTORNEY'S OFFICE<br>1019 Congress, 15th Floor<br>Houston, TX 77002<br>victoria.jimenez@sheriff.hctx.net<br><br>*Counsel for Defendant Sheriff Ed Gonzalez* | |