IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

| | |
|---|---|
| RUSSELL, et al.<br><br>Plaintiffs,<br><br>v.<br><br>HARRIS COUNTY, TEXAS, et al.<br><br>Defendants. | Case No. 4:19-cv-00226<br>(Class Action)<br>The Honorable Lee H. Rosenthal<br>U.S. District Judge |

### [PROPOSED] ORDER

Plaintiffs' Partially-Opposed Motion for Leave to Take Limited Discovery is GRANTED.

It is hereby ORDERED that Plaintiffs may seek the following discovery from the felony judge Defendants on an expedited basis:

- Plaintiffs' proposed interrogatories, as defined in Plaintiffs' Exhibit A;
- Plaintiffs' proposed requests for production, as defined in Plaintiffs' Exhibit B;
- Depositions of Judge Chuck Silverman and Judge Brian E. Warren;
- Five depositions of Plaintiffs' choosing from among the 21 other felony judges.

Ordered this ___ day of _____, 2020.

_____
Hon. Lee H. Rosenthal
Chief United States District Judge