Case 4:19-cv-00226 Document 212 Filed on 07/07/20 in TXSD Page 1 of 5

United States Courts
Southern District of Texas
FILED
JUL 07 2020
David J. Bradley, Clerk of Court

9:00-cv-1369

TO THE HONORABLE JUDGE LEE H. ROSENTHAL,    JULY 1ST 2020

I would like to request a few moments of the courts time. My name is Jason Callicotte and I'm sure you remember my attempt to file a motion to intervene in Russell. Although you denied that motion you prompted me to seek representation by Harris County Public Defender's Office in my underlying cases. With some misgivings I moved to have them appointed as counsel in those cases. Prior to them coming on to my case I had procured, and proceeded with, a bail hearing, pro se, during which JUDGE HAZEL JONES LOWERED one of my bonds from $65,000 to $20,000. Pointless indeed, as I have NO MONEY. Upon conclusion of said hearing JUDGE JONES FOUND THAT I had NOT SHOWN THE COURT a) THAT I SUFFER from chronic liver disease b) THAT I'm INDIGENT. SHE DID HOWEVER ALLOW THAT WHEN I procured my medical records AND could show I DO IN FACT HAVE chronic liver disease she would REOPEN THE BAIL HEARING AND reconsider the possibility of a personal bond, which she had denied upon conclusion of the hearing on May 5, 2020. So, I began further attempts at procuring said records. One subpoena was not filed by the clerk whom I filed the subpoena with. A week passed and I was back in court w/ no medical records. I filed subsequent subpoenas and scheduled another court setting for MAY 19 in regard to the previously initiated bail review. On may 19 THE subpoenas had not been executed although I had requested personal service by the constables office. JUDGE JONES would not enforce the subpoenas, denying me compulsory process. SHE MADE INSINUATIONS THAT IF I HAD COUNSEL I would not have any problems getting my medical records.

ES0085-01-07

She also suggested that I attempt to have process served by my court appointed private investigator knowing full well Harris County Sheriffs Office employees (whom I was attempting to get records from) would avoid service by anyone other than a peace officer. While I'm sure the $2400.00 the investigator was paid by the judges orders, and my approval, was all properly accounted for... the fact that a DISTRICT JUDGE would suggest to me a) to squander the investigative funds I had been granted on b) a task that she was fully aware could have been more expeditiously carried out by the Constables Office, AND THAT THE CONSTABLES ATTEMPTS TO SERVE process are the only ones she could actually act to enforce is not only a blatant misappropriation of funds but an abuse of discretion as well. So, due to the courts refusal to compel process in this criminal proceeding, I was forced to seek counsel in order to obtain my medical records, at which time the prosecutor actually subpoenaed the records and they were produced within days. But now I had counsel appointed and no core functions of attorney to proceed with the reopened bail hearing. During this it was in fact shown that I suffer from chronic liver disease which makes me especially vulnerable to COVID-19 which is running rampant in Harris County Jail. During the hearing attorney of record Randy Martin made statements which were unfavorable to me and also allowed the prosecutor to make detrimental

ES0085-01-07

arguments without making any attempt to negate or rebut the misleading allegations by the assistant DISTRICT ATTORNEY. IT WAS A Sham, designed to deprive me of the right to due process in regard to a fair bail requirement, medical care, and defense fairly. BOTH assistant public defenders Randy Martin and Ben Friedman assured me the public defenders office would take prompt action in regard to beginning their own proceedings in pursuit of a personal bond. THAT WAS OVER A MONTH ago and absolutely no action has been taken by their office in regard to securing a personal bond for me. THE FACT is your HONOR, if I HAD $2500.00 to pay the ten percent (10%) premium to a professional bailbondsman I could post the $20,000 and $5,000 bonds and be released immediately as there are no requirements to my bail other than cash security.

While I very well may go to law school one day, I am as far removed from being an attorney as you are from being a felon. To be able to describe in plain language the deprivations of liberty(s) being entailed in our criminal justice system, currently, is probably impossible. To describe the same in legal language is most likely beyond any general practitioner of law, and the only people who fully understand the deficincies are probably the judges who would be hearing these claims if only the actual persons with standing to make said claims

could articulate, by any means, the denials. I could easily, and just might, spend the rest of my life seeking that end, for whatever class of persons becomes available for such. THE MOST BENEFICIAL (for all) route to reach that goal would be with all the modern technologies and formal remediation available in our society. Nonetheless, I am prepared to embark on such endeavor via more traditional methods, such as those immediately employeed, and routed through posted deliveries. THE degree of mercy recompensed to those violators of countless uninformed, uneducated, unprivileged otherwise benign spirits shall not exceed that which is received, timely, by the immediate reporter. As above constructed claims convey, no recepient of such gift is in anyway deserving, so below that which relief may be granted is only a mirror of that which has already been bestowed. In closing I'd like to clearly remark on your indisputable fairness in the weighing of currently relevant issues of which the author is a member of the class of plaintiffs situation. Your official rules unavailable to my personal trials notwithstanding, I'd like to ask you to petition your Higher Power, on behalf of yours truly, for only that amount of favor which is required for me to accomplish that which I can not for myself.

PETITIONER PRO SE, *[signature]*

JASON COLBY CALLICOTTE #01401420
1200 Baker St.
Houston TX.

ES0085-01-07

**HARRIS COUNTY SHERIFF'S OFFICE JAIL**
Name: JASON CALLICOTTE
SPN: 01401470   Cell: 5E2B
Street: 1200 BAKER STREET
HOUSTON, TEXAS 77002

**aramark**

(Legal Mail)

United States Courts
Southern District of Texas
FILED
JUL 07 2020
David J. Bradley, Clerk of Court

**INDIGENT**

LEGAL INDIGENT MAIL
Inmate Services Division
Criminal Justice Command

APPROVED
JUN 26 2020

Chief United States
District Judge
Lee H. Rosenthal
P.O. Box 61010
Houston, Texas

U.S. POSTAGE >> PITNEY BOWES
ZIP 77002
02 4W
0000368784 JUL 02 2020
$ 000.50⁰