| | | |
|---|---|---|
| CAUSE NO. **166271901010** | SPN: **01962925** | DATE/TIME OF ARREST:**1/31/2020 12:01 AM** |

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | § | **IN THE 209th DISTRICT COURT** |
| v. | § | |
| **WILSON, MAURICE** | § | **HARRIS COUNTY, TEXAS** |
| DOB ▮▮▮▮▮ | | |

## STATUTORY WARNINGS BY MAGISTRATE - PROBABLE CAUSE FOR FURTHER DETENTION – PR BOND/BAIL ORDER

On this date and time the above-named defendant personally appeared before me, the undersigned Texas magistrate. The defendant appeared ☒ **in person** ☐ **by video teleconference** and I admonished the defendant as follows:

You are accused of **2ND DEGREE FELONY**, namely, **POSS CS PG 1 4G - 200G**.

- You have the right to hire an attorney to represent you.
- You have the right to remain silent.
- You have the right to have an attorney present prior to and during any interview with peace officers or attorneys representing the state.
- You have the right to stop any interview at any time.
- You have the right to an examining trial in a felony offense.
- You are not required to make a statement and any statement you make can be used against you.
- You have the right to request the appointment of counsel if you cannot afford counsel.

**If you consent, I can appoint the Public Defender to represent you and describe evidence on your behalf in this bail hearing regardless of whether you are indigent. If you request appointed counsel and are later found to be indigent, another lawyer would be appointed to represent you in any trial or plea on the charge(s) listed above.**

**Do you consent to allow an assistant public defender to represent you in this bail hearing, knowing that this lawyer will not continue to represent you when this hearing is over?** ☐ **NO** ☒ **YES**— Pursuant to Joint Administrative Order No. 2017-01, Assistant Public Defender **Jones, Mandy** (print name) represented the Defendant in this bail hearing.

**Do you request the appointment of counsel to represent you in the county or district court if you are determined to be indigent?** ☐ **NO** ☒ **YES**— The Court **ORDERS** Pretrial Services to help the defendant, if still in custody, prepare the request and any supporting paperwork, and then forward the request to the judge of the court in which the case is pending within 24 hours.

**CONSULAR NOTIFICATION:** If you are a foreign national, you may be entitled to have us notify your country's consular representative here in the United States. If your country requires notification, we will notify it as soon as possible.

The accused is a: ☒ United States citizen ☐ foreign national of (country).

☐ The accused requests notification of consular officials.

☐ **MANDATORY NOTIFICATION:** The clerk shall immediately alert the above country's consulate of this arrest.

If you are a foreign national, please provide the following information:

| Name (father's last / mother's last / first) | Date of Birth | Place of Birth |
|---|---|---|
| Passport Number | Date Issued | Place Issued |

## PROBABLE CAUSE FINDING AND ORDER

☐ The Court **FINDS** that probable cause for further detention **DOES NOT EXIST**. The Court **ORDERS** the law enforcement agency and officer having custody of the defendant to immediately release the defendant from custody.

☒ The Court **FINDS** that probable cause for further detention **EXISTS**. The Court reviewed and/or set the defendant's bond as indicated in the BAIL ORDER below and, in clear and unambiguous language: (1) advised the defendant of his rights pursuant to TEX. CODE CRIM. P. Art. 15.17; and (2) provided the defendant with information required by law. The Court **ORDERS** the defendant committed to the custody of the Sheriff of Harris County, Texas, until he posts the required bond or until further order of the Court.

☐ Probable cause previously determined. The Court ORDERS the defendant committed to the custody of the Sheriff of Harris County, Texas, until he posts the required bond or until further order of the Court.

☒ SEE NEXT PAGE FOR BAIL ORDER

| | | |
|---|---|---|
| January 31, 2020 16:59 PM | *[signature]* 0212 1400 | |
| **Date and Time** | **Magistrate (Judge or Hearing Officer)** | **Interpreter (if applicable)** |
| Magistrate **Courtney St.Julian (SPN 02129400)** | (Rev. July 24, 2018) | Page 1 of 2 |

Certified Document Number: 89208961 - Page 1 of 2

CAUSE NO. <u>166271901010</u>

**STATUTORY WARNINGS BY MAGISTRATE - PROBABLE CAUSE FOR FURTHER DETENTION – PR BOND/BAIL ORDER**

# PERSONAL BOND / BAIL ORDER

Having found probable cause exists for the further detention of <u>WILSON, MAURICE</u>, the Court next determined the conditions of release for the accused to ensure he/she will appear and answer before the proper Court.

## PART 1: PUBLIC SAFETY ASSESSMENT

The Court considered the Public Safety Assessment results and also considered the following presumptive personal bond recommendation:

- ☐ Personal Bond Recommended
- ☒ Personal Bond **NOT** Recommended
- ☐ Personal Bond Recommendation referred to Magistrate
- ☐ PSA NOT available

## PART 2: PERSONAL BOND / BAIL REQUESTS

**Presumptive Bail Amount $20,000.00**

**A. DISTRICT ATTORNEY PR BOND / BAIL REQUEST**
- Personal Bond ☐ Requested ☒ Opposed ☐ No Position
- Bail Request ☒ No DA Bail Request
  - ☐ Higher _____
  - ☐ Lower _____
  - ☐ No Bail

**B. PUBLIC DEFENDER PR BOND / BAIL REQUEST**
- Personal Bond ☐ Requested ☐ Opposed ☒ No Position
- Bail Request ☐ No PD Bail Request
  - ☐ Higher _____
  - ☒ Lower $15,000.00
  - ☐ No Bail

## PART 3: FINANCIAL AFFIDAVIT

Signed and Sworn: ☒ Yes ☐ No

## ORDER

After considering the above, the Court (1) advised the defendant of his rights pursuant to TEX. CODE CRIM. P. ART 15.17; (2) set the defendant's conditions of release in clear and unambiguous language; and (3) provided the defendant with information required by law. The Court then ORDERED the following:

**Bail is set at:** ☐ No Bail  ☒ $15,000.00  ☐ Conditions

**Personal bond is:** ☒ Not Approved  2019 conviction for PCS  ☐ Approved ☐ Conditions

The reasons for this individual assessment of the appropriate conditions of release were explained to the above-named Defendant.

January 31, 2020 16:59 PM          _[signature] 0212 1400_
**Date and Time**                  **Magistrate (Judge or Hearing Officer)**          **Interpreter (if applicable)**

Magistrate **Courtney St.Julian** (SPN **02129400**)          (Rev. July 24, 2018)          Page 2 of 2

Certified Document Number: 89208961 - Page 2 of 2



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   May 14, 2020

Certified Document Number:        89208961 Total Pages:  2

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**