# STATE INTERVENORS' MOTION TO DISMISS

## PC Court Videos

### [Disk to be filed separately]

**Exhibit B**