Case 4:19-cv-00226   Document 226   Filed on 07/28/20 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
July 28, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

| | |
|---|---|
| RUSSELL, et al. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> HARRIS COUNTY, TEXAS, et al. ) <br> ) <br> Defendants. ) <br> ) | Case No. 4:19-cv-00226 <br> (Class Action) <br> The Honorable Lee H. Rosenthal <br> U.S. District Judge |

**ORDER**

On July 24, 2020, the Court held a hearing on Plaintiffs' Partially-Opposed Motion for Leave to Take Limited Discovery, Doc. 211. Having considered the Motion, the Responses of the State Intervenors and Felony Judges, Docs. 217, 218, and the Plaintiffs' Reply, Doc. 220, the Court finds that Plaintiffs have shown good cause to take limited, targeted discovery at this time. The Court therefore GRANTS Plaintiffs' Motion, subject to the following limitations:

- Plaintiffs' Interrogatories, Doc. 211-1: Nos. 1-4 are limited to the time period January 1, 2020 to the present.

- Plaintiffs' Requests for Production, Doc. 215-1: Nos. 1, 2, and 4 are limited to the time period January 1, 2020 to the present; No. 3 is limited to the time period January 1, 2019 to the present.

- Depositions: Plaintiffs may take depositions of Judge Chuck Silverman and Judge Brian E. Warren. Plaintiffs may propose additional depositions after receiving written discovery.

It is further ORDERED that the Felony Judges must respond to Plaintiffs' discovery requests no later than August 24, 2020.

2

Ordered this  28th day of July  2020.

_____
Hon. Lee H. Rosenthal
Chief United States District Judge