IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DWIGHT RUSSELL, JOHNNIE PIERSON, JOSEPH ORTUNO, et al. | § § § | |
| *Plaintiffs,* | § | Case No: 4:19-CV-00226 |
| v. | § § | |
| HARRIS COUNTY, TEXAS, et al. | § § | |
| *Defendants.* | § § | |

## **REPORT OF SHERIFF ED GONZALEZ AUGUST 5, 2020**

Pursuant to this Court's request dated August 1, 2020, the Sheriff provides the following information:

1. The total jail population is 8,063; of that number, 6,311 are pretrial detainees, and 6,099 are felony pre-trial.

2. Of the 538 inmates put on the previously reported non-violent list, 204 have been released.

3. This report reflects only the number of HCSO CJC employees that have been tested as the HCSO recently made testing mandatory for CJC employees. 2226 of 2744 CJC employees have been tested. 394 CJC staff tested positive. 182 CJC staff are currently positive with 39 in quarantine and 3 in the hospital.

4. 6,862 inmates have been tested and 1,705 have tested positive. 1,269 of those remaining in custody who have tested positive have now recovered.

5. 2,235 inmates are in observational quarantine and 667 inmates are in buffer quarantine. 71 inmates are actively ill, with 5 in the hospital.

Respectfully submitted.

 */s/ Victoria Jimenez*
 Victoria Jimenez
 Legal Director
 FBN: 2522937
 SBN No. 24060021
 Harris County Sheriff's Office
 1200 Baker St.
 Houston, Texas 77002
 Tel: 346.286.1588
 Victoria.Jimenez@sheriff.hctx.net

 Murray Fogler
 FOGLER, BRAR, O'NEIL & GRAY, LLP
 S.D. Tex. No. 2003
 State Bar No. 07207300
 mfogler@foglerbrar.com
 909 Fannin, Suite 1640
 Houston, Texas 77010
 Tel:  713.481.1010
 Fax:  713.574.3224

 ATTORNEYS FOR SHERIFF ED GONZALEZ

## **CERTIFICATE OF SERVICE**

I certify that on August 5, 2020, a copy of this document was served on counsel of record via electronic filing in accordance with the USDC Southern District of Texas Procedures for Electronic Filing.

*/s/ Victoria Jimenez*
Victoria Jimenez
