IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RUSSELL, et al, | [] | |
|    Plaintiffs | [] | |
| | [] | No. 4:19-cv-00226 |
| v. | [] | Hon. Lee H. Rosenthal |
| | [] | U.S. District Judge |
| HARRIS COUNTY, TEXAS, et al, | [] | |
|    Defendants | [] | |

## REPORT OF SHERIFF ED GONZALEZ AUGUST 20, 2020

In anticipation of tomorrow's status conference, the Sheriff provides the following information. Two preliminary points:

First, the DA's office has been providing periodic lists of inmates to which that office has no objection to release. We know that Mr. Thiessen has followed up with defense counsel, and that the Public Defender's Office has followed up with its clients on those lists. The Sheriff plans to compile the recent lists and compare them with the current jail population to determine how many of the "non-objections" have actually been released, with the hope to have that information available soon (but not in time for tomorrow's hearing).

Second, while the COVID issues continue to slow all court proceedings, the HCSO has been attempting to coordinate with the felony judges to establish a protocol for permitting inmates who previously tested positive for COVID to appear in court. As the Court will recall, many of the felony judges issued orders prohibiting

1

any positive-testing inmates from appearing, and those orders remain in place. The HCSO, in consultation with medical authorities, has proposed a protocol by which these inmates, who have recovered and tested negative, may now appear in court. We may need this Court's assistance in pushing this protocol through.

The numbers:

1. The total jail population is 8,295, an increase of 232 from the August 5, 2020 report.

2. Of the 2744 HCSO CJC employees, 2488 have been tested. 134 are currently positive.

3. 8,140 inmates tested, with these results: 6,113 negative; and 2,018 positive (with 1,457 now recovered).

4. 2,228 inmates in observational quarantine; 599 inmates in buffer quarantine. 51 inmates are actively ill, with 4 in the hospital.

Respectfully submitted.

*/s/ Murray Fogler*
Murray Fogler
FOGLER, BRAR, O'NEIL & GRAY, LLP
S.D. Tex. No. 2003
State Bar No. 07207300
mfogler@foglerbrar.com
909 Fannin, Suite 1640
Houston, Texas 77010
Tel: 713.481.1010
Fax: 713.574.3224

Victoria Jimenez

2

>Legal Director
>Harris County Sheriff's Office
>1200 Baker St.
>Houston, Texas 77002
>Tel: 346.286.1588
>Victoria.Jimenez@sheriff.hctx.net
>
>ATTORNEYS FOR SHERIFF ED GONZALEZ

## CERTIFICATE OF SERVICE

I certify that on August 20, 2020, a copy of this document was served on counsel of record via electronic filing in accordance with the USDC Southern District of Texas Procedures for Electronic Filing.

>*/s/ Murray Fogler*
>Murray Fogler