# Misdemeanor Bail Schedule for the Harris County Criminal Courts at Law

as amended on September 6, 2012

Pursuant to the agreed final judgment and order of the federal court in Roberson v. Richardson (No. H-84-2974), Southern District of Texas [1987]), the Harris County Criminal Court at Law Judges promulgate this initial bail schedule. The district attorney shall affix an initial bail amount at the time a complaint is filed in a county criminal court at law. The initial bail amount shall be determined by either presenting relevant information in the possession of the district attorney to a county criminal court at law judge, or Harris County Hearing Officer, or by applying the initial bail schedule. The district clerk shall record the bail amount set by the judicial officer or applied by the district attorney from the initial bail schedule in the case file. This shall be the exclusive means of setting the initial amount of bail, unless otherwise directed by the Judges of the Harris County Criminal Courts at Law.

**Misdemeanor Bail Schedule**

| Class: | B, Standard Offense | |
| --- | --- | --- |
| | 1st Offense | $500 |
| | 2nd Offense | $500, plus $500 for each prior misdemeanor conviction |
| | | plus $1,000 for each prior felony conviction |
| | | Not to exceed $5,000 |
| Class: | A, Standard Offense | |
| | 1st Offense | $1,000 |
| | 2nd Offense | $1,000, plus $500 for each prior misdemeanor conviction |
| | | $1,000 plus $1,000 for each prior felony conviction |
| | | not to exceed $5,000 |
| Class: | Family Violence or Threat of Violence | |
| | 1st Offense | $1,500 |
| | 2nd Offense | Plus $2,000 for each prior conviction for a violent offense or threat of violence |
| Class: | DWI | |
| | First Offense | $500 |
| | Subsequent Offense | $2,500 plus $1,000 for each prior conviction not to exceed $5,000 |
| Class: | Any offense committed while on bond, community supervision, intervention, or parole. | $5,000 |
| | Any motion to adjudicate or revoke community supervision. | $5,000 |

The initial bail amount shall be determined by application of the bail schedule. In any case where the district attorney desires a bond higher than that on the bail schedule, the district attorney shall make a request to a judge of the county criminal court at law or a criminal law hearing officer. The order, when

signed by the judge or hearing officer shall be provided to the district clerk along with the complaint and information for filing.

The district clerk shall apply the amount of bond from the bail schedule except in cases where the district attorney has provided the clerk with an order setting bail signed by a judge of a county criminal court at law or a criminal law hearing officer, in which case the clerk will apply the amount of bail provided for in the order setting bail.

If the clerk does not receive an order setting bail or if the amount of bail exceeds the amount provided for in the bail schedule, the clerk shall make an entry in the bail field as provided by Rule 2D, and bail will then be set by a judicial officer.

