# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

|  |  |  |
|---|---|---|
| DWIGHT RUSSELL, et al, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | No. 4:19-cv-226 |
| | § | |
| HARRIS COUNTY, TEXAS, et al., | § | |
| | § | |
| Defendants. | § | |
| | § | |

## ORDER GRANTING MOTION TO INTERVENE

The motion to intervene filed by Mario Garza and the Professional Bondsmen of Harris County is GRANTED.  Movants are hereby granted LEAVE to file their Partial Joinder in the motions to dismiss filed by the State of Texas, Governor Greg Abbott, Attorney General Ken Paxton, Hon. Frank Aguilar, Hon. Abigail Anastasio, Hon. Ramona Franklin, Hon. Greg Glass, Hon. Nikita Harmon, Hon. Josh Hill, Hon. Kelli Johnson, Hon. Robert Johnson, Hon. DaSean Jones, Hon. Hazel B. Jones, Hon. Danilo Lacayo, Hon. Jason Luong, Hon. Amy Martin, Hon. Jesse McClure, III, Hon. Chris Morton, Hon. George Powell, Hon. Herb Ritchie, Hon. Randy Roll, Hon. Brock Thomas, and the Hon. Hilary Unger.

Signed this ____ day of _____, 2020.

_____
**Hon. Lee H. Rosenthal**
**Chief United States District Judge**