**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| RUSSELL, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 4:19-cv-00226 |
| v. | ) | (Class Action) |
| | ) | The Honorable Lee H. Rosenthal |
| HARRIS COUNTY, TEXAS, et al. | ) | U.S. District Judge |
| | ) | |
| Defendants. | ) | |
| | ) | |

## AGREED MOTION FOR PROTECTIVE ORDER

Plaintiffs respectfully request that the Court enter the Proposed Protective Order to which all parties have agreed. *See* Exhibit A (the "Agreed Order"). The Agreed Order will promote efficient discovery. It is based on the Protective Order entered in *ODonnell* (*ODOnnell v. Harris County*, Case No. 16-cv-1414 (S.D. Tex. Nov. 15, 2016), Dkt. 91), but includes several changes intended to promote transparency, streamline disputes, and avoid unnecessarily burdening the Court and the parties with litigation relating to confidentiality designations.

Provision 1 sets forth eleven (11) specific categories of information that the parties agree should be treated as Confidential. These categories are based on experience working in Harris County and the specific types of sensitive, personal information that are likely to be exchanged in discovery in this specific case. Provision 1(a) sets forth a process for the Parties to confer and add other categories of information to the list in Provision 1 without requiring Court involvement, unless there are disputes about whether to add a proposed category.

Provision 3 requires the producing party to state with specificity, at the time of production, the reason any document or portion of a document was designated Confidential. This provision is not intended to be burdensome, and can be complied with in any reasonable way, including an

1

email stating the basis for the designations, a cover letter, or a log. It is drafted to ensure there is clarity about the reasons a document was designated Confidential and is intended to avoid both unnecessary back-and-forth between counsel and disputes requiring Court involvement.

Provision 8 applies specifically to data and is intended to ensure that important information about a government system affecting tens of thousands of people every year is public to the maximum extent possible, while also protecting sensitive health, financial, and identifying information. Like Provision 1(a), this provision strikes a balance between legitimate privacy concerns and the default rule that court proceedings—state and federal—must occur in the open.

Finally, Provision 16 sets forth a simple, streamlined process for challenging the designation of certain documents as "Confidential." It requires the parties to confer and, if they cannot reach agreement, requires the receiving party to file a motion challenging the designation and the producing party to demonstrate that the designation is proper under the Protective Order.

The Agreed Order should be entered.

Date: September 3, 2020

/s/ Alec Karakatsanis
/s/ Elizabeth Rossi
Alec George Karakatsanis (*Pro Hac Vice*)
alec@civilrightscorps.org
Elizabeth Rossi (*Pro Hac Vice*)
elizabeth@civilrightscorps.org
Civil Rights Corps
1601 Connecticut Ave NW, Suite 800
Washington, DC 20009
Telephone: (202) 681-2721

/s/ Liyah Brown
Mimi Marziani (*Pro Hac Vice*)
Texas State Bar No. 24091906
mimi@texascivilrightsproject.org
Liyah Brown (*Pro Hac Vice*)
D.C. Bar No. 500149

Respectfully Submitted,

/s/ Neal S. Manne
Neal S. Manne
Texas Bar No. 12937980
nmanne@susmangodfrey.com
Lexie G. White
Texas Bar No. 24048876
lwhite@susmangodfrey.com
Joseph S. Grinstein
Texas Bar No. 24002188
jgrinstein@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

/s/ Michael Gervais

2

liyah@texascivilrightsproject.org
Peter Steffensen
Texas State Bar No. 24106464
Southern District No. 3327006
peter@texascivilrightsproject.org
Texas Civil Rights Project
2202 Alabama Street
Houston, TX 77004
Telephone: 512-474-5073 ext. 118

Michael Gervais (*Pro Hac Vice*)
mgervais@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, #1400
Los Angeles, CA 90067
Telephone: (310) 789-3100

## CERTIFICATE OF SERVICE

I certify that on September 3, 2020 a true and correct copy of this document properly was

served on counsel of record via electronic filing in accordance with the USDC, Southern District

of Texas Procedures for Electronic Filing.

/s/ Elizabeth Rossi
Elizabeth Rossi