# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| RUSSELL, ET AL., <br>      Plaintiffs, <br><br> vs. <br><br> HARRIS COUNTY, TEXAS, ET AL., <br>      Defendants | Civil Action No. 4:19-cv-226 <br> The Honorable Lee H. Rosenthal <br> U.S. District Judge |

**RESPONSE IN OPPOSITION TO BAIL BONDSMEN'S MOTION TO INTERVENE BY JUDGES CHUCK SILVERMAN, BRIAN E. WARREN, AND LORI C. GRAY IN THEIR OFFICIAL CAPACITY AS JUDGES OF THE 183RD, 209RD, AND 262ND DISTRICT COURTS, HARRIS COUNTY, TEXAS**

Mario Garza and the Professional Bondsmen of Harris County ("Bondsmen") do not have a proper legal basis for intervention in this case. In support of this statement, Judges Chuck Silverman ("Judge Silverman"), Brian E. Warren ("Judge Warren"), and Lori C. Gray ("Judge Gray") adopt the analysis set forth in Plaintiffs' opposition to Bondsmen's motion to intervene and join in that opposition. *See generally* Plaintiffs' Response in Opposition to Bail Bondsmen's Motion to Intervene (Dkt. No. 282). Furthermore, Judges Silverman, Warren, and Gray specifically reject the Bondsmen's characterization that their support of bail reform is solely based on policy grounds, as opposed to constitutional or statutory grounds. *See* Motion to Intervene (Dkt. No. 252) at 5. Nor, as the Bondsmen suggest, has any of Judges Silverman,

Warren, or Gray ever employed a felony bail "schedule." *See* Motion to Intervene (Dkt. No. 252) at 6-8, 16.

Therefore, for the reasons set forth in Plaintiff's opposition and adopted herein, Judges Silverman, Warren, and Gray respectfully ask the Court to deny the Bondsmen's motion to intervene.

Respectfully submitted.

*/s/ G. Allan Van Fleet*
G. Allan Van Fleet, P.C.
Attorney-in-Charge
Texas Bar No. 20494700
Southern District No. 527
6218 Elm Heights Lane, Suite 201
Houston, Texas 77081
(713) 826-1954 | FAX: None
allanvanfleet@gmail.com

**OF COUNSEL:**
Don Bradford Hardin Jr. (Admitted Pro Hac Vice)
Virginia State Bar No. 76812
Anastasia Liounakos (Admitted Pro Hac Vice)
DC Bar no. 1035450
Matthew Diggs (Admitted Pro Hac Vice)
Washington State Bar No. 36331
Davis Wright Tremaine LLP
1301 K Street NW, Suite 500 East
Washington, DC  20005
(202) 973-4238
BradfordHardin@dwt.com
AnastasiaLiounakos@dwt.com
MatthewDiggs@dwt.com

## **CERTIFICATE OF SERVICE**

I certify that on September 10, 2020 a true and correct copy of this document properly was served on counsel of record via electronic filing in accordance with the USDC, Southern District of Texas Procedures for Electronic Filing.

*/s/ G. Allan Van Fleet*
G. Allan Van Fleet, P.C.