UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DWIGHT RUSSELL, *et al.*,<br>　*Plaintiffs*,<br><br>v.<br><br>HARRIS COUNTY, TEXAS, *et al.*,<br>　*Defendants*. | §<br>§<br>§<br>§    CASE NO. 4:19-CV-00226<br>§<br>§<br>§ |

## NOTICE OF APPEARANCE

The State of Texas, the Honorable Greg Abbott, Governor of Texas, and the Honorable Ken Paxton, Attorney General of Texas ("State Intervenors") notify the Court that Assistant Attorney General Kimberly Gdula hereby appears in this case on their behalf. Ms. Gdula is a member in good standing with the State Bar of Texas and can be contacted at the address, telephone number, and email addresses listed below.

State Intervenors respectfully request that the parties and the Court include Ms. Gdula in all future correspondence and that Plaintiffs include her in all future service.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

RYAN L. BANGERT
Deputy First Assistant
Attorney General

ERIC A. HUDSON
Special Counsel
Special Litigation Unit
Texas Bar No. 24059977
Southern District ID: 1000759
Eric.Hudson@oag.texas.gov
P.O. Box 12548, Capitol Station Austin, Texas 78711-2548
(512) 936-1414 | FAX: (512) 936-0545

DARREN L. MCCARTY
Deputy Attorney General for
Civil Litigation

THOMAS A. ALBRIGHT
Chief for General Litigation Division

/s/ Kimberly Gdula
ADAM ARTHUR BIGGS
Special Litigation Counsel
Attorney-in-Charge
State Bar 24077727 | So. Dist. 2964087
Adam.Biggs@oag.texas.gov

MATTHEW BOHUSLAV
State Bar 1303218 | So. Dist. 1303218
Matthew.Bohuslav@oag.texas.gov

TODD A. DICKERSON
State Bar 24118368 | So. Dist. 3544329
Todd.Dickerson@oag.texas.gov

KIMBERLY GDULA
State Bar 24052209 | So. Dist. 1092074
Kimberly.Gdula@oag.texas.gov

CAROLINE ALYSSA MERIDETH
State Bar 24091501 | So. Dist. 3555429
Caroline.Merideth@oag.texas.gov

DOMINIQUE G. STAFFORD
State Bar 24079382| So. Dist. 3195055
Dominique.Stafford@oag.texas.gov

Assistant Attorneys General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 | FAX: (512) 320-0667

*COUNSEL FOR INTERVENORS*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been sent by electronic notification through ECF by the United States District Court, Southern District of Texas, Houston Division, on September 18, 2020, to all counsel of record.

*/s/ Kimberly Gdula*
KIMBERLY GDULA
Assistant Attorney General