UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Dwight Russell, et al.

v.                                                          Case Number: 4:19−cv−00226

Harris County, Texas, et al.

NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:**   by video
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 9/30/2020

**TIME:** 11:00 AM

**TYPE OF PROCEEDING:** Pre−Motion Conference

Date:   September 23, 2020

David J. Bradley, Clerk