IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RUSSELL, ET AL.,<br>    Plaintiffs,<br><br>vs.<br><br>HARRIS COUNTY, TEXAS, ET AL.,<br>    Defendants | Civil Action No. 4:19-cv-226<br>The Honorable Lee H. Rosenthal<br>U.S. District Judge |

**NOTICE OF SUBSTITUTION OF COUNSEL FOR THE HONORABLE DANILO LACAYO IN HIS OFFICIAL CAPACITY AS A JUDGE OF THE 182ND DISTRICT COURTS, HARRIS COUNTY, TEXAS**

Judge Danilo Lacayo ("Judge Lacayo") believes that the criminal justice system should always reflect fairness and equal treatment for all, whether it pertains to bail or any other part of the criminal justice system. It is his commitment every day as a judge of the 182nd District Court to ensure that all citizens get equal justice. Therefore, he supports the efforts to promote and shape bond reform in favor of a more just system.

In accordance with Judge Lacayo's interest in achieving prompt and meaningful bond reform in Harris County, and at Judge Lacayo's request, please take notice that the following attorneys are hereby substituted as attorneys for Judge Lacayo in his official capacity as a judge of the 182nd District Court, Harris County, TX:

**Davis Wright Tremaine LLP**

Don Bradford Hardin Jr. (Admitted Pro Hac Vice)
Virginia State Bar No. 76812
Anastasia Liounakos (Admitted Pro Hac Vice)
DC Bar no. 1035450
Matthew Diggs (Admitted Pro Hac Vice)
Washington State Bar No. 36331
Davis Wright Tremaine LLP
1301 K Street NW, Suite 500 East
Washington, D.C. 20005
(202) 973-4238
BradfordHardin@dwt.com
AnastasiaLiounakos@dwt.com
MatthewDiggs@dwt.com

**G. Allan Van Fleet, P.C.**
Texas Bar No. 20494700
6218 Elm Heights Lane, Suite 201
Houston, Texas 77081
(713) 826-1954
allanvanfleet@gmail.com

Judge Lacayo's prior counsel, Assistant Attorney General Courtney Corbello of the Office of the Attorney General for the State of Texas, has been advised of the substitution of counsel.

    Respectfully submitted.

    */s/ G. Allan Van Fleet*
    G. Allan Van Fleet, P.C.
    Attorney-in-Charge
    Texas Bar No. 20494700
    Southern District No. 527
    6218 Elm Heights Lane, Suite 201
    Houston, Texas 77081
    (713) 826-1954 | FAX: None
    allanvanfleet@gmail.com

**OF COUNSEL:**
Don Bradford Hardin Jr. (Admitted Pro Hac Vice)
Virginia State Bar No. 76812
Anastasia Liounakos (Admitted Pro Hac Vice)
DC Bar no. 1035450

Matthew Diggs (Admitted Pro Hac Vice)
Washington State Bar No. 36331
Davis Wright Tremaine LLP
1301 K Street NW, Suite 500 East
Washington, D.C. 20005
(202) 973-4238
BradfordHardin@dwt.com
AnastasiaLiounakos@dwt.com
MatthewDiggs@dwt.com