UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DWIGHT RUSSELL, *et al.*, | § | |
|    *Plaintiffs*, | § | |
| | § | |
| v. | § | CASE NO. 4:19-CV-00226 |
| | § | |
| HARRIS COUNTY, TEXAS, *et al.*, | § | |
|    *Defendants*. | § | |

**STATE INTERVENORS' UNOPPOSED MOTION TO WITHDRAW AS COUNSEL AND DESIGNATION OF ATTORNEY-IN-CHARGE**

TO THE HONORABLE LEE H. ROSENTHAL:

The State of Texas, the Honorable Greg Abbott, Governor of Texas, and the Honorable Ken Paxton, Attorney General of Texas ("State Intervenors") file this Unopposed Motion to Withdraw as Counsel and Designation of Attorney-in-Charge and respectfully show the Court the following:

1. State Intervenors are represented by the General Litigation Division of the Office of the Attorney General. Special Litigation Counsel Adam Arthur Biggs is currently assigned to this case and has appeared as lead counsel and Attorney-in-Charge. This case has been administratively reassigned to Kimberly Gdula, Assistant Attorney General.

2. Ms. Gdula has already appeared as counsel in this case for State Intervenors.

3. State Intervenors ask this Court to note the withdrawal of Adam Arthur Biggs as counsel for this case and to designate Kimberly Gdula as lead counsel and

Attorney-in-Charge in the above-styled and numbered cause of action, and requests that all future documents on this case be referred to Ms. Gdula at the address shown below.

    4.    Notice of this intention will be provided to all counsel of record.

    5.    This motion is unopposed.

Respectfully submitted.

| | |
|---|---|
| KEN PAXTON<br>Attorney General of Texas | DARREN L. MCCARTY<br>Deputy Attorney General for<br>Civil Litigation |
| JEFFREY C. MATEER<br>First Assistant Attorney General | THOMAS A. ALBRIGHT<br>Chief for General Litigation Division |
| RYAN L. BANGERT<br>Deputy First Assistant<br>Attorney General | */s/ Adam Arthur Biggs*<br>ADAM ARTHUR BIGGS<br>Special Litigation Counsel<br>Attorney-in-Charge<br>State Bar 24077727 \| So. Dist. 2964087<br>Adam.Biggs@oag.texas.gov |
| ERIC A. HUDSON<br>Special Counsel<br>Special Litigation Unit<br>Texas Bar No. 24059977<br>Southern District ID: 1000759<br>Eric.Hudson@oag.texas.gov<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>(512) 936-1414 \| FAX: (512) 936-0545 | MATTHEW BOHUSLAV<br>State Bar 1303218 \| So. Dist. 1303218<br>Matthew.Bohuslav@oag.texas.gov<br><br>TODD A. DICKERSON<br>State Bar 24118368 \| So. Dist. 3544329<br>Todd.Dickerson@oag.texas.gov<br><br>KIMBERLY GDULA<br>State Bar 24052209 \| So. Dist. 1092074<br>Kimberly.Gdula@oag.texas.gov<br><br>CAROLINE ALYSSA MERIDETH<br>State Bar 24091501 \| So. Dist. 3555429<br>Caroline.Merideth@oag.texas.gov<br><br>DOMINIQUE G. STAFFORD<br>State Bar 24079382\| So. Dist. 3195055<br>Dominique.Stafford@oag.texas.gov<br><br>Assistant Attorneys General<br>General Litigation Division<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>(512) 463-2120 \| FAX: (512) 320-0667 |

### CERTIFICATE OF CONFERENCE

I certify I conferred with Neale Mann, Counsel for Plaintiffs, Rachel Fraser, Counsel for Defendant Harris County, and Victoria Jimenez, Counsel for Defendant Sheriff Ed Gonzalez via telephone conversations this week, who each stated that they are not opposed to this motion.

> */s/ Adam Arthur Biggs*
> ADAM ARTHUR BIGGS
> Special Litigation Counsel

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been sent by electronic notification through ECF by the United States District Court, Southern District of Texas, Houston Division, on September 25, 2020 to all counsel of record.

> */s/Adam Arthur Biggs*
> ADAM ARTHUR BIGGS
> Special Litigation Counsel