United States District Court
Southern District of Texas
**ENTERED**
September 29, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DWIGHT RUSSELL, *et al.*, §<br>    *Plaintiffs*, §<br> §<br>v. §<br> §<br>HARRIS COUNTY, TEXAS, *et al.*, §<br>    *Defendants*. § | CASE NO. 4:19-CV-00226 |

### ORDER GRANTING STATE INTERVENORS' UNOPPOSED MOTION TO WITHDRAW AS COUNSEL AND DESIGNATION OF ATTORNEY-IN-CHARGE

The Court having considered the State Intervenors' Unopposed Motion to Withdraw as Counsel and Designation of Attorney-in-Charge. After reviewing the Motion, and for good cause having been demonstrated, the Court finds that the motion [Dkt. 294] should be GRANTED.

IT IS THEREFORE ORDERED by the Court that Adam Arthur Biggs is hereby granted leave to withdraw as counsel of record for State Intervenors, The State of Texas, the Honorable Greg Abbott, Governor of Texas, and the Honorable Ken Paxton, Attorney General of Texas in this matter.

IT IS FURTHER ORDERED that Kimberly Gdula is hereby designated as Attorney-in-Charge for State Intervenors The State of Texas, the Honorable Greg Abbott, Governor of Texas, and the Honorable Ken Paxton, Attorney General of Texas.

SIGNED this 28th day of September, 2020.

_____
LEE H. ROSENTHAL
Chief, United States District Judge