UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Dwight Russell, et al.

v.                                              Case Number: 4:19–cv–00226

Harris County, Texas, et al.

NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
by video
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 10/1/2020

**TIME:** 03:30 PM

**TYPE OF PROCEEDING:** Pre–Motion Conference


Date:    September 29, 2020

                                                  David J. Bradley, Clerk