IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

| | |
|---|---|
| RUSSELL, et al._<br><br>Plaintiffs,<br><br>v.<br><br>HARRIS COUNTY, TEXAS, et al.<br><br>Defendants. | Case No. 4:19-cv-00226<br>(Class Action)<br>The Honorable Lee H. Rosenthal<br>U.S. District Judge |

## PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR LEAVE TO FILE A SURREPLY

Plaintiffs filed a motion seeking leave to file a surreply—which was unopposed by Harris County, the Sheriff, and four of the Felony Judges—without detailing their substantive arguments on surreply because doing so could have been seen as improperly putting those arguments in front of the Court without first obtaining leave to do so. The 19 Felony Judges, however, have opposed Plaintiffs' surreply, arguing: "The District Judges only ask this Court to do what it has previously and hold Plaintiffs to its standard of filing a proposed surreply that identifies the new arguments that were raised by the District Judges." Dkt. 296 at 4. The State Intervenors adopt the 19 Felony Judges' arguments. Dkt. 299 at 2.

Because the 19 Felony Judges and the State prefer Plaintiffs to put their substantive surreply arguments before the Court in seeking leave to file them, the Plaintiffs hereby withdraw their original motion for leave (Dkt. 295). Instead, Plaintiffs will re-file on Friday a new motion for leave, to which they will attach their proposed surreply.

Date: September 29, 2020

*/s/ Alec Karakatsanis*

Respectfully Submitted,

*/s/ Neal S. Manne*

| | |
|---|---|
| */s/ Elizabeth Rossi* <br> Alec George Karakatsanis (*Pro Hac Vice*) <br> alec@civilrightscorps.org <br> Elizabeth Rossi (*Pro Hac Vice*) <br> elizabeth@civilrightscorps.org <br> Civil Rights Corps <br> 1601 Connecticut Ave NW, Suite 800 <br> Washington, DC 20009 <br> Telephone: (202) 681-2721 <br><br> */s/ Liyah Brown* <br> Mimi Marziani (*Pro Hac Vice*) <br> Texas State Bar No. 24091906 <br> mimi@texascivilrightsproject.org <br> Liyah Brown (*Pro Hac Vice*) <br> D.C. Bar No. 500149 <br> liyah@texascivilrightsproject.org <br> Peter Steffensen <br> Texas State Bar No. 24106464 <br> Southern District No. 3327006 <br> peter@texascivilrightsproject.org <br> Texas Civil Rights Project <br> 2202 Alabama Street <br> Houston, TX 77004 <br> Telephone: 512-474-5073 ext. 118 | Neal S. Manne <br> Texas Bar No. 12937980 <br> nmanne@susmangodfrey.com <br> Lexie G. White <br> Texas Bar No. 24048876 <br> lwhite@susmangodfrey.com <br> Joseph S. Grinstein <br> Texas Bar No. 24002188 <br> jgrinstein@susmangodfrey.com <br> SUSMAN GODFREY L.L.P. <br> 1000 Louisiana Street, Suite 5100 <br> Houston, Texas 77002 <br> Telephone: (713) 651-9366 <br> Facsimile: (713) 654-6666 <br><br> */s/ Michael Gervais* <br> Michael Gervais (*Pro Hac Vice*) <br> mgervais@susmangodfrey.com <br> SUSMAN GODFREY L.L.P. <br> 1900 Avenue of the Stars, #1400 <br> Los Angeles, CA 90067 <br> Telephone: (310) 789-3100 |

## **CERTIFICATE OF SERVICE**

I certify that on September 29, 2020 a true and correct copy of this document properly was served on counsel of record via electronic filing in accordance with the USDC, Southern District of Texas Procedures for Electronic Filing.

*/s/ Elizabeth Rossi*
Elizabeth Rossi