**TRANSCRIPT ORDER FORM (CKT-13) READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING**

District Court __Southern District__ District Court Docket No. __4:19-cv-00226__

Short Case Title __Russell, et al. v. Harris County, Texas, et al.__

**ONLY ONE COURT REPORTER PER FORM** Court Reporter __N. Forrest__

Date Notice of Appeal Filed in the District Court __11/10/2020__ Court of Appeals No. __20-20587__

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)
**A. Complete the Following:**
☐No hearings ☐Transcript is unnecessary for appeal purposes ☐Transcript is already on file in the Clerk's Office
**OR**
  **Check all of the following that apply, include date of the proceeding.**
  This is to order a transcript of the following proceedings: ☐Bail Hearing _____ ☐Voir Dire _____
☐Opening Statement of Plaintiff _____ ☐Opening Statement of Defendant _____
☐Closing Argument of Plaintiff _____ ☐Closing Argument of Defendant:_____
☐Opinion of court _____ ☐Jury Instructions _____ ☐Sentencing _____
Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| 7/25/2019 | Status Conference | Judge Lee Rosenthal |
|  |  |  |
|  |  |  |
|  |  |  |

**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**
**B. This is to certify satisfactory financial arrangements have been made. Method of Payment:**
☐Private Funds; ☐Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐Other IFP Funds; ☐Advance Payment Waived by Reporter; ☐U.S. Government Funds
■Other __State of Texas OAG__

Signature __/s/ Courtney Corbello__ Date Transcript Ordered __11/23/2020__

Print Name __Courtney Corbello__ Phone __512-475-3586__

Counsel for __Felony Judges: Aguilar, Anastasio, Franklin, Glass, Harmon, Hill, K. Johnson, R. Johnson, D. Jones, H. Jones, Luong, Martin, McClure, Morton, Ritchie, Thomas, Unger, Powell, & Roll__

Address __Office of the Attorney General, MC-012, P.O. Box 12548, Austin, Texas 78711-2548__

Email of Attorney: __courtney.corbello@oag.texas.gov__

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
|  |  |  |  |

Payment arrangements have NOT been made or are incomplete.

Reason: ☐Deposit not received ☐Unable to contact ordering party ☐Awaiting creation of CJA 24 eVoucher
   ☐Other (Specify) _____

Date _____ Signature of Reporter _____ Tel._____
Email of Reporter

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

   This is to certify that the transcript has been completed and filed at the District Court today.

   Actual Number of Pages _____ Actual Number of Volumes_____

Date _____ Signature of Reporter _____