**TRANSCRIPT ORDER FORM (DKT 13)** <span style="color:red">**READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING**</span>

District Court ___Southern District___ District Court Docket No. ___4:19-cv-00226___

Short Case Title ___Russell, et al. v. Harris County, Texas, et al.___

**ONLY ONE COURT REPORTER PER FORM** Court Reporter ___M. Malone___

Date Notice of Appeal Filed in the District Court ___11/10/2020___ Court of Appeals No. ___20-20587___

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**
☐No hearings ☐Transcript is unnecessary for appeal purposes ☐Transcript is already on file in the Clerk's Office
 **OR**
 **Check all of the following that apply, include date of the proceeding**.
 This is to order a transcript of the following proceedings: ☐Bail Hearing _____ ☐Voir Dire _____
☐Opening Statement of Plaintiff _____ ☐Opening Statement of Defendant _____
☐Closing Argument of Plaintiff _____ ☐Closing Argument of Defendant: _____
☐Opinion of court _____ ☐Jury Instructions _____ ☐Sentencing _____
Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| 6/18/2020 | Status Conference | Judge Lee Rosenthal |
| | | |
| | | |
| | | |

<span style="color:red">**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**</span>

**B. This is to certify satisfactory financial arrangements have been made. Method of Payment:**
☐Private Funds; ☐Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐Other IFP Funds; ☐Advance Payment Waived by Reporter; ☐U.S. Government Funds
☑Other ___State of Texas OAG___

Signature ___/s/ Courtney Corbello___ Date Transcript Ordered ___11/23/2020___
Print Name ___Courtney Corbello___ Phone ___512-475-3586___
Counsel for ___Felony Judges: Aguilar, Anastasio, Franklin, Glass, Harmon, Hill, K. Johnson, R. Johnson, D. Jones, H. Jones, Luong, Martin, McClure, Morton, Ritchie, Thomas, Unger, Powell, & Roll___
Address ___Office of the Attorney General, MC-012, P.O. Box 12548, Austin, Texas 78711-2548___
Email of Attorney: ___courtney.corbello@oag.texas.gov___

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
| | | | |

Payment arrangements have NOT been made or are incomplete.

Reason: ☐Deposit not received ☐Unable to contact ordering party ☐Awaiting creation of CJA 24 eVoucher
 ☐Other (Specify) _____

Date _____ Signature of Reporter _____ Tel._____
Email of Reporter _____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

 This is to certify that the transcript has been completed and filed at the District Court today.

 Actual Number of Pages _____ Actual Number of Volumes _____

Date _____ Signature of Reporter _____