# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED

NOV 24 2020

David J. Bradley, Clerk of Court

```
20201110-148
```
Jason Callicotte
2118 Washington Avenue
Houston, TX 77007

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

---

Date: Tuesday, November 10, 2020
Case Number: 4:19-cv-00226
Document Number: 324 (1 page)
Notice Number: 20201110-148
Notice: The attached order has been entered.

---



CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

United States Courts
Southern District of Texas
FILED

NOV 24 2020

David J. Bradley, Clerk of Court

U.S. POSTAGE >> PITNEY BOWES
$ 000.50
ZIP 77002
02 1W
0001374615 NOV 12 2020

NIXIE    773   DE 1        0011/22/20
         RETURN TO SENDER
         NO SUCH NUMBER
         UNABLE TO FORWARD
    BC: 77208101010    *0233-02294-12-44