# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

20201113-40

United States Courts
Southern District of Texas

Jason Callicotte
2118 Washington Avenue
Houston, TX 77007

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

United States Courts
Southern District
DEC
David J. Bradley, Clerk

---

Date: Friday, November 13, 2020
Case Number: 4:19-cv-00226
Document Number: 329 (5 pages)
Notice Number: 20201113-40
Notice: The attached order has been entered.

---

U.S. POSTAGE PITNEY BOWES
ZIP 77002 $ 000.65⁰
02 1W
0001374615 NOV 13 2020

United States Courts
Southern District of Texas
FILED
DEC - 1 2020
David J. Bradley, Clerk of Court

NIXIE 773 SE 1 7211/22/20
RETURN TO SENDER
VACANT
UNABLE TO FORWARD

VAC
77208>1010

BC: 77208101010 *0593-05049-22-22

77007$6137 C039