UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DWIGHT RUSSELL, *et al.*, | § | |
|     *Plaintiffs*, | § | |
| | § | |
| v. | § | |
| | § | Case No. 4:19-cv-00226 |
| HARRIS COUNTY, TEXAS, *et al.*, | § | |
|     *Defendants*, | § | |
| | § | |
| STATE OF TEXAS, *et al.*, | § | |
|     *Intervenor-Defendants*. | § | |

**ORDER GRANTING STATE INTERVENORS'
UNOPPOSED MOTION TO WITHDRAW**

Before the Court is the State of Texas', Governor of Texas', and Attorney General of Texas' ("State Intervenors") Unopposed Motion to Withdraw. After consideration of the State Intervenors' motion, the Court is of the opinion that the motion has merit and should be GRANTED.

IT IS THEREFORE ORDERED that State Intervenors' Motion to Withdraw is GRANTED and the State Intervenors are, accordingly, no longer involved in this matter.

SIGNED on this the _____ day of December, 2020.

 

LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE