United States District Court
Southern District of Texas
**ENTERED**
December 04, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DWIGHT RUSSELL, *et al.*, | § | |
|     *Plaintiffs,* | § | |
| | § | |
| v. | § | |
| | § | |
| HARRIS COUNTY, TEXAS, *et al.*, | § | Case No. 4:19-cv-00226 |
|     *Defendants,* | § | |
| | § | |
| STATE OF TEXAS, *et al.*, | § | |
|     *Intervenor-Defendants.* | § | |

---

## ORDER GRANTING STATE INTERVENORS' UNOPPOSED MOTION TO WITHDRAW

---

Before the Court is the State of Texas', Governor of Texas', and Attorney General of Texas' ("State Intervenors") Unopposed Motion to Withdraw. After consideration of the State Intervenors' motion, the Court is of the opinion that the motion has merit and should be GRANTED.

IT IS THEREFORE ORDERED that State Intervenors' Motion to Withdraw is GRANTED and the State Intervenors are, accordingly, no longer involved in this matter.

SIGNED on this the ___4th___ day of December, 2020.

_____

LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE