# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

20201110-96

Jason Callicotte
2118 Washington
Houston, TX 77007

United States Courts
Southern District of Texas
FILED

DEC 07 2020

David J. Bradley, Clerk of Court

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Tuesday, November 10, 2020
Case Number: 4:19-cv-00226
Document Number: 326 (65 pages)
Notice Number: 20201110-96
Notice: The attached order has been entered.

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

$003.20
Q0001374615 NOV 12 2020

United States Courts
Southern District of Texas
FILED

DEC 07 2020

David J. Bradley, Clerk of Court

-R-T-S-   770075036-1N   12/02/20
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
RETURN TO SENDER