United States Courts
Southern District of Texas
FILED

December 10, 2020

David J. Bradley, Clerk of Court

## United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

December 10, 2020

Mr. Johnny Sanchez
U.S. District Court
Southern District of Texas
515 Rusk Street
Room 8004
Houston, TX 77002

    No. 20-20587    Dwight Russell, et al v. Harris County, Texas, et al
                            USDC No. 4:19-CV-226

Dear Mr. Sanchez,

We have not received your acknowledgment of the enclosed purchase order for the transcript in this case. We assume the appellant has made the necessary financial arrangements for preparing the transcript. You have 30 days from the date we received the purchase order to file the transcript with the district court clerk. We will adjust this time only in the event financial arrangements are not complete.

If you do not file the transcript within the 30 day period, we will invoke a 10% discount. **If you require additional time to file the transcript, you must file a motion setting out the reasons for the extension before the discount date expires. A request for extension to file the transcript does not waive the mandatory fee reduction. You must separately request and justify your need to obtain a fee reduction waiver.**

                                       Sincerely,

                                       LYLE W. CAYCE, Clerk

                                       By: _____
                                       Christina A. Gardner, Deputy Clerk
                                       504-310-7684

Enclosure(s)

cc:  Mr. David J. Bradley
     Ms. Courtney Brooke Corbello
     Mr. Alec George Karakatsanis

District Court **Southern District, Houston Division**  District Court Docket No. **4:19-CV-00226**

Short Case Title **Russell, et al. v. Harris County, Texas, et al.**

**ONLY ONE COURT REPORTER PER FORM** Court Reporter **Johnny Sanchez**

Date Notice of Appeal Filed in the District Court **11/10/2020**   Court of Appeals No. **20-20587**

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**

☐ No hearings  ☐ Transcript is unnecessary for appeal purposes  ☐ Transcript is already on file in the Clerk's Office

**OR**

**Check all of the following that apply, include date of the proceeding.**

This is to order a transcript of the following proceedings: ☐ Bail Hearing _____ ☐ Voir Dire _____
☐ Opening Statement of Plaintiff _____  ☐ Opening Statement of Defendant _____
☐ Closing Argument of Plaintiff _____  ☐ Closing Argument of Defendant: _____
☐ Opinion of court _____  ☐ Jury Instructions _____  ☐ Sentencing _____

Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| 10/5/2020 | Motion Hearing | Chief Judge Lee Rosenthal |
|  |  |  |
|  |  |  |
|  |  |  |

Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for **DISMISSAL OF APPEAL**.

**B.** This is to certify satisfactory financial arrangements have been made. Method of Payment:
☐ Private Funds;  ☐ Criminal Justice Act Funds **(Enter Authorization-24 via eVoucher)**;
☐ Other IFP Funds;  ☐ Advance Payment Waived by Reporter;  ☐ U.S. Government Funds
☒ Other **State of Texas, OAG**

Signature **/s/ Courtney Corbello**   Date Transcript Ordered **11/17/20**

Print Name **Courtney Corbello**   Phone **512-475-3586**

Counsel for **Felony Judges: Aguilar, Anastasio, Franklin, Glass, Harmon, Hill, K. Johnson, R. Johnson, D. Jones, H. Jones, Luong, Martin, McClure, Morton, Ritchie, Thomas, Unger, Powell, and Roll**

Address **P.O. Box 12548, Austin, Texas 78711-2548**

Email of Attorney: **courtney.corbello@oag.texas.gov**

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
|  |  |  |  |

Payment arrangements have NOT been made or are incomplete.

Reason:  ☐ Deposit not received  ☐ Unable to contact ordering party  ☐ Awaiting creation of CJA 24 eVoucher

☐ Other (Specify) _____

Date _____ Signature of Reporter _____ Tel. _____

Email of Reporter _____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____   Actual Number of Volumes _____

Date _____ Signature of Reporter _____