# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED

DEC 2 1 2020

David J. Bradley, Clerk of Court

20201208-27

Jason Callicotte
2118 Washington Avenue
Houston, TX 77007

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Tuesday, December 8, 2020
Case Number: 4:19-cv-00226
Document Number: 345 (1 page)
Notice Number: 20201208-27
Notice: The attached order has been entered.

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

United States Courts
Southern District of Texas
FILED

DEC 21 2020

David J. Bradley, Clerk of Court

U.S. POSTAGE >> PITNEY BOWES
ZIP 77002
02 1W
0001374615 DEC. 08. 2020
$ 000.50⁰

NIXIE        773    DE 1         02/17/20
         RETURN TO SENDER
         ATTEMPTED - NOT KNOWN
         UNABLE TO FORWARD

BC: 77208101010    *1365-15861-08-47