# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

January 08, 2021

United States Courts  
Southern District of Texas  
FILED  
*January 08, 2021*  
Nathan Ochsner, Clerk of Court

Mr. Nathan Ochsner  
Southern District of Texas, Houston  
United States District Court  
515 Rusk Street  
Room 5300  
Houston, TX 77002

    No. 20-20587   Russell v. Jones  
                        USDC No. 4:19-CV-226

Dear Mr. Ochsner,

The 30-day transcript discount period expired on December 28, 2020, and to date, the court reporters have not filed the transcripts. Therefore, the court reporters must discount the CJA 24 voucher by 10%. Additionally, in accordance with Fifth Circuit practice, if the transcripts are not filed by January 27, 2021, we will implement a 20% discount, **without further notice.**

                        Sincerely,  
                        LYLE W. CAYCE, Clerk

                        By: /s/Lyle W. Cayce  
                        Lyle W. Cayce

cc:  Ms. Courtney Brooke Corbello  
     Mr. Alec George Karakatsanis  
     Mr. Judd Edward Stone II  
     Mr. Johnny Sanchez, Court Reporter  
     Mr. Bruce Slavin, Court Reporter  
     Mr. Fred E. Warner, Court Reporter