# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS



20201230-82

Jason Callicotte
2118 Washington Avenue
Houston, TX 77007

United States Courts
Southern District of Texas
FILED

JAN 1 1 2021

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Wednesday, December 30, 2020
Case Number: 4:19-cv-00226
Document Number: 361 (1 page)
Notice Number: 20201230-82
Notice: The attached order has been entered.

U.S. POSTAGE ≫ PITNEY BOWES

$ 000.50

ZIP 77002
02 1W
0001374615 DEC. 31. 2020

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

FILED
Southern District of Texas
United States Courts
JAN 11 2021

NIXIE        773   DE 1        0001/07/21

RETURN TO SENDER
VACANT
UNABLE TO FORWARD

BC: 77208101010        *0933-01057-01-01

VAC        77208>1010