United States District Court
Southern District of Texas
**ENTERED**
January 12, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DWIGHT RUSSELL, *et al.*, | § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-19-226 |
| HARRIS COUNTY, TEXAS, *et al.*, | § § | |
| Defendants. | § § | |

## ORDER

The parties must appear before the court to discuss the issues raised by Sheriff Gonzalez's report, (Docket Entry No. 364), on **January 15, 2021, at 9:30 a.m.**, by Zoom. The court will circulate a link to the parties in advance of the hearing.

SIGNED on January 12, 2021, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge