IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DWIGHT RUSSELL, ET AL.<br>    On behalf of themselves and all<br>    Others similarly situated,<br>    *Plaintiffs*,<br><br>v.<br><br>HARRIS COUNTY, TEXAS, ET AL.,<br>    *Defendants*. | C.A. No. 4:19-CV-00226 |

## FELONY JUDGES' ADVISORY CONCERNING SUBSTITUTION BY RULE[1]

Plaintiffs' lawsuit includes official capacity claims against Harris County felony judges, including Judge Herb Ritchie, Judge Randy Roll, Judge Jesse McClure, III, and Judge George Powell ("Departing Felony Judges"). In the 179th, 337th, 339th, and 351st District Courts, new judges have been appointed and will be taking the place of Departing Felony Judges. The following felony judges ("New Felony Judges") have been appointed to replace them as follows:

1. 179th – Judge Ana Martinez – replacing Judge Randy Roll

2. 337th – Judge Colleen Gaido – replacing Judge Herb Ritchie

3. 339th – Judge Te'iva Bell – replacing now Justice Jesse McClure

4. 351st – Judge Natalia Cornelio – replacing Judge George Powell

Pursuant to Federal Rule of Civil Procedure 25(d), New Felony Judges were substituted automatically for Departing Felony Judges when they assumed their benches on January 1, 2021. Judges Gaido and Martinez are represented by the same counsel as Departing Felony Judges, AAG

---

[1] The substituted defendants respectfully request that this Court direct the district clerk to amend the docket to reflect the proper parties.

1

Courtney Corbello. It is unknown whether Judge Bell and Judge Cornelio have sought or retained counsel as of today's date.

This advisory is submitted to assist the Court to assist in ensuring the docket remains clear as to the who the parties are in this suit.

**Dated:** January 17, 2021.

                                                Respectfully Submitted.

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
Deputy First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**SHAWN COWLES**
Deputy Attorney General for Civil Litigation

**SHANNA E. MOLINARE**
Division Chief
Law Enforcement Defense Division

*/s/ Courtney Corbello*
**COURTNEY CORBELLO**
Assistant Attorney General
Attorney in Charge
Texas State Bar No. 24097533
Southern District ID No. 3089117
courtney.corbello@oag.texas.gov

*/s/ Landon A. Wade*
**LANDON A. WADE**
Assistant Attorney General
Texas State Bar No. 24098560
Southern Distr. No. 3503435
Landon.Wade@oag.texas.gov

*/s/ Jonathan M. Pena*
**JONATHAN PENA**
Assistant Attorney General
Texas State Bar No. 24110207
Southern Distr. No. 3350256
*Jonathan.Pena@oag.texas.gov*

**OFFICE OF THE ATTORNEY GENERAL**
Law Enforcement Defense Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080 / (512) 370-9410 (Fax)

**Counsel for the Felony Judges**

**NOTICE OF ELECTRONIC FILING**

I, **COURTNEY CORBELLO**, Assistant Attorney General of Texas, certify that I have electronically submitted for filing, a true and correct copy of the above and foregoing in accordance with the Electronic Case Files system of the United States District Court for the Southern District of Texas, on January 17, 2021.

*/s/ Courtney Corbello*
**COURTNEY CORBELLO**
Assistant Attorney General

**CERTIFICATE OF SERVICE**

I, **COURTNEY CORBELLO**, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing has been served directly to all counsel on record by the Electronic Case Files System of the Southern District of Texas on January 17, 2021.

*/s/ Courtney Corbello*
**COURTNEY CORBELLO**
Assistant Attorney General
