# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

| | |
|---|---|
| RUSSELL, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 4:19-cv-00226 |
| v. ) | (Class Action) |
| ) | The Honorable Lee H. Rosenthal |
| HARRIS COUNTY, TEXAS, et al. ) | U.S. District Judge |
| ) | |
| Defendants. ) | |
| ) | |

On _____, the Defendant Judges who had appealed this Court's ruling on their Motion to Dismiss dismissed their appeal. Accordingly, Plaintiffs' Rule 41(a)(2) Motion for Dismissal of the Criminal District Court Judges as Defendants is hereby GRANTED. The Judges are dismissed with prejudice.

Ordered this \_\_\_ day of _____, 2021.

_____
Hon. Lee H. Rosenthal District Judge