**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **DWIGHT RUSSELL, et al,** | § | |
| *Plaintiffs*, | § | |
| | § | **CIVIL ACTION NO. 4:19-CV-00226** |
| **v.** | § | |
| | § | |
| **HARRIS COUNTY, TEXAS, et al.,** | § | |
| *Defendants.* | § | |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

Please take notice that Seth Hopkins enters his appearance as counsel for Defendant Harris County, Texas, in addition to and not in substitution of Rachel Fraser, who remains as lead counsel:

**Date: January 21, 2021**

Respectfully submitted,

CHRISTIAN D. MENEFEE
HARRIS COUNTY ATTORNEY

*/s/ Seth Hopkins*
**Seth Hopkins**
Managing Counsel
State Bar No. 24032435
Federal (Southern District) No. 2043155
1019 Congress, 15th Floor
Houston, Texas 77002
Telephone:  (713) 274-5141
Facsimile:  (713) 755-8924
Seth.Hopkins@cao.hctx.net

**CO-COUNSEL FOR DEFENDANT**
**HARRIS COUNTY, TEXAS**

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 21, 2021, a true and correct copy of this pleading was served upon all parties of record via the CM/ECF system.


*/s/ Seth Hopkins*
SETH HOPKINS
Assistant County Attorney