# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

| | |
|---|---|
| DWIGHT RUSSELL, et al., *Plaintiffs*, v. HARRIS COUNTY, TEXAS, et al., *Defendants*. | Civil Action No. 4:19-cv-226 |

## [PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO INTERVENE BY THE STATE OF TEXAS

Before the Court is the Unopposed Motion to Intervene by the State of Texas. The motion is meritorious and should be GRANTED.

It is therefore ORDERED that the Motion to Intervene by the State of Texas is GRANTED.

It is further ORDERED that the State of Texas is granted leave to intervene as of right under Federal Rule of Civil Procedure 24.

SO ORDERED this the _____ day of _____, 2021.

_____
HONORABLE LEE H. ROSENTHAL
CHIEF UNITED STATES DISTRICT JUDGE