United States Courts
Southern District of Texas
FILED

JAN 2 5 2021

Nathan Ochsner, Clerk of Court

CIVIL ACTION H-19-2226

Dwight Russell, et al    X   IN THE SOUTH-
PLAINTIFFS               X   ERN DISTRICT
VS.                      X   HOUSTON
HARRIS COUNTY, et al,    X   DIVISION
DEFENDANTS               X

## MOTION TO ADVISE COURT

WE THE UNDERSIGNED AS CURRENT DE-
TAINEES OF THE HARRIS COUNTY JAIL AND
STAKE HOLDERS BEING REPRESENTED AS
PLAINTIFFS IN A CLASS ACTION SEEK
TO PROVIDE THIS COURT WITH CURRENT
CONDITIONS WITHIN SAID JAIL

THE UNDERSIGNED DETAINEES ARE
ALL ASSIGNED TO A "TANK" REFERRED TO
AS "6F1" AT 1200 BAKER ST., HOUSTON,
TEXAS.

TANK 6F1 IS SIMILAR TO MOST
ALL OTHER HOUSING SECTIONS OF METAL
& CONCRETE CAGES. THIS TANK REMAINS
AT ITS 52 BUNK CAPACITY. THE "DAY-
ROOM" ARE IS SHAPED LIKE A RETANGU-
LAR METAL CAN WITH 6 METAL TABLES

(1)

United States Courts
Southern District of Texas
FILED

JAN 25 2021

Nathan Ochsner, Clerk of Court

THAT CAN ONLY PROVIDE SEATING FOR 3 ON EACH SIDE OF EACH TABLE ELBOW TO ELBOW. THAT LEAVES 16 DETAINEES UNABLE TO SIT AT A TABLE WHEN MEALS ARE BROUGHT IN.

THERE ARE 6 CELLS ON THE PERIMETER OF SAID DAYROOM AREA WITH EITHER 8 OR 10 BUNKS CONNECTED IN RAIL CAR FASHION IN EACH CELL.

THE ABOVE BUNK CONFIGURATION IS SUCH THAT WHEN LYING IN A BUNK, ONE IS LESS THAN 6 FT. FROM UP TO 7 OTHER DETAINEES WITH THE SOUND OF COUGHING & SNEEZING RAMPANT AMONG RECENT ARRESTEES FROM THE STREETS OF HOUSTON.

THERE ARE 3 TELEPHONES IN EACH TANK MOUNTED ON THE WALL APPROXIMATELY 12 INCHES FROM ONE ANOTHER.

THE WHIP OF IRONY IN THE FORM OF 4 ILLUSTRATED PLACARDS STUCK TO A NEARBY WALL MANDATING

(2)

6 Feet of Spacing Between oneself from others along with illustrations of what said spacing would look like.

Then the parting shot "Thank you for preventing the spread of Covid-19."

The only time "Social Distancing" may have been possible in a Harris County Jail Tank was during its construction.

The continuous barrage of Covid-19 infections and deaths while being elbow to elbow with people one doesn't even know ~~anything about~~ along with the inability to employ the social distancing commands by scientists, doctors, along with state & federal gov. leaders only to be rendered impossible to attain by local government has driven some to the depths of mental illness

A similar scenario would entail shackling someone to a train track, then with all urgency ordering

(3)

THE POOR FELLOW OFF OF THE TRACK
AS A BULLET TRAIN IS ON THE WAY.
   OVER 50 DETAINEES VYING FOR USE OF
3 TELEPHONES ONLY A FOOT APART WITH
LOOKS OF DESPERATION MAKING CALLS
IN HOPES OF SALVATION FROM BEING
SPAMMED IN A METAL CAN OF CON-
TAGION.
   ALL TOO OFTEN THE ABOVE LOOKS OF
DESPERATION ARE TRANSFORMED TO DIS-
APPOINTMENT AS THE SAME VIRUS THAT
THREATENS THEIR LIVES HAVE ROBBED
FRIENDS & OR FAMILY OF FUNDS TO
HIRE AN ATTORNEY OR PAY THE BOND.
   SHARED TOILETS, SHOWER AREA &
PHONES CLOSELY SITUATED REPRESENT
CALLS OF CONDEMNATION.
   POOR VENTILATION WITHOUT THE
FRESH AIR OF RECREATION ARE UN-
ATAINABLE LUXURIES OF A FOREGONE
ERA REPLACED BY THE IMPENDING
DOOM OF CONFINED HOPELESSNESS
THAT SLOWLY DIMINISHES SANITY.
   MANY FRIENDS & OR FAMILY
(4)

