*Mr. David J. Maland, Clerk
Please give to both "Judges". Thank's.

(11:00 PM)

January 21, 2021

United States Courts
Southern District of Texas
FILED
JAN 2 5 2021
Nathan Ochsner, Clerk of Court

To: The Honorable Lee H. Rosenthal
Chief U.S. District Judge

and

The Honorable Charles Eskridge III
U.S. District Judge

＊ Quarantine, 1-19-21 to 1-26-91 / COVID-19

From: Devin P. Cole
SPN # 02145549
Harris County Jail (3D-1B)
1200 Baker Street
Houston, Texas 77002

Re: Russell v. Harris County    H-19-226
    Cole v. Harris County    H-20-2490

Increasingly more Deadly - Dangerous (COVID-19) Coronavirus Conditions within the Harris County Jail where Immunocompromised older inmates are 5 to 10 times more likely to Contract and Die from the new COVID-19 Mutated Strand of Coronavirus — Officer's are bringing it in.

Dear Judge Rosenthal,

p.1

Hello Man. Good Evening. How are you. Wanted to update you with the real conditions @ 1200 (the trashy jail) the real jail where most of us are housed with medical conditions. Where it stink's, is dirty, over crowded and guard's don't pay attention to us and sleep on the job and medical care is Non-Existent. Not the new "JPC" Joint Processing Center where they have media photographers take pictures of to put in the paper to look good. Theres only like 5% of the jail population there. 701 and 1200 are 20 years old ... and tell quite a different story.

I went to court on 1-19-21. Ct.# 184 Judge Anastasio. They now offer 3yrs. TDC. and I reject the plea negotiation because I did not assault anyone.

Upon return from Court on Tuesday @ approx 2:30 P.M. medical staff came and put 3D-1B on Quarantine for 7 Day's Again for the 5th time since Oct. 1st, 2020. No one can go to court. The reason is because Sheriff Gonzalez doesn't have bed's in isolation cell's to hold new inmates long enough to get test results back. We got like about 5 new inmates in 5 days in the week before 1-19-21 and the infected in

p.2

mates are making their way in and endangering our lives.

We have asked for a spray bottle to spray disinfectant on surfaces in the tank for 3 months. None have been provided.

The Jailers will not give us a new mop. The old one fell apart. I'm requesting that you subpoena and audit Kiosk - electronically filed grievances to see our complaints.

I am worried I may die in jail. And the person accussing me has not one injury. Not a scratch on his head. Not a hair harmed. I've been in jail for one year now. My accuser is a Registered Sex Offender Convicted Felon been to TDC - State Prison. He claims I chased him with a knife after he stole my backpack. He is lying. When I refused to sign (plead guilty) to 3yrs. TDC I received a Nxt Court Date of April 22nd, 2021 Trial Date. I've been in since Feb. 27th, 2020. My Judge has refused a PR Bond (Denied) 5 Times. I have no money. I want to speak with a Civil Rights Attorney Neal Manne - Elizabeth Rossi and wish to be able to attend via Zoom Hearing's future

p. 3

Proceedings and be able to be a Expert Inmate Witness to Conditions of Confinement & Denial of No-Cash Bail for Indigents.

They keep us in this God forsaken place until we plead guilty. That's the only way out. I almost signed for 3 yrs. just to get out of here so I could walk outside in the air again. We have no recreation at all here since Feb. 27th, 2020. And No Outside Recreation Ever Since opening 20 yrs. ago. The food is terrible & no nutrients. I could not sign though Not this time. Why? I'm Not Guilty and I'm not signing this time. Only Poor People in here. If I had $500 (five Hundred Dollars) this last year I would have Not Been Locked Up in Maximum Security Jail. How Can you Say that's Not Punishment. "Any Deprivation of Liberty is a serious matter." USCA 14. Morrissey v. Brewer.

Additionally, another man/inmate that wishes to join this Lawsuit who has been in jail here at 1200 Baker for 3-Full years. Since 3/11/18 March 11th, 2018 with no bail ever given to him at all. Not one time. Because a Harris County

p. 4

\* We Are Requesting a Robust Hearing to be considered a No Cash Bail Release Bond. TODAY

Sheriff's Deputy claims Victor Coronado, "threatened" him with a Knife. But there's no injury — no-assault. Yet he's charged with Aggravated Assault. Denied Bail Completely 3 yrs. (Is poor/indigent and a Court Appointed Lawyer). Last offer 40 years TDC.

