AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

__Dwight Russell / Devin Cole__
_Plaintiff_

v.    Civil Action No. **4:19cv0226**

__Harris County, Texas__
_Defendant_

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: __Sheriff Ed Gonzalez__ * (Request Judge Rosenthal & Judge Eskridge make unannounced visit walk through.)
_(Name of person to whom this subpoena is directed)_

☐ *Production:* YOU ARE COMMANDED to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: __Kiosk Electronically Stored Inmate Grievances and Medical Records All (COVID/19) ASAP-Hospital Trips__

Place: __Harris County Jail / 1200 Baker__    Date and Time: __(Now)__

☐ *Inspection of Premises:* YOU ARE COMMANDED to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
|  |  |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

CLERK OF COURT

OR

_____    _____
Signature of Clerk or Deputy Clerk    Attorney's signature

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
_____, who issues or requests this subpoena, are:

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:



**HARRIS COUNTY SHERIFF'S OFFICE JAIL**
Name: Devin Paul Cole
SPN: 02145549  Cell: 3D/1B
Street: 1200 Baker
HOUSTON, TEXAS 77002

aramark

INDIGENT LEGAL

United States Courts
Southern District of Texas
FILED
JAN 2 5 2021
Nathan Ochsner, Clerk of Court

U.S. POSTAGE
ZIP 77002
02 4W
0000368784

*Mr. David J. Maland, Clerk
c/o The Honorable Lee H. Rosenthal, C
U.S. District Judge and Th
Honorable Charles Eskridge III
P.O. Box 61010 (Clerk's Office
Houston, Texas 77208