United States District Court
Southern District of Texas
**ENTERED**
January 27, 2021
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| DWIGHT RUSSELL, *et al.*, § § Plaintiffs, § § v. § HARRIS COUNTY, TEXAS, *et al.*, § § Defendants. § | CIVIL ACTION NO. H-19-226 |

## ORDER

The court construes Larry Sanford's motion to advise the court, (Docket Entry No. 380), as a motion for leave to file an *amicus curiae* brief. The motion is granted.

SIGNED on January 27, 2021, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge