United States District Court
Southern District of Texas
**ENTERED**
January 27, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DWIGHT RUSSELL, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-19-226 |
| HARRIS COUNTY, TEXAS, *et al.*, | § § | |
| Defendants. | § § | |

## MEMORANDUM

The Harris County Felony District Court Judges have asked the court to vacate its November 10, 2020, Memorandum and Opinion denying the Felony Judges' motion to dismiss, (Docket Entry No. 326). The court has considered the law and the record. Considering the urgency of the issues in this case, the court finds that it is appropriate to vacate its Memorandum and Opinion on the Felony Judges' motion to dismiss. The court will enter the order of vacatur and grant the plaintiffs' motion to dismiss the Felony Judges with prejudice, (Docket Entry No. 370), when the Felony Judges notify the court of the withdrawal of the appeal. The order in which these steps occur should not be an obstacle to their occurrence.

SIGNED on January 27, 2021, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge