United States District Court
Southern District of Texas
**ENTERED**
February 02, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DWIGHT RUSSELL, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § | CIVIL ACTION NO. H-19-226 |
| HARRIS COUNTY, TEXAS, *et al.*, | § § § | |
| Defendants. | § | |

## MEMORANDUM

The Felony Criminal District Court Judges who appealed this court's Memorandum and Opinion denying their motion to dismiss, (Docket Entry No. 326), have asked this court to vacate that ruling, and the plaintiffs have moved to dismiss those Judges under Rule 41(a)(2), (Docket Entry No. 370). The court has vacated its prior ruling and will grant the plaintiffs' motion to dismiss the Felony Criminal District Court Judges, with prejudice, when the Judges notify the court that their appeal has been dismissed.

SIGNED on February 2, 2021, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge