IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

|  |  |
|---|---|
| RUSSELL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>HARRIS COUNTY, TEXAS, et al.<br><br>Defendants. | Case No. 4:19-cv-00226<br>(Class Action)<br>The Honorable Lee H. Rosenthal<br>U.S. District Judge |

**<u>CORRECTED NOTICE OF FILING</u>**

Plaintiffs attach to this notice a letter received from individuals detained at the Harris County Jail.

Date: February 3, 2021                                               Respectfully Submitted,

*/s/ Alec Karakatsanis*                                               */s/ Neal S. Manne*
*/s/ Elizabeth Rossi*                                                  Neal S. Manne
Alec George Karakatsanis (*Pro Hac Vice*)       Texas Bar No. 12937980
alec@civilrightscorps.org                                      nmanne@susmangodfrey.com
Elizabeth Rossi (*Pro Hac Vice*)                         Lexie G. White
elizabeth@civilrightscorps.org                           Texas Bar No. 24048876
Civil Rights Corps                                                 lwhite@susmangodfrey.com
1601 Connecticut Ave NW, Suite 800           Joseph S. Grinstein
Washington, DC 20009                                       Texas Bar No. 24002188
Telephone: (202) 681-2721                               jgrinstein@susmangodfrey.com
                                                                              SUSMAN GODFREY L.L.P.
*/s/ Liyah Brown*                                                    1000 Louisiana Street, Suite 5100
Mimi Marziani (*Pro Hac Vice*)                          Houston, Texas 77002
Texas State Bar No. 24091906                         Telephone: (713) 651-9366
mimi@texascivilrightsproject.org                     Facsimile: (713) 654-6666
Liyah Brown (*Pro Hac Vice*)
D.C. Bar No. 500149                                          */s/ Michael Gervais*
liyah@texascivilrightsproject.org                     Michael Gervais (*Pro Hac Vice*)
Peter Steffensen                                                  mgervais@susmangodfrey.com
Texas State Bar No. 24106464                        SUSMAN GODFREY L.L.P.

1

2

Southern District No. 3327006
peter@texascivilrightsproject.org
Texas Civil Rights Project
2202 Alabama Street
Houston, TX 77004
Telephone: 512-474-5073 ext. 118

1900 Avenue of the Stars, #1400
Los Angeles, CA 90067
Telephone: (310) 789-3100

**CERTIFICATE OF SERVICE**

I certify that on February 3, 2021 a true and correct copy of this document properly was served on counsel of record via electronic filing in accordance with the USDC, Southern District of Texas Procedures for Electronic Filing.

>*/s/ Elizabeth Rossi*
>Elizabeth Rossi