01/24/2021

Hello Neal Manne,

We want to start this letter off by honoring your firm for helping to administer the plan to help indigent inmates here in Harris County Jail. We acknowledge the valid points made in the artical on Thursday, January 21, 2021. We want to know how we can help from here inside, as indigent inmates. We want to help abolish the injustice done to indigent inmates. It is very inhuman the we are cramed in this jail, and not allowed to practice social distances. The courts set our bails high and our court dates 3 to 6 month apart. They are very aware that these bails are outrageous, and impossible for our families to post due to the strain Covid-19 has on our economy. To many families are stagnant and destitute becaus of both matters at hand. But covid-19 is a very serious topic to us as inmates becaus living conditions are harsh. They dont provide enough soap for 26 people. They dont provide sanitizer plus the tables we eat off are rusted and we dont have cameras to prevent inmate on inmate violence. We feel that you are our only hope for lowering bails and gettin us home to our families.

We want to say thanks for your time, and your commitment.

Sincerely

Cell Block ███ Harris County inmates

U.S. POSTAGE >> PITNEY BOWES
ZIP 77002 $ 000.51⁰
02 4W
0000368784 JAN 26 2021

Neal Manne
1000 Louisiana St.
#5100 Houston, TX 77002

JAN 2 8 2021

7700285091 0004

HARRIS COUNTY SHERIFF'S OFFICE JAIL
Name:
SPN:
Street
HOUSTON, TEXAS 77002


aramark

INDIGENT