# EXHIBIT 1

**HCDistrictclerk.com**    The State of Texas vs. ███████████ (SPN:    1/19/2021
01156996)
Cause: 167240101010    CDI: 3    Court: 178

## APPEALS
No Appeals found.

## PAYMENT PLAN
No Payment Plan found.

## RELATED CASES
No related cases found.

## SUMMARY

### CASE DETAILS

| | |
|---|---|
| File Date | 4/21/2020 |
| Case (Cause) Status | Dismissed |
| Offense | BURGLARY OF A BUILDING |
| Last Instrument Filed | Felony Indictment |
| Case Disposition | DISM-081020 |
| Case Completion Date | 8/10/2020 |
| Defendant Status | DISPOSED |
| Bond Amount | $1,000.00 |
| Next/Last Setting Date | 8/10/2020 |

### DEFENDANT DETAILS

| | | | |
|---|---|---|---|
| Race/Sex | B / M | Height/Weight | 5'09 / 150 LBS |
| Eyes | BRO | Hair | BLK |
| Skin | DBR | Build | MED |
| DOB | ████1955 | In Custody | N |
| US Citizen | YES | Place Of Birth | AL |
| Address | | | |
| Markings | | | |

### CURRENT PRESIDING JUDGE

| | |
|---|---|
| Court | 178th |
| Address | 201 CAROLINE (Floor: 9) HOUSTON, TX 77002 Phone:7137556336 |
| JudgeName | Kelli Johnson |
| Court Type | Criminal |

## BONDS

| Date | Type | Description | SNU |
|---|---|---|---|
| 04/21/2020 | BOND SET | Refer to 15.17 Hearing SNU: 999 04/21/20 | |

## ACTIVITIES

| Date | Type | Description | SNU/CFI |
|---|---|---|---|
| 08/12/2020 | ORDER | ATTORNEY FEE VOUCHER SNU: 996 08/12/20 | |
| 08/12/2020 | ORDER | ATTY FEE AMT $380.00 SNU: 996 08/12/20 | |
| 08/10/2020 | C87 ACTIVITY | DISM OTHER STATUS D CFI 178 SNU: 995 08/10/20 | |
| 08/10/2020 | COURT ORDER | DISMISSAL SNU: 999 08/10/20 | |
| 08/10/2020 | DISMISSAL REASON | OTHER 08/10/20 | |
| 05/14/2020 | GRAND JURY ACTION | FID 05/14/20 G209 SNU: 999 05/14/20 | |

1

| 05/14/2020 | GRAND JURY ACTION | ROTATION CRT 178 OFF FREQ BND $1000 05/14/20 |
| 05/14/2020 | GRAND JURY ACTION | OFFENSE BURGLARY OF A BUILDING LEVEL FS 05/14/20 |
| 05/14/2020 | ORI | HOUSTON POLICE DEPAR OFFENSE NO: 47484820 05/14/20 |
| 05/14/2020 | PRECEPT/SERVE IND DATE RETURNED 05/19/20 | HOW EXECUTED E 05/19/20 |
| | DATE SERVED | 05/15/20 05/19/20 |
| 04/27/2020 | SERVICE ACTIVITY | BY PLACING DEF IN JAIL ON 04/23/20 04/27/20 |
| 04/27/2020 | RECEIPTED BY CLERK | 04/27/20 |
| | EXPIRE DATE | TIME EXPIRE: SNU: 999 04/22/20 |
| 04/27/2020 | ATTORNEY | DEANE, SAM H SNU: 999 04/28/20 |
| 04/27/2020 | ATTORNEY | AAT COURT 178 CFI 178 04/28/20 |
| 04/27/2020 | JUDGE | JOHNSON, KELLI DIANE PRESIDING 04/28/20 |
| 04/23/2020 | C87 ACTIVITY | BOND SET STATUS J CFI 178 SNU: 996 04/23/20 |
| 04/23/2020 | C87 ACTIVITY | IND ASMT H STATUS J CFI 178 SNU: 997 04/23/20 |
| 04/23/2020 | C87 ACTIVITY | WARN GIVEN STATUS J CFI 178 SNU: 998 04/23/20 |
| 04/23/2020 | ORDER | GRTD BND 1000 H/O JG SNU: 997 04/23/20 |
| 04/23/2020 | OFFENSE | BURGLARY OF A BUILDING LEVEL FS 04/23/20 |
| 04/23/2020 | ORDER | FINANCIAL AFFIDAVIT FILED SNU: 998 04/23/20 |
| 04/23/2020 | OFFENSE | BURGLARY OF A BUILDING LEVEL FS 04/23/20 |
| 04/23/2020 | ORDER | REQUESTED REPRESENTATION SNU: 999 04/23/20 |
| 04/23/2020 | OFFENSE | BURGLARY OF A BUILDING LEVEL FS 04/23/20 |
| 04/22/2020 | WARI | TIME 0700 AMOUNT Refer to 15.17 Hearing SNU: 999 04/27/20 |
| 04/22/2020 | ACKNOWLEDGED BY SHERIFF | 04/27/20 |
| 04/22/2020 | C87 ACTIVITY | PC FOUND STATUS CFI 178 SNU: 999 04/22/20 |
| 04/22/2020 | C87 ACTIVITY | PROBABLE CAUSE FOUND 04/22/20 |
| 04/21/2020 | COMPLAINT FILED | 1742 178 BURGLARY OF A BUILDING LEVEL FS 04/21/20 |
| 04/21/2020 | BOND SET | Refer to 15.17 Hearing SNU: 999 04/21/20 |
| 04/21/2020 | REVIEWED BY | POWERS, SEAN JEFFREY VALENZUEL 04/21/20 |
| 04/21/2020 | ORI | HOUSTON POLICE DEPAR OFFENSE NO: 47484820 05/14/20 |
| 04/21/2020 | COMPLAINANT | SMITH, R M 05/14/20 |
| 04/21/2020 | MOTIONS | STATES HIGH BOND SNU: 999 04/21/20 |
| 04/21/2020 | MOTIONS | FILED CFI 178 04/21/20 |

## WITNESS

| Subpoena ID | Status | Name | County | Request Date | Issued Date | Summoned By | Served Date | Return Date | Return Type |
|---|---|---|---|---|---|---|---|---|---|
| 821461 | Returned | RECORDS, CUSTODIAN | Harris County | 8/26/2020 | 8/27/2020 | Peace Officer | 9/1/2020 | 9/1/2020 10:11:00 AM | Executed |
| 821462 | Returned | INN, FRONTIER | Harris County | 8/26/2020 | 8/28/2020 | Peace Officer | 9/1/2020 | 9/1/2020 12:23:00 PM | Executed |
| 821499 | Returned | RODRIGUEZ, | Harris | 8/26/2020 | 8/28/2020 | Peace Officer | 8/28/2020 | 8/28/2020 | Executed |

2

Brazoria County District Clerk, Marilyn Burgess

MARTHA     County

12:38:00 PM

## BOOKINGS

| Arrest Date | Arrest Location | Booking Date |
|---|---|---|
| 4/23/2020 12:04:00 PM | 5902 | 4/23/2020 1:18:00 PM |

## HOLDS

| Agency Placing Hold | Agency Name | Warrant Number | Bond Amount | Offense | Hold Placed | Hold Lifted |
|---|---|---|---|---|---|---|
| TX227015G | BOPP | 03089473 | $0.00 | MOTION TO REVOKE PAROLE | 4/23/2020 | 8/8/2020 |
| TX227015G | BOPP | 03089473 | $0.00 | MOTION TO REVOKE PAROLE | 7/7/2019 | 8/16/2019 |
| TX227015G | BOPP | 03089473 | $0.00 | PAROLE VIOLATION | 5/28/2018 | 4/17/2019 |
| TX227015G | BOPP | 03089473 | $0.00 | PAROLE VIOL | 11/6/2017 | 12/1/2017 |
| TX BOPP | TX BOPP | 0991528231 | $0.00 | PAROLE VIOLATOR | 9/27/1991 | 3/4/1992 |
| TX- BOPP | TEXAS BOPP | 8159528231 | $0.00 | MOTION TO REVOKE PAROLE | 8/16/1990 | 9/11/1990 |
| TDC | | 0000445840 | $0.00 | MOTION TO REVOKE PAROLE | 11/17/1987 | 7/6/1988 |
| TDC | | 468255 | $0.00 | BENCH WARRANT TDC | 5/26/1987 | 6/3/1987 |

