# EXHIBIT 2

| HCDistrictclerk.com | The State of Texas vs. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (SPN: 02050287) | 1/26/2021 |
|---|---|---|
| | Cause: 167155001010    CDI: 3    Court: 209 | |

## APPEALS
No Appeals found.

## PAYMENT PLAN
No Payment Plan found.

## RELATED CASES
No related cases found.

## WITNESS
No Witness found.

## SUMMARY

### CASE DETAILS

| | |
|---|---|
| File Date | 4/14/2020 |
| Case (Cause) Status | Active - CRIMINAL |
| Offense | THEFT <$2,500 2/MORE PREV CONV |
| Last Instrument Filed | Felony Indictment |
| Case Disposition | |
| Case Completion Date | 1/1/0001 |
| Defendant Status | BOND MADE |
| Bond Amount | $1,000.00 |
| Next/Last Setting Date | 2/17/2021 |

### DEFENDANT DETAILS

| | | | |
|---|---|---|---|
| Race/Sex | W / M | Height/Weight | 5'02 / 110 LBS |
| Eyes | BRO | Hair | BLK |
| Skin | MED | Build | SKN |
| DOB | ▓▓▓▓1986 | In Custody | N |
| US Citizen | YES | Place Of Birth | TX |
| Address | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | |
| Markings | | | |

### CURRENT PRESIDING JUDGE

| | |
|---|---|
| Court | 209th |
| Address | 201 CAROLINE (Floor: 12)<br>HOUSTON, TX 77002<br>Phone:7137556378 |
| JudgeName | Brian Warren |
| Court Type | Criminal |

## BONDS

| Date | Type | Description | SNU |
|---|---|---|---|
| 04/14/2020 | BOND SET | $1500 SNU: 999 04/14/20 | |
| 04/20/2020 | BOND FILED | CRT 209 TIME 1838 TYPE PERSONAL PTR 04/20/20 | |
| 04/20/2020 | BOND MADE | AMT $1000 DATE 04/20/20 RCPT # 04/20/20 | |
| 04/20/2020 | BONDSMAN | PERSONAL BOND PTRL 04/20/20 | |

## ACTIVITIES

| Date | Type | Description | SNU/CFI |
|---|---|---|---|
| 10/07/2020 | GRAND JURY ACTION | FID 10/07/20 G179 SNU: 998 10/07/20 | |

| Date | Action | Details |
|---|---|---|
| 10/07/2020 | GRAND JURY ACTION | ROTATION CRT 209 OFF FREQ BND $1000 10/07/20 |
| 10/07/2020 | GRAND JURY ACTION | OFFENSE THEFT <$2,500 2/MORE PRE LEVEL FS 10/07/20 |
| 10/07/2020 | ORI | HOUSTON POLICE DEPAR OFFENSE NO: 48894620 10/07/20 |
| 04/20/2020 | BOND FILED | CRT 209 TIME 1838 TYPE PERSONAL PTR 04/20/20 |
| 04/20/2020 | BOND MADE | AMT $1000 DATE 04/20/20 RCPT # 04/20/20 |
| 04/20/2020 | BONDSMAN | PERSONAL BOND PTRL 04/20/20 |
| 04/20/2020 | C87 ACTIVITY | BOND APP STATUS B CFI 209 SNU: 997 04/20/20 |
| 04/20/2020 | C87 TYPE OF BOND | PERSONAL PTR FOR $1000 04/20/20 |
| 04/16/2020 | ATTORNEY | MCKNIGHT, EDDREA TRASHAWNDA SNU: 999 04/16/20 |
| 04/16/2020 | ATTORNEY | AAT COURT 209 CFI 209 04/16/20 |
| 04/16/2020 | JUDGE | WARREN, BRIAN E PRESIDING 04/16/20 |
| 04/15/2020 | C87 ACTIVITY | BOND RSD STATUS J CFI 209 SNU: 998 04/15/20 |
| 04/15/2020 | BAIL OPTIONS | PER JUDGE WARREN 04/15/20 |
| 04/14/2020 | COMPLAINT FILED | 0635 209 THEFT <$2,500 2/MORE PR LEVEL FS 04/14/20 |
| 04/14/2020 | BOND SET | $1500 SNU: 999 04/14/20 |
| 04/14/2020 | REVIEWED BY | ORTIZ, RENATA ROSAURA 04/14/20 |
| 04/14/2020 | ORI | HOUSTON POLICE DEPAR OFFENSE NO: 48894620 10/02/20 |
| 04/14/2020 | COMPLAINANT | CASTRO, H 10/02/20 |
| 04/14/2020 | CMIF | TIME 1154 AMOUNT $10 SNU: 999 04/14/20 |
| 04/14/2020 | NOT ACKNOWLEDGED BY SHERIFF | 04/14/20 |
|  | EXPIRE DATE | TIME EXPIRE: SNU: 999 04/14/20 |
| 04/14/2020 | C87 ACTIVITY | PC FOUND STATUS CFI 209 SNU: 999 04/14/20 |
| 04/14/2020 | C87 ACTIVITY | PROBABLE CAUSE FOUND 04/14/20 |
| 04/14/2020 | MOTIONS | STATE HIGH BOND SNU: 999 04/14/20 |
| 04/14/2020 | MOTIONS | FILED CFI 209 04/14/20 |
| 04/14/2020 | ORDER | DEF NOT PRSNT @ 10AM DOCKET SNU: 997 04/14/20 |
| 04/14/2020 | OFFENSE | THEFT <$2,500 2/MORE PREV CONV LEVEL FS 04/14/20 |
| 04/14/2020 | ORDER | GRNT SET BAIL $10 H/O LC SNU: 998 04/14/20 |
| 04/14/2020 | OFFENSE | THEFT <$2,500 2/MORE PREV CONV LEVEL FS 04/14/20 |
| 04/14/2020 | ORDER | GRANT MENTAL-INTEL INTERVIE SNU: 999 04/14/20 |
| 04/14/2020 | OFFENSE | THEFT <$2,500 2/MORE PREV CONV LEVEL FS 04/14/20 |

