EXHIBIT 3

**HCDistrictclerk.com**      The State of Texas vs. ███████████ (SPN:      1/25/2021
03000001)
Cause: 167265901010      CDI: 3      Court: 232

## APPEALS
No Appeals found.

## RELATED CASES
No related cases found.

## HOLDS
No Holds found.

## WITNESS
No Witness found.

## SUMMARY

### CASE DETAILS

| | |
|---|---|
| **File Date** | 4/23/2020 |
| **Case (Cause) Status** | Complete |
| **Offense** | FORGERY |
| **Last Instrument Filed** | Felony Indictment |
| **Case Disposition** | DISP-080420 |
| **Case Completion Date** | 8/4/2020 |
| **Defendant Status** | DISPOSED |
| **Bond Amount** | $100.00 |
| **Next/Last Setting Date** | 8/4/2020 |

### DEFENDANT DETAILS

| | | | |
|---|---|---|---|
| **Race/Sex** | B / M | **Height/Weight** | 5'06 / 220 LBS |
| **Eyes** | BRO | **Hair** | BLK |
| **Skin** | DRK | **Build** | HEV |
| **DOB** | ████1977 | **In Custody** | N |
| **US Citizen** | YES | **Place Of Birth** | TX |
| **Address** | | HOMELESS HOUSTON TX | |
| **Markings** | | | |

### CURRENT PRESIDING JUDGE

| | |
|---|---|
| **Court** | 232nd |
| **Address** | 201 CAROLINE (Floor: 9) HOUSTON, TX 77002 Phone:7137556778 |
| **JudgeName** | Josh Hill |
| **Court Type** | Criminal |

## BONDS

| Date | Type | Description | SNU |
|---|---|---|---|
| 04/23/2020 | BOND SET | $1500 SNU: 998 06/30/20 | |

## ACTIVITIES

| Date | Type | Description | SNU/CFI |
|---|---|---|---|
| 08/06/2020 | ORDER | ATTORNEY FEE VOUCHER SNU: 995 08/06/20 | |
| 08/06/2020 | ORDER | ATTY FEE AMT $77.50 SNU: 995 08/06/20 | |
| 08/04/2020 | SENTENCED IN | COURT 232 STARTING 08/04/20 SNU: 999 08/04/20 | |
| 08/04/2020 | SENTENCE TO | 105 DAYS CONFINEMENT 08/04/20 | |

| Date | Type | Description |
|---|---|---|
| 08/04/2020 | CREDIT GIVEN | DEFENDANT RECEIVED 105 DAYS CREDIT 08/04/20 |
| 08/04/2020 | MOTIONS | NOT INT DESTROY EVID SNU: 999 08/04/20 |
| 08/04/2020 | MOTIONS | FILED CFI 232 08/04/20 |
| 08/04/2020 | ORDER | DISCOVERY LOG GRANTED SNU: 996 08/04/20 |
| 08/04/2020 | OFFENSE | FORGERY LEVEL FS 08/04/20 |
| 08/04/2020 | JUDGMENT | CONVICTION SNU: 999 08/04/20 |
| 08/04/2020 | JUDGMENT | GUILTY PLEA-NO JURY 08/04/20 |
| 08/04/2020 | JUDG OFFENSE | FORGERY LEVEL FS 08/04/20 |
| 08/04/2020 | PENALTY | HCJ AMOUNT 105 DAYS 08/04/20 |
| 07/01/2020 | PRECEPT/SERVE IND DATE RETURNED 07/08/20 | HOW EXECUTED E 07/08/20 |
| | DATE SERVED | 07/02/20 07/08/20 |
| 06/29/2020 | GRAND JURY ACTION | FID 06/29/20 G232 SNU: 999 07/01/20 |
| 06/29/2020 | GRAND JURY ACTION | ROTATION CRT 232 OFF FREQ BND $100 07/01/20 |
| 06/29/2020 | GRAND JURY ACTION | OFFENSE FORGERY LEVEL FS 07/01/20 |
| 06/29/2020 | ORI | HOUSTON POLICE DEPAR OFFENSE NO: 53010720 07/01/20 |
| 04/27/2020 | ATTORNEY | SCHULTZ, NATALIE LYNN SNU: 999 04/27/20 |
| 04/27/2020 | ATTORNEY | AAT COURT 232 CFI 232 04/27/20 |
| 04/27/2020 | JUDGE | HILL, JOSHUA PRESIDING 04/27/20 |
| 04/23/2020 | COMPLAINT FILED | 1413 232 FORGERY LEVEL FS 06/30/20 |
| 04/23/2020 | BOND SET | $1500 SNU: 998 06/30/20 |
| 04/23/2020 | REVIEWED BY | ORTIZ, RENATA ROSAURA 06/30/20 |
| 04/23/2020 | ORI | HOUSTON POLICE DEPAR OFFENSE NO: 053010720 04/23/20 |
| 04/23/2020 | COMPLAINANT | VALDEZ, J T 04/23/20 |
| | ORI | HOUSTON POLICE DEPAR OFFENSE NO: 53010720 07/01/20 |
| | COMPLAINANT | JOSEPH, DAVID ANDRE 07/01/20 |
| 04/23/2020 | CMIF | TIME 2005 AMOUNT $100 SNU: 999 04/23/20 |
| 04/23/2020 | NOT ACKNOWLEDGED BY SHERIFF | 04/23/20 |
| | EXPIRE DATE | TIME EXPIRE: SNU: 999 04/23/20 |
| 04/23/2020 | C87 ACTIVITY | PC FOUND STATUS CFI 232 SNU: 999 04/23/20 |
| 04/23/2020 | C87 ACTIVITY | PROBABLE CAUSE FOUND 04/23/20 |
| 04/23/2020 | ORDER | GRNT SET BAIL $100 H/O JG SNU: 997 04/23/20 |
| 04/23/2020 | OFFENSE | FORGERY LEVEL FS 04/23/20 |
| 04/23/2020 | ORDER | DEF NOT PRESENT @1800 DKT SNU: 998 04/23/20 |
| 04/23/2020 | OFFENSE | FORGERY LEVEL FS 04/23/20 |
| 04/23/2020 | ORDER | MI/ID PREVIOUSLY FOUND SNU: 999 04/23/20 |
| 04/23/2020 | OFFENSE | FORGERY LEVEL FS 04/23/20 |

## BOOKINGS

| Arrest Date | Arrest Location | Booking Date |
|---|---|---|
| 4/22/2020 8:58:00 PM | 5823 | 4/22/2020 10:47:00 PM |

2

Office of Harris County District Clerk - Marilyn Burgess

## HOLDS
No holds found.

## CRIMINAL HISTORY

| Case(Cause)Nbr / Defendant Status | | Filed / Booked | Ct | Defendant Status | Disposition | Bond Amt | Type of Action / Offense | Next Setting |
|---|---|---|---|---|---|---|---|---|
| 167266101010-3Complete(C) | ▉ | 4/23/2020 \| 4/22/2020 | 232 | Disposed(D) | Disposed(DISP)8/4/2020 | $100.00 | FORGERY (F) | 8/4/2020 |
| 167265901010-3Complete(C) | ▉ | 4/23/2020 \| 4/22/2020 | 232 | Disposed(D) | Disposed(DISP)8/4/2020 | $100.00 | FORGERY (F) | 8/4/2020 |
| 165072401010-3Complete(C) | ▉ | 10/21/2019 \| 10/21/2019 | 351 | Disposed(D) | Disposed(DISP)12/18/2019 | $2,500.00 | ASSAULT-BODILY INJURY (M) | 12/18/2019 |
| 22633600101A-4Active - CRIMINAL(A) | ▉ | 8/8/2019 | 12 | Warrant or Citation Issued(N) | | $1,000.00 | | |
| 226336001010-2Dismissed(D) | ▉ | 6/7/2019 \| 9/1/2019 | 12 | Disposed(D) | Dismissed(DISM)10/14/2019 | $1,001.00 | PROSTITUTION NONPUBLIC PAY FEE (M) | 10/14/2019 |
| 163272801010-3Complete(C) | ▉ | 5/24/2019 \| 9/1/2019 | 176 | Disposed(D) | Disposed(DISP)10/11/2019 | | ASSAULT-BODILY INJURY (M) | 10/11/2019 |

