# EXHIBIT 4

**HCDistrictclerk.com**     The State of Texas vs. ███████████████ (SPN:     1/25/2021
03053826)

Cause: 167117001010     CDI: 3     Court: 180

## APPEALS
No Appeals found.

## PAYMENT PLAN
No Payment Plan found.

## RELATED CASES
No related cases found.

## HOLDS
No Holds found.

## WITNESS
No Witness found.

## SUMMARY

### CASE DETAILS

| | |
|---|---|
| **File Date** | 4/10/2020 |
| **Case (Cause) Status** | Active - CRIMINAL |
| **Offense** | BURGLARY OF A BUILDING |
| **Last Instrument Filed** | Felony Indictment |
| **Case Disposition** | |
| **Case Completion Date** | 1/1/0001 |
| **Defendant Status** | BOND MADE |
| **Bond Amount** | $1,500.00 |
| **Next/Last Setting Date** | 2/12/2021 |

### DEFENDANT DETAILS

| | | | |
|---|---|---|---|
| **Race/Sex** | W / M | **Height/Weight** | 5'07 / 180 LBS |
| **Eyes** | BRO | **Hair** | BLK |
| **Skin** | MED | **Build** | MED |
| **DOB** | ████1984 | **In Custody** | N |
| **US Citizen** | YES | **Place Of Birth** | TX |
| **Address** | ████████████████ | | |
| **Markings** | NONE | | |

### CURRENT PRESIDING JUDGE

| | |
|---|---|
| **Court** | 180th |
| **Address** | 201 CAROLINE (Floor: 9) HOUSTON, TX 77002 Phone:7137556347 |
| **JudgeName** | DaSean Jones |
| **Court Type** | Criminal |

## BONDS

| Date | Type | Description | SNU |
|---|---|---|---|
| 04/10/2020 | BOND SET | $1500 SNU: 999 04/10/20 | |
| 06/29/2020 | BOND FILED | CRT 180 TIME 1516 TYPE PERSONAL PTR 06/29/20 | |
| 06/29/2020 | BOND MADE | AMT $1500 DATE 06/29/20 RCPT # 06/29/20 | |
| 06/29/2020 | BONDSMAN | PERSONAL BOND PTRL 06/29/20 | |

1

## ACTIVITIES

| Date | Type | Description | SNU/CFI |
|------|------|-------------|---------|
| 10/21/2020 | ORDER | AMENDED PRETRIAL COURTESY SUPE SNU: 993 10/21/20 | |
| 10/21/2020 | OFFENSE | BURGLARY OF A BUILDING LEVEL FS 10/21/20 | |
| 06/29/2020 | BOND FILED | CRT 180 TIME 1516 TYPE PERSONAL PTR 06/29/20 | |
| 06/29/2020 | BOND MADE | AMT $1500 DATE 06/29/20 RCPT # 06/29/20 | |
| 06/29/2020 | BONDSMAN | PERSONAL BOND PTRL 06/29/20 | |
| 06/29/2020 | C87 ACTIVITY | BOND APP STATUS B CFI 180 SNU: 997 06/29/20 | |
| 06/29/2020 | C87 TYPE OF BOND | PERSONAL PTR FOR $1500 06/29/20 | |
| 06/29/2020 | ORDER | PRETRIAL COURTESY SUPERVISI SNU: 994 06/30/20 | |
| 06/29/2020 | OFFENSE | BURGLARY OF A BUILDING LEVEL FS 06/30/20 | |
| 06/25/2020 | ORDER | ATTORNEY FEE VOUCHER SNU: 995 06/25/20 | |
| 06/25/2020 | ORDER | ATTY FEE AMT $22.50 SNU: 995 06/25/20 | |
| 06/05/2020 | ORDER | REC'D MENTAL-INTEL INTERVIE SNU: 996 06/05/20 | |
| 06/05/2020 | OFFENSE | BURGLARY OF A BUILDING LEVEL FS 06/05/20 | |
| 05/21/2020 | GRAND JURY ACTION | FID 05/21/20 G209 SNU: 999 05/21/20 | |
| 05/21/2020 | GRAND JURY ACTION | ROTATION CRT 180 OFF FREQ BND $1500 05/21/20 | |
| 05/21/2020 | GRAND JURY ACTION | OFFENSE BURGLARY OF A BUILDING LEVEL FS 05/21/20 | |
| 05/21/2020 | ORI | HOUSTON POLICE DEPAR OFFENSE NO: 47224220 05/21/20 | |
| 05/21/2020 | PRECEPT/SERVE IND DATE RETURNED 05/27/20 | HOW EXECUTED E 05/27/20 | |
| | DATE SERVED | 05/22/20 05/27/20 | |
| 04/20/2020 | ATTORNEY | KRUGH, NEIL ALEXANDER SNU: 998 04/20/20 | |
| 04/20/2020 | ATTORNEY | AAT COURT 180 CFI 180 04/20/20 | |
| 04/20/2020 | JUDGE | JONES, DASEAN A. PRESIDING 04/20/20 | |
| 04/13/2020 | ATTORNEY | BOTELLO, LORI ANN SNU: 999 04/13/20 | |
| 04/13/2020 | ATTORNEY | AAT COURT 180 CFI 180 04/13/20 | |
| 04/13/2020 | JUDGE | JONES, DASEAN A. PRESIDING 04/13/20 | |
| 04/13/2020 | C87 ACTIVITY | BOND LOW STATUS J CFI 180 SNU: 998 04/13/20 | |
| 04/13/2020 | BAIL OPTIONS | BOND LOWERED TO $1500 PER JUDGE JONES 04/13/20 | |
| 04/11/2020 | CMIF | TIME 0219 AMOUNT $5000 SNU: 999 04/11/20 | |
| 04/11/2020 | NOT ACKNOWLEDGED BY SHERIFF | 04/11/20 | |
| | EXPIRE DATE | TIME EXPIRE: SNU: 999 04/11/20 | |
| 04/11/2020 | C87 ACTIVITY | PC FOUND STATUS CFI 180 SNU: 999 04/11/20 | |
| 04/11/2020 | C87 ACTIVITY | PROBABLE CAUSE FOUND 04/11/20 | |
| 04/11/2020 | ORDER | GRTN SET BAIL $5000 H/O CD SNU: 997 04/11/20 | |
| 04/11/2020 | OFFENSE | BURGLARY OF A BUILDING LEVEL FS 04/11/20 | |
| 04/11/2020 | ORDER | DEF NOT PRSNT @2300 DOCKET SNU: 998 04/11/20 | |
| 04/11/2020 | OFFENSE | BURGLARY OF A BUILDING LEVEL FS 04/11/20 | |
| 04/10/2020 | COMPLAINT FILED | 2018 180 BURGLARY OF A BUILDING LEVEL FS 04/10/20 | |
| 04/10/2020 | BOND SET | $1500 SNU: 999 04/10/20 | |

| 04/10/2020 | REVIEWED BY | BARR, DAVID WAYNE 04/10/20 |
| 04/10/2020 | ORI | HOUSTON POLICE DEPAR OFFENSE NO: 47224220 05/21/20 |
| 04/10/2020 | COMPLAINANT | PHAN, L C 05/21/20 |
| 04/10/2020 | ORDER | GRANT MENTAL-INTEL INTERVIE SNU: 999 04/11/20 |
| 04/10/2020 | OFFENSE | BURGLARY OF A BUILDING LEVEL FS 04/11/20 |

## BOOKINGS

| Arrest Date | Arrest Location | Booking Date |
| --- | --- | --- |
| 4/10/2020 8:15:00 AM | 6818 | 4/10/2020 9:55:00 AM |

## HOLDS

No holds found.

