# EXHIBIT 5

HCDistrictclerk.com The State of Texas vs. [redacted] (SPN: 01593321) 1/26/2021

Cause: 163435201010 CDI: 3 Court: 182

## APPEALS

No Appeals found.

## RELATED CASES

No related cases found.

## WITNESS

No Witness found.

## SUMMARY

### CASE DETAILS

| | |
|---|---|
| **File Date** | 6/7/2019 |
| **Case (Cause) Status** | Complete |
| **Offense** | ASSAULT-BODILY INJURY |
| **Last Instrument Filed** | Felony Indictment |
| **Case Disposition** | DISP-090220 |
| **Case Completion Date** | 9/2/2020 |
| **Defendant Status** | DISPOSED |
| **Bond Amount** | $20,000.00 |
| **Next/Last Setting Date** | 9/2/2020 |

### DEFENDANT DETAILS

| | | | |
|---|---|---|---|
| **Race/Sex** | W / F | **Height/Weight** | 5'08 / 150 LBS |
| **Eyes** | BRO | **Hair** | BRO |
| **Skin** | FAR | **Build** | MED |
| **DOB** | [redacted]/1957 | **In Custody** | N |
| **US Citizen** | YES | **Place Of Birth** | |

| | |
|---|---|
| **Address** | HOMELESS HOUSTON TX |
| **Markings** | TAT WRS |

### CURRENT PRESIDING JUDGE

| | |
|---|---|
| **Court** | 182nd |
| **Address** | 1200 Congress (Floor: 1)<br>Houston, TX 77002<br>Phone:7137556350 |
| **JudgeName** | Danilo Lacayo |
| **Court Type** | Criminal |

## BONDS

| Date | Type | Description | SNU |
|---|---|---|---|
| 06/07/2019 | BOND SET | Refer to 15.17 Hearing SNU: 999 06/07/19 | |

## ACTIVITIES

| Date | Type | Description | SNU/CFI |
|---|---|---|---|
| 09/02/2020 | SENTENCED IN | COURT 182 STARTING 09/02/20 SNU: 999 09/02/20 | |
| 09/02/2020 | SENTENCE TO | 1 YEAR CONFINEMENT 09/02/20 | |
| 09/02/2020 | CREDIT GIVEN | DEFENDANT RECEIVED 455 DAYS CREDIT 09/02/20 | |
| 09/02/2020 | ORDER | DISCOVERY LOG GRANTED SNU: 996 09/02/20 | |
| 09/02/2020 | OFFENSE | ASSAULT-BODILY INJURY LEVEL MA 09/02/20 | |
| 09/02/2020 | JUDGMENT | CONVICTION SNU: 999 09/02/20 | |

| | | |
|---|---|---|
| 09/02/2020 | JUDGMENT | LESSER OFF. GUILTY PLEA - NO JURY 09/02/20 |
| 09/02/2020 | JUDG OFFENSE | ASSAULT-BODILY INJURY LEVEL MA 09/02/20 |
| 09/02/2020 | PENALTY | HCJ AMOUNT 1 YEAR 09/02/20 |
| 08/12/2019 | GRAND JURY ACTION | FID 08/12/19 G179 SNU: 999 08/12/19 |
| 08/12/2019 | GRAND JURY ACTION | ROTATION CRT 182 OFF FREQ BND $20000 08/12/19 |
| 08/12/2019 | GRAND JURY ACTION | OFFENSE ASSAULT PEACE OFFICER LEVEL F2 08/12/19 |
| 08/12/2019 | ORI | HOUSTON POLICE DEPAR OFFENSE NO: 71754219 08/12/19 |
| 08/12/2019 | PRECEPT/SERVE IND DATE RETURNED 08/16/19 | HOW EXECUTED E 08/16/19 |
| | DATE SERVED | 08/13/19 08/16/19 |
| 06/10/2019 | ATTORNEY | KEATING, KEVIN P. SNU: 999 06/10/19 |
| 06/10/2019 | ATTORNEY | DAT COURT 182 CFI 182 06/10/19 |
| 06/10/2019 | JUDGE | LACAYO, DANILO JR PRESIDING 06/10/19 |
| 06/07/2019 | COMPLAINT FILED | 0730 182 ASSAULT PEACE OFFICER LEVEL F2 06/07/19 |
| 06/07/2019 | BOND SET | Refer to 15.17 Hearing SNU: 999 06/07/19 |
| 06/07/2019 | REVIEWED BY | HARRIGAN, DENNIS PATRICK 06/07/19 |
| 06/07/2019 | ORI | HOUSTON POLICE DEPAR OFFENSE NO: 71754219 08/12/19 |
| 06/07/2019 | COMPLAINANT | WOOTEN, T A 08/12/19 |
| 06/07/2019 | CMIF | TIME 1645 AMOUNT $20000 SNU: 999 06/07/19 |
| 06/07/2019 | NOT ACKNOWLEDGED BY SHERIFF | 06/07/19 |
| 06/07/2019 | C87 ACTIVITY | PC FOUND STATUS CFI 182 SNU: 999 06/07/19 |
| 06/07/2019 | C87 ACTIVITY | PROBABLE CAUSE FOUND 06/07/19 |
| 06/07/2019 | MOTIONS | STATE HIGH BOND SNU: 999 06/07/19 |
| 06/07/2019 | MOTIONS | FILED CFI 182 06/07/19 |
| 06/07/2019 | ORDER | GRTD SET BAIL $20000 H/O RN SNU: 997 06/07/19 |
| 06/07/2019 | OFFENSE | ASSAULT PEACE OFFICER LEVEL F2 06/07/19 |
| 06/07/2019 | ORDER | DEF NOT PRESENT @4PM DOCKET SNU: 998 06/07/19 |
| 06/07/2019 | OFFENSE | ASSAULT PEACE OFFICER LEVEL F2 06/07/19 |
| 06/07/2019 | ORDER | MI/ID PREVIOUSLY FOUND SNU: 999 06/07/19 |
| 06/07/2019 | OFFENSE | ASSAULT PEACE OFFICER LEVEL F2 06/07/19 |

