# EXHIBIT 6

| HCDistrictclerk.com | The State of Texas vs. ▮▮▮▮▮▮▮ (SPN: 00465424) | 8/25/2020 |
|---|---|---|
| | Cause: 161868601010  CDI: 3  Court: 230 | |

## APPEALS
No Appeals found.

## RELATED CASES
No related cases found.

## WITNESS
No Witness found.

## SUMMARY

### CASE DETAILS

| | |
|---|---|
| File Date | 1/18/2019 |
| Case (Cause) Status | Complete |
| Offense | THEFT >=$100<$750 |
| Last Instrument Filed | Felony Indictment |
| Case Disposition | DISP-061319 |
| Case Completion Date | 6/13/2019 |
| Defendant Status | DISPOSED |
| Bond Amount | $20,000.00 |
| Next/Last Setting Date | 6/13/2019 |

### DEFENDANT DETAILS

| | | | |
|---|---|---|---|
| Race/Sex | B / M | Height/Weight | 6'00 / 150 LBS |
| Eyes | BRO | Hair | BLK |
| Skin | MBR | Build | MED |
| DOB | ▮▮▮▮ | In Custody | Y (Locate) |
| US Citizen | YES | Place Of Birth | TX |
| Address | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | |
| Markings | | | |

### CURRENT PRESIDING JUDGE

| | |
|---|---|
| Court | 230th |
| Address | 201 CAROLINE (Floor: 12)<br>HOUSTON, TX 77002<br>Phone:7137556782 |
| JudgeName | Chris Morton |
| Court Type | Criminal |

## BONDS

| Date | Type | Description | SNU |
|---|---|---|---|
| 01/18/2019 | BOND SET | Refer to 15.17 Hearing SNU: 999 01/18/19 | |

## ACTIVITIES

| Date | Type | Description | SNU/CFI |
|---|---|---|---|
| 06/13/2019 | SENTENCED IN | COURT 230 STARTING 06/13/19 SNU: 999 06/13/19 | |
| 06/13/2019 | SENTENCE TO | 100 DAYS CONFINEMENT 06/13/19 | |
| 06/13/2019 | CREDIT GIVEN | DEFENDANT RECEIVED 147 DAYS CREDIT 06/13/19 | |
| 06/13/2019 | MOTIONS | NTC INT DESTROY EVID SNU: 998 06/13/19 | |
| 06/13/2019 | MOTIONS | FILED CFI 230 06/13/19 | |
| 06/13/2019 | ORDER | DISCOVERY LOG GRANTED SNU: 991 06/13/19 | |
| 06/13/2019 | OFFENSE | ROBBERY-BODILY INJURY LEVEL F2 06/13/19 | |

| Date | Type | Description |
|---|---|---|
| 06/13/2019 | ORDER | COMPETENCY EVAL RECEIVED SNU: 993 06/13/19 |
| 06/13/2019 | OFFENSE | ROBBERY-BODILY INJURY LEVEL F2 06/13/19 |
| 06/13/2019 | JUDGMENT | CONVICTION SNU: 999 06/13/19 |
| 06/13/2019 | JUDGMENT | LESSER OFF. GUILTY PLEA - NO JURY 06/13/19 |
| 06/13/2019 | JUDG OFFENSE | THEFT >=$100<$750 LEVEL MB 06/13/19 |
| 06/13/2019 | PENALTY | HCJ AMOUNT 100 DAYS 06/13/19 |
| 03/21/2019 | GRAND JURY ACTION | FID 03/21/19 G230 SNU: 999 03/21/19 |
| 03/21/2019 | GRAND JURY ACTION | ROTATION CRT 230 OFF FREQ BND $20000 03/21/19 |
| 03/21/2019 | GRAND JURY ACTION | OFFENSE ROBBERY-BODILY INJURY LEVEL F2 03/21/19 |
| 03/21/2019 | ORI | SHERIFF'S DEPARTMENT OFFENSE NO: 190105750 03/21/19 |
| 03/21/2019 | PRECEPT/SERVE IND DATE RETURNED 03/25/19 | HOW EXECUTED E 03/25/19 |
| | DATE SERVED | 03/22/19 03/25/19 |
| 03/20/2019 | MOTIONS | COMPETENCY SNU: 999 03/20/19 |
| 03/20/2019 | MOTIONS | FILED CFI 230 03/20/19 |
| 03/20/2019 | ORDER | GRT. PSYCH. EXAM/COMPETENCY SNU: 994 03/20/19 |
| 03/20/2019 | OFFENSE | ROBBERY-BODILY INJURY LEVEL F2 03/20/19 |
| 01/22/2019 | ATTORNEY | BELL, TE'IVA JOHNSON SNU: 999 01/22/19 |
| 01/22/2019 | ATTORNEY | DAT COURT 230 CFI 230 01/22/19 |
| 01/22/2019 | JUDGE | MORTON, CHRISTOPHER DEAN PRESIDING 01/22/19 |
| 01/22/2019 | ORDER | NO CONTACT GRANTED SNU: 995 01/22/19 |
| 01/22/2019 | OFFENSE | ROBBERY-BODILY INJURY LEVEL F2 01/22/19 |
| 01/22/2019 | ORDER | NO CONT W SILVIA PARTIDA SNU: 996 01/22/19 |
| 01/22/2019 | OFFENSE | ROBBERY-BODILY INJURY LEVEL F2 01/22/19 |
| 01/19/2019 | CMIF | TIME 0848 AMOUNT $20000 SNU: 999 01/19/19 |
| 01/19/2019 | NOT ACKNOWLEDGED BY SHERIFF | 01/19/19 |
| 01/19/2019 | C87 ACTIVITY | IND ASMT H STATUS CFI 230 SNU: 998 01/19/19 |
| 01/19/2019 | C87 ACTIVITY | PCWAR DONE STATUS CFI 230 SNU: 999 01/19/19 |
| 01/19/2019 | ORDER | GRTD SET BAIL $20000 H/O JL SNU: 997 01/19/19 |
| 01/19/2019 | OFFENSE | ROBBERY-BODILY INJURY LEVEL F2 01/19/19 |
| 01/19/2019 | ORDER | REQUESTED REPRESENTATION SNU: 998 01/19/19 |
| 01/19/2019 | OFFENSE | ROBBERY-BODILY INJURY LEVEL F2 01/19/19 |
| 01/19/2019 | ORDER | GRANT MENTAL-INTEL ASSESS SNU: 999 01/19/19 |
| 01/19/2019 | OFFENSE | ROBBERY-BODILY INJURY LEVEL F2 01/19/19 |
| 01/18/2019 | COMPLAINT FILED | 2340 230 ROBBERY-BODILY INJURY LEVEL F2 01/18/19 |
| 01/18/2019 | BOND SET | Refer to 15.17 Hearing SNU: 999 01/18/19 |
| 01/18/2019 | REVIEWED BY | CHAPMAN, AARON CHRISTOPHER 01/18/19 |
| 01/18/2019 | ORI | SHERIFF'S DEPARTMENT OFFENSE NO: 190105750 01/18/19 |
| 01/18/2019 | COMPLAINANT | HERNANDEZ, ERIC 01/18/19 |

