# EXHIBIT 9

**HCDistrictclerk.com**　　The State of Texas vs. ███████████████　　1/25/2021
(SPN: 02731471)
Cause: 166648801010　　CDI: 3　　Court: 338

## APPEALS
No Appeals found.

## PAYMENT PLAN
No Payment Plan found.

## RELATED CASES
No related cases found.

## WITNESS
No Witness found.

## SUMMARY

### CASE DETAILS

| | |
|---|---|
| **File Date** | 2/29/2020 |
| **Case (Cause) Status** | Active - CRIMINAL |
| **Offense** | UNAUTH USE OF VEHICLE |
| **Last Instrument Filed** | Felony Indictment |
| **Case Disposition** | |
| **Case Completion Date** | 1/1/0001 |
| **Defendant Status** | JAIL |
| **Bond Amount** | $20,000.00 |
| **Next/Last Setting Date** | 4/7/2021 |

### DEFENDANT DETAILS

| | | | |
|---|---|---|---|
| **Race/Sex** | B / M | **Height/Weight** | 6'01 / 149 LBS |
| **Eyes** | BRO | **Hair** | BLK |
| **Skin** | DRK | **Build** | SKN |
| **DOB** | ████1996 | **In Custody** | Y (Locate) |
| **US Citizen** | YES | **Place Of Birth** | TX |
| **Address** | | | |
| **Markings** | | | |

### CURRENT PRESIDING JUDGE

| | |
|---|---|
| **Court** | 338th |
| **Address** | 201 CAROLINE (Floor: 7)<br>HOUSTON, TX 77002<br>Phone:7137557774 |
| **JudgeName** | Ramona Franklin |
| **Court Type** | Criminal |

## BONDS

| Date | Type | Description | SNU |
|---|---|---|---|
| 02/29/2020 | BOND SET | Refer to 15.17 Hearing SNU: 999 02/29/20 | |

## ACTIVITIES

| Date | Type | Description | SNU/CFI |
|---|---|---|---|
| 07/01/2020 | ORDER | REC'D MENTAL-INTEL INTERVIE SNU: 995 12/30/20 | |
| 07/01/2020 | OFFENSE | UNAUTH USE OF VEHICLE LEVEL FS 12/30/20 | |
| 05/19/2020 | GRAND JURY ACTION | FID 05/19/20 G230 SNU: 999 05/19/20 | |
| 05/19/2020 | GRAND JURY ACTION | ROTATION CRT 338 OFF FREQ BND $20000 05/19/20 | |

| 05/19/2020 | GRAND JURY ACTION | OFFENSE UNAUTH USE OF VEHICLE LEVEL FS 05/19/20 |
|---|---|---|
| 05/19/2020 | ORI | HOUSTON POLICE DEPAR OFFENSE NO: 28352720 05/19/20 |
| 05/19/2020 | PRECEPT/SERVE IND DATE RETURNED 05/22/20 | HOW EXECUTED E 05/22/20 |
| | DATE SERVED | 05/20/20 05/22/20 |
| 04/15/2020 | ATTORNEY | JONES, JOLANDA F. SNU: 999 04/16/20 |
| 04/15/2020 | ATTORNEY | AAT COURT 338 CFI 338 04/16/20 |
| 04/15/2020 | JUDGE | FRANKLIN, RAMONA NICOLE PRESIDING 04/16/20 |
| 03/01/2020 | CMIF | TIME 0448 AMOUNT $20000 SNU: 999 03/01/20 |
| 03/01/2020 | NOT ACKNOWLEDGED BY SHERIFF | 03/01/20 |
| | EXPIRE DATE | TIME EXPIRE: SNU: 999 03/01/20 |
| 03/01/2020 | C87 ACTIVITY | IND ASMT H STATUS CFI 338 SNU: 998 03/01/20 |
| 03/01/2020 | C87 ACTIVITY | PCWAR DONE STATUS CFI 338 SNU: 999 03/01/20 |
| 03/01/2020 | ORDER | GRANT MENTAL-INTEL INTERVIE SNU: 996 03/01/20 |
| 03/01/2020 | OFFENSE | UNAUTH USE OF VEHICLE LEVEL FS 03/01/20 |
| 03/01/2020 | ORDER | GRNT SET BAIL $20000 H/O CD SNU: 997 03/01/20 |
| 03/01/2020 | OFFENSE | UNAUTH USE OF VEHICLE LEVEL FS 03/01/20 |
| 03/01/2020 | ORDER | FINANCIAL AFFIDAVIT FILED SNU: 998 03/01/20 |
| 03/01/2020 | OFFENSE | UNAUTH USE OF VEHICLE LEVEL FS 03/01/20 |
| 03/01/2020 | ORDER | REQUESTED REPRESENTATION SNU: 999 03/01/20 |
| 03/01/2020 | OFFENSE | UNAUTH USE OF VEHICLE LEVEL FS 03/01/20 |
| 02/29/2020 | COMPLAINT FILED | 2230 338 UNAUTH USE OF VEHICLE LEVEL FS 02/29/20 |
| 02/29/2020 | BOND SET | Refer to 15.17 Hearing SNU: 999 02/29/20 |
| 02/29/2020 | REVIEWED BY | LITTLE, CASEY LYNN 02/29/20 |
| 02/29/2020 | ORI | HOUSTON POLICE DEPAR OFFENSE NO: 28352720 05/19/20 |
| 02/29/2020 | COMPLAINANT | VELA, E O 05/19/20 |
| 02/29/2020 | MOTIONS | DENY BAIL SNU: 999 02/29/20 |
| 02/29/2020 | MOTIONS | FILED CFI 338 02/29/20 |

## BOOKINGS

| Arrest Date | Arrest Location | Booking Date |
|---|---|---|
| 2/29/2020 10:40:00 AM | 9400 | 2/29/2020 12:38:00 PM |

## HOLDS

| Agency Placing Hold | Agency Name | Warrant Number | Bond Amount | Offense | Hold Placed | Hold Lifted |
|---|---|---|---|---|---|---|
| TX0200080 | BRAZORIA CO | 2114391 | $5,000.00 | THEFT PROP | 5/28/2015 | 7/24/2015 |

## CRIMINAL HISTORY

| Case(Cause)Nbr / Defendant Status | Filed / Booked | Ct | Defendant Status | Disposition | Bond Amt | Type of Action / Offense | Next Setting |
|---|---|---|---|---|---|---|---|
| 167150001010- | ███ | 4/13/2020 | 338 | JAIL(J) | | Refer to | ASLT | 4/7/2021 |

