# EXHIBIT 10

**HCDistrictclerk.com**    The State of Texas vs. ███████████████ (SPN:    2/2/2021
03062898)
Cause: 168606701010    CDI: 3    Court: 351

## APPEALS
No Appeals found.

## RELATED CASES
No related cases found.

## HOLDS
No Holds found.

## WITNESS
No Witness found.

## SUMMARY

### CASE DETAILS

| | |
|---|---|
| **File Date** | 8/14/2020 |
| **Case (Cause) Status** | Complete |
| **Offense** | ASSAULT-BODILY INJURY |
| **Last Instrument Filed** | Felony Indictment |
| **Case Disposition** | DISP-121520 |
| **Case Completion Date** | 12/15/2020 |
| **Defendant Status** | DISPOSED |
| **Bond Amount** | $30,000.00 |
| **Next/Last Setting Date** | 12/15/2020 |

### DEFENDANT DETAILS

| | | | |
|---|---|---|---|
| **Race/Sex** | W / F | **Height/Weight** | 5'07 / 220 LBS |
| **Eyes** | BLU | **Hair** | BRO |
| **Skin** | LGT | **Build** | HEV |
| **DOB** | ██/1974 | **In Custody** | N |
| **US Citizen** | YES | **Place Of Birth** | TX |
| **Address** | ████████████████ | | |
| **Markings** | NONE | | |

### CURRENT PRESIDING JUDGE

| | |
|---|---|
| **Court** | 351st |
| **Address** | 1200 Congress (Floor: 1)<br>Houston, TX 77002<br>Phone:7137555620 |
| **JudgeName** | Natalia Cornelio |
| **Court Type** | Criminal |

## BONDS

| Date | Type | Description | SNU |
|---|---|---|---|
| 08/14/2020 | BOND SET | Refer to 15.17 Hearing SNU: 999 08/14/20 | |

## ACTIVITIES

| Date | Type | Description | SNU/CFI |
|---|---|---|---|
| 01/05/2021 | ORDER | ATTORNEY FEE VOUCHER SNU: 995 01/05/21 | |
| 01/05/2021 | ORDER | ATTY FEE AMT $319.00 SNU: 995 01/05/21 | |
| 12/15/2020 | SENTENCED IN | COURT 351 STARTING 12/15/20 SNU: 999 12/15/20 | |
| 12/15/2020 | SENTENCE TO | 123 DAYS CONFINEMENT 12/15/20 | |

1

| 12/15/2020 | CREDIT GIVEN | DEFENDANT RECEIVED 125 DAYS CREDIT 12/15/20 |
| 12/15/2020 | MOTIONS | NTC INT DESTROY EVID SNU: 995 12/15/20 |
| 12/15/2020 | MOTIONS | FILED CFI 351 12/15/20 |
| 12/15/2020 | ORDER | DISCOVERY LOG GRANTED SNU: 996 12/15/20 |
| 12/15/2020 | OFFENSE | AGG ASSAULT W/DEADLY WEAPON LEVEL F2 12/15/20 |
| 12/15/2020 | JUDGMENT | CONVICTION SNU: 999 12/15/20 |
| 12/15/2020 | JUDGMENT | LESSER OFF. GUILTY PLEA - NO JURY 12/15/20 |
| 12/15/2020 | JUDG OFFENSE | ASSAULT-BODILY INJURY LEVEL MA 12/15/20 |
| 12/15/2020 | PENALTY | HCJ AMOUNT 123 DAYS 12/15/20 |
| 11/09/2020 | MOTIONS | PS PERSONAL BOND SNU: 996 11/09/20 |
| 11/09/2020 | MOTIONS | FILED CFI 351 11/09/20 |
| 11/05/2020 | MOTIONS | PS DISMISS ATTNY SNU: 998 11/05/20 |
| 11/05/2020 | MOTIONS | FILED CFI 351 11/05/20 |
| 11/05/2020 | MOTIONS | PS REDUCE BAIL SNU: 997 11/09/20 |
| 11/05/2020 | MOTIONS | FILED CFI 351 11/09/20 |
| 10/26/2020 | GRAND JURY ACTION | FID 10/26/20 G178 SNU: 999 10/26/20 |
| 10/26/2020 | GRAND JURY ACTION | ROTATION CRT 351 OFF FREQ BND $30000 10/26/20 |
| 10/26/2020 | GRAND JURY ACTION | OFFENSE AGG ASSAULT W/DEADLY WEA LEVEL F2 10/26/20 |
| 10/26/2020 | ORI | HOUSTON POLICE DEPAR OFFENSE NO: 106797320 10/26/20 |
| 10/26/2020 | PRECEPT/SERVE IND DATE RETURNED 10/30/20 | HOW EXECUTED E 10/30/20 |
|  | DATE SERVED | 10/27/20 10/30/20 |
| 08/17/2020 | ATTORNEY | MARTIN, STEPHANIE LYNN SNU: 999 08/19/20 |
| 08/17/2020 | ATTORNEY | AAT COURT 351 CFI 351 08/19/20 |
| 08/17/2020 | JUDGE | POWELL, GEORGE LEROY PRESIDING 08/19/20 |
| 08/15/2020 | ORDER | MI/ID PREVIOUSLY FOUND SNU: 997 08/15/20 |
| 08/15/2020 | OFFENSE | AGG ASSAULT W/DEADLY WEAPON LEVEL F2 08/15/20 |
| 08/14/2020 | COMPLAINT FILED | 0408 351 AGG ASSAULT W/DEADLY WE LEVEL F2 08/14/20 |
| 08/14/2020 | BOND SET | Refer to 15.17 Hearing SNU: 999 08/14/20 |
| 08/14/2020 | REVIEWED BY | KURZAC, ANDREA J. 08/14/20 |
| 08/14/2020 | ORI | HOUSTON POLICE DEPAR OFFENSE NO: 106797320 08/14/20 |
| 08/14/2020 | COMPLAINANT | TUCKER, J E 08/14/20 |
| 08/14/2020 | CMIF | TIME 0748 AMOUNT $30000 SNU: 999 08/14/20 |
| 08/14/2020 | NOT ACKNOWLEDGED BY SHERIFF | 08/14/20 |
|  | EXPIRE DATE | TIME EXPIRE: SNU: 999 08/14/20 |
| 08/14/2020 | C87 ACTIVITY | PC FOUND STATUS CFI 351 SNU: 999 08/14/20 |
| 08/14/2020 | C87 ACTIVITY | PROBABLE CAUSE FOUND 08/14/20 |
| 08/14/2020 | MOTIONS | STATE SUFFICIENT BND SNU: 999 08/14/20 |
| 08/14/2020 | MOTIONS | FILED CFI 351 08/14/20 |
| 08/14/2020 | ORDER | GRTD SET BAIL $30000 H/O LP SNU: 998 08/14/20 |

