# EXHIBIT 11

**HCDistrictclerk.com**    The State of Texas vs. ██████████████    1/25/2021
(SPN: 02846137)
Cause: 158344801010    CDI: 3    Court: 262

## APPEALS
No Appeals found.

## RELATED CASES
No related cases found.

## HOLDS
No Holds found.

## WITNESS
No Witness found.

## SUMMARY

### CASE DETAILS

| | |
|---|---|
| File Date | 3/14/2018 |
| Case (Cause) Status | Active - CRIMINAL |
| Offense | ABAN/ENDANG CHILD W/INT TO RET |
| Last Instrument Filed | Motion To Adjudicate Guilt |
| Case Disposition | DADJ-061418 |
| Case Completion Date | 6/14/2018 |
| Defendant Status | NO ARREST |
| Bond Amount | $2,000.00 |
| Next/Last Setting Date | 2/4/2021 |

### DEFENDANT DETAILS

| | | | |
|---|---|---|---|
| Race/Sex | A / M | Height/Weight | 5'04 / 194 LBS |
| Eyes | BRO | Hair | BLK |
| Skin | FAR | Build | MED |
| DOB | ██/1997 | In Custody | Y (Locate) |
| US Citizen | YES | Place Of Birth | TX |
| Address | ████████████████ | | |
| Markings | | | |

### CURRENT PRESIDING JUDGE

| | |
|---|---|
| Court | 262nd |
| Address | 201 CAROLINE (Floor: 12)<br>HOUSTON, TX 77002<br>Phone:7137556961 |
| JudgeName | Lori Chambers Gray |
| Court Type | Criminal |

## BONDS

| Date | Type | Description | SNU |
|---|---|---|---|
| 03/14/2018 | BOND SET | $1000 SNU: 999 03/14/18 | |
| 03/15/2018 | BOND FILED | CRT 262 TIME 1150 TYPE PERSONAL PTR 06/14/18 | |
| 03/15/2018 | BOND MADE | AMT $1000 DATE 03/15/18 RCPT # 06/14/18 | |
| 03/15/2018 | BONDSMAN | PERSONAL BOND PTRL 06/14/18 | |

## ACTIVITIES

| Date | Type | Description | SNU/CFI |
|---|---|---|---|
| 12/07/2020 | SERVICE ACTIVITY | BY PLACING DEF IN JAIL ON 12/03/20 12/07/20 | |

1

| 12/07/2020 | RECEIPTED BY CLERK | 12/07/20 |
| | EXPIRE DATE | TIME EXPIRE: SNU: 998 12/03/20 |
| 12/04/2020 | ATTORNEY | POLLAND, GARY MICHAEL SNU: 998 12/04/20 |
| 12/04/2020 | ATTORNEY | AAT COURT 262 CFI 262 12/04/20 |
| 12/04/2020 | JUDGE | GRAY, LORI CHAMBERS PRESIDING 12/04/20 |
| 12/04/2020 | C87 ACTIVITY | BOND SET STATUS N CFI 262 SNU: 997 12/04/20 |
| 12/03/2020 | ACI/R/DFAG | TIME 1410 AMOUNT $0 SNU: 998 12/07/20 |
| 12/03/2020 | ACKNOWLEDGED BY SHERIFF | 12/07/20 |
| 12/03/2020 | MOTION TO ADJUDI | LAWV CFI 262 SNU: 999 12/03/20 |
| 12/03/2020 | PRECEPT/SERVE MAJ DATE RETURNED | HOW EXECUTED 12/03/20 |
| | DATE SERVED | 12/03/20 |
| 06/14/2018 | ORDER | DEFERRED ADJUDICATION OF GUILT SNU: 998 06/14/18 |
| 06/14/2018 | PENALTY | PROBATION 3 YEARS ENDING 06/13/21 06/14/18 |
| 06/14/2018 | OFFENSE | ABAN/ENDANG CHILD W/INT TO RET LEVEL FS 06/14/18 |
| 05/07/2018 | GRAND JURY ACTION | FIN 05/07/18 SNU: 999 05/07/18 |
| 05/07/2018 | GRAND JURY ACTION | ROTATION CRT 262 OFF FREQ BND $1000 05/07/18 |
| 05/07/2018 | GRAND JURY ACTION | OFFENSE ABAN/ENDANG CHILD W/INT LEVEL FS 05/07/18 |
| 05/07/2018 | ORI | HOUSTON POLICE DEPAR OFFENSE NO: 031887218 05/07/18 |
| 05/07/2018 | MOTIONS | INT DESTROY EVID SNU: 999 05/07/18 |
| 05/07/2018 | MOTIONS | FILED CFI 262 05/07/18 |
| 04/04/2018 | ATTORNEY | GOTTLIEB, DEBORAH A. SNU: 999 04/04/18 |
| 04/04/2018 | ATTORNEY | AAT COURT 262 CFI 262 04/04/18 |
| 04/04/2018 | JUDGE | BRADLEY, DENISE PRESIDING 04/04/18 |
| 03/15/2018 | CMIF | TIME 1054 AMOUNT $1000 SNU: 999 03/15/18 |
| 03/15/2018 | NOT ACKNOWLEDGED BY SHERIFF | 03/15/18 |
| 03/15/2018 | BOND FILED | CRT 262 TIME 1150 TYPE PERSONAL PTR 06/14/18 |
| 03/15/2018 | BOND MADE | AMT $1000 DATE 03/15/18 RCPT # 06/14/18 |
| 03/15/2018 | BONDSMAN | PERSONAL BOND PTRL 06/14/18 |
| 03/15/2018 | C87 ACTIVITY | BOND APP STATUS B CFI 262 SNU: 998 03/15/18 |
| 03/15/2018 | C87 TYPE OF BOND | PERSONAL PTR FOR $1000 03/15/18 |
| 03/15/2018 | C87 ACTIVITY | PCWAR DONE STATUS CFI 262 SNU: 999 03/15/18 |
| 03/15/2018 | ORDER | REQUESTED REPRESENTATION SNU: 999 03/15/18 |
| 03/15/2018 | OFFENSE | ABAN/ENDANG CHILD W/INT TO RET LEVEL FS 03/15/18 |
| 03/14/2018 | COMPLAINT FILED | 0730 262 ABAN/ENDANG CHILD W/INT LEVEL FS 03/14/18 |
| 03/14/2018 | BOND SET | $1000 SNU: 999 03/14/18 |
| 03/14/2018 | REVIEWED BY | SMITH, CASEY MACKENZIE 03/14/18 |
| 03/14/2018 | ORI | HOUSTON POLICE DEPAR OFFENSE NO: 031887218 03/14/18 |
| 03/14/2018 | COMPLAINANT | VILLARREAL, V 03/14/18 |

