# EXHIBIT 12

| HCDistrictclerk.com | The State of Texas vs. ▮▮▮▮▮▮▮▮ (SPN: 03071232) | 1/25/2021 |
|---|---|---|
| | Cause: 169523501010    CDI: 3    Court: 339 | |

## APPEALS
No Appeals found.

## PAYMENT PLAN
No Payment Plan found.

## RELATED CASES
No related cases found.

## HOLDS
No Holds found.

## WITNESS
No Witness found.

## SUMMARY

### CASE DETAILS
| | |
|---|---|
| **File Date** | 10/24/2020 |
| **Case (Cause) Status** | Active - CRIMINAL |
| **Offense** | ROBBERY-BODILY INJURY |
| **Last Instrument Filed** | Felony Indictment |
| **Case Disposition** | |
| **Case Completion Date** | 1/1/0001 |
| **Defendant Status** | JAIL |
| **Bond Amount** | $10,000.00 |
| **Next/Last Setting Date** | 3/17/2021 |

### DEFENDANT DETAILS
| | | | |
|---|---|---|---|
| **Race/Sex** | W / F | **Height/Weight** | 5'01 / 150 LBS |
| **Eyes** | BLU | **Hair** | RED |
| **Skin** | FAR | **Build** | MED |
| **DOB** | ▮▮/2003 | **In Custody** | Y (Locate) |
| **US Citizen** | YES | **Place Of Birth** | TX |
| **Address** | ▮▮▮▮▮▮▮▮▮▮▮▮▮ | | |
| **Markings** | | | |

### CURRENT PRESIDING JUDGE
| | |
|---|---|
| **Court** | 339th |
| **Address** | 201 CAROLINE (Floor: 15)<br>HOUSTON, TX 77002<br>Phone:7137557784 |
| **JudgeName** | Teiva Bell |
| **Court Type** | Criminal |

## BONDS

| Date | Type | Description | SNU |
|---|---|---|---|
| 10/24/2020 | BOND SET | $10000 SNU: 999 10/24/20 | |

## ACTIVITIES

| Date | Type | Description | SNU/CFI |
|---|---|---|---|
| 12/18/2020 | GRAND JURY ACTION | FID 12/18/20 G183 SNU: 999 12/18/20 | |
| 12/18/2020 | GRAND JURY ACTION | ROTATION CRT 339 OFF FREQ BND $10000 12/18/20 | |

| | | |
|---|---|---|
| 12/18/2020 | GRAND JURY ACTION | OFFENSE ROBBERY-BODILY INJURY LEVEL F2 12/18/20 |
| 12/18/2020 | ORI | BAYTOWN POLICE DEPAR OFFENSE NO: 202051785 12/18/20 |
| 12/18/2020 | PRECEPT/SERVE IND DATE RETURNED 12/28/20 | HOW EXECUTED E 12/28/20 |
| | DATE SERVED | 12/22/20 12/28/20 |
| 10/30/2020 | ORDER | REC'D MENTAL-INTEL INTERVIE SNU: 995 10/30/20 |
| 10/30/2020 | OFFENSE | ROBBERY-BODILY INJURY LEVEL F2 10/30/20 |
| 10/25/2020 | CMIF | TIME 0232 AMOUNT $10000 SNU: 999 10/25/20 |
| 10/25/2020 | NOT ACKNOWLEDGED BY SHERIFF | 10/25/20 |
| | EXPIRE DATE | TIME EXPIRE: SNU: 999 10/25/20 |
| 10/25/2020 | C87 ACTIVITY | IND ASMT H STATUS CFI 339 SNU: 998 10/25/20 |
| 10/25/2020 | C87 ACTIVITY | PCWAR DONE STATUS CFI 339 SNU: 999 10/25/20 |
| 10/25/2020 | ORDER | GRANT MENTAL-INTEL INTERVIE SNU: 996 10/25/20 |
| 10/25/2020 | OFFENSE | ROBBERY-BODILY INJURY LEVEL F2 10/25/20 |
| 10/25/2020 | ORDER | PRETRIAL COURTESY SUPERVISION SNU: 997 10/25/20 |
| 10/25/2020 | OFFENSE | ROBBERY-BODILY INJURY LEVEL F2 10/25/20 |
| 10/25/2020 | ORDER | FINANCIAL AFFIDAVIT FILED SNU: 998 10/25/20 |
| 10/25/2020 | OFFENSE | ROBBERY-BODILY INJURY LEVEL F2 10/25/20 |
| 10/25/2020 | ORDER | REQUESTED REPRESENTATION SNU: 999 10/25/20 |
| 10/25/2020 | OFFENSE | ROBBERY-BODILY INJURY LEVEL F2 10/25/20 |
| 10/24/2020 | COMPLAINT FILED | 1030 339 ROBBERY-BODILY INJURY LEVEL F2 10/24/20 |
| 10/24/2020 | BOND SET | $10000 SNU: 999 10/24/20 |
| 10/24/2020 | REVIEWED BY | SELLERGREN, MICK H ESQ. 10/24/20 |
| 10/24/2020 | ORI | BAYTOWN POLICE DEPAR OFFENSE NO: 202051785 10/24/20 |
| 10/24/2020 | COMPLAINANT | BROWN, THOMAS 10/24/20 |

