EXHIBIT 13

| HCDistrictclerk.com | The State of Texas vs. ▮▮▮▮▮▮ (SPN: 03069217) | 1/25/2021 |
|---|---|---|
| | Cause: 169291601010  CDI: 3  Court: 179 | |

## APPEALS
No Appeals found.

## PAYMENT PLAN
No Payment Plan found.

## HOLDS
No Holds found.

## WITNESS
No Witness found.

## SUMMARY

### CASE DETAILS

| | |
|---|---|
| File Date | 10/6/2020 |
| Case (Cause) Status | Active - CRIMINAL |
| Offense | AGG ASSAULT W/DEADLY WEAPON |
| Last Instrument Filed | Felony Indictment |
| Case Disposition | |
| Case Completion Date | 1/1/0001 |
| Defendant Status | JAIL |
| Bond Amount | $10,000.00 |
| Next/Last Setting Date | 2/23/2021 |

### DEFENDANT DETAILS

| | | | |
|---|---|---|---|
| Race/Sex | B / M | Height/Weight | 5'09 / 150 LBS |
| Eyes | BRO | Hair | BLK |
| Skin | | Build | |
| DOB | ▮▮/2003 | In Custody | Y (Locate) |
| US Citizen | NO | Place Of Birth | |
| Address | | | ▮▮▮▮▮▮ |
| Markings | | | |

### CURRENT PRESIDING JUDGE

| | |
|---|---|
| Court | 179th |
| Address | 201 CAROLINE (Floor: 11) HOUSTON, TX 77002 Phone:7137556341 |
| JudgeName | Ana Martinez |
| Court Type | Criminal |

## BONDS

| Date | Type | Description | SNU |
|---|---|---|---|
| 10/06/2020 | BOND SET | Refer to 15.17 Hearing SNU: 999 10/06/20 | |
| 11/09/2020 | ACI/BF | TIME 1313 AMOUNT $0 SNU: 998 12/04/20 | |
| 11/04/2020 | BOND FILED | CRT 179 TIME 0545 TYPE PERSONAL PTR 11/04/20 | |
| 11/04/2020 | BOND MADE | AMT $10000 DATE 11/04/20 RCPT # 11/04/20 | |
| 11/04/2020 | BONDSMAN | PERSONAL BOND PTRL 11/04/20 | |

## ACTIVITIES

| Date | Type | Description | SNU/CFI |
|---|---|---|---|
| 12/10/2020 | MOTIONS | FOR BOND CONDITIONS SNU: 997 12/10/20 | |

