United States Courts
Southern District of Texas
FILED
February 08, 2021
Nathan Ochsner, Clerk of Court

# United States Court of Appeals
# for the Fifth Circuit

A True Copy
Certified order issued Feb 08, 2021

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

No. 20-20587

DWIGHT RUSSELL; JOHNNIE PIERSON; JOSEPH ORTUNO; MAURICE WILSON; CHRISTOPHER CLACK,

*Plaintiffs—Appellees*,

*versus*

HAZEL B. JONES; NIKITA HARMON; ROBERT JOHNSON; KELLI JOHNSON; RANDY ROLL; DASEAN JONES; ABIGAIL ANASTASIO; JASON LUONG; GREG GLASS; FRANK AGUILAR; CHRIS MORTON; JOSH HILL; HILARY UNGER; AMY MARTIN; HERB RITCHIE; RAMONA FRANKLIN; JESSE MCCLURE, III; GEORGE POWELL; BROCK THOMAS,

*Defendants—Appellants*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:19-CV-226

CLERK'S OFFICE:

Under FED. R. APP. P. 42(B), the appeal is dismissed as of February 08, 2021, pursuant to appellants' motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: *Jann Wynne*
_____
Jann M. Wynne, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

February 08, 2021

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

    No. 20-20587    Russell v. Jones
                           USDC No. 4:19-CV-226

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Jann M. Wynne, Deputy Clerk
504-310-7688

cc w/encl:
    Ms. Courtney Brooke Corbello
    Mr. Alec George Karakatsanis
    Mr. Judd Edward Stone II