IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| RUSSELL, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 4:19-cv-00226 |
| v. ) | (Class Action) |
| ) | The Honorable Lee H. Rosenthal |
| HARRIS COUNTY, TEXAS, et al. ) | U.S. District Judge |
| ) | |
| Defendants. ) | |
| ) | |

**AMENDED SCHEDULING AND
DOCKET CONTROL ORDER**

The disposition of this case will be controlled by the following schedule:

1. **INTERIM CONFERENCE**: February 26, 2021, at 1:30 p.m. CDT

2. **INTERIM CONFERENCE**: March 26, 2021, at 1:30 p.m. CDT

3. **COMPLETION OF FACT DISCOVERY**: April 23, 2021

    Written discovery requests are not timely if they are served so close to this deadline that under the Federal Rules of Civil Procedure the response would not be due until after the deadline.

4. **INTERIM CONFERENCE**: April 30, 2021, at 1:30 p.m. CDT

5. **RESPONSES IN OPPOSITION TO CLASS CERTIFICATION DUE:** May 28, 2021

6. **INTERIM CONFERENCE**: May 28, 2021, at 1:30 p.m. CDT

7. **EXPERTS ON MATTERS OTHER THAN ATTORNEY'S FEES**

    a. May 28, 2021: The plaintiffs (or the party with the burden of proof on an issue) will designate expert witnesses in writing and provide the report required by Rule 26(a)(2) of the Federal Rules of Civil Procedure along with any data or other materials relied on by the expert in forming their opinion.

    b. June 25, 2021: The opposing party will designate expert witnesses in writing and provide the report required by Rule 26(a)(2) of the Federal Rules of Civil

    Procedure along with any data or other materials relied on by the expert in forming their opinion.

8. **ALTERNATIVE DISPUTE RESOLUTION:** Mediation or other form of dispute resolution, if deemed appropriate by all parties, should be completed by June 4, 2021

9. **INTERIM CONFERENCE**: June 25, 2021, at 1:30 p.m. CDT

10. **INTERIM CONFERENCE**: July 30, 2021, at 1:30 p.m. CDT

11. **COMPLETION OF EXPERT DISCOVERY:** August 13, 2021

12. **PRETRIAL DISPOSITIVE MOTIONS DEADLINE:** September 10, 2021

13. **JOINT PRETRIAL ORDER AND MOTION IN LIMINE DEADLINE:** September 24, 2021

    The Joint Pretrial Order will contain the pretrial disclosures required by Rule 26(a)(3) of the Federal Rules of Civil Procedure. The plaintiffs are responsible for timely filing the complete Joint Pretrial Order. Failure to file a Joint Pretrial Order timely may lead to dismissal or other sanction in accordance with the applicable rules.

14. **DOCKET CALL**: October 25, 2021

    Docket Call will be held at 8:30 a.m. CDT in Courtroom 11-B, United States Courthouse, 515 Rusk, Houston, Texas. No documents filed within 7 days of the Docket Call will be considered. Pending motions may be ruled on at docket call, and the case will be set for trial as close to the docket call as practicable.

15. Additional orders relating to disclosures, discovery, or pretrial motions:

    Any party wishing to make any discovery motions should arrange for a pre-motion conference with the court before the preparation and submission of any motion papers. That includes a motion to compel, to quash, or for protection. Email Mrs. Eddins at Lisa_Eddins@txs.uscourts.gov or fax her at 713-250-5213 to arrange for a pre-motion conference. Notify your adversary of the date and time for the conference.

    The parties agree to submit attorney's fees issues to the court by affidavit after liability and damages are resolved.

              SIGNED on this date   February 9   , 2021, at Houston, Texas

                                                    Lee H. Rosenthal
                                                    Chief United States District Judge