# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| RUSSELL, et al., *Plaintiffs,* v. HARRIS COUNTY, TEXAS, et al., *Defendants.* | Civil Action No. 4:19-cv-226 |

## ORDER GRANTING INTERVENOR JUDGES UNOPPOSED MOTION TO WITHDRAW

Before the Court is Judges Chuck Silverman and Brian E. Warren's Unopposed Motion to Withdraw. After consideration of the Intervenor Judges' motion, the Court is of the opinion that the motion has merit and should be GRANTED.

IT IS THEREFORE ORDERED that Intervenor Judges Motion to Withdraw is GRANTED and the Intervenor Judges are, accordingly, no longer involved in this matter.

SO ORDERED this the _____ day of _____, 2021.

HONORABLE LEE H. ROSENTHAL
CHIEF UNITED STATES DISTRICT JUDGE