United States District Court
Southern District of Texas
**ENTERED**
February 11, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RUSSELL, et al., *Plaintiffs,* v. HARRIS COUNTY, TEXAS, et al., *Defendants.* | Civil Action No. 4:19-cv-226 |

**ORDER GRANTING INTERVENOR JUDGES UNOPPOSED
MOTION TO WITHDRAW**

Before the Court is Judges Chuck Silverman and Brian E. Warren's Unopposed Motion to Withdraw. After consideration of the Intervenor Judges' motion, the Court is of the opinion that the motion has merit and should be GRANTED.

IT IS THEREFORE ORDERED that Intervenor Judges Motion to Withdraw is GRANTED and the Intervenor Judges are, accordingly, no longer involved in this matter.

SO ORDERED this the  11  day of  February , 2021.

*Lee H. Rosenthal*

HONORABLE LEE H. ROSENTHAL
CHIEF UNITED STATES DISTRICT JUDGE