United States District Court
Southern District of Texas
**ENTERED**
February 23, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DWIGHT RUSSELL, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-19-226 |
| HARRIS COUNTY, TEXAS, *et al.*, | § § § | |
| Defendants. | § | |

## ORDER

The plaintiffs filed an unopposed motion to modify the scheduling order under Federal Rule of Civil Procedure 16(b), citing good cause. (Docket Entry No. 388). "The good cause standard requires the party seeking relief to show that the deadlines cannot reasonably be met despite the diligence of the party needing the extension." *S&W Enters., L.L.C. v. SouthTrust Bank of Ala., NA*, 315 F.3d 533, 535 (5th Cir. 2003) (quotation omitted).

The plaintiffs have diligently pursued discovery. Because of the compressed discovery timeline, they request a minor modification to the scheduling order to accommodate discovery requests served after depositions conducted in March.

The agreed motion to modify the scheduling and docket control order, (Docket Entry No. 406), is granted. Written discovery requests are not timely if they are served after April 23, 2021

SIGNED on February 23, 2021, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge