United States District Court
Southern District of Texas
**ENTERED**
February 25, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DWIGHT RUSSELL, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-19-226 |
| HARRIS COUNTY, TEXAS, *et al.*, | § § | |
| Defendants. | § § | |

## ORDER

The discovery conference set for Monday, March 1, 2021 is reset to Wednesday**, March 3, 2021 at 2:00 p.m**. The parties must submit preconference letters by 5:00 p.m. on Monday, March 1, 2021.

SIGNED on February 25, 2021, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge