United States District Court
Southern District of Texas
**ENTERED**
March 02, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DWIGHT RUSSELL, *et al.*, | § § § § | |
| Plaintiffs, | | |
| v. | § § | CIVIL ACTION NO. H-19-226 |
| HARRIS COUNTY, TEXAS, *et al.*, | § § § § | |
| Defendants. | | |

## ORDER

The Felony Judges' motion for an extension of time, (Docket Entry No. 410), is granted and denied in part. The deadline for the Felony Judges to submit their preconference letter is extended to 5:00 p.m. today, Tuesday, March 2, 2021. The parties and the Felony Judges must appear, by Zoom, for the scheduled discovery conference on Wednesday, March 3, 2021 at 2:00 p.m..

The Felony Judges should be prepared to discuss why additional time is needed to process and address requests that, according to the plaintiffs, are substantially similar to those the Judges received several months ago. The plaintiffs should be prepared to discuss their compliance with the Rule 45, Rule 26, and Rule 34 requirements for, and limits on, discovery.

SIGNED on March 2, 2021, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge