**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **DWIGHT RUSSELL, ET AL.**<br>　　**On behalf of themselves and all**<br>　　**Others similarly situated,**<br><br>　　*Plaintiffs*,<br><br>**v.**<br><br>**HARRIS COUNTY, TEXAS, ET AL.,**<br>　　*Defendants*. | **C.A. No. 4:19-CV-00226** |

**NON-PARTY FELONY JUDGES' MOTION TO QUASH**

# Exhibit G

Feb. 23, 2021 Meet and Confer email from E. Rossi to C. Corbello