IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DWIGHT RUSSELL, ET AL.<br>　On behalf of themselves and all<br>　Others similarly situated,<br><br>　*Plaintiffs*,<br><br>v.<br><br>HARRIS COUNTY, TEXAS, ET AL.,<br>　*Defendants*. | C.A. No. 4:19-CV-00226 |

**ORDER GRANTING MOTION TO QUASH**

On this day the Court reviewed Felony Judges'[1] Motion to Quash the Rule 45 subpoenas served by Plaintiffs on the Felony Judges (attached to their motion as Exhibit A – D). After reviewing the pleadings and arguments of the parties, the Court finds that good cause exists to grant the motion.

It is hereby **ORDERED** that Plaintiffs' Rule 45 subpoenas served on the Felony Judges are quashed in their entirety.

It is further **ORDERED** that the Felony Judges are granted a protective order from any future discovery in this suit.

Signed on this _____ day of _____, 2021.

---

[1] To include Judges Frank Aguilar, Abigail Anastasio, Ramona Franklin, Greg Glass, Nikita Harmon, Josh Hill, Kelli Johnson, Robert Johnson, DaSean Jones, Hazel Jones, Jason Luong, Amy Martin, Chris Morton, Brock Thomas, Hillary Unger, Herb Ritchie, Jesse McClure III, George Powell, Randy Roll, Te'iva Bell, Ana Martinez and Colleen Gaido.

_____

**HONORABLE CHIEF JUDGE LEE H. ROSENTHAL**
UNITED STATES DISTRICT COURT JUDGE