AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| Dwight Russell, et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:19-cv-00226 |
| Harris County, Texas, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Dwight Russell, Johnnie Pierson, Joseph Ortuno, Maurice Wilson, Christopher Clack.

Date: 03/03/21

/s/ Brittany Fowler
*Attorney's signature*

Brittany Fowler (TX 24109884)
*Printed name and bar number*
Susman Godfrey LLP
1900 Avenue of the Stars, Suite 1400,
Los Angeles, CA 90067

*Address*

bfowler@susmangodfrey.com
*E-mail address*

(310) 789-3100
*Telephone number*

(310) 789-3150
*FAX number*