### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **DWIGHT RUSSELL, JOHNNIE PIERSON, JOSEPH ORTUNO, et al.** § § | | |
| *Plaintiffs,* § | **Case No: 4:19-CV-00226** | |
| v. § § | | |
| **HARRIS COUNTY, TEXAS, et al.** § | | |
| *Defendants.* § § | | |

## MOTION TO WHTHDRAW

Victoria Jimenez, respectfully files this motion to withdraw as Attorney of Record for Defendant, Harris County Sheriff Ed Gonzalez.

Respectfully Submitted,

*/s/ Victoria Jimenez*
VICTORIA JIMENEZ
Legal Director
Harris County Sheriff's Office
FBN: 2522937
SBN No. 24060021
1200 Baker Street, 2nd Floor
Houston, Texas  77002
Office: 346-286-1588
Fax: 832-927-0540
Victoria.Jimenez@sheriff.hctx.net

## **CERTIFICATE OF SERVICE**

    I hereby certify that on **March 8, 2021** a true and correct copy of the foregoing document was served electronically and by certified mail to all parties of record.

                                              */s/ Victoria Jimenez*
                                              VICTORIA JIMENEZ