IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DWIGHT RUSSELL, JOHNNIE PIERSON, JOSEPH ORTUNO,<br>**On behalf of themselves and all others similarly situated,**<br>    *Plaintiffs*,<br><br>v.<br><br>**HARRIS COUNTY, TEXAS,**<br>**SHERIFF ED GONZALEZ, et al**<br>    *Defendants*. | CIVIL ACTION NO. 4:19-CV-00226 |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

Please take notice that Veronica L. Jones enters her appearance as counsel for Defendant Sheriff Ed Gonzalez, in addition to and not in substitution of Murray J. Fogler, who remains as lead counsel:

Date: March 9, 2021                    Respectfully submitted,

OF COUNSEL:

CHRISTIAN D. MENEFEE

*/s/Veronica L. Jones*
VERONICA L. JONES
Assistant County Attorney
Federal ID No. 3639763
Texas State Bar No. 24097902
Harris County Attorney's Office
1019 Congress, 15th Floor
Houston, Texas 77002
Telephone: (713) 274-5337
Facsimile: (713) 755-8924
veronica.jones@cao.hctx.net
**Co-Counsel For Defendant, Sheriff Ed Gonzalez**

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2021, a true and correct copy of this pleading was served upon all parties of record via their attorneys of record via CM/ECF system.

*/s/ Veronica L. Jones*
Veronica L. Jones
Assistant County Attorney