IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DWIGHT RUSSELL, JOHNNIE PIERSON, JOSEPH ORTUNO, On behalf of themselves and all others similarly situated,<br>   *Plaintiffs*,<br><br>v.<br><br>HARRIS COUNTY, TEXAS, SHERIFF ED GONZALEZ, et al<br>   *Defendants.* | § § § § § § § § § § § §  CIVIL ACTION NO. 4:19-CV-00226 |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

Please take notice that Suzanne Bradley enters her appearance as counsel for Defendant Sheriff Ed Gonzalez, in addition to and not in substitution of Murray J. Fogler, who remains as lead counsel:

Date: March 9, 2021

                                            Respectfully submitted,

OF COUNSEL:

CHRISTIAN D. MENEFEE
TEXAS BAR NO. 24088049
HARRIS COUNTY ATTORNEY

                                            */S/ Suzanne Bradley*
                                            **SUZANNE BRADLEY**
                                            Assistant County Attorney
                                            Federal ID No. 24567
                                            State Bar No. 00793375
                                            1019 Congress, 15th Floor
                                            Houston, Texas 77002
                                            Telephone:  (713) 274-5330
                                            suzanne.bradley@cao.hctx.net
                                            **Co-Counsel For Defendant, Sheriff Ed Gonzalez**

1

## **CERTIFICATE OF SERVICE**

     I hereby certify that on March 9, 2021, a true and correct copy of this pleading was served upon all parties of record via their attorneys of record via CM/ECF system.

                              */s/ Suzanne Bradley*
                              SUZANNE BRADLEY
                              Assistant County Attorney