United States District Court
Southern District of Texas
**ENTERED**
March 15, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DWIGHT RUSSELL, *et al.*, | § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-19-226 |
| HARRIS COUNTY, TEXAS, *et al.*, | § § | |
| Defendants. | § § | |

## ORDER

Devin Cole's motion to intervene and to consolidate cases, (Docket Entry No. 221), is denied. The court appreciates Mr. Cole's interest in the case and the testimony he offers about conditions in the Harris County Jail. He is a member of the putative class, and his interest is adequately represented by counsel for the plaintiffs, who are vigorously litigating many of the issues Mr. Cole mentions. The court will consider those issues, as appropriate, when it reaches the merits of this case.

Because Mr. Cole, as a putative class member, is not a party to this case, this case is not a proper vehicle for his motions seeking relief. Those motions (Docket Entry Nos. 258, 265, 284, 288, 347), are denied.

SIGNED on March 15, 2021, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge