# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED

MAR 16 2021

Nathan Ochsner, Clerk of Court

20210305-114

Devin Paul Cole
02145549 Harris County Jail
1200 Baker St
Houston, TX US 77002

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Friday, March 5, 2021
Case Number: 4:19-cv-00226
Document Number: 420 (3 pages)
Notice Number: 20210305-114
Notice: The attached order has been entered.

U.S. POSTAGE >> PITNEY BOWES

ZIP 77002 $000.51
0001374615 MAR 08 2021

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

United States Courts
Southern District of Texas
FILED

MAR 16 2021

Nathan Ochsner, Clerk of Court

-R-T-S-   500002020-1N   03/13/21

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

RETURN TO SENDER
NO LONGER IN CUSTODY OF
HARRIS COUNTY SHERIFF'S
OFFICE