# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED

MAR 22 2021

Nathan Ochsner, Clerk of Court

20210309-139
Devin Paul Cole
02145549 Harris County Jail
1200 Baker St
Houston, TX US 77002

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Tuesday, March 9, 2021
Case Number: 4:19-cv-00226
Document Number: 426 (1 page)
Notice Number: 20210309-139
Notice: The attached order has been entered.

**CLERK**
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

 

U.S. POSTAGE
ZIP 77002
02 1W
0001374615

**RETURN TO SENDER**
**NO LONGER IN CUSTODY OF**
**HARRIS COUNTY SHERIFF'S**
**OFFICE**

United States Courts
Southern District of Texas
FILED

MAR 22 2021

Nathan Ochsner, Clerk of Court