# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED

MAR 22 2021

Nathan Ochsner, Clerk of Court

20210316-24

Devin Paul Cole
02145549 Harris County Jail
1200 Baker St
Houston, TX US 77002

P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Tuesday, March 16, 2021
Case Number: 4:19-cv-00226
Document Number: 430 (1 page)
Notice Number: 20210316-24
Notice: The attached order has been entered.

**CLERK**
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS



U.S. POSTAGE
ZIP 77002
02 1W
0001374615

United States Courts
Southern District of Texas
FILED

MAR 22 2021

Nathan Ochsner, Clerk of Court

**RETURN TO SENDER**
**NO LONGER IN CUSTODY** OF
**HARRIS COUNTY SHERIFF'S**
**OFFICE**

-R-T-S-  500002020-1N   03/19/21

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER