# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| RUSSELL, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> HARRIS COUNTY, TEXAS, ET AL., <br><br> Defendants | Civil Action No. 4:19-cv-226 <br> The Honorable Lee H. Rosenthal <br> U.S. District Judge |

## NOTICE OF SUBSTITUTION OF COUNSEL FOR THE HONORABLE TE'IVA BELL IN HER OFFICIAL CAPACITY AS A JUDGE OF THE 339TH DISTRICT COURT, HARRIS COUNTY, TEXAS

In accordance with Judge Te'iva Bell interest in achieving prompt and meaningful bond reform in Harris County, and at Judge Bell's request, please take notice that the following attorneys are hereby substituted as attorneys for Judge Bell in her official capacity as a judge of the 339th District Court, Harris County, TX:

**Davis Wright Tremaine LLP**

Don Bradford Hardin Jr. (Admitted Pro Hac Vice)
Virginia State Bar No. 76812
Anastasia Liounakos (Admitted Pro Hac Vice)
DC Bar no. 1035450
Matthew Diggs (Admitted Pro Hac Vice)
Washington State Bar No. 36331
Davis Wright Tremaine LLP
1301 K Street NW, Suite 500 East
Washington, D.C. 20005
(202) 973-4238
BradfordHardin@dwt.com
AnastasiaLiounakos@dwt.com
MatthewDiggs@dwt.com

**G. Allan Van Fleet, P.C.**
Texas Bar No. 20494700
6218 Elm Heights Lane, Suite 201
Houston, Texas 77081
(713) 826-1954
allanvanfleet@gmail.com

Judge Bell's prior counsel, Assistant Attorney General Courtney Corbello of the Office of the Attorney General for the State of Texas, has been advised of the substitution of counsel.

Respectfully submitted.

*/s/ G. Allan Van Fleet*
G. Allan Van Fleet, P.C.
Attorney-in-Charge
Texas Bar No. 20494700
Southern District No. 527
6218 Elm Heights Lane, Suite 201
Houston, Texas 77081
(713) 826-1954 | FAX: None
allanvanfleet@gmail.com

**OF COUNSEL:**
Don Bradford Hardin Jr. (Admitted Pro Hac Vice)
Virginia State Bar No. 76812
Anastasia Liounakos (Admitted Pro Hac Vice)
DC Bar no. 1035450
Matthew Diggs (Admitted Pro Hac Vice)
Washington State Bar No. 36331
Davis Wright Tremaine LLP
1301 K Street NW, Suite 500 East
Washington, D.C. 20005
(202) 973-4238
BradfordHardin@dwt.com
AnastasiaLiounakos@dwt.com
MatthewDiggs@dwt.com