OF A DETAINEE WHO MAY NOT BE ABLE TO PAY BOND CAN SCRAPE TOGETHER ENOUGH SO THAT THE LOVED ONE IS ABLE TO PURCHASE NEEDS FROM THE HARRIS COUNTY JAIL COMMISSARY SOLELY OPERATED BY ARAMARK SERVICES!

ONE WON'T FIND A SYMPATHETIC HARBOR WITH ARAMARK HOWEVER WHO HAVE CORNERED A MARKET WITH WHICH TO SELL THEIR "DOLLAR STORE" TRINKETS AT ASTRONOMICAL PRICING IN PREDATORY FASHION. IF THAT WEREN'T ENOUGH, A "STOCKING FEE" IS ATTACHED AS A FINAL BLOW TO A TRAMPLED DOLLAR.

ARAMARK SERVICES HAS HAD MORE ADVERSE COURT APPEARANCES THAN MOST HABITUAL CRIMINALS IN THE FORM OF DEFENDANT IN LAW SUITS.

ASIDE FROM HAVING A MONOPOLY ON THE JAIL'S COMMISSARY, IT ALSO HOLDS THE CONTRACT OF PROVIDING FOOD TO THE JAIL'S DETAINEES.

THIS SERVES AS A NICE SETUP.

(5)

MEALS SERVED BY ARAMARK WITH DEPLETED PORTIONS ACCRUE TO SAVE MONEY ON THE ONE HAND WHILE GENERATING REVENUE ON THE OTHER VIA HUNGRY DETAINERS PAY FOR HIGH PRICED KNICK-NACKS FROM THE GYPSY STORE.

SATURDAY'S JAN. 16TH BREAKFAST SERVED BY ARAMARK CAME IN A BROWN BAG AS ALWAYS FEATURING 2 PIECES OF STALE BREAD, ONE OZ. OF OFF COLOR LUNCH MEAT AND A SMALL APPLE.

THE HARRIS COUNTY JAIL SYSTEM IS AN HUGE RACKET THAT HAS AS MUCH TO DO WITH LEGALIZED HUMAN TRAFFICKING THAN COMMUNITY SAFETY.

THE COMMUNITY TENDS TO GRAVITATE TOWARD PEOPLE & CONTENT THAT REITERATES WHAT IT COLLECTIVELY ALREADY BELIEVES, BUT ITS COME AT AN HIGH PRICE.

IT HAS DISTORTED CONCEPTS OF REALITY, INCREASING OBSTINANCE,

(6)

AND HAS SABOTAGED PROGRESS.
WHATS MORE, ITS PERPETUATING THE
CRIMINALITY OF THE NATION.

THE EARLY COMMON LAW HISTORY OF
THE RIGHT TO BAIL SHOWED A PROFOUND
REGARD FOR PERSONAL FREEDOM. A
DEFENDANT WAS ALMOST INVARIABLY
RELEASED BY THE SHERIFF.

IN THE MID-TWENTIETH CENTURY
THE STATES BEGAN TO AUTHORIZE PRE
TRIAL DETENTIONS IN PART BECAUSE
SOME JUDGES HAD INTENTIONALLY SET
BOND SO HIGH THAT THE ACCUSED COULD
NOT REALISTICALLY PAY IT. COURTS
WERE EMPLOYING THEIR OWN UNCON-
STITUTIONAL FORM OF PRE TRIAL
DETENTIONS.