Cause # 1583112 / Court # 228
SPN # 0075751

He wishes to be heard and represented in the lawsuit's. & wishes to have the Civil Rights Attorney's represent him.

Harris County Official's are Deliberately Indifferent to Our Constitutional Rights and DO NOT CARE WHETHER WE DIE OR NOT And WHETHER WE ARE INNOCENT OR NOT.

Thank you Man.

Sincerely,
Victor Coronado
#0075751

Devin Paul Co
SPN # 02145549 (3D-1B)

\* Requesting Govenor Abbott's Orders declared Null & Void.

p.5

Filed 20 November 03 P4:55
Marilyn Burgess - District Clerk
Harris County
EA001_604265
By: M MARTINEZ

CASE NO. 1666250

| | | |
|---|---|---|
| THE STATE OF TEXAS | § § | IN THE 184TH |
| VS. | § § | DISTRICT COURT OF |
| DEVIN PAUL COLE | § | HARRIS COUNTY, TEXAS |

### STATE'S NOTICE UNDER *BRADY v. MARYLAND*

COMES NOW, the undersigned Assistant District Attorney and files this State's Notice under *Brady v. Maryland* and would show the Court the following:

1. The above cause number is pending in this Court and is set for trial on ***November 18, 2020***

2. In addition to defense counsel's access to the State's open file, the undersigned Assistant District Attorney hereby gives this notice to Defendant and his counsel.

   State's Witness EVAN KARTAL ARISAN, has the following criminal history:

   Cause: 140966601010 CDI: 003
   POSS CHILD PORNOGRAPHY Crt: 230 Disp Date: 6/13/2014
   Disposition: CONVICTED - GUILTY PLEA-NO JURY
   Sentence: 2 YEARS TDC

   Cause: 140966501010 CDI: 003
   POSS CHILD PORNOGRAPHY Crt: 230 Disp Date: 6/13/2014
   Disposition: CONVICTED - GUILTY PLEA-NO JURY
   Sentence: 2 YEARS TDC

Respectfully submitted,

/s/ Patricia Fernandez
Patricia Fernandez
Assistant District Attorney
Harris County, Texas
713.274.0481



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   November 11, 2020

Certified Document Number:        92924962 Total Pages:  2

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

# HOUSTON POLICE DEPARTMENT                                    27248820

| Disposition | Arrest Location | City | Reporting District | Beat |
|---|---|---|---|---|
| Felony | 2700 STANFORD ST | HOUSTON | 1A20 | 01 |

| Armed With | Transported Unit - Transported By |
|---|---|
| Lethal cutting instrument | 92A11 - 160152 / REGLA, V N |

| Physical Condition |
|---|
| Intoxicated |

| Place of Birth | City of Birth | Multiple Charges | Multiple Arrests |
|---|---|---|---|
| Texas | HOUSTON | | N |

| BAC | Time | BAC2 | Time | BAC3 | Time | Attitude | Balance | Eyes | Odor | Speech |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| Physical Condition | Breath | Walking | Turning |
|---|---|---|---|
| INTOX | | | |

| Charge Code | Charge | Level | Attempt | Counts |
|---|---|---|---|---|
| AGG ASSAULT-DEAD WEP | Aggravated Assault - Deadly Weapon | F | | |

| Authorized By | Hold Dvision | Other Booking No |
|---|---|---|
| | | |

| Arrest Details |
|---|
| SUSPECT CHASING COMPLAINANT WITH KNIFE |

| Charge Code | Charge | Level | Attempt | Counts |
|---|---|---|---|---|
| -PROCESS- MAJ ASSAULTS FV | Process For Major Assaults/Fam Viol | HO | | |

| Authorized By | Hold Dvision | Other Booking No |
|---|---|---|
| 000000    UNASSIGNED, U | MF | |

| Arrest Details |
|---|
| SUSPECT WAS CHASING COMPLAINANT WITH FOLDABLE KNIFE |

## Complainant 1: ARISAN, EVAN KARTAL

| Involvement | Invl No | Type | Reported Date |
|---|---|---|---|
| Complainant | 1 | Individual | 02/27/2020 |

| Name (Last, First, MI) | MNI | Race | Sex |
|---|---|---|---|
| ARISAN, EVAN KARTAL | 1355009 | White or White Hispanic | Male |

| DOB | Age | Hispanic | Juvenile | Height | Weight |
|---|---|---|---|---|---|
| 02/22/1989 | 31 | Not Hispanic/Latino (N) | No | 6'01" | 155# |