## CRIMINAL HISTORY

| Case(Cause)Nbr / Status | Defendant | Filed / Booked | Ct | Defendant Status | Disposition | Bond Amt | Type of Action / Offense | Next Setting |
|---|---|---|---|---|---|---|---|---|
| 167240101010-3Dismissed(D) | | 4/21/2020 | 4/23/2020 | 178 | Disposed(D) | Dismissed(DISM)8/10/2020 | $1,000.00 | BURGLARY OF A BUILDING (F) | 8/10/2020 |
| 226790401010-2Complete(C) | | 7/8/2019 | 7/7/2019 | 4 | Disposed(D) | Disposed(DISP)7/15/2019 | $100.00 | FAIL TO ID TO P.O. FALSE INF/FUG (M) | 7/15/2019 |
| 159252501010-3Complete(C) | | 5/28/2018 | 5/28/2018 | 182 | Disposed(D) | Disposed(DISP)4/2/2019 | | ASSAULT-BODILY INJURY (M) | 4/2/2019 |
| 158311001010-3Complete(C) | | 3/10/2018 | 3/12/2018 | 351 | Disposed(D) | 4/6/2018 | Refer to 15.17 Hearing | THEFT <$2,500 2/MORE PREV CONVS (F) | 4/6/2018 |
| 059740101010-3Complete(C) | | 5/8/1991 | 5/9/1991 | 184 | Disposed(D) | Disposed(DISP)8/21/1991 | | BURG BLDG (F) | 8/21/1991 |
| 058523901010-3Complete(C) | | 1/6/1991 | 1/6/1991 | 262 | Disposed(D) | Disposed(DISP)3/14/1991 | | CRIMINAL TRESPASS (M) | 3/14/1991 |
| 057153401010-3Complete(C) | | 8/8/1990 | 8/8/1990 | 209 | Disposed(D) | Disposed(DISP)8/23/1990 | $20,000.00 | ASSLT (M) | 8/23/1990 |
| 054452301010-3Complete(C) | | 10/11/1989 | 10/12/1989 | 174 | Disposed(D) | Disposed(DISP)10/12/1989 | $5,000.00 | THEFT-$200-$750 HABITUAL (F) | 10/12/1989 |
| 051047801010-3Complete(C) | | 9/11/1988 | 9/12/1988 | 337 | Disposed(D) | Disposed(DISP)10/11/1988 | $20,000.00 | BURG BLDG (F) | 10/11/1988 |

3

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 048778401010-3Complete(C) | ▮▮▮ | 11/4/1987 \| 11/5/1987 | 178 | Disposed(D) | Disposed(DISP) | 12/1/1987 | $2,000.00 | THEFT-$20-200 (M) | 12/1/1987 |
| 046825601010-3Complete(C) | ▮▮▮ | 1/31/1987 \| 2/1/1987 | 262 | Disposed(D) | Disposed(DISP) | 3/4/1987 | $20,000.00 | THEFT FROM PERSON (F) | 3/4/1987 |
| 090409201010-2Complete(C) | ▮▮▮ | 7/22/1986 \| 7/22/1986 | 8 | Disposed(D) | Disposed(DISP) | 7/23/1986 | $800.00 | TRESPASS PROP/BLDG-NO DEPART (M) | 7/23/1986 |
| 090202701010-2Complete(C) | ▮▮▮ | 7/6/1986 \| 7/8/1986 | 11 | Disposed(D) | Disposed(DISP) | 7/9/1986 | $800.00 | THEFT $20-$200 (M) | 7/9/1986 |

## ACTIVE PARTIES

| Name | Connection | Post Jdgm | SPN # |
|---|---|---|---|
| JOHNSON, KELLI DIANE | JUDGE - CRIMINAL | | 01759187 |
| DEANE, SAMUEL HENRY | APPOINTED DEFENSE ATTORNEY | | 55692000 |
| JONES, MANDY | PUBLIC DEFENDER AT PC DOCKET | | 02129655 |
| ▮▮▮ | DEFENDANT - CRIMINAL | | 01156996 |

## INACTIVE PARTIES

No inactive parties found.

## SETTINGS

| Date | Court | Post Jdgm | Docket Type | Reason | Results | Defendant | Future Date | Comments | Attorney Appearance Indicator |
|---|---|---|---|---|---|---|---|---|---|
| 4/23/2020 09:00 AM | 178 | | Assigned Court | Preliminary Assigned Court Appearance | Probable Cause - No Arrest | Data Not Entered | 1/1/0001 12:00:00 AM | | Absent |
| 4/27/2020 09:00 AM | 178 | | Attorney Consultation Docket | Arraignment | Reset By Agreement Of Both Parties | Data Not Entered | 6/3/2020 12:00:00 AM | | Present |
| 6/03/2020 09:00 AM | 178 | | Master Docket | Arraignment | Reset By Operation Of Law | Data Not Entered | 8/12/2020 12:00:00 AM | | To Be Set |
| 8/10/2020 09:00 AM | 178 | | Attorney Consultation Docket | Other | Dismissed | Data Not Entered | 1/1/0001 12:00:00 AM | | Absent |
| 4/23/2020 08:00 PM | PCD | | Motions Docket | Probable Cause Hearing | Warnings Given | Data Unavailable | 1/1/0001 12:00:00 AM | | To Be Set |

## ALIASES

| Defendant Alias | True Name | Race | Sex | DOB | SPN# |
|---|---|---|---|---|---|
| ▮▮▮ | Yes | B | M | ▮/1955 | 01156996 |
| ▮▮▮ | | B | M | ▮/1955 | 01156996 |
| ▮▮▮ | | B | M | ▮/1955 | 01156996 |
| ▮▮▮ | | B | M | ▮/1955 | 01156996 |

4

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 91703352 | ATTORNEY - FEE EXPENSE CLAIM (DISTRICT) | | 08/12/2020 | 2 |
| 91689806 | ATTORNEY FEE VOUCHER FILED - 275844 | | 08/11/2020 | 1 |
| -> 91689807 | EXHIBITS | | 08/11/2020 | 1 |
| 91668100 | DISMISS CASE | | 08/10/2020 | 1 |
| 91689860 | COMPLAINT DISMISSED | | 08/10/2020 | 1 |
| 90579645 | CHARGING INSTRUMENT - FELONY INDICTMENT | | 05/14/2020 | 1 |
| 90382226 | APPOINTING COUNSEL | | 04/27/2020 | 1 |
| 90345188 | ADDITIONAL ORDERS | | 04/23/2020 | 2 |
| | FINANCIAL AFFIDAVIT FILED | | 04/23/2020 | |
| | IND ASMT HELD | | 04/23/2020 | |
| | ORDER TO SET BAIL | | 04/23/2020 | |
| | REQUESTED REPRESENTATION | | 04/23/2020 | |
| | STATUTORY WARNINGS GIVEN | | 04/23/2020 | |
| 90319093 | STATES MOTION FOR HIGH BOND | | 04/21/2020 | 1 |
| 90319211 | FIRST EMERGENCY ORDER REGARDING THE COVID-19 STATE OF DISASTER | | 04/21/2020 | 1 |
| 90319594 | CHARGING INSTRUMENT - COMPLAINT | | 04/21/2020 | 2 |

THE STATE OF TEXAS
VS.

**01156996**

SPN: 01156996
DOB: B M████/1955
DATE PREPARED: 4/20/2020

D.A. LOG NUMBER: 2634261
CJIS TRACKING NO.:
BY: **SB**  DA NO: 2595638
AGENCY:**HPD**
O/R NO: 047484820
ARREST DATE: **TO BE**

FILED
Marlyn Burges
District Clerk
APR 2 1 2020
Time:
By:

NCIC CODE: **2200 96**        RELATED CASES:

FELONY CHARGE: **BURGLARY OF A BUILDING**

CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:        **1672401**
FIRST SETTING DATE:        **178**

COURT ORDERED BAIL: **TO BE SET AT MAGISTRATION**
PRIOR CAUSE NO:
CHARGE SEQ NUM:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Before me, the undersigned Assistant District Attorney of Harris County, Texas, this day appeared the undersigned affiant, who under oath says that he has good reason to believe and does believe that in Harris County, Texas, ████████████, hereafter styled the Defendant, heretofore on or about **April 10, 2020**, did then and there unlawfully, without the effective consent of the owner, namely, without any consent of any kind, intentionally enter a building owned by ████████, a person having a greater right to possession of the building than the Defendant, and commit theft of one lawnmower, one leaf blower, one grass edger, one generator, one chain saw and meat.