## BOOKINGS

| Arrest Date | Arrest Location | Booking Date |
|---|---|---|
| 4/13/2020 9:27:00 PM | 6322 | 4/13/2020 11:22:00 PM |

## HOLDS

| Agency Placing Hold | Agency Name | Warrant Number | Bond Amount | Offense | Hold Placed | Hold Lifted |
|---|---|---|---|---|---|---|
| TX227015G | BOPP | 06685882 | $0.00 | PAROLE VIOLATION | 5/7/2014 | 6/3/2014 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| HPHPD0000 | HPD | | | $0.00 | 4 CASES @ $900.00 | 8/17/2012 | 8/17/2012 |
| PS1011500 | PPD | | | $0.00 | 4 CASES @ $900.00 | 8/17/2012 | 10/23/2012 |
| TX08400T0 | GALVESTON CO SO | 290464 | | $2,500.00 | BMV | 1/11/2011 | 1/13/2011 |
| TX1011500 | PASADENA PD | | | $0.00 | CASES @ $1200.00 | 3/7/2010 | 3/7/2010 |
| TX0840000 | GALVESTON CO SO | 290464 | | $1,500.00 | BURG VEHICLE AFF TO SURR | 3/3/2010 | 3/6/2010 |
| TX1010000 | HARRIS CO SO | 1241263 | | $5,000.00 | BURG OF VEHICLE | 11/16/2009 | 12/8/2009 |