## ACTIVE PARTIES

| Name | Connection | Post Jdgm | SPN # |
|---|---|---|---|
| HILL, JOSHUA | JUDGE - CRIMINAL | | 02182420 |
| SCHULTZ, NATALIE LYNN | APPOINTED DEFENSE ATTORNEY | | 02409430 |
| ▉ | DEFENDANT - CRIMINAL | | 03000001 |

## INACTIVE PARTIES
No inactive parties found.

## SETTINGS

| Date | Court | Post Jdgm | Docket Type | Reason | Results | Defendant | Future Date | Comments | Attorney Appearance Indicator |
|---|---|---|---|---|---|---|---|---|---|
| 4/27/2020 09:00 AM | 232 | | Assigned Court | Preliminary Assigned Court Appearance | Reset By Operation Of Law | Data Not Entered | 6/9/2020 12:00:00 AM | | Present |
| 6/09/2020 09:00 AM | 232 | | Master Docket | Arraignment | Reset By Operation Of Law | Data Not Entered | 8/4/2020 12:00:00 AM | | To Be Set |
| 8/04/2020 09:00 AM | 232 | | Master Docket | Arraignment | Plea Guilty And Sentenced | Data Not Entered | 1/1/0001 12:00:00 AM | | Present |
| 4/23/2020 06:00 PM | PCD | | Motions Docket | Probable Cause Hearing | DEFENDANT NOT PRESENT | Data Unavailable | 1/1/0001 12:00:00 AM | | Absent |

## ALIASES

| Defendant Alias | True Name | Race | Sex | DOB | SPN# |
|---|---|---|---|---|---|

3

| | | | ████ | B | M | ████ | 1977 | 03000001 |
|---|---|---|---|---|---|---|---|---|
| | | Yes | | B | M | ████ | 1977 | 03000001 |

## PAYMENT PLAN

**Total Due: $305.00   Total Paid: $305.00   Payoff Amt: $0.00   Past Due: $0.00   Judgment Date: 8/4/2020**

| ID | DUE | FEES | COSTS | Pmt No | DATE | LOCATION | TYPE | PAID | BALANCE | STATUS |
|---|---|---|---|---|---|---|---|---|---|---|

**Totals:**

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 91617598 | ATTORNEY - FEE EXPENSE CLAIM (DISTRICT) | | 08/06/2020 | 2 |
| 91601997 | ATTORNEY FEE VOUCHER FILED - 274616 | | 08/05/2020 | 1 |
| -> 91601998 | EXHIBITS | | 08/05/2020 | 1 |
| 91584885 | JUDGMENT OF CONVICTION BY COURT-WAIVER OF JURY TRIAL | | 08/04/2020 | 3 |
| | JUDGMENT | | 08/04/2020 | |
| 91598291 | DISPOSED-PLEA ADMONISHMENT | | 08/04/2020 | 11 |
| | DISPOSED - PLEA AGREEMENT | | 08/04/2020 | |
| | DISPOSITION - TRIAL COURT CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL | | 08/04/2020 | |
| | ACKNOWLEDGMENT OF COMPLIANCE WITH ATICLE 39.14 | | 08/04/2020 | |
| | TRIAL - RIGHT TO APPEAL | | 08/04/2020 | |
| | TRIAL - DISCOVERY | | 08/04/2020 | |
| 91662106 | NOTICE OF INTENT TO DESTROY EVIDENCE | | 08/04/2020 | 1 |
| 91240357 | LETTER FROM DEFENDANT | | 07/07/2020 | 2 |
| restricted | SENSITIVE DATA INCLUDED IN DOCUMENT | | 06/29/2020 | 2 |
| | CHARGING INSTRUMENT - FELONY INDICTMENT | | 06/29/2020 | |
| 90372415 | APPOINTING COUNSEL | | 04/27/2020 | 1 |
| restricted | SENSITIVE DATA INCLUDED IN DOCUMENT | | 04/23/2020 | 2 |
| | CHARGING INSTRUMENT - COMPLAINT | | 04/23/2020 | |
| 90342592 | FIRST EMERGENCY ORDER REGARDING THE COVID-19 STATE OF DISASTER | | 04/23/2020 | 1 |
| 90344577 | FINDING PREVIOUS ASSESSMENT FOR MI ID | | 04/23/2020 | 1 |
| 90344922 | ADDITIONAL ORDERS | | 04/23/2020 | 2 |
| | ADDITIONAL ORDERS | | 04/23/2020 | |
| | COMMITMENT ISSUED - FELONY | | 04/23/2020 | |
| | ADDITIONAL ORDERS | | 04/23/2020 | |
| | ADDITIONAL ORDERS | | 04/23/2020 | |
| | OTHER - PROBABLE CAUSE FOR FURTHER DETENTION | | 04/23/2020 | |

CAUSE NO. <u>167265901010</u>         SPN: <u>03000001</u>                    DATE/TIME OF ARREST:<u>4/22/2020 08:58 PM</u>

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | <u>IN THE 232nd DISTRICT COURT</u> |
| v. | § | |
| | § | **HARRIS COUNTY, TEXAS** |

Pgs-2

DOB:<u>████████ 1977</u>

OTPC
(999-
OTCMIF

**PROBABLE CAUSE FOR FURTHER DETENTION – PR BOND/BAIL ORDER (Defendant Not Present)**

(999-
ADDO

The Defendant is accused of <u>**STATE JAIL FELONY**</u>, namely, <u>**FORGERY**</u>.

(997-
998)

**On this date and time, the Defendant was <u>not</u> present due to ☒ medical condition   ☐ mental illness/IDD   ☐ other, therefore only Probable Cause and Bail were determined.**

# PROBABLE CAUSE FINDING AND ORDER

☐ The Court **FINDS** that probable cause for further detention **DOES NOT EXIST**. The Court **ORDERS** the law enforcement agency and officer having custody of the defendant to immediately release the defendant from custody.

☒ The Court **FINDS** that probable cause for further detention **EXISTS**. The Court **ORDERS** the defendant committed to the custody of the Sheriff of Harris County, Texas, until he posts the required bond or until further order of the Court.

☐ Probable cause previously determined. The Court **ORDERS** the defendant committed to the custody of the Sheriff of Harris County, Texas, until he posts the required bond or until further order of the Court.

☒     SEE NEXT PAGE FOR BAIL ORDER

<u>April 23, 2020 20:04 PM</u>                 _____         _____
**Date and Time**                      **Magistrate (Judge or Hearing Officer)**        **Interpreter (if applicable)**

Magistrate **Jennifer Gaut** (SPN **02462297**)              (Rev. July 24, 2018)                    Page 1 of 2

CAUSE NO. <u>167265901010</u>

---

STATUTORY WARNINGS BY MAGISTRATE - PROBABLE CAUSE FOR FURTHER DETENTION – PR BOND/BAIL ORDER

---

# PERSONAL BOND / BAIL ORDER

Having found probable cause exists for the further detention of ██████████, the Court next determined the conditions of release for the accused to ensure he/she will appear and answer before the proper Court.