## CRIMINAL HISTORY

| Case(Cause)Nbr / Status | Defendant | Filed / Booked | Ct | Defendant Status | Disposition | Bond Amt | Type of Action / Offense | Next Setting |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **167190701010-3Active - CRIMINAL(A)** | ███████ | 4/17/2020 \| 4/10/2020 | 180 | Bond Made(B) | | $40,000.00 | BURGLARY OF HABITATION (F) | 2/12/2021 |
| **167181201010-3Active - CRIMINAL(A)** | ███████ | 4/16/2020 \| 4/10/2020 | 180 | Bond Made(B) | | $1,500.00 | BURGLARY OF HABITATION (F) | 2/12/2021 |
| **167117001010-3Active - CRIMINAL(A)** | ███████ | 4/10/2020 \| 4/10/2020 | 180 | Bond Made(B) | | $1,500.00 | BURGLARY OF A BUILDING (F) | 2/12/2021 |

## ACTIVE PARTIES

| Name | Connection | Post Jdgm | SPN # |
| --- | --- | --- | --- |
| PERSONAL BOND PTRL | BAIL BONDSMAN | | 00002426 |
| KRUGH, NEIL ALEXANDER | APPOINTED DEFENSE ATTORNEY | | 02564816 |
| JONES, DASEAN A. | JUDGE - CRIMINAL | | 02589401 |
| ███████ | DEFENDANT - CRIMINAL | | 03053826 |

## INACTIVE PARTIES

| Name | Connection | Post Jdgm | SPN # |
| --- | --- | --- | --- |
| BOTELLO, LORI ANN | PREVIOUS APPOINTED ATTORNEY | | 02261063 |

## SETTINGS

| Date | Court Post Jdgm | Docket Type | Reason | Results | Defendant | Future Date | Comments | Attorney Appearance Indicator |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 4/13/2020 09:00 AM | 180 | Attorney Consultation Docket | Arraignment | Reset By Court | Data Not Entered | 6/11/2020 12:00:00 AM | | Present |
| 4/20/2020 09:00 AM | 180 | Attorney Consultation Docket | Arraignment | Reset By Court | Data Not Entered | 6/23/2020 12:00:00 AM | | Present |
| 2/12/2021 | 180 | Master Docket | Non-Trial Setting | | Data Not | 1/1/0001 | | To Be Set |

3

| 09:00 AM | | | | Entered | 12:00:00 AM | |
| 4/10/2020 11:00 PM | PCD | Motions Docket | Probable Cause Hearing | Data Unavailable | 1/1/0001 12:00:00 AM | To Be Set |

## ALIASES

| Defendant Alias | True Name | Race | Sex | DOB | SPN# |
|---|---|---|---|---|---|
| ███████████ | Yes | W | M | ███1984 | 03053826 |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 92756285 | CONDITIONS OF BAIL | | 10/20/2020 | 1 |
| 91120030 | PERSONAL PTR BOND | | 06/29/2020 | 1 |
| 91122194 | ORDER FOR SUPERVISION AND BOND CONDITIONS | | 06/29/2020 | 3 |
| 91077160 | ATTORNEY - FEE EXPENSE CLAIM (DISTRICT) | | 06/25/2020 | 2 |
| 91066797 | ATTORNEY FEE VOUCHER FILED - 264270 | | 06/24/2020 | 1 |
| -> 91066798 | EXHIBITS | | 06/24/2020 | 1 |
| 90661815 | CHARGING INSTRUMENT - FELONY INDICTMENT | | 05/21/2020 | 1 |
| 91047655 | APPOINTING COUNSEL | | 04/20/2020 | 1 |
| 90224784 | BOND LOWERED | | 04/13/2020 | 1 |
| 90287571 | APPOINTING COUNSEL | | 04/13/2020 | 1 |
| 90203548 | ADDITIONAL ORDERS | | 04/11/2020 | 2 |
| | ADDITIONAL ORDERS | | 04/11/2020 | |
| | COMMITMENT ISSUED - FELONY | | 04/11/2020 | |
| | ADDITIONAL ORDERS | | 04/11/2020 | |
| | ADDITIONAL ORDERS | | 04/11/2020 | |
| | OTHER - PROBABLE CAUSE FOR FURTHER DETENTION | | 04/11/2020 | |
| 90203542 | CCP16.22 ORDER | | 04/10/2020 | 1 |
| 90204074 | CHARGING INSTRUMENT - COMPLAINT | | 04/10/2020 | 1 |
| 90211822 | FIRST EMERGENCY ORDER REGARDING THE COVID-19 STATE OF DISASTER | | 04/10/2020 | 1 |

C.DA# 03053826

THE STATE OF TEXAS
VS.

SPN:
DOB: **W M** ███/1984
DATE PREPARED: 4/10/2020

NCIC CODE: **2200 96**     RELATED CASES:

FELONY CHARGE: **BURGLARY WITH INTENT TO COMMIT THEFT**

D.A. LOG NUMBER: **2632103**
CJIS TRACKING NO.: **9267890611A001**
BY: **RH** DA NO: **2795904**
AGENCY: **HPD**
O/R NO: **047224220**
ARREST DATE: **04/10/2020**

CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE:

**1671170**
**180**

COURT ORDERED BAIL: **$1500**
PRIOR CAUSE NO:
CHARGE SEQ NUM: **1**

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Before me, the undersigned Assistant District Attorney of Harris County, Texas, this day appeared the undersigned affiant, who under oath says that he has good reason to believe and does believe that in Harris County, Texas, ████████████████, hereafter styled the Defendant, heretofore on or about **April 10, 2020**, did then and there unlawfully, with intent to commit theft, enter a building not then open to the public, owned by ████████, a person having a greater right to possession of the building than the Defendant and hereafter styled the Complainant, without the effective consent of the Complainant, namely, without any consent of any kind.

**FILED**
Marilyn Burgess
District Clerk

APR 1 0 2020

Time: _2018_
By: _____ Harris County, Texas
      _____ Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Signed and sworn by me on April 10, 2020

_____
AFFIANT

Duly attested by me on April 10, 2020

_____
ASSISTANT DISTRICT ATTORNEY
OF HARRIS COUNTY, TEXAS
Bar No. _2907322_

**COMPLAINT**

Unofficial Copy Office of Marilyn Burgess District Clerk

CAUSE NO. <u>167117001010</u>          SPN: <u>03053826</u>          DATE/TIME OF ARREST:<u>4/10/2020 08:15 AM</u>

THE STATE OF TEXAS

v.

§          <u>IN THE 180th DISTRICT COURT</u>

§

§          **HARRIS COUNTY, TEXAS**

DOB: ▮▮▮▮ <u>, 1984</u>

Pgs-2

OTPC
(999-
OTCMIF
(999-
ADDO
(997-
998)

---

**PROBABLE CAUSE FOR FURTHER DETENTION – PR BOND/BAIL ORDER (Defendant Not Present)**

---

The Defendant is accused of **STATE JAIL FELONY**, namely, **BURGLARY OF A BUILDING**.

**On this date and time, the Defendant was <u>not</u> present due to** ☒ **medical condition** ☐ **mental illness/IDD** ☐ **other, therefore only Probable Cause and Bail were determined.**

# PROBABLE CAUSE FINDING AND ORDER

☐  The Court **FINDS** that probable cause for further detention **DOES NOT EXIST**. The Court **ORDERS** the law enforcement agency and officer having custody of the defendant to immediately release the defendant from custody.

☒  The Court **FINDS** that probable cause for further detention **EXISTS**. The Court **ORDERS** the defendant committed to the custody of the Sheriff of Harris County, Texas, until he posts the required bond or until further order of the Court.

☐  Probable cause previously determined. The Court **ORDERS** the defendant committed to the custody of the Sheriff of Harris County, Texas, until he posts the required bond or until further order of the Court.

☒     SEE NEXT PAGE FOR BAIL ORDER

<u>April 11, 2020 2:19 AM</u>                    _[signature]_                    _____
**Date and Time**                    **Magistrate (Judge or Hearing Officer)**                    **Interpreter (if applicable)**

Magistrate **Cheryl Diggs (SPN 01677210)**                    (Rev. July 24, 2018)                    Page 1 of 2

Unofficial Copy Office of Marilyn Burgess District Clerk

CAUSE NO. <u>167117001010</u>

**STATUTORY WARNINGS BY MAGISTRATE - PROBABLE CAUSE FOR FURTHER DETENTION – PR BOND/BAIL ORDER**

# PERSONAL BOND / BAIL ORDER

Having found probable cause exists for the further detention of ███████████ the Court next determined the conditions of release for the accused to ensure he/she will appear and answer before the proper Court.