## BOOKINGS

| Arrest Date | Arrest Location | Booking Date |
|---|---|---|
| 6/6/2019 8:04:00 PM | 4412 | 6/6/2019 11:28:00 PM |

## HOLDS

| Agency Placing Hold | Agency Name | Warrant Number | Bond Amount | Offense | Hold Placed | Hold Lifted |
|---|---|---|---|---|---|---|
| TX1010000 | CENTRAL RECORDS | | $0.00 | NEW CHRGS PENDING DA#2457415 | 7/6/2018 | 10/18/2018 |
| TXHPD0000 | HOUSTON PD | | $0.00 | UNK CASES @ | 11/24/2016 | 3/20/2017 |

UNK AMT

## CRIMINAL HISTORY

| Case(Cause)Nbr / Status | Defendant | Filed / Booked | Ct | Defendant Status | Disposition | Bond Amt | Type of Action / Offense | Next Setting |
|---|---|---|---|---|---|---|---|---|
| 163435201010-3Complete(C) | | 6/7/2019 \| 6/6/2019 | 182 | Disposed(D) | Disposed(DISP)9/2/2020 | $20,000.00 | ASSAULT-BODILY INJURY (M) | 9/2/2020 |
| 225367701010-2Dismissed(D) | | 3/30/2019 \| 5/23/2019 | 8 | Disposed(D) | Dismissed(DISM)9/4/2020 | $101.00 | ASSAULT-BODILY INJURY (M) | 9/4/2020 |
| 159701301010-3Complete(C) | | 7/6/2018 \| 7/6/2018 | 339 | Disposed(D) | Disposed(DISP)10/18/2018 | $20,000.00 | ASSAULT PEACE OFFICER/JUDGE (F) | 10/18/2018 |
| 22043120101A-4Active - CRIMINAL(A) | | 5/15/2018 \| | 13 | Warrant or Citation Issued(N) | | $500.00 | | |
| 220431201010-2Complete(C) | | 5/7/2018 \| 7/6/2018 | 13 | Disposed(D) | Disposed(DISP)8/21/2018 | $601.00 | CRIM MISCH >=100 <$750 (M) | 8/21/2018 |
| 220315201010-2Complete(C) | | 5/1/2018 \| 5/1/2018 | 11 | Disposed(D) | Disposed(DISP)5/2/2018 | $500.00 | FAIL TO ID TO P.O. FALSE INF (M) | 5/2/2018 |
| 21847700101A-4Temporary(T) | | 1/12/2018 \| | 1 | Temporary(T) | 7/29/2018 | $1,000.00 | | |
| 218477001010-2Complete(C) | | 1/7/2018 \| 1/12/2018 | 1 | Disposed(D) | Disposed(DISP)2/22/2018 | $1,010.00 | ASSAULT-BODILY INJURY (M) | 2/22/2018 |
| 157074301010-3Complete(C) | | 11/14/2017 \| 11/14/2017 | 209 | Disposed(D) | Disposed(DISP)11/20/2017 | $1,500.00 | THEFT >=$100<$750 (M) | 11/20/2017 |
| 156722801010-3Complete(C) | | 10/11/2017 \| 10/12/2017 | 177 | Disposed(D) | Disposed(DISP)10/23/2017 | $1,500.00 | THEFT >=$100<$750 (M) | 10/23/2017 |
| 156202101010-3Complete(C) | | 8/16/2017 \| 8/16/2017 | 180 | Disposed(D) | Disposed(DISP)8/18/2017 | $1,500.00 | THEFT <$2,500 2/MORE PREV CONVS (F) | 8/18/2017 |
| 153201201010-3Complete(C) | | 11/24/2016 \| 11/25/2016 | 184 | Disposed(D) | Disposed(DISP)11/28/2016 | $15,000.00 | ATT THEFT (M) | 11/28/2016 |
| 971706501010-2Complete(C) | | 4/22/1997 \| 4/22/1997 | 11 | Disposed(D) | Disposed(DISP)4/23/1997 | $5,000.00 | THEFT OF SERVICE-DECEP 50-500 (M) | 4/23/1997 |

## ACTIVE PARTIES

| Name | Connection | Post Jdgm | SPN # |
|---|---|---|---|
| LACAYO, DANILO MORAYA JR | JUDGE - CRIMINAL | | 02126743 |
| KEATING, KEVIN P | APPOINTED PUBLIC DEFENDER | | 50787813 |
| | DEFENDANT - CRIMINAL | | 01593321 |

## INACTIVE PARTIES

No inactive parties found.