## BOOKINGS

| Arrest Date | Arrest Location | Booking Date |
|---|---|---|
| 1/18/2019 12:00:00 AM | | |
| 1/18/2019 2:00:00 PM | HCTY | 1/19/2019 2:04:00 AM |

## HOLDS

| Agency Placing Hold | Agency Name | Warrant Number | Bond Amount | Offense | Hold Placed | Hold Lifted |
|---|---|---|---|---|---|---|
| TEXAS HPD | | | $0.00 | 1 CASE AT 125.00 | 6/20/1988 | 6/21/1988 |

## CRIMINAL HISTORY

| Case(Cause)Nbr / Status | Defendant | Filed / Booked | Ct | Defendant Status | Disposition | Bond Amt | Type of Action / Offense | Next Setting |
|---|---|---|---|---|---|---|---|---|
| 164082001010-3 Active - CRIMINAL(A) | | 7/31/2019 \| 7/31/2019 | 337 | JAIL(J) | | $50,000.00 | AGG ASSAULT W/DEADLY WEAPON (F) | 9/18/2020 |
| 161868601010-3 Complete(C) | | 1/18/2019 \| 1/19/2019 | 230 | Disposed(D) | Disposed(DISP)6/13/2019 | $20,000.00 | THEFT >=$100<$750 (M) | 6/13/2019 |
| 223731501010-2 Complete(C) | | 12/10/2018 \| 12/11/2018 | 11 | Disposed(D) | Disposed(DISP)1/3/2019 | $1,000.00 | ASSAULT-BODILY INJURY (M) | 1/3/2019 |
| 219020801010-2 Complete(C) | | 2/13/2018 \| 2/13/2018 | 13 | Disposed(D) | Disposed(DISP)2/26/2018 | $3,000.00 | TRESPASS PROP/BLDG-NO FORB ENT (M) | 2/26/2018 |
| 21549020101B-4 Active - CRIMINAL(A) | | 6/21/2017 | 15 | Pending Bond Forfeiture(H) | | $20,000.00 | | |
| 21561120101A-4 Active - CRIMINAL(A) | | 6/21/2017 | 15 | Pending Bond Forfeiture(H) | | $5,000.00 | | |
| 21549020101A-4 Active - CRIMINAL(A) | | 6/15/2017 | 15 | Pending Bond Forfeiture(H) | | $5,000.00 | | |
| 215611201010-2 Dismissed(D) | | 6/14/2017 \| 8/16/2017 | 15 | Disposed(D) | Dismissed(DISM)9/29/2017 | $5,000.00 | TRESPASS PROP/BLDG-NO FORB ENT (M) | 9/29/2017 |
| 215490201010-2 Complete(C) | | 6/7/2017 \| 8/16/2017 | 15 | Disposed(D) | Disposed(DISP)9/29/2017 | $40,000.00 | TRESPASS PROP/BLDG-NO FORB ENT (M) | 9/29/2017 |
| 213325401010-2 Complete(C) | | 1/25/2017 \| 1/26/2017 | 12 | Disposed(D) | Disposed(DISP)3/2/2017 | $5,000.00 | TERRORISTIC THREAT (M) | 3/2/2017 |
| 213325301010-2 Dismissed(D) | | 1/25/2017 \| 1/26/2017 | 12 | Disposed(D) | Dismissed(DISM)3/2/2017 | $5,000.00 | TRESPASS PROP/BLDG-NO FORB ENT (M) | 3/2/2017 |
| 213051501010-2 Complete(C) | | 1/9/2017 \| 1/9/2017 | 1 | Disposed(D) | Disposed(DISP)1/10/2017 | $5,000.00 | TRESPASS PROP/BLDG-NO FORB ENT (M) | 1/10/2017 |
| 211733001010-2 Complete(C) | | 10/18/2016 \| 10/19/2016 | 14 | Disposed(D) | Disposed(DISP)11/2/2016 | $5,000.00 | ASSAULT-BODILY INJURY (M) | 11/2/2016 |
| 211732901010-2 Complete(C) | | 10/18/2016 \| 10/19/2016 | 14 | Disposed(D) | Disposed(DISP)11/2/2016 | $5,000.00 | TRESPASS PROP/BLDG-NO DEPART (M) | 11/2/2016 |
| 204726901010-2 Dismissed(D) | | 9/12/2015 \| 3/22/2016 | 15 | Disposed(D) | Dismissed(DISM)3/23/2016 | $5,000.00 | TRESPASS PROP/BLDG-NO FORB ENT (M) | 3/23/2016 |
| 204133701010-2 Complete(C) | | 8/9/2015 \| 8/10/2015 | 15 | Disposed(D) | Disposed(DISP)8/11/2015 | $5,000.00 | TRESPASS PROP/BLDG-NO FORB ENT (M) | 8/11/2015 |
| 203203001010-2 Complete(C) | | 6/19/2015 \| 6/20/2015 | 13 | Disposed(D) | Disposed(DISP)7/16/2015 | $5,000.00 | TRESPASS PROP/BLDG-NO DEPART (M) | 7/16/2015 |