2

Office of Harris County District Clerk - Marilyn Burgess

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **3Active - CRIMINAL(A)** | ▮ | 2/29/2020 | | | 15.17 Hearing | FAM/HOUSE MEM IMPED BRTH/CIRCU (F) | |
| **166924001010-3Active - CRIMINAL(A)** | ▮ | 3/23/2020 \| 2/29/2020 | 338 | JAIL(J) | Refer to 15.17 Hearing | THEFT >=2,500 <30,000 (F) | 4/7/2021 |
| **166648801010-3Active - CRIMINAL(A)** | ▮ | 2/29/2020 \| 2/29/2020 | 338 | JAIL(J) | $20,000.00 | UNAUTH USE OF VEHICLE (F) | 4/7/2021 |
| **16428860101A-5Complete(C)** | ▮ | 9/30/2019 \| 338 | | Disposed(D) 2/7/2020 | $5,000.00 | | |
| **16221830101A-5Complete(C)** | ▮ | 9/19/2019 \| 338 | | Disposed(D) 2/19/2020 | $1,500.00 | | |
| **16214620101A-5Complete(C)** | ▮ | 9/10/2019 \| 338 | | Disposed(D) 2/19/2020 | $1,500.00 | | |
| **164288601010-3Active - CRIMINAL(A)** | ▮ | 8/17/2019 \| 2/29/2020 | 338 | Bond Made(B) | $15,000.00 | THEFT OF A MOTOR VEHICLE (F) | 2/23/2021 |
| **162218301010-3Active - CRIMINAL(A)** | ▮ | 2/20/2019 \| 2/29/2020 | 338 | Bond Made(B) | $15,000.00 | THEFT >=2,500 <30,000 (F) | 2/23/2021 |
| **162146201010-3Active - CRIMINAL(A)** | ▮ | 2/13/2019 \| 2/29/2020 | 338 | Bond Made(B) | $15,000.00 | UNAUTH USE OF VEHICLE (F) | 2/23/2021 |
| **153443201010-3Complete(C)** | ▮ | 12/16/2016 \| 12/17/2016 | 248 | Disposed(D) | Disposed(DISP)12/27/2016 | UNAUTH USE OF VEHICLE (F) | 12/27/2016 |
| **152966201010-3Dismissed(D)** | ▮ | 11/4/2016 \| 11/6/2016 | 248 | Disposed(D) | Dismissed(DISM)12/27/2016 $15,000.00 | UNAUTH USE OF VEHICLE (F) | 12/27/2016 |
| **147901801010-3Complete(C)** | ▮ | 8/21/2015 \| 8/22/2015 | 183 | Disposed(D) | Disposed(DISP)11/12/2015 | UNAUTH USE OF VEHICLE (F) | 11/12/2015 |
| **146520601010-3Complete(C)** | ▮ | 4/18/2015 \| 8/11/2015 | 183 | Disposed(D) | Disposed(DISP)11/12/2015 | UNAUTH USE OF VEHICLE (F) | 11/12/2015 |
| **14609600101A-5Dismissed(D)** | ▮ | 3/17/2015 \| | 183 | Pending Bond Forfeiture(H) | $2,000.00 | | |
| **146096001010-3Complete(C)** | ▮ | 3/13/2015 \| 8/11/2015 | 183 | Disposed(D) | Disposed(DISP)11/12/2015 | UNAUTH USE OF VEHICLE (F) | 11/12/2015 |
| **195748701010-2Complete(C)** | ▮ | 4/19/2014 \| 4/20/2014 | 15 | Disposed(D) | Disposed(DISP)4/21/2014 | $500.00 | POSS MARIJ 0-2 OZ (M) 4/21/2014 |
| **195748601010-2Dismissed(D)** | ▮ | 4/19/2014 \| 4/20/2014 | 15 | Disposed(D) | Dismissed(DISM)4/21/2014 | $1,000.00 | POSS OF PROHIBITED WEAPON (M) 4/21/2014 |

## ACTIVE PARTIES

| Name | Connection | Post Jdgm | SPN # |
|---|---|---|---|
| FRANKLIN, RAMONA NICOLE | JUDGE - CRIMINAL | | 01977778 |
| JONES, JOLANDA F. | APPOINTED DEFENSE ATTORNEY | | 50794725 |
| HAGGARD, BRADLEY J. | PUBLIC DEFENDER AT PC DOCKET | | 03039151 |
| ▮ | DEFENDANT - CRIMINAL | | 02731471 |

## INACTIVE PARTIES

No inactive parties found.

## SETTINGS

| Date | Court Post Jdgm | Docket Type | Reason | Results | Defendant | Future Date | Comments | Attorney Appearance Indicator |
|------|-----------------|-------------|--------|---------|-----------|-------------|----------|-------------------------------|
| 3/02/2020 09:00 AM | 338 | Assigned Court | Preliminary Assigned Court Appearance | Reset By Operation Of Law | Present | 4/14/2020 12:00:00 AM | | Absent |
| 4/14/2020 09:00 AM | 338 | Master Docket | Arraignment | Reset By Operation Of Law | Data Not Entered | 5/27/2020 12:00:00 AM | | To Be Set |
| 6/10/2020 09:00 AM | 338 | Master Docket | Arraignment | Reset By Operation Of Law | Data Not Entered | 8/5/2020 12:00:00 AM | | To Be Set |
| 8/05/2020 09:00 AM | 338 | Master Docket | Arraignment | Reset By Operation Of Law | Data Not Entered | 10/19/2020 12:00:00 AM | | To Be Set |
| 10/19/2020 09:00 AM | 338 | Master Docket | Arraignment | Reset By Operation Of Law | Data Not Entered | 10/26/2020 12:00:00 AM | | To Be Set |
| 10/26/2020 09:00 AM | 338 | Master Docket | Arraignment | Reset By Operation Of Law | Data Not Entered | 1/20/2021 12:00:00 AM | | To Be Set |
| 1/20/2021 09:00 AM | 338 | Master Docket | Arraignment | Reset By Operation Of Law | Data Not Entered | 4/7/2021 12:00:00 AM | | To Be Set |
| 4/07/2021 09:00 AM | 338 | Master Docket | Arraignment | | Data Not Entered | 1/1/0001 12:00:00 AM | | To Be Set |
| 3/01/2020 02:00 AM | PCD | Motions Docket | Probable Cause Hearing | PC FOUND AND WARNINGS GIVEN | Data Unavailable | 1/1/0001 12:00:00 AM | | To Be Set |

## ALIASES

| Defendant Alias | True Name | Race | Sex | DOB | SPN# |
|-----------------|-----------|------|-----|-----|------|
| ██████████ | | B | M | ██1996 | 02731471 |
| ██████████ | | B | M | ██1996 | 02731471 |
| █████████████ | Yes | B | M | ██1996 | 02731471 |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|--------|----------|-----------|------|-----|
| 90623723 | CHARGING INSTRUMENT - FELONY INDICTMENT | | 05/19/2020 | 1 |
| 90264210 | APPOINTING COUNSEL | | 04/15/2020 | 1 |
| 89649843 | ADDITIONAL ORDERS | | 03/01/2020 | 2 |
| | COMMITMENT ISSUED - FELONY | | 03/01/2020 | |
| | FINANCIAL AFFIDAVIT FILED | | 03/01/2020 | |
| | IND ASMT HELD | | 03/01/2020 | |
| | PROBABLE CAUSE & STATUTORY WARNINGS | | 03/01/2020 | |
| | REQUESTED REPRESENTATION | | 03/01/2020 | |
| 89650710 | CCP16.22 ORDER | | 03/01/2020 | 1 |

4

| 89650563 | STATES MOTION FOR DENIAL OF BAIL | 02/29/2020 | 3 |
| 89650957 | CHARGING INSTRUMENT - COMPLAINT | 02/29/2020 | 1 |

THE STATE OF TEXAS
VS.