2

| 08/14/2020 | OFFENSE | AGG ASSAULT W/DEADLY WEAPON LEVEL F2 08/14/20 |
| 08/14/2020 | ORDER | DEF NOT PRESENT @7AM DOCK SNU: 999 08/14/20 |
| 08/14/2020 | OFFENSE | AGG ASSAULT W/DEADLY WEAPON LEVEL F2 08/14/20 |

## BOOKINGS

| Arrest Date | Arrest Location | Booking Date |
| --- | --- | --- |
| 8/13/2020 6:24:00 PM | 19 E | 8/13/2020 7:25:00 PM |

## HOLDS
No holds found.

## CRIMINAL HISTORY

| Case(Cause)Nbr / Status | Defendant | Filed / Booked | Ct | Defendant Status | Disposition | Bond Amt | Type of Action / Offense | Next Setting |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 168606701010-3Complete(C) | ███ | 8/14/2020 \| 8/13/2020 | 351 | Disposed(D) | Disposed(DISP)12/15/2020 | $30,000.00 | ASSAULT-BODILY INJURY (M) | 12/15/2020 |

## ACTIVE PARTIES

| Name | Connection | Post Jdgm | SPN # |
| --- | --- | --- | --- |
| POWELL, GEORGE LEROY | JUDGE - CRIMINAL | | 01938661 |
| MARTIN, STEPHANIE | APPOINTED DEFENSE ATTORNEY | | 50787973 |
| ███ | DEFENDANT - CRIMINAL | | 03062898 |

## INACTIVE PARTIES
No inactive parties found.

## SETTINGS

| Date | Court Post Jdgm | Docket Type | Reason | Results | Defendant | Future Date | Comments | Attorney Appearance Indicator |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 8/17/2020 08:30 AM | 351 | Attorney Consultation Docket | Preliminary Assigned Court Appearance | Reset By Operation Of Law | Data Not Entered | 9/23/2020 12:00:00 AM | | Present |
| 12/15/2020 08:30 AM | 351 | Master Docket | Plea | Plea Guilty And Sentenced | Present | 1/1/0001 12:00:00 AM | | Present |
| 8/14/2020 07:00 AM | PCD | Motions Docket | Probable Cause Hearing | DEFENDANT NOT PRESENT | Data Unavailable | 1/1/0001 12:00:00 AM | | Absent |

## ALIASES

| Defendant Alias | True Name | Race | Sex | DOB | SPN# |
| --- | --- | --- | --- | --- | --- |
| ███ | Yes | W | F | ██/1974 | 03062898 |

## PAYMENT PLAN

**Total Due: $285.00    Total Paid: $285.00    Payoff Amt: $0.00    Past Due: $0.00    Judgment Date: 12/15/2020**

| ID | DUE | FEES | COSTS | Pmt No | DATE | LOCATION | TYPE | PAID | BALANCE | STATUS |
|---|---|---|---|---|---|---|---|---|---|---|

**Totals:**

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 93788235 | ATTORNEY - FEE EXPENSE CLAIM (DISTRICT) | | 01/05/2021 | 2 |
| 93193860 | SUBPOENA APPLICATION ATTACHMENT STATE | | 11/20/2020 | 2 |
| 93764812 | ATTORNEY FEE VOUCHER FILED - 304742 | | 01/04/2021 | 1 |
| -> 93764814 | EXHIBITS | | 01/04/2021 | 1 |
| 93525539 | Felony Plea of Guilty (Indict) | | 12/15/2020 | 11 |
| 93526039 | JUDGMENT | | 12/15/2020 | 4 |
| | JUDGMENT OF CONVICTION BY COURT-WAIVER OF JURY TRIAL | | 12/15/2020 | |
| 93018949 | MOTION TO DISMISS COURT APPOINTED ATTORNEY AND APPOINT NEW COUNSEL TO ACT ON BEHALF OF DEFENDANT | | 11/05/2020 | 3 |
| 93048517 | MOTION TO REDUCE BAIL | | 11/05/2020 | 2 |
| 93048518 | MOTION FOR PERSONAL BOND | | 11/05/2020 | 3 |
| 92801855 | CHARGING INSTRUMENT - FELONY INDICTMENT | | 10/26/2020 | 1 |
| 91814335 | APPOINTING COUNSEL | | 08/17/2020 | 1 |
| 91750349 | FINDING PREVIOUS ASSESSMENT FOR MI ID | | 08/15/2020 | 1 |
| 91729942 | ADDITIONAL ORDERS | | 08/14/2020 | 2 |
| | ADDITIONAL ORDERS | | 08/14/2020 | |
| | ADDITIONAL ORDERS | | 08/14/2020 | |
| | ADDITIONAL ORDERS | | 08/14/2020 | |
| | COMMITMENT ISSUED - FELONY | | 08/14/2020 | |
| | OTHER - PROBABLE CAUSE FOR FURTHER DETENTION | | 08/14/2020 | |
| 91740915 | FIRST EMERGENCY ORDER REGARDING THE COVID-19 STATE OF DISASTER | | 08/14/2020 | 1 |
| 91741120 | MOTION FOR SUFFICIENT BAIL | | 08/14/2020 | 3 |
| 91741341 | CHARGING INSTRUMENT - COMPLAINT | | 08/14/2020 | 1 |