## BOOKINGS

| Arrest Date | Arrest Location | Booking Date |
|---|---|---|
| 3/13/2018 12:00:00 AM | | |
| 3/13/2018 3:45:00 PM | HCTY | 3/15/2018 6:46:00 AM |

## HOLDS

No holds found.

## CRIMINAL HISTORY

| Case(Cause)Nbr / Defendant Status | Filed / Booked | Ct | Defendant Status | Disposition | Bond Amt | Type of Action / Offense | Next Setting |
|---|---|---|---|---|---|---|---|
| **170044301010-3Active - CRIMINAL(A)** | 12/2/2020 \| 12/2/2020 | 262 | Bond Made(B) | | $5,000.00 | POSS CS PG 1 1 - 4 GRAMS (F) | 2/4/2021 |
| **230618901010-2Dismissed(D)** | 3/31/2020 \| 3/31/2020 | 6 | Disposed(D) | Dismissed(DISM)4/29/2020 | Refer to 15.17 Hearing | POSS CS PG 3 <28 GRAMS (M) | 4/29/2020 |
| **158344801010-3Active - CRIMINAL(A)** | 3/14/2018 \| 3/15/2018 | 262 | Warrant or Citation Issued(N) | DEFERRED ADJUDICATION OF GUILT (DADJ )6/14/2018 | $2,000.00 | ABAN/ENDANG CHILD W/INT TO RET (F) | 2/4/2021 |

## ACTIVE PARTIES

| Name | Connection | Post Jdgm | SPN # |
|---|---|---|---|
| GRAY, LORI CHAMBERS | JUDGE - CRIMINAL | | 58327400 |
| POLLAND, GARY MICHAEL | APPOINTED DEFENSE ATTORNEY | | 66095800 |
| BRADLEY, DENISE | JUDGE - CRIMINAL | | 56144050 |
| GOTTLIEB, DEBORAH A. | APPOINTED DEFENSE ATTORNEY | | 58231300 |
| PERSONAL BOND PTR | BAIL BONDSMAN | | 00002419 |
| TERRY KELLEY, TANYA LYNN | PUBLIC DEFENDER AT PC DOCKET | | 02523596 |
| | DEFENDANT - CRIMINAL | | 02846137 |

## INACTIVE PARTIES

No inactive parties found.

## SETTINGS

| Date | Court Post Jdgm | Docket Type | Reason | Results | Defendant | Future Date | Comments | Attorney Appearance Indicator |
|---|---|---|---|---|---|---|---|---|
| 3/15/2018 09:00 AM | 262 | Assigned Court | Preliminary Assigned Court Appearance | Reset By Court | Data Not Entered | 3/16/2018 12:00:00 AM | | Absent |
| 3/16/2018 09:00 AM | 262 | Assigned Court | Preliminary Assigned Court Appearance | Reset By Court | Data Not Entered | 3/19/2018 12:00:00 AM | | Absent |
| 3/19/2018 09:00 AM | 262 | Assigned Court | Preliminary Assigned Court Appearance | Reset By Operation Of Law | Data Not Entered | 4/4/2018 12:00:00 AM | | Absent |
| 4/04/2018 | 262 | Master | Arraignment | Reset Upon | Data Not | 5/7/2018 | | Present |

3

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 09:00 AM | | Docket | | Prosecutors Request | Entered | 12:00:00 AM | |
| 5/07/2018 09:00 AM | 262 | Master Docket | Arraignment | Reset Upon Defense Request | Data Not Entered | 6/7/2018 12:00:00 AM | Present |
| 6/14/2018 09:00 AM | 262 | Master Docket | Sentencing | Deferred Adjudication Granted | Data Not Entered | 1/1/0001 12:00:00 AM | Present |
| 12/04/2020 09:00 AM | 262 | Master Docket | Non-Trial Setting | Reset Upon Defense Request | Present | 2/4/2021 12:00:00 AM | Present |
| 2/04/2021 09:00 AM | 262 | Master Docket | Disposition | | Data Not Entered | 1/1/0001 12:00:00 AM | To Be Set |
| 3/15/2018 10:00 AM | PCD | Motions Docket | Probable Cause Hearing | PC FOUND AND WARNINGS GIVEN | Data Unavailable | 1/1/0001 12:00:00 AM | Absent |

## ALIASES

| Defendant Alias | True Name | Race | Sex | DOB | SPN# |
|---|---|---|---|---|---|
| ██████████████████ | Yes | A | M | ██/1997 | 02846137 |
| ██████████████████ | | A | M | ██/1997 | 02846137 |

## PAYMENT PLAN

**Total Due: $212.00    Total Paid: $0.00    Payoff Amt: $212.00    Past Due: $0.00    Judgment Date: 6/14/2018**

| ID | DUE | FEES | COSTS | Pmt No | DATE | LOCATION | TYPE | PAID | BALANCE | STATUS |
|---|---|---|---|---|---|---|---|---|---|---|