## BOOKINGS

| Arrest Date | Arrest Location | Booking Date |
|---|---|---|
| 10/23/2020 11:45:00 AM | 300 W | 10/24/2020 5:36:00 PM |

## HOLDS

No holds found.

## CRIMINAL HISTORY

| Case(Cause)Nbr / Status | Defendant | Filed / Booked | Ct | Defendant Status | Disposition | Bond Amt | Type of Action / Offense | Next Setting |
|---|---|---|---|---|---|---|---|---|
| 169523501010-3 Active - CRIMINAL(A) | | 10/24/2020 / 10/24/2020 | 339 | JAIL(J) | | $10,000.00 | ROBBERY-BODILY INJURY (F) | 3/17/2021 |

## ACTIVE PARTIES

| Name | Connection | Post Jdgm | SPN # |
|---|---|---|---|
| HAMM, LANCE C | APPOINTED DEFENSE ATTORNEY | | 01854783 |

| | | |
|---|---|---|
| KAZIM, SAIF ALI | PUBLIC DEFENDER AT PC DOCKET | 02920251 |
| [redacted] | DEFENDANT - CRIMINAL | 03071232 |

## INACTIVE PARTIES

No inactive parties found.

## SETTINGS

| Date | Court | Post Jdgm | Docket Type | Reason | Results | Defendant | Future Date | Comments | Attorney Appearance Indicator |
|---|---|---|---|---|---|---|---|---|---|
| 10/26/2020 09:00 AM | 339 | | Assigned Court | Preliminary Assigned Court Appearance | Reset Upon Defense Request | Present | 1/8/2021 12:00:00 AM | | Present |
| 1/08/2021 09:00 AM | 339 | | Master Docket | Arraignment | Reset Upon Defense Request | Data Not Entered | 3/17/2021 12:00:00 AM | | Present |
| 3/17/2021 09:00 AM | 339 | | Master Docket | Disposition | | Data Not Entered | 1/1/0001 12:00:00 AM | | To Be Set |
| 10/25/2020 01:00 AM | PCD | | Motions Docket | Probable Cause Hearing | PC FOUND AND WARNINGS GIVEN | Data Unavailable | 1/1/0001 12:00:00 AM | | To Be Set |

## ALIASES

| Defendant Alias | True Name | Race | Sex | DOB | SPN# |
|---|---|---|---|---|---|
| [redacted] | Yes | W | F | [redacted]/2003 | 03071232 |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 93599456 | CHARGING INSTRUMENT - FELONY INDICTMENT | | 12/18/2020 | 1 |
| 92858496 | CASE RESET FORM | | 10/26/2020 | 1 |
| 92778195 | COMMITMENT ISSUED - FELONY | | 10/25/2020 | 3 |
| | FINANCIAL AFFIDAVIT FILED | | 10/25/2020 | |
| | IND ASMT HELD | | 10/25/2020 | |
| | PROBABLE CAUSE & STATUTORY WARNINGS | | 10/25/2020 | |
| | REQUESTED REPRESENTATION | | 10/25/2020 | |
| 92778207 | ORDER FOR SUPERVISION AND BOND CONDITIONS | | 10/25/2020 | 3 |
| 92779501 | CCP16.22 ORDER | | 10/25/2020 | 1 |
| 92779692 | MOTION FOR BOND CONDITIONS | | 10/25/2020 | 4 |
| 92778669 | CHARGING INSTRUMENT - COMPLAINT | | 10/24/2020 | 1 |
| 92778831 | FIRST EMERGENCY ORDER REGARDING THE COVID-19 STATE OF DISASTER | | 10/24/2020 | 1 |