| Date | Type | Description |
|---|---|---|
| 12/10/2020 | MOTIONS | FILED CFI 179 12/10/20 |
| 12/09/2020 | GRAND JURY ACTION | FID 12/09/20 G185 SNU: 999 12/09/20 |
| 12/09/2020 | GRAND JURY ACTION | ROTATION CRT 179 OFF FREQ BND $10000 12/09/20 |
| 12/09/2020 | GRAND JURY ACTION | OFFENSE AGG ASSAULT W/DEADLY WEA LEVEL F2 12/09/20 |
| 12/09/2020 | ORI | HOUSTON POLICE DEPAR OFFENSE NO: 128718020 12/09/20 |
| 12/09/2020 | ATTORNEY | BUNDICK, CRAIG SNU: 999 12/09/20 |
| 12/09/2020 | ATTORNEY | AAT COURT 179 CFI 179 12/09/20 |
| 12/09/2020 | JUDGE | ROLL, RANDOLPH EARL PRESIDING 12/09/20 |
| 12/09/2020 | C87 ACTIVITY | BOND SET STATUS J CFI 179 SNU: 994 12/09/20 |
| 12/09/2020 | ORDER | MOTION FOR BOND CONDITIONS GRA SNU: 995 12/10/20 |
| 12/09/2020 | OFFENSE | AGG ASSAULT W/DEADLY WEAPON LEVEL F2 12/10/20 |
| 12/09/2020 | PRECEPT/SERVE IND DATE RETURNED 12/18/20 | HOW EXECUTED E 12/18/20 |
|  | DATE SERVED | 12/16/20 12/18/20 |
| 12/04/2020 | SERVICE ACTIVITY | BY PLACING DEF IN JAIL ON 12/02/20 12/04/20 |
| 12/04/2020 | RECEIPTED BY CLERK | 12/04/20 |
|  | EXPIRE DATE | TIME EXPIRE: SNU: 998 11/09/20 |
| 11/09/2020 | ACI/BF | TIME 1313 AMOUNT $0 SNU: 998 12/04/20 |
| 11/09/2020 | ACKNOWLEDGED BY SHERIFF | 12/04/20 |
| 11/09/2020 | SERVICE ACTIVITY | BY PLACING DEF IN JAIL ON 11/03/20 11/09/20 |
| 11/09/2020 | RECEIPTED BY CLERK | 11/09/20 |
|  | EXPIRE DATE | TIME EXPIRE: SNU: 999 10/07/20 |
| 11/04/2020 | BOND FILED | CRT 179 TIME 0545 TYPE PERSONAL PTR 11/04/20 |
| 11/04/2020 | BOND MADE | AMT $10000 DATE 11/04/20 RCPT # 11/04/20 |
| 11/04/2020 | BONDSMAN | PERSONAL BOND PTRL 11/04/20 |
| 11/04/2020 | C87 ACTIVITY | BOND APP STATUS B CFI 179 SNU: 995 11/04/20 |
| 11/04/2020 | C87 TYPE OF BOND | PERSONAL PTR FOR $10000 11/04/20 |
| 11/04/2020 | C87 ACTIVITY | BOND SET STATUS J CFI 179 SNU: 996 11/04/20 |
| 11/04/2020 | C87 ACTIVITY | IND ASMT H STATUS J CFI 179 SNU: 997 11/04/20 |
| 11/04/2020 | C87 ACTIVITY | WARN GIVEN STATUS J CFI 179 SNU: 998 11/04/20 |
| 11/04/2020 | ORDER | GRTN SET BAIL $10000 H/O AM SNU: 996 11/04/20 |
| 11/04/2020 | OFFENSE | AGG ASSAULT W/DEADLY WEAPON LEVEL F2 11/04/20 |
| 11/04/2020 | ORDER | PRETRIAL COURTESY SUPERVISION SNU: 997 11/04/20 |
| 11/04/2020 | OFFENSE | AGG ASSAULT W/DEADLY WEAPON LEVEL F2 11/04/20 |
| 11/04/2020 | ORDER | FINANCIAL AFFIDAVIT FILED SNU: 998 11/04/20 |
| 11/04/2020 | OFFENSE | AGG ASSAULT W/DEADLY WEAPON LEVEL F2 11/04/20 |
| 11/04/2020 | ORDER | REQUESTED REPRESENTATION SNU: 999 11/04/20 |
| 11/04/2020 | OFFENSE | AGG ASSAULT W/DEADLY WEAPON LEVEL F2 11/04/20 |
| 10/07/2020 | WARI | TIME 0454 AMOUNT Refer to 15.17 Hearing SNU: 999 11/09/20 |
| 10/07/2020 | ACKNOWLEDGED BY SHERIFF | 11/09/20 |
| 10/07/2020 | C87 ACTIVITY | PC FOUND STATUS CFI 179 SNU: 999 10/07/20 |

| Date | Action | Details |
|---|---|---|
| 10/07/2020 | C87 ACTIVITY | PROBABLE CAUSE FOUND 10/07/20 |
| 10/06/2020 | COMPLAINT FILED | 1500 179 AGG ASSAULT W/DEADLY WE LEVEL F2 10/06/20 |
| 10/06/2020 | BOND SET | Refer to 15.17 Hearing SNU: 999 10/06/20 |
| 10/06/2020 | REVIEWED BY | KURZAC, ANDREA J. 10/06/20 |
| 10/06/2020 | ORI | HOUSTON POLICE DEPAR OFFENSE NO: 128718020 10/06/20 |
| 10/06/2020 | COMPLAINANT | APONTE, N E 10/06/20 |
| 10/06/2020 | MOTIONS | S/M RES SUF BND SNU: 999 10/06/20 |
| 10/06/2020 | MOTIONS | FILED CFI 179 10/06/20 |
| 10/06/2020 | MOTIONS | S/M BND CND SNU: 998 10/06/20 |
| 10/06/2020 | MOTIONS | FILED CFI 179 10/06/20 |

## BOOKINGS

| Arrest Date | Arrest Location | Booking Date |
|---|---|---|
| 12/2/2020 9:00:00 AM | 1200 | 12/2/2020 3:26:00 PM |
| 11/3/2020 7:22:00 PM | 7705 | 11/3/2020 9:11:00 PM |

## HOLDS

No holds found.