NOT ONLY DID THAT PLOY VIOLATE
THE EXCESSIVE BAIL CLAUSE OF THE
U.S. CONSTITUTION, IT ALSO CAST
DOUBT ON THE HONESTY OF THE AMER-
ICAN + CRIMINAL JUSTICE SYSTEM'S
HYPED OBJECTIVE STANDARDS OF
DANGEROUSNESS.

(7)

IN ADDITION, THE SUPREME COURT
HAS EXPLAINED THAT TIME SPENT IN
JAIL AWAITING TRIAL HAS A DETRI-
MENTAL EFFECT ON THE INDIVIDUAL.
IT OFTEN MEANS LOSS OF JOB, DISRUP-
TION IN FAMILY LIFE, AND ENFORCES
IDLENESS ALL THE WHILE HE IS LIVING
UNDER A CLOUD OF ANXIETY, SUSPICION,
AND OFTEN HOSTILITY IN THE HARRIS
COUNTY JAIL SYSTEM.

THE TEXAS LEGISLATURE HAS STAT-
UTORILLY ENSURED THAT A TRIAL JUDGE
WILL HAVE IN THE VAST MAJORITY OF
CASES RELEASE A DEFENDANT PRE-
TRIAL WHILE GIVING A JUDGE AP-
PROPRIATE TOOLS TO PROVIDE SUITABLE
OVERSIGHT TO PREVENT AN ACCUSED
FROM FLEEING JURISDICTION.

THE AMERICAN BAR ASSOCIATION
NOTES, "IT SHOULD BE PRESUMED
THAT ACCUSED ARE ENTITLED TO
RELEASE ON PERSONAL RECOGNI-
ZANCE BONDS.

(8)

RESPECTFULLY SUBMITTED AS
WE THE UNDERSIGNED DECLARE
UNDER THE PENALTY OF PERJURY
THAT THE CONTENTS OF THIS MOTION
IS TRUE & CORRECT TO THE BEST
OF OUR KNOWLEDGE.
EXECUTED ON JANUARY 18, 2021
1) Larry Sanford
LARRY SANFORD 00741533
2) James E. Flowers #01246231

3) Jonathan Moore # 02530930

4) Timothy Edwards 00699514

5) Frank Joshua Hall - 02814617

6) Derien Palmer - #02724995

7) Daniel Plutilla #03070322   Daniel Plutilla

8) Ricky MᶜZeal #01676435   Ricky MᶜZeal
#SPN 02941907
Arman Castillo-Killing (9.)

9) #SPN 02941907
Arman Castillo Killings

(0)

11)

12)

13)

14)

15)

(101)

**aramark**

**HARRIS COUNTY SHERIFF'S OFFICE JAIL**
Name: _Larry Sanford_
SPN: _02715832_
Street _1200 Baker_
HOUSTON, TEXAS 77002            Cell:

**INDIGENT**

United States Courts
Southern District of Texas
**FILED**

**JAN 2 5 2021**

Nathan Ochsner, Clerk of Court

_Office of Dist. Clerk_
_Southern District of Texas_
_David Bradley_
_P.o. Box 61010_
_Houston, TX 77208_



ZIP 77002
02 4W
0000368784 JAN. 21. 2021

**U.S. POSTAGE** >> PITNEY BOWES

**$ 000.50⁰**

Jan. 18 2021

DISTRICT CLERK
P.O. Box 61010
Houston, Tx. 77208

United States Courts
Southern District of Texas
FILED

JAN 2 5 2021

Nathan Ochsner, Clerk of Court

Re: Civil Action H-19-226

Dear U.S. Clerk:

Enclosed Please
Find the Advisement to Court in
the above civil action.

I apologize
For any inadequacy's of Form.
I'm out of Paper.

Larry Sanford
Larry Sanford
SPN. 00715433
Harris Co. Jail
1200 Baker St,
Houston, Tx.
77002