| Hair Color | Eye Color | Complexion | Build |
|---|---|---|---|
| Brown | Brown | | |

| Glasses | Extent of Injury |
|---|---|
| | Uninjured or No Injury |

| Means Of Attack |
|---|
| Knife or Cutting Instrument |

| DWI Involved? | Marital Status | Citizen of | Nationality |
|---|---|---|---|
| | | | |

| Address Type | Address | Date |
|---|---|---|
| Home | 5343 RICHMOND AVE APT 11 | 02/27/2020 |

| City | State | Zip Code | Map Coordinates |
|---|---|---|---|
| HOUSTON | TX | 77056-0000 | |

| Address Type | Address | Date |
|---|---|---|
| Mailing | 5343 RICHMOND AVE APT 11 | 02/27/2020 |

| City | State | Zip Code | Map Coordinates |
|---|---|---|---|
| | | | |

| Report Officer | Printed At | |
|---|---|---|
| 160152 / REGLA, V N | 11/12/2020 13:48 | Page 4 of 10 |

# HOUSTON POLICE DEPARTMENT

27248820

| | | | |
|---|---|---|---|
| HOUSTON | TX | 77056-0000 | |
| Phone Type | Phone Number | | Date |
| Cell - Mobile | (281) 616-1270 | | 02/27/2020 |
| E-Mail Type | Email | | |
| Other | NONE | | |
| ID Type | | Number | Issued By |
| State Issued Drivers License / ID Card # | | 25882208 | Texas |
| ID Type | | Number | Issued By |
| Juvenile Identification Number | | J00257635 | |
| ID Type | | Number | Issued By |
| State Issued Drivers License / ID Card # | | 25882208 | Texas |
| Saw Susp Oper Veh? | Susp/Pass Intox. | Susp In Acc?/Wit Saw Acc? | Dispo Of Pass |
| Vic/Off Age | Residence Status | Domestiv Violence | OFN_INVL | Sexual Assault | Sexual Assault Injury |
| 31 | Resident | N | | N | |

### IBRS Info

| Victim Invl No | Aggravated Homicide | Justifiable Homicide |
|---|---|---|
| 1 | Other Circumstances | |

Related Offenses
Aggravated Assault

Type of Injury
None

### Complainant 2: ATKINSON, DONNETTA DESHELLE

| Involvement | | Invl No | Type | Reported Date |
|---|---|---|---|---|
| Complainant | | 2 | Individual | 02/27/2020 |
| Name (Last, First, MI) | MNI | Race | | Sex |
| ATKINSON, DONNETTA DESHELLE | 4079163 | Black, Black Hispanic or African American | | Female |
| DOB | Age | Hispanic | | Juvenile | Height | Weight |
| 07/10/1992 | 27 | Not Hispanic/Latino | (N) | No | 5'04" | 198# |
| Hair Color | | Eye Color | Complexion | Build | |
| Brown | | Brown | | | |
| Glasses | | Extent of Injury | | | |
| | | Uninjured or No Injury | | | |

Means Of Attack
None or Not Applicable

| DWI Involved? | Marital Status | Citizen of | Nationality | |
|---|---|---|---|---|
| Address Type | Address | | | Date |
| Home | 901 FM 517 RD W #203 | | | 02/27/2020 |
| City | | State | Zip Code | Map Coordinates |
| DICKINSON | | TX | 77539 | |
| Address Type | Address | | | Date |
| Mailing | 15831 REDDY LN | | | 02/27/2020 |
| City | | State | Zip Code | Map Coordinates |

| Report Officer | Printed At | |
|---|---|---|
| 160152 / REGLA, V N | 11/12/2020 13:48 | Page 5 of 10 |

**HARRIS COUNTY SHERIFF'S OFFICE JAIL**
Name: Devin Paul Cole
SPN: 02145549    Cell: 3D/1B
Street: 1200 Baker
HOUSTON, TEXAS 77002

aramark

INDIGENT LEGAL

United States Courts
Southern District of Texas
FILED
JAN 2 5 2021
Nathan Ochsner, Clerk of Court



*Mr. David J. Maland, Clerk
c/o The Honorable Lee H. Rosenthal, C[hief]
U.S. District Judge and Th[e]
Honorable Charles Eskridge III
P.O. Box 61010 (Clerk's Office)
Houston, Texas 77208