Before the commission of the offense alleged above, (hereafter styled the primary offense, on October 11, 1988, in Cause Number 0510478, in the 337th District Court of Harris County, Texas, the Defendant was convicted of the felony offense of Burglary of a Building.

Before the commission of the primary offense, and after the conviction in Cause Number 0510478 was final, the Defendant committed the felony offense of Burglary of a Building and was finally convicted of that offense on August 21, 1991, in Cause Number 0597401, in the 184th District Court of Harris County, Texas.

PROBABLE CAUSE

I, R. M. SMITH, Affiant, a certified peace officer employed by the Houston Police Department, do solemnly swear that I have reason to believe and do believe that ████████, hereinafter Defendant, a male, date of birth ████████, 1955, did on or about April 10, 2020, in Harris County, Texas, commit the FELONY offense of BURGLARY OF A BUILDING.

MY BELIEF IS BASED ON THE FOLLOWING FACTS:

I reviewed Houston Police Department report #474848-20, written by Houston Police Department Officer D. Henning, and learned that on April 10, 2020, a burglary occurred at 5716 Hirsch Road, in Houston, Harris County and Texas. Two males pried open the door to the detached garage at this location in order to gain entry. These males then entered the garage and stole a Honda lawnmower, a leaf blower, a grass edger, a generator, a chain saw and $200 in frozen meat. The house and the stolen property belonged to ████████, hereinafter referred to as Complainant, and whom Affiant believes to be credible and reliable.

The burglary suspects were both seen stealing the Complainant's property by ████████, hereinafter referred to as the Witness, and whom Affiant believes to be credible and reliable. The Witness is a neighbor and was in his front yard when he observed the two males leaving with the Complainant's stolen property. He recognized one of these males as someone known to him only as "Alabama", a man whom he has seen hanging out at the Key Grocery Store, located just one half block away at 4208 Kelley Street.

Affiant conducted a follow-up investigation and searched for anyone with an alias of "Alabama" through the Houston Police Department

6

computer system and found that a person named ████████, hereinafter the Defendant, ON had an alias of "Alabama" and that he his last two arrests had occurred at the Key Grocery Store, 4208 Kelley Street. Affiant obtained a color photograph of the Defendant and created a photo array with this photograph randomly placed into the #6 position by the computer. This photo array was then given to Houston Police Department Officer G. Shelton so that he could present this array to the Witness in a blinded manner. After the Defendant read and signed the Witness Admonishment Form he then positively identified the Defendant as the same person whom he had seen stealing the Complainant's property.

Affiant met with the Complainant and she advised me that she did not know the Defendant and that the Defendant did not have permission to enter her garage nor to be in possession of any of her property.

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Signed and sworn by me on  04/21/2020

AFFIANT

Duly attested by me on  4/21/2020

ASSISTANT DISTRICT ATTORNEY
OF HARRIS COUNTY, TEXAS
Bar No.  24073447

**COMPLAINT**

7

CAUSE NO. **167240101010**      SPN: **01156996**      DATE/TIME OF ARREST:**4/23/2020 12:04 PM**

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | **IN THE 178th DISTRICT COURT** |
| v. | § | |
| ▮▮▮▮▮▮▮▮. | § | **HARRIS COUNTY, TEXAS** |
| DOB:▮▮▮▮▮, 1955 | | |

Pgs-2

OTSWG
(998-
OTRREP
(999-
OTPCIH
(997-
OTFAF
(998-
BABSET
(001-
ADDO
(997)

### STATUTORY WARNINGS BY MAGISTRATE - PROBABLE CAUSE FOR FURTHER DETENTION – PR BOND/BAIL ORDER

On this date and time the above-named defendant personally appeared before me, the undersigned Texas magistrate. The defendant appeared ☒ **in person** ☐ **by video teleconference** and I admonished the defendant as follows:

You are accused of **STATE JAIL FELONY**, namely, **BURGLARY OF A BUILDING**.

- You have the right to hire an attorney to represent you.
- You have the right to remain silent.
- You have the right to have an attorney present prior to and during any interview with peace officers or attorneys representing the state.
- You have the right to stop any interview at any time.

- You have the right to an examining trial in a felony offense.
- You are not required to make a statement and any statement you make can be used against you.
- You have the right to request the appointment of counsel if you cannot afford counsel.

**If you consent, I can appoint the Public Defender to represent you and describe evidence on your behalf in this bail hearing regardless of whether you are indigent. If you request appointed counsel and are later found to be indigent, another lawyer would be appointed to represent you in any trial or plea on the charge(s) listed above.**

**Do you consent to allow an assistant public defender to represent you in this bail hearing, knowing that this lawyer will not continue to represent you when this hearing is over?** ☐ **NO** ☒ **YES**— Pursuant to Joint Administrative Order No. 2017-01, Assistant Public Defender Jones, Mandy _____
(print name) represented the Defendant in this bail hearing.

**Do you request the appointment of counsel to represent you in the county or district court if you are determined to be indigent?**
☐ **NO** ☒ **YES**— The Court **ORDERS** Pretrial Services to help the defendant, if still in custody, prepare the request and any supporting paperwork, and then forward the request to the judge of the court in which the case is pending within 24 hours.

---

CONSULAR NOTIFICATION: If you are a foreign national, you may be entitled to have us notify your country's consular representative here in the United States. If your country requires notification, we will notify it as soon as possible.

The accused is a: ☒ United States citizen ☐ foreign national of (country).
☐ The accused requests notification of consular officials.
☐ **MANDATORY NOTIFICATION:** The clerk shall immediately alert the above country's consulate of this arrest.
If you are a foreign national, please provide the following information:

_____      _____      _____
Name (father's last / mother's last / first)      Date of Birth      Place of Birth

_____      _____      _____
Passport Number      Date Issued      Place Issued

---

## PROBABLE CAUSE FINDING AND ORDER

☐ The Court **FINDS** that probable cause for further detention **DOES NOT EXIST**. The Court **ORDERS** the law enforcement agency and officer having custody of the defendant to immediately release the defendant from custody.

☐ The Court **FINDS** that probable cause for further detention **EXISTS**. The Court reviewed and/or set the defendant's bond as indicated in the BAIL ORDER below and, in clear and unambiguous language: (1) advised the defendant of his rights pursuant to TEX. CODE CRIM. P. ART. 15.17; and (2) provided the defendant with information required by law. The Court **ORDERS** the defendant committed to the custody of the Sheriff of Harris County, Texas, until he posts the required bond or until further order of the Court.

☒ Probable cause previously determined. The Court ORDERS the defendant committed to the custody of the Sheriff of Harris County, Texas, until he posts the required bond or until further order of the Court.

☒  SEE NEXT PAGE FOR BAIL ORDER

April 23, 2020 22:00 PM      _____      _____
**Date and Time**      **Magistrate (Judge or Hearing Officer)**      **Interpreter (if applicable)**
Magistrate Jennifer Gaut (SPN 02462297)      (Rev. July 24, 2018)      Page 1 of 2

CAUSE NO. <u>167240101010</u>

---

**STATUTORY WARNINGS BY MAGISTRATE - PROBABLE CAUSE FOR FURTHER DETENTION – PR BOND/BAIL ORDER**

---

# PERSONAL BOND / BAIL ORDER

Having found probable cause exists for the further detention of ▇▇▇▇▇▇▇, the Court next determined the conditions of release for the accused to ensure he/she will appear and answer before the proper Court.