## CRIMINAL HISTORY

| Case(Cause)Nbr / Status | Defendant | Filed / Booked | Ct | Defendant Status | Disposition | Bond Amt | Type of Action / Offense | Next Setting |
|---|---|---|---|---|---|---|---|---|
| 167155001010-3Active - CRIMINAL(A) | | 4/14/2020 \| 4/13/2020 | 209 | Bond Made(B) | | $1,000.00 | THEFT <$2,500 2/MORE PREV CONVS (F) | 2/17/2021 |
| 215654801010-2Dismissed(D) | | 6/17/2017 \| 6/17/2017 | 7 | Disposed(D) | Dismissed(DISM)7/25/2017 | $5,000.00 | DRV W/LIC INV W/PR CN/SUS/W/O FI RE (M) | 7/25/2017 |
| 147895201010-3Complete(C) | | 8/21/2015 \| 3/26/2016 | 174 | Disposed(D) | Disposed(DISP)9/14/2016 | $5,000.00 | THEFT UNDER $1500 - 3RD OFF. (F) | 9/14/2016 |
| 197374301010-2Complete(C) | | 7/20/2014 \| 7/20/2014 | 5 | Disposed(D) | Disposed(DISP)7/21/2014 | $5,000.00 | THEFT >=$500 <$1,500 (M) | 7/21/2014 |
| 195439701010-2Complete(C) | | 4/3/2014 \| 5/16/2014 | 4 | Disposed(D) | Disposed(DISP)5/19/2014 | $5,000.00 | THEFT >=$500 <$1,500 (M) | 5/19/2014 |
| 135791201010-3Complete(C) | | 8/16/2012 \| 8/17/2012 | 263 | Disposed(D) | Disposed(DISP)10/4/2012 | $15,000.00 | BURG OF VEHICLE W/2 OR MORE CONV (F) | 10/4/2012 |
| 129602401010-3Complete(C) | | 2/18/2011 \| 6/17/2011 | 176 | Disposed(D) | Disposed(DISP)6/20/2011 | | BURG OF VEHICLE W/2 OR MORE CONV (F) | 6/20/2011 |
| 169713701010-2Complete(C) | | 7/30/2010 \| 7/31/2010 | 7 | Disposed(D) | Disposed(DISP)8/2/2010 | $5,000.00 | TRESPASS PROP/BLDG-NO DEPART (M) | 8/2/2010 |
| 167523301010-2Complete(C) | | 4/21/2010 \| 4/21/2010 | 5 | Disposed(D) | Disposed(DISP)5/6/2010 | $5,000.00 | ASSAULT-FAMILY MEMBER (M) | 5/6/2010 |
| 167523401010-2Dismissed(D) | | 4/21/2010 \| 4/21/2010 | 5 | Disposed(D) | Dismissed(DISM)5/6/2010 | $5,000.00 | POSS CS PG 3 <28 GRAMS (M) | 5/6/2010 |
| 166534301010-2Complete(C) | | 3/7/2010 \| 5/6/2010 | 5 | Disposed(D) | Disposed(DISP)5/6/2010 | $5,000.00 | DWI 1ST OFFENDER BAC .08 (M) | 5/6/2010 |
| 124415001010-3Complete(C) | | 12/10/2009 \| 12/10/2009 | 337 | Disposed(D) | Disposed(DISP)1/21/2010 | $5,000.00 | BURG OF VEHICLE W/2 OR MORE CONV (F) | 1/21/2010 |
| 124126301010-3Complete(C) | | 11/16/2009 \| 12/7/2009 | 184 | Disposed(D) | Disposed(DISP)12/7/2009 | $15,000.00 | BURG OF VEHICLE W/2 OR MORE CONV (F) | 12/7/2009 |
| 162604301010-2Dismissed(D) | | 9/6/2009 \| 9/7/2009 | 9 | Disposed(D) | Dismissed(DISM)9/8/2009 | $3,000.00 | FAIL TO ID TO P.O. FALSE INF (M) | 9/8/2009 |
| 161873701010-2Complete(C) | | 8/6/2009 \| 9/7/2009 | 9 | Disposed(D) | Disposed(DISP)9/8/2009 | $3,000.00 | BURGLARY MOTOR VEHICLE - ENHAN (M) | 9/8/2009 |

| Case | | Date | Days | Status | Disposition | Bond | Charge | Disp Date |
|---|---|---|---|---|---|---|---|---|
| [161873601010-2Complete(C)](#) | | 8/6/2009 \| 9/7/2009 | 9 | Disposed(D) | Disposed(DISP)9/8/2009 | $3,000.00 | BURGLARY MOTOR VEHICLE - ENHAN (M) | 9/8/2009 |
| [161702401010-2Dismissed(D)](#) | | 7/30/2009 \| 9/7/2009 | 9 | Disposed(D) | Dismissed(DISM)9/8/2009 | $2,500.00 | DISCHARGE FIREARM METRO AREA (M) | 9/8/2009 |
| [112742401010-3Complete(C)](#) | | 8/1/2007 \| 8/1/2007 | 248 | Disposed(D) | Disposed(DISP)8/3/2007 | $2,000.00 | BURGLARY OF A BUILDING (F) | 8/3/2007 |
| [13124250101A-4Complete(C)](#) | | 8/15/2005 | 10 | Disposed(D) | 12/5/2005 | $1,500.00 | | |
| [131242501010-2Complete(C)](#) | | 6/29/2005 \| 11/11/2005 | 10 | Disposed(D) | Disposed(DISP)11/16/2005 | $5,000.00 | BURGLARY OF VEHICLE (M) | 11/16/2005 |
| [121052601010-2Complete(C)](#) | | 12/21/2003 \| 2/26/2004 | 3 | Disposed(D) | Disposed(DISP)2/26/2004 | $1,000.00 | BURGLARY OF VEHICLE (M) | 2/26/2004 |