## PART 1: PUBLIC SAFETY ASSESSMENT

The Court considered the Public Safety Assessment results and also considered the following presumptive personal bond recommendation:

- ☐ Personal Bond Recommended
- ☐ Personal Bond **NOT** Recommended
- ☒ Personal Bond Recommendation referred to Magistrate
- ☐ PSA NOT available

## PART 2: PERSONAL BOND / BAIL REQUESTS

**Presumptive Bail Amount $1,500.00**

**A. DISTRICT ATTORNEY PR BOND / BAIL REQUEST**
- Personal Bond ☐ Requested ☐ Opposed
  - ☐ No Position
- Bail Request ☐ No DA Bail Request
  - ☐ Higher _____
  - ☐ Lower _____
  - ☐ No Bail

## PART 3: FINANCIAL AFFIDAVIT

Signed and Sworn: ☐ Yes
☒ No

# ORDER

After considering the above, the Court ORDERED the following:

**Bail is set at:** ☐ No Bail   ☒ $100.00 _____
☐ Conditions

**Personal bond is:** ☒ Not Approved   Def not present but deputies aren't sure where he's at - maybe seg but Def arrested last night (April 22nd) around 9 pm. No PTRB per GA 13 due to prior misd convictions for Misd Assault BI. 4/4 on PSA - No pending charges, no prior felony convictions, no FTA older than 2 yrs.
☐ Approved ☐ Conditions

---

<u>April 23, 2020 20:04 PM</u>
**Date and Time**

_____
**Magistrate (Judge or Hearing Officer)**

_____
**Interpreter (if applicable)**

Magistrate **Jennifer Gaut** (SPN **02462297**)          (Rev. July 24, 2018)          Page 2 of 2

Unofficial Copy Office of Marilyn Burgess District Clerk

CAUSE NO. <u>167265901010</u>          CHARGE <u>FORGERY</u>

THE STATE OF TEXAS                    §          232nd DISTRICT COURT

V.                                    §          OF                              Pgs-1

                                      §          HARRIS COUNTY, TEXAS           ATAC
▬▬▬▬▬▬▬▬▬▬                                                                      (999)
Defendant (SPN 03000001)

# ORDER APPOINTING COUNSEL

On this, the April 27, 2020, the Court finds (CHECK ONE)

☒          the DEFENDANT is indigent.

☐          the interests of justice require representation.

Therefore, the Court ORDERS that  ☒ the ATTORNEY LISTED BELOW  ☐ the HARRIS COUNTY PUBLIC

DEFENDER'S OFFICE is appointed to represent the DEFENDANT named above in this cause.

SCHULTZ, NATALIE LYNN
Attorney/Assistant Public Defender Assigned by HCPD          E-Mail Address ▬▬▬▬▬▬

2500 EAST TC JESTER #290                                     ▬▬▬▬▬
Address                                                       Phone Number

HOUSTON          TX          77008
City             State       Zip                             Fax Number

02409430                                                     24059003
SPN Number                                                   Bar Number

The Court further ORDERS the cause set for:   Arraignment

On the <u>Tuesday, June 09, 2020</u> at <u>9:00 am</u> before this Court at 1201 Franklin, Houston, Harris County,
Texas.

Signed this April 27, 2020.

                                                     _____

                                                     JOSH HILL
                                                     **Judge Presiding**

☐  The State has offered or     ☐     The State and Defense agree as follows:

Defense Attorney _____          Prosecutor _____

Defendant/Witness Signature  X ____| DEFENDANT IN CUSTODY |_____

## FOR COURT STAFF ONLY

Reset by: ☐ Court      ☐ Defense      ☐ Operation of Law      ☐ Prosecution
Reason for Reset:

☐  D.A. to Contact Complainant/Witness     ☐  Defense to Contact Witness     ☐  Not Indicted

☐  D.A. to Evaluate Case                   ☐  Disposition of Misd./OOC Case  ☐  Other

☐  D.A. to Reindict                        ☐  File Unavailable               ☐  Refer to

☐  D.A. to file MRP/MAJ                     ☐  MHMRA Evaluation               ☐  Restitution Info
                                               21 Day Full

☐  Defendant On Call                        ☐  No Tape/Lab                    ☐  To Hire Attorney

☐  Defendant to Consider Offer              ☐  No Offense Report

7

4/2017

Unofficial Copy Office of Marilyn Burgess District Clerk

1672659

P2

F I L E D
Marilyn Burgess
District Clerk
JUL 07 2020
Time: _____
By _____
Harris County, Texas

To The Honorable Judge Joshua Hill

Hi my name is ███ ████
████. I have been in the Harris County
Jail since April 23. I never made it to Proable
Cause or any of my other court dates. I
just know I am being charge with two
counts of forgery and my bonds is $2,000
dollars. Which they told me in booking I
should get a PR bond, but never made it to
Proable Cause Court. My attorney Natalie L Schultz
did send me a letter, but everytime I try
calling her number know answer. So I wrote
her asking if she can. Help get this cases
reduce from a felony to a misdemeanor, if
I take a plea. So I am asking you all
new Judge Hill and the DA. To take my
offer into consideration. I know things are
not going well do to the CCVID-19 in this
jail our court system. So my hope is to be
soon one less person out the way.

God Bless

████████

Unofficial Copy Office of Marilyn Burgess District Clerk



U.S POSTAGE >> PITNEY BOWES

ZIP 77002 $ 000.50⁰
02 4W
0000368784 JUN 15  2C 0

County Clerk Court #232
1361 Franklin Burgess District Clerk
Houston, Tx 77002

HARRIS COUNTY SHERIFF'S OFFICE JAIL
Name:
SPN:
Street 1361 Franklin
HOUSTON, TEXAS 77002          Cell: 6D1B

Unofficial Copy Office of Marilyn Burgess District Clerk

aramark

# INDIGENT



**CAUSE NO. 167265901010**

INCIDENT NO. /TRN: 9267912666A001

Pgs-3

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 232ND DISTRICT |
| | § | |
| v. | § | COURT |
| | § | |
| ▇▇▇▇▇▇▇▇▇ | § | HARRIS COUNTY, TEXAS |
| | § | |
| STATE ID NO.:TX18064912 | § | |

DIJWJT
(999-
DIJDG
(999)

## JUDGMENT OF CONVICTION BY COURT—WAIVER OF JURY TRIAL

| | | |
|---|---|---|
| Judge Presiding: | **VANESSA VELASQUEZ** | Date Sentence Imposed: **8/4/2020** |
| Attorney for State: | **NICHOLAS ANDREW** | Attorney for Defendant: **SCHULTZ, NATALIE LYNN** |

Offense for which Defendant Convicted:
**FORGERY**

| Charging Instrument: | Statute for Offense: |
|---|---|
| **INDICTMENT** | |

| Date of Offense: | Plea to Offense: |
|---|---|
| **2/21/2020** | **GUILTY** |

| Degree of Offense: | Findings on Deadly Weapon: |
|---|---|
| **STATE JAIL FELONY-sec 12.44(a) PC** | **N/A** |

Terms of Plea Bargain (if any): or ☐ Terms of Plea Bargain are attached and incorporated herein by this reference.
**105 DAYS HCJ 12.44A**
**Reduced from: STATE JAIL**

| 1st Enhancement | | Finding on 1st Enhancement | |
|---|---|---|---|
| Paragraph: | **N/A** | Paragraph: | **N/A** |
| 2nd Enhancement | | Finding on 2nd Enhancement | |
| Paragraph: | **N/A** | Paragraph: | **N/A** |

☐ **SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR N/A .**
(The document setting forth the conditions of community supervision is incorporated herein by this reference.)

| Punishment and Place of Confinement: | **105 DAYS COUNTY JAIL** |
|---|---|

| DATE SENTENCE COMMENCES: (Date does not apply to confinement served as a condition of community supervision.) | **8/4/2020** | THIS SENTENCE SHALL RUN: | **CONCURRENT** |
|---|---|---|---|

| Fines: | Restitution: | Restitution Payable to: **N/A** |
|---|---|---|
| $ **N/A** | $ **N/A** | (See special finding or order of restitution which is incorporated herein by this reference.) |

| Court Costs: | Reimbursement Fees: | |
|---|---|---|
| $ **290.00** | $ **15.00** | |

☐ **Defendant is required to register as sex offender** in accordance with Chapter 62, Tex. Code Crim. Proc.