## PART 1: PUBLIC SAFETY ASSESSMENT

The Court considered the Public Safety Assessment results and also considered the following presumptive personal bond recommendation:

☐ Personal Bond Recommended
☒ Personal Bond **NOT** Recommended
☐ Personal Bond Recommendation referred to Magistrate
☐ PSA NOT available

## PART 2: PERSONAL BOND / BAIL REQUESTS

**Presumptive Bail Amount $1,500.00**

A. **DISTRICT ATTORNEY PR BOND / BAIL REQUEST**
- Personal Bond ☐ Requested ☐ Opposed
  ☐ No Position
- Bail Request ☐ No DA Bail Request
  ☐ Higher _____
  ☐ Lower _____
  ☐ No Bail

## PART 3: FINANCIAL AFFIDAVIT

Signed and Sworn: ☐ Yes
☒ No

# ORDER

After considering the above, the Court ORDERED the following:

Bail is set at: ☐ No Bail   ☒ $5,000.00 _____
☐ Conditions

Personal bond is: ☒ Not Approved   17.03. NLR. No holds. _____
☐ Approved ☐ Conditions

<u>April 11, 2020 2:19 AM</u>
**Date and Time**

**Magistrate (Judge or Hearing Officer)**

**Interpreter (if applicable)**

Magistrate **Cheryl Diggs (SPN 01677210)**      (Rev. July 24, 2018)      Page 2 of 2

Unofficial Copy Office of Marilyn Burgess District Clerk

CAUSE NO.  167117001010

C87 D1 (COURT ORDER)

IN THE  180  DISTRICT COURT
OF HARRIS COUNTY, TEXAS

T H E   S T A T E   O F   T E X A S

VS.

████████  ██████                          BURGLARY OF A BUILDING

TO THE SHERIFF OF HARRIS COUNTY, TEXAS:     GREETINGS

BY ORDER OF THE COURT ON THE 13 DAY OF APRIL, A.D.  2020 THE

FOLLOWING ACTION IS DIRECTED IN THE ABOVE STYLED AND NUMBERED CAUSE:

BOND AMOUNT LOWERED TO  $1500

THE COURT HAS ORDERED THE FOLLOWING BAIL OPTIONS:

BOND LOWERED TO
$1500 PER JUDGE
JONES

NOTES TO SHERIFF:

WITNESS MY HAND AND SEAL OF OFFICE AT HOUSTON, TEXAS, THIS 13 DAY OF

APRIL, A.D. 2020 AT 12 : 13 O'CLOCK

SNU : 998
INITIATING DEPUTY:
JONES, BRITTANY DANIELLE
755-7857

MARILYN BURGESS, DISTRICT CLERK
HARRIS COUNTY, TEXAS

BY _____ DEPUTY

8

CAUSE NO. 1671170                                          CHARGE _____

THE STATE OF TEXAS                      §                  180 _____ DISTRICT COURT

V.                                      §                  OF

_____           §                  HARRIS COUNTY, TEXAS
Defendant

## ORDER APPOINTING COUNSEL

On this, the 13 day of April , 2020, the Court finds (CHECK ONE)

☑ the defendant/witness is indigent.

☐ the interests of justice require representation.

Therefore, the Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC

DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause.

Lori Botello
Attorney/Assistant Public Defender Assigned by HCPD          E-Mail Address

_____                               _____
Address                                                      Phone Number

_____                               _____
City          State        Zip                               Fax Number

0226.10663
SPN Number                                                   Bar Number

The Court further ORDERS the cause set for: Arra

On the _____ day of _____, 2020 at 830 a.m. before this Court

at 1201 Franklin, Houston, Harris County, Texas.

Signed this 13 day of April , 2020 .

                                                            _____
                                                            Judge Presiding

☐ The State has offered or ☐ The State and Defense agree as follows:

Defense Attorney (Initials) _____   Prosecutor (Initials) _____

Defendant/Witness Signature X _Custody_____

---

### FOR COURT STAFF ONLY

Reset by: ☑ Court   ☐ Defense        ☐ Operation of Law        ☐ Prosecution
Reason for Reset:
☐ D.A. to Contact Complainant/Witness   ☐ Defense to Contact Witness      ☐ Not Indicted
☐ D.A. to Evaluate Case                 ☐ Disposition of Misd./OOC Case   ☐ Other _____
☐ D.A. to Reindict                      ☐ File Unavailable                ☐ Refer to _____
☐ D.A. to file MRP/MAJ                  ☐ MHMRA Evaluation                ☐ Restitution Info
                                        _____ 21 Day _____ Full
☐ Defendant  On Call                    ☐ No Tape/Lab _____     ☐ To Hire Attorney
☐ Defendant to Consider Offer           ☐ No Offense Report

                                                                          4/2017

9

DISTRICT CLERK

Marilyn Burgess - District Clerk
Harris County
June 23 P 4:01

CAUSE NO: __167117001010__     CHARGE __BURGLARY OF A BUILDING__

THE STATE OF TEXAS     §     180th DISTRICT COURT     Pgs-1

V.     §     OF

▉     §     HARRIS COUNTY, TEXAS     ATAC (998)

Defendant (SPN 03053826)

## ORDER APPOINTING COUNSEL

On this, the April 20, 2020, the Court finds (CHECK ONE)

☒    the DEFENDANT is indigent.

☐    the interests of justice require representation.

Therefore, the Court ORDERS that ☒ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC

DEFENDER'S OFFICE is appointed to represent the DEFENDANT named above in this cause.

KRUGH, NEIL ALEXANDER
Attorney/Assistant Public Defender Assigned by HCPD     E-Mail Address ▉

1221 STUDEWOOD
Address     ▉
Phone Number

HOUSTON     TX     77008
City     State     Zip     Fax Number

02564816     24068262
SPN Number     Bar Number

The Court further ORDERS the cause set for:   Arraignment

On the __Monday, April 20, 2020__ at __9:00 am__ before this Court at 1115 Congress, Houston, Harris County, Texas.

Signed this June 23, 2020.

_____
DASEAN JONES
**Judge Presiding**

☐ The State has offered or     ☐ The State and Defense agree as follows:

Defense Attorney _____ N/C     Prosecutor _____

Defendant/Witness Signature   X _____

### FOR COURT STAFF ONLY

Reset by: ☒ Court    ☐ Defense    ☐ Operation of Law    ☐ Prosecution

Reason for Reset:

| | | |
|---|---|---|
| ☐ D.A. to Contact Complainant/Witness | ☐ Defense to Contact Witness | ☒ Not Indicted |
| ☐ D.A. to Evaluate Case | ☐ Disposition of Misd./OOC Case | ☐ Other |
| ☐ D.A. to Reindict | ☐ File Unavailable | ☐ Refer to |
| ☐ D.A. to file MRP/MAJ | ☐ MHMRA Evaluation 21 Day Full | ☐ Restitution Info |
| ☐ Defendant On Call | ☐ No Tape/Lab | ☐ To Hire Attorney |
| ☐ Defendant to Consider Offer | ☐ No Offense Report | |

Unofficial Copy Office of Marilyn Burgess District Clerk

4/2017

Filed 20 June 29 P8:25
**Marilyn Burgess - District Clerk**
**Harris County**

HARRIS COUNTY PRETRIAL SERVICES
1201 Franklin, 12th Floor
Houston, Texas 77002

Pgs-1

# PERSONAL BOND

BAPRBO
(1)

THE STATE OF TEXAS

CAUSE NO. **167117001010**

KNOW ALL MEN BY THESE PRESENTS

COUNTY OF HARRIS

SPN NO.**03053826**

THAT I, ▮▮▮▮▮▮ charged with the offense of a (STATE JAIL FELONY), to wit,
BURGLARY OF A BUILDING
am held and firmly bound unto the State of Texas in the penal sum stated below for the payment of which sum well and truly to be made, and in addition all necessary and reasonable fees and expenses that may be incurred by peace officers in re-arresting me in the event the conditions of this bond are violated, I do bind myself, my heirs, executors and administrators, jointly and severally by these presents.