## SETTINGS

| Date | Court | Post Jdgm | Docket Type | Reason | Results | Defendant | Future Date | Comments | Attorney Appearance Indicator |
|---|---|---|---|---|---|---|---|---|---|
| 6/10/2019 09:00 AM | 182 | | Assigned Court | Preliminary Assigned Court Appearance | Reset By Operation Of Law | Data Not Entered | 8/7/2019 12:00:00 AM | | Present |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8/07/2019 09:00 AM | 182 | Master Docket | Arraignment | Reset Upon Prosecutors Request | Present | 9/19/2019 12:00:00 AM | Present |
| 9/19/2019 09:00 AM | 182 | Master Docket | Arraignment | Reset Upon Defense Request | Data Not Entered | 10/31/2019 12:00:00 AM | Present |
| 10/31/2019 09:00 AM | 182 | Master Docket | Motion Hearing | Reset Upon Defense Request | Data Not Entered | 12/19/2019 12:00:00 AM | Present |
| 12/19/2019 09:00 AM | 182 | Master Docket | Motion Hearing | Reset Upon Defense Request | Present | 2/19/2020 12:00:00 AM | Present |
| 2/19/2020 09:00 AM | 182 | Master Docket | Motion Hearing | Reset Upon Defense Request | Present | 4/16/2020 12:00:00 AM | Present |
| 4/16/2020 09:00 AM | 182 | Master Docket | Motion Hearing | Reset By Operation Of Law | Data Not Entered | 6/22/2020 12:00:00 AM | To Be Set |
| 6/22/2020 09:00 AM | 182 | Attorney Consultation Docket | Motion Hearing | Reset Upon Defense Request | Data Not Entered | 8/26/2020 12:00:00 AM | Present |
| 8/26/2020 09:00 AM | 182 | Attorney Consultation Docket | Motion Hearing | Reset Upon Defense Request | Data Not Entered | 8/31/2020 12:00:00 AM | Present |
| 9/02/2020 09:00 AM | FJ | Video Plea Docket | Plea | Reduced To Misdemeanor Plea Guilty | Data Unavailable | 1/1/0001 12:00:00 AM | Present |
| 6/07/2019 04:00 PM | PCD | Motions Docket | Probable Cause Hearing | DEFENDANT NOT PRESENT | Absent | 1/1/0001 12:00:00 AM | Absent |

## ALIASES

| Defendant Alias | True Name | Race | Sex | DOB | SPN# |
|---|---|---|---|---|---|
| | | W | F | 1957 | 01593321 |
| | | W | F | 1957 | 01593321 |
| | | W | F | 1957 | 01593321 |
| | Yes | W | F | /1957 | 01593321 |

## PAYMENT PLAN

**Total Due: $285.00 Total Paid: $0.00 Payoff Amt: $285.00 Past Due: $0.00 Judgment Date: 9/2/2020**

| ID | DUE | FEES | COSTS | Pmt No | DATE | LOCATION | TYPE | PAID | BALANCE | STATUS |
|---|---|---|---|---|---|---|---|---|---|---|

**Totals:**

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 92005674 | Notice of Intent to Destroy Evidence | | 09/02/2020 | 1 |
| 92016792 | ACKNOWLEDGMENT OF COMPLIANCE WITH ATICLE 39.14 | | 09/02/2020 | 11 |
| | DISPOSED - PLEA AGREEMENT | | 09/02/2020 | |

| | | | |
|---|---|---|---|
| | DISPOSED-PLEA ADMONISHMENT | 09/02/2020 | |
| | DISPOSITION - TRIAL COURT CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL | 09/02/2020 | |
| | TRIAL - DISCOVERY | 09/02/2020 | |
| | TRIAL - RIGHT TO APPEAL | 09/02/2020 | |
| 92017883 | JUDGMENT OF CONVICTION BY COURT-WAIVER OF JURY TRIAL | 09/02/2020 | 4 |
| 89538836 | CASE RESET FORM | 02/19/2020 | 1 |
| 88642135 | CASE RESET FORM | 12/19/2019 | 1 |
| 87896661 | CASE RESET FORM | 10/31/2019 | 1 |
| 87244536 | CASE RESET FORM | 09/19/2019 | 1 |
| 86610406 | CHARGING INSTRUMENT - FELONY INDICTMENT | 08/12/2019 | 1 |
| 86561237 | CASE RESET FORM | 08/07/2019 | 1 |
| 85808452 | REQUEST FOR DISCOVERY, NOTICE AND DISCLOSURE OF STATE'S EXPERTS | 06/19/2019 | 2 |
| 85684358 | APPOINTING COUNSEL | 06/10/2019 | 1 |
| 85630364 | FINDING PREVIOUS ASSESSMENT FOR MI ID | 06/07/2019 | 1 |
| 85631667 | CHARGING INSTRUMENT - COMPLAINT | 06/07/2019 | 1 |
| 85632100 | STATES MOTION FOR HIGH BOND | 06/07/2019 | 2 |
| 85632450 | ADDITIONAL ORDERS | 06/07/2019 | 2 |
| | ADDITIONAL ORDERS | 06/07/2019 | |
| | ADDITIONAL ORDERS | 06/07/2019 | |
| | ADDITIONAL ORDERS | 06/07/2019 | |
| | COMMITMENT ISSUED - FELONY | 06/07/2019 | |
| | OTHER - PROBABLE CAUSE FOR FURTHER DETENTION | 06/07/2019 | |

182

THE STATE OF TEXAS
VS.
[redacted]

SPN: 01593321 **01593321**
DOB: W F [redacted]
DATE PREPARED: 6/7/2019

D.A. LOG NUMBER: 2541159
CJIS TRACKING NO.: 9267133047A001
BY: KS DA NO: 2892257
AGENCY: HPD
O/R NO: 071754219
ARREST DATE: 06/06/2019

NCIC CODE: 1399 23
RELATED CASES:

FELONY CHARGE: ASSAULT

CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO: **1634352**
FIRST SETTING DATE: **182**

BAIL: REFERRED TO (15.17)
PRIOR CAUSE NO:
CHARGE SEQ NUM: 1

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Before me, the undersigned Assistant District Attorney of Harris County, Texas, this day appeared the undersigned affiant, who under oath says that he has good reason to believe and does believe that in Harris County, Texas, [redacted], hereafter styled the Defendant, heretofore on or about **June 6, 2019**, did then and there unlawfully, intentionally and knowingly cause bodily injury to [redacted] hereinafter called the Complainant, a peace officer, by striking the Complainant with an umbrella, and at the time of the assault the defendant knew the complainant was a peace officer lawfully discharging an official duty.