| Case | | Filed/Booked | Bond Amount | Status | Last Action | Bond Amount | Offense | Disposition Date |
|---|---|---|---|---|---|---|---|---|
| 202699201010-2Complete(C) | | 5/20/2015 \| 5/22/2015 | 15 | Disposed(D) | Disposed(DISP)5/29/2015 | $5,000.00 | TRESPASS PROP/BLDG-NO DEPART (M) | 5/29/2015 |
| 199634001010-2Complete(C) | | 11/25/2014 \| 11/26/2014 | 15 | Disposed(D) | Disposed(DISP)12/9/2014 | $5,000.00 | TRESPASS PROP/BLDG-NO DEPART (M) | 12/9/2014 |
| 199469801010-2Complete(C) | | 11/15/2014 \| 11/16/2014 | 15 | Disposed(D) | Disposed(DISP)11/18/2014 | $5,000.00 | TRESPASS PROP/BLDG-NO DEPART (M) | 11/18/2014 |
| 199387301010-2Complete(C) | | 11/10/2014 \| 11/11/2014 | 15 | Disposed(D) | Disposed(DISP)11/12/2014 | $5,000.00 | TRESPASS PROP/BLDG-NO DEPART (M) | 11/12/2014 |
| 197821901010-2Complete(C) | | 8/14/2014 \| 8/15/2014 | 14 | Disposed(D) | Disposed(DISP)8/18/2014 | $5,000.00 | TRESPASS PROP/BLDG-NO DEPART (M) | 8/18/2014 |
| 192703201010-2Complete(C) | | 10/30/2013 \| 2/20/2014 | 5 | Disposed(D) | Temporary(TEMP)2/21/2014 | $5,000.00 | ASSAULT-BODILY INJURY (M) | 2/21/2014 |
| 186972401010-2Complete(C) | | 12/25/2012 \| 7/31/2019 | 15 | Disposed(D) | Disposed(DISP)12/26/2012 | $5,000.00 | CRIMINAL TRESPASS (M) | 12/26/2012 |
| 186274101010-2Complete(C) | | 11/16/2012 \| 11/17/2012 | 15 | Disposed(D) | Disposed(DISP)11/19/2012 | $5,000.00 | TRESPASS PROP/BLDG-NO FORB ENT (M) | 11/19/2012 |
| 180587501010-2Complete(C) | | 1/24/2012 \| 1/24/2012 | 15 | Disposed(D) | Disposed(DISP)1/26/2012 | $5,000.00 | TRESPASS PROP/BLDG-NO FORB ENT (M) | 1/26/2012 |
| 175916101010-2Complete(C) | | 5/25/2011 \| 5/25/2011 | 11 | Disposed(D) | Disposed(DISP)6/21/2011 | $5,000.00 | TRESPASS PROP/BLDG-NO FORB ENT (M) | 6/21/2011 |
| 174702201010-2Complete(C) | | 3/29/2011 \| 3/29/2011 | 15 | Disposed(D) | Disposed(DISP)3/31/2011 | $5,000.00 | TRESPASS PROP/BLDG-NO DEPART (M) | 3/31/2011 |
| 168987201010-2Complete(C) | | 6/26/2010 \| 6/26/2010 | 4 | Disposed(D) | Disposed(DISP)6/29/2010 | $5,000.00 | TRESPASS PROP/BLDG-NO DEPART (M) | 6/29/2010 |
| 124722101010-3Complete(C) | | 1/8/2010 \| 1/8/2010 | 176 | Disposed(D) | Disposed(DISP)2/25/2010 | $10,000.00 | TERRORISTIC THREAT (M) | 2/25/2010 |
| 164822801010-2Complete(C) | | 12/16/2009 \| 12/17/2009 | 13 | Disposed(D) | Disposed(DISP)12/29/2009 | $5,000.00 | TERRORISTIC THREAT (M) | 12/29/2009 |
| 162437001010-2Complete(C) | | 8/30/2009 \| 8/31/2009 | 5 | Disposed(D) | Disposed(DISP)9/2/2009 | $5,000.00 | CRIM MISCH >=$500 <$1500 (M) | 9/2/2009 |
| 160719001010-2Complete(C) | | 6/16/2009 \| 6/16/2009 | 4 | Disposed(D) | Disposed(DISP)8/12/2009 | $4,500.00 | TRESPASS PROP/BLDG-NO FORB ENT (M) | 8/12/2009 |
| 155587001010-2Complete(C) | | 10/14/2008 \| 10/14/2008 | 2 | Disposed(D) | Disposed(DISP)12/12/2008 | $5,000.00 | TRESPASS PROP/BLDG-NO FORB ENT (M) | 12/12/2008 |
| 149729101010-2Complete(C) | | 12/15/2007 \| 12/16/2007 | 12 | Disposed(D) | Disposed(DISP)1/25/2008 | $5,000.00 | TRESPASS PROP/BLDG-NO FORB ENT (M) | 1/25/2008 |
| 148305401010-2Complete(C) | | 9/29/2007 \| 9/29/2007 | 11 | Disposed(D) | Disposed(DISP)12/14/2007 | $3,500.00 | CRIMINAL TRESPASS (M) | 12/14/2007 |
| 137916301010-2Complete(C) | | 5/25/2006 \| 5/25/2006 | 9 | Disposed(D) | Disposed(DISP)5/26/2006 | $2,500.00 | CRIMINAL TRESPASS (M) | 5/26/2006 |
| 057905501010-3Complete(C) | | 10/22/1990 \| 10/23/1990 | 351 | Disposed(D) | Disposed(DISP)4/23/1991 | $5,000.00 | ARSON-BUILDING/HABITATION/VEH (F) | 4/23/1991 |
| 882219501010-2Complete(C) | | 6/20/1988 \| 6/20/1988 | 12 | Disposed(D) | Disposed(DISP)6/27/1988 | $500.00 | UNLAW CARRY WPN (M) | 6/27/1988 |
| 086500101010-2Complete(C) | | 11/19/1985 \| | 6 | Disposed(D) | Disposed(DISP)11/26/1985 | $75.00 | DRIVING WHILE LICENSE SUSP. (M) | 11/26/1985 |

11/19/1985

## ACTIVE PARTIES

| Name | Connection | Post Jdgm | SPN # |
|---|---|---|---|
| MORTON, CHRISTOPHER DEAN | JUDGE - CRIMINAL | | 02421881 |
| BELL, TEIVA JOHNSON | APPOINTED PUBLIC DEFENDER | | 02158677 |
| KUNDIGER, DANIEL | PUBLIC DEFENDER AT PC DOCKET | | 61762850 |
| ▮ | DEFENDANT - CRIMINAL | | 00465424 |

## INACTIVE PARTIES

No inactive parties found.