SPN: **02731471**
DOB: **B M    /1996**
DATE PREPARED: **2/29/2020**

D.A. LOG NUMBER: **2621905**
CJIS TRACKING NO.: **9267810243A001**
BY: **DB**  DA NO: **2693223**
AGENCY:**HPD**
O/R NO: **028352720**
ARREST DATE: **02/29/2020**

NCIC CODE: **2411 11**          RELATED CASES: **UNKNOWN**

FELONY CHARGE:  **UNAUTHORIZED USE OF A VEHICLE**

CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:          **1666488**
FIRST SETTING DATE:                       **338**

COURT ORDERED BAIL: **REFERRED TO (15.17)**
PRIOR CAUSE NO:
CHARGE SEQ NUM: **1**

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Before me, the undersigned Assistant District Attorney of Harris County, Texas, this day appeared the undersigned affiant, who under oath says that he has good reason to believe and does believe that in Harris County, Texas,                              , hereafter styled the Defendant, heretofore on or about **February 29, 2020**, did then and there unlawfully, intentionally and knowingly operate a motor-propelled vehicle, namely, an automobile, owned by                  , hereafter styled the Complainant, without the effective consent of the Complainant.

**FILED**
Marilyn Burgess
District Clerk

FEB 2 9 2020

Time: _____2230____

Harris County, Texas

By: _____
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Sworn to and subscribed before me on _February 29, 2020_

_____
AFFIANT

_____
ASSISTANT DISTRICT ATTORNEY
OF HARRIS COUNTY, TEXAS
Bar No. L90882 50

**COMPLAINT**

6

CAUSE NO. <u>166648801010</u>     SPN: <u>02731471</u>          DATE/TIME OF ARREST:<u>2/29/2020 10:40 AM</u>

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | <u>IN THE 338th DISTRICT COURT</u> |
| v. | § | |
| ████████████████. | § | **HARRIS COUNTY, TEXAS** |
| DOB:██████, 1996 | | |

Pgs-2

OTRREP
(999-
OTPCIH
(998-
OTMSW
(999-
OTFAF
(998-
OTCMIF
(999-
ADDO
(997)

### STATUTORY WARNINGS BY MAGISTRATE - PROBABLE CAUSE FOR FURTHER DETENTION – PR BOND/BAIL ORDER

On this date and time the above-named defendant personally appeared before me, the undersigned Texas magistrate. The defendant appeared ☒ **in person** ☐ **by video teleconference** and I admonished the defendant as follows:

You are accused of <u>STATE JAIL FELONY</u>, namely, <u>UNAUTH USE OF VEHICLE</u>.

- You have the right to hire an attorney to represent you.
- You have the right to remain silent.
- You have the right to have an attorney present prior to and during any interview with peace officers or attorneys representing the state.
- You have the right to stop any interview at any time.
- You have the right to an examining trial in a felony offense.
- You are not required to make a statement and any statement you make can be used against you.
- You have the right to request the appointment of counsel if you cannot afford counsel.

**If you consent, I can appoint the Public Defender to represent you and describe evidence on your behalf in this bail hearing regardless of whether you are indigent. If you request appointed counsel and are later found to be indigent, another lawyer would be appointed to represent you in any trial or plea on the charge(s) listed above.**

**Do you consent to allow an assistant public defender to represent you in this bail hearing, knowing that this lawyer will not continue to represent you when this hearing is over?** ☐ **NO** ☒ **YES**— Pursuant to Joint Administrative Order No. 2017-01, Assistant Public Defender <u>Haggard, Brad</u> (print name) represented the Defendant in this bail hearing.

**Do you request the appointment of counsel to represent you in the county or district court if you are determined to be indigent?**
☐ **NO** ☒ **YES**— The Court **ORDERS** Pretrial Services to help the defendant, if still in custody, prepare the request and any supporting paperwork, and then forward the request to the judge of the court in which the case is pending within 24 hours.

---

CONSULAR NOTIFICATION: If you are a foreign national, you may be entitled to have us notify your country's consular representative here in the United States. If your country requires notification, we will notify it as soon as possible.

The accused is a: ☒ United States citizen ☐ foreign national of (country).
☐ The accused requests notification of consular officials.
☐ MANDATORY NOTIFICATION: The clerk shall immediately alert the above country's consulate of this arrest.
If you are a foreign national, please provide the following information:

_____     _____     _____
Name (father's last / mother's last / first)     Date of Birth     Place of Birth

_____     _____     _____
Passport Number     Date Issued     Place Issued

---

## PROBABLE CAUSE FINDING AND ORDER

☐ The Court **FINDS** that probable cause for further detention **DOES NOT EXIST**. The Court **ORDERS** the law enforcement agency and officer having custody of the defendant to immediately release the defendant from custody.

☒ The Court **FINDS** that probable cause for further detention **EXISTS**. The Court reviewed and/or set the defendant's bond as indicated in the BAIL ORDER below and, in clear and unambiguous language: (1) advised the defendant of his rights pursuant to TEX. CODE CRIM. P. Art. 15.17; and (2) provided the defendant with information required by law. The Court **ORDERS** the defendant committed to the custody of the Sheriff of Harris County, Texas, until he posts the required bond or until further order of the Court.

☐ Probable cause previously determined. The Court ORDERS the defendant committed to the custody of the Sheriff of Harris County, Texas, until he posts the required bond or until further order of the Court.

☒  SEE NEXT PAGE FOR BAIL ORDER

<u>March 01, 2020 4:48 AM</u>     *Cheryl Diggs* [signature]     _____
**Date and Time**          **Magistrate (Judge or Hearing Officer)**          **Interpreter (if applicable)**

Magistrate Cheryl Diggs (SPN **01677210**)          (Rev. July 24, 2018)          Page 1 of 2

CAUSE NO. <u>166648801010</u>

---

**STATUTORY WARNINGS BY MAGISTRATE - PROBABLE CAUSE FOR FURTHER DETENTION – PR BOND/BAIL ORDER**

---

# PERSONAL BOND / BAIL ORDER

**Having found probable cause exists for the further detention of** ███████████████ **the Court next determined the conditions of release for the accused to ensure he/she will appear and answer before the proper Court.**

## PART 1: PUBLIC SAFETY ASSESSMENT

The Court considered the Public Safety Assessment results and also considered the following presumptive personal bond recommendation:

☐ Personal Bond Recommended
☐ Personal Bond **NOT** Recommended
☒ Personal Bond Recommendation referred to Magistrate
☐ PSA NOT available

## PART 2: PERSONAL BOND / BAIL REQUESTS

**Presumptive Bail Amount $888,888.00**

**A.  DISTRICT ATTORNEY PR BOND / BAIL REQUEST**
- Personal Bond ☐ Requested ☒ Opposed
  - ☐ No Position
- Bail Request ☐ No DA Bail Request
  - ☐ Higher _____
  - ☒ Lower $30,000.00
  - ☐ No Bail

**B.  PUBLIC DEFENDER PR BOND / BAIL REQUEST**
- Personal Bond ☒ Requested ☐ Opposed
  - ☐ No Position
- Bail Request ☐ No PD Bail Request
  - ☐ Higher _____
  - ☒ Lower $7,500.00
  - ☐ No Bail

## PART 3: FINANCIAL AFFIDAVIT

Signed and Sworn:   ☒ Yes
                    ☐ No

# ORDER

**After considering the above, the Court (1) advised the defendant of his rights pursuant to TEX.CODE CRIM.P. ART 15.17; (2) set the defendant's conditions of release in clear and unambiguous language; and (3) provided the defendant with information required by law.  The Court then ORDERED the following:**