| | | |
|---|---|---|
| THE STATE OF TEXAS<br>VS. | **03062898** | D.A. LOG NUMBER: **2663782**<br>CJIS TRACKING NO.: **9268137119A001** |
| ▓▓▓▓▓▓▓▓▓▓▓▓ | SPN:<br>DOB: **W F** ▓▓▓ **/1974**<br>DATE PREPARED: **8/14/2020** | BY: **ND**  DA NO: **2926460**<br>AGENCY:**HPD**<br>O/R NO: **106797320**<br>ARREST DATE: **08/13/2020** |

NCIC CODE: **1301 19**

RELATED CASES:

FELONY CHARGE: **Aggravated Assault**

CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:     **1686067**
FIRST SETTING DATE:                                        **351**

COURT ORDERED BAIL: **REFERRED TO (15.17)**
PRIOR CAUSE NO:
CHARGE SEQ NUM: 1

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Before me, the undersigned Assistant District Attorney of Harris County, Texas, this day appeared the undersigned affiant, who under oath says that he has good reason to believe and does believe that in Harris County, Texas, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, hereafter styled the Defendant, heretofore on or about **August 13, 2020**, did then and there unlawfully, intentionally and knowingly cause bodily injury to ▓▓▓▓▓▓▓▓, hereinafter called the Complainant, by striking the Complainant with a wooden board, and the Defendant used and exhibited a deadly weapon, namely a wooden board.

**F I L E D**
**Marilyn Burgess**
**District Clerk**

AUG 1 4 2020

Time: ____4:0▓____
Harris County, Texas

By _____
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Signed and sworn by me on __August 14, 2020__

__N. Donelson__

AFFIANT

Duly attested by me on __August 14, 2020__

__Jim L▓▓__

ASSISTANT DISTRICT ATTORNEY
OF HARRIS COUNTY, TEXAS
Bar No. __121 87900__

**COMPLAINT**

5

CAUSE NO. <u>168606701010</u>          SPN: <u>03062898</u>          DATE/TIME OF ARREST:<u>8/13/2020 06:24 PM</u>

THE STATE OF TEXAS                                    §          <u>IN THE 351st DISTRICT COURT</u>
v.                                                    §                                                              Pgs-2
█████████████████                                     §          HARRIS COUNTY, TEXAS
DOB:█████, 1974                                       §                                                              OTPC
                                                                                                                     (999-
─────────────────────────────────────────────────────────────────────────────                                      OTCMIF
**PROBABLE CAUSE FOR FURTHER DETENTION – PR BOND/BAIL ORDER (Defendant Not Present)**                                (999-
─────────────────────────────────────────────────────────────────────────────                                      ADDO
The Defendant is accused of <u>**2ND DEGREE FELONY**</u>, namely, <u>**AGG ASSAULT W/DEADLY WEAPON**</u>.            (998-
                                                                                                                     999)

**On this date and time, the Defendant was <u>not</u> present due to** ☐ medical condition  ☒ mental illness/IDD  ☐ other,
**therefore only Probable Cause and Bail were determined.**

# PROBABLE CAUSE FINDING AND ORDER

☐   The Court **FINDS** that probable cause for further detention **DOES NOT EXIST**. The Court **ORDERS** the law
     enforcement agency and officer having custody of the defendant to immediately release the defendant from
     custody.

☒   The Court **FINDS** that probable cause for further detention **EXISTS**. The Court **ORDERS** the defendant committed to
     the custody of the Sheriff of Harris County, Texas, until he posts the required bond or until further order of the
     Court.

☐   Probable cause previously determined. The Court **ORDERS** the defendant committed to the custody of the Sheriff of
     Harris County, Texas, until he posts the required bond or until further order of the Court.

     ☒     SEE NEXT PAGE FOR BAIL ORDER

<u>August 14, 2020 7:48 AM</u>          *Lisa M Porter*  1676089          ────────────────────
**Date and Time**                      **Magistrate (Judge or Hearing Officer)**          **Interpreter (if applicable)**

Magistrate **Lisa Porter** (SPN **01676089**)          (Rev. July 24, 2018)          Page 1 of 2

Unofficial Copy Office of Marilyn Burgess District Clerk

CAUSE NO. <u>168606701010</u>

---

**STATUTORY WARNINGS BY MAGISTRATE - PROBABLE CAUSE FOR FURTHER DETENTION – PR BOND/BAIL ORDER**

---

# PERSONAL BOND / BAIL ORDER

Having found probable cause exists for the further detention of ▮▮▮▮▮▮▮▮▮▮▮▮, the Court next determined the conditions of release for the accused to ensure he/she will appear and answer before the proper Court.