**Totals:**

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 93363963 | BOND SET | | 12/04/2020 | 1 |
| 93365669 | APPOINTING COUNSEL | | 12/04/2020 | 1 |
| 79576219 | SUBPOENA APPLICATION ATTACHMENT STATE | | 04/20/2018 | 1 |
| 79576220 | SUBPOENA APPLICATION ATTACHMENT STATE | | 04/20/2018 | 2 |
| 79576221 | SUBPOENA APPLICATION ATTACHMENT STATE | | 04/20/2018 | 1 |
| 79576222 | SUBPOENA APPLICATION ATTACHMENT STATE | | 04/20/2018 | 2 |
| 79576223 | SUBPOENA APPLICATION ATTACHMENT STATE | | 04/20/2018 | 1 |
| 79576225 | SUBPOENA APPLICATION ATTACHMENT STATE | | 04/20/2018 | 2 |
| 79576226 | SUBPOENA APPLICATION ATTACHMENT STATE | | 04/20/2018 | 1 |
| 79576227 | SUBPOENA APPLICATION ATTACHMENT STATE | | 04/20/2018 | 2 |
| 93346470 | OTHER-MOTION TO ADJUDICATE GUILT | | 12/03/2020 | 3 |
| 80367448 | DISPOSITION - DEFERRED ADJUDICATION | | 06/14/2018 | 5 |
| 80482355 | DISPOSITION - TRIAL COURT CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL | | 06/14/2018 | 15 |
| | TRIAL - DISCOVERY | | 05/07/2018 | |

| | TRIAL - RIGHT TO APPEAL | 05/07/2018 | |
| | ACKNOWLEDGMENT OF COMPLIANCE WITH ARTICLE 39.14 | 05/07/2018 | |
| | CHARGING INSTRUMENT - WAIVER OF FELONY INDICTMENT | 05/07/2018 | |
| | DISPOSED - PLEA AGREEMENT | 05/07/2018 | |
| | DISPOSED-PLEA ADMONISHMENT | 05/07/2018 | |
| 79871677 | CASE RESET FORM | 05/07/2018 | 1 |
| 80715166 | NOTICE OF INTENT TO DESTROY EVIDENCE (HAND DELIVERED) | 05/07/2018 | 1 |
| 79402674 | APPOINTING COUNSEL | 04/04/2018 | 1 |
| 79104608 | CASE RESET FORM | 03/19/2018 | 1 |
| 79040196 | PROBABLE CAUSE & STATUTORY WARNINGS | 03/15/2018 | 1 |
| 79074657 | COURT DIRECTIVE | 03/15/2018 | 1 |
| 79011245 | CHARGING INSTRUMENT - COMPLAINT | 03/14/2018 | 1 |
| 79048126 | PERSONAL PTR BOND | 03/15/2015 | 2 |

*1583448*

*262*

THE STATE OF TEXAS
VS.

████████████████████
████████████████

SPN: **02846137** ✓
DOB: **W M ███ /1997**
DATE PREPARED: **3/14/2018**

D.A. LOG NUMBER: **2426855**
CJIS TRACKING NO.: **9265982780A001**
BY: **SB** DA NO: **2764642**
AGENCY:**HPD**
O/R NO: **031887218**
ARREST DATE: **3/13/2018**

NCIC CODE: **3202 58**          RELATED CASES:

FELONY CHARGE: **ABANDONING CHILD**

CAUSE NO:
HARRIS COUNTY DISTRICT COURT NO:          **1583448**
FIRST SETTING DATE:                       **262**

BAIL: **$1000**
PRIOR CAUSE NO:
CHARGE SEQ NUM: **1**

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Before me, the undersigned Assistant District Attorney of Harris County, Texas, this day appeared the undersigned affiant, who under oath says that he has good reason to believe and does believe that in Harris County, Texas, ████████████████████████, hereafter styled the Defendant, heretofore on or about **March 13, 2018**, did then and there unlawfully, having custody, care and control of ██, a child younger than fifteen years of age and hereafter called the Complainant, intentionally abandon the Complainant at ██████████, under circumstances that exposed the Complainant to an unreasonable risk of harm, namely leaving the Complainant in a motor vehicle without reasonable supervision for approximately twenty-five minutes and with the intent to return for the Complainant, and the Defendant did not voluntarily deliver the Complainant to a designated emergency infant care provider under Section 262.302, Texas Family Code.

**F I L E D**
Chris Daniel
District Clerk

MAR 1 4 2018
Time: 07:30
Harris County, Texas
By_____
Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Sworn to and subscribed before me on  March 14, 2018

_____
AFFIANT

_____
ASSISTANT DISTRICT ATTORNEY
OF HARRIS COUNTY, TEXAS
Bar No. _____

**COMPLAINT**

Unofficial Copy Office of Marilyn Burgess District Clerk



CAUSE NO. <u>1583448</u>

| | |
|---|---|
| THE STATE OF TEXAS | IN THE <u>262</u> DISTRICT COURT |
| VS. | COUNTY CRIMINAL COURT AT |
| ▆▆▆▆▆▆▆▆▆<br>**(Name of Defendant)** | LAW NO. ____ |
| AKA _____ | OF HARRIS COUNTY. TEXAS |

### COURT DIRECTIVE: RELEASE DEFENDANT

BY THE ORDER OF THE COURT, the following activity occurred in the above styled and numbered cause:

☐  Indictment / Information / Complaint  DISMISSED.

☐  Indictment / Information  QUASHED.

☒  <u>PTR BOND $1000</u>

### THE SHERIFF OF HARRIS COUNTY IS DIRECTED TO RETURN CAPIAS AND RELEASE DEFENDANT FROM CUSTODY ON ABOVE STYLED AND NUMBERED CAUSE.

Witness my Hand and Seal of Office at Houston, Texas, on 03.15.2018.