235

339 Cope

03071232

| | | |
|---|---|---|
| THE STATE OF TEXAS VS. | **03071232** <br> SPN: <br> DOB: **W F** ▮/2003 <br> DATE PREPARED: **10/24/2020** | D.A. LOG NUMBER: **2682305** <br> CJIS TRACKING NO.: **9268290316A001** <br> BY: **PB**  DA NO: **2963459** <br> AGENCY: **BPD** <br> O/R NO: **202051785** <br> ARREST DATE: **10/23/2020** |

NCIC CODE: **1205 01**

RELATED CASES: **STEVENS, WILLIAM**

FELONY CHARGE: **ROBBERY**

| | | |
|---|---|---|
| CAUSE NO: <br> HARRIS COUNTY DISTRICT COURT NO: <br> FIRST SETTING DATE: | **1695235** <br> **339** | COURT ORDERED BAIL: **$10000** <br> PRIOR CAUSE NO: <br> CHARGE SEQ NUM: **1** |

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Before me, the undersigned Assistant District Attorney of Harris County, Texas, this day appeared the undersigned affiant, who under oath says that he has good reason to believe and does believe that in Harris County, Texas, ▮, hereafter styled the Defendant, heretofore on or about **October 23, 2020**, did then and there unlawfully, while in the course of committing theft of property owned by Steve Evans and with intent to obtain and maintain control of the property, intentionally, knowingly and recklessly cause bodily injury to Steve Evans, by striking the Complainant with her hand.

**FILED**
Marilyn Burgess
District Clerk
OCT 24 2020
Time: 10:30
Harris County, Texas
By: ▮ Deputy

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Signed and sworn by me on  October 24, 2020

_____
AFFIANT

Duly attested by me on October 24, 2020

_____
ASSISTANT DISTRICT ATTORNEY
OF HARRIS COUNTY, TEXAS
Bar No.

**COMPLAINT**
4

CAUSE NO. 169523501010    SPN: 03071232    DATE/TIME OF ARREST: 10/23/2020 11:45 AM

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 339th DISTRICT COURT |
| v. | § | |
| | § | HARRIS COUNTY, TEXAS |
| DOB: 2003 | | |

Pgs-3

OTRREP (999-
OTPCIH (998-
OTMSW (999-
OTFAF (998-
OTCMIF (999)

## STATUTORY WARNINGS BY MAGISTRATE - PROBABLE CAUSE FOR FURTHER DETENTION – PR BOND/BAIL ORDER

On this date and time the above-named defendant personally appeared before me, the undersigned Texas magistrate. The defendant appeared ☒ **in person** ☐ **by video teleconference** and I admonished the defendant as follows:

You are accused of **2ND DEGREE FELONY**, namely, **ROBBERY-BODILY INJURY**.

- You have the right to hire an attorney to represent you.
- You have the right to remain silent.
- You have the right to have an attorney present prior to and during any interview with peace officers or attorneys representing the state.
- You have the right to stop any interview at any time.
- You have the right to an examining trial in a felony offense.
- You are not required to make a statement and any statement you make can be used against you.
- You have the right to request the appointment of counsel if you cannot afford counsel.

**If you consent, I can appoint the Public Defender to represent you and describe evidence on your behalf in this bail hearing, regardless of whether you are indigent. If you request appointed counsel and are later found to be indigent, another lawyer would be appointed to represent you in any trial or plea on the charge(s) listed above.**

**Do you consent to allow an assistant public defender to represent you in this bail hearing, knowing that this lawyer will not continue to represent you when this hearing is over?** ☐ **NO** ☒ **YES**— Pursuant to Joint Administrative Order No. 2017-01, Assistant Public Defender Kazim, Seth _____ (print name) represented the Defendant in this bail hearing.

**Do you request the appointment of counsel to represent you in the county or district court if you are determined to be indigent?**
☐ **NO** ☒ **YES**— The Court **ORDERS** Pretrial Services to help the defendant, if still in custody, prepare the request and any supporting paperwork, and then forward the request to the judge of the court in which the case is pending within 24 hours.

---

**CONSULAR NOTIFICATION:** If you are a foreign national, you may be entitled to have us notify your country's consular representative here in the United States. If your country requires notification, we will notify it as soon as possible.