## CRIMINAL HISTORY

| Case(Cause)Nbr / Status | Defendant | Filed / Booked | Ct | Defendant Status | Disposition | Bond Amt | Type of Action / Offense | Next Setting |
|---|---|---|---|---|---|---|---|---|
| **16929160101A-5 Active - CRIMINAL(A)** | | 11/10/2020 | 179 | Warrant or Citation Issued(N) | | $10,000.00 | | |
| **169291601010-3 Active - CRIMINAL(A)** | | 10/6/2020 / 12/2/2020 | 179 | JAIL(J) | | $10,000.00 | AGG ASSAULT W/DEADLY WEAPON (F) | 2/23/2021 |

## ACTIVE PARTIES

| Name | Connection | Post Jdgm | SPN # |
|---|---|---|---|
| ROLL, RANDOLPH EARL | JUDGE - CRIMINAL | | 67212375 |
| BUNDICK, CRAIG | APPOINTED DEFENSE ATTORNEY | | 50796032 |
| HUNDEMER, JOHN ROBERT JR. | PUBLIC DEFENDER AT PC DOCKET | | 02828593 |
| PERSONAL BOND PTRL | BAIL BONDSMAN | | 00002426 |
| | DEFENDANT - CRIMINAL | | 03069217 |

## INACTIVE PARTIES

No inactive parties found.

## SETTINGS

| Date | Court | Post Jdgm | Docket Type | Reason | Results | Defendant | Future Date | Comments | Attorney Appearance Indicator |
|---|---|---|---|---|---|---|---|---|---|
| 10/08/2020 | 179 | | Assigned | Preliminary | Probable | Data Not | 1/1/0001 | | Absent |

| Date | Court | Docket Type | Event | Result | Next Date | Next Result |
|---|---|---|---|---|---|---|
| 09:00 AM | | Court Appearance | Assigned Court Appearance | Cause - No Arrest Entered | 12:00:00 AM | |
| 11/06/2020 09:00 AM | 179 | Assigned Court | Preliminary Assigned Court Appearance | Reset By Court | 11/9/2020 12:00:00 AM | Absent |
| 11/09/2020 09:00 AM | 179 | Assigned Court | Preliminary Assigned Court Appearance | Bond Forfeiture Alias Capias Issued | 1/1/0001 12:00:00 AM | Absent |
| 12/08/2020 09:00 AM | 179 | Master Docket | Arraignment | Reset By Court | 12/9/2020 12:00:00 AM | Absent |
| 12/09/2020 09:00 AM | 179 | Master Docket | Arraignment | Reset By Agreement Of Both Parties | 2/23/2021 12:00:00 AM | Present |
| 2/23/2021 09:00 AM | 179 | Master Docket | Arraignment | Data Not Entered | 1/1/0001 12:00:00 AM | To Be Set |
| 11/04/2020 04:00 AM | PCD | Motions Docket | Probable Cause Hearing | Warnings Given | 1/1/0001 12:00:00 AM | To Be Set |

## RELATED CASES

| Case (Cause) Number | Style | Filed | Court | Offense |
|---|---|---|---|---|
| 16929160101A | The State of Texas vs. ▮ | 11/10/2020 | | 179 |