## PART 1: PUBLIC SAFETY ASSESSMENT

The Court considered the Public Safety Assessment results and also considered the following presumptive personal bond recommendation:

- ☐ Personal Bond Recommended
- ☐ Personal Bond **NOT** Recommended
- ☒ Personal Bond Recommendation referred to Magistrate
- ☐ PSA NOT available

## PART 2: PERSONAL BOND / BAIL REQUESTS

**Presumptive Bail Amount $888,888.00**

| A. **DISTRICT ATTORNEY PR BOND / BAIL REQUEST** | B. **PUBLIC DEFENDER PR BOND / BAIL REQUEST** |
|---|---|
| • Personal Bond ☐ Requested ☒ Opposed | • Personal Bond ☐ Requested ☐ Opposed |
| | ☒ No Position |
| • Bail Request ☐ No DA Bail Request | • Bail Request ☐ No PD Bail Request |
| ☐ Higher _____ | ☐ Higher _____ |
| ☒ Lower $15,000.00 | ☒ Lower $5,000.00 |
| ☐ No Bail | ☐ No Bail |

## PART 3: FINANCIAL AFFIDAVIT

Signed and Sworn:  ☒ Yes
 ☐ No

# ORDER

After considering the above, the Court (1) advised the defendant of his rights pursuant to TEX.CODE CRIM.P. ART 15.17; (2) set the defendant's conditions of release in clear and unambiguous language; and (3) provided the defendant with information required by law.  The Court then ORDERED the following:

Bail is set at:  ☐ No Bail  ☒ $1,000.00 _____
 ☐ Conditions

Personal bond is:  ☒ Not Approved  Scores 4/2 (ave risk). No pending charges, no FTA. No PTRB per GA 13 _____
 ☐ Approved ☐ Conditions

The reasons for this individual assessment of the appropriate conditions of release were explained to the above-named Defendant.

<u>April 23, 2020 22:00 PM</u>  _____  _____
**Date and Time**  **Magistrate (Judge or Hearing Officer)**  **Interpreter (if applicable)**
Magistrate **Jennifer Gaut** (SPN **02462297**)  (Rev. July 24, 2018)  Page 2 of 2

Unofficial Draft Copy Office of Marilyn Burgess District Clerk

Received April 28 F 12:05
Marilyn Burgess - District Clerk
Harris County

CAUSE NO: <u>167240101010</u>          CHARGE <u>BURGLARY OF A BUILDING</u>

THE STATE OF TEXAS                    §          178th DISTRICT COURT                    Pgs-1

V.                                    §          OF

                                      §          HARRIS COUNTY, TEXAS          ATAC
Defendant (SPN 01156996)                                                       (999)

# ORDER APPOINTING COUNSEL

On this, the April 27, 2020, the Court finds (CHECK ONE)

☒          the DEFENDANT is indigent.

☐          the interests of justice require representation.

Therefore, the Court ORDERS that ☒ the ATTORNEY LISTED BELOW  ☐ the HARRIS COUNTY PUBLIC

DEFENDER'S OFFICE is appointed to represent the DEFENDANT named above in this cause.

DEANE,   SAMUEL HENRY
Attorney/Assistant Public Defender Assigned by HCPD          E-Mail Address

103 EASTWAY
Address                                                       Phone Number

GALENA_PK          TX          77547
City               State       Zip                           Fax Number

55692000                                                     05692000
SPN Number                                                   Bar Number

The Court further ORDERS the cause set for:   Arraignment

On the <u>Wednesday, June 03, 2020</u> at <u>9:00 am</u> before this Court at 1201 Franklin, Houston, Harris
County, Texas.

Signed this April 28, 2020.

_____
KELLI JOHNSON
**Judge Presiding**

☐  The State has offered or      ☐  The State and Defense agree as follows:

Defense Attorney _____          Prosecutor _____

Defendant/Witness Signature  X ____  **DEFENDANT IN CUSTODY**

## FOR COURT STAFF ONLY

Reset by:  ☒ Court     ☐ Defense     ☐ Operation of Law     ☐ Prosecution
Reason for Reset:

| | | |
|---|---|---|
| ☐ D.A. to Contact Complainant/Witness | ☐ Defense to Contact Witness | ☒ Not Indicted |
| ☐ D.A. to Evaluate Case | ☐ Disposition of Misd./OOC Case | ☐ Other |
| ☐ D.A. to Reindict | ☐ File Unavailable | ☐ Refer to |
| ☐ D.A. to file MRP/MAJ | ☐ MHMRA Evaluation 21 Day Full | ☐ Restitution Info |
| ☐ Defendant On Call | ☐ No Tape/Lab | ☐ To Hire Attorney |
| ☐ Defendant to Consider Offer | ☐ No Offense Report | |

Unofficial copy Office of Marilyn Burgess District Clerk

4/2017

**CAUSE NO. 167240101010**

Pgs-1

| THE STATE OF TEXAS | § | IN THE 178TH DISTRICT COURT |
| | § | |
| VS. | § | OF |
| | § | |
| ▇▇▇▇▇▇▇ | § | HARRIS COUNTY, TEXAS |

DIDISM
(995)

OFFENSE: BURGLARY OF A BUILDING

**MOTION TO DISMISS**

The State respectfully requests the Court to dismiss the above entitled and numbered criminal action for the following reason(s):

☐ Case refiled as Cause No. .
☐ Defendant was convicted in another case: Cause No. .
☐ Missing witness.
☐ Request of complaining witness.
☐ Dispositive motion granted.
☐ Probable cause exists, but case cannot be proven beyond a reasonable doubt at this time.
☐ In custody elsewhere – will not be extradited to Harris County.
☐ Due to passage of time, defendant not likely to be located or, if arrested, successfully prosecuted.
☐ No probable cause exists at this time to believe the defendant committed the offense.
☒ Other (explanation <u>required</u>)

EXPLANATION: Defendant deceased

WHEREFORE, PREMISES CONSIDERED, it is requested that the above entitled and numbered cause be dismissed.

Respectfully submitted,

_signature_

OSWALD, JANNA
Assistant District Attorney
Harris County District Attorney's Office
TBC No. 24063158
OSWALD_JANNA@DAO.HCTX.NET

**ORDER AND NOTICE**

The foregoing motion having been presented to me on this the August 10, 2020, and the same having been considered, it is, therefore, ORDERED, ADJUDGED and DECREED that said above entitled and numbered cause be and the same is hereby dismissed.

NOTICE: Pursuant to Article 38.50(d) of the Code of Criminal Procedure, the Court is notifying you that any toxicological evidence collected in your case pursuant to an investigation or prosecution of an offense under Chapter 49 of the Penal Code does not have to be retained or preserved and may be destroyed pursuant to the authority of Article 38.50(c)(3) and (e) if your indictment or information has been dismissed with prejudice.

SIGNED AND ENTERED on August 10, 2020.

_signature_

Judge Presiding
Harris County 178th District Court
Harris County, Texas

20 August 41 P3:29
Marilyn Burgess - District Clerk
Harris County
VIPS258655_275844
By: G REYES

00275844

(County Auditor's Form 40-18)
Harris County, TX (REV. 03/01/2019)
**ATTORNEY FEES EXPENSE CLAIM**
**DISTRICT COURTS-COURT APPEARANCE**
UNDER ARTICLE 26.05, CODE OF CRIMINAL PROCEDURE AS AMENDED

| Court No. 178 | Defendant Name | Case Number(s) - Charge(s) 167240101010 - BURGLARY OF A BUILDING |
|---|---|---|

| INDIVIDUAL CASE APPOINTMENT | | No. of Court Days/Hours | Rate | Total (presumptive max) | Amount |
|---|---|---|---|---|---|
| **NON-TRIAL** | First Degree | | $255/day | $1275 | |
| | Second Degree | | $205/day | $820 | |
| | Third Degree, SJF, MRP/MAJ | 1 | $155/day | $465 | $155.00 |
| **TRIAL** | First Degree | | $550/day | | |
| | Second Degree | | $450/day | | |
| | Third Degree, SJF, MRP/MAJ | | $350/day | | |
| **PRE-TRIAL HEARING WITH TESTIMONY & PSI HEARING** | | | $350/day | | |
| **OUT OF COURT HOURS** | First Degree | | $120/hour | $2400 | |
| | Second Degree | | $95/hour | $1140 | |
| | Third Degree, SJF, MRP/MAJ | 3 | $75/hour | $750 | $225.00 |
| **SPECIALTY COURT HOURS** | | | $75 - $120/hour | | |
| **INVESTIGATION HOURS** | | | $40/hour | $600/case | |
| **INVESTIGATION OTHER EXPENSES** | | | | | |
| **EXPERT** | | | | $650/case | |
| **BILINGUAL SUPPLEMENT** | | | $50/day | $250 | |
| **OTHER** | | | | | |
| | | | | **TOTAL** | $380.00 |

Court Appearance(s) : (167240101010): 04/27/2020

| PERSONAL INFORMATION | | |
|---|---|---|
| Attorney Name DEANE, SAMUEL HENRY | Telephone Number | Bar Card Number 05692000 |
| Mailing Address 103 EASTWAY GALENA_PK TX 77547 | | |

**CERTIFICATION**

I swear or affirm that the Harris County Auditor may rely upon the information contained in this ATTORNEY FEES EXPENSE CLAIM to make payment according to the fee schedule adopted by the Board of District Judges Trying Criminal Cases pursuant to Tex. Code Crim. P. art. 26.05. I further swear or affirm that I have not received nor will I receive anything of value for representing the accused, except as otherwise disclosed to the Court in writing.