## ACTIVE PARTIES

| Name | Connection | Post Jdgm | SPN # |
|---|---|---|---|
| PERSONAL BOND PTRL | BAIL BONDSMAN | | 00002426 |
| WARREN, BRIAN E | JUDGE - CRIMINAL | | 01897724 |
| MCKNIGHT, EDDREA TRASHAWNDA | APPOINTED DEFENSE ATTORNEY | | 02589380 |
| ▮▮▮▮▮▮▮▮▮▮ | DEFENDANT - CRIMINAL | | 02050287 |

## INACTIVE PARTIES

No inactive parties found.

## SETTINGS

| Date | Court | Post Jdgm | Docket Type | Reason | Results | Defendant | Future Date | Comments | Attorney Appearance Indicator |
|---|---|---|---|---|---|---|---|---|---|
| 4/15/2020 09:00 AM | 209 | | Assigned Court | Preliminary Assigned Court Appearance | Reset By Operation Of Law | Data Not Entered | 6/1/2020 12:00:00 AM | | Present |
| 4/20/2020 09:00 AM | 209 | | Attorney Consultation Docket | Other | Reset By Court | Data Not Entered | 1/1/0001 12:00:00 AM | | Present |
| 6/01/2020 09:00 AM | 209 | | Master Docket | Arraignment | Reset By Operation Of Law | Data Not Entered | 7/7/2020 12:00:00 AM | | To Be Set |
| 1/13/2021 10:00 AM | 209 | | Master Docket | Arraignment | | Data Not Entered | 1/1/0001 12:00:00 AM | | To Be Set |
| 2/17/2021 10:00 AM | 209 | | Master Docket | Non-Trial Setting | | Data Not Entered | 1/1/0001 12:00:00 AM | | To Be Set |
| 4/14/2020 10:00 AM | PCD | | Motions Docket | Probable Cause Hearing | DEFENDANT NOT PRESENT | Data Unavailable | 1/1/0001 12:00:00 AM | | Absent |

## ALIASES

| Defendant Alias | True Name | Race | Sex | DOB | SPN# |
|---|---|---|---|---|---|

| | | | W | M | | 1986 | 02050287 |
|---|---|---|---|---|---|---|---|
| | | Yes | W | M | | 1986 | 02050287 |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 92515892 | CHARGING INSTRUMENT - FELONY INDICTMENT | | 10/07/2020 | 1 |
| 90302047 | PERSONAL PTR BOND | | 04/20/2020 | 1 |
| 90254965 | BOND RAISED | | 04/15/2020 | 1 |
| 90258898 | APPOINTING COUNSEL | | 04/15/2020 | 1 |
| 90227716 | CHARGING INSTRUMENT - COMPLAINT | | 04/14/2020 | 1 |
| 90227864 | FIRST EMERGENCY ORDER REGARDING THE COVID-19 STATE OF DISASTER | | 04/14/2020 | 1 |
| 90231596 | ADDITIONAL ORDERS | | 04/14/2020 | 2 |
| | COMMITMENT ISSUED - FELONY | | 04/14/2020 | |
| | OTHER - PROBABLE CAUSE FOR FURTHER DETENTION | | 04/14/2020 | |
| 90234680 | CCP16.22 ORDER | | 04/14/2020 | 1 |
| 90253041 | STATES MOTION FOR HIGH BOND | | 04/14/2020 | 2 |



| | |
|---|---|
| THE STATE OF TEXAS<br>VS. | D.A. LOG NUMBER: 2632846<br>CJIS TRACKING NO.: 9267896571A001 |

SPN: 02050287
DOB: W M/1986
DATE PREPARED: 9/24/2020

BY: SK  DA NO: 2997057
AGENCY: HPD
O/R NO: 048894620
ARREST DATE: 4/13/2020

NCIC CODE: 2301 52     RELATED CASES:

FELONY CHARGE: Theft

CAUSE NO: 1671550
HARRIS COUNTY DISTRICT COURT NO: 209
FIRST SETTING DATE:

COURT ORDERED BAIL: $1500
PRIOR CAUSE NO:
CHARGE SEQ NUM: 1

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, hereafter styled the Defendant, heretofore on or about **April 13, 2020**, did then and there unlawfully, appropriate, by acquiring and otherwise exercising control over property, namely, One package of Batteries, One Loaf of Bread, Two packages of Cheese, One package of Cookies, Two items of Mascara, Two items of Eyeliner, Four packages of Meat, One item of Guacamole, One Drink, One package of Oranges and Two items of Deodorant, owned by ▓▓▓▓▓▓▓▓, hereafter styled the Complainant, of the value of less than two thousand five hundred dollars, with the intent to deprive the Complainant of the property.

Before the commission of the primary offense, on September 14, 2016, in Cause Number 1478952, in the 174th District Court, of Harris County, Texas, the Defendant was convicted of the offense of Theft.

Before the commission of the primary offense, on July 21, 2014, in Cause Number 1973743, in the County Criminal Court at Law No. 5 of Harris County, Texas, the Defendant was convicted of the offense of Theft.

Before the commission of the offense alleged above (hereinafter styled the primary offense), on October 4, 2012, in Cause Number 1357912, in the 263rd District Court of Harris County, Texas, the Defendant was convicted of the state jail felony offense of Burglary of a Motor Vehicle.

Before the commission of the primary offense, the Defendant committed the state jail felony offense of Burglary of a Motor Vehicle and was convicted on June 20, 2011, in Cause Number 1296024 in the 176th District Court of Harris County, Texas.

FILED
Marilyn Burgess
District Clerk
OCT 07 2020
Harris County, Texas
By: _____ Deputy

179th

Foreman

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

_____
FOREMAN OF THE GRAND JURY

**INDICTMENT**

6

CAUSE NO. <u>167155001010</u>     SPN: <u>02050287</u>          DATE/TIME OF ARREST:<u>4/13/2020 09:27 PM</u>

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | § | **IN THE 209th DISTRICT COURT** |
| **v.** | § | |
| ▬▬▬▬▬▬▬▬▬▬ | § | **HARRIS COUNTY, TEXAS** |
| **DOB:** ▬▬▬▬▬, **1986** | | |

Pgs-2

OTPC (999-
OTCMIF (999-
ADDO (998)

## PROBABLE CAUSE FOR FURTHER DETENTION – PR BOND/BAIL ORDER (Defendant Not Present)

The Defendant is accused of <u>**STATE JAIL FELONY**</u>, namely, <u>**THEFT <$2,500 2/MORE PREV CONVS**</u>.

**On this date and time, the Defendant was <u>not</u> present due to** ☐ medical condition   ☒ mental illness/IDD   ☐ other, **therefore only Probable Cause and Bail were determined.**

## PROBABLE CAUSE FINDING AND ORDER

☐ The Court **FINDS** that probable cause for further detention **DOES NOT EXIST**. The Court **ORDERS** the law enforcement agency and officer having custody of the defendant to immediately release the defendant from custody.

☒ The Court **FINDS** that probable cause for further detention **EXISTS**. The Court **ORDERS** the defendant committed to the custody of the Sheriff of Harris County, Texas, until he posts the required bond or until further order of the Court.

☐ Probable cause previously determined. The Court **ORDERS** the defendant committed to the custody of the Sheriff of Harris County, Texas, until he posts the required bond or until further order of the Court.

☒     SEE NEXT PAGE FOR BAIL ORDER

<u>April 14, 2020 11:53 AM</u>          _____[signature] 5399 74 55_____          _____
**Date and Time**                  **Magistrate (Judge or Hearing Officer)**                 **Interpreter (if applicable)**

Magistrate **Lionel Castro** (SPN )          (Rev. July 24, 2018)          Page 1 of 2

Unofficial Copy Office of Marilyn Burgess District Clerk

7

CAUSE NO. <u>167155001010</u>

**STATUTORY WARNINGS BY MAGISTRATE - PROBABLE CAUSE FOR FURTHER DETENTION – PR BOND/BAIL ORDER**

# PERSONAL BOND / BAIL ORDER

Having found probable cause exists for the further detention of ▇▇▇▇▇▇▇▇▇▇▇▇, the Court next determined the conditions of release for the accused to ensure he/she will appear and answer before the proper Court.