**(For sex offender registration purposes only)** The age of the victim at the time of the offense was N/A .

| Total Jail Time Credit: | If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below. |
|---|---|
| | **105 DAYS**     NOTES: **TOWARD FINE AND COSTS** |

Was the victim impact statement returned to the attorney representing the State? **N/A**

*(FOR STATE JAIL FELONY OFFENSES ONLY)* Is Defendant presumptively entitled to diligent participation credit in accordance with Article 42A.559, Tex. Code Crim. Proc.? **N/A**

This cause was called and the parties appeared. The State appeared by her District Attorney as named above.
**Counsel / Waiver of Counsel (select one)**

**10**

☒ Defendant appeared with counsel.

☐ Defendant appeared without counsel and knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.

☐ Defendant was tried in absentia.

  Both parties announced ready for trial. Defendant waived the right of trial by jury and entered the plea indicated above. It appeared to the Court that Defendant was mentally competent to stand trial, made the plea freely and voluntarily, and was aware of the consequences of the plea. The Court received the plea and entered it of record. After hearing the evidence submitted, if any, the Court **ADJUDGES** Defendant **GUILTY** of the offense indicated above. The Court **FINDS** that the Presentence Investigation, if so ordered, was done according to the applicable provisions of Subchapter F, Chapter 42A, Tex. Code Crim. Proc.

  Having been convicted of the offense designated above, the Court **ORDERS** Defendant punished in accordance with the Court's findings as to the proper punishment as indicated above, and after having conducted an inquiry into Defendant's ability to pay, as directed by Article 42.15, Code Crim. Proc., the Court **ORDERS** Defendant to pay the fine, court costs, reimbursement fees, and restitution as indicated above and further detailed below.

<u>Punishment Options</u> **(select one)**

☐ **Confinement in State Jail or Institutional Division.** The Court **ORDERS** the authorized agent of the State of Texas or the County Sheriff to take and deliver Defendant to the Director of the Correctional Institutions Division, TDCJ, for placement in confinement in accordance with this judgment. The Court **ORDERS** Defendant remanded to the custody of the County Sheriff until the Sheriff can obey the directions in this paragraph. Upon release from confinement, the Court **ORDERS** Defendant to proceed without unnecessary delay to the District Clerk's office, or any other office designated by the Court or the Court's designee, to pay or to make arrangements to pay any fines, court costs, reimbursement fees, and restitution due.

☐ **County Jail—Confinement / Confinement in Lieu of Payment.** The Court **ORDERS** Defendant committed to the custody of the County Sheriff immediately or on the date the sentence commences. Defendant shall be confined in the county jail for the period indicated above. Upon release from confinement, the Court **ORDERS** Defendant to proceed without unnecessary delay to the District Clerk's office, or any other office designated by the Court or the Court's designee, to pay or to make arrangements to pay any fines, court costs, reimbursement fees, and restitution due.

☒ **County Jail—State Jail Felony Conviction.** Pursuant to §12.44(a), Tex. Penal Code, the Court **FINDS** that the ends of justice are best served by imposing confinement permissible as punishment for a Class A misdemeanor instead of a state jail felony. Accordingly, Defendant will serve punishment in the county jail as indicated above. The Court **ORDERS** Defendant committed to the custody of the County Sheriff immediately or on the date the sentence commences. Upon release from confinement, the Court **ORDERS** Defendant to proceed without unnecessary delay to the District Clerk's office, or any other office designated by the Court or the Court's designee, to pay or to make arrangements to pay any fines, court costs, reimbursement fees, and restitution due.

☐ **Fine Only Payment.** The punishment assessed against Defendant is for a **FINE ONLY**. The Court **ORDERS** Defendant to proceed immediately to the District Clerk's office, or any other office designated by the Court or the Court's designee, to pay or to make arrangements to pay the fine, court costs, reimbursement fees, and restitution ordered by the Court in this cause.

☐ **Confinement as a Condition of Community Supervision.** The Court **ORDERS** Defendant confined   days in     as a condition of community supervision. The period of confinement as a condition of community supervision starts when Defendant arrives at the designated facility, absent a special order to the contrary.

<u>Fines Imposed Include</u> **(check each fine and enter each amount as pronounced by the court):**

☐ General Fine (§12.32, 12.33, 12.34, or 12.35, Penal Code, Transp. Code, or other Code) $      (not to exceed $10,000)

☐ Add'l Monthly Fine for Sex Offenders (Art. 42A.653, Code Crim. Proc.) $ As assessed as a Cond. CS ($5.00/per month of community supervision)

☐ Child Abuse Prevention Fine (Art. 102.0186, Code Crim. Proc.) **$100**

☐ EMS, Trauma Fine (Art. 102.0185, Code Crim. Proc.) **$100**

☐ Family Violence Fine (Art. 42A.504 (b), Code Crim. Proc.) **$100**

☐ Juvenile Delinquency Prevention Fine (Art. 102.0171(a), Code Crim. Proc.) **$50**

☐ State Traffic Fine (§ 542.4031, Transp. Code) **$50**

☐ Children's Advocacy Center Fine - as Cond of CS (Art. 42A.455, Code Crim. Proc.) $ As assessed in Cond of CS (not to exceed $50)

☐ Repayment of Reward Fine (Art. 37.073/42.152, Code Crim. Proc.) $      (To Be Determined by the Court)

☐ Repayment of Reward Fine - as Cond of CS (Art. 42A.301 (b) (20), Code Crim. Proc.) $ As assessed as a Cond. CS. (not to exceed $50)

☐ DWI Traffic Fine (a/k/a Misc. Traffic Fines) (§ 709.001, Transp. Code) $      (not to exceed $6,000)

<u>Execution of Sentence</u>

The Court **ORDERS** Defendant's sentence **EXECUTED**. The Court **FINDS** that Defendant is entitled to the jail time credit indicated above. The attorney for the state, attorney for the defendant, the County Sheriff, and any other person having or who had custody of Defendant shall assist the clerk, or person responsible for completing this judgment, in calculating Defendant's credit for time served. All supporting documentation, if any, concerning Defendant's credit for time served is incorporated herein by this reference.

**Furthermore, the following special findings or orders apply:**

APPEAL WAIVED, NO PERMISSION TO APPEAL GRANTED.

.

_____

**Date Judgment Entered: August 4, 2020**

_X_ _Vanessa Velasquez (signature)_

VANESSA VELASQUEZ

JUDGE PRESIDING

Clerk: S CURTIS

Notice of Appeal Filed: _

Mandate Received: _____   Type of Mandate: _____

After Mandate Received, Sentence to Begin Date is: _____

Jail Credit: _____DAYS

Thumbprint

Case Number: 1672659  Court:  232ND  Defendant: ████████████████

Unofficial Copy Office of ...rilyn Burgess District Clerk

12

(County Auditor's Form 40-1B)
Harris County, TX (REV. 03/01/2019)

**ATTORNEY FEES EXPENSE CLAIM**
**DISTRICT COURTS-COURT APPEARANCE**
UNDER ARTICLE 26.05, CODE OF CRIMINAL PROCEDURE AS AMENDED