THE CONDITIONS OF THE ABOVE OBLIGATIONS ARE THAT I swear that I will appear IN THE 180th DISTRICT COURT at the Criminal Justice Center,

1201 FRANKLIN, 18TH FLOOR Houston, Harris County, Texas, on Friday, September 11, 2020, at the hour of 10:00 AM or upon notice by the Court, or pay to the Court the principal sum of $1,500.00 plus all necessary and reasonable expenses incurred in any arrest for failure to appear.

I further swear that I will appear before any court or magistrate before whom this cause may hereinafter be pending at any time and place as may be required, I will comply with any court ordered release conditions, and I will comply with Pretrial Services' instructions relating to my release conditions or appearance in court.

Now I shall well and truly make said appearance before said Court, and there remain from day to day and term to term of said Court, until discharged by due course of law, then and there to answer said accusation against me, and further shall well and truly make my personal appearance in any and all subsequent proceedings that may be had relative to said charge in the course of the criminal action based on said charge, this obligation shall become void; Otherwise to remain in full force and effect.

I further understand that all or part of the information collected in the defendant report may be available to law enforcement or criminal justice personnel, including, but not limited to, the Judge or Magistrate hearing the case, the District Attorney's Office, and the defense attorney of record in this cause.

Fee=$45   Waived ☐

Special Conditions of bond in effect:  YES

SWORN TO AND SUBSCRIBED BEFORE ME,

_____
Signature of Defendant

APPROVED June 29, 2020 8:46 AM

this June 29, 2020

_____
JUDGE DaSean Jones   SPN 02589401

_____
PERSONAL BOND OFFICE EMPLOYEE / PEACE OFFICER
HARRIS COUNTY, TEXAS

IDENTIFICATION INFORMATION

| | | Driver's |
|---|---|---|
| Date of Birth: ▮▮▮ 1984 | Place of Birth , TX | License # UNKNOWN |
| Height 507   Weight 180   Hair Color BLK   Eye Color BRO | | State: TX |

| DEFENDANT MAILING ADDRESS | Street Address | | |
|---|---|---|---|
| | City | State | **Phone** |

NEAREST RELATIVE
Name ▮▮▮▮▮▮
Street
City/State ▮▮▮▮▮▮

DEFENDANT EMPLOYMENT INFORMATION
Name UNEMPLOYED
Address
Phone

Filed with DC on 6/29/2020 at 3:16 PM by: JG
Defendant Notified JG  HPD  HCJ X  Non-Arrest

Unofficial Copy Office of Harris Burgess District Clerk

13/999

CAUSE NO. 1671907 / 1671170 / 1671812

| STATE OF TEXAS | § | In the District/County Court of |
| vs. ▇▇▇▇▇▇▇▇ | § | Harris County, Texas |
| | § | |
| **(Defendant)** | § | |
| _03053826_ | § | _180TH_ |
| **(SPN)** | § | **(Court)** |

## AMENDED ORDER

The Court **Orders** the condition(s) of release established on ___6.29.2020___ for defendant's release on a _____
_PERSONAL_ bond amended by adding (A), deleting (D), and modifying (M) as follows:

____  ____  Supervision by Pretrial Services and compliance with the rules on the **Supervision Instructions** form.

____  ____  Drug testing:

____  ____  Call Pretrial Services once a week for random testing.

____  ____  Other_____.

☐ Defendant shall pay testing costs   ☐ Court waives testing costs_____ (Judge's initials)

____  ____  Not use, possess, or consume any controlled substance, dangerous drugs, or marijuana unless prescribed pursuant to a
lawful prescription issued by a medical doctor.

____  ____  Not use, possess, or consume alcohol.

____  ____  Electronic Monitoring.  Sign the required **contractual agreements** and comply with the stipulated curfew and rules.

☐ Defendant to pay daily cost for EMS $_____   ☐ Court waives daily EMS cost_____(Judge's initials)

____  ____  Report in person to the Pretrial Services office (frequency)_____
at the time and the day arranged with your supervising pretrial officer (do not check for EM weekly, mandatory reporting)

____  ____  Curfew.  Remain at residence between the hours of _____ and _____, ( weekdays   weekends   daily ).

____  ____  Reside with _____

____  ____  at _____

____  ____  Seek employment or attendance in an educational program or faithfully maintain employment or attendance.  Provide
Pretrial Services written verification of employment/attendance or attempts to secure employment/enrollment and
notify Pretrial Services about any changes in employment/educational program status within 48 hours of the change.

____  ____  Submit to an evaluation for substance abuse or mental health/retardation status by a service provider that is designated
by the Court or Pretrial Services, and abide by the service provider's recommendations.

____  ____  Surrender to Pretrial Services for temporary deposit with the Treasurer or Registry of the Court any passports, visas,
green cards, titles, deeds, monies or other property stipulated by this court on the **accompanying order.**  Specifically:
_____

____  ____  Not contact the prosecution's witness(s) / the complainant(s) / the victim(s).  Specifically:_____

____  _R_  Other:  _REMOVE GPS DEVICE._ _____

Signed this the __20__ day of __OCTOBER__, 20_20_

Judge, _180_____ District/County Court

I, the undersigned, understand that the court is ordering my compliance with the conditions listed above as a requirement of my release
on bond.  I understand that failure to comply with these conditions could result in a revocation of my bond and my subsequent arrest.

Defendant Signature: _____   Date: _____

Original - clerk
copy - defendant
copy - PTSA/DMS

Filed with ____DC____ on _10-20-2020_
at _8:53_ (AM/**PM**) BY: _MAW_

**Rev 6/10/2010**

12

**HCDistrictclerk.com**    The State of Texas vs. ███████████████ (SPN:          1/25/2021
03053826)
Cause: 167181201010    CDI: 3    Court: 180

## APPEALS
No Appeals found.

## PAYMENT PLAN
No Payment Plan found.

## RELATED CASES
No related cases found.

## HOLDS
No Holds found.

## WITNESS
No Witness found.

## SUMMARY

### CASE DETAILS

| | |
|---|---|
| File Date | 4/16/2020 |
| Case (Cause) Status | Active - CRIMINAL |
| Offense | BURGLARY OF HABITATION |
| Last Instrument Filed | Felony Indictment |
| Case Disposition | |
| Case Completion Date | 1/1/0001 |
| Defendant Status | BOND MADE |
| Bond Amount | $1,500.00 |
| Next/Last Setting Date | 2/12/2021 |

### DEFENDANT DETAILS

| | | | |
|---|---|---|---|
| Race/Sex | W / M | Height/Weight | 5'07 / 180 LBS |
| Eyes | BRO | Hair | BLK |
| Skin | MED | Build | MED |
| DOB | ███1984 | In Custody | N |
| US Citizen | YES | Place Of Birth | TX |
| Address | | ██████████████████ | |
| Markings | | NONE | |

### CURRENT PRESIDING JUDGE

| | |
|---|---|
| Court | 180th |
| Address | 201 CAROLINE (Floor: 9)<br>HOUSTON, TX 77002<br>Phone:7137556347 |
| JudgeName | DaSean Jones |
| Court Type | Criminal |

## BONDS

| Date | Type | Description | SNU |
|---|---|---|---|
| 04/16/2020 | BOND SET | $1500 SNU: 999 04/16/20 | |
| 06/29/2020 | BOND FILED | CRT 180 TIME 1544 TYPE PERSONAL PTR 06/29/20 | |
| 06/29/2020 | BOND MADE | AMT $1500 DATE 06/29/20 RCPT # 06/29/20 | |
| 06/29/2020 | BONDSMAN | PERSONAL BOND PTRL 06/29/20 | |