FILED
Marilyn Burgess
District Clerk
JUN 07 2019
Time: 730
Harris County, Texas
By: ________
Deputy

Unofficial Copy Office of Marilyn Burgess District Clerk

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Sworn to and subscribed before me on June 07, 2019

K. Dweazin

AFFIANT

Ruth Yvonne Burke

ASSISTANT DISTRICT ATTORNEY
OF HARRIS COUNTY, TEXAS
Bar No. 03479320

**COMPLAINT**

**CAUSE NO. 163435201010** **SPN: 01593321** **DATE/TIME OF ARREST: 6/6/2019 08:04 PM**

**THE STATE OF TEXAS** § **IN THE 182nd DISTRICT COURT**
**v.** §
█████████ § **HARRIS COUNTY, TEXAS**
**DOB: ██████ 1957**

Pgs-2

OTPC (999-
OTCMIF (999-
ADDO (997-998)

**PROBABLE CAUSE FOR FURTHER DETENTION – PR BOND/BAIL ORDER (Defendant Not Present)**

The Defendant is accused of **2ND DEGREE FELONY**, namely, **ASSAULT PEACE OFFICER/JUDGE**.

**On this date and time, the Defendant was not present due to ☐ medical condition ☒ mental illness/IDD ☐ other, therefore only Probable Cause and Bail were determined.**

# PROBABLE CAUSE FINDING AND ORDER

☐ The Court **FINDS** that probable cause for further detention **DOES NOT EXIST**. The Court **ORDERS** the law enforcement agency and officer having custody of the defendant to immediately release the defendant from custody.

☒ The Court **FINDS** that probable cause for further detention **EXISTS**. The Court **ORDERS** the defendant committed to the custody of the Sheriff of Harris County, Texas, until he posts the required bond or until further order of the Court.

☐ Probable cause previously determined. The Court **ORDERS** the defendant committed to the custody of the Sheriff of Harris County, Texas, until he posts the required bond or until further order of the Court.

☒ SEE NEXT PAGE FOR BAIL ORDER

June 07, 2019 16:45 PM [signature] 64993200

**Date and Time** **Magistrate (Judge or Hearing Officer)** **Interpreter (if applicable)**

Magistrate **Ronald Nicholas** (SPN **64993200**) (Rev. July 24, 2018) Page 1 of 2

Unofficial Copy Office of Marilyn Burgess District Clerk

CAUSE NO. 163435201010

**STATUTORY WARNINGS BY MAGISTRATE - PROBABLE CAUSE FOR FURTHER DETENTION – PR BOND/BAIL ORDER**

# PERSONAL BOND / BAIL ORDER

**Having found probable cause exists for the further detention of [REDACTED] the Court next determined the conditions of release for the accused to ensure he/she will appear and answer before the proper Court.**

## PART 1: PUBLIC SAFETY ASSESSMENT

The Court considered the Public Safety Assessment results and also considered the following presumptive personal bond recommendation:

- ☐ Personal Bond Recommended
- ☐ Personal Bond **NOT** Recommended
- ☒ Personal Bond Recommendation referred to Magistrate
- ☐ PSA NOT available

## PART 2: PERSONAL BOND / BAIL REQUESTS

**Presumptive Bail Amount $888,888.00**

**A. DISTRICT ATTORNEY PR BOND / BAIL REQUEST**

- Personal Bond ☐ Requested ☐ Opposed ☒ No Position
- Bail Request ☐ No DA Bail Request ☐ Higher ______ ☒ Lower $50,000.00 ☐ No Bail

## PART 3: FINANCIAL AFFIDAVIT

Signed and Sworn: ☐ Yes ☒ No

# ORDER

**After considering the above, the Court ORDERED the following:**

**Bail is set at:** ☐ No Bail ☒ $20,000.00 ☐ Conditions

**Personal bond is:** ☒ Not Approved Bond revoked in misd. ☐ Approved ☐ Conditions

June 07, 2019 16:45 PM
**Date and Time**

[signature] 64993200
**Magistrate (Judge or Hearing Officer)**

**Interpreter (if applicable)**

Magistrate **Ronald Nicholas** (SPN **64993200**) (Rev. July 24, 2018) Page 2 of 2

Unofficial Copy Office of Marilyn Burgess District Clerk

CAUSE NO. 1634352 CHARGE ASLT

THE STATE OF TEXAS § 182 DISTRICT COURT

V [redacted] § OF

§ HARRIS COUNTY, TEXAS

Defendant

## ORDER APPOINTING COUNSEL

On this, the 10 day of June, 2019, the Court finds (CHECK ONE)

- [X] the defendant/witness is indigent.
- [ ] the interests of justice require representation.

Therefore, the Court ORDERS that [ ] the ATTORNEY LISTED BELOW [X] the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the defendant/witness named above in this cause. DAT

Attorney/Assistant Public Defender Assigned by HCPD

E-Mail Address

Address: Harris County Public Defenders Office
KEATING, KEVIN Asst. Public Defender
TSBN 00787813 SPN 50787813
TEL [redacted]

Phone Number

City State Zip

Fax Number

SPN Number

Bar Number

The Court further ORDERS the cause set for: Aug 8:00

On the 7 day of August, 2019 at 8 a.m. before this Court at 1201 Franklin, Houston, Harris County, Texas.