## SETTINGS

| Date | Court | Post Jdgm | Docket Type | Reason | Results | Defendant | Future Date | Comments | Attorney Appearance Indicator |
|---|---|---|---|---|---|---|---|---|---|
| 1/22/2019 09:00 AM | 230 | | Assigned Court | Preliminary Assigned Court Appearance | Reset By Operation Of Law | Present | 3/6/2019 12:00:00 AM | | Present |
| 3/05/2019 09:00 AM | 230 | | Master Docket | DCM Consultation Setting | Reset Upon Defense Request | Present | 3/19/2019 12:00:00 AM | | Present |
| 3/19/2019 09:00 AM | 230 | | Master Docket | DCM Evidence Exchange | Reset Upon Defense Request | Present | 3/20/2019 12:00:00 AM | | Present |
| 3/20/2019 09:00 AM | 230 | | Master Docket | DCM Evidence Exchange | Reset Upon Defense Request | Present | 5/15/2019 12:00:00 AM | | Present |
| 5/15/2019 09:00 AM | 230 | | Master Docket | DCM Evidence Exchange | Reset Upon Defense Request | Present | 6/12/2019 12:00:00 AM | | Present |
| 6/13/2019 09:00 AM | 230 | | Master Docket | DCM Evidence Exchange | Reduced To Misdemeanor Plea Guilty | Present | 1/1/0001 12:00:00 AM | | Present |
| 1/19/2019 07:00 AM | PCD | | Motions Docket | Probable Cause Hearing | PC FOUND AND WARNINGS GIVEN | Absent | 1/1/0001 12:00:00 AM | | To Be Set |

## ALIASES

| Defendant Alias | True Name | Race | Sex | DOB | SPN# |
|---|---|---|---|---|---|
| ▮ | | B | M | ▮ | 00465424 |
| ▮ | Yes | B | M | ▮ | 00465424 |
| ▮ | | B | M | ▮ | 00465424 |
| ▮ | | B | M | ▮ | 00465424 |
| ▮ | | B | M | ▮ | 00465424 |
| ▮ | | B | M | ▮ | 00465424 |

## PAYMENT PLAN

Total Due: ($207.00)   Total Paid: $207.00   Payoff Amt: ($207.00)   Past Due: $0.00   Judgment Date: 6/13/2019

| ID | DUE | FEES | COSTS | Pmt No | DATE | LOCATION | TYPE | PAID | BALANCE | STATUS |
|---|---|---|---|---|---|---|---|---|---|---|

**Totals:**

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 85714086 | JUDGMENT | | 06/13/2019 | 2 |
| | JUDGMENT OF CONVICTION BY COURT-WAIVER OF JURY TRIAL | | 06/13/2019 | |
| 85736686 | ACKNOWLEDGMENT OF COMPLIANCE WITH ATICLE 39.14 | | 06/13/2019 | 11 |
| | DISPOSED - PLEA AGREEMENT | | 06/13/2019 | |
| | DISPOSED-PLEA ADMONISHMENT | | 06/13/2019 | |
| | DISPOSITION - TRIAL COURT CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL | | 06/13/2019 | |
| | TRIAL - DISCOVERY | | 06/13/2019 | |
| | TRIAL - RIGHT TO APPEAL | | 06/13/2019 | |
| 85767782 | NOTICE OF INTENT TO DESTROY EVIDENCE | | 06/13/2019 | 1 |
| 85263941 | DCA CASE RESET FORM | | 05/15/2019 | 1 |
| 84438611 | CHARGING INSTRUMENT - FELONY INDICTMENT | | 03/21/2019 | 1 |
| 84411086 | DCA CASE RESET FORM | | 03/20/2019 | 1 |
| 84166759 | DCA CASE RESET FORM | | 03/05/2019 | 1 |
| 83958508 | REQUEST FOR DISCOVERY , NOTICE AND DISCLOSURE OF STATES EXPERTS | | 02/19/2019 | 2 |
| 83516353 | ADDITIONAL ORDERS | | 01/22/2019 | 2 |
| | CONDITIONS OF BOND - NO CONTACT | | 01/22/2019 | |
| 83531946 | APPOINTING COUNSEL | | 01/22/2019 | 1 |
| 83501555 | BAIL CONDITION AND NO CONTACT ORDER_1618686 | | 01/20/2019 | 2 |
| 83498823 | CCP16.22 ORDER | | 01/19/2019 | 1 |
| 83513057 | ADDITIONAL ORDERS | | 01/19/2019 | 2 |
| | COMMITMENT ISSUED - FELONY | | 01/19/2019 | |
| | IND ASMT HELD | | 01/19/2019 | |
| | PROBABLE CAUSE & STATUTORY WARNINGS | | 01/19/2019 | |
| | REQUESTED REPRESENTATION | | 01/19/2019 | |
| 83499085 | CHARGING INSTRUMENT - COMPLAINT | | 01/18/2019 | 1 |

| | | |
|---|---|---|
| THE STATE OF TEXAS<br>VS.<br>■ | **00465424**<br>SPN: 00465424<br>DOB: B M ■<br>DATE PREPARED: 1/18/2019 | D.A. LOG NUMBER: **2505799**<br>CJIS TRACKING NO.: **9266784230A001**<br>BY: **BL**  DA NO: **2600467**<br>AGENCY: **SHF**<br>O/R NO: **190105750**<br>ARREST DATE: **01/18/2019** |
| NCIC CODE: **1205 01**<br>FELONY CHARGE: **ROBBERY**<br>CAUSE NO:<br>HARRIS COUNTY DISTRICT COURT NO:<br>FIRST SETTING DATE: | RELATED CASES: **NO**<br><br><br>**1618686<br>230** | BAIL: ~~$10000~~  *REF 15% 7*<br>PRIOR CAUSE NO:<br>CHARGE SEQ NUM: **1** |

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Before me, the undersigned Assistant District Attorney of Harris County, Texas, this day appeared the undersigned affiant, who under oath says that he has good reason to believe and does believe that in Harris County, Texas, ■, hereafter styled the Defendant, heretofore on or about **January 18, 2019**, did then and there unlawfully, while in the course of committing theft of property owned by ■ and with intent to obtain and maintain control of the property, intentionally, knowingly and recklessly cause bodily injury to ■ by pushing the Complainant with his hand.