**Bail is set at:**   ☐ No Bail   ☒ $20,000.00 _____
                                  ☐ Conditions

**Personal bond is:**   ☒ Not Approved   <u>Def on bond for UUMV, Theft and Theft of Vehicle. UUMV (3x)</u>
<u>2015. UUMV 2016. POM 2014. No holds. Def may have Brazoria County history.</u>
☐ Approved ☐ Conditions

**The reasons for this individual assessment of the appropriate conditions of release were explained to the above-named Defendant.**

<u>March 01, 2020 4:48 AM</u>         *Cheryl Hans Diggs*         _____
**Date and Time**         **Magistrate (Judge or Hearing Officer)**         **Interpreter (if applicable)**
Magistrate **Cheryl Diggs (SPN 01677210)**         (Rev. July 24, 2018)         Page 2 of 2

8

CAUSE NO: <u>166648801010</u>        CHARGE <u>UNAUTH USE OF VEHICLE</u>    Received April 16 12:01

Marilyn Burgess - District Clerk
Harris County

THE STATE OF TEXAS                  §        338th DISTRICT COURT

V.                                  §        OF                          Pgs-1

                                    §        HARRIS COUNTY, TEXAS        ATAC
▇▇▇▇▇▇▇▇▇▇▇▇                                                             (999)
Defendant (SPN 02731471)

## ORDER APPOINTING COUNSEL

On this, the April 15, 2020, the Court finds (CHECK ONE)

☒        the DEFENDANT is indigent.

☐        the interests of justice require representation.

Therefore, the Court ORDERS that ☒ the ATTORNEY LISTED BELOW   ☐ the HARRIS COUNTY PUBLIC

DEFENDER'S OFFICE is appointed to represent the DEFENDANT named above in this cause.

JONES, JOLANDA F.
Attorney/Assistant Public Defender Assigned by HCPD          E-Mail Address

PO BOX 8312
Address                                                      Phone Number

HOUSTON            TX        77288
City               State     Zip                             Fax Number

50794725                                                     00794725
SPN Number                                                   Bar Number

The Court further ORDERS the cause set for:   Arraignment

On the <u>Thursday, June 11, 2020</u> at <u>9:00 am</u> before this Court at 201 Caroline, Houston, Harris County,
Texas.

Signed this April 16, 2020.

_____

RAMONA FRANKLIN
**Judge Presiding**

☐  The State has offered or     ☐     The State and Defense agree as follows:

Defense Attorney _____        Prosecutor _____

Defendant/Witness Signature  X _____

## FOR COURT STAFF ONLY

Reset by:  ☐ Court        ☐ Defense        ☐ Operation of Law        ☐ Prosecution
Reason for Reset:

☐ D.A. to Contact Complainant/Witness    ☐ Defense to Contact Witness    ☐ Not Indicted

☐ D.A. to Evaluate Case                  ☐ Disposition of Misd./OOC Case ☐ Other

☐ D.A. to Reindict                       ☐ File Unavailable              ☐ Refer to

☐ D.A. to file MRP/MAJ                   ☐ MHMRA Evaluation              ☐ Restitution Info
                                            21 Day Full

☐ Defendant On Call                      ☐ No Tape/Lab                   ☐ To Hire Attorney

☐ Defendant to Consider Offer            ☐ No Offense Report

9

4/2017

Unofficial Copy Office of Marilyn Burgess District Clerk

**HCDistrictclerk.com**    The State of Texas vs. ██████████ (SPN:    1/25/2021
02731471)

Cause: 166924001010    CDI: 3    Court: 338

## APPEALS
No Appeals found.

## PAYMENT PLAN
No Payment Plan found.

## RELATED CASES
No related cases found.

## WITNESS
No Witness found.

## SUMMARY

### CASE DETAILS

| | |
|---|---|
| **File Date** | 3/23/2020 |
| **Case (Cause) Status** | Active - CRIMINAL |
| **Offense** | THEFT >=2,500 <30,000 |
| **Last Instrument Filed** | Felony Indictment |
| **Case Disposition** | |
| **Case Completion Date** | 1/1/0001 |
| **Defendant Status** | JAIL |
| **Bond Amount** | Refer to 15.17 Hearing |
| **Next/Last Setting Date** | 4/7/2021 |

### DEFENDANT DETAILS

| | | | |
|---|---|---|---|
| **Race/Sex** | B / M | **Height/Weight** | 6'01 / 149 LBS |
| **Eyes** | BRO | **Hair** | BLK |
| **Skin** | DRK | **Build** | SKN |
| **DOB** | ████1996 | **In Custody** | Y (Locate) |
| **US Citizen** | YES | **Place Of Birth** | TX |
| **Address** | | | |
| **Markings** | | | |

### CURRENT PRESIDING JUDGE

| | |
|---|---|
| **Court** | 338th |
| **Address** | 201 CAROLINE (Floor: 7)<br>HOUSTON, TX 77002<br>Phone:7137557774 |
| **JudgeName** | Ramona Franklin |
| **Court Type** | Criminal |

## BONDS

| Date | Type | Description | SNU |
|---|---|---|---|
| 03/23/2020 | BOND SET | Refer to 15.17 Hearing SNU: 999 03/23/20 | |

## ACTIVITIES

| Date | Type | Description | SNU/CFI |
|---|---|---|---|
| 06/05/2020 | GRAND JURY ACTION | FID 06/05/20 G230 SNU: 999 06/05/20 | |
| 06/05/2020 | GRAND JURY ACTION | ROTATION CRT 338 OFF FREQ BND Refer to 15.17 Hearing 06/05/20 | |
| 06/05/2020 | GRAND JURY ACTION | OFFENSE THEFT >=2,500 <30,000 LEVEL FS 06/05/20 | |

10

| 06/05/2020 | ORI | SHERIFF'S DEPARTMENT OFFENSE NO: 200209699 06/05/20 |
|---|---|---|
| 06/05/2020 | PRECEPT/SERVE IND DATE RETURNED 06/09/20 | HOW EXECUTED E 06/09/20 |
| | DATE SERVED | 06/08/20 06/09/20 |
| 04/07/2020 | ATTORNEY | JONES, JOLANDA F. SNU: 999 04/07/20 |
| 04/07/2020 | ATTORNEY | AAT COURT 338 CFI 338 04/07/20 |
| 04/07/2020 | JUDGE | FRANKLIN, RAMONA NICOLE PRESIDING 04/07/20 |
| 03/23/2020 | COMPLAINT FILED | 2315 338 THEFT >=2,500 <30,000 LEVEL FS 03/23/20 |
| 03/23/2020 | BOND SET | Refer to 15.17 Hearing SNU: 999 03/23/20 |
| 03/23/2020 | REVIEWED BY | POWERS, SEAN JEFFREY VALENZUEL 03/23/20 |
| 03/23/2020 | ORI | SHERIFF'S DEPARTMENT OFFENSE NO: 200209699 03/23/20 |
| 03/23/2020 | COMPLAINANT | SALINAS, JAVIER 03/23/20 |
| 03/23/2020 | MOTIONS | STATE DENIAL OF BAIL SNU: 999 03/23/20 |
| 03/23/2020 | MOTIONS | FILED CFI 338 03/23/20 |

## BOOKINGS

| Arrest Date | Arrest Location | Booking Date |
|---|---|---|
| 2/29/2020 10:40:00 AM | 9400 | 2/29/2020 12:38:00 PM |