## PART 1: PUBLIC SAFETY ASSESSMENT

The Court considered the Public Safety Assessment results and also considered the following presumptive personal bond recommendation:

☐ Personal Bond Recommended
☐ Personal Bond **NOT** Recommended
☒ Personal Bond Recommendation referred to Magistrate
☐ PSA NOT available

## PART 2: PERSONAL BOND / BAIL REQUESTS

**Presumptive Bail Amount <u>$888,888.00</u>**

   **A.** **DISTRICT ATTORNEY PR BOND / BAIL REQUEST**
- Personal Bond ☐ Requested ☐ Opposed
  - ☐ No Position
- Bail Request ☐ No DA Bail Request
  - ☐ Higher _____
  - ☐ Lower _____
  - ☐ No Bail

## PART 3: FINANCIAL AFFIDAVIT

Signed and Sworn: ☐ Yes
                   ☒ No

# ORDER

After considering the above, the Court ORDERED the following:

**Bail is set at:** ☐ No Bail     ☒ $30,000.00 _____
                        ☐ Conditions

**Personal bond is:** ☒ Not Approved    <u>NLR, no holds // nvca=yes 3/2 // OOC history asslt fv 2018 // per PTS packet suicidal // hit cw in the head with a 2 x 4 board</u>
                   ☐ Approved ☐ Conditions

---

<u>August 14, 2020 7:48 AM</u>
**Date and Time**

*Lisa A Porter* 1676089
**Magistrate (Judge or Hearing Officer)**

_____
**Interpreter (if applicable)**

Magistrate **Lisa Porter** (SPN **01676089**)         (Rev. July 24, 2018)         Page 2 of 2

Unofficial Copy Office of Marilyn Burgess District Clerk

Received Pursuant to P.I.A. - 20 A8:35
Marilyn Burgess - District Clerk
Harris County

CAUSE NO: <u>168606701010</u>                    CHARGE <u>AGG ASSAULT W/DEADLY WEAPON</u>

THE STATE OF TEXAS                    §        351st DISTRICT COURT                    Pgs-1

V.                                    §        OF

‎                                     §        HARRIS COUNTY, TEXAS                    ATAC (999)

Defendant (SPN 03062898)

## ORDER APPOINTING COUNSEL

On this, the August 17, 2020, the Court finds (CHECK ONE)

☒        the DEFENDANT is indigent.

☐        the interests of justice require representation.

Therefore, the Court ORDERS that ☒ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC

DEFENDER'S OFFICE is appointed to represent the DEFENDANT named above in this cause.

Stephanie Martin
Attorney/Assistant Public Defender Assigned by HCPD          E-Mail Address

Address                                                      Phone Number

City              State        Zip                          Fax Number

50787973
SPN Number                                                  Bar Number

The Court further ORDERS the cause set for:   Arraignment

On the <u>Wednesday, September 23, 2020</u> at <u>8:30 am</u> before this Court at 1201 Franklin, Houston, Harris County, Texas.

Signed this August 20, 2020.

_____
GEORGE POWELL

**Judge Presiding**

☐  The State has offered or        ☐  The State and Defense agree as follows:

Defense Attorney _____        Prosecutor _____

Defendant/Witness Signature  X ____|  **DEFENDANT IN CUSTODY**  |____

_____

## FOR COURT STAFF ONLY

Reset by:    ☐ Court        ☐ Defense        ☐ Operation of Law        ☐ Prosecution
Reason for Reset:

☐ D.A. to Contact Complainant/Witness    ☐ Defense to Contact Witness        ☐ Not Indicted

☐ D.A. to Evaluate Case                  ☐ Disposition of Misd./OOC Case      ☐ Other

☐ D.A. to Reindict                       ☐ File Unavailable                   ☐ Refer to

☐ D.A. to file MRP/MAJ                    ☐ MHMRA Evaluation                   ☐ Restitution Info
                                             21 Day Full

☐ Defendant On Call                      ☐ No Tape/Lab                        ☐ To Hire Attorney

☐ Defendant to Consider Offer            ☐ No Offense Report

8

CAUSE NO. _16860670101 0_

| THE STATE OF TEXAS | X | IN THE _____ |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | X X X X | JUDICIAL DISTRICT COURT |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | X | _Harris_ COUNTY, TEXAS |

### MOTION TO DISMISS COURT APPOINTED ATTORNEY
### AND APPOINT NEW COUNSEL TO ACT ON BEHALF OF DEFENDANT

FILED
Marilyn Burgess
District Clerk
NOV 0 5 2020
Time: _11-5-2020_
Harris County, Texas
By _____

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ , defendant, in the above entitled and numbered cause, and moves the Court for an order to Dismiss the Defendant's Court Appointed Counsel of record and appoint a new counsel to act on behalf of the Defendant, and in support of this motion the Defendant show that:

I

The Defendant is presently represented in this cause by _Stephanie Martin_ , whom the Court appointed some _____3_____ months previous to the date of the filing of this motion.

II

That the aforesaid _Stephanie Martin_ has failed, and is continuing to fail, to provide Defendant with the reasonably effective assistance of counsel that he is entitled to, in that:

#### (LIST THOSE THAT APPLY)

(A) Counsel has had no contact with Defendant in the past months.

(B) Counsel has taken no affirmative action to preserve and to protect valu-

able rights of the Defendant.

(C) Defendant by way of and because of these actions has no faith and confi-

dence in aforesaid.

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging.

LL-010
Δ

9

**III.**

Defendant is not able to work with and place his trust in the aforesaid _Stephanie Martin_

**IV.**

    The Court should appoint a new Counsel to act in behalf of the Defendant in order that he /she is assured the reasonably effective assistance of counsel that he /she is entitled to.

    WHEREFORE, premises considered, defendnt prays that this Court dismiss _Stephanie_ ~~____~~ _Martin_ as Defendant's counsel and appoint a new counsel to act in behalf of Defendant.

    Respectfully submitted this the _____ day of _Oct_ , 20 _20_

                                                                        Defendant

"I,   **(INSERT NAME AND INMATE IDENTIFYING NUMBER FROM TEXAS DEPARTMENT OF CORRECTIONS OR COUNTY JAIL)** , being presently incarcerated in **(INSERT TEXAS DEPARTMENT OF CORRECTIONS UNIT NAME OR COUNTY JAIL NAME)** in _____ . County, Texas, declare under penalty of perjury that the foregoing is true and correct.