CHRIS DANIEL
District Clerk, Harris County, Texas

By _____
Deputy

Pgs-5



**CASE NO. 158344801010**
INCIDENT NO./TRN: 9265982780A001

DIDADJ
(998)

| THE STATE OF TEXAS | § | IN THE 262ND DISTRICT |
|---|---|---|
| | § | |
| v. | § | COURT |
| | § | |
| ▓▓▓▓▓▓▓▓▓▓▓ | § | HARRIS COUNTY, TEXAS |
| | § | |
| STATE ID NO.: TX16633715 | § | |

## ORDER OF DEFERRED ADJUDICATION

| Judge Presiding: | HON. LESLIE YATES | Date Order Entered: | 06/14/2018 |
|---|---|---|---|
| Attorney for State: | M. PENEGUEY | Attorney for Defendant: | GOTTLIEB, DEBORAH |

Offense:
**ABAN/ENDANG CHILD W/INT TO RET**

| Charging Instrument: | Statute for Offense: |
|---|---|
| **INFORMATION** | **N/A** |

Date of Offense:
**03/13/2018**

| Degree of Offense: | Plea to Offense: | Findings on Deadly Weapon: |
|---|---|---|
| **STATE JAIL FELONY** | **GUILTY** | **N/A** |

Terms of Plea Bargain:
**3 YEARS DADJ**

| Plea to 1st Enhancement Paragraph: | **N/A** | Plea to 2nd Enhancement/Habitual Paragraph: | **N/A** |
|---|---|---|---|
| Findings on 1st Enhancement Paragraph: | **N/A** | Findings on 2nd Enhancement/Habitual Paragraph: | **N/A** |

### ADJUDICATION OF GUILT DEFERRED;
### DEFENDANT PLACED ON COMMUNITY SUPERVISION.

### PERIOD OF COMMUNITY SUPERVISION: 3 YEARS

| Fine: | Court Costs: | Restitution: | Restitution Payable to: |
|---|---|---|---|
| $ N/A | As Assessed | $ N/A | ☐ VICTIM (see below)    ☐ AGENCY/AGENT (see below) |

Sex Offender Registration Requirements do not apply to the Defendant. TEX. CODE CRIM. PROC. chapter 62

The age of the victim at the time of the offense was **N/A** .

| Time Credited: | **N/A DAYS** NOTES: N/A |
|---|---|

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

This cause was called for trial in **Harris County, Texas**. The State appeared by her District Attorney as named above.

**Counsel / Waiver of Counsel (select one)**

☒  Defendant appeared in person with Counsel.

☐  Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.

 Both parties announced ready for trial. Defendant waived the right of trial by jury and entered a plea as indicated above. The Court admonished the Defendant as required by law. It appeared to the Court that Defendant was mentally competent to stand trial, made the plea freely and voluntarily, and was aware of the consequences of this plea. The Court received the plea and entered it of record. Having heard the evidence

submitted, the Court FINDS such evidence substantiates Defendant's guilt. The Court FINDS that, in this cause, it is in the best interest of society and Defendant to defer proceedings without entering an adjudication of guilt and to place Defendant on community supervision.

The Court FINDS the Presentence Investigation, if so ordered, was done according to the applicable provisions of TEX. CODE CRIM. PROC. art. 42.12 § 9.

The Court ORDERS that Defendant is given credit noted above for the time spent incarcerated. The Court ORDERS Defendant to pay all fines, court costs, and restitution as indicated above.

The Court ORDERS that no judgment shall be entered at this time. The Court further ORDERS that Defendant be placed on community supervision for the adjudged period so long as Defendant abides by and does not violate the terms and conditions of community supervision. See TEX. CODE CRIM. PROC. art. 42.12 § 5(a).

The Court ORDERS that Defendant is given credit noted above on this sentence for the time spent incarcerated. The Court further ORDERS that if the defendant is convicted of two or more offenses in a single criminal action, that each cost or fee amount must be assessed using the highest category of offense. Tex. Code Crim. P. art. 102.073.

**Furthermore, the following special findings or orders apply:**

Signed and entered on 06/14/2018

X _Lessie B. Yates_

**LESLIE YATES**
JUDGE PRESIDING

Notice Appeal Filed:

Mandate Received:

Def. Received on  at  ☐AM ☐PM

By:, Deputy Sheriff of Harris County

Clerk: G MONTERO
Case: **158344801010**
Name: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Right Thumbprint

FIN (CAS 20.10):          EN/KR13:          LCBT:          LCBU:

## CONDITIONS OF COMMUNITY SUPERVISION

THE STATE OF TEXAS
VS.

███████████████████

IN THE 262nd DISTRICT COURT OF
HARRIS COUNTY, TEXAS
CAUSE NUMBER 158344801010

On this the 14th day of June, 2018, you are granted 3 Years community supervision for the **State Jail** felony offense of ABANDONING A CHILD in accordance with section 5 of Article 42.12, Texas Code of Criminal Procedure, in the 262nd District Court of Harris County, Texas, by the Honorable LESLIE YATES Judge Presiding. It is the order of this Court that you abide by the following Conditions of Community Supervision:

(1) Commit no offense against the laws of this or any other State or of the United States. You are to report any arrests within 24 hours.

(2) Not use, possess, or consume any illegal drug or prescription drug not currently prescribed to you by a medical professional. You shall bring all current prescription bottles to your Community Supervision Officer. If new medication is prescribed, you must bring the new prescription bottle by your next scheduled report date.

(3) Report to the Community Supervision Officer as directed for the remainder of the supervision term unless so ordered differently by the Court.

(4) Permit a Community Supervision Officer to visit you at your home, place of employment or elsewhere.

(5) Work at suitable employment and/or attend school full- time. Present either verification of employment or provide a log of all attempts to secure employment to your Community Supervision Officer as directed. You must notify HCCSCD of any change in your employment status by your next scheduled reporting date.

(6) Abide by the rules and regulations of the Harris County Community Supervision and Corrections Department (hereinafter referred to as HCCSCD).

(7) Remain within Harris County, Texas or any counties directly touching Harris County, Texas. You may not travel outside these locations unless you receive prior written permission from the Court through your Community Supervision Officer.

(8) Notify HCCSCD by your next report date of any change in residence.

(9) Submit a non- diluted, valid, unaltered sample for the purpose of alcohol/drug monitoring at the request of the HCCSCD.

(10) Participate in the HCCSCD Community Service Restitution Program (CSRP). You shall perform 120 hours as directed by HCCSCD CSRP policy. Hours must be completed 60 days prior to termination.