The accused is a: ☒ United States citizen ☐ foreign national of _____ (country).

☐ The accused requests notification of consular officials.

☐ **MANDATORY NOTIFICATION:** The clerk shall immediately alert the above country's consulate of this arrest.

**If you are a foreign national, please provide the following information:**

| Name (father's last / mother's last / first) | Date of Birth | Place of Birth |
|---|---|---|
| Passport Number | Date Issued | Place Issued |

---

## PROBABLE CAUSE FINDING AND ORDER

☐ The Court **FINDS** that probable cause for further detention **DOES NOT EXIST**. The Court **ORDERS** the law enforcement agency and officer having custody of the defendant to immediately release the defendant from custody.

☒ The Court **FINDS** that probable cause for further detention **EXISTS**. The Court reviewed and/or set the defendant's bond as indicated in the BAIL ORDER below and, in clear and unambiguous language: (1) advised the defendant of his rights pursuant to TEX. CODE CRIM. P. Art. 15.17; and (2) provided the defendant with information required by law. The Court **ORDERS** the defendant committed to the custody of the Sheriff of Harris County, Texas, until he posts the required bond or until further order of the Court.

☐ Probable cause previously determined. The Court ORDERS the defendant committed to the custody of the Sheriff of Harris County, Texas, until he posts the required bond or until further order of the Court.

☒ SEE NEXT PAGE FOR BAIL ORDER

_signature_ 02328033

October 25, 2020 2:32 AM
**Date and Time**    **Magistrate (Judge or Hearing Officer)**    **Interpreter (if applicable)**

Magistrate **Eva Flores** (SPN **02328033**)    (Rev. July 24, 2018)    Page 1 of 2

5

CAUSE NO. <u>169523501010</u>

**STATUTORY WARNINGS BY MAGISTRATE - PROBABLE CAUSE FOR FURTHER DETENTION – PR BOND/BAIL ORDER**

## PERSONAL BOND / BAIL ORDER

Having found probable cause exists for the further detention of ▮▮▮▮▮▮▮▮ the Court next determined the conditions of release for the accused to ensure he/she will appear and answer before the proper Court.

### PART 1: PUBLIC SAFETY ASSESSMENT

The Court considered the Public Safety Assessment results and also considered the following presumptive personal bond recommendation:

☐ Personal Bond Recommended
☒ Personal Bond **NOT** Recommended
☐ Personal Bond Recommendation referred to Magistrate
☐ PSA NOT available

### PART 2: PERSONAL BOND / BAIL REQUESTS

**Presumptive Bail Amount** $10,000.00

**A. DISTRICT ATTORNEY PR BOND / BAIL REQUEST**
- Personal Bond ☐ Requested ☒ Opposed ☐ No Position
- Bail Request ☐ No DA Bail Request
  ☒ Higher $50,000.00
  ☐ Lower _____
  ☐ No Bail

**B. PUBLIC DEFENDER PR BOND / BAIL REQUEST**
- Personal Bond ☒ Requested ☐ Opposed ☐ No Position
- Bail Request ☐ No PD Bail Request
  ☐ Higher _____
  ☒ Lower $3,000.00
  ☐ No Bail

### PART 3: FINANCIAL AFFIDAVIT

Signed and Sworn: ☒ Yes ☐ No

## ORDER

After considering the above, the Court (1) advised the defendant of his rights pursuant to TEX.CODE CRIM.P. ART 15.17; (2) set the defendant's conditions of release in clear and unambiguous language; and (3) provided the defendant with information required by law. The Court then ORDERED the following:

**Bail is set at:** ☐ No Bail ☒ $10,000.00
☒ Conditions

**Personal bond is:** ☒ Not Approved   No Harris County convictions or holds. Facts/circumstances of the case show D is a danger to the future safety of the community. Bond Conditions: No drugs/alcohol, RUA. Do not possess weapons, including firearms. No contact/communication w/ Co-actor(s) ▮▮▮▮▮▮▮ and ▮▮▮▮▮▮▮ No contact/communication w/State's Witness(es) ▮▮▮▮▮▮▮ Bond cond costs waived based on fin aff.

☐ Approved ☐ Conditions

The reasons for this individual assessment of the appropriate conditions of release were explained to the above-named Defendant.