## ALIASES

| Defendant Alias | True Name | Race | Sex | DOB | SPN# |
|---|---|---|---|---|---|
| ▮ | Yes | B | M | ▮/2003 | 03069217 |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 93432535 | BOND SET | | 12/09/2020 | 1 |
| 93451633 | APPOINTING COUNSEL | | 12/09/2020 | 1 |
| 93452778 | CHARGING INSTRUMENT - FELONY INDICTMENT | | 12/09/2020 | 1 |
| 93454720 | ADDITIONAL ORDERS | | 12/09/2020 | 2 |
| | STATE'S MOTION FOR BOND CONDITIONS | | 12/09/2020 | |
| 92926098 | ADDITIONAL ORDERS | | 11/04/2020 | 2 |
| | FINANCIAL AFFIDAVIT FILED | | 11/04/2020 | |
| | IND ASMT HELD | | 11/04/2020 | |
| | ORDER TO SET BAIL | | 11/04/2020 | |
| | REQUESTED REPRESENTATION | | 11/04/2020 | |
| | STATUTORY WARNINGS GIVEN | | 11/04/2020 | |
| 92926871 | ORDER FOR SUPERVISION AND BOND CONDITIONS | | 11/04/2020 | 3 |
| 92927237 | PERSONAL PTR BOND | | 11/04/2020 | 1 |
| 92498459 | FIRST EMERGENCY ORDER REGARDING THE COVID-19 STATE OF DISASTER | | 10/06/2020 | 1 |

| | | | |
|---|---|---|---|
| 92498548 | STATE'S MOTION FOR BOND CONDITIONS | 10/06/2020 | 2 |
| 92498562 | STATE'S MOTION FOR REASONABLE, SUFFICIENT BOND | 10/06/2020 | 2 |
| 92498900 | CHARGING INSTRUMENT - COMPLAINT | 10/06/2020 | 2 |

CAUSE NO. **169291601010**   SPN: **03069217**   DATE/TIME OF ARREST: **11/3/2020 07:22 PM**

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | |
| v. | § | IN THE 179th DISTRICT COURT |
| ▇▇▇▇▇ | § | HARRIS COUNTY, TEXAS |
| DOB: ▇▇▇, 2003 | | |

Pgs-2

OTSWG (998-
OTRREP (999-
OTPCIH (997-
OTFAF (998-
BABSET (001-
ADDO (996)

## STATUTORY WARNINGS BY MAGISTRATE - PROBABLE CAUSE FOR FURTHER DETENTION – PR BOND/BAIL ORDER

On this date and time the above-named defendant personally appeared before me, the undersigned Texas magistrate. The defendant appeared ☒ **in person** ☐ **by video teleconference** and I admonished the defendant as follows:

You are accused of **2ND DEGREE FELONY**, namely, **AGG ASSAULT W/DEADLY WEAPON**.

- You have the right to hire an attorney to represent you.
- You have the right to remain silent.
- You have the right to have an attorney present prior to and during any interview with peace officers or attorneys representing the state.
- You have the right to stop any interview at any time.
- You have the right to an examining trial in a felony offense.
- You are not required to make a statement and any statement you make can be used against you.
- You have the right to request the appointment of counsel if you cannot afford counsel.

**If you consent, I can appoint the Public Defender to represent you and describe evidence on your behalf in this bail hearing regardless of whether you are indigent. If you request appointed counsel and are later found to be indigent, another lawyer would be appointed to represent you in any trial or plea on the charge(s) listed above.**

**Do you consent to allow an assistant public defender to represent you in this bail hearing, knowing that this lawyer will not continue to represent you when this hearing is over?**   ☐ **NO**   ☒ **YES**— Pursuant to Joint Administrative Order No. 2017-01, Assistant Public Defender **Hundemer, Robert** (print name) represented the Defendant in this bail hearing.

**Do you request the appointment of counsel to represent you in the county or district court if you are determined to be indigent?**
☐ **NO**   ☒ **YES**— The Court **ORDERS** Pretrial Services to help the defendant, if still in custody, prepare the request and any supporting paperwork, and then forward the request to the judge of the court in which the case is pending within 24 hours.

---

**CONSULAR NOTIFICATION:** If you are a foreign national, you may be entitled to have us notify your country's consular representative here in the United States. If your country requires notification, we will notify it as soon as possible.

The accused is a:   ☒ United States citizen   ☐ foreign national of _____ (country).

☐ The accused requests notification of consular officials.

☐ **MANDATORY NOTIFICATION:** The clerk shall immediately alert the above country's consulate of this arrest.