  /s/ DEANE, SAMUEL HENRY  Bar# 05692000
        Attorney at Law (Signature)

The above fees, including any fees which exceed the presumptive maximum fees set forth herein were reviewed by this court and determined to be both reasonable and necessary and are hereby approved for payment.

Approved _____
                          Judge Presiding

12

| Court Number 178 | Defendant's Name ████████████ | County Auditor's Form 40-1LV Harris County, TX (4/06/2016) |
|---|---|---|

### In Court Activities

| Date | Event | Case | | Setting Reason |
|---|---|---|---|---|
| 04/27/2020 | NON-TRIAL Third Degree, SJF, MRP/MAJ | 167240101010 | | ARRAIGNMENT |

### Out of Court Activities

| Date | Activity | Case | Duration | Description |
|---|---|---|---|---|
| 05/03/2020 | Records Research | 167240101010 | 01:00 (HH:mm) | Search and review records for client's criminal history, offense report, charges in the complaint, relevant law and RIP report |
| 05/07/2020 | Other | 167240101010 | 01:00 (HH:mm) | Mailed correspondence providing notice of representation and explanation of the charges and the effect of the enhancement paragraphs as well as the evidence against him which was available to the defense at that time. |
| 08/09/2020 | Other | 167240101010 | 01:00 (HH:mm) | Listen/review 911 calls (5), review case documents and prepare email to prosecutor to send on 8/10/20 to open plea negotiations. Mailed additional correspondence to client. |

**Total Out of Court Activities Hours:** 3

20 August 21 P3:29
Marilyn Burgess - District Clerk
Harris County
VIPS258655_275844
By: G REYES

(County Auditor's Form 40-112)
Harris County, TX (REV. 03/01/2019)
**ATTORNEY FEES EXPENSE CLAIM**
**DISTRICT COURTS-COURT APPEARANCE**
UNDER ARTICLE 26.05, CODE OF CRIMINAL PROCEDURE AS AMENDED

00275844

Pgs-2

| Court No. 178 | Defendant Name | Case Number(s) - Charge(s) 167240101010 - BURGLARY OF A BUILDING | ATFEC (996) |
|---|---|---|---|

| **INDIVIDUAL CASE APPOINTMENT** | | No. of Court Days/Hours | Rate | Total (presumptive max) | Amount |
|---|---|---|---|---|---|
| **NON-TRIAL** | First Degree | | $255/day | $1275 | |
| | Second Degree | | $205/day | $820 | |
| | Third Degree, SJF, MRP/MAJ | 1 | $155/day | $465 | $155.00 |
| **TRIAL** | First Degree | | $550/day | | |
| | Second Degree | | $450/day | | |
| | Third Degree, SJF, MRP/MAJ | | $350/day | | |
| **PRE-TRIAL HEARING WITH TESTIMONY & PSI HEARING** | | | $350/day | | |
| **OUT OF COURT HOURS** | First Degree | | $120/hour | $2400 | |
| | Second Degree | | $95/hour | $1140 | |
| | Third Degree, SJF, MRP/MAJ | 3 | $75/hour | $750 | $225.00 |
| **SPECIALTY COURT HOURS** | | | $75 - $120/hour | | |
| **INVESTIGATION HOURS** | | | $40/hour | $600/case | |
| **INVESTIGATION OTHER EXPENSES** | | | | | |
| **EXPERT** | | | | $650/case | |
| **BILINGUAL SUPPLEMENT** | | | $50/day | $250 | |
| **OTHER** | | | | | |
| | | | | **TOTAL** | **$380.00** |

**Court Appearance(s) : (167240101010): 04/27/2020**

| PERSONAL INFORMATION | | |
|---|---|---|
| Attorney Name DEANE, SAMUEL HENRY | Telephone Number | Bar Card Number 05692000 |
| Mailing Address 103 EASTWAY GALENA_PK TX 77547 | | |

| CERTIFICATION |
|---|

I swear or affirm that the Harris County Auditor may rely upon the information contained in this ATTORNEY FEES EXPENSE CLAIM to make payment according to the fee schedule adopted by the Board of District Judges Trying Criminal Cases pursuant to Tex. Code Crim. P. art. 26.05. I further swear or affirm that I have not received nor will I receive anything of value for representing the accused, except as otherwise disclosed to the Court in writing.

   /s/ DEANE, SAMUEL HENRY   Bar#  05692000
          Attorney at Law (Signature)

The above fees, including any fees which exceed the presumptive maximum fees set forth herein were reviewed by this court and determined to be both reasonable and necessary and are hereby approved for payment.

Signed: 8/12/2020

Approved _____

Judge Presiding

14

| Court Number<br>178 | Defendant's Name<br>CHANEY, PRESTON | County Auditor's Form 40-1LV<br>Harris County, TX  (4/06/2016) |
|---|---|---|

### In Court Activities

| Date | Event | Case | | Setting Reason |
|---|---|---|---|---|
| 04/27/2020 | NON-TRIAL Third Degree, SJF, MRP/MAJ | 167240101010 | | ARRAIGNMENT |

### Out of Court Activities

| Date | Activity | Case | Duration | Description |
|---|---|---|---|---|
| 05/03/2020 | Records Research | 167240101010 | 01:00 (HH:mm) | Search and review records for client's criminal history, offense report, charges in the complaint, relevant law and RIP report |
| 05/07/2020 | Other | 167240101010 | 01:00 (HH:mm) | Mailed correspondence providing notice of representation and explanation of the charges and the effect of the enhancement paragraphs as well as the evidence against him which was available to the defense at that time. |
| 08/09/2020 | Other | 167240101010 | 01:00 (HH:mm) | Listen/review 911 calls (5), review case documents and prepare email to prosecutor to send on 8/10/20 to open plea negotiations. Mailed additional correspondence to client. |

**Total Out of Court Activities Hours: 3**

Unofficial Copy Office of Marilyn Burgess District Clerk

**HCDistrictclerk.com**     The State of Texas vs. ███████████ (SPN:     2/1/2021
01156996)
Cause: 059740101010     CDI: 3     Court: 184

## PAYMENT PLAN
No Payment Plan found.

## RELATED CASES
No related cases found.

## WITNESS
No Witness found.

## SUMMARY

### CASE DETAILS

| | |
|---|---|
| **File Date** | 5/8/1991 |
| **Case (Cause) Status** | Complete |
| **Offense** | BURG BLDG |
| **Last Instrument Filed** | On Appeal CCA |
| **Case Disposition** | DISP-082191 |
| **Case Completion Date** | 8/21/1991 |
| **Defendant Status** | DISPOSED |
| **Bond Amount** | $0.00 |
| **Next/Last Setting Date** | 8/21/1991 |

### DEFENDANT DETAILS

| | | | |
|---|---|---|---|
| **Race/Sex** | B / M | **Height/Weight** | 5'09 / 150 LBS |
| **Eyes** | BRO | **Hair** | BLK |
| **Skin** | DBR | **Build** | MED |
| **DOB** | ████ 1955 | **In Custody** | N |
| **US Citizen** | YES | **Place Of Birth** | AL |
| **Address** | | | |
| **Markings** | | | |

### CURRENT PRESIDING JUDGE

| | |
|---|---|
| **Court** | 184th |
| **Address** | 201 CAROLINE (Floor: 10)<br>HOUSTON, TX 77002<br>Phone:8329273900 |
| **JudgeName** | Abigail Anastasio |
| **Court Type** | Criminal |