## PART 1: PUBLIC SAFETY ASSESSMENT

The Court considered the Public Safety Assessment results and also considered the following presumptive personal bond recommendation:

- ☐ Personal Bond Recommended
- ☒ Personal Bond **NOT** Recommended
- ☐ Personal Bond Recommendation referred to Magistrate
- ☐ PSA NOT available

## PART 2: PERSONAL BOND / BAIL REQUESTS

**Presumptive Bail Amount $1,500.00**

A. **DISTRICT ATTORNEY PR BOND / BAIL REQUEST**
- Personal Bond ☐ Requested ☐ Opposed
  ☒ No Position
- Bail Request ☒ No DA Bail Request
  ☐ Higher _____
  ☐ Lower _____
  ☐ No Bail

## PART 3: FINANCIAL AFFIDAVIT

Signed and Sworn: ☐ Yes
☒ No

# ORDER

After considering the above, the Court ORDERED the following:

**Bail is set at:** ☐ No Bail ☒ <mark>$10.00</mark>
☐ Conditions

**Personal bond is:** ☒ Not Approved <mark>not present, mhu, no info re health, ga13 pr preclusion, allegedly stealing food.</mark>
☐ Approved ☐ Conditions

April 14, 2020 11:53 AM _____ 5399745 5 _____ _____
**Date and Time** **Magistrate (Judge or Hearing Officer)** **Interpreter (if applicable)**

Magistrate **Lionel Castro** (SPN ) (Rev. July 24, 2018) Page 2 of 2

*Unofficial Copy Office of Marilyn Burgess District Clerk*

| | | | |
|---|---|---|---|
| CAUSE NO. <u>167155001010</u> | | CHARGE <u>THEFT <$2,500 2/MORE PREV CONVS</u> | |
| THE STATE OF TEXAS | § | 209th DISTRICT COURT | Pgs-1 |
| V. | § | OF | ATAC |
| ███████████ | § | HARRIS COUNTY, TEXAS | |
| Defendant (SPN 02050287) | | | |

## ORDER APPOINTING COUNSEL

On this, the April 15, 2020, the Court finds (CHECK ONE)

☒ the DEFENDANT is indigent.

☐ the interests of justice require representation.

Therefore, the Court ORDERS that ☒ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the DEFENDANT named above in this cause.

MCKNIGHT, EDDREA TRASHAWNDA
Attorney/Assistant Public Defender Assigned by HCPD                E-Mail Address

PO BOX 300386
Address                                                             Phone Number

HOUSTON        TX         77230
City           State      Zip                                       Fax Number

02589380                                                            24077430
SPN Number                                                          Bar Number

**The Court further ORDERS the cause set for:** Arraignment

On the <u>Monday, June 01, 2020</u> at <u>9:00 am</u> before this Court at 1201 Franklin, Houston, Harris County, Texas.

Signed this April 16, 2020.

_____
BRIAN WARREN
**Judge Presiding**

☐ The State has offered or     ☐ The State and Defense agree as follows:

Defense Attorney _____     Prosecutor _____

Defendant/Witness Signature   X _____DEFENDANT IN CUSTODY_____

### FOR COURT STAFF ONLY

Reset by:   ☐ Court    ☐ Defense    ☒ Operation of Law    ☐ Prosecution

Reason for Reset:

| | | |
|---|---|---|
| ☒ D.A. to Contact Complainant/Witness | ☐ Defense to Contact Witness | ☒ Not Indicted |
| ☐ D.A. to Evaluate Case | ☐ Disposition of Misd./OOC Case | ☐ Other |
| ☐ D.A. to Reindict | ☐ File Unavailable | ☐ Refer to |
| ☐ D.A. to file MRP/MAJ | ☐ MHMRA Evaluation 21 Day Full | ☐ Restitution Info |
| ☐ Defendant On Call | ☐ No Tape/Lab | ☐ To Hire Attorney |
| ☐ Defendant to Consider Offer | ☐ No Offense Report | |

9

4/2017

CAUSE NO. 167155001010

C87 D1 (COURT ORDER)

IN THE 209 DISTRICT COURT
OF HARRIS COUNTY, TEXAS

THE STATE OF TEXAS

VS.