00274616

Filed 20 August 06 P12:49
**Marilyn Burgess - District Clerk**
**Harris County**
**VIPS225886_274616**
**By: L BARLOW**
Pgs-2

| Court No.<br>232 | Defendant Name | Case Number(s) - Charge(s)<br>167265901010 - FORGERY<br>167266101010 - FORGERY | ATFEC<br>(995-<br>995) |
|---|---|---|---|

| **INDIVIDUAL CASE APPOINTMENT** | | No. of Court<br>Days/Hours | Rate | Total<br>(presumptive max) | Amount |
|---|---|---|---|---|---|
| **NON-TRIAL** | First Degree | | $255/day | $1275 | |
| | Second Degree | | $205/day | $820 | |
| | **Third Degree, SJF, MRP/MAJ** | **1** | **$155/day** | **$465** | **$155.00** |
| **TRIAL** | First Degree | | $550/day | | |
| | Second Degree | | $450/day | | |
| | Third Degree, SJF, MRP/MAJ | | $350/day | | |
| **PRE-TRIAL HEARING WITH TESTIMONY & PSI HEARING** | | | $350/day | | |
| **OUT OF COURT HOURS** | First Degree | | $120/hour | $2400 | |
| | Second Degree | | $95/hour | $1140 | |
| | Third Degree, SJF, MRP/MAJ | | $75/hour | $750 | |
| **SPECIALTY COURT HOURS** | | | $75 - $120/hour | | |
| **INVESTIGATION HOURS** | | | $40/hour | $600/case | |
| **INVESTIGATION OTHER EXPENSES** | | | | | |
| **EXPERT** | | | | $650/case | |
| **BILINGUAL SUPPLEMENT** | | | $50/day | $250 | |
| **OTHER** | | | | | |
| | | | | **TOTAL** | **$155.00** |

Court Appearance(s) : (167265901010): 08/04/2020
(167266101010)

**PERSONAL INFORMATION**

| Attorney Name<br>SCHULTZ, NATALIE LYNN | Telephone Number | Bar Card Number<br>24059003 |
|---|---|---|

Mailing Address
2500 EAST TC JESTER #290  HOUSTON TX 77008

**CERTIFICATION**

I swear or affirm that the Harris County Auditor may rely upon the information contained in this ATTORNEY FEES EXPENSE CLAIM to make payment according to the fee schedule adopted by the Board of District Judges Trying Criminal Cases pursuant to Tex. Code Crim. P. art. 26.05.  I further swear or affirm that I have not received nor will I receive anything of value for representing the accused, except as otherwise disclosed to the Court in writing.

_    /s/ SCHULTZ, NATALIE LYNN  Bar#  24059003    _
        Attorney at Law (Signature)

The above fees, including any fees which exceed the presumptive maximum fees set forth herein were reviewed by this court and determined to be both reasonable and necessary and are hereby approved for payment.

Signed: 8/6/2020 11:34 AM

Approved _____
            Judge Presiding

13

| Court Number<br>232 | Defendant's Name<br>█████████████ | County Auditor's Form 40-1LV<br>Harris County, TX  (4/06/2016) |
|---|---|---|

| In Court Activities | | | |
|---|---|---|---|
| **Date** | **Event** | **Case** | **Setting Reason** |
| 08/04/2020 | NON-TRIAL Third Degree, SJF, MRP/MAJ | 167265901010 | ARRAIGNMENT |

**HCDistrictclerk.com**    The State of Texas vs. ████████████ (SPN: 03000001)    1/25/2021
Cause: 167266101010    CDI: 3    Court: 232

## APPEALS
No Appeals found.

## RELATED CASES
No related cases found.

## HOLDS
No Holds found.

## WITNESS
No Witness found.

## SUMMARY

### CASE DETAILS

| | |
|---|---|
| **File Date** | 4/23/2020 |
| **Case (Cause) Status** | Complete |
| **Offense** | FORGERY |
| **Last Instrument Filed** | Felony Indictment |
| **Case Disposition** | DISP-080420 |
| **Case Completion Date** | 8/4/2020 |
| **Defendant Status** | DISPOSED |
| **Bond Amount** | $100.00 |
| **Next/Last Setting Date** | 8/4/2020 |

### DEFENDANT DETAILS

| | | | |
|---|---|---|---|
| **Race/Sex** | B / M | **Height/Weight** | 5'06 / 220 LBS |
| **Eyes** | BRO | **Hair** | BLK |
| **Skin** | DRK | **Build** | HEV |
| **DOB** | ████1977 | **In Custody** | N |
| **US Citizen** | YES | **Place Of Birth** | TX |
| **Address** | | HOMELESS HOUSTON TX | |
| **Markings** | | | |

### CURRENT PRESIDING JUDGE

| | |
|---|---|
| **Court** | 232nd |
| **Address** | 201 CAROLINE (Floor: 9) HOUSTON, TX 77002 Phone:7137556778 |
| **JudgeName** | Josh Hill |
| **Court Type** | Criminal |

## BONDS

| Date | Type | Description | SNU |
|---|---|---|---|
| 04/23/2020 | BOND SET | $1500 SNU: 999 04/23/20 | |

## ACTIVITIES

| Date | Type | Description | SNU/CFI |
|---|---|---|---|
| 08/06/2020 | ORDER | ATTORNEY FEE VOUCHER SNU: 995 08/06/20 | |
| 08/06/2020 | ORDER | ATTY FEE AMT $77.50 SNU: 995 08/06/20 | |
| 08/04/2020 | SENTENCED IN | COURT 232 STARTING 08/04/20 SNU: 999 08/04/20 | |
| 08/04/2020 | SENTENCE TO | 105 DAYS CONFINEMENT 08/04/20 | |

15

| | | |
|---|---|---|
| 08/04/2020 | CREDIT GIVEN | DEFENDANT RECEIVED 105 DAYS CREDIT 08/04/20 |
| 08/04/2020 | MOTIONS | NOT INT DESTROY EVID SNU: 999 08/04/20 |
| 08/04/2020 | MOTIONS | FILED CFI 232 08/04/20 |
| 08/04/2020 | ORDER | DISCOVERY LOG GRANTED SNU: 996 08/04/20 |
| 08/04/2020 | OFFENSE | FORGERY LEVEL FS 08/04/20 |
| 08/04/2020 | JUDGMENT | CONVICTION SNU: 999 08/04/20 |
| 08/04/2020 | JUDGMENT | GUILTY PLEA-NO JURY 08/04/20 |
| 08/04/2020 | JUDG OFFENSE | FORGERY LEVEL FS 08/04/20 |
| 08/04/2020 | PENALTY | HCJ AMOUNT 105 DAYS 08/04/20 |
| 07/27/2020 | GRAND JURY ACTION | FID 07/27/20 G232 SNU: 999 07/27/20 |
| 07/27/2020 | GRAND JURY ACTION | ROTATION CRT 232 OFF FREQ BND $100 07/27/20 |
| 07/27/2020 | GRAND JURY ACTION | OFFENSE FORGERY LEVEL FS 07/27/20 |
| 07/27/2020 | ORI | HOUSTON POLICE DEPAR OFFENSE NO: 53010720 07/27/20 |
| 07/27/2020 | PRECEPT/SERVE IND DATE RETURNED 09/02/20 | HOW EXECUTED E 09/02/20 |
| | DATE SERVED | 07/30/20 09/02/20 |
| 04/27/2020 | ATTORNEY | SCHULTZ, NATALIE LYNN SNU: 999 04/27/20 |
| 04/27/2020 | ATTORNEY | AAT COURT 232 CFI 232 04/27/20 |
| 04/27/2020 | JUDGE | HILL, JOSHUA PRESIDING 04/27/20 |
| 04/23/2020 | COMPLAINT FILED | 1419 232 FORGERY LEVEL FS 04/23/20 |
| 04/23/2020 | BOND SET | $1500 SNU: 999 04/23/20 |
| 04/23/2020 | REVIEWED BY | ORTIZ, RENATA ROSAURA 04/23/20 |
| 04/23/2020 | ORI | HOUSTON POLICE DEPAR OFFENSE NO: 53010720 07/27/20 |
| 04/23/2020 | COMPLAINANT | VALDEZ, J T 07/27/20 |
| 04/23/2020 | CMIF | TIME 2004 AMOUNT $100 SNU: 999 04/23/20 |
| 04/23/2020 | NOT ACKNOWLEDGED BY SHERIFF | 04/23/20 |
| | EXPIRE DATE | TIME EXPIRE: SNU: 999 04/23/20 |
| 04/23/2020 | C87 ACTIVITY | PC FOUND STATUS CFI 232 SNU: 999 04/23/20 |
| 04/23/2020 | C87 ACTIVITY | PROBABLE CAUSE FOUND 04/23/20 |
| 04/23/2020 | ORDER | GRNT SET BAIL $100 H/O JG SNU: 997 04/23/20 |
| 04/23/2020 | OFFENSE | FORGERY LEVEL FS 04/23/20 |
| 04/23/2020 | ORDER | DEF NOT PRESENT @1800 DKT SNU: 998 04/23/20 |
| 04/23/2020 | OFFENSE | FORGERY LEVEL FS 04/23/20 |
| 04/23/2020 | ORDER | MI/ID PREVIOUSLY FOUND SNU: 999 04/23/20 |
| 04/23/2020 | OFFENSE | FORGERY LEVEL FS 04/23/20 |