13

## ACTIVITIES

| Date | Type | Description | SNU/CFI |
|------|------|-------------|---------|
| 10/29/2020 | GRAND JURY ACTION | FID 10/29/20 G174 SNU: 999 10/29/20 | |
| 10/29/2020 | GRAND JURY ACTION | ROTATION CRT 180 OFF FREQ BND $1500 10/29/20 | |
| 10/29/2020 | GRAND JURY ACTION | OFFENSE BURGLARY OF HABITATION LEVEL F2 10/29/20 | |
| 10/29/2020 | ORI | HOUSTON POLICE DEPAR OFFENSE NO: 43940820 10/29/20 | |
| 10/21/2020 | ORDER | AMENDED PRETRIAL COURTESY SUPE SNU: 999 10/21/20 | |
| 10/21/2020 | OFFENSE | BURGLARY OF HABITATION LEVEL F2 10/21/20 | |
| 06/29/2020 | BOND FILED | CRT 180 TIME 1544 TYPE PERSONAL PTR 06/29/20 | |
| 06/29/2020 | BOND MADE | AMT $1500 DATE 06/29/20 RCPT # 06/29/20 | |
| 06/29/2020 | BONDSMAN | PERSONAL BOND PTRL 06/29/20 | |
| 06/29/2020 | C87 ACTIVITY | BOND APP STATUS B CFI 180 SNU: 999 06/29/20 | |
| 06/29/2020 | C87 TYPE OF BOND | PERSONAL PTR FOR $1500 06/29/20 | |
| 04/20/2020 | ATTORNEY | KRUGH, NEIL ALEXANDER SNU: 999 04/20/20 | |
| 04/20/2020 | ATTORNEY | AAT COURT 180 CFI 180 04/20/20 | |
| 04/20/2020 | JUDGE | JONES, DASEAN A. PRESIDING 04/20/20 | |
| 04/16/2020 | COMPLAINT FILED | 1404 180 BURGLARY OF HABITATION LEVEL F2 04/16/20 | |
| 04/16/2020 | BOND SET | $1500 SNU: 999 04/16/20 | |
| 04/16/2020 | REVIEWED BY | LEITNER, JAMES MICHAEL 04/16/20 | |
| 04/16/2020 | ORI | HOUSTON POLICE DEPAR OFFENSE NO: 43940820 10/29/20 | |
| 04/16/2020 | COMPLAINANT | NG, B C 10/29/20 | |

## BOOKINGS

| Arrest Date | Arrest Location | Booking Date |
|-------------|-----------------|--------------|
| 4/10/2020 8:15:00 AM | 6818 | 4/10/2020 9:55:00 AM |

## HOLDS

No holds found.

## CRIMINAL HISTORY

| Case(Cause)Nbr / Status | Defendant | Filed / Booked | Ct | Defendant Status | Disposition | Bond Amt | Type of Action / Offense | Next Setting |
|-------------------------|-----------|----------------|----|------------------|-------------|----------|--------------------------|--------------|
| **167190701010-3Active - CRIMINAL(A)** | ▮▮▮▮ | 4/17/2020 \| 4/10/2020 | 180 | Bond Made(B) | | $40,000.00 | BURGLARY OF HABITATION (F) | 2/12/2021 |
| **167181201010-3Active - CRIMINAL(A)** | ▮▮▮▮ | 4/16/2020 \| 4/10/2020 | 180 | Bond Made(B) | | $1,500.00 | BURGLARY OF HABITATION (F) | 2/12/2021 |
| **167117001010-3Active - CRIMINAL(A)** | ▮▮▮▮ | 4/10/2020 \| 4/10/2020 | 180 | Bond Made(B) | | $1,500.00 | BURGLARY OF A BUILDING (F) | 2/12/2021 |

## ACTIVE PARTIES

| Name | Connection | Post Jdgm | SPN # |
|------|------------|-----------|-------|
| PERSONAL BOND PTRL | BAIL BONDSMAN | | 00002426 |
| JONES, DASEAN A. | JUDGE - CRIMINAL | | 02589401 |

14

KRUGH, NEIL ALEXANDER
█████████████

APPOINTED DEFENSE ATTORNEY

DEFENDANT - CRIMINAL

02564816

03053826

## INACTIVE PARTIES
No inactive parties found.

## SETTINGS

| Date | Court Post Jdgm | Docket Type | Reason | Results | Defendant | Future Date | Comments | Attorney Appearance Indicator |
|------|------|------|------|------|------|------|------|------|
| 4/20/2020 09:00 AM | 180 | Attorney Consultation Docket | Arraignment | Reset By Court | Data Not Entered | 6/23/2020 12:00:00 AM | | Present |
| 2/12/2021 09:00 AM | 180 | Master Docket | Non-Trial Setting | | Data Not Entered | 1/1/0001 12:00:00 AM | | To Be Set |

## ALIASES

| Defendant Alias | True Name | Race | Sex | DOB | SPN# |
|------|------|------|------|------|------|
| ████████████████ | Yes | W | M | ███1984 | 03053826 |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|------|------|------|------|------|
| 92861987 | CHARGING INSTRUMENT - FELONY INDICTMENT | | 10/29/2020 | 1 |
| 92756285 | CONDITIONS OF BAIL | | 10/20/2020 | 1 |
| 91120032 | PERSONAL PTR BOND | | 06/29/2020 | 1 |
| 90330743 | CASE RESET FORM | | 04/20/2020 | 1 |
| 91047416 | APPOINTING COUNSEL | | 04/20/2020 | 1 |
| 90266976 | CHARGING INSTRUMENT - COMPLAINT | | 04/16/2020 | 1 |
| 90267246 | FIRST EMERGENCY ORDER REGARDING THE COVID-19 STATE OF DISASTER | | 04/16/2020 | 1 |

THE STATE OF TEXAS
VS.

<u>03053826</u>

SPN: 03053826
DOB: **W M** ██/1984
DATE PREPARED: **4/16/2020**

D.A. LOG NUMBER: **2633301**
CJIS TRACKING NO.:
BY: **ACH**  DA NO: **62187900**
AGENCY:**HPD**
O/R NO: **043940820**
ARREST DATE: **04/16/2020**

NCIC CODE: **2202 05**          RELATED CASES:

FELONY CHARGE: **BURGLARY OF A HABITATION**

CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:          <u>**1671812**</u>
FIRST SETTING DATE:                        <u>**180**</u>

COURT ORDERED BAIL: **$1500**
PRIOR CAUSE NO:
CHARGE SEQ NUM:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Before me, the undersigned Assistant District Attorney of Harris County, Texas, this day appeared the undersigned affiant, who under oath says that he has good reason to believe and does believe that in Harris County, Texas, ██████████████, hereafter styled the Defendant, heretofore on or about **April 2, 2020**, did then and there unlawfully, with intent to commit theft, enter a habitation owned by ██████████, a person having a greater right to possession of the habitation than the Defendant and hereafter styled the Complainant, without the effective consent of the Complainant, namely, without any consent of any kind.

**FILED**
Marilyn Burgess
District Clerk

APR **1 6** 2020

Time:_____
Harris County, Texas
By:_____
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Signed and sworn by me on <u>April 16, 2020</u>

Duly attested by me on <u>April 16, 2020</u>

_____
AFFIANT

_____
ASSISTANT DISTRICT ATTORNEY
OF HARRIS COUNTY, TEXAS
Bar No. _____

**COMPLAINT**
16

June 23 P 3:52
Marilyn Burgess - District Clerk
Harris County

CAUSE NO: <u>167181201010</u>    CHARGE <u>BURGLARY OF HABITATION</u>

THE STATE OF TEXAS                 §         180th DISTRICT COURT

V.                                 §         OF                              Pgs-1

                                   §         HARRIS COUNTY, TEXAS            ATAC
▮▮▮▮▮▮▮▮▮▮▮▮                                                                  (999)
Defendant (SPN 03053826)

# ORDER APPOINTING COUNSEL

On this, the April 20, 2020, the Court finds (CHECK ONE)

☒    the DEFENDANT is indigent.