Signed this 10 day of June, 2019

Judge Presiding

8-7-19
8:30am

[ ] The State has offered or [ ] The State and Defense agree as follows:

Defense Attorney (Initials) KPK Prosecutor (Initials) ______

Defendant/Witness Signature X [redacted]

### FOR COURT STAFF ONLY

Reset by: [ ] Court [ ] Defense [X] Operation of Law [ ] Prosecution

Reason for Reset:

| | | |
|---|---|---|
| [X] D.A. to Contact Complainant/Witness | [ ] Defense to Contact Witness | [X] Not Indicted |
| [ ] D.A. to Evaluate Case | [ ] Disposition of Misd./OOC Case | [ ] Other ______ |
| [ ] D.A. to Reindict | [ ] File Unavailable | [ ] Refer to ______ |
| [ ] D.A. to file MRP/MAJ | [ ] MHMRA Evaluation ____21 Day ____Full | [ ] Restitution Info |
| [ ] Defendant On Call | [ ] No Tape/Lab ______ | [ ] To Hire Attorney |
| [ ] Defendant to Consider Offer | [X] No Offense Report | |

4/2017

Unofficial Copy Office of Marilyn Burgess District Clerk

CAUSE NO. 1634352

CHARGE ASH

THE STATE OF TEXAS §

182 DISTRICT COURT

V

OF

HARRIS COUNTY, TEXAS

Defendant

FILED
Marilyn Burgess
District Clerk
AUG 07 2019
Time:
By
Harris County, Texas
Deputy

# CASE RESET FORM

The undersigned Counsel hereby agrees this case is reset for 9-19-19

_____ on _____ at _____ a.m.

Type of Setting

Attorney for the State

In Custody - Not Present
Defendant

☐ The State has offered:

Kevin Keating
(Print) Attorney for Defendant

(Signature) Attorney for Defendant

☐ The State and Defense agree as follows:

1201 Franklin, Suite 1300
Address

Houston TX 77002
City State Zip

00787813
Attorney Bar #

50787813
Attorney SPN #

Interpreter Requested: Yes or No

Language: _______________

Phone Number

Fax Number

For: _______Defendant _______Witness

Estimated Length of Assignment: _______

Email Address

FOR COURT STAFF USE ONLY

Reset by ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution (circled)

☐ Attorney not present
☒ D.A. to contact complainant/witness (circled)
☐ D.A. to evaluate case
☐ D.A. to Reindict
☐ D.A. to file MAJ/MRP
☐ Defense to contact witness

☐ Defendant has new case
☐ Defendant on call
☐ Defendant to consider offer
☐ Disposition of misd./OOC case
☐ File Unavailable
☒ ~~MHMRA~~ Evaluation - Independent
___21 Day _X_Full

☐ No Tape/Lab ________
☐ Not indicted (circled)
☐ Other________
☐ Refer to ________
☐ Restitution Info
☐ To hire Attorney

APPROVED BY THE COURT:

Judge/Coordinator

8-7-19
Date Signed

5/2/12

Unofficial Copy Office of Marilyn Burgess District Clerk

CAUSE NO. 1634352

CHARGE Asslt

FILED
Marilyn Burgess
District Clerk
SEP 19 2019
Time: ______
Harris County, Texas
By ______
Deputy

THE STATE OF TEXAS §

182 DISTRICT COURT

OF

HARRIS COUNTY, TEXAS

[REDACTED]

Defendant

# CASE RESET FORM

The undersigned Counsel hereby agrees this case is reset for Motions on 10-31-19 at 8:30 a.m.

Type of Setting

______ Attorney for the State

Defendant [REDACTED]

☐ The State has offered: 4TDCJ or WorkR

(Print) Attorney for Defendant

(Signature) Attorney for Defendant

☐ The State and Defense agree as follows:

Address

City State Zip

Harris County Public Defenders Office
Attorney Bar # KEATING, KEVIN Attorney SPN # Asst. Public Defender
TSBN 00787813 SPN 50787813

Interpreter Requested: Yes or No

Language: ______

Phone Number TEL [REDACTED]

For: ______Defendant ______Witness

Estimated Length of Assignment: ______

Email Address

**FOR COURT STAFF USE ONLY**

**Reset by** ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

| | | |
|---|---|---|
| ☐ Attorney not present | ☐ Defendant has new case | ☐ No Tape/Lab ______ |
| ☒ D.A. to contact complainant/witness | ☐ Defendant on call | ☐ Not indicted |
| ☒ D.A. to evaluate case | ☐ Defendant to consider offer | ☑ Other discovery |
| ☐ D.A. to Reindict | ☐ Disposition of misd./OOC case | ☐ Refer to ______ |
| ☐ D.A. to file MAJ/MRP | ☐ File Unavailable | ☐ Restitution Info |
| ☐ Defense to contact witness | ☐ MHMRA Evaluation ____21 Day ____Full | ☐ To hire Attorney |

APPROVED BY THE COURT:

______ Judge/Coordinator

9-19-19 Date Signed

5/2/12

Unofficial Copy Office of Marilyn Burgess District Clerk

CAUSE NO. 1634352

CHARGE AS 1+

THE STATE OF TEXAS §

182 DISTRICT COURT

OF

HARRIS COUNTY, TEXAS

Defendant

FILED
Marilyn Burgess
District Clerk
OCT 31 2019
Time:
By Harris County, Texas
Deputy

# CASE RESET FORM

The undersigned Counsel hereby agrees this case is reset for MT on 12-19-19 at 8:30 a.m.