Before the commission of the offense alleged above, on April 23, 1991, in Cause No. 0579055, in the 351st District Court of Harris County, Texas, the Defendant was convicted of the Felony Offense of Arson of a Building/Habitation/Vehicle.

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Sworn to and subscribed before me on January 18, 2019

_____          _____
AFFIANT                                                      ASSISTANT DISTRICT ATTORNEY
                                                                                OF HARRIS COUNTY, TEXAS
                                                                                Bar No. **24103601**

**FILED**
Marilyn Burgess
District Clerk

JAN 1 8 2019
Time: **2340**
      Harris County, Texas
By_____
              Deputy

COMPLAINT

7

| CAUSE NO. 161868601010 | SPN: 00465424 | DATE/TIME OF ARREST: 1/18/2019 02:00 PM |
|---|---|---|

THE STATE OF TEXAS § IN THE 230th DISTRICT COURT
v. §
█████████ § HARRIS COUNTY, TEXAS
DOB: ████, 1959

Pgs-2

OTRREP (998-
OTPCIH (998-
OTMSW (999-
OTCMIF (999-
ADDO (997)

## STATUTORY WARNINGS BY MAGISTRATE - PROBABLE CAUSE FOR FURTHER DETENTION – PR BOND/BAIL ORDER

On this date and time the above-named defendant personally appeared before me, the undersigned Texas magistrate. The defendant appeared ☒ **in person** ☐ **by video teleconference** and I admonished the defendant as follows:

You are accused of **2ND DEGREE FELONY**, namely, **ROBBERY-BODILY INJURY**.

- You have the right to hire an attorney to represent you.
- You have the right to remain silent.
- You have the right to have an attorney present prior to and during any interview with peace officers or attorneys representing the state.
- You have the right to stop any interview at any time.
- You have the right to an examining trial in a felony offense.
- You are not required to make a statement and any statement you make can be used against you.
- You have the right to request the appointment of counsel if you cannot afford counsel.

**If you consent, I can appoint the Public Defender to represent you and describe evidence on your behalf in this bail hearing, regardless of whether you are indigent. If you request appointed counsel and are later found to be indigent, another lawyer would be appointed to represent you in any trial or plea on the charge(s) listed above.**

**Do you consent to allow an assistant public defender to represent you in this bail hearing, knowing that this lawyer will not continue to represent you when this hearing is over?** ☐ NO ☒ YES— Pursuant to Joint Administrative Order No. 2017-01, Assistant Public Defender **Kundiger, Daniel** (print name) represented the Defendant in this bail hearing.

**Do you request the appointment of counsel to represent you in the county or district court if you are determined to be indigent?**
☐ NO ☒ YES— The Court **ORDERS** Pretrial Services to help the defendant, if still in custody, prepare the request and any supporting paperwork, and then forward the request to the judge of the court in which the case is pending within 24 hours.

---

**CONSULAR NOTIFICATION:** If you are a foreign national, you may be entitled to have us notify your country's consular representative here in the United States. If your country requires notification, we will notify it as soon as possible.
The accused is a: ☒ United States citizen ☐ foreign national of _____ (country).
☐ The accused requests notification of consular officials.
☐ **MANDATORY NOTIFICATION:** The clerk shall immediately alert the above country's consulate of this arrest.
If you are a foreign national, please provide the following information:

| Name (father's last / mother's last / first) | Date of Birth | Place of Birth |
|---|---|---|
| Passport Number | Date Issued | Place Issued |

---

## PROBABLE CAUSE FINDING AND ORDER

☐ The Court **FINDS** that probable cause for further detention **DOES NOT EXIST**. The Court **ORDERS** the law enforcement agency and officer having custody of the defendant to immediately release the defendant from custody.

☒ The Court **FINDS** that probable cause for further detention **EXISTS**. The Court reviewed and/or set the defendant's bond as indicated in the BAIL ORDER below and, in clear and unambiguous language: (1) advised the defendant of his rights pursuant to TEX. CODE CRIM. P. Art. 15.17; and (2) provided the defendant with information required by law. The Court **ORDERS** the defendant committed to the custody of the Sheriff of Harris County, Texas, until he posts the required bond or until further order of the Court.

☐ Probable cause previously determined. The Court **ORDERS** the defendant committed to the custody of the Sheriff of Harris County, Texas, until he posts the required bond or until further order of the Court.

☒ SEE NEXT PAGE FOR BAIL ORDER

| January 19, 2019 8:47 AM | _Joe Licata 62325700_ | |
|---|---|---|
| Date and Time | Magistrate (Judge or Hearing Officer) | Interpreter (if applicable) |

Magistrate **Licata, Joe** (SPN **62325700**) (Rev. July 24, 2018) Page 1 of 2

8

**STATUTORY WARNINGS BY MAGISTRATE - PROBABLE CAUSE FOR FURTHER DETENTION – PR BOND/BAIL ORDER**

# PERSONAL BOND / BAIL ORDER

Having found probable cause exists for the further detention of ▇▇▇▇▇, the Court next determined the conditions of release for the accused to ensure he/she will appear and answer before the proper Court.