## HOLDS

| Agency Placing Hold | Agency Name | Warrant Number | Bond Amount | Offense | Hold Placed | Hold Lifted |
|---|---|---|---|---|---|---|
| TX0200080 | BRAZORIA CO | 2114391 | $5,000.00 | THEFT PROP | 5/28/2015 | 7/24/2015 |

## CRIMINAL HISTORY

| Case(Cause)Nbr / Defendant Status | Filed / Booked | Ct | Defendant Disposition Status | | Bond Amt | Type of Action / Offense | Next Setting |
|---|---|---|---|---|---|---|---|
| **167150001010-3Active - CRIMINAL(A)** | 4/13/2020 \| 2/29/2020 | 338 | JAIL(J) | | Refer to 15.17 Hearing | ASLT FAM/HOUSE MEM IMPED BRTH/CIRCU (F) | 4/7/2021 |
| **166924001010-3Active - CRIMINAL(A)** | 3/23/2020 \| 2/29/2020 | 338 | JAIL(J) | | Refer to 15.17 Hearing | THEFT >=2,500 <30,000 (F) | 4/7/2021 |
| **166648801010-3Active - CRIMINAL(A)** | 2/29/2020 \| 2/29/2020 | 338 | JAIL(J) | | $20,000.00 | UNAUTH USE OF VEHICLE (F) | 4/7/2021 |
| **164288860101A-5Complete(C)** | 9/30/2019 \| | 338 | Disposed(D) | 2/7/2020 | $5,000.00 | | |
| **16221830101A-5Complete(C)** | 9/19/2019 \| | 338 | Disposed(D) | 2/19/2020 | $1,500.00 | | |
| **16214620101A-5Complete(C)** | 9/10/2019 \| | 338 | Disposed(D) | 2/19/2020 | $1,500.00 | | |
| **164288601010-3Active - CRIMINAL(A)** | 8/17/2019 \| 2/29/2020 | 338 | Bond Made(B) | | $15,000.00 | THEFT OF A MOTOR VEHICLE (F) | 2/23/2021 |
| **162218301010-3Active - CRIMINAL(A)** | 2/20/2019 \| 2/29/2020 | 338 | Bond Made(B) | | $15,000.00 | THEFT >=2,500 <30,000 (F) | 2/23/2021 |
| **162146201010-3Active -** | 2/13/2019 \| 2/29/2020 | 338 | Bond Made(B) | | $15,000.00 | UNAUTH USE OF VEHICLE (F) | 2/23/2021 |

**CRIMINAL(A)**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **153443201010-3Complete(C)** | ■ | 12/16/2016 \| 12/17/2016 | 248 | Disposed(D) | Disposed(DISP)12/27/2016 | | UNAUTH USE OF VEHICLE (F) | 12/27/2016 |
| **152966201010-3Dismissed(D)** | ■ | 11/4/2016 \| 11/6/2016 | 248 | Disposed(D) | Dismissed(DISM)12/27/2016 | $15,000.00 | UNAUTH USE OF VEHICLE (F) | 12/27/2016 |
| **147901801010-3Complete(C)** | ■ | 8/21/2015 \| 8/22/2015 | 183 | Disposed(D) | Disposed(DISP)11/12/2015 | | UNAUTH USE OF VEHICLE (F) | 11/12/2015 |
| **146520601010-3Complete(C)** | ■ | 4/18/2015 \| 8/11/2015 | 183 | Disposed(D) | Disposed(DISP)11/12/2015 | | UNAUTH USE OF VEHICLE (F) | 11/12/2015 |
| **14609600101A-5Dismissed(D)** | ■ | 3/17/2015 | 183 | Pending Bond Forfeiture(H) | | $2,000.00 | | |
| **146096001010-3Complete(C)** | ■ | 3/13/2015 \| 8/11/2015 | 183 | Disposed(D) | Disposed(DISP)11/12/2015 | | UNAUTH USE OF VEHICLE (F) | 11/12/2015 |
| **195748701010-2Complete(C)** | ■ | 4/19/2014 \| 4/20/2014 | 15 | Disposed(D) | Disposed(DISP)4/21/2014 | $500.00 | POSS MARIJ 0-2 OZ (M) | 4/21/2014 |
| **195748601010-2Dismissed(D)** | ■ | 4/19/2014 \| 4/20/2014 | 15 | Disposed(D) | Dismissed(DISM)4/21/2014 | $1,000.00 | POSS OF PROHIBITED WEAPON (M) | 4/21/2014 |

## ACTIVE PARTIES

| Name | Connection | Post Jdgm | SPN # |
|---|---|---|---|
| FRANKLIN, RAMONA NICOLE | JUDGE - CRIMINAL | | 01977778 |
| JONES, JOLANDA F. | APPOINTED DEFENSE ATTORNEY | | 50794725 |
| ■ | DEFENDANT - CRIMINAL | | 02731471 |

## INACTIVE PARTIES
No inactive parties found.

## SETTINGS

| Date | Court Post Jdgm | Docket Type | Reason | Results | Defendant | Future Date | Comments | Attorney Appearance Indicator |
|---|---|---|---|---|---|---|---|---|
| 3/25/2020 09:00 AM | 338 | Assigned Court | Preliminary Assigned Court Appearance | Reset By Operation Of Law | Data Not Entered | 6/10/2020 12:00:00 AM | | Present |
| 6/10/2020 09:00 AM | 338 | Master Docket | Arraignment | Reset By Operation Of Law | Data Not Entered | 8/5/2020 12:00:00 AM | | To Be Set |
| 8/05/2020 09:00 AM | 338 | Master Docket | Arraignment | Reset By Operation Of Law | Data Not Entered | 10/19/2020 12:00:00 AM | | To Be Set |
| 10/19/2020 09:00 AM | 338 | Master Docket | Arraignment | Reset By Operation Of Law | Data Not Entered | 10/26/2020 12:00:00 AM | | To Be Set |
| 10/26/2020 09:00 AM | 338 | Master Docket | Arraignment | Reset By Operation Of Law | Data Not Entered | 1/20/2021 12:00:00 AM | | To Be Set |
| 1/20/2021 | 338 | Master | Arraignment | Reset By | Data Not | 4/7/2021 | | To Be Set |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 09:00 AM | | Docket | | Operation Of Law | Entered | 12:00:00 AM | |
| 4/07/2021 09:00 AM | 338 | Master Docket | Arraignment | | Data Not Entered | 1/1/0001 12:00:00 AM | To Be Set |

## ALIASES

| Defendant Alias | True Name | Race | Sex | DOB | SPN# |
|---|---|---|---|---|---|
| ███████████ | | B | M | ███1996 | 02731471 |
| ███████████ | | B | M | ███1996 | 02731471 |
| ███████████████ | Yes | B | M | ███1996 | 02731471 |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 90841229 | CHARGING INSTRUMENT - FELONY INDICTMENT | | 06/05/2020 | 1 |
| 90169950 | APPOINTING COUNSEL | | 03/25/2020 | 1 |
| 90022661 | FIRST EMERGENCY ORDER REGARDING THE COVID-19 STATE OF DISASTER. | | 03/23/2020 | 1 |
| 90022902 | STATES MOTION FOR DENIAL OF BAIL | | 03/23/2020 | 3 |
| 90023098 | CHARGING INSTRUMENT - COMPLAINT | | 03/23/2020 | 1 |

THE STATE OF TEXAS
VS.