Executed on    _____                _____
                  **(DATE)**                                          **(SIGNATURE)**

ORDER

On this the_____ day of _____ , 20 ____ , came to be heard petitioner's motion, and it appears to this Court that it should be:

                          GANTED _____ .
                          DENIED _____ , and it is so
                          _____ ordered.

Unofficial Copy Office of Marilyn Burgess District Clerk

10



P3

**4**

CAUSE NO. 1686060701010

| | | |
|---|---|---|
| THE STATE OF TEXAS | X | IN THE ___351___ |
| | X | |
| vs | X | JUDICAL DISTRICT COURT |
| ▉▉▉▉▉▉▉▉▉ | X | Harris COUNTY, TEXAS |

*FILED MARILYN BURGESS DISTRICT CLERK HARRIS COUNTY TEXAS 2020 NOV -5 AM 10: 02 11-5-2020*

## MOTION FOR PERSONAL BOND

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, ▉▉▉▉▉▉▉▉▉▉▉ , defendant in the above entitled and numbered

cause, and would urge this Court to grant him a presonal bond in said cause, and the Defendant would show the

Court the following:

I

Defendant is confined in the Harris County Jail, by the Sheriff of said county, pursuant to a charge of

_Aggravated Assault_ a _____ degree felony.

~~w/deceatstate att~~

_w/deadly Weapon_

II

Defendant has been held in the Harris County Jail since _Aug 13_ ,20 _20_ , subject to a bond set in

the amount of $ _30,000_

III

Defendant has lived in Harris County for _1_ years, was residing at

and employed at __(NONE)__ at time of his arrest.

_Disabled_
_leagely Blind_
_& COPD_
_PROOF is in my_
_Property Here_

▉▉▉▉▉▉▉▉▉▉

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging.

LL004
Δ

IV

Defendant would list friends and relatives below that would lend support should he be released on bond.

[1] _____ (Brother)

[2] _____ (Daughter)

[3] _____ (Daughter)

WHEREFORE, defendant prays that he be brought before this Court to the end that he be released from confinement upon posting a personal bond, or that the bond heretofore set be reduced to $ _P₁ R Bond_ , an amount which defendant may make.

_or_

_G₁P Bond_

Respectfully submitted _____

_____
Defendant

03062898 - 4E2A

"I,   **(INSERT NAME AND INMATE IDENTIFYING NUMBER FROM TEXAS DEPARTMENT OF CORRECTIONS OR COUNTY JAIL)**,  being presently incarcerated in  **(INSERT TEXAS DEPARTMENT OF CORRECTIONS UNIT NAME OR COUNTY JAIL NAME)** in _____   _____

County, Texas, declare under penalty of perjury that the foregoing is true and correct.

Executed on   _____        _____
                          **(DATE)**                                                 **(SIGNATURE)**

ORDER

On this the _____ day of _____ , 20_____,  came to be heard, defendant's motion for personal bond, and after due consideration it is ordered that said motion is:

GRANTED _____ .

DENIED _____ ,and  it is

so ordered.

_____
JUDGE PRESIDING

13



U.S. POSTAGE ≫ PITNEY BOWES

$ 000.50⁰

ZIP 77002
02 4W
0000368784 NOV 03 2020

FILED
MARILYN BURGESS
DISTRICT CLERK
HARRIS ... TEXAS

2020 NOV -5 AM 10: 02

HARRIS COUNTY SHERIFF'S OFFICE JAIL

Name:

SPN: 03062898        Cell: 4E 2A

Street 1200 Baker St

HOUSTON, TEXAS 77002

aramark

INDIGENT

Harris County District Clerk

P.O. Box 4651

Houston, Texas 77210-4651

Copy of office of Marilyn Burgess District Clerk

**2**

P2

CAUSE NO. 1686067010101

THE STATE OF TEXAS                           X          IN THE _____351_____
                                             X
vs ███████████████████████████              X          JUDICIAL DISTRICT COURT
                                             X
                                             X          Harris COUNTY, TEXAS

### MOTION TO REDUCE BAIL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, ████████████████████ , defendant, moves this court to reduce bail in

the above-entitled cause, and in support of this motion shows:

I

Defendant is currently confined pursuant to an (**ALLEGE TYPE OF CHARGING INSTRUMENT, E.G.,**

**INDICTMENT**) charging the offense of (**ALLEGE OFFENSE**).

II

Defendant was arrested on Aug 13 , 20 20 , and bail was set in the amount of $ 30,000

The Defendant has been continuously confined since this date due to the Defendant's inability to post bail in this

amount.

III

The Defendant has now been confined for a period in excess of 90 days and the state is not ready for trial,

Pursuant to the provisions of Article 17.151 of the Code of Criminal Procedure, the bail must be reduced to an

amount the Defendant can post.

Unofficial Copy Office of Marilyn Burgess District Clerk

LL002
Δ

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging.

WHEREFORE, Defendant prays that the Court grant this motion and reduce bail in this cause to an amount no greater than $ _P_R_Bond_
_or_
_GP Bond_ ~~By~~ 2nd

Respectfully submitted this the _~~New~~_ day of _Nov_____, 20 _20_.

_03062898  4E2A_

Defendant

"I,  **(INSERT NAME AND INMATE IDENTIFYING NUMBER FROM TEXAS DEPARTMENT OF CORRECTIONS OR COUNTY JAIL)**, being presently incarcerated in **(INSERT TEXAS DEPARTMENT OF CORRECTIONS UNIT NAME OR COUNTY JAIL NAME)** in _____ County, Texas, declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____          _____

**(DATE)**                                                                **(SIGNATURE)**

**ORDER**

On this the _____ day of _____ , 20_____, came to be heard defendant's motion, and it appears to this court that it should be:

GRANTED_____ .