(11) Submit to a screening and/or assessment through HCCSCD Assessment Unit by 06/14/2018.

(12) Submit to an evaluation of your educational skill level by 08/14/2018. If it is determined that you have not attained the average skill of students who have completed the sixth grade in public schools in this State, you shall participate in a program that teaches functionally illiterate persons to read. If you are non- English speaking, you will participate in English as a Second Language (ESL) program, if it is determined there is a need in order for you to meet the state mandate beginning upon referral until successfully discharged or released by further order of the Court.

(13) Support your dependents as required by law. Provide your Community Supervision Officer with a certified copy of all court orders requiring payment of child support.

(14) Not ship, transport, possess, receive, or purchase a firearm, altered firearm, or ammunition, or attempt to ship, transport, possess, receive, or purchase a firearm, altered firearm, or ammunition.

(15) Pay the following fees through HCCSCD. All payments MUST be in the form of a Money Order, Cashier's Check or credit card. Credit card can be used to submit online payments at **http://www.go2gov.net/go/hccscd**. A $ 2.00 transaction fee will be charged by HCCSCD to process each payment.

15.1 Pay a Supervision Fee at the rate of **$ 60.00** per month for the duration of your community supervision beginning 09/14/2018 to HCCSCD.

## CONDITIONS OF COMMUNITY SUPERVISION

For: ████████████                                      Cause: <u>158344801010</u>

15.2   Pay a **$ 12.50** fee for an Offender Identification Card by <u>09/14/2018</u> to HCCSCD.

15.3   Pay a one- time fee of **$ 100.00** to HCCSCD for the purpose of screening and assessment.

15.4   Pay a Fine of **$ 0.00** and Court Costs at the rate of **$ 20.00** per month beginning <u>07/14/2018</u> to Harris County through HCCSCD. Court grants credit for <u>0</u> days served. <u>.</u>

15.5   Pay **$ 10.00** per month to cover expenses of drug testing.

15.6   Pay **$ 50.00 Restitution** at the rate of **$ 5.00** per **MONTH** beginning <u>08/14/2018</u> through HCCSCD to: **<u>Texas Children's Hospital- Radio Lollipop</u>**.

(16)   Not use, consume, or possess alcoholic beverages.

(17)   Attend the Education Program **<u>Effective Decision Making</u>** until successfully completed or as designated by the court.

(18)   Provide **proof of your High School Diploma, GED** or participation in a GED preparation program of demonstrated effectiveness beginning <u>11/14/2018</u>. Maintain acceptable attendance, behavior and performance according to the respective provider's program rules, regulations, guidelines and practices until successful completion of the GED, or discharge by further order of the Court. On each reporting date, submit written verification of your enrollment, attendance, progress and/or successful completion of the program to your Community Supervision Officer, to be retained in HCCSCD's file.

(19)   Attend the Education Program **<u>Parenting Class</u>** until successfully completed or as designated by the court.

11

**CONDITIONS OF COMMUNITY SUPERVISION**

For: ███████████████████████                                    Cause: <u>158344801010</u>

I understand that under the laws of this State, the Court shall determine the terms and conditions of Community Supervision, and may alter or modify said conditions during the period of Community Supervision. I further understand that failure to abide by these Conditions of Community Supervision may result in the revocation of Community Supervision or an adjudication of guilt.

Community Supervision expires the <u>13th</u> day of <u>June</u> A.D. <u>2021</u>

███████████████████

████████████████████ , DEFENDANT          <u>June 14, 2018</u>
                                          DATE

Signed this <u>14th</u> day of <u>June</u> A.D. <u>2018</u>

_LESLIE YATES, PRESIDING JUDGE_____

_JANIE J. HERNANDEZ, CLO/CSO OFFICER_          <u>June 14, 2018</u>
                                               DATE

SPN:   <u>02846137</u>

PLEA:  <u>GUILTY</u>



**Defendant's Right Thumbprint**

Filed 20 December 03 P2:13
Marilyn Burgess - District Clerk
Harris County

### CAUSE NUMBER <u>158344801010</u>

Pgs-3

**STATE OF TEXAS**                                    **IN THE 262ND DISTRICT COURT**
**VS.**                                                        **OF** MAJ
████████████████████████.                  **HARRIS COUNTY, TEXAS** (1001)

## MOTION TO ADJUDICATE GUILT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, THE STATE OF TEXAS, by and through the undersigned Assistant District Attorney and shows the Court heretofore on <u>14th day of June, 2018</u>, the Defendant herein entered a plea of <u>Guilty</u> for the <u>State Jail Felony</u> offense of <u>ABANDONING A CHILD</u>, and the Court after hearing the evidence introduced thereon and finding that it substantiates the Defendant's guilt, deferred entering an adjudication of guilt and placed the Defendant under the terms and conditions of Community Supervision for a period of <u>3 Years</u> in accordance with Section 5 of Article 42.12 of the Texas Code of Criminal Procedure.

Further, the State would show that the Court ordered the Defendant herein to abide by certain conditions of Community Supervision during the term of Community Supervision and among the conditions of Community Supervision ordered by the Court were the following conditions of Community Supervision.

**1.**     The State would further show the said Defendant did then and there violate terms and conditions of Community Supervision by:  Committing an offense against the State of Texas, to-wit; on or about December 2, 2020, in Harris County, State of Texas, ████████████ hereafter styled the Defendant, did then and there unlawfully commit the criminal offense of Possession of a Controlled Substance.

**2.**     The State would further show the said Defendant did then and there violate terms and conditions of Community Supervision by:  using, possessing, or consuming an illegal drug, to-wit; the Defendant  did use, possess, or consumed an illegal drug, specifically the defendant tested positive and confirmed on the following dates for the drugs specified: THC on December 5, 2018 and June 12, 2019

**11.**   The State would further show the said Defendant did then and there violate terms and conditions of Community Supervision by:  Failing to attend Intensive Outpatient Treatment/Supportive Outpatient treatment program until successfully completed.