October 25, 2020 2:32 AM          _[signature]_ 02328033

6

| Date and Time | Magistrate (Judge or Hearing Officer) | Interpreter (if applicable) |
|---|---|---|
| Magistrate **Eva Flores** (SPN **02328033**) | (Rev. July 24, 2018) | Page 2 of 2 |

Unofficial Copy Office of Marilyn Burgess District Clerk

CAUSE NO. 1695235         CHARGE AIC Agg giy/30 duly Injury

THE STATE OF TEXAS § 339 DISTRICT COURT

VS. § OF

§ HARRIS COUNTY, TEXAS

Defendant

## CASE RESET FORM

The undersigned Counsel hereby agrees this case is reset for

_____Avy_____ on __1/8/2021__ at __9:00__ a.m.

Type of Setting

_____        _____
Attorney for the State                   Defendant

☐ The State has offered:
                                         _____
                                         (Print) Attorney for Defendant

☐ The State and Defense agree as follows: 
                                         _____
                                         (Signature) Attorney for Defendant

Laura Whimm
                                         _____
                                         Address

                                         _____
                                         City          State         Zip

                                         _____
                                         Attorney Bar #    Attorney SPN #

Interpreter Requested: Yes or No         _____
Language: _____                Phone Number      Fax Number

For: _____Defendant _____Witness         _____
Estimated Length of Assignment: _____   Email Address

**FOR COURT STAFF USE ONLY**
Reset by  ☐ Court   ☐ Defense   ☐ Operation of Law   ☐ Prosecution

☐ Attorney not present           ☐ Defendant has new case          ☐ No Tape/Lab _____
☐ D.A. to contact complainant/witness  ☐ Defendant on call         ☐ Not indicted
☐ D.A. to evaluate case          ☐ Defendant to consider offer     ☐ Other _____
☐ D.A. to Reindict               ☐ Disposition of misd./OOC case   ☐ Refer to _____
☐ D.A. to file MAJ/MRP           ☐ File Unavailable                ☐ Restitution Info
☐ Defense to contact witness     ☐ MHMRA Evaluation                ☐ To hire Attorney
                                   ___21 Day ___Full

APPROVED BY THE COURT: _____    Date Signed: 10/26/2021

FILED Marilyn Burgess District Clerk OCT 26 2020 Time: __ By: __ Harris County, Texas Deputy

5/2/12

DISTRICT CLERK

P2

Release ONLY To: ▮
Contact #: ▮
Representative of: N/a
State DL/ID #: ▮
Date & Time: 1/29/2021 @ 10:00 AM

**HARRIS COUNTY PRETRIAL SERVICES**
1201 Franklin, 12th Floor
Houston, Texas 77002

## PERSONAL BOND

THE STATE OF TEXAS      CAUSE NO. **1695235**

KNOW ALL MEN BY THESE PRESENTS

COUNTY OF HARRIS     SPN NO. **03071232**

THAT I, ▮ charged with the offense of a (Misdemeanor / Felony), to wit, **Robbery-Bodily Injury**

am held and firmly bound unto the State of Texas in the penal sum stated below for the payment of which sum well and truly to be made, and in addition all necessary and reasonable fees and expenses that may be incurred by peace officers in re-arresting me in the event the conditions of this bond are violated, I do bind myself, my heirs, executors and administrators, jointly and severally by these presents.

THE CONDITIONS OF THE ABOVE OBLIGATIONS ARE THAT I swear that I will appear before the **339th District Court, 1201 Franklin St.** at the Criminal Justice Center, Houston, Harris County, Texas, on the **7th** of **April**, 20**21**, at the hour of **9:30** A.M./P.M. or upon notice by the Court, or pay to the Court the principal sum of $ **1000** plus all necessary and reasonable expenses incurred in any arrest for failure to appear.

I further swear that I will appear before any court or magistrate before whom this cause may hereinafter be pending at any time and place as may be required, I will comply with any court ordered release conditions, and I will comply with Pretrial Services' instructions relating to my release conditions or appearance in court.

Now if I shall well and truly make said appearance before said Court, and there remain from day to day and term to term of said Court, until discharged by due course of law, then and there to answer said accusation against me, and further shall well and truly make my personal appearance in any and all subsequent proceedings that may be had relative to said charge in the course of the criminal action based on said charge, this obligation shall become void; Otherwise to remain in full force and effect.