If you are a foreign national, please provide the following information:

| Name (father's last / mother's last / first) | Date of Birth | Place of Birth |
|---|---|---|
| Passport Number | Date Issued | Place Issued |

---

## PROBABLE CAUSE FINDING AND ORDER

☐ The Court **FINDS** that probable cause for further detention **DOES NOT EXIST**. The Court **ORDERS** the law enforcement agency and officer having custody of the defendant to immediately release the defendant from custody.

☐ The Court **FINDS** that probable cause for further detention **EXISTS**. The Court reviewed and/or set the defendant's bond as indicated in the BAIL ORDER below and, in clear and unambiguous language: (1) advised the defendant of his rights pursuant to TEX. CODE CRIM. P. Art. 15.17; and (2) provided the defendant with information required by law. The Court **ORDERS** the defendant committed to the custody of the Sheriff of Harris County, Texas, until he posts the required bond or until further order of the Court.

☒ Probable cause previously determined. The Court ORDERS the defendant committed to the custody of the Sheriff of Harris County, Texas, until he posts the required bond or until further order of the Court.

☒ SEE NEXT PAGE FOR BAIL ORDER

| November 04, 2020 5:40 AM | *Andrew D. Martin* | |
|---|---|---|
| **Date and Time** | **Magistrate (Judge or Hearing Officer)** | **Interpreter (if applicable)** |

Magistrate **Andrew_Martin** (SPN **01604146**)   (Rev. July 24, 2018)   Page 1 of 2

6

**STATUTORY WARNINGS BY MAGISTRATE - PROBABLE CAUSE FOR FURTHER DETENTION – PR BOND/BAIL ORDER**

# PERSONAL BOND / BAIL ORDER

Having found probable cause exists for the further detention of ▓▓▓▓▓▓▓▓, the Court next determined the conditions of release for the accused to ensure he/she will appear and answer before the proper Court.

## PART 1: PUBLIC SAFETY ASSESSMENT

The Court considered the Public Safety Assessment results and also considered the following presumptive personal bond recommendation:

- ☐ Personal Bond Recommended
- ☒ Personal Bond **NOT** Recommended
- ☐ Personal Bond Recommendation referred to Magistrate
- ☐ PSA NOT available

## PART 2: PERSONAL BOND / BAIL REQUESTS

**Presumptive Bail Amount $888,888.00**

**A. DISTRICT ATTORNEY PR BOND / BAIL REQUEST**
- Personal Bond ☐ Requested ☒ Opposed ☐ No Position
- Bail Request ☐ No DA Bail Request
  - ☐ Higher _____
  - ☒ Lower $40,000.00
  - ☐ No Bail

**B. PUBLIC DEFENDER PR BOND / BAIL REQUEST**
- Personal Bond ☒ Requested ☐ Opposed ☐ No Position
- Bail Request ☐ No PD Bail Request
  - ☐ Higher _____
  - ☒ Lower $10,000.00
  - ☐ No Bail

## PART 3: FINANCIAL AFFIDAVIT

Signed and Sworn: ☒ Yes ☐ No

## ORDER

After considering the above, the Court (1) advised the defendant of his rights pursuant to TEX.CODE CRIM.P. ART 15.17; (2) set the defendant's conditions of release in clear and unambiguous language; and (3) provided the defendant with information required by law. The Court then ORDERED the following:

**Bail is set at:** ☐ No Bail   ☒ $10,000.00
☐ Conditions

**Personal bond is:** ☒ Not Approved   no local crim hx or holds//
☐ Approved ☐ Conditions

The reasons for this individual assessment of the appropriate conditions of release were explained to the above-named Defendant.

November 04, 2020 5:40 AM     *Andrew D. Martin*    _____
**Date and Time**                **Magistrate (Judge or Hearing Officer)**    **Interpreter (if applicable)**

Magistrate **Andrew_Martin** (SPN **01604146**)          (Rev. July 24, 2018)          Page 2 of 2

Filed 20 November 04 A7:58
Marilyn Burgess - District Clerk
Harris County

HARRIS COUNTY PRETRIAL SERVICES
1201 Franklin, 12th Floor
Houston, Texas 77002

Pgs-1

# PERSONAL BOND

BAPRBO (1)

THE STATE OF TEXAS     KNOW ALL MEN BY THESE PRESENTS     CAUSE NO. **169291601010**

COUNTY OF HARRIS     SPN NO.**03069217**

THAT I, ▓▓▓▓▓▓▓ charged with the offense of a (2ND DEGREE FELONY), to wit, AGG ASSAULT W/DEADLY WEAPON am held and firmly bound unto the State of Texas in the penal sum stated below for the payment of which sum well and truly to be made, and in addition all necessary and reasonable fees and expenses that may be incurred by peace officers in re-arresting me in the event the conditions of this bond are violated, I do bind myself, my heirs, executors and administrators, jointly and severally by these presents.