## APPEALS

| Date | Description | SNU |
|---|---|---|
| 03/24/1993 | MANDATE AFFIRMANCE SNU: 981 03/29/93 | 0 |
| 03/24/1993 | OPINION FILED SNU: 982 03/26/93 | 0 |
| 01/29/1993 | OPINION FILED SNU: 983 02/01/93 | 0 |
| 05/15/1992 | EXT DEFT BRIEF SNU: 984 08/31/92 | 0 |
| 05/15/1992 | NEXT- DEFENDANTS BRIEF 08/31/92 | 0 |
| 06/22/1992 | EXT DEFT BRIEF SNU: 985 08/25/92 | 0 |
| 06/22/1992 | NEXT- DEFENDANTS BRIEF 08/25/92 | 0 |
| 08/13/1992 | DIS ATTY - CHECKED IN RECORD SNU: 986 08/26/92 | 0 |
| 08/06/1992 | RECORD CHECKED OUT - D.A. SNU: 987 08/07/92 | 0 |
| 08/04/1992 | DEF ATTY - CHECKED IN RECORD SNU: 988 08/07/92 | 0 |

| Date | Description | |
|------|-------------|---|
| 08/04/1992 | DEF ATTY - CHECKED IN RECORD SNU: 989 08/05/92 | 0 |
| 06/05/1992 | RECORD CHECKED OUT - DEFENSE ATTY SNU: 990 06/08/92 | 0 |
| 02/21/1992 | EXT FILING SOF SNU: 991 04/03/92 | 0 |
| 02/21/1992 | NEXT- STATEMENT OF FACTS 04/03/92 | 0 |
| 02/27/1992 | STATEMENT OF FACTS SNU: 992 03/04/92 | 0 |
| 02/07/1992 | STATEMENT OF FACTS SNU: 993 02/12/92 | 0 |
| 11/20/1991 | EXT FILING SOF SNU: 994 11/21/91 | 0 |
| 12/21/1991 | NEXT- STATEMENT OF FACTS 11/21/91 | 0 |
| 10/17/1991 | MAILED TO FIRST COURT OF APPEALS SNU: 995 10/17/91 | 0 |
| 09/26/1991 | DESIGNATION OF RECORD SNU: 996 10/02/91 | 0 |
| 08/26/1991 | FIRST COURT OF APPEALS - C01 SNU: 997 08/27/91 | 0 |
| 08/21/1991 | PAUPERS AFFIDAVITT SNU: 998 08/23/91 | 0 |
| 08/21/1991 | NOTICE OF APPEAL SNU: 999 08/22/91 | 0 |
| 10/20/1991 | NEXT- TRANSMIT TRANSCRIPT DUE 08/22/91 | 0 |

## BONDS

| Date | Type | Description | SNU |
|------|------|-------------|-----|
| 05/08/1991 | BOND SET | $0 SNU: 999 05/08/91 | |

## ACTIVITIES

| Date | Type | Description | SNU/CFI |
|------|------|-------------|---------|
| 04/07/1993 | DELIVERY ORDER | RETURNED EXECUTED 06/02/93 SNU: 998 06/05/93 | |
| 08/13/1992 | MOTIONS | WVR ST FILE APPL BRF SNU: 998 08/25/92 | |
| 08/13/1992 | MOTIONS | FILED CFI 184 08/25/92 | |
| 07/08/1992 | ORDER | ATTORNEY FEE VOUCHER SNU: 995 07/08/92 | |
| 07/08/1992 | ORDER | ATTY FEE AMT $1500.00 SNU: 995 07/08/92 | |
| 07/08/1992 | RECORDED | VOLUME 0739 PAGE 0548 APP MINUTES CM 07/08/92 | |
| 07/08/1992 | OFFENSE | BURG BLDG LEVEL F2 07/08/92 | |
| 08/22/1991 | ORDER | ATTORNEY FEE VOUCHER SNU: 998 08/22/91 | |
| 08/22/1991 | ORDER | ATTY FEE AMT $1100.00 SNU: 998 08/22/91 | |
| 08/22/1991 | RECORDED | VOLUME 0507 PAGE 0271 APP MINUTES CM 08/22/91 | |
| 08/22/1991 | OFFENSE | BURG BLDG LEVEL F2 08/22/91 | |
| 08/21/1991 | ATTORNEY | CHARLTON, MICHAEL B. SNU: 998 08/23/91 | |
| 08/21/1991 | ATTORNEY | AAA COURT 184 CFI 184 08/23/91 | |
| 08/21/1991 | JUDGE | JAMES, JIMMY PRESIDING 08/23/91 | |
| 08/21/1991 | C87 ACTIVITY | BOND SET STATUS CFI 184 SNU: 999 08/21/91 | |
| 08/21/1991 | C87 TYPE OF BOND | APPEAL FOR $0 08/21/91 | |
| 08/21/1991 | SENTENCED IN | COURT 184 STARTING 05/07/91 SNU: 999 04/08/93 | |
| 08/21/1991 | SENTENCE TO | 25 YEARS CONFINEMENT 04/08/93 | |
| 08/21/1991 | ORDER | ORD/GRNT/APPT/ATTY/APPEAL SNU: 997 08/23/91 | |
| 08/21/1991 | RECORDED | VOLUME 0508 PAGE 0257 APP MINUTES CM 08/23/91 | |

17

| 08/21/1991 | OFFENSE | BURG BLDG LEVEL F2 08/23/91 |
| 08/21/1991 | DELIVERY ORDER | RETURNED EXECUTED 03/04/92 SNU: 999 03/19/92 |
| 08/21/1991 | JUDGMENT | CONVICTION SNU: 999 04/08/93 |
| 08/21/1991 | JUDGMENT | NOT GUILTY PLEA - JURY VERDICT 04/08/93 |
| 08/21/1991 | JUDG OFFENSE | BURG BLDG LEVEL F2 04/08/93 |
| 08/21/1991 | PENALTY | TDC AMOUNT 25 YEARS 04/08/93 |
| 08/21/1991 | JUDGMENT | JURY EXAMINED ON VOIR DIRE SNU: 999 04/08/93 |
| 08/21/1991 | JUDGMENT | JURY SWORN SNU: 999 04/08/93 |
| 08/21/1991 | JUDGMENT | EVIDENCE PRESENTED SNU: 999 04/08/93 |
| 08/21/1991 | JUDGMENT | JURY VERDICT RENDERED SNU: 999 04/08/93 |
| 08/21/1991 | RECORDED | VOLUME 0936 PAGE 0315 APP MINUTES CM 04/08/93 |
| 08/20/1991 | MOTIONS | MO/ENT/PLEA/NOT/GLTY SNU: 999 08/24/91 |
| 08/20/1991 | MOTIONS | FILED CFI 184 08/24/91 |
| 08/20/1991 | ORDER | ORD/PREP/STMNT/FACTS SNU: 996 08/23/91 |
| 08/20/1991 | RECORDED | VOLUME 0508 PAGE 0257 APP MINUTES CM 08/23/91 |
| 08/20/1991 | OFFENSE | BURG BLDG LEVEL F2 08/23/91 |
| 05/22/1991 | GRAND JURY ACTION | FID 05/22/91 G208 SNU: 999 05/23/91 |
| 05/22/1991 | GRAND JURY ACTION | ROTATION CRT 184 OFF FREQ T BND $0 05/23/91 |
| 05/22/1991 | GRAND JURY ACTION | OFFENSE BURG BLDG LEVEL F2 05/23/91 |
| 05/22/1991 | ORI | ******************** OFFENSE NO: 05/22/91 |
| 05/22/1991 | PRECEPT/SERVE IND DATE RETURNED 05/24/91 | HOW EXECUTED E 05/24/91 |
| | DATE SERVED | 05/24/91 05/24/91 |
| 05/13/1991 | SERVICE ACTIVITY | BY PLACING DEF IN JAIL ON 05/09/91 05/14/91 |
| 05/13/1991 | RECEIPTED BY CLERK | 05/14/91 |
| 05/09/1991 | CMIF | TIME 0946 AMOUNT $0 SNU: 999 05/14/91 |
| 05/09/1991 | ACKNOWLEDGED BY SHERIFF | 05/14/91 |
| 05/09/1991 | ATTORNEY | HUTHMACHER, RALPH E. SNU: 999 05/09/91 |
| 05/09/1991 | ATTORNEY | AAT COURT 184 CFI 184 05/09/91 |
| 05/09/1991 | JUDGE | BURDETTE, ROBERT N. PRESIDING 05/09/91 |
| 05/09/1991 | ORDER | ORD/APPT/ATTY SNU: 999 05/09/91 |
| 05/09/1991 | RECORDED | VOLUME 0438 PAGE 0319 APP MINUTES CM 05/09/91 |
| 05/09/1991 | OFFENSE | BURG BLDG LEVEL F2 05/09/91 |
| 05/08/1991 | COMPLAINT FILED | 0740 184 BURG BLDG LEVEL F2 05/08/91 |
| 05/08/1991 | BOND SET | $0 SNU: 999 05/08/91 |
| 05/08/1991 | REVIEWED BY | 05/08/91 |
| 05/08/1991 | ORI | HOUSTON POLICE DEPAR OFFENSE NO: 46177291 05/08/91 |
| 05/08/1991 | COMPLAINANT | I. BAGBY 05/08/91 |