▓▓▓▓ ▓▓▓▓

THEFT <$2,500 2/MORE PREV CONVS

TO THE SHERIFF OF HARRIS COUNTY, TEXAS:    GREETINGS

BY ORDER OF THE COURT ON THE 15 DAY OF APRIL, A.D. 2020 THE FOLLOWING ACTION IS DIRECTED IN THE ABOVE STYLED AND NUMBERED CAUSE:

BOND AMOUNT RAISED TO $1000

THE COURT HAS ORDERED THE FOLLOWING BAIL OPTIONS:

PER JUDGE WARREN

NOTES TO SHERIFF:

WITNESS MY HAND AND SEAL OF OFFICE AT HOUSTON, TEXAS, THIS 15 DAY OF APRIL, A.D. 2020 AT 09 : 52 O'CLOCK

SNU : 998
INITIATING DEPUTY:
JONES, MICHAEL
755-7812

MARILYN BURGESS, DISTRICT CLERK
HARRIS COUNTY, TEXAS

BY _____
                    DEPUTY



10

HARRIS COUNTY PRETRIAL SERVICES
1201 Franklin, 12th Floor
Houston, Texas 77002

Pgs-1

# PERSONAL BOND

BAPRBO (1)

THE STATE OF TEXAS  CAUSE NO. **167155001010**

KNOW ALL MEN BY THESE PRESENTS

COUNTY OF HARRIS  SPN NO. **02050287**

THAT I, ▇▇▇▇▇▇▇▇▇▇ charged with the offense of a (STATE JAIL FELONY), to wit, THEFT <$2,500 2/MORE PREV CONVS am held and firmly bound unto the State of Texas in the penal sum stated below for the payment of which sum well and truly to be made, and in addition all necessary and reasonable fees and expenses that may be incurred by peace officers in re-arresting me in the event the conditions of this bond are violated, I do bind myself, my heirs, executors and administrators, jointly and severally by these presents.

THE CONDITIONS OF THE ABOVE OBLIGATIONS ARE THAT I swear that I will appear IN THE 209th DISTRICT COURT at the Criminal Justice Center,

1201 Franklin Houston, Harris County, Texas, on Monday, June 01, 2020, at the hour of 8:30 AM or upon notice by the Court, or pay to the Court the principal sum of $1,000.00 plus all necessary and reasonable expenses incurred in any arrest for failure to appear.

I further swear that I will appear before any court or magistrate before whom this cause may hereinafter be pending at any time and place as may be required, I will comply with any court ordered release conditions, and I will comply with Pretrial Services' instructions relating to my release conditions or appearance in court.

Now if I shall well and truly make said appearance before said Court, and there remain from day to day and term to term of said Court, until discharged by due course of law, then and there to answer said accusation against me, and further shall well and truly make my personal appearance in any and all subsequent proceedings that may be had relative to said charge in the course of the criminal action based on said charge, this obligation shall become void; Otherwise to remain in full force and effect.

I further understand that all or part of the information collected in the defendant report may be available to law enforcement or criminal justice personnel, including, but not limited to, the Judge or Magistrate hearing the case, the District Attorney's Office, and the defense attorney of record in this cause.

Fee=$30   Waived ☒

Signature of Defendant

Special Conditions of bond in effect:  NO

SWORN TO AND SUBSCRIBED BEFORE ME,

APPROVED April 20, 2020 10:02 AM

this April 20, 2020

JUDGE Brian Warren   SPN 01897724

PERSONAL BOND OFFICE EMPLOYEE / PEACE OFFICER
HARRIS COUNTY, TEXAS

≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈

IDENTIFICATION INFORMATION

Date of Birth: ▇▇/1986    Place of Birth ▇▇, TX    Driver's License # ▇▇▇▇
Height 502   Weight 110   Hair Color BLK   Eye Color BRO   State: TX

DEFENDANT MAILING ADDRESS   Street Address ▇▇▇▇   City ▇▇▇▇   State ▇▇   Phone ▇▇▇▇

NEAREST RELATIVE
Name ▇▇▇▇▇▇
Street Same as Def
City/State ▇▇▇▇

DEFENDANT EMPLOYMENT INFORMATION
Name ▇▇▇▇
Address ▇▇▇▇
Phone

≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈≈

Filed with DC on 4/20/2020 at 6:32 PM by: ODJ
Defendant Notified HCJ   HPD   HCJ ODJ   Non-Arrest

11