## BOOKINGS

| Arrest Date | Arrest Location | Booking Date |
|---|---|---|
| 4/22/2020 8:58:00 PM | 5823 | 4/22/2020 10:47:00 PM |

## HOLDS

No holds found.

## CRIMINAL HISTORY

| Case(Cause)Nbr / Defendant Status | | Filed / Booked | Ct | Defendant Status | Disposition | Bond Amt | Type of Action / Offense | Next Setting |
|---|---|---|---|---|---|---|---|---|
| 167266101010-3Complete(C) | WILLIAMS, MARLON | 4/23/2020 \| 4/22/2020 | 232 | Disposed(D) | Disposed(DISP)8/4/2020 | $100.00 | FORGERY (F) | 8/4/2020 |
| 167265901010-3Complete(C) | WILLIAMS, MARLON | 4/23/2020 \| 4/22/2020 | 232 | Disposed(D) | Disposed(DISP)8/4/2020 | $100.00 | FORGERY (F) | 8/4/2020 |
| 165072401010-3Complete(C) | WILLIAMS, MARLON | 10/21/2019 \| 10/21/2019 | 351 | Disposed(D) | Disposed(DISP)12/18/2019 | $2,500.00 | ASSAULT-BODILY INJURY (M) | 12/18/2019 |
| 22633600101A-4Active - CRIMINAL(A) | WILLIAMS, MARLON | 8/8/2019 | 12 | Warrant or Citation Issued(N) | | $1,000.00 | | |
| 226336001010-2Dismissed(D) | WILLIAMS, MARLON | 6/7/2019 \| 9/1/2019 | 12 | Disposed(D) | Dismissed(DISM)10/14/2019 | $1,001.00 | PROSTITUTION NONPUBLIC PAY FEE (M) | 10/14/2019 |
| 163272801010-3Complete(C) | WILLIMS, MARLON | 5/24/2019 \| 9/1/2019 | 176 | Disposed(D) | Disposed(DISP)10/11/2019 | | ASSAULT-BODILY INJURY (M) | 10/11/2019 |

## ACTIVE PARTIES

| Name | Connection | Post Jdgm | SPN # |
|---|---|---|---|
| HILL, JOSHUA | JUDGE - CRIMINAL | | 02182420 |
| SCHULTZ, NATALIE LYNN | APPOINTED DEFENSE ATTORNEY | | 02409430 |
| ███████████ | DEFENDANT - CRIMINAL | | 03000001 |

## INACTIVE PARTIES

No inactive parties found.

## SETTINGS

| Date | Court | Post Jdgm | Docket Type | Reason | Results | Defendant | Future Date | Comments | Attorney Appearance Indicator |
|---|---|---|---|---|---|---|---|---|---|
| 4/27/2020 09:00 AM | 232 | | Assigned Court | Preliminary Assigned Court Appearance | Reset By Operation Of Law | Data Not Entered | 6/9/2020 12:00:00 AM | | Present |
| 6/09/2020 09:00 AM | 232 | | Master Docket | Arraignment | Reset By Operation Of Law | Data Not Entered | 8/4/2020 12:00:00 AM | | To Be Set |
| 8/04/2020 09:00 AM | 232 | | Master Docket | Arraignment | Plea Guilty And Sentenced | Data Not Entered | 1/1/0001 12:00:00 AM | | Present |
| 4/23/2020 06:00 PM | PCD | | Motions Docket | Probable Cause Hearing | DEFENDANT NOT PRESENT | Data Unavailable | 1/1/0001 12:00:00 AM | | Absent |

## ALIASES

| Defendant Alias | True Name | Race | Sex | DOB | SPN# |
|---|---|---|---|---|---|
| ███████████████ | | B | M | ███1977 | 03000001 |
| ████████████ | Yes | B | M | ███1977 | 03000001 |

17

## PAYMENT PLAN

**Total Due: $305.00     Total Paid: $305.00     Payoff Amt: $0.00     Past Due: $0.00     Judgment Date: 8/4/2020**

| ID | DUE | FEES | COSTS | Pmt No | DATE | LOCATION | TYPE | PAID | BALANCE | STATUS |
|----|-----|------|-------|--------|------|----------|------|------|---------|--------|

**Totals:**

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|--------|----------|-----------|------|-----|
| 91617598 | ATTORNEY - FEE EXPENSE CLAIM (DISTRICT) | | 08/06/2020 | 2 |
| 91584837 | JUDGMENT | | 08/04/2020 | 3 |
| | JUDGMENT OF CONVICTION BY COURT-WAIVER OF JURY TRIAL | | 08/04/2020 | |
| 91598290 | ACKNOWLEDGMENT OF COMPLIANCE WITH ATICLE 39.14 | | 08/04/2020 | 11 |
| | DISPOSED - PLEA AGREEMENT | | 08/04/2020 | |
| | DISPOSED-PLEA ADMONISHMENT | | 08/04/2020 | |
| | DISPOSITION - TRIAL COURT CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL | | 08/04/2020 | |
| | TRIAL - DISCOVERY | | 08/04/2020 | |
| | TRIAL - RIGHT TO APPEAL | | 08/04/2020 | |
| 91662104 | NOTICE OF INTENT TO DESTROY EVIDENCE | | 08/04/2020 | 1 |
| restricted | SENSITIVE DATA INCLUDED IN DOCUMENT | | 07/27/2020 | 2 |
| | CHARGING INSTRUMENT - FELONY INDICTMENT | | 07/27/2020 | |
| 90372447 | APPOINTING COUNSEL | | 04/27/2020 | 1 |
| restricted | SENSITIVE DATA INCLUDED IN DOCUMENT | | 04/23/2020 | 2 |
| | CHARGING INSTRUMENT - COMPLAINT | | 04/23/2020 | |
| 90342588 | FIRST EMERGENCY ORDER REGARDING THE COVID-19 STATE OF DISASTER | | 04/23/2020 | 1 |
| 90344576 | FINDING PREVIOUS ASSESSMENT FOR MI ID | | 04/23/2020 | 1 |
| 90344925 | ADDITIONAL ORDERS | | 04/23/2020 | 2 |
| | ADDITIONAL ORDERS | | 04/23/2020 | |
| | ADDITIONAL ORDERS | | 04/23/2020 | |
| | ADDITIONAL ORDERS | | 04/23/2020 | |
| | COMMITMENT ISSUED - FELONY | | 04/23/2020 | |
| | OTHER - PROBABLE CAUSE FOR FURTHER DETENTION | | 04/23/2020 | |