☐    the interests of justice require representation.

Therefore, the Court ORDERS that ☒ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC

DEFENDER'S OFFICE is appointed to represent the DEFENDANT named above in this cause.

KRUGH, NEIL ALEXANDER
Attorney/Assistant Public Defender Assigned by HCPD        E-Mail Address

1221 STUDEWOOD
Address                                                     Phone Number

HOUSTON            TX          77008
City               State       Zip                         Fax Number

02564816                                                   24068262
SPN Number                                                 Bar Number

The Court further ORDERS the cause set for:   Arraignment

On the <u>Monday, April 20, 2020</u> at <u>9:00 am</u> before this Court at 201 Caroline, Houston, Harris County,
Texas.

Signed this June 23, 2020.

_____
DASEAN JONES
**Judge Presiding**

☐  The State has offered or    ☐   The State and Defense agree as follows:

Defense Attorney _____        Prosecutor _____

Defendant/Witness Signature  X _____

## FOR COURT STAFF ONLY

Reset by:  ☒ Court     ☐ Defense     ☐ Operation of Law     ☐ Prosecution
Reason for Reset:

☐ D.A. to Contact Complainant/Witness    ☐ Defense to Contact Witness     ☒ Not Indicted

☐ D.A. to Evaluate Case                  ☐ Disposition of Misd./OOC Case   ☐ Other

☐ D.A. to Reindict                       ☐ File Unavailable                ☐ Refer to

☐ D.A. to file MRP/MAJ                   ☐ MHMRA Evaluation                ☐ Restitution Info
                                           21 Day Full

☐ Defendant On Call                      ☐ No Tape/Lab                     ☐ To Hire Attorney

☐ Defendant to Consider Offer            ☐ No Offense Report

17

4/2017

Filed 20 June 29 P 8:26
**Marilyn Burgess - District Clerk
Harris County**

HARRIS COUNTY PRETRIAL SERVICES
1201 Franklin, 12th Floor
Houston, Texas 77002

Pgs-1

# PERSONAL BOND

BAPRBO
(1)

THE STATE OF TEXAS                                                   CAUSE NO. **167181201010**

KNOW ALL MEN BY THESE PRESENTS

COUNTY OF HARRIS                                                     SPN NO.**03053826**

THAT I, ████████████ charged with the offense of a (2ND DEGREE FELONY), to wit,
BURGLARY OF HABITATION
am held and firmly bound unto the State of Texas in the penal sum stated below for the payment of which sum well and truly to be made, and in addition all necessary and reasonable fees and expenses that may be incurred by peace officers in re-arresting me in the event the conditions of this bond are violated, I do bind myself, my heirs, executors and administrators, jointly and severally by these presents.

THE CONDITIONS OF THE ABOVE OBLIGATIONS ARE THAT I swear that I will appear IN THE 180th DISTRICT COURT at the Criminal Justice Center,

1201 FRANKLIN, 18TH FLOOR Houston, Harris County, Texas, on Friday, September 11, 2020, at the hour of 10:00 AM or upon notice by the Court, or pay to the Court the principal sum of $1,500.00 plus all necessary and reasonable expenses incurred in any arrest for failure to appear.

I further swear that I will appear before any court or magistrate before whom this cause may hereinafter be pending at any time and place as may be required, I will comply with any court ordered release conditions, and I will comply with Pretrial Services' instructions relating to my release conditions or appearance in court.

Now if I shall well and truly make said appearance before said Court, and there remain from day to day and term to term of said Court, until discharged by due course of law, then and there to answer said accusation against me, and further shall well and truly make my personal appearance in any and all subsequent proceedings that may be had relative to said charge in the course of the criminal action based on said charge, this obligation shall become void; Otherwise to remain in full force and effect.

I further understand that all or part of the information collected in the defendant report may be available to law enforcement or criminal justice personnel, including, but not limited to, the Judge or Magistrate hearing the case, the District Attorney's Office, and the defense attorney of record in this cause.

Fee=$45   Waived ☐                                      _____████████_____
                                                          Signature of Defendant

Special Conditions of bond in effect:  NO                SWORN TO AND SUBSCRIBED BEFORE ME,

APPROVED June 29, 2020 15:28 PM                          this June 29, 2020

_____                         _Aldo C V_____
JUDGE DaSean Jones  SPN 02589401                         PERSONAL BOND OFFICE EMPLOYEE / PEACE OFFICER
                                                          HARRIS COUNTY, TEXAS

=================================================================================
## IDENTIFICATION INFORMATION

                                                          Driver's
Date of Birth: ███/1984    Place of Birth , TX           License # UNKNOWN
Height 507  Weight 180  Hair Color BLK  Eye Color BRO    State: TX

DEFENDANT          Street Address
MAILING
ADDRESS            City                                   State        **Phone**
NEAREST RELATIVE                                         DEFENDANT EMPLOYMENT INFORMATION
Name ████████████                                        Name UNEMPLOYED
Street                                                   Address
City/State ████████████                                  Phone
=================================================================================
Filed with DC on 6/29/2020 at 3:32 PM by: aem
Defendant Notified   HPD   HCJ xxxx   Non-Arrest

**HCDistrictclerk.com**    The State of Texas vs. ███████████ (SPN: 03053826)    1/25/2021
Cause: 167190701010    CDI: 3    Court: 180

## APPEALS
No Appeals found.

## PAYMENT PLAN
No Payment Plan found.

## RELATED CASES
No related cases found.

## HOLDS
No Holds found.

## WITNESS
No Witness found.

## SUMMARY
### CASE DETAILS

| | |
|---|---|
| File Date | 4/17/2020 |
| Case (Cause) Status | Active - CRIMINAL |
| Offense | BURGLARY OF HABITATION |
| Last Instrument Filed | Felony Indictment |
| Case Disposition | |
| Case Completion Date | 1/1/0001 |
| Defendant Status | BOND MADE |
| Bond Amount | $40,000.00 |
| Next/Last Setting Date | 2/12/2021 |

### DEFENDANT DETAILS

| | | | |
|---|---|---|---|
| Race/Sex | W / M | Height/Weight | 5'07 / 180 LBS |
| Eyes | BRO | Hair | BLK |
| Skin | MED | Build | MED |
| DOB | ███1984 | In Custody | N |
| US Citizen | YES | Place Of Birth | TX |
| Address | ███████████ | | |
| Markings | NONE | | |

### CURRENT PRESIDING JUDGE

| | |
|---|---|
| Court | 180th |
| Address | 201 CAROLINE (Floor: 9) HOUSTON, TX 77002 Phone:7137556347 |
| JudgeName | DaSean Jones |
| Court Type | Criminal |

## BONDS

| Date | Type | Description | SNU |
|---|---|---|---|
| 04/17/2020 | BOND SET | $40000 SNU: 999 04/17/20 | |
| 06/29/2020 | BOND FILED | CRT 180 TIME 1513 TYPE PERSONAL PTR 06/29/20 | |
| 06/29/2020 | BOND MADE | AMT $40000 DATE 06/29/20 RCPT # 06/29/20 | |
| 06/29/2020 | BONDSMAN | PERSONAL BOND PTRL 06/29/20 | |