Type of Setting

Attorney for the State

Defendant

☐ The State has offered:

Kevin Keating
(Print) Attorney for Defendant

(Signature) Attorney for Defendant

☐ The State and Defense agree as follows:

CJC 162 TRAS

1201 Franklin Suite 1300
Address

Hou TX 77002
City State Zip

00787813
Attorney Bar #

50787813
Attorney SPN #

Interpreter Requested: Yes or No
Language: ____

Phone Number

Fax Number

For: ____Defendant ____Witness
Estimated Length of Assignment: ____

Email Address

**FOR COURT STAFF USE ONLY**
**Reset by** ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

- ☐ Attorney not present
- ☐ D.A. to contact complainant/witness
- ☑ D.A. to evaluate case
- ☐ D.A. to Reindict
- ☐ D.A. to file MAJ/MRP
- ☐ Defense to contact witness
- ☐ Defendant has new case
- ☐ Defendant on call
- ☐ Defendant to consider offer
- ☐ Disposition of misd./OOC case
- ☐ File Unavailable
- ☐ MHMRA Evaluation ____21 Day ____Full
- ☐ No Tape/Lab ____
- ☐ Not indicted
- ☑ Other TRAS
- ☐ Refer to ____
- ☐ Restitution Info
- ☐ To hire Attorney

**APPROVED BY THE COURT:**

Judge/Coordinator

10-31-19
Date Signed

5/2/12

DISTRICT CLERK

Unofficial Copy Office of Marilyn Burgess District Clerk

CAUSE NO. 163352    CHARGE A]7

THE STATE OF TEXSAS §

[redacted]
Defendant

DISTRICT COURT
OF
HARRIS COUNTY, TEXAS

FILED
Marilyn Bu[rgess]
District Cle[rk]
DEC 19 2019
By [signature]
Harris County, Texas
Deputy

## CASE RESET FORM

The undersigned Counsel hereby agrees this case is reset for _____ on 2-19-20 at ___ a.m.

Type of Setting: MT [signature]

Attorney for the State [signature]    Defendant [signature]

☐ The State has offered:

(Print) Attorney for Defendant: Kev P. N[...]

☐ The State and Defense agree as follows:

Still need TRAS + housing solution

(Signature) Attorney for Defendant: Kevin [...]

Address: 1301 Franklin, 3rd Floor
City: Houston   State: TX   Zip: 77002
Attorney Bar #: 00787813   Attorney SPN #: 50787813

Interpreter Requested: Yes or No
Language: _____
For: _____ Defendant _____ Witness
Estimated Length of Assignment: _____

Phone Number [redacted]   Fax Number [redacted]
Email [redacted]

**FOR COURT STAFF USE ONLY**
Reset by: ☐ Court  ⊠ Defense  ☐ Operation of Law  ☐ Prosecution

☐ Attorney not present
☐ D.A. to contact complainant/witness
☑ D.A. to evaluate case
☑ D.A. to Reindict
☐ D.A. to file MAJ/MRP
☐ Defense to contact witness

☐ Defendant has new case
☐ Defendant on call
☐ Defendant to consider offer
☐ Disposition of misd./OOC case
☐ File Unavailable
☐ MHMRA Evaluation ___ 21 Day ___ Full

☐ No Tape/Lab _____
☐ Not indicted
☒ Other TRAX2
☐ Refer to _____
☐ Restitution Info
☐ To hire Attorney

APPROVED BY THE COURT:
[signature]
Judge/Coordinator

Date Signed: 12-19-19

RECORDER'S MEMORANDUM
This instrument is of poor quality at the time of imaging.    5/2/12

13
DISTRICT CLERK

CAUSE NO. 1634352

CHARGE Bit

FILED
Marilyn Burgess
District Clerk
FEB 19 2020
Time:
Harris County, Texas
By
Deputy

THE STATE OF TEXAS §

182 DISTRICT COURT

OF

HARRIS COUNTY, TEXAS

Defendant

## CASE RESET FORM

The undersigned Counsel hereby agrees this case is reset for MAT on 04-16-2020 at 8:30 a.m.

Type of Setting

Attorney for the State

Defendant

☐ The State has offered:

Kevin Keating
(Print) Attorney for Defendant

(Signature) Attorney for Defendant

☐ The State and Defense agree as follows:

PD eval

1201 Franklin 13th Floor
Address

Houston TX 77002
City State Zip

00797313
Attorney Bar #

5072783
Attorney SPN #

Interpreter Requested: Yes or No
Language:

Phone Number

Fax Number

For: _______Defendant _______Witness
Estimated Length of Assignment: _______

Email Address

**FOR COURT STAFF USE ONLY**
**Reset by** ☐ Court ☐ Defense ☐ Operation of Law ☐ Prosecution

☐ Attorney not present
☐ D.A. to contact complainant/witness
☐ D.A. to evaluate case
☐ D.A. to Reindict
☐ D.A. to file MAJ/MRP
☐ Defense to contact witness

☐ Defendant has new case
☐ Defendant on call
☐ Defendant to consider offer
☐ Disposition of misd./OOC case
☐ File Unavailable
☒ ~~MHMRA~~ Hopen Evaluation
____21 Day __X__Full

☐ No Tape/Lab ________
☐ Not indicted
☒ Other 3X TBD
☐ Refer to ________
☐ Restitution Info
☐ To hire Attorney