## PART 1: PUBLIC SAFETY ASSESSMENT

The Court considered the Public Safety Assessment results and also considered the following presumptive personal bond recommendation:

☐ Personal Bond Recommended
☐ Personal Bond **NOT** Recommended
☒ Personal Bond Recommendation referred to Magistrate
☐ PSA NOT available

## PART 2: PERSONAL BOND / BAIL REQUESTS

**Presumptive Bail Amount $888,888.00**

**A. DISTRICT ATTORNEY PR BOND / BAIL REQUEST**
- Personal Bond  ☐ Requested  ☒ Opposed  ☐ No Position
- Bail Request  ☐ No DA Bail Request
  ☐ Higher _____
  ☒ Lower $20,000.00
  ☐ No Bail

**B. PUBLIC DEFENDER PR BOND / BAIL REQUEST**
- Personal Bond  ☐ Requested  ☐ Opposed  ☒ No Position
- Bail Request  ☐ No PD Bail Request
  ☐ Higher _____
  ☒ Lower $15,000.00
  ☐ No Bail

## PART 3: FINANCIAL AFFIDAVIT

Signed and Sworn:  ☐ Yes  ☒ No

## ORDER

After considering the above, the Court (1) advised the defendant of his rights pursuant to TEX.CODE CRIM.P. ART 15.17; (2) set the defendant's conditions of release in clear and unambiguous language; and (3) provided the defendant with information required by law. The Court then ORDERED the following:

**Bail is set at:**  ☐ No Bail  ☒ $20,000.00
☐ Conditions

**Personal bond is:**  ☒ Not Approved   5/5, Facts & Hist, several Vio Conv's & 2 ++ FTA's, Refer MHU
☐ Approved  ☐ Conditions

The reasons for this individual assessment of the appropriate conditions of release were explained to the above-named Defendant.

_Joe Licata 62325700_

| January 19, 2019 8:47 AM | Joe Licata 62325700 | |
|---|---|---|
| **Date and Time** | **Magistrate (Judge or Hearing Officer)** | **Interpreter (if applicable)** |

Magistrate **Licata, Joe** (SPN **62325700**)       (Rev. July 24, 2018)       Page 2 of 2

| | | |
|---|---|---|
| CAUSE NO. <u>161868601010</u> | CHARGE <u>ROBBERY-BODILY INJURY</u> | |
| THE STATE OF TEXAS | § | 230th DISTRICT COURT |
| V. | § | OF |
| | § | HARRIS COUNTY, TEXAS |
| ▇▇▇▇ | | |
| Defendant (SPN 00465424) | | |

Pgs-1

ATAC
(999)

## ORDER APPOINTING COUNSEL

On this, the January 22, 2019, the Court finds (CHECK ONE)

☒ **the DEFENDANT is indigent.**

☐ the interests of justice require representation.

Therefore, the Court ORDERS that ☐ the ATTORNEY LISTED BELOW ☒ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the DEFENDANT named above in this cause.

BELL, TEIVA JOHNSON
Attorney/Assistant Public Defender Assigned by HCPD

E-Mail Address

1201 FRANKLIN 13TH FLOOR
Address

Phone Number

HOUSTON     TX        77002
City         State     Zip

Fax Number

02158677
SPN Number

24048575
Bar Number

The Court further ORDERS the cause set for:    Consultation Setting

On the <u>Tuesday, March 05, 2019</u> at <u>9:00 am</u> before this Court at 1201 Franklin, Houston, Harris County, Texas.

Signed this **January 23, 2019.**

_____
CHRIS MORTON
**Judge Presiding**

☐ The State has offered or    ☐ The State and Defense agree as follows:

Defense Attorney _____    Prosecutor _____

Defendant/Witness Signature X  | **DEFENDANT IN CUSTODY** |

---
**FOR COURT STAFF ONLY**

Reset by:  ☒ Court    ☐ Defense    ☐ Operation of Law    ☐ Prosecution
Reason for Reset:

| | | |
|---|---|---|
| ☐ D.A. to Contact Complainant/Witness | ☐ Defense to Contact Witness | ☒ Not Indicted |
| ☐ D.A. to Evaluate Case | ☐ Disposition of Misd./OOC Case | ☐ Other |
| ☐ D.A. to Reindict | ☐ File Unavailable | ☐ Refer to |
| ☐ D.A. to file MRP/MAJ | ☐ MHMRA Evaluation 21 Day Full | ☐ Restitution Info |
| ☐ Defendant On Call | ☐ No Tape/Lab | ☐ To Hire Attorney |
| ☐ Defendant to Consider Offer | ☐ No Offense Report | |

CAUSE NO. **161868601010**      CHARGE **ROBBERY-BODILY INJURY**

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | 230th DISTRICT COURT |
| VS. | § | OF |
| ▓▓▓▓▓▓▓<br>Defendant (SPN 00465424) | § | HARRIS COUNTY, TEXAS |

# CASE RESET FORM

The undersigned Counsel hereby agrees this case is reset for

**Evidence Exchange** on **Tuesday, March 19, 2019** at **8:30 a.m.**, located at **1201 Franklin**
Type of Setting

_____      In custody
Attorney for the State                      Defendant

☐ The State has offered:      **BELL, TE'IVA JOHNSON**
(Print) Attorney for Defendant

_____
☐ The State and Defense agree as follows:    (Signature) Attorney for Defendant

**1201 FRANKLIN 13TH FLOOR**
Address

**HOUSTON**     **TX**     **77002**
City             State         Zip

**24048575**     **02158677**
Attorney Bar #        Attorney SPN #

Interpreter Requested:    **NO**
Language:

Phone Number              Fax Number

For: ☐ Defendant ☐ Witness
Estimated Length of Assignment:

Email Address

**FOR COURT STAFF USE ONLY**
Reset by    ☐ Court    ☐ Defense    ☐ Operation of Law    ☒ Prosecution

| | | |
|---|---|---|
| ☐ Attorney not present | ☐ Defendant has new case | ☐ No Tape/Lab |
| ☐ D.A. to contact complainant/witness | ☐ Defendant on call | ☒ Not indicated |
| ☐ D.A. to evaluate case | ☐ Defendant to consider offer | ☐ Other |
| ☐ D.A. to Reindict | ☐ Disposition of misd./OOC case | ☐ Refer to |
| ☐ D.A. to file MAJ/MRP | ☐ File Unavailable | ☐ Restitution Info |
| ☐ Defense to contact witness | ☐ MHMRA Evaluation 21 Day | ☐ To hire Attorney |