███████████
███████████

**02731471**

SPN: 02731471
DOB: **B M** ██ **/1996**
DATE PREPARED: **3/23/2020**

D.A. LOG NUMBER: **2628415**
CJIS TRACKING NO.: **9267864890A001**
BY: **JL** DA NO: **2595638**
AGENCY:**SHF**
O/R NO: **200209699**
ARREST DATE: **02/29/2020**

NCIC CODE: **2301 66**

FELONY CHARGE: **Theft**

RELATED CASES:

CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE:

**1669240**
**338**

COURT ORDERED BAIL: **REFERRED TO**
**(15.17)**
PRIOR CAUSE NO:
CHARGE SEQ NUM: **1**

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Before me, the undersigned Assistant District Attorney of Harris County, Texas, this day appeared the undersigned affiant, who under oath says that he has good reason to believe and does believe that in Harris County, Texas, ████████ ████████ , hereafter styled the Defendant, heretofore on or about **February 21, 2020**, did then and there unlawfully, appropriate, by acquiring and otherwise exercising control over property, namely, motor vehicle owned by ████████ , hereafter styled the Complainant, of the value of at least two thousand five hundred dollars and and less than thirty thousand dollars, with the intent to deprive the Complainant of the property.

**FILED**
Marilyn Burgess
District Clerk

MAR 2 3 2020
Time: _13:15_
Harris County, Texas
By: _____
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Signed and sworn by me on  March 23, 2020

Duly attested by me on  March 23, 2020

_P. Delgado_
AFFIANT

ASSISTANT DISTRICT ATTORNEY
OF HARRIS COUNTY, TEXAS
Bar No. _24077207_

**COMPLAINT**

14

Unofficial Copy Office of Marilyn Burgess District Clerk

CAUSE NO: <u>166924001010</u>                    CHARGE <u>THEFT >=2,500 <30,000</u>

THE STATE OF TEXAS                    §          338th DISTRICT COURT

V.                                    §          OF                                    Pgs-1

                                      §          HARRIS COUNTY, TEXAS                  ATAC
Defendant (SPN 02731471)                                                               (999)

# ORDER APPOINTING COUNSEL

On this, the March 25, 2020, the Court finds (CHECK ONE)

☒          the DEFENDANT is indigent.

☐          the interests of justice require representation.

Therefore, the Court ORDERS that  ☒ the ATTORNEY LISTED BELOW   ☐ the HARRIS COUNTY PUBLIC

DEFENDER'S OFFICE is appointed to represent the DEFENDANT named above in this cause.

JONES, JOLANDA F.
Attorney/Assistant Public Defender Assigned by HCPD          E-Mail Address

PO BOX 8312
Address                                                      Phone Number

HOUSTON          TX          77288
City             State       Zip                            Fax Number

50794725                                                     00794725
SPN Number                                                   Bar Number

The Court further ORDERS the cause set for:   Arraignment

On the <u>Wednesday, June 10, 2020</u> at <u>9:00 am</u> before this Court at 201 Caroline, Houston, Harris
County, Texas.

Signed this April 7, 2020.

_____
RAMONA FRANKLIN
**Judge Presiding**

☐  The State has offered or    ☐  The State and Defense agree as follows:

Defense Attorney _____          Prosecutor _____

Defendant/Witness Signature  X _____

## FOR COURT STAFF ONLY

Reset by:  ☐ Court          ☐ Defense     ☐ Operation of Law     ☐ Prosecution
Reason for Reset:

☐ D.A. to Contact Complainant/Witness    ☐ Defense to Contact Witness      ☐ Not Indicted

☐ D.A. to Evaluate Case                  ☐ Disposition of Misd./OOC Case   ☒ Other paca

☐ D.A. to Reindict                       ☐ File Unavailable                ☐ Refer to

☐ D.A. to file MRP/MAJ                    ☐ MHMRA Evaluation                ☐ Restitution Info
                                            21 Day Full

☐ Defendant On Call                      ☐ No Tape/Lab                     ☐ To Hire Attorney

☐ Defendant to Consider Offer            ☐ No Offense Report

15

4/2017

**HCDistrictclerk.com**          The State of Texas vs. ███████████ (SPN:          1/25/2021
                                 02731471)
                                 Cause: 167150001010     CDI: 3     Court: 338

## APPEALS
No Appeals found.

## PAYMENT PLAN
No Payment Plan found.

## RELATED CASES
No related cases found.

## WITNESS
No Witness found.

## SUMMARY

### CASE DETAILS

| | |
|---|---|
| **File Date** | 4/13/2020 |
| **Case (Cause) Status** | Active - CRIMINAL |
| **Offense** | ASLT FAM/HOUSE MEM IMPED BRTH/ |
| **Last Instrument Filed** | Felony Indictment |
| **Case Disposition** | |
| **Case Completion Date** | 1/1/0001 |
| **Defendant Status** | JAIL |
| **Bond Amount** | Refer to 15.17 Hearing |
| **Next/Last Setting Date** | 4/7/2021 |

### DEFENDANT DETAILS

| | | | |
|---|---|---|---|
| **Race/Sex** | B / M | **Height/Weight** | 6'01 / 149 LBS |
| **Eyes** | BRO | **Hair** | BLK |
| **Skin** | DRK | **Build** | SKN |
| **DOB** | ████1996 | **In Custody** | Y (Locate) |
| **US Citizen** | YES | **Place Of Birth** | TX |
| **Address** | | | |
| **Markings** | | | |

### CURRENT PRESIDING JUDGE

| | |
|---|---|
| **Court** | 338th |
| **Address** | 201 CAROLINE (Floor: 7) HOUSTON, TX 77002 Phone:7137557774 |
| **JudgeName** | Ramona Franklin |
| **Court Type** | Criminal |

## BONDS

| Date | Type | Description | SNU |
|---|---|---|---|
| 04/13/2020 | BOND SET | Refer to 15.17 Hearing SNU: 999 04/13/20 | |

## ACTIVITIES

| Date | Type | Description | SNU/CFI |
|---|---|---|---|
| 05/14/2020 | MOTIONS | BAIL COND/NO CONTACT SNU: 996 05/14/20 | |
| 05/14/2020 | MOTIONS | FILED CFI 338 05/14/20 | |
| 04/24/2020 | GRAND JURY ACTION | FID 04/24/20 G230 SNU: 999 04/24/20 | |
| 04/24/2020 | GRAND JURY ACTION | ROTATION CRT 338 OFF FREQ BND Refer to 15.17 Hearing | |