DENIED _____ , and it is

therefore ordered that the defendant be

release upon executing a bond in the amount

of $_____ .

_____

JUDGE PRESIDING



Drug-Free USA
FOREVER

NORTH HOUSTON TX 773

07 DEC 2020 PM 9 L

HARRIS COUNTY SHERIFF'S OFFICE JAIL

Name:

SPN: 03063898   Cell: 4E2A

Street 1200 Baker St

HOUSTON, TEXAS 77002

aramark

ATT: Krish Gabriel
Texas Jail Project
1310 Lovetta Rd #1330
Cypress Texas 77429

77429-515521

17

Dear Kish Gabriel,        Dec 6, 2020

    My name is ████████████,
I am writing to you
to let you know about
my story, I have
had Covid 19 two times
sinse ive been in Harris
County Jail, Also I have
been reset 5 times and
have had no contact with
a lawyer They say Stephanie
Martin is my lawyer,
but I have yet to
see anyone about my
case. I got here
on Aug 13, 2020, I put
in a motion to the
Clerks office to dismiss
Mrs Martin due to no
contact on the 5th of
Nov, plus 2 motions
on the 11th of Nov
for a bond reduction
and a P.R. Bond ⟶

with no word still
I cant change my
lawyer if I never
get a chance to
go to court, Also
the lady on my
case wrote a statement
for me that I never
did what Harris County
is accusing me of.
I sent a Proof to
mrs Martin just to
get reset again.

I'm at a lost
if I never get a
chance to go to
court to change
counsel or lower
my bond Now am
I ever going to
get a chance to
Prove im inosent?
Thank you

# 03062898

Freedom Project
LOL Co fisure —
Cell 45 2A

19



CAUSE NO. **168606701010**

Pgs-4

INCIDENT NO. /TRN: 9268137119A001

| | | | |
|---|---|---|---|
| THE STATE OF TEXAS | § | IN THE 351ST DISTRICT | DIJWJT |
| | § | | (999- |
| V. | § | COURT | DIJDG |
| | § | | (999) |
| ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | § | HARRIS COUNTY, TEXAS | |
| | § | | |
| STATE ID NO.:TX17210028 | § | | |

## JUDGMENT OF CONVICTION BY COURT—WAIVER OF JURY TRIAL

| | | | |
|---|---|---|---|
| Judge Presiding: | **GEORGE POWELL** | Date Sentence Imposed: | **12/15/2020** |
| Attorney for State: | **BELT, STEVEN** | Attorney for Defendant: | **MARTIN, STEPHANIE LYNN** |

Offense for which Defendant Convicted:
**ASSAULT-BODILY INJURY (131302)**

| Charging Instrument: | Statute for Offense: |
|---|---|
| **INDICTMENT** | |

| Date of Offense: | Plea to Offense: |
|---|---|
| **8/13/2020** | **GUILTY** |

| Degree of Offense: | Findings on Deadly Weapon: |
|---|---|
| **CLASS A MISDEMEANOR** | **N/A** |

Terms of Plea Bargain (if any): or ☐ Terms of Plea Bargain are attached and incorporated herein by this reference.
**123 DAYS HCJ, AGG ASSAULT W/DEADLY WEAPON REDUCED TO THE LESSER**
**Reduced from: 2ND DEGREE**

| 1st Enhancement | | Finding on 1st Enhancement | |
|---|---|---|---|
| Paragraph: | **N/A** | Paragraph: | **N/A** |
| 2nd Enhancement | | Finding on 2nd Enhancement | |
| Paragraph: | **N/A** | Paragraph: | **N/A** |

☐ **SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR N/A .**
(The document setting forth the conditions of community supervision is incorporated herein by this reference.)

| Punishment and Place of Confinement: | **123 DAYS COUNTY JAIL** | |
|---|---|---|

| DATE SENTENCE COMMENCES: (Date does not apply to confinement served as a condition of community supervision.) | **12/15/2020** | THIS SENTENCE SHALL RUN: | **CONCURRENT** |
|---|---|---|---|

| Fines: | Restitution: | Restitution Payable to: **N/A** |
|---|---|---|
| $ **N/A** | $ **N/A** | (See special finding or order of restitution which is incorporated herein by this reference.) |

| Court Costs: | Reimbursement Fees: | |
|---|---|---|
| $ **270.00** | $ **15.00** | |

☐ **Defendant is required to register as sex offender** in accordance with Chapter 62, Tex. Code Crim. Proc.

**(For sex offender registration purposes only)** The age of the victim at the time of the offense was N/A .

| Total Jail Time Credit: | If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below. | |
|---|---|---|
| | **125 DAYS** | NOTES: **TOWARD INCARCERATION, FINE, AND COSTS** |

Was the victim impact statement returned to the attorney representing the State? **N/A**

*(FOR STATE JAIL FELONY OFFENSES ONLY)* Is Defendant presumptively entitled to diligent participation credit in accordance with Article 42A.559, Tex. Code Crim. Proc.? **N/A**

This cause was called and the parties appeared. The State appeared by her District Attorney as named above.
**Counsel / Waiver of Counsel (select one)**

20

OCA Standard Judgment Form (Effective 01/01/2020)

Page 1 of 4

☒ Defendant appeared with counsel.
☐ Defendant appeared without counsel and knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.
☐ Defendant was tried in absentia.

      Both parties announced ready for trial.  Defendant waived the right of trial by jury and entered the plea indicated above. It appeared to the Court that Defendant was mentally competent to stand trial, made the plea freely and voluntarily, and was aware of the consequences of the plea.  The Court received the plea and entered it of record.  After hearing the evidence submitted, if any, the Court ADJUDGES Defendant GUILTY of the offense indicated above.  The Court FINDS that the Presentence Investigation, if so ordered, was done according to the applicable provisions of Subchapter F, Chapter 42A, Tex. Code Crim. Proc.