**15.1** The State would further show the said Defendant did then and there violate terms and conditions of Community Supervision by:  Failing to pay supervision fee as directed by the Court and is $1452.00 in arrears as of 12/03/20.

**15.2** The State would further show the said Defendant did then and there violate terms and conditions of Community Supervision by:  Failing to pay Client Identification Card fee as directed by the Court and is $4.50 in arrears as of 12/03/20.

**15.4** The State would further show the said Defendant did then and there violate terms and conditions of Community Supervision by:  Failing to pay Court Costs as directed by the Court and is $212.00 in arrears as of 12/03/20.

**15.5** The State would further show the said Defendant did then and there violate terms and conditions of Community Supervision by:  Failing to pay a drug testing fee as directed by the Court and is $290.00 in arrears as of 12/03/20.

**Page** 2 **MOTION TO ADJUDICATE GUILT**
**THE STATE OF TEXAS VS.** ████████████████. **CAUSE NO. 158344801010**

19.   The State would further show the said Defendant did then and there violate terms and conditions of
Community Supervision by:  Failing to attend Parenting Class program until successfully completed

**Page** 3 **MOTION TO ADJUDICATE GUILT**
**THE STATE OF TEXAS VS.** ████████████████████. **CAUSE NO.** 158344801010

WHEREFORE, THE STATE PRAYS that Alias Capias issue and upon arrest that a hearing be given the Defendant and that on the final hearing an adjudication of guilt be entered.

_____    *SIGN*
ASSISTANT DISTRICT ATTORNEY
HARRIS COUNTY, TEXAS

MOTION GRANTED AS PRAYED FOR and the Clerk is hereby ORDERED to issue Alias Capias for arrest of the Defendant and that a copy of this Motion be served on the Defendant.

SIGNED THIS December 3, 2020

_____    *SIGN*
PRESIDING JUDGE

ATTEST                                    ACTION DIRECTED BY THE COURT
                                          ☒ A. FILE MOTION TO REVOKE
District Clerk                            ☐ B. NO ACTION DESIRED
Harris County, Texas                      ☐ C. HOLD PENDING

By: _____  *SIGN*
              (Deputy)


_____
Christian Ohanaja
Community Supervision Officer
DATE SUBMITTED: December 3, 2020

15

COURT DIRECTIVE C87 / BOND SET/MODIFICATION

CAUSE NO. 158344801010

T H E   S T A T E   O F   T E X A S                  IN THE 262nd DISTRICT COURT

VS.

OF HARRIS COUNTY, TEXAS

OFFENSE: ABAN/ENDANG CHILD W/INT TO RET

TO THE SHERIFF OF HARRIS COUNTY, TEXAS:   GREETINGS

BY ORDER OF THE COURT ON December 4, 2020, A.D.  THE FOLLOWING ACTION IS DIRECTED IN THE ABOVE STYLED AND NUMBERED CAUSE:

BOND  SET  TO $2000

Please select  THE COURT HAS ORDERED THE FOLLOWING BAIL OPTIONS:

CONDITIONS OF BOND: Please select

BAIL SET AS TO WITNESS ONLY:  SPN:          NAME:

NOTES TO SHERIFF:

WITNESS MY HAND AND SEAL OF OFFICE AT HOUSTON, TEXAS, THIS  December 04, 2020 11:30 AM

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

BY:

J MELTZER

SNU: 997

BOND SET

Office of Harris County District Clerk - Marilyn Burgess

**HCDistrictclerk.com**    The State of Texas vs. ███████████████████    1/25/2021
(SPN: 02846137)
Cause: 170044301010    CDI: 3    Court: 262

## APPEALS
No Appeals found.

## PAYMENT PLAN
No Payment Plan found.

## RELATED CASES
No related cases found.

## HOLDS
No Holds found.

## WITNESS
No Witness found.

## SUMMARY

### CASE DETAILS

| | |
|---|---|
| File Date | 12/2/2020 |
| Case (Cause) Status | Active - CRIMINAL |
| Offense | POSS CS PG 1 1 - 4 GRAMS |
| Last Instrument Filed | Complaint |
| Case Disposition | |
| Case Completion Date | 1/1/0001 |
| Defendant Status | BOND MADE |
| Bond Amount | $5,000.00 |
| Next/Last Setting Date | 2/4/2021 |

### DEFENDANT DETAILS

| | | | |
|---|---|---|---|
| **Race/Sex** | A / M | **Height/Weight** | 5'04 / 194 LBS |
| **Eyes** | BRO | **Hair** | BLK |
| **Skin** | FAR | **Build** | MED |
| **DOB** | ███/1997 | **In Custody** | Y (Locate) |
| **US Citizen** | YES | **Place Of Birth** | TX |
| **Address** | | ████████████ | |
| **Markings** | | | |

### CURRENT PRESIDING JUDGE

| | |
|---|---|
| **Court** | 262nd |
| **Address** | 201 CAROLINE (Floor: 12)<br>HOUSTON, TX 77002<br>Phone:7137556961 |
| **JudgeName** | Lori Chambers Gray |
| **Court Type** | Criminal |

## BONDS

| Date | Type | Description | SNU |
|---|---|---|---|
| 12/02/2020 | BOND SET | Refer to 15.17 Hearing SNU: 999 12/02/20 | |
| 12/03/2020 | BOND FILED | CRT 262 TIME 1844 TYPE PERSONAL PTR 12/03/20 | |
| 12/03/2020 | BOND MADE | AMT $5000 DATE 12/03/20 RCPT # 12/03/20 | |
| 12/03/2020 | BONDSMAN | PERSONAL BOND PTRL 12/03/20 | |