I further understand that all or part of the information collected in the defendant report may be available to law enforcement or criminal justice personnel, including, but not limited to, the Judge or Magistrate hearing the case, the District Attorney's Office, and the defense attorney of record in this cause.

Fee=$ **30**     Waived _____

Special Conditions of bond in effect: YES / NO

APPROVED _____

**02158677** JUDGE

**FILED** Marilyn Burgess District Clerk JAN 29 2021 Time: _____ By: _____ Deputy Harris County Texas

X _____ Signature of Defendant

SWORN TO AND SUBSCRIBED BEFORE ME, this **27th** day of **January**, 20**21**
PERSONAL BOND OFFICE EMPLOYEE
HARRIS COUNTY, TEXAS

### IDENTIFICATION INFORMATION

Date of Birth: **09/18/03**    Place of Birth: **Texas**    Driver's License #: **N/a**    State: _____
Height **5'03"**    Weight **183**    Hair Color **BLK**    Eye Color **BLN**

DEFENDANT MAILING ADDRESS: Street ▮ City ▮ State ▮ Phone ▮

DEFENDANT EMPLOYMENT INFORMATION
Name _____
Address **n/a**
Phone _____

NEAREST RELATIVE
Name ▮
Street ▮ **Same as ▮**
City/State ▮

Filed with **DC** on **1/29/2021** at **10:10** A.M./P.M. By: **YB**
Defendant Notified **YB**    HPD _____    HCJ _____    Non-Arrest **YB**

Rev 4/23/2007

9

```
                CAUSE NO.   169523501010
C87 D1 (COURT ORDER)              IN THE   339  DISTRICT COURT
                                      OF HARRIS COUNTY, TEXAS


T H E   S T A T E   O F   T E X A S
                VS.

[REDACTED]                         ROBBERY-BODILY INJURY


TO THE SHERIFF OF HARRIS COUNTY, TEXAS:       GREETINGS
    BY ORDER OF THE COURT ON THE 29 DAY OF JANUARY, A.D. 2021, THE
FOLLOWING ACTION IS DIRECTED IN THE ABOVE STYLED AND NUMBERED CAUSE:


COURT APPROVED PTR BOND IN THE AMOUNT OF $ 1000
RETURN CAPIAS AND RELEASE   DEFENDANT FROM YOUR OFFICIAL CUSTODY, AS
INDICATED BY ABOVE ACTIVITY


NOTES TO SHERIFF: DEF @ HCJ

WITNESS MY HAND AND SEAL OF OFFICE AT HOUSTON,  TEXAS, THIS 29 DAY OF
JANUARY, A.D. 2021 AT 10 : 09 O'CLOCK


                              MARILYN BURGESS, DISTRICT CLERK
INITIATING DEPUTY:            HARRIS COUNTY, TEXAS
YBARRA, YVETTE


                              BY _____
YH SNU:   994                                      DEPUTY
```

Release Only to: [REDACTED]
Contact # [REDACTED]
Representative of file
Date + Time: 1/29/21 @ 10am

10

HCDistrictclerk.com   The State of Texas vs. ▮▮▮▮▮▮▮▮ (SPN: 03071232)   2/2/2021
Cause: 169523501010   CDI: 3   Court: 339

## SETTINGS

| Date | Court Post Jdgm | Docket Type | Reason | Results | Defendant | Future Date | Comments | Attorney Appearance Indicator |
|---|---|---|---|---|---|---|---|---|
| 10/26/2020 09:00 AM | 339 | Assigned Court | Preliminary Assigned Court Appearance | Reset Upon Defense Request | Present | 1/8/2021 12:00:00 AM | | Present |
| 1/08/2021 09:00 AM | 339 | Master Docket | Arraignment | Reset Upon Defense Request | Data Not Entered | 3/17/2021 12:00:00 AM | | Present |
| 1/27/2021 09:00 AM | 339 | Master Docket | Disposition | Reset Upon Defense Request | Present | 4/7/2021 12:00:00 AM | | Present |
| 4/07/2021 09:00 AM | 339 | Master Docket | Disposition | | Data Not Entered | 1/1/0001 12:00:00 AM | | To Be Set |
| 10/25/2020 01:00 AM | PCD | Motions Docket | Probable Cause Hearing | PC FOUND AND WARNINGS GIVEN | Data Unavailable | 1/1/0001 12:00:00 AM | | To Be Set |