THE CONDITIONS OF THE ABOVE OBLIGATIONS ARE THAT I swear that I will appear IN THE 179th DISTRICT COURT at the Criminal Justice Center, 1201 FRANKLIN ST, 18TH FL Houston, Harris County, Texas, on Thursday, October 08, 2020, at the hour of 9:00 AM or upon notice by the Court, or pay to the Court the principal sum of $10,000 plus all necessary and reasonable expenses incurred in any arrest for failure to appear.

    I further swear that I will appear before any court or magistrate before whom this cause may hereinafter be pending at any time and place as may be required, I will comply with any court ordered release conditions, and I will comply with Pretrial Services' instructions relating to my release conditions or appearance in court.

    Now if I shall well and truly make said appearance before said Court, and there remain from day to day and term to term of said Court, until discharged by due course of law, then and there to answer said accusation against me, and further shall well and truly make my personal appearance in any and all subsequent proceedings that may be had relative to said charge in the course of the criminal action based on said charge, this obligation shall become void; Otherwise to remain in full force and effect.

    I further understand that all or part of the information collected in the defendant report may be available to law enforcement or criminal justice personnel, including, but not limited to, the Judge or Magistrate hearing the case, the District Attorney's Office, and the defense attorney of record in this cause.

Fee=$300     Waived ☒

                                 _____
                                 Signature of Defendant

Special Conditions of bond in effect: YES     SWORN TO AND SUBSCRIBED BEFORE ME,

APPROVED November 04, 2020 5:37 AM     this November 4, 2020

_Andrew D. Martin_                      _Jim Coe_

JUDGE Andrew_Martin    SPN 01604146     PERSONAL BOND OFFICE EMPLOYEE / PEACE OFFICER
                                             HARRIS COUNTY, TEXAS

### IDENTIFICATION INFORMATION

Date of Birth: ▓▓/2003     Place of Birth HOUSTON, TX     Driver's License # 

Height 509     Weight 150     Hair Color BLK     Eye Color BRO     State:

DEFENDANT MAILING ADDRESS     Street Address ▓▓▓     City     State     **Phone**

NEAREST RELATIVE     DEFENDANT EMPLOYMENT INFORMATION
Name ▓▓▓▓▓     Name UNEMPLOYED
Street ▓▓▓▓▓     Address
City/State ▓▓▓▓▓     Phone

Filed with DC on 11/4/2020 at 0545 by: JC
Defendant Notified JC    HPD    HCJ    LMK    Non-Arrest

JUDGMENT OF FORFEITURE (JUDGMENT NISI)

Pgs-1

BFJNIS

SCIRE FACIAS NO.: 16929160101A

IN THE 179 DISTRICT COURT OF HARRIS COUNTY, TEXAS

THE STATE OF TEXAS

V. ▮▮▮▮▮▮▮▮

On 11/09/2020 the personal appearance of the Defendant ▮▮▮▮▮▮▮▮, was required before this Court to answer the charge of a FELONY. The Defendant did not appear. The Defendant's name was distinctly called at the courthouse door, and after waiting a reasonable time, the Defendant failed to appear. It is, therefore, ORDERED that the bond of the Defendant is declared forfeited, and the State of Texas shall have and recover of and from the Defendant,

▮▮▮▮▮▮▮▮, as principal,

the surety(s), if any, on the bond, the sum of $10,000.00 plus costs of court. This judgment will become final unless good cause be shown why the defendant did not appear.