## BOOKINGS

| Arrest Date | Arrest Location | Booking Date |

## HOLDS

| Agency Placing Hold | Agency Name | Warrant Number | Bond Amount | Offense | Hold Placed | Hold Lifted |
|---|---|---|---|---|---|---|
| TX227015G | BOPP | 03089473 | $0.00 | MOTION TO REVOKE PAROLE | 4/23/2020 | 8/8/2020 |
| TX227015G | BOPP | 03089473 | $0.00 | MOTION TO REVOKE PAROLE | 7/7/2019 | 8/16/2019 |
| TX227015G | BOPP | 03089473 | $0.00 | PAROLE VIOLATION | 5/28/2018 | 4/17/2019 |
| TX227015G | BOPP | 03089473 | $0.00 | PAROLE VIOL | 11/6/2017 | 12/1/2017 |
| TX BOPP | TX BOPP | 0991528231 | $0.00 | PAROLE VIOLATOR | 9/27/1991 | 3/4/1992 |
| TX- BOPP | TEXAS BOPP | 8159528231 | $0.00 | MOTION TO REVOKE PAROLE | 8/16/1990 | 9/11/1990 |
| TDC | | 0000445840 | $0.00 | MOTION TO REVOKE PAROLE | 11/17/1987 | 7/6/1988 |
| TDC | | 468255 | $0.00 | BENCH WARRANT TDC | 5/26/1987 | 6/3/1987 |

## CRIMINAL HISTORY

| Case(Cause)Nbr / Status | Defendant | Filed / Booked | Ct | Defendant Status | Disposition | Bond Amt | Type of Action / Offense | Next Setting |
|---|---|---|---|---|---|---|---|---|
| 167240101010-3Dismissed(D) | | 4/21/2020 \| 4/23/2020 | 178 | Disposed(D) | Dismissed(DISM)8/10/2020 | $1,000.00 | BURGLARY OF A BUILDING (F) | 8/10/2020 |
| 226790401010-2Complete(C) | | 7/8/2019 \| 7/7/2019 | 4 | Disposed(D) | Disposed(DISP)7/15/2019 | $100.00 | FAIL TO ID TO P.O. FALSE INF/FUG (M) | 7/15/2019 |
| 159252501010-3Complete(C) | | 5/28/2018 \| 5/28/2018 | 182 | Disposed(D) | Disposed(DISP)4/2/2019 | | ASSAULT-BODILY INJURY (M) | 4/2/2019 |
| 158311001010-3Complete(C) | | 3/10/2018 \| 3/12/2018 | 351 | Disposed(D) | 4/6/2018 | Refer to 15.17 Hearing | THEFT <$2,500 2/MORE PREV CONVS (F) | 4/6/2018 |
| 059740101010-3Complete(C) | | 5/8/1991 \| 5/9/1991 | 184 | Disposed(D) | Disposed(DISP)8/21/1991 | | BURG BLDG (F) | 8/21/1991 |
| 058523901010-3Complete(C) | | 1/6/1991 \| 1/6/1991 | 262 | Disposed(D) | Disposed(DISP)3/14/1991 | | CRIMINAL TRESPASS (M) | 3/14/1991 |
| 057153401010-3Complete(C) | | 8/8/1990 \| 8/8/1990 | 209 | Disposed(D) | Disposed(DISP)8/23/1990 | $20,000.00 | ASSLT (M) | 8/23/1990 |
| 054452301010-3Complete(C) | | 10/11/1989 \| 10/12/1989 | 174 | Disposed(D) | Disposed(DISP)10/12/1989 | $5,000.00 | THEFT-$200-$750 HABITUAL (F) | 10/12/1989 |
| 051047801010-3Complete(C) | | 9/11/1988 \| 9/12/1988 | 337 | Disposed(D) | Disposed(DISP)10/11/1988 | $20,000.00 | BURG BLDG (F) | 10/11/1988 |
| 048778401010-3Complete(C) | | 11/4/1987 \| 11/5/1987 | 178 | Disposed(D) | Disposed(DISP)12/1/1987 | $2,000.00 | THEFT-$20-200 (M) | 12/1/1987 |
| 046825601010-3Complete(C) | | 1/31/1987 \| 2/1/1987 | 262 | Disposed(D) | Disposed(DISP)3/4/1987 | $20,000.00 | THEFT FROM PERSON (F) | 3/4/1987 |
| 090409201010-2Complete(C) | | 7/22/1986 \| 7/22/1986 | 8 | Disposed(D) | Disposed(DISP)7/23/1986 | $800.00 | TRESPASS PROP/BLDG-NO DEPART (M) | 7/23/1986 |

19

| 090202701010-2Complete(C) |  | 7/6/1986 \| 7/8/1986 | 11 | Disposed(D) | Disposed(DISP)7/9/1986 | $800.00 | THEFT $20-$200 (M) | 7/9/1986 |

## ACTIVE PARTIES

| Name | Connection | Post Jdgm | SPN # |
|---|---|---|---|
| JAMES, JIMMY (JUDGE) | JUDGE - CRIMINAL | | 00001981 |
| CHARLTON, MICHAEL | APPOINTED ATTY ON APPEAL | | 54144800 |
| TRAYLOR, DEBBIE | COURT REPORTER - CRIMINAL | | 00400792 |
| MCINTYRE, JO ANNE | COURT REPORTER - CRIMINAL | | 00618490 |
| BURDETTE, ROBERT N | JUDGE - CRIMINAL | | 53368000 |
| HUTHMACHER, RALPH E | APPOINTED DEFENSE ATTORNEY | | 60358000 |
| ███████████ | DEFENDANT - CRIMINAL | | 01156996 |

## INACTIVE PARTIES
No inactive parties found.

## SETTINGS

| Date | Court Post Jdgm | Docket Type | Reason | Results | Defendant | Future Date | Comments | Attorney Appearance Indicator |
|---|---|---|---|---|---|---|---|---|
| 5/09/1991 09:00 AM | 184 | Probable Cause Hearing | Preliminary Initial Appearance | Reset | Data Unavailable | 6/4/1991 12:00:00 AM | | Absent |
| 6/04/1991 09:00 AM | 184 | Master Docket | Arraignment | Reset | Data Unavailable | 6/6/1991 12:00:00 AM | | Present |
| 6/06/1991 09:00 AM | 184 | Master Docket | Non-Trial Setting | Reset | Data Unavailable | 7/15/1991 12:00:00 AM | | Present |
| 8/19/1991 09:00 AM | 184 | Master Docket | Jury Trial | Reset | Data Unavailable | 8/20/1991 12:00:00 AM | | Present |
| 8/20/1991 09:00 AM | 184 | Master Docket | Jury Trial | Reset | Data Unavailable | 8/21/1991 12:00:00 AM | | Present |
| 8/21/1991 09:00 AM | 184 | Master Docket | Jury Trial | Jury Conviction | Data Unavailable | 1/1/0001 12:00:00 AM | | Present |
| 5/20/1991 09:00 AM | 208 | Grand Jury Agenda | Grand Jury | | Data Unavailable | 1/1/0001 12:00:00 AM | | Absent |

## ALIASES

| Defendant Alias | True Name | Race | Sex | DOB | SPN# |
|---|---|---|---|---|---|
| ████████████ | Yes | B | M | ██1955 | 01156996 |
| ██████████████████ | | B | M | ██1955 | 01156996 |
| ███████████ | | B | M | ██1955 | 01156996 |

B       M          1955     01156996

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|--------|----------|-----------|------|-----|
| 90545577 | MANDATE - AFFIRMANCE | | 03/24/1993 | 1 |
| 90545576 | JUDGMENT | | 08/21/1991 | 2 |
| 90545575 | CHARGING INSTRUMENT - FELONY INDICTMENT | | 05/22/1991 | 1 |
| 90545574 | CHARGING INSTRUMENT - COMPLAINT | | 05/08/1991 | 2 |