CAUSE NO. <u>167266101010</u>          SPN: <u>03000001</u>          DATE/TIME OF ARREST:<u>4/22/2020 08:58 PM</u>

THE STATE OF TEXAS                           §          <u>IN THE 232nd DISTRICT COURT</u>
v.                                           §                                                      Pgs-2
                                             §          HARRIS COUNTY, TEXAS
DOB:███████<u>, 1977</u>                                                                            OTPC
                                                                                                   (999-
─────────────────────────────────────────────────────────────────────                            OTCMIF
**PROBABLE CAUSE FOR FURTHER DETENTION – PR BOND/BAIL ORDER (Defendant Not Present)**              (999-
─────────────────────────────────────────────────────────────────────                            ADDO
The Defendant is accused of **STATE JAIL FELONY**, namely, **FORGERY**.                            (997-
                                                                                                   998)
**On this date and time, the Defendant was <u>not</u> present due to** ☐ medical condition  ☒ mental illness/IDD  ☐ other, **therefore only Probable Cause and Bail were determined.**

# PROBABLE CAUSE FINDING AND ORDER

☐  The Court **FINDS** that probable cause for further detention **DOES NOT EXIST**. The Court **ORDERS** the law enforcement agency and officer having custody of the defendant to immediately release the defendant from custody.

☒  The Court **FINDS** that probable cause for further detention **EXISTS**. The Court **ORDERS** the defendant committed to the custody of the Sheriff of Harris County, Texas, until he posts the required bond or until further order of the Court.

☐  Probable cause previously determined. The Court **ORDERS** the defendant committed to the custody of the Sheriff of Harris County, Texas, until he posts the required bond or until further order of the Court.

☒      SEE NEXT PAGE FOR BAIL ORDER

<u>April 23, 2020 20:04 PM</u>          _____          _____
**Date and Time**                     **Magistrate (Judge or Hearing Officer)**          **Interpreter (if applicable)**

Magistrate **Jennifer Gaut** (SPN **02462297**)          (Rev. July 24, 2018)          Page 1 of 2

Unofficial Copy Office of Marilyn Burgess District Clerk

CAUSE NO. <u>167266101010</u>

**STATUTORY WARNINGS BY MAGISTRATE - PROBABLE CAUSE FOR FURTHER DETENTION – PR BOND/BAIL ORDER**

# PERSONAL BOND / BAIL ORDER

Having found probable cause exists for the further detention of █████████, the Court next determined the conditions of release for the accused to ensure he/she will appear and answer before the proper Court.

## PART 1: PUBLIC SAFETY ASSESSMENT

The Court considered the Public Safety Assessment results and also considered the following presumptive personal bond recommendation:

- ☐ Personal Bond Recommended
- ☐ Personal Bond **NOT** Recommended
- ☒ Personal Bond Recommendation referred to Magistrate
- ☐ PSA NOT available

## PART 2: PERSONAL BOND / BAIL REQUESTS

**Presumptive Bail Amount $1,500.00**

**A. DISTRICT ATTORNEY PR BOND / BAIL REQUEST**
- Personal Bond ☐ Requested ☐ Opposed
  - ☐ No Position
- Bail Request ☐ No DA Bail Request
  - ☐ Higher _____
  - ☐ Lower _____
  - ☐ No Bail

## PART 3: FINANCIAL AFFIDAVIT

Signed and Sworn: ☐ Yes
☒ No

# ORDER

After considering the above, the Court ORDERED the following:

**Bail is set at:** ☐ No Bail ☒ $100.00 _____
☐ Conditions

**Personal bond is:** ☒ Not Approved <mark>Def not present but deputies aren't sure where he's at - maybe seg</mark> but Def arrested last night (April 22nd) around 9 pm. <mark>No PTRB per GA 13 due to prior misd convictions</mark> for Misd Assault BI. 4/4 on PSA - No pending charges, no prior felony convictions, no FTA older than 2 yrs.
☐ Approved ☐ Conditions

<u>April 23, 2020 20:04 PM</u>
**Date and Time**          **Magistrate (Judge or Hearing Officer)**          **Interpreter (if applicable)**

Magistrate **Jennifer Gaut** (SPN **02462297**)          (Rev. July 24, 2018)          Page 2 of 2

Filed 20 April 27 P3:27
Marilyn Burgess - District Clerk
Harris County

CAUSE NO: **167266101010**     CHARGE <u>FORGERY</u>

THE STATE OF TEXAS                §          232nd DISTRICT COURT

Pgs-1

V.                                                §          OF

§          HARRIS COUNTY, TEXAS

ATAC (999)

Defendant (SPN 03000001)

## ORDER APPOINTING COUNSEL

On this, the April 27, 2020, the Court finds (CHECK ONE)

☒    the DEFENDANT is indigent.

☐    the interests of justice require representation.

Therefore, the Court ORDERS that   ☒ the ATTORNEY LISTED BELOW   ☐ the HARRIS COUNTY PUBLIC

DEFENDER'S OFFICE is appointed to represent the DEFENDANT named above in this cause.

SCHULTZ, NATALIE LYNN
Attorney/Assistant Public Defender Assigned by HCPD          E-Mail Address

2500 EAST TC JESTER #290
Address                                              Phone Number

HOUSTON          TX          77008
City               State        Zip                       Fax Number

02409430                                           24059003
SPN Number                                         Bar Number

The Court further ORDERS the cause set for:   Arraignment

On the <u>Tuesday, June 09, 2020</u> at <u>9:00 am</u> before this Court at 201 Caroline, Houston, Harris County, Texas.

Signed this April 27, 2020.

JOSH HILL
**Judge Presiding**

☐ The State has offered or      ☐ The State and Defense agree as follows:

Defense Attorney _____          Prosecutor _____

**Defendant/Witness Signature  X** _____

### FOR COURT STAFF ONLY

Reset by:   ☐ Court     ☐ Defense     ☐ Operation of Law     ☐ Prosecution
Reason for Reset:
☐ D.A. to Contact Complainant/Witness     ☐ Defense to Contact Witness     ☐ Not Indicted
☐ D.A. to Evaluate Case                   ☐ Disposition of Misd./OOC Case   ☐ Other
☐ D.A. to Reindict                        ☐ File Unavailable                ☐ Refer to
☐ D.A. to file MRP/MAJ                     ☐ MHMRA Evaluation 21 Day Full    ☐ Restitution Info
☐ Defendant On Call                        ☐ No Tape/Lab                     ☐ To Hire Attorney
☐ Defendant to Consider Offer              ☐ No Offense Report

21

4/2017



**CAUSE NO. 167266101010**

Pgs-3

INCIDENT NO. /TRN: 9267912666A002

| THE STATE OF TEXAS | § | IN THE 232ND DISTRICT | DIJWJT |
| | § | | (999- |
| V. | § | COURT | DIJDG |
| | § | | (999) |
| | § | HARRIS COUNTY, TEXAS | |
| | § | | |
| STATE ID NO.:TX18064912 | § | | |

## JUDGMENT OF CONVICTION BY COURT—WAIVER OF JURY TRIAL

| Judge Presiding: | **VANESSA VELASQUEZ** | Date Sentence Imposed: | **8/4/2020** |
| Attorney for State: | **NICHOLAS TOUPS** | Attorney for Defendant: | **SCHULTZ, NATALIE LYNN** |

Offense for which Defendant Convicted:
**FORGERY**

| Charging Instrument: | Statute for Offense: |
| **INDICTMENT** | |

| Date of Offense: | Plea to Offense: |
| **4/22/2020** | **GUILTY** |

| Degree of Offense: | Findings on Deadly Weapon: |
| **STATE JAIL FELONY** | **N/A** |

Terms of Plea Bargain (if any): or ☐ Terms of Plea Bargain are attached and incorporated herein by this reference.
**105 DAYS HCJ 12.44A**
**Reduced from: N/A**

| 1st Enhancement | | Finding on 1st Enhancement | |
| Paragraph: | **N/A** | Paragraph: | **N/A** |
| 2nd Enhancement | | Finding on 2nd Enhancement | |
| Paragraph: | **N/A** | Paragraph: | **N/A** |

☐ **SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR N/A** .
(The document setting forth the conditions of community supervision is incorporated herein by this reference.)

| Punishment and Place of Confinement: | **105 DAYS COUNTY JAIL** | | |

| DATE SENTENCE COMMENCES: (Date does not apply to confinement served as a condition of community supervision.) | **8/4/2020** | THIS SENTENCE SHALL RUN: | **CONCURRENT** |

| Fines: | Restitution: | Restitution Payable to: **N/A** |
| $ **N/A** | $ **N/A** | (See special finding or order of restitution which is incorporated herein by this reference.) |

| Court Costs: | Reimbursement Fees: |
| $ **290.00** | $ **15.00** |

☐ **Defendant is required to register as sex offender** in accordance with Chapter 62, Tex. Code Crim. Proc.