19

## ACTIVITIES

| Date | Type | Description | SNU/CFI |
|------|------|-------------|---------|
| 10/21/2020 | ORDER | AMENDED PRETRIAL COURTESY SUPE SNU: 998 10/21/20 | |
| 10/21/2020 | OFFENSE | BURGLARY OF HABITATION LEVEL F2 10/21/20 | |
| 10/15/2020 | GRAND JURY ACTION | FID 10/15/20 G174 SNU: 999 10/15/20 | |
| 10/15/2020 | GRAND JURY ACTION | ROTATION CRT 180 OFF FREQ BND $40000 10/15/20 | |
| 10/15/2020 | GRAND JURY ACTION | OFFENSE BURGLARY OF HABITATION LEVEL F2 10/15/20 | |
| 10/15/2020 | ORI | BELLAIRE POLICE DEPA OFFENSE NO: 2004060425 10/15/20 | |
| 07/21/2020 | ORDER | GRNT ST BND CONDITIONS SNU: 999 07/21/20 | |
| 07/21/2020 | OFFENSE | BURGLARY OF HABITATION LEVEL F2 07/21/20 | |
| 06/29/2020 | BOND FILED | CRT 180 TIME 1513 TYPE PERSONAL PTR 06/29/20 | |
| 06/29/2020 | BOND MADE | AMT $40000 DATE 06/29/20 RCPT # 06/29/20 | |
| 06/29/2020 | BONDSMAN | PERSONAL BOND PTRL 06/29/20 | |
| 06/29/2020 | C87 ACTIVITY | BOND APP STATUS B CFI 180 SNU: 999 06/29/20 | |
| 06/29/2020 | C87 TYPE OF BOND | PERSONAL PTR FOR $40000 06/29/20 | |
| 06/15/2020 | MOTIONS | REDUCE BOND SNU: 997 06/15/20 | |
| 06/15/2020 | MOTIONS | FILED CFI 180 06/15/20 | |
| 04/20/2020 | ATTORNEY | KRUGH, NEIL ALEXANDER SNU: 999 04/20/20 | |
| 04/20/2020 | ATTORNEY | AAT COURT 180 CFI 180 04/20/20 | |
| 04/20/2020 | JUDGE | JONES, DASEAN A. PRESIDING 04/20/20 | |
| 04/17/2020 | COMPLAINT FILED | 0850 180 BURGLARY OF HABITATION LEVEL F2 04/17/20 | |
| 04/17/2020 | BOND SET | $40000 SNU: 999 04/17/20 | |
| 04/17/2020 | REVIEWED BY | HECHT, ARLENE BAZARSKY 04/17/20 | |
| 04/17/2020 | ORI | BELLAIRE POLICE DEPA OFFENSE NO: 2004060425 04/17/20 | |
| 04/17/2020 | COMPLAINANT | ROCHA, DAVID J 04/17/20 | |
| 04/17/2020 | MOTIONS | STATE BOND COND SNU: 999 04/17/20 | |
| 04/17/2020 | MOTIONS | FILED CFI 180 04/17/20 | |
| 04/17/2020 | MOTIONS | STATE HIGH BOND SNU: 998 04/17/20 | |
| 04/17/2020 | MOTIONS | FILED CFI 180 04/17/20 | |

## BOOKINGS

| Arrest Date | Arrest Location | Booking Date |
|-------------|-----------------|--------------|
| 4/10/2020 8:15:00 AM | 6818 | 4/10/2020 9:55:00 AM |

## HOLDS

No holds found.

## CRIMINAL HISTORY

| Case(Cause)Nbr / Status | Defendant | Filed / Booked | Ct | Defendant Status | Disposition | Bond Amt | Type of Action / Offense | Next Setting |
|-------------------------|-----------|----------------|-----|------------------|-------------|----------|--------------------------|--------------|
| **167190701010-3Active - CRIMINAL(A)** | ▮▮▮▮▮▮▮ | 4/17/2020 \| 4/10/2020 | 180 | Bond Made(B) | | $40,000.00 | BURGLARY OF HABITATION (F) | 2/12/2021 |
| **167181201010-3Active** | ▮▮▮▮▮▮▮ | 4/16/2020 \| | 180 | Bond | | $1,500.00 | BURGLARY OF | 2/12/2021 |

20

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| - CRIMINAL(A) | | 4/10/2020 | | Made(B) | | HABITATION (F) | |
| 167117001010-3Active - CRIMINAL(A) | | 4/10/2020 \| 4/10/2020 | 180 | Bond Made(B) | $1,500.00 | BURGLARY OF A BUILDING (F) | 2/12/2021 |

## ACTIVE PARTIES

| Name | Connection | Post Jdgm | SPN # |
|---|---|---|---|
| PERSONAL BOND PTRL | BAIL BONDSMAN | | 00002426 |
| JONES, DASEAN A. | JUDGE - CRIMINAL | | 02589401 |
| KRUGH, NEIL ALEXANDER | APPOINTED DEFENSE ATTORNEY | | 02564816 |
| ███████████ | DEFENDANT - CRIMINAL | | 03053826 |

## INACTIVE PARTIES

No inactive parties found.

## SETTINGS

| Date | Court Post Jdgm | Docket Type | Reason | Results | Defendant | Future Date | Comments | Attorney Appearance Indicator |
|---|---|---|---|---|---|---|---|---|
| 4/20/2020 09:00 AM | 180 | Attorney Consultation Docket | Arraignment | Reset By Court | Data Not Entered | 6/23/2020 12:00:00 AM | | Present |
| 2/12/2021 09:00 AM | 180 | Master Docket | Non-Trial Setting | | Data Not Entered | 1/1/0001 12:00:00 AM | | To Be Set |

## ALIASES

| Defendant Alias | | True Name | Race | Sex | DOB | SPN# |
|---|---|---|---|---|---|---|
| ███████████ | | Yes | W | M | ███1984 | 03053826 |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 92756285 | CONDITIONS OF BAIL | | 10/20/2020 | 1 |
| 92656358 | CHARGING INSTRUMENT - FELONY INDICTMENT | | 10/15/2020 | 1 |
| 91120031 | PERSONAL PTR BOND | | 06/29/2020 | 1 |
| 90984587 | DEFENDANTS MOTION TO REDUCE BOND | | 06/15/2020 | 3 |
| 91047433 | APPOINTING COUNSEL | | 04/20/2020 | 1 |
| 90277551 | CHARGING INSTRUMENT - COMPLAINT | | 04/17/2020 | 1 |
| 90277858 | FIRST EMERGENCY ORDER REGARDING THE COVID-19 STATE OF DISASTER | | 04/17/2020 | 1 |
| 90278060 | STATES MOTION FOR BOND CONDITIONS | | 04/17/2020 | 2 |
| 90278078 | STATES MOTION FOR HIGH BOND | | 04/17/2020 | 2 |

909

*180 Pend*

THE STATE OF TEXAS
VS.

[REDACTED]

SPN: 03053826
DOB: W M [REDACTED]/1984
DATE PREPARED: 4/17/2020

D.A. LOG NUMBER: 2631373
CJIS TRACKING NO.:
BY: **ND**  DA NO: 50786668
AGENCY:**BLP**
O/R NO: 2004060425
ARREST DATE: 04/17/2020

NCIC CODE: **2202 05**              RELATED CASES:

FELONY CHARGE: **BURGLARY OF HABITATION**

CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:     **1671907**
FIRST SETTING DATE:                  **180**

COURT ORDERED BAIL: **$40000**
PRIOR CAUSE NO:
CHARGE SEQ NUM:

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Before me, the undersigned Assistant District Attorney of Harris County, Texas, this day appeared the undersigned affiant, who under oath says that he has good reason to believe and does believe that in Harris County, Texas, [REDACTED], hereafter styled the Defendant, heretofore on or about **April 6, 2020**, did then and there unlawfully, without the effective consent of the owner, namely, without any consent of any kind, intentionally enter a habitation owned by [REDACTED] a person having a greater right to possession of the habitation than the Defendant, and commit theft of a camcorder, lunch bag, and costume jewelry.

**FILED**
Marilyn Burgess
District Clerk

APR 17 2020

Time: _____
Harris County, Texas
By: _____
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Signed and sworn by me on  April 17, 2020

*N. Donelson*

AFFIANT

Duly attested by me on  April 17, 2020

*Davi Bradley*

ASSISTANT DISTRICT ATTORNEY
OF HARRIS COUNTY, TEXAS
Bar No.  *24083377*

**COMPLAINT**

22

Marilyn Burgess - District Clerk
Harris County
Pgs-1

ATAC
(999)

CAUSE NO: **167190701010**          CHARGE <u>BURGLARY OF HABITATION</u>    June 23 P 3:53

**THE STATE OF TEXAS**                §          **180th DISTRICT COURT**

**V.**                                §          **OF**

[redacted]                            §          **HARRIS COUNTY, TEXAS**

**Defendant (SPN 03053826)**

# ORDER APPOINTING COUNSEL

On this, the April 20, 2020, the Court finds (CHECK ONE)

☒          the DEFENDANT is indigent.