APPROVED BY THE COURT: C. Cavallo
Judge/Coordinator

2-19-2020
Date Signed

5/2/12

Unofficial Copy Office of Marilyn Burgess District Clerk



CAUSE NO. 163435201010

INCIDENT NO. /TRN: 9267133047A001

Pgs-4

DIJWJT
(999)

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 182ND DISTRICT |
| | § | |
| V. | § | COURT |
| | § | |
| [redacted] | § | HARRIS COUNTY, TEXAS |
| | § | |
| STATE ID NO.:TX05178984 | § | |

# JUDGMENT OF CONVICTION BY COURT—WAIVER OF JURY TRIAL

Judge Presiding: **KELLY JOHNSON** Date Sentence Imposed: **9/2/2020**

Attorney for State: **JANA OSWALD** Attorney for Defendant: **KEATING, KEVIN P.**

Offense for which Defendant Convicted:
**ASSAULT-BODILY INJURY NCIC 131302**

Charging Instrument: **INDICTMENT** Statute for Offense:

Date of Offense: **6/6/2019** Plea to Offense: **GUILTY**

Degree of Offense: **CLASS A MISDEMEANOR** Findings on Deadly Weapon: **N/A**

Terms of Plea Bargain (if any): or ☐ Terms of Plea Bargain are attached and incorporated herein by this reference.
**1 YEAR HCJ STATE MOVES TO REDUCE FROM 2ND DEGREE TO NCIC 131302**
**Reduced from: 2ND DEGREE**

1st Enhancement Paragraph: **N/A** Finding on 1st Enhancement Paragraph: **N/A**

2nd Enhancement Paragraph: **N/A** Finding on 2nd Enhancement Paragraph: **N/A**

☐ **SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR** N/A .
(The document setting forth the conditions of community supervision is incorporated herein by this reference.)

Punishment and Place of Confinement: **1 YEAR COUNTY JAIL**

**DATE SENTENCE COMMENCES:** (Date does not apply to confinement served as a condition of community supervision.) **09/02/2020** **THIS SENTENCE SHALL RUN:** **CONCURRENT**

Fines: $ **N/A** Restitution: $ **N/A** Restitution Payable to: **N/A** (See special finding or order of restitution which is incorporated herein by this reference.)

Court Costs: $ **270.00** Reimbursement Fees: $ **15.00**

☐ **Defendant is required to register as sex offender** in accordance with Chapter 62, Tex. Code Crim. Proc.

**(For sex offender registration purposes only)** The age of the victim at the time of the offense was N/A .

Total Jail Time Credit: If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below.
**455 DAYS** NOTES: **TOWARD FINE AND COSTS**

Was the victim impact statement returned to the attorney representing the State? **N/A**

*(FOR STATE JAIL FELONY OFFENSES ONLY)* Is Defendant presumptively entitled to diligent participation credit in accordance with Article 42A.559, Tex. Code Crim. Proc.? **N/A**

This cause was called and the parties appeared. The State appeared by her District Attorney as named above.
**Counsel / Waiver of Counsel** **(select one)**

Unofficial Copy Office of Marilyn Burgess District Clerk

☒ Defendant appeared with counsel.
☐ Defendant appeared without counsel and knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.
☐ Defendant was tried in absentia.

Both parties announced ready for trial. Defendant waived the right of trial by jury and entered the plea indicated above. It appeared to the Court that Defendant was mentally competent to stand trial, made the plea freely and voluntarily, and was aware of the consequences of the plea. The Court received the plea and entered it of record. After hearing the evidence submitted, if any, the Court **ADJUDGES** Defendant **GUILTY** of the offense indicated above. The Court **FINDS** that the Presentence Investigation, if so ordered, was done according to the applicable provisions of Subchapter F, Chapter 42A, Tex. Code Crim. Proc.

Having been convicted of the offense designated above, the Court **ORDERS** Defendant punished in accordance with the Court's findings as to the proper punishment as indicated above, and after having conducted an inquiry into Defendant's ability to pay, as directed by Article 42.15, Code Crim. Proc., the Court **ORDERS** Defendant to pay the fine, court costs, reimbursement fees, and restitution as indicated above and further detailed below.

**Punishment Options (select one)**

☐ **Confinement in State Jail or Institutional Division.** The Court **ORDERS** the authorized agent of the State of Texas or the County Sheriff to take and deliver Defendant to the Director of the Correctional Institutions Division, TDCJ, for placement in confinement in accordance with this judgment. The Court **ORDERS** Defendant remanded to the custody of the County Sheriff until the Sheriff can obey the directions in this paragraph. Upon release from confinement, the Court **ORDERS** Defendant to proceed without unnecessary delay to the District Clerk's office, or any other office designated by the Court or the Court's designee, to pay or to make arrangements to pay any fines, court costs, reimbursement fees, and restitution due.

☒ **County Jail—Confinement / Confinement in Lieu of Payment.** The Court **ORDERS** Defendant committed to the custody of the County Sheriff immediately or on the date the sentence commences. Defendant shall be confined in the county jail for the period indicated above. Upon release from confinement, the Court **ORDERS** Defendant to proceed without unnecessary delay to the District Clerk's office, or any other office designated by the Court or the Court's designee, to pay or to make arrangements to pay any fines, court costs, reimbursement fees, and restitution due.

☐ **County Jail—State Jail Felony Conviction.** Pursuant to §12.44(a), Tex. Penal Code, the Court **FINDS** that the ends of justice are best served by imposing confinement permissible as punishment for a Class A misdemeanor instead of a state jail felony. Accordingly, Defendant will serve punishment in the county jail as indicated above. The Court **ORDERS** Defendant committed to the custody of the County Sheriff immediately or on the date the sentence commences. Upon release from confinement, the Court **ORDERS** Defendant to proceed without unnecessary delay to the District Clerk's office, or any other office designated by the Court or the Court's designee, to pay or to make arrangements to pay any fines, court costs, reimbursement fees, and restitution due.