**APPROVED BY THE COURT:**

_C. Ross_        **March 5, 2019**
Judge/Coordinator        Date Signed

5/2/12

11

CAUSE NO. **161868601010**  CHARGE **ROBBERY-BODILY INJURY**

THE STATE OF TEXAS § 230th DISTRICT COURT

VS. § OF

§ HARRIS COUNTY, TEXAS
Defendant (SPN 00465424)

## CASE RESET FORM

The undersigned Counsel hereby agrees this case is reset for

**Evidence Exchange** on **Wednesday, May 15, 2019** at **8:30 a.m.**, located at 1201 Franklin
Type of Setting

_Ashley Yi_  
Attorney for the State

_In Custody_  
Defendant

☐ The State has offered:

**EASTERLING, DANNY KARL**
(Print) Attorney for Defendant

_(signature)_
(Signature) Attorney for Defendant

☐ The State and Defense agree as follows:

**1018 PRESTON SIXTH FLOOR**
Address

**HOUSTON**   **TX**   **77002**
City  State  Zip

**06362100**   **56362100**
Attorney Bar #   Attorney SPN #

Interpreter Requested: **NO**
Language:

Phone Number    Fax Number

For: ☐ Defendant ☐ Witness
Estimated Length of Assignment:

Email Address

**FOR COURT STAFF USE ONLY**
Reset by   ☒ Court   ☐ Defense   ☐ Operation of Law   ☐ Prosecution

| | | |
|---|---|---|
| ☐ Attorney not present | ☐ Defendant has new case | ☐ No Tape/Lab |
| ☐ D.A. to contact complainant/witness | ☐ Defendant on call | ☒ Not indicated |
| ☐ D.A. to evaluate case | ☐ Defendant to consider offer | ☐ Other |
| ☐ D.A. to Reindict | ☐ Disposition of misd./OOC case | ☐ Refer to |
| ☐ D.A. to file MAJ/MRP | ☐ File Unavailable | ☐ Restitution Info |
| ☐ Defense to contact witness | ☒ MHMRA Evaluation _Full_ | ☐ To hire Attorney |

**APPROVED BY THE COURT:**

_Ross_   **March 20, 2019**
Judge/Coordinator   Date Signed

5/2/12

12

Filed 19 May 15 A11:44
Marilyn Burgess - District Clerk
Harris County

CAUSE NO. **161868601010**                                              CHARGE **ROBBERY-BODILY INJURY**

THE STATE OF TEXAS                          §                                      230th DISTRICT COURT

VS.                                         §                                      OF

▇▇▇▇▇▇▇                                     §                                      HARRIS COUNTY, TEXAS
Defendant (SPN 00465424)

## CASE RESET FORM

The undersigned Counsel hereby agrees this case is reset for

**Evidence Exchange** on **Wednesday, June 12, 2019** at **8:30 a.m.**, located at 1201 Franklin
Type of Setting

_____                        In custody_____
Attorney for the State                                   Defendant

☐  The State has offered:                                **BELL, TEIVA JOHNSON**
                                                         (Print) Attorney for Defendant

                                                         _____
                                                         (Signature) Attorney for Defendant

☐  The State and Defense agree as follows:

                                                         **1201 FRANKLIN 13TH FLOOR**
                                                         Address

                                                         **HOUSTON**          **TX**        **77002**
                                                         City                 State         Zip

                                                         **24048575**              **02158677**
                                                         Attorney Bar #            Attorney SPN #

Interpreter Requested:     **NO**                        ▇▇▇▇▇▇▇                   ▇▇▇▇▇▇▇
Language:                                                Phone Number              Fax Number

For:  ☐ Defendant  ☐ Witness                             ▇▇▇▇▇▇▇
Estimated Length of Assignment:                          Email Address

_____

**FOR COURT STAFF USE ONLY**
Reset by      ☒ Court        ☐ Defense         ☐ Operation of Law        ☐ Prosecution

| ☐ Attorney not present            | ☐ Defendant has new case         | ☐ No Tape/Lab                            |
| ☐ D.A. to contact complainant/witness | ☐ Defendant on call          | ☐ Not indicated                          |
| ☐ D.A. to evaluate case           | ☐ Defendant to consider offer    | ☒ Other extension requested by MHMRA    |
| ☐ D.A. to Reindict                | ☐ Disposition of misd./OOC case  | ☐ Refer to                               |
| ☐ D.A. to file MAJ/MRP            | ☐ File Unavailable               | ☐ Restitution Info                       |
| ☐ Defense to contact witness      | ☒ MHMRA Evaluation Full          | ☐ To hire Attorney                       |

**APPROVED BY THE COURT:**

_____         **May 15, 2019**
Judge/Coordinator                  Date Signed

5/2/12

CASE NO. 161868601010
INCIDENT NO. /TRN: 9266784230A001

| | | | |
|---|---|---|---|
| THE STATE OF TEXAS | § | IN THE 230TH DISTRICT | Pgs-2 |
| v. | § § | COURT | DIJWJT (999- |
| [REDACTED] | § § | HARRIS COUNTY, TEXAS | DIJDG (999) |
| STATE ID NO.: TX03598893 | § § | | |

## JUDGMENT OF CONVICTION BY COURT—WAIVER OF JURY TRIAL

| Judge Presiding: | **CHRIS MORTON** | Date Sentence Imposed: | **6/13/2019** |
|---|---|---|---|
| Attorney for State: | **PRESTON BURNS** | Attorney for Defendant: | **BELL, TEIVA JOHNSON 24048575** |

Offense for which Defendant Convicted:
**THEFT >=$100<$750 (2391 00)**

| Charging Instrument: **INDICTMENT** | Statute for Offense: |
|---|---|

| Date of Offense: **1/18/2019** | Plea to Offense: **GUILTY** | |
|---|---|---|

| Degree of Offense: **CLASS B MISDEMEANOR** | Findings on Deadly Weapon: **N/A** |
|---|---|

Terms of Plea Bargain (if any): or ☐ Terms of Plea Bargain are included and incorporated herein by this reference.
**100 DAYS HARRIS COUNTY JAIL**
**Reduced from: 2ND DEGREE FELONY**

| 1st Enhancement Paragraph: **ABANDONED** | Finding on 1st Enhancement Paragraph: **ABANDONED** |
|---|---|
| 2nd Enhancement Paragraph: **N/A** | Finding on 2nd Enhancement Paragraph: **N/A** |