16

| | | 04/24/20 |
| --- | --- | --- |
| 04/24/2020 | GRAND JURY ACTION | OFFENSE ASLT FAM/HOUSE MEM IMPED LEVEL F3 04/24/20 |
| 04/24/2020 | ORI | HOUSTON POLICE DEPAR OFFENSE NO: 22156920 04/24/20 |
| 04/24/2020 | PRECEPT/SERVE IND DATE RETURNED 04/29/20 | HOW EXECUTED E 04/29/20 |
| | DATE SERVED | 04/27/20 04/29/20 |
| 04/15/2020 | ATTORNEY | JONES, JOLANDA F. SNU: 999 04/16/20 |
| 04/15/2020 | ATTORNEY | AAT COURT 338 CFI 338 04/16/20 |
| 04/15/2020 | JUDGE | FRANKLIN, RAMONA NICOLE PRESIDING 04/16/20 |
| 04/13/2020 | COMPLAINT FILED | 2005 338 ASLT FAM/HOUSE MEM IMPE LEVEL F3 04/13/20 |
| 04/13/2020 | BOND SET | Refer to 15.17 Hearing SNU: 999 04/13/20 |
| 04/13/2020 | REVIEWED BY | KURZAC, ANDREA J. 04/13/20 |
| 04/13/2020 | ORI | HOUSTON POLICE DEPAR OFFENSE NO: 22156920 04/24/20 |
| 04/13/2020 | COMPLAINANT | KELLY, K B 04/24/20 |
| 04/13/2020 | MOTIONS | DENY BAIL SNU: 999 04/13/20 |
| 04/13/2020 | MOTIONS | FILED CFI 338 04/13/20 |
| 04/13/2020 | MOTIONS | STATE BOND CONDITON SNU: 998 04/13/20 |
| 04/13/2020 | MOTIONS | FILED CFI 338 04/13/20 |
| 04/13/2020 | MOTIONS | STATES MOEP SNU: 997 04/13/20 |
| 04/13/2020 | MOTIONS | FILED CFI 338 04/13/20 |

## BOOKINGS

| Arrest Date | Arrest Location | Booking Date |
| --- | --- | --- |
| 2/29/2020 10:40:00 AM | 9400 | 2/29/2020 12:38:00 PM |

## HOLDS

| Agency Placing Hold | Agency Name | Warrant Number | Bond Amount | Offense | Hold Placed | Hold Lifted |
| --- | --- | --- | --- | --- | --- | --- |
| TX0200080 | BRAZORIA CO | 2114391 | $5,000.00 | THEFT PROP | 5/28/2015 | 7/24/2015 |

## CRIMINAL HISTORY

| Case(Cause)Nbr / Defendant Status | | Filed / Booked | Ct | Defendant Status | Disposition | Bond Amt | Type of Action / Offense | Next Setting |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 167150001010-3Active - CRIMINAL(A) | ■ | 4/13/2020 \| 2/29/2020 | 338 | JAIL(J) | | Refer to 15.17 Hearing | ASLT FAM/HOUSE MEM IMPED BRTH/CIRCU (F) | 4/7/2021 |
| 166924001010-3Active - CRIMINAL(A) | ■ | 3/23/2020 \| 2/29/2020 | 338 | JAIL(J) | | Refer to 15.17 Hearing | THEFT >=2,500 <30,000 (F) | 4/7/2021 |
| 166648801010-3Active - CRIMINAL(A) | ■ | 2/29/2020 \| 2/29/2020 | 338 | JAIL(J) | | $20,000.00 | UNAUTH USE OF VEHICLE (F) | 4/7/2021 |
| 16428860101A-5Complete(C) | ■ | 9/30/2019 \| | 338 | Disposed(D) | 2/7/2020 | $5,000.00 | | |
| 16221830101A-5Complete(C) | ■ | 9/19/2019 \| | 338 | Disposed(D) | 2/19/2020 | $1,500.00 | | |

17

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **16214620101A-5Complete(C)** | | 9/10/2019 \| 338 | Disposed(D) | 2/19/2020 | $1,500.00 | | |
| **164288601010-3Active - CRIMINAL(A)** | | 8/17/2019 \| 2/29/2020 | 338 | Bond Made(B) | $15,000.00 | THEFT OF A MOTOR VEHICLE (F) | 2/23/2021 |
| **162218301010-3Active - CRIMINAL(A)** | | 2/20/2019 \| 2/29/2020 | 338 | Bond Made(B) | $15,000.00 | THEFT >=2,500 <30,000 (F) | 2/23/2021 |
| **162146201010-3Active - CRIMINAL(A)** | | 2/13/2019 \| 2/29/2020 | 338 | Bond Made(B) | $15,000.00 | UNAUTH USE OF VEHICLE (F) | 2/23/2021 |
| **153443201010-3Complete(C)** | | 12/16/2016 \| 12/17/2016 | 248 | Disposed(D) | Disposed(DISP)12/27/2016 | | UNAUTH USE OF VEHICLE (F) | 12/27/2016 |
| **152966201010-3Dismissed(D)** | | 11/4/2016 \| 11/6/2016 | 248 | Disposed(D) | Dismissed(DISM)12/27/2016 | $15,000.00 | UNAUTH USE OF VEHICLE (F) | 12/27/2016 |
| **147901801010-3Complete(C)** | | 8/21/2015 \| 8/22/2015 | 183 | Disposed(D) | Disposed(DISP)11/12/2015 | | UNAUTH USE OF VEHICLE (F) | 11/12/2015 |
| **146520601010-3Complete(C)** | | 4/18/2015 \| 8/11/2015 | 183 | Disposed(D) | Disposed(DISP)11/12/2015 | | UNAUTH USE OF VEHICLE (F) | 11/12/2015 |
| **14609600101A-5Dismissed(D)** | | 3/17/2015 | 183 | Pending Bond Forfeiture(H) | | $2,000.00 | | |
| **146096001010-3Complete(C)** | | 3/13/2015 \| 8/11/2015 | 183 | Disposed(D) | Disposed(DISP)11/12/2015 | | UNAUTH USE OF VEHICLE (F) | 11/12/2015 |
| **195748701010-2Complete(C)** | | 4/19/2014 \| 4/20/2014 | 15 | Disposed(D) | Disposed(DISP)4/21/2014 | $500.00 | POSS MARIJ 0-2 OZ (M) | 4/21/2014 |
| **195748601010-2Dismissed(D)** | | 4/19/2014 \| 4/20/2014 | 15 | Disposed(D) | Dismissed(DISM)4/21/2014 | $1,000.00 | POSS OF PROHIBITED WEAPON (M) | 4/21/2014 |

## ACTIVE PARTIES

| Name | Connection | Post Jdgm | SPN # |
|---|---|---|---|
| FRANKLIN, RAMONA NICOLE | JUDGE - CRIMINAL | | 01977778 |
| JONES, JOLANDA F. | APPOINTED DEFENSE ATTORNEY | | 50794725 |
| ▮▮▮▮▮▮▮▮▮▮▮ | DEFENDANT - CRIMINAL | | 02731471 |

## INACTIVE PARTIES

No inactive parties found.