      Having been convicted of the offense designated above, the Court ORDERS Defendant punished in accordance with the Court's findings as to the proper punishment as indicated above, and after having conducted an inquiry into Defendant's ability to pay, as directed by Article 42.15, Code Crim. Proc., the Court ORDERS Defendant to pay the fine, court costs, reimbursement fees, and restitution as indicated above and further detailed below.

<u>Punishment Options</u> **(select one)**

☐ **Confinement in State Jail or Institutional Division.**  The Court ORDERS the authorized agent of the State of Texas or the County Sheriff to take and deliver Defendant to the Director of the Correctional Institutions Division, TDCJ, for placement in confinement in accordance with this judgment. The Court ORDERS Defendant remanded to the custody of the County Sheriff until the Sheriff can obey the directions in this paragraph. Upon release from confinement, the Court ORDERS Defendant to proceed without unnecessary delay to the District Clerk's office, or any other office designated by the Court or the Court's designee, to pay or to make arrangements to pay any fines, court costs, reimbursement fees, and restitution due.

☒ **County Jail—Confinement / Confinement in Lieu of Payment.**  The Court ORDERS Defendant committed to the custody of the County Sheriff immediately or on the date the sentence commences.  Defendant shall be confined in the county jail for the period indicated above.  Upon release from confinement, the Court ORDERS Defendant to proceed without unnecessary delay to the District Clerk's office, or any other office designated by the Court or the Court's designee, to pay or to make arrangements to pay any fines, court costs, reimbursement fees, and restitution due.

☐ **County Jail—State Jail Felony Conviction.**  Pursuant to §12.44(a), Tex. Penal Code, the Court FINDS that the ends of justice are best served by imposing confinement permissible as punishment for a Class A misdemeanor instead of a state jail felony. Accordingly, Defendant will serve punishment in the county jail as indicated above. The Court ORDERS Defendant committed to the custody of the County Sheriff immediately or on the date the sentence commences. Upon release from confinement, the Court ORDERS Defendant to proceed without unnecessary delay to the District Clerk's office, or any other office designated by the Court or the Court's designee, to pay or to make arrangements to pay any fines, court costs, reimbursement fees, and restitution due.

☐ **Fine Only Payment.**  The punishment assessed against Defendant is for a FINE ONLY.  The Court ORDERS Defendant to proceed immediately to the District Clerk's office, or any other office designated by the Court or the Court's designee, to pay or to make arrangements to pay the fine, court costs, reimbursement fees, and restitution ordered by the Court in this cause.

☐ **Confinement as a Condition of Community Supervision.** The Court ORDERS Defendant confined      days in        as a condition of community supervision. The period of confinement as a condition of community supervision starts when Defendant arrives at the designated facility, absent a special order to the contrary.

<u>Fines Imposed Include</u> **(check each fine and enter each amount as pronounced by the court):**

☐ General Fine (§12.32, 12.33, 12.34, or 12.35, Penal Code, Transp. Code, or other Code) $ _____ <small>(not to exceed $10,000)</small>
☐ Add'l Monthly Fine for Sex Offenders (Art. 42A.653, Code Crim. Proc.) $ As assessed as a Cond. CS <small>($5.00/per month of community supervision)</small>
☐ Child Abuse Prevention Fine (Art. 102.0186, Code Crim. Proc.) **$100**
☐ EMS, Trauma Fine (Art. 102.0185, Code Crim. Proc.) **$100**
☐ Family Violence Fine (Art. 42A.504 (b), Code Crim. Proc.) **$100**
☐ Juvenile Delinquency Prevention Fine (Art. 102.0171(a), Code Crim. Proc.) **$50**
☐ State Traffic Fine (§ 542.4031, Transp. Code) **$50**
☐ Children's Advocacy Center Fine - as Cond of CS (Art. 42A.455, Code Crim. Proc.) $ As assessed in Cond of CS <small>(not to exceed $50)</small>
☐ Repayment of Reward Fine (Art. 37.073/42.152, Code Crim. Proc.) $ _____ <small>(To Be Determined by the Court)</small>
☐ Repayment of Reward Fine - as Cond of CS (Art. 42A.301 (b) (20), Code Crim. Proc.) $ As assessed as a Cond. CS. <small>(not to exceed $50)</small>
☐ DWI Traffic Fine (a/k/a Misc. Traffic Fines) (§ 709.001, Transp. Code) $ _____ <small>(not to exceed $6,000)</small>

<u>Execution of Sentence</u>

The Court ORDERS Defendant's sentence EXECUTED.  The Court FINDS that Defendant is entitled to the jail time credit indicated above.  The attorney for the state, attorney for the defendant, the County Sheriff, and any other person having or who had custody of Defendant shall assist the clerk, or person responsible for completing this judgment, in calculating Defendant's credit for time served. All supporting documentation, if any, concerning Defendant's credit for time served is incorporated herein by this reference.

21

**Furthermore, the following special findings or orders apply:**

SEE THE ATTACHED FIREARM ADMONISHMENT

.

**Date Judgment Entered: December 15, 2020**

_X_ _____

GEORGE POWELL

JUDGE PRESIDING

Clerk: D SOLIZ

Notice of Appeal Filed: _

Mandate Received: _____   Type of Mandate: _____

After Mandate Received, Sentence to Begin Date is: _____

Jail Credit: _____DAYS

Thumbprint

Case Number: 1686067  Court:  351ST  Defendant: ██████████████████████

22

## WRITTEN ADMONITION ON INELIGIBILITY TO POSSESS FIREARM OR AMMUNITION

In accordance with Texas Administrative Code §176.1, the Court hereby admonishes you of the following:

1. You are, by entry of order or judgment, ineligible under Texas law to possess a firearm or ammunition.

2. Beginning now, if you possess a firearm or ammunition it could lead to charges against you. If you have questions about how long you will be ineligible to possess a firearm or ammunition, you should consult an attorney.