17

## ACTIVITIES

| Date | Type | Description | SNU/CFI |
|---|---|---|---|
| 12/04/2020 | ATTORNEY | POLLAND, GARY MICHAEL SNU: 999 12/04/20 | |
| 12/04/2020 | ATTORNEY | AAT COURT 262 CFI 262 12/04/20 | |
| 12/04/2020 | JUDGE | GRAY, LORI CHAMBERS PRESIDING 12/04/20 | |
| 12/03/2020 | BOND FILED | CRT 262 TIME 1844 TYPE PERSONAL PTR 12/03/20 | |
| 12/03/2020 | BOND MADE | AMT $5000 DATE 12/03/20 RCPT # 12/03/20 | |
| 12/03/2020 | BONDSMAN | PERSONAL BOND PTRL 12/03/20 | |
| 12/03/2020 | C87 ACTIVITY | BOND APP STATUS B CFI 262 SNU: 997 12/03/20 | |
| 12/03/2020 | C87 TYPE OF BOND | PERSONAL PTR FOR $5000 12/03/20 | |
| 12/03/2020 | C87 ACTIVITY | BOND SET STATUS B CFI 262 SNU: 998 12/03/20 | |
| 12/03/2020 | C87 ACTIVITY | PC FOUND STATUS CFI 262 SNU: 999 12/03/20 | |
| 12/03/2020 | C87 ACTIVITY | PROBABLE CAUSE FOUND 12/03/20 | |
| 12/03/2020 | ORDER | GRTD BND 5000 H/O JC SNU: 998 12/03/20 | |
| 12/03/2020 | OFFENSE | POSS CS PG 1 1 - 4 GRAMS LEVEL F3 12/03/20 | |
| 12/03/2020 | ORDER | PRETRIAL COURTESY SUPERVISION SNU: 999 12/03/20 | |
| 12/03/2020 | OFFENSE | POSS CS PG 1 1 - 4 GRAMS LEVEL F3 12/03/20 | |
| 12/02/2020 | COMPLAINT FILED | 2246 262 POSS CS PG 1 1 - 4 GRA LEVEL F3 12/02/20 | |
| 12/02/2020 | BOND SET | Refer to 15.17 Hearing SNU: 999 12/02/20 | |
| 12/02/2020 | REVIEWED BY | AINSWORTH, CHRISTOPHER JACOB 12/02/20 | |
| 12/02/2020 | ORI | CONSTABLE PCT 6 OFFENSE NO: 201200017 12/02/20 | |
| 12/02/2020 | COMPLAINANT | TORRES, CARLOS 12/02/20 | |
| 12/02/2020 | MOTIONS | PRETRIAL BOND COND SNU: 999 12/02/20 | |
| 12/02/2020 | MOTIONS | FILED CFI 262 12/02/20 | |

## BOOKINGS

| Arrest Date | Arrest Location | Booking Date |
|---|---|---|
| 12/2/2020 6:30:00 PM | 6600 | 12/2/2020 8:14:00 PM |

## HOLDS

No holds found.

## CRIMINAL HISTORY

| Case(Cause)Nbr / Defendant Status | Filed / Booked | Ct | Defendant Status | Disposition | Bond Amt | Type of Action / Offense | Next Setting |
|---|---|---|---|---|---|---|---|
| 170044301010-3Active - CRIMINAL(A) | 12/2/2020 \| 12/2/2020 | 262 | Bond Made(B) | | $5,000.00 | POSS CS PG 1 1 - 4 GRAMS (F) | 2/4/2021 |
| 230618901010-2Dismissed(D) | 3/31/2020 \| 3/31/2020 | 6 | Disposed(D) | Dismissed(DISM)4/29/2020 Refer to 15.17 Hearing | | POSS CS PG 3 <28 GRAMS (M) | 4/29/2020 |
| 158344801010-3Active - CRIMINAL(A) | 3/14/2018 \| 3/15/2018 | 262 | Warrant or Citation Issued(N) | DEFERRED ADJUDICATION OF GUILT (DADJ )6/14/2018 | $2,000.00 | ABAN/ENDANG CHILD W/INT TO RET (F) | 2/4/2021 |

## ACTIVE PARTIES

| Name | Connection | Post Jdgm | SPN # |
|------|-----------|-----------|-------|
| GRAY, LORI CHAMBERS | JUDGE - CRIMINAL | | 58327400 |
| POLLAND, GARY MICHAEL | APPOINTED DEFENSE ATTORNEY | | 66095800 |
| PERSONAL BOND PTRL | BAIL BONDSMAN | | 00002427 |
| ███████████ | DEFENDANT - CRIMINAL | | 02846137 |

## INACTIVE PARTIES

No inactive parties found.

## SETTINGS

| Date | Court Post Jdgm | Docket Type | Reason | Results | Defendant | Future Date | Comments | Attorney Appearance Indicator |
|------|-----------------|-------------|--------|---------|-----------|-------------|----------|-------------------------------|
| 12/04/2020 09:00 AM | 262 | Assigned Court | Preliminary Assigned Court Appearance | Reset By Operation Of Law | Data Not Entered | 2/4/2021 12:00:00 AM | | Present |
| 2/04/2021 09:00 AM | 262 | Master Docket | Arraignment | | Data Not Entered | 1/1/0001 12:00:00 AM | | To Be Set |
| 12/03/2020 01:00 PM | PCD | Motions Docket | Probable Cause Hearing | Bonded Before PC Docket | Data Unavailable | 1/1/0001 12:00:00 AM | | Absent |

## ALIASES

| Defendant Alias | True Name | Race | Sex | DOB | SPN# |
|-----------------|-----------|------|-----|-----|------|
| ███████████ | Yes | A | M | ██/1997 | 02846137 |
| ███████████ | | A | M | ██/1997 | 02846137 |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|--------|----------|-----------|------|-----|
| 93365461 | APPOINTING COUNSEL | | 12/04/2020 | 1 |
| 93353896 | PERSONAL PTR BOND | | 12/03/2020 | 1 |
| 93361452 | ORDER FOR SUPERVISION AND BOND CONDITIONS | | 12/03/2020 | 3 |
| 93332551 | CHARGING INSTRUMENT - COMPLAINT | | 12/02/2020 | 1 |
| -> 93332552 | FIRST EMERGENCY ORDER REGARDING THE COVID - 19 STATE OF DISASTER | | 12/02/2020 | 1 |
| 93332553 | STATE'S MOTION FOR BOND CONDITIONS | | 12/02/2020 | 4 |
| 93358543 | PROBABLE CAUSE & STATUTORY WARNINGS | | 12/01/2020 | 1 |