It is further ORDERED that citation issue to the surety(s), if any, commanding them to appear before this Court by filing a written answer at or before 10:00 a.m. of the Monday next after the expiration of twenty days after the date of service of the citation and show cause why this judgment of forfeiture should not be made final. Service of citation upon surety(s), if any, may be accomplished by United States certified mail, return receipt requested, delivery restricted to addressee only.

It is further ORDERED that the notice to the Defendant, as principal, be deposited in the United States mail, directed to the Defendant at the address shown on the bond.

It is further ORDERED that an alias capias issue for the arrest of the Defendant.

SIGNED: 11/10/2020

*Randy Roll*

RANDY ROLL, Judge Presiding

CAUSE NO: <u>169291601010</u>     CHARGE <u>AGG ASSAULT W/DEADLY WEAPON</u>

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | 179th DISTRICT COURT |
| V. | § | OF |
| [redacted] | § | HARRIS COUNTY, TEXAS |

Pgs-1
ATAC
(999)

Defendant (SPN 03069217)

# ORDER APPOINTING COUNSEL

On this, the December 9, 2020, the Court finds (CHECK ONE)

☒ the DEFENDANT is indigent.

☐ the interests of justice require representation.

Therefore, the Court ORDERS that ☒ the ATTORNEY LISTED BELOW ☐ the HARRIS COUNTY PUBLIC DEFENDER'S OFFICE is appointed to represent the DEFENDANT named above in this cause.

BUNDICK, CRAIG
Attorney/Assistant Public Defender Assigned by HCPD     E-Mail Address

8123 BO JACK
Address     Phone Number

HOUSTON    TX    77040
City    State    Zip     Fax Number

50796032     00796032
SPN Number     Bar Number

**The Court further ORDERS the cause set for:** Arraignment

On the <u>Tuesday, February 23, 2021</u> at <u>9:30 am</u> before this Court at 1201 Franklin, Houston, Harris County, Texas.

Signed this December 9, 2020.

_____
RANDY ROLL
**Judge Presiding**

☐ The State has offered or     ☐ The State and Defense agree as follows:

Defense Attorney _____     Prosecutor _____

Defendant/Witness Signature X ___ **DEFENDANT IN CUSTODY** ___

**FOR COURT STAFF ONLY**

Reset by: ☐ Court    ☒ Defense    ☐ Operation of Law    ☒ Prosecution

Reason for Reset:

| | | |
|---|---|---|
| ☐ D.A. to Contact Complainant/Witness | ☐ Defense to Contact Witness | ☒ Not Indicted |
| ☐ D.A. to Evaluate Case | ☐ Disposition of Misd./OOC Case | ☐ Other |
| ☐ D.A. to Reindict | ☐ File Unavailable | ☐ Refer to |
| ☐ D.A. to file MRP/MAJ | ☐ MHMRA Evaluation 21 Day Full | ☐ Restitution Info |
| ☐ Defendant On Call | ☐ No Tape/Lab | ☐ To Hire Attorney |
| ☐ Defendant to Consider Offer | ☐ No Offense Report | |

10

4/2017

COURT DIRECTIVE C87 / BOND SET/MODIFICATION

CAUSE NO. 169291601010

T H E  S T A T E  O F  T E X A S     IN THE 179th DISTRICT COURT

VS.

OF HARRIS COUNTY, TEXAS

OFFENSE: AGG ASSAULT W/DEADLY WEAPON

TO THE SHERIFF OF HARRIS COUNTY, TEXAS:   GREETINGS

    BY ORDER OF THE COURT ON December 9, 2020, A.D.  THE FOLLOWING ACTION IS DIRECTED IN THE ABOVE STYLED AND NUMBERED CAUSE:

   BOND  SET  TO $10000

Please select  THE COURT HAS ORDERED THE FOLLOWING BAIL OPTIONS:

CONDITIONS OF BOND: Please select

BAIL SET AS TO WITNESS ONLY:  SPN:      NAME:

NOTES TO SHERIFF:

WITNESS MY HAND AND SEAL OF OFFICE AT HOUSTON, TEXAS, THIS  December 09, 2020 11:01 AM

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

BY: _____*E. B. H.*_____

E BAIRES HENRIQUEZ

SNU: 994

BOND SET

Unofficial Copy Office of Marilyn Burgess District Clerk