21

THE STATE OF TEXAS     NO. _597401_     IN THE _184th_ DISTRICT

VS.       COURT OF HARRIS COUNTY, TEXAS

Change of Venue From: _N/A_

### JUDGMENT ON JURY VERDICT OF GUILTY
### PUNISHMENT FIXED BY COURT OR JURY

Judge Presiding: _Bob Burdette_    Date of Judgment: _08-20-1991_

Attorney for State: _J. Stephens_    Attorney for Defendant _R. Hitmacher_ Waived Counsel

Offense Convicted of: _Burglary of a Building with intent to commit theft_

Degree: _Habitual_    Date Offense Committed: _May 7, 1991_

Charging Instrument: Indictment/~~Information~~

Plea: _not guilty_

Jury Verdict: _guilty_    Foreman: _Catherine Diane Parker_

Plea to Enhancement Paragraph(s): _not true 1 & 2_    Enhancement Paragraph(s): _found true 1 & 2_

Findings on Use of Deadly Weapon: _N/A_

Punishment Assessed by: _the jury_

Date Sentence Imposed: _August 21, 1991_    Costs: _44.50_

Punishment and Place of Confinement: _25 years TDCJID_    Date to Commence: _May 7, 1991_

Time Credited: _N/A_    Total Amount of Restitution/Reparation/Reward:

(Concurrent) Unless Otherwise Specified: _____    Restitution/Reward to be Paid to:
Name: _____
Address: _N/A_

Statement of amount of Payment Required/Terms of Payment: _N/A_

On this day, set forth above, this cause was called for trial, and the State appeared by the above named attorney, and the defendant appeared in person in open court, the above named counsel for Defendant also being present, or, where a defendant is not represented by counsel, that the Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel as indicated above, and the said Defendant having been duly arraigned and it appearing to the Court that Defendant was mentally competent, and having pleaded as shown above to the indictment/~~information~~ herein, both parties announced ready for trial and thereupon a jury, to-wit, the above named foreman and eleven others was duly selected, impaneled and sworn, who having heard the indictment/~~information~~ read and the Defendant's plea thereto, and having heard the evidence submitted, and having been duly charged by the Court, retired in charge of the proper office to consider the verdict, and afterward were brought into Court by the proper officer, the Defendant and defendant's counsel being present, and returned into open court the verdict set forth above, which was received by the Court and is here now entered upon the minutes of the Court as shown above.

_N/A_ The Defendant, in person, in writing, and in open court, with the written agreement of the court, waived his right to the preparation of a pre-sentence report prepared by the Probation Officer, such waiver having been filed in the papers of the cause.

_N/A_ The Defendant not having waived the preparation of a pre-sentence report by the Probation Officer, the Court directed the Probation Officer to prepare such report.

On the _21_ day of _August_, A.D. 19_91_, the Defendant having previously elected to have punishment assessed by the above assessor of punishment, and when shown above that the indictment/~~information~~ contains enhancement paragraph(s), which were not waived, and alleges Defendant to have been convicted _twice_ previously of any felony or offenses for the purpose of enhancement of punishment, then the Court asked Defendant if such allegations were true or false and Defendant answered as shown above. And when Defendant is shown above to have elected to have the jury assess punishment, such jury was called back into the box and heard evidence relative to the question of punishment and having been duly charged by the Court; they retired to consider such question, and after having deliberated, they returned into Court the verdict shown under punishment above; and when Defendant is shown above to have elected to have punishment fixed by the Court, in due form of law further evidence was heard by the Court relative to the question of punishment and the Court fixed punishment of the Defendant as shown above.

IT IS, THEREFORE, CONSIDERED AND ORDERED by the Court, in the presence of the Defendant, that the said judgment be, and the same is hereby in all things approved and confirmed, and that the Defendant is adjudged

Plea Before Jury - Court/Jury Assessing Punishment
CPM-4  P08-27-90     -1-

**22**

RECORDER'S MEMORANDUM
This instrument is of poor quality at the time of imaging

guilty of the offense set forth above as found by the verdict of the jury, as set forth above, and has been found in accordance with said verdict or the Court's finding, as shown above and that the said Defendant is sentenced to a term of imprisonment or fine or both, as set forth above, and that the said Defendant be delivered by the Sheriff to the Director of the Texas Department of Criminal Justice, Institution Division, or other person legally authorized to receive such convicts for the punishment assessed herein, and the said Defendant shall be confined for the above named term in accordance with the provisions of law governing such punishments and execution may issue as necessary.

And the said Defendant was remanded to jail until said _____ riff can obey the directions of this judgment.

*TO BE COMPLETED ONLY WHEN IMPOSITION OF SENTENCE SUSPENDED AND DEFENDANT GRANTED PROBATION.

[ ] On this the _N/A_ day of _N/A_, 19_N/A_ imposition of this sentence is suspended and defendant is placed on Adult Probation for _N/B_ years pending his abiding by and not violating the terms and conditions of probation, approved by this court and attached as a part of this judgment herewith.

Clerk of the Court furnished the probationer with a copy of the terms and conditions of probation.

```
                    B I L L   O F   C O S T S

Payment Type:____ (S, I, D, M or L:)  (NOTE: If "I" or "D" see attached order)
Jail Time:____ H/D/M/Y    CC: Y/N    Y=Yes  N=No  (jail/fine/cost concurrent)
Time Assessed Texas Department of Criminal Justice, Institutional Div.____ D/M/Y
Jail Credit:____ H/D/M/Y                Sentence to Begin Date:____
Jail as a Term of Probation:____ H/D/M/Y    Additional Jail Credit:____ H/D/M/Y
Payable on or Before:____ PLO:____      Reward SPN:____          COC:____
____ Hours of Sentence to be Served by Performing Community Service
Defendant to Serve Sentence by Electronic Monitoring? (Y or N)
NOTE TO SHERIFF:  25% no TJCTJD
```

| | | |
|---|---|---|
| Transcript at:____ Pages.... | Crime Stoppers Fee.......... | 2 | 00 |
| Serving Capias: ____/Summons:____ | Jury Fee.......... | | |
| Summoning ____ Witness/Mileage.... | CJPF.......... | 20 | 00 |
| Jury Fee.... | LEOSEF.......... | 1 | 50 |
| Taking:____ Bonds.... | CVCF.......... | 20 | 00 |
| Commitment.... | DCLCF.......... | | |
| Release.... | JCTF.......... | 1 | 00 |
| Attachment.... | Video Fee.......... | | |
| Arrest W/O Warrant/Capias.... | DWI Evaluation Fee.......... | | |
| | Reward Repayment.......... | | |
| RECAPITULATION | Pre-Bond Drug Test.......... | 44 | 50 |
| Fine Amount.... | Bond/Elec Monitor Fee.......... | | |
| Miscellaneous Cost.... | ACCA.......... | | |
| Special Expense.... | Financial Responsibility.......... | | |
| Trial Fee.... | PTR Fee.......... | | |
| District Attorney Fee.... | Attorney Fee.......... | | |
| Clerk's Fee.... | Out of County Witness Fee.......... | | |
| Sheriff's Fee.... | Amount Probated/Waived.......... | | |
| | TOTAL AMOUNT OWED.... | | |

Signed and entered this the _21st_ day of _August_, A.D., 19_91_

Notice of Appeal: _08-21_ 19_91_

_No Bond 31 days appeal_

Probation Expires: _N/A_ 19_N/A_

Mandate Received: _3-24_ 19_93_

_____ PRESIDING JUDGE

(Check if Applicable)

[ ] Defendant to be placed in the "S.A.I.P." (Boot Camp) program in the Texas Department of Criminal Justice, Institutional Division persuant to Art. 62.03 (c)-9 Revised Statutes/Article 42.12, Section 8, C.C.P.

Received on _21_ day of _Aug_, A.D., 19_91_ at _5:00_ o'clock _P_.M.
Sheriff, Harris County, Texas

By _C. Rehm_ Deputy    VSD

Entered _8-29-91_ VSD

Verified

RECORDER'S MEMORANDUM
This instrument is of poor quality and not satisfactory for photographic recordation; and/or alterations were present at the time of filming.

Defendant's
Index Fingerprint

CRM-4  R08-27-90

-2-

10936 P0316

18909?8