**(For sex offender registration purposes only)** The age of the victim at the time of the offense was N/A .

| Total Jail Time Credit: | If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below. |
| | **105 DAYS** NOTES: **TOWARD FINE AND COSTS** |

Was the victim impact statement returned to the attorney representing the State? **N/A**

*(FOR STATE JAIL FELONY OFFENSES ONLY)* Is Defendant presumptively entitled to diligent participation credit in accordance with Article 42A.559, Tex. Code Crim. Proc.? **N/A**

This cause was called and the parties appeared. The State appeared by her District Attorney as named above.
**Counsel / Waiver of Counsel** (select one)

22

☒ Defendant appeared with counsel.
☐ Defendant appeared without counsel and knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.
☐ Defendant was tried in absentia.

Both parties announced ready for trial. Defendant waived the right of trial by jury and entered the plea indicated above. It appeared to the Court that Defendant was mentally competent to stand trial, made the plea freely and voluntarily, and was aware of the consequences of the plea. The Court received the plea and entered it of record. After hearing the evidence submitted, if any, the Court ADJUDGES Defendant GUILTY of the offense indicated above. The Court FINDS that the Presentence Investigation, if so ordered, was done according to the applicable provisions of Subchapter F, Chapter 42A, Tex. Code Crim. Proc.

Having been convicted of the offense designated above, the Court ORDERS Defendant punished in accordance with the Court's findings as to the proper punishment as indicated above, and after having conducted an inquiry into Defendant's ability to pay, as directed by Article 42.15, Code Crim. Proc., the Court ORDERS Defendant to pay the fine, court costs, reimbursement fees, and restitution as indicated above and further detailed below.

### Punishment Options (select one)

☐ **Confinement in State Jail or Institutional Division.** The Court ORDERS the authorized agent of the State of Texas or the County Sheriff to take and deliver Defendant to the Director of the Correctional Institutions Division, TDCJ, for placement in confinement in accordance with this judgment. The Court ORDERS Defendant remanded to the custody of the County Sheriff until the Sheriff can obey the directions in this paragraph. Upon release from confinement, the Court ORDERS Defendant to proceed without unnecessary delay to the District Clerk's office, or any other office designated by the Court or the Court's designee, to pay or to make arrangements to pay any fines, court costs, reimbursement fees, and restitution due.

☐ **County Jail—Confinement / Confinement in Lieu of Payment.** The Court ORDERS Defendant committed to the custody of the County Sheriff immediately or on the date the sentence commences. Defendant shall be confined in the county jail for the period indicated above. Upon release from confinement, the Court ORDERS Defendant to proceed without unnecessary delay to the District Clerk's office, or any other office designated by the Court or the Court's designee, to pay or to make arrangements to pay any fines, court costs, reimbursement fees, and restitution due.

☒ **County Jail—State Jail Felony Conviction.** Pursuant to §12.44(a), Tex. Penal Code, the Court FINDS that the ends of justice are best served by imposing confinement permissible as punishment for a Class A misdemeanor instead of a state jail felony. Accordingly, Defendant will serve punishment in the county jail as indicated above. The Court ORDERS Defendant committed to the custody of the County Sheriff immediately or on the date the sentence commences. Upon release from confinement, the Court ORDERS Defendant to proceed without unnecessary delay to the District Clerk's office, or any other office designated by the Court or the Court's designee, to pay or to make arrangements to pay any fines, court costs, reimbursement fees, and restitution due.

☐ **Fine Only Payment.** The punishment assessed against Defendant is for a FINE ONLY. The Court ORDERS Defendant to proceed immediately to the District Clerk's office, or any other office designated by the Court or the Court's designee, to pay or to make arrangements to pay the fine, court costs, reimbursement fees, and restitution ordered by the Court in this cause.

☐ **Confinement as a Condition of Community Supervision.** The Court ORDERS Defendant confined ___ days in ___ as a condition of community supervision. The period of confinement as a condition of community supervision starts when Defendant arrives at the designated facility, absent a special order to the contrary.

### Fines Imposed Include (check each fine and enter each amount as pronounced by the court):

☐ General Fine (§12.32, 12.33, 12.34, or 12.35, Penal Code, Transp. Code, or other Code) $ ___ (not to exceed $10,000)
☐ Add'l Monthly Fine for Sex Offenders (Art. 42A.653, Code Crim. Proc.) $ As assessed as a Cond. CS ($5.00/per month of community supervision)
☐ Child Abuse Prevention Fine (Art. 102.0186, Code Crim. Proc.) **$100**
☐ EMS, Trauma Fine (Art. 102.0185, Code Crim. Proc.) **$100**
☐ Family Violence Fine (Art. 42A.504 (b), Code Crim. Proc.) **$100**
☐ Juvenile Delinquency Prevention Fine (Art. 102.0171(a), Code Crim. Proc.) **$50**
☐ State Traffic Fine (§ 542.4031, Transp. Code) **$50**
☐ Children's Advocacy Center Fine - as Cond of CS (Art. 42A.455, Code Crim. Proc.) $ As assessed in Cond of CS (not to exceed $50)
☐ Repayment of Reward Fine (Art. 37.073/42.152, Code Crim. Proc.) $ ___ (To Be Determined by the Court)
☐ Repayment of Reward Fine - as Cond of CS (Art. 42A.301 (b) (20), Code Crim. Proc.) $ As assessed as a Cond. CS. (not to exceed $50)
☐ DWI Traffic Fine (a/k/a Misc. Traffic Fines) (§ 709.001, Transp. Code) $ ___ (not to exceed $6,000)

### Execution of Sentence

The Court ORDERS Defendant's sentence EXECUTED. The Court FINDS that Defendant is entitled to the jail time credit indicated above. The attorney for the state, attorney for the defendant, the County Sheriff, and any other person having or who had custody of Defendant shall assist the clerk, or person responsible for completing this judgment, in calculating Defendant's credit for time served. All supporting documentation, if any, concerning Defendant's credit for time served is incorporated herein by this reference.

OCA Standard Judgment Form (Effective 01/01/2020)                                                                          Page 2 of 3

**<u>Furthermore, the following special findings or orders apply:</u>**

APPEAL WAIVED, NO PERMISSION TO APPEAL GRANTED.

.

_____

**Date Judgment Entered: August 4, 2020**

X _____

VANESSA VELASQUEZ

JUDGE PRESIDING

Clerk: S CURTIS

Notice of Appeal Filed: _

Mandate Received: _____   Type of Mandate: _____

After Mandate Received, Sentence to Begin Date is: _____

Jail Credit: _____DAYS

Thumbprint

Case Number: 1672661  Court:  232ND  Defendant: ████████████████