☐          the interests of justice require representation.

Therefore, the Court ORDERS that ☒ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC

DEFENDER'S OFFICE is appointed to represent the DEFENDANT named above in this cause.

KRUGH, NEIL ALEXANDER
Attorney/Assistant Public Defender Assigned by HCPD          E-Mail Address

1221 STUDEWOOD
Address                                                    Phone Number

HOUSTON          TX          77008
City             State       Zip                          Fax Number

02564816                                                  24068262
SPN Number                                                Bar Number

The Court further ORDERS the cause set for:   Arraignment

On the <u>Monday, April 20, 2020</u> at <u>9:00 am</u> before this Court at 1201 Franklin, Houston, Harris County,
Texas.

Signed this June 23, 2020.

_____
DASEAN JONES
**Judge Presiding**

☐ The State has offered or    ☐ The State and Defense agree as follows:

Defense Attorney _____N/C_____          Prosecutor _____

Defendant/Witness Signature  X _____

## FOR COURT STAFF ONLY

Reset by: ☒ Court          ☐ Defense          ☐ Operation of Law          ☐ Prosecution
Reason for Reset:

| | | |
|---|---|---|
| ☐ D.A. to Contact Complainant/Witness | ☐ Defense to Contact Witness | ☒ Not Indicted |
| ☐ D.A. to Evaluate Case | ☐ Disposition of Misd./OOC Case | ☐ Other |
| ☐ D.A. to Reindict | ☐ File Unavailable | ☐ Refer to |
| ☐ D.A. to file MRP/MAJ | ☐ MHMRA Evaluation 21 Day Full | ☐ Restitution Info |
| ☐ Defendant On Call | ☐ No Tape/Lab | ☐ To Hire Attorney |
| ☐ Defendant to Consider Offer | ☐ No Offense Report | |

23

4/2017

CAUSE NO. 1671907010[10]

THE STATE OF TEXAS

VS.

███████████

FILED
MARILYN BURGESS
DISTRICT CLERK
HARRIS COUNTY
2020 JUN 15 AM 8: 35

IN THE 180th DISTRICT
JUDICIAL COURT OF
HARRIS COUNTY, TEXAS

## DEFENDANT'S MOTION TO REDUCE BOND

14/997

TO THE HONORABLE JUDGE OF SAID COURT:

Comes Now, ███████████ defendant moves this court to reduce bail in the above-entitled cause, and in support of such motion defendant will show the court as follows:

### I.

Defendant is currently confined pursuant to an second degree felony charging the offense of Burglary with intent to commit theft.

### II.

Defendant was arrested on April 10th, 2020, and bail was set in the amount of $40,000.⁰⁰ The defendant has been continuously confined since this date to the fact that defendants inability to post bail in this amount.

### III.

The defendant has now been confined for a period of excess of 90 days and the state is not ready for trial. Pursuant to the provisions of Article 17.151 of the code of criminal procedures, the bail must be reduced to an amount the defendant can post.

Wherefore Premises Considered, defendant respectfully request that the Court conduct a Hearing there on and grant a bond reduction to the amount of $10,000.⁰⁰

Respectfully submitted June 3rd, 2020

(DATE)                                           (SIGNATURE)

24

## ORDER

On this the ___ day of _____ 20___, came on to be heard the foregoing Motion to Reduce Bond and the same is hereby:

GRANTED _____,

DENIED _____, and it

is so ordered.

_____
( JUDGE PRESIDING )

Unofficial Copy Office of Marilyn Burgess District Clerk



US POSTAGE ⟩⟩ PITNEY BOWES

$ 000.50⁰

ZIP 77002
02 4W
0000368784 JUN 11 2020

Att: Marilyn Burgess
P.O. Box 4651
Houston, Texas 77210

MARILYN BURGESS
DISTRICT CLERK
HARRIS COUNTY

2020 JUN 15   AM 8: 35

HARRIS COUNTY SHERIFF'S OFFICE JAIL
Name _____
SPN: 0305-3826   Cell: 3D1B
Street ___ Joe Baker
HOUSTON, TEXAS 77002

aramark

INDIGENT

Unofficial copy Office of Marilyn Burgess District Clerk

Filed 20 June 29 P 8:25
Marilyn Burgess - District Clerk
Harris County

Pgs-1

**HARRIS COUNTY PRETRIAL SERVICES**
1201 Franklin, 12th Floor
Houston, Texas 77002

BAPRBO
(1)

## PERSONAL BOND

THE STATE OF TEXAS                                                                 CAUSE NO. **167190701010**

KNOW ALL MEN BY THESE PRESENTS

COUNTY OF HARRIS                                                                          SPN NO.**03053826**

THAT I, ███████████ charged with the offense of a (2ND DEGREE FELONY), to wit, BURGLARY OF HABITATION am held and firmly bound unto the State of Texas in the penal sum stated below for the payment of which sum well and truly to be made, and in addition all necessary and reasonable fees and expenses that may be incurred by peace officers in re-arresting me in the event the conditions of this bond are violated, I do bind myself, my heirs, executors and administrators, jointly and severally by these presents.

THE CONDITIONS OF THE ABOVE OBLIGATIONS ARE THAT I swear that I will appear IN THE 180th DISTRICT COURT at the Criminal Justice Center, 1201 FRANKLIN, 18TH FLOOR Houston, Harris County, Texas, on Friday, September 11, 2020, at the hour of 10:00 AM or upon notice by the Court, or pay to the Court the principal sum of $40,000.00 plus all necessary and reasonable expenses incurred in any arrest for failure to appear.

I further swear that I will appear before any court or magistrate before whom this cause may hereinafter be pending at any time and place as may be required, I will comply with any court ordered release conditions, and I will comply with Pretrial Services' instructions relating to my release conditions or appearance in court.

Now if I shall well and truly make said appearance before said Court, and there remain from day to day and term to term of said Court, until discharged by due course of law, then and there to answer said accusation against me, and further shall well and truly make my personal appearance in any and all subsequent proceedings that may be had relative to said charge in the course of the criminal action based on said charge, this obligation shall become void; Otherwise to remain in full force and effect.

I further understand that all or part of the information collected in the defendant report may be available to law enforcement or criminal justice personnel, including, but not limited to, the Judge or Magistrate hearing the case, the District Attorney's Office, and the defense attorney of record in this cause.

Fee=$1200   Waived ☐

_____
Signature of Defendant

Special Conditions of bond in effect:  NO

SWORN TO AND SUBSCRIBED BEFORE ME,

APPROVED June 29, 2020 8:46 AM                                                       this June 29, 2020

_____                        _____
JUDGE DaSean Jones   SPN 02589401                        PERSONAL BOND OFFICE EMPLOYEE / PEACE OFFICER
                                                                                         HARRIS COUNTY, TEXAS

=================================================================================

IDENTIFICATION INFORMATION

Date of Birth: ███/1984          Place of Birth , TX

Driver's
License # UNKNOWN

Height 507   Weight 180   Hair Color BLK   Eye Color   BRO          State: TX

| DEFENDANT MAILING ADDRESS | Street Address | | | |
| --- | --- | --- | --- | --- |
| | City | | State | **Phone** |

NEAREST RELATIVE
Name ███████████                        DEFENDANT EMPLOYMENT INFORMATION
Name UNEMPLOYED
Street                                                                 Address
City/State ███████████                        Phone

=================================================================================

Filed with DC on 6/29/2020 at 3:13 PM  by: JG
Defendant Notified JG   HPD     HCJ X     Non-Arrest

Unofficial Copy Office of Harris Burgess's District Clerk