☐ **Fine Only Payment.** The punishment assessed against Defendant is for a **FINE ONLY.** The Court **ORDERS** Defendant to proceed immediately to the District Clerk's office, or any other office designated by the Court or the Court's designee, to pay or to make arrangements to pay the fine, court costs, reimbursement fees, and restitution ordered by the Court in this cause.

☐ **Confinement as a Condition of Community Supervision.** The Court **ORDERS** Defendant confined days in as a condition of community supervision. The period of confinement as a condition of community supervision starts when Defendant arrives at the designated facility, absent a special order to the contrary.

**Fines Imposed Include (check each fine and enter each amount as pronounced by the court):**

☐ General Fine (§12.32, 12.33, 12.34, or 12.35, Penal Code, Transp. Code, or other Code) $ (not to exceed $10,000)
☐ Add'l Monthly Fine for Sex Offenders (Art. 42A.653, Code Crim. Proc.) **$** As assessed as a Cond. CS ($5.00/per month of community supervision)
☐ Child Abuse Prevention Fine (Art. 102.0186, Code Crim. Proc.) **$100**
☐ EMS, Trauma Fine (Art. 102.0185, Code Crim. Proc.) **$100**)
☐ Family Violence Fine (Art. 42A.504 (b), Code Crim. Proc.) **$100**
☐ Juvenile Delinquency Prevention Fine (Art. 102.0171(a), Code Crim. Proc.) **$50**
☐ State Traffic Fine (§ 542.4031, Transp. Code) **$50**
☐ Children's Advocacy Center Fine - as Cond of CS (Art. 42A.455, Code Crim. Proc.) $ As assessed in Cond of CS (not to exceed $50)
☐ Repayment of Reward Fine (Art. 37.073/42.152, Code Crim. Proc.) **$** (To Be Determined by the Court)
☐ Repayment of Reward Fine - as Cond of CS (Art. 42A.301 (b) (20), Code Crim. Proc.) $ As assessed as a Cond. CS**.** (not to exceed $50)
☐ DWI Traffic Fine (a/k/a Misc. Traffic Fines) (§ 709.001, Transp. Code) **$** (not to exceed $6,000)

Unofficial Copy Office of Marilyn Burgess District Clerk

**Execution of Sentence**

The Court **ORDERS** Defendant's sentence **EXECUTED**. The Court **FINDS** that Defendant is entitled to the jail time credit indicated above. The attorney for the state, attorney for the defendant, the County Sheriff, and any other person having or who had custody of Defendant shall assist the clerk, or person responsible for completing this judgment, in calculating Defendant's credit for time served. All supporting documentation, if any, concerning Defendant's credit for time served is incorporated herein by this reference.

**Furthermore, the following special findings or orders apply:**

.

---

**Date Judgment Entered: September 2, 2020**

*X* ______________________________
KELLY JOHNSON
JUDGE PRESIDING

Clerk: B YOUNG

Notice of Appeal Filed: _

Mandate Received: _______________ Type of Mandate: _____________

After Mandate Received, Sentence to Begin Date is: ______________

Jail Credit: _________DAYS

Thumbprint

Case Number: 1634352 Court: 182ND Defendant: [REDACTED]

Unofficial Copy Office of Marilyn Burgess District Clerk

MODEL WRITTEN ADMONITION ON INELIGIBILITY TO POSSESS FIREARM OR AMMUNITION

In accordance with Texas Administrative Code §176.1, the Court hereby admonishes you of the following:

1. You are, by entry of order or judgment, ineligible under Texas law to possess a firearm or ammunition.
2. Beginning now, if you possess a firearm or ammunition it could lead to charges against you. If you have questions about how long you will be ineligible to possess a firearm or ammunition, you should consult an attorney.
3. Under Texas Penal Code §46.01(3):
a. "**Firearm**" means any device designed, made, or adapted to expel a projectile through a barrel by using the energy generated by an explosion or burning substance or any device readily convertible to that use
b. "**Firearm**" does not include a firearm that may have, as an integral part, a folding knife blade or other characteristics of weapons made illegal by Penal Code Chapter 46 and that is (1) an antique or curio firearm manufactured before 1899 or (2) a replica of an antique or curio firearm manufactured before 1899 but only if the replica does not use rim fire or center fire ammunition.

The statutes listed below are a starting point for ineligibility to possess a firearm or ammunition. For more information about the laws that make you ineligible to possess a firearm or ammunition, or for more information on how long your ineligibility to possess a firearm or ammunition lasts, the Court recommends you contact an attorney.
• Code of Criminal Procedure Article 17.292 – Magistrate's Order for Emergency Protection
• Code of Criminal Procedure Article 42.0131 – Notice for Persons Convicted of Misdemeanors Involving Family Violence
• Penal Code §46.02 – Unlawful Carrying Weapons
• Penal Code §46.04 – Unlawful Possession of Firearm
• Penal Code §25.07 – Violation of Certain Court Orders or Conditions of Bond in a Family Violence, Child Abuse or Neglect, Sexual Assault or Abuse, Indecent Assault, Stalking, or Trafficking Case
• Family Code §85.026 – Warning on Protective Order

DATE: 09/02/2020

DEFENDANT: ███████████████████

CASE NUMBER: 163435201010
DEFENDANT NAME: ███████████

18