☐ SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR **N/A**.
(The document setting forth the conditions of community supervision is incorporated herein by this reference.)

| Punishment and Place of Confinement: | **100 DAYS HARRIS COUNTY JAIL** |
|---|---|

| DATE SENTENCE COMMENCES: (Date does not apply to confinement served as a condition of community supervision.) | **6/13/2019** | THIS SENTENCE SHALL RUN: | **CONCURRENTLY** |
|---|---|---|---|

| Fine: $ **N/A** | Court Costs: $ **as assessed** | Restitution: $ **N/A** | Restitution Payable to: **N/A** (See special finding or order of restitution which is incorporated herein by this reference.) |
|---|---|---|---|

☐ **Defendant is required to register as sex offender** in accordance with Chapter 62, Tex. Code Crim. Proc.
(For sex offender registration purposes only) The age of the victim at the time of the offense was **N/A**.

| Total Jail Time Credit: **N/A** DAYS | If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below. **147 DAYS** NOTES: **TOWARD INCARCERATION, FINE, AND COSTS** |
|---|---|

Was the victim impact statement returned to the attorney representing the State? **N/A**

(*FOR STATE JAIL FELONY OFFENSES ONLY*) Is Defendant presumptively entitled to diligent participation credit in accordance with Article 42A.559, Tex. Code Crim. Proc.? **N/A**

This cause was called and the parties appeared. The State appeared by her District Attorney as named above.
**Counsel / Waiver of Counsel** (select one)
☒ Defendant appeared with counsel.
☐ Defendant appeared without counsel and knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.
☐ Defendant was tried in absentia.
      Both parties announced ready for trial. Defendant waived the right of trial by jury and entered the plea indicated above. It appeared to the Court that Defendant was mentally competent to stand trial, made the plea freely and voluntarily, and was aware of the consequences of the plea. The Court received the plea and entered it of record. After hearing the evidence submitted, if any, the Court ADJUDGES Defendant GUILTY of the offense indicated above. The Court FINDS that the Presentence Investigation, if so ordered, was done according to the applicable provisions of Subchapter F, Chapter 42A, Tex. Code Crim. Proc.

14

Having been convicted of the offense designated above, the Court **ORDERS** Defendant punished in accordance with the Court's findings as to the proper punishment as indicated above. After having conducted an inquiry into Defendant's ability to pay, the Court **ORDERS** Defendant to pay the fine, court costs, and restitution as indicated above.

**Punishment Options** (select one)

☐ **Confinement in State Jail or Institutional Division.** The Court **ORDERS** the authorized agent of the State of Texas or the County Sheriff to take and deliver Defendant to the Director of the Correctional Institutions Division, TDCJ, for placement in confinement in accordance with this judgment. The Court **ORDERS** Defendant remanded to the custody of the County Sheriff until the Sheriff can obey the directions in this paragraph. Upon release from confinement, the Court **ORDERS** Defendant to proceed without unnecessary delay to the District Clerk's office, or any other office designated by the Court or the Court's designee, to pay or to make arrangements to pay any fine, court costs, and restitution due.

☒ **County Jail—Confinement / Confinement in Lieu of Payment.** The Court **ORDERS** Defendant committed to the custody of the County Sheriff immediately or on the date the sentence commences. Defendant shall be confined in the county jail for the period indicated above. Upon release from confinement, the Court **ORDERS** Defendant to proceed without unnecessary delay to the District Clerk's office, or any other office designated by the Court or the Court's designee, to pay or to make arrangements to pay any fine, court costs, and restitution due.

☐ **County Jail—State Jail Felony Conviction.** Pursuant to §12.44(a), Tex. Penal Code, the Court **FINDS** that the ends of justice are best served by imposing confinement permissible as punishment for a Class A misdemeanor instead of a state jail felony. Accordingly, Defendant will serve punishment in the county jail as indicated above. The Court **ORDERS** Defendant committed to the custody of the County Sheriff immediately or on the date the sentence commences. Upon release from confinement, the Court **ORDERS** Defendant to proceed without unnecessary delay to the District Clerk's office, or any other office designated by the Court or the Court's designee, to pay or to make arrangements to pay any fine, court costs, and restitution due.

☐ **Fine Only Payment.** The punishment assessed against Defendant is for a **FINE ONLY.** The Court **ORDERS** Defendant to proceed immediately to the District Clerk's office, or any other office designated by the Court or the Court's designee, to pay or to make arrangements to pay the fine, court costs, and restitution ordered by the Court in this cause.

☐ **Confinement as a Condition of Community Supervision.** The Court **ORDERS** Defendant confined   N/A   in   **the County Jail**   as a condition of community supervision. The period of confinement as a condition of community supervision starts when Defendant arrives at the designated facility, absent a special order to the contrary.

**Execution of Sentence**

☒ The Court **ORDERS** Defendant's sentence **EXECUTED**.

☐ The Court **ORDERS** Defendant sentence of confinement **SUSPENDED**. The Court orders Defendant placed on community supervision for the adjudged period (above) so long as Defendant abides by and does not violate the terms and conditions of community supervision. The Order setting forth the terms and conditions of community supervision are incorporated into this judgment by reference.

The Court **FINDS** that Defendant is entitled to the jail time credit indicated above. The attorney for the state, attorney for the defendant, the County Sheriff, and any other person having or who had custody of Defendant shall assist the clerk, or person responsible for completing this judgment, in calculating Defendant's credit for time served. All supporting documentation, if any, concerning Defendant's credit for time served is incorporated herein by this reference.

**Furthermore, the following special findings or orders apply:**
**APPEAL WAIVED. NO PERMISSION TO APPEAL GRANTED.**
.

_____

**Date Judgment Entered: 6/13/2019**

X_____
**CHRIS MORTON**
JUDGE PRESIDING

Clerk: A SANCHEZ

Notice of Appeal Filed: _

Mandate Received: _____   Type of Mandate: _____

After Mandate Received, Sentence to Begin Date is: _____

Jail Credit: _____DAYS

Case Number: 161868601010  Court: 230th  Defendant: ████████

_____
Thumbprint

15