## SETTINGS

| Date | Court | Post Jdgm | Docket Type | Reason | Results | Defendant | Future Date | Comments | Attorney Appearance Indicator |
|---|---|---|---|---|---|---|---|---|---|
| 4/15/2020 09:00 AM | 338 | | Assigned Court | Preliminary Assigned Court Appearance | Reset By Operation Of Law | Data Not Entered | 6/10/2020 12:00:00 AM | | Present |
| 6/10/2020 09:00 AM | 338 | | Master Docket | Arraignment | Reset By Operation Of Law | Data Not Entered | 8/5/2020 12:00:00 AM | | To Be Set |
| 8/05/2020 09:00 AM | 338 | | Master Docket | Arraignment | Reset By Operation Of Law | Data Not Entered | 10/19/2020 12:00:00 AM | | To Be Set |

18

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Of Law | |
| 10/19/2020 09:00 AM | 338 | Master Docket | Arraignment | | Reset By Operation Of Law | Data Not Entered | 10/26/2020 12:00:00 AM | To Be Set |
| 10/26/2020 09:00 AM | 338 | Master Docket | Arraignment | | Reset By Operation Of Law | Data Not Entered | 1/20/2021 12:00:00 AM | To Be Set |
| 1/20/2021 09:00 AM | 338 | Master Docket | Arraignment | | Reset By Operation Of Law | Data Not Entered | 4/7/2021 12:00:00 AM | To Be Set |
| 4/07/2021 09:00 AM | 338 | Master Docket | Arraignment | | | Data Not Entered | 1/1/0001 12:00:00 AM | To Be Set |

## ALIASES

| Defendant Alias | True Name | Race | Sex | DOB | SPN# |
|---|---|---|---|---|---|
| ███████████ | | B | M | ███1996 | 02731471 |
| ███████████ | | B | M | ███1996 | 02731471 |
| ████████████████ | Yes | B | M | ███1996 | 02731471 |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 91302610 | CORRESPONDENCE FROM DEFENDANT | | 07/09/2020 | 2 |
| 90568363 | BAIL CONDITION AND NO CONTACT ORDER | | 05/14/2020 | 2 |
| 90356115 | CHARGING INSTRUMENT - FELONY INDICTMENT | | 04/24/2020 | 1 |
| 90263620 | APPOINTING COUNSEL | | 04/15/2020 | 1 |
| 90227622 | CHARGING INSTRUMENT - COMPLAINT | | 04/13/2020 | 1 |
| 90227789 | FIRST EMERGENCY ORDER REGARDING THE COVID-19 STATE OF DISASTER | | 04/13/2020 | 1 |
| 90228039 | STATE'S MOTION FOR DENIAL OF BAIL | | 04/13/2020 | 2 |
| 90228043 | STATES MOTION FOR BOND CONDITIONS | | 04/13/2020 | 1 |
| restricted | STATE'S MOTION FOR MAGISTRATE'S ORDER FOR EMERGENCY PROTECTION | | 04/13/2020 | 1 |

338 *pen* 1

THE STATE OF TEXAS
VS.
█████████████

**02731471**

SPN: 02731471
DOB: **B M** ███/1996
DATE PREPARED: 4/13/2020

D.A. LOG NUMBER: 2632723
CJIS TRACKING NO.:
BY: **GC** DA NO: 2926460
AGENCY:**HPD**
O/R NO: 022156920
ARREST DATE: 04/13/2020

NCIC CODE: **1314 08**                    RELATED CASES:

FELONY CHARGE:  **Assault of Family Member -Impeding Breathing**

CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:
FIRST SETTING DATE:

**1671500**
**338**

COURT ORDERED BAIL: Referred to 15.17
PRIOR CAUSE NO:
CHARGE SEQ NUM:

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Before me, the undersigned Assistant District Attorney of Harris County, Texas, this day appeared the undersigned affiant, who under oath says that he has good reason to believe and does believe that in Harris County, Texas, █████████████, hereafter styled the Defendant, heretofore on or about **April 13, 2020**, did then and there unlawfully, intentionally and knowingly cause bodily injury to █████████, hereafter styled the Complainant, a member of the Defendant's family and a member of the Defendant's household and a person with whom the Defendant had a dating relationship, by impeding the normal breathing and circulation of the blood of the Complainant by applying pressure to the Complainant's throat and applying pressure to the Complainant's neck.

F I L E D
Marilyn Burgess
District Clerk

APR **1 3** 2020

Time: 2005
Harris County, Texas
By: 28
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Signed and sworn by me on  April 13, 2020

Duly attested by me on April 13, 2020

_Susan M. LeMay_

AFFIANT

ASSISTANT DISTRICT ATTORNEY
OF HARRIS COUNTY, TEXAS
Bar No. 24073207

**COMPLAINT**

20

Unofficial Copy Office of Marilyn Burgess District Clerk

CAUSE NO: 167150001010

CHARGE ASLT FAM/HOUSE MEM IMPED BRTH/CIRCU

THE STATE OF TEXAS

§        338th DISTRICT COURT

V.

§        OF

§        HARRIS COUNTY, TEXAS

Pgs-1

ATAC
(999)

Defendant (SPN 02731471)

## ORDER APPOINTING COUNSEL

On this, the April 15, 2020, the Court finds (CHECK ONE)

☒        the DEFENDANT is indigent.

☐        the interests of justice require representation.

Therefore, the Court ORDERS that   ☒  the ATTORNEY LISTED BELOW   ☐  the HARRIS COUNTY PUBLIC

DEFENDER'S OFFICE is appointed to represent the DEFENDANT named above in this cause.

JONES, JOLANDA F.
Attorney/Assistant Public Defender Assigned by HCPD

E-Mail Address

PO BOX 8312
Address

Phone Number

HOUSTON         TX         77288
City            State      Zip

Fax Number

50794725
SPN Number

00794725
Bar Number

The Court further ORDERS the cause set for:   Arraignment

On the **Thursday, June 11, 2020** at **9:00 am** before this Court at 201 Caroline, Houston, Harris County, Texas.

**Signed this April 16, 2020.**

_____
RAMONA FRANKLIN
**Judge Presiding**

☐  The State has offered or        ☐  The State and Defense agree as follows:

Defense Attorney _____        Prosecutor _____

**Defendant/Witness Signature  X** _____

### FOR COURT STAFF ONLY

Reset by:   ☒ Court      ☐ Defense      ☐ Operation of Law      ☐ Prosecution

Reason for Reset:

☐ D.A. to Contact Complainant/Witness        ☐ Defense to Contact Witness        ☐ Not Indicted

☐ D.A. to Evaluate Case        ☐ Disposition of Misd./OOC Case        ☐ Other

☐ D.A. to Reindict        ☐ File Unavailable        ☐ Refer to

☐ D.A. to file MRP/MAJ        ☐ MHMRA Evaluation
21 Day Full        ☐ Restitution Info

☐ Defendant On Call        ☐ No Tape/Lab        ☐ To Hire Attorney

☐ Defendant to Consider Offer        ☐ No Offense Report

Unofficial Copy Office of Marilyn Burgess District Clerk

21

4/2017

Cause #
1671500

URGENT

FILED
Marilyn Burgess
District Clerk
JUL 0 9 2020
Time:
By _____
Harris County, Texas
Deputy

P2

07-09-2020

Hi Ms. Franklin im an inmate at
the harris County jail my name
is ████████████ spn# 02731471, Im
not trying to bother you but I
needed to ask, They have me in here
on no bond and im being falsely
accused of a family violence, I keep
getting reset, havent been to court and
I have a 5 year old son that really
needs me out there and right now the
world is going thru a bad pandemic
the Corona Virus floats around the
jail there is no way to be 6 feet
apart in here and my family has no
money right now. Can I please be reviewed
for a P.R bond I wont get out and
cause any problems I promise please.

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging





U.S. POSTAGE ≫ PITNEY BOWES

ZIP 77002 $ 000.50⁰
02 4W
0000368784 JUL 06 2020

Judge Romona Franklin

Harris County (Civil) Courthouse
201 Caroline, 11th Floor
Houston, Tx 77002

**HARRIS COUNTY SHERIFF'S OFFICE JAIL**
Name:
SPN:
Street 701 N. San Jacinto     Cell: TP2
HOUSTON, TEXAS 77002

**aramark**

**INDIGENT**

Unofficial Copy Office of Marilyn Burgess District Clerk