3. Under Texas Penal Code §46.01(3):

a. "**Firearm**" means any device designed, made, or adapted to expel a projectile through a barrel by using the energy generated by an explosion or burning substance or any device readily convertible to that use

b. "**Firearm**" does not include a firearm that may have, as an integral part, a folding knife blade or other characteristics of weapons made illegal by Penal Code Chapter 46 and that is (1) an antique or curio firearm manufactured before 1899 or (2) a replica of an antique or curio firearm manufactured before 1899 but only if the replica does not use rim fire or center fire ammunition.

The statutes listed below are a starting point for ineligibility to possess a firearm or ammunition. For more information about the laws that make you ineligible to possess a firearm or ammunition, or for more information on how long your ineligibility to possess a firearm or ammunition lasts, the Court recommends you contact an attorney.

• Code of Criminal Procedure Article 17.292 – Magistrate's Order for Emergency Protection

• Code of Criminal Procedure Article 42.0131 – Notice for Persons Convicted of Misdemeanors Involving Family Violence

• Penal Code §46.02 – Unlawful Carrying Weapons

• Penal Code §46.04 – Unlawful Possession of Firearm

• Penal Code §25.07 – Violation of Certain Court Orders or Conditions of Bond in a Family Violence, Child Abuse or Neglect, Sexual Assault or Abuse, Indecent Assault, Stalking, or Trafficking Case

• Family Code §85.026 – Warning on Protective Order

DATE: <u>12/15/2020</u>

DEFENDANT: ███████████████████

CASE NUMBER: 168606701010

DEFENDANT NAME: ███████████████

Filed 21 January 04 P3:09
Marilyn Burgess - District Clerk
Harris County
VIPS29028_304742
By: D WILLIS

County Auditor's Form 40-TRV
Harris County, TX (REV. 03/01/2019)

00304742

**ATTORNEY FEES EXPENSE CLAIM**
**DISTRICT COURTS-COURT APPEARANCE**
UNDER ARTICLE 26.05, CODE OF CRIMINAL PROCEDURE AS AMENDED

Pgs-2

| Court No. 351 | Defendant Name | Case Number(s) - Charge(s) 168606701010 - AGG ASSAULT W/DEADLY WEAPON | ATFEC (995) |
|---|---|---|---|

| **INDIVIDUAL CASE APPOINTMENT** | | No. of Court Days/Hours | Rate | Total (presumptive max) | Amount |
|---|---|---|---|---|---|
| **NON-TRIAL** | First Degree | | $255/day | $1275 | |
| | Second Degree | 1 | $205/day | $820 | $205.00 |
| | Third Degree, SJF, MRP/MAJ | | $155/day | $465 | |
| **TRIAL** | First Degree | | $550/day | | |
| | Second Degree | | $450/day | | |
| | Third Degree, SJF, MRP/MAJ | | $350/day | | |
| **OUT OF COURT HOURS** | First Degree | | $120/hour | $2400 | |
| | Second Degree | 1.2 | $95/hour | $1140 | $114.00 |
| | Third Degree, SJF, MRP/MAJ | | $75/hour | $750 | |
| **SPECIALTY COURT HOURS** | | | $75 - $120/hour | | |
| **INVESTIGATION HOURS** | | | $40/hour | $600/case | |
| **INVESTIGATION OTHER EXPENSES** | | | | | |
| **EXPERT** | | | | $650/case | |
| **BILINGUAL SUPPLEMENT** | | | $50/day | $250 | |
| **PRE-TRIAL HEARING WITH TESTIMONY & PSI HEARING** | | | $350/day | | |
| **OTHER** | | | | | |
| | | | | **TOTAL** | $319.00 |

Court Appearance(s) : (168606701010): 12/15/2020

**PERSONAL INFORMATION**

| Attorney Name MARTIN, STEPHANIE LYNN | Telephone Number | Bar Card Number 00787973 |
|---|---|---|

Mailing Address
PO BOX 270446  HOUSTON TX 77277

**CERTIFICATION**

I swear or affirm that the Harris County Auditor may rely upon the information contained in this ATTORNEY FEES EXPENSE CLAIM to make payment according to the fee schedule adopted by the Board of District Judges Trying Criminal Cases pursuant to Tex. Code Crim. P. art. 26.05.  I further swear or affirm that I have not received nor will I receive anything of value for representing the accused, except as otherwise disclosed to the Court in writing.

 /s/ MARTIN, STEPHANIE LYNN  Bar#  00787973
          Attorney at Law (Signature)

The above fees, including any fees which exceed the presumptive maximum fees set forth herein were reviewed by this court and determined to be both reasonable and necessary and are hereby approved for payment.

Signed:
Approved   1/5/2021
                    **Judge Presiding**

| **Court Number**<br>351 | **Defendant's Name**<br>█████████████████ | **County Auditor's Form 40-1LV**<br>**Harris County, TX  (4/06/2016)** |
|---|---|---|

## In Court Activities

| **Date** | **Event** | **Case** | **Setting Reason** |
|---|---|---|---|
| 12/15/2020 | NON-TRIAL Second Degree | 168606701010 | PLEA |

## Out of Court Activities

| **Date** | **Activity** | **Case** | **Duration** | **Description** |
|---|---|---|---|---|
| 09/03/2020 | Other | 168606701010 | 01:12 (HH:mm) | Open file. Review offense report and possible criminal convictions for complainant. |

**Total Out of Court Activities Hours:** 1.2

Unofficial Copy Office of Marilyn Burgess District Clerk