Filed 20 December 02 P10:46
Marilyn Burgess - District Clerk
Harris County
EA001_622461
By: BERNAL, JESSICA M

THE STATE OF TEXAS
VS.



|  |  |
|---|---|
| SPN: **02846137** | D.A. LOG NUMBER: **2693399** |
| DOB: **W M** ███ **/1997** | CJIS TRACKING NO.: **9268380846A001** |
| DATE PREPARED: **12/02/2020** | AGENCY: **CD6** |
|  | O/R NO: **201200017** |
|  | ARREST DATE: **12/02/2020** |

NCIC CODE: **5599 05**          RELATED CASES:

FELONY CHARGE: **POSSESSION OF A CONTROLLED SUBSTANCE**

CAUSE NO: **170044301010**                          COURT ORDERED BAIL: **Referred to (15.17)**
HARRIS COUNTY DISTRICT COURT NO: **262**          PRIOR CAUSE NO:
FIRST SETTING DATE: **12/4/2020**                    CHARGE SEQ NUM: **1**

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Before me, the undersigned Assistant District Attorney of Harris County, Texas, this day appeared the undersigned affiant, who under oath says that he has good reason to believe and does believe that in Harris County, Texas, ████████████████, hereafter styled the Defendant, heretofore on or about **December 2, 2020**, did then and there unlawfully, intentionally and knowingly possess a controlled substance, namely, Cocaine, weighing more than 1 gram and less than 4 grams by aggregate weight, including any adulterants and dilutants.

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Signed and sworn by me on  12/02/2020                          Duly attested by me on 12/02/2020

_Jennifer A. Delgado Leija_                               _Brian Foley_

Jennifer Delgado Leija                                    Brian Foley
AFFIANT                                                  Assistant District Attorney
                                                         Harris County District Attorney's Office
                                                         TBC No. 24073297
                                                         FOLEY_BRIAN@DAO.HCTX.NET

**COMPLAINT**

Unofficial Copy Office of Marilyn Burgess District Clerk

D.A. LOG NUMBER: **2693399**
DEFENDANT: ████████████

20

Page 1 of 1

Filed 20 December 03 P7:40
Marilyn Burgess - District Clerk
Harris County

## HARRIS COUNTY PRETRIAL SERVICES
1201 Franklin, 12th Floor
Houston, Texas 77002

Pgs-1

# **PERSONAL BOND**

BAPRBO
(1)

THE STATE OF TEXAS                                                                CAUSE NO. **170044301010**

KNOW ALL MEN BY THESE PRESENTS

COUNTY OF HARRIS                                                                      SPN NO.**02846137**

THAT I, ███████████████████ charged with the offense of a (3RD DEGREE FELONY), to wit,
POSS CS PG 1  1 - 4 GRAMS
am held and firmly bound unto the State of Texas in the penal sum stated below for the payment of which sum well and truly to be made, and in addition all necessary and reasonable fees and expenses that may be incurred by peace officers in re-arresting me in the event the conditions of this bond are violated, I do bind myself, my heirs, executors and administrators, jointly and severally by these presents.

THE CONDITIONS OF THE ABOVE OBLIGATIONS ARE THAT I swear that I will appear IN THE 262nd DISTRICT COURT at the Criminal Justice Center,
1201 FRANKLIN 15TH FLOOR Houston, Harris County, Texas, on Friday, December 04, 2020, at the hour of 09:30 AM or upon notice by the Court, or pay to the Court the principal sum of $5,000.00 plus all necessary and reasonable expenses incurred in any arrest for failure to appear.

I further swear that I will appear before any court or magistrate before whom this cause may hereinafter be pending at any time and place as may be required, I will comply with any court ordered release conditions, and I will comply with Pretrial Services' instructions relating to my release conditions or appearance in court.

Now if I shall well and truly make said appearance before said Court, and there remain from day to day and term to term of said Court, until discharged by due course of law, then and there to answer said accusation against me, and further shall well and truly make my personal appearance in any and all subsequent proceedings that may be had relative to said charge in the course of the criminal action based on said charge, this obligation shall become void; Otherwise to remain in full force and effect.

I further understand that all or part of the information collected in the defendant report may be available to law enforcement or criminal justice personnel, including, but not limited to, the Judge or Magistrate hearing the case, the District Attorney's Office, and the defense attorney of record in this cause.

Fee=$150   Waived ☐

Special Conditions of bond in effect:   YES

SWORN TO AND SUBSCRIBED BEFORE ME,

APPROVED December 03, 2020 12:19 PM                                    this December 3, 2020

_James McCallan #53651900_                                                  _Lamonica Jackson_

JUDGE jim callan   SPN 53651900          PERSONAL BOND OFFICE EMPLOYEE / PEACE OFFICER
                                                                          HARRIS COUNTY, TEXAS

═══════════════════════════════════════════════════════════════════════════
                            IDENTIFICATION INFORMATION

                                                                Driver's
Date of Birth: ███/1997       Place of Birth , TX              License # █████████
Height 504   Weight 194   Hair Color BLK   Eye Color   BRO     State: TX

DEFENDANT            Street Address
MAILING             ████████████           ████          ███████████
ADDRESS             City                    State         **Phone**
NEAREST RELATIVE                            DEFENDANT EMPLOYMENT INFORMATION
Name NONE                                   Name NONE
Street NONE                                 Address NONE
City/State NONE,NONE                        Phone
═══════════════════════════════════════════════════════════════════════════

Filed with DCO on 12/3/2020 at 18:45 PM  by: LJ
Defendant Notified JPC   HPD   HCJ   Non-Arrest

Unofficial Copy Office of Harris County Burgess District Clerk