IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **DWIGHT RUSSELL, ET AL.**<br>  **On behalf of themselves and all**<br>  **Others similarly situated,**<br><br>  *Plaintiffs*,<br><br>v.<br><br>**HARRIS COUNTY, TEXAS, ET AL.,**<br>  *Defendants*. | C.A. No. 4:19-CV-00226 |

**FELONY JUDGES' MOTION FOR CONTINUANCE OF APRIL 9th STATUS CONFERENCE**

**TO THE HONORABLE UNITED STATES DISTRICT COURT CHIEF JUDGE LEE H. ROSENTHAL:**

On March 22, 2021, this Court granted Plaintiffs' deadline to respond to the Felony Judges' motion to quash. In extending the deadline to March 31st, this Court reset the status conference to April 9th. Counsel for Felony Judges will be out for a wedding from April 8th to April 11th and unavailable to attend a hearing during that time. Therefore, to the extent this Court intended to hear oral argument on the motion to quash on April 9th, the Felony Judges respectfully request that this Court continue any hearing on this matter until the following week.[1]

The Felony Judges have conferred with the other parties in this case and been informed there is no opposition to a continuance. Plaintiffs state that if the Court wishes to conduct oral

---

[1] The Felony Judges are of the opinion that oral argument will not aid in this Court's consideration of the arguments raised in the Motion to Quash and, should this Court determine the same following the filing of Plaintiffs' response, will rest on the arguments in their principle brief and reply brief.

argument on the motion, Plaintiffs request argument occur as soon as possible after the Felony Judges have had an opportunity to file a reply brief.

**Dated:** March 24, 2021.

            Respectfully submitted.

            **KEN PAXTON**
            Attorney General of Texas

            **BRENT WEBSTER**
            First Assistant Attorney General

            **GRANT DORFMAN**
            Deputy First Assistant Attorney General

            **SHAWN COWLES**
            Deputy Attorney General for Civil Litigation

            **SHANNA MOLINARE**
            Assistant Attorney General
            Chief, Law Enforcement Defense Division

            */s/ Courtney Corbello*
            **COURTNEY CORBELLO**
            Attorney in Charge
            Assistant Attorney General
            Texas State Bar No. 24097533
            Southern District ID 3089117
            Courtney.corbello@oag.texas.gov

            */s/ Landon A. Wade*
            **LANDON A. WADE**
            Assistant Attorney General
            Texas State Bar No. 24098560
            Southern Distr. No. 3503435
            *Landon.Wade@oag.texas.gov*

            */s/ Jonathan M. Pena*
            **JONATHAN PENA**
            Assistant Attorney General
            Texas State Bar No. 24110207
            Southern Distr. No. 3350256
            *Jonathan.Pena@oag.texas.gov*

**OFFICE OF THE ATTORNEY GENERAL**
Law Enforcement Defense Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080 / (512) 370-9410 (Fax)

**Counsel for the Felony Judges**

### NOTICE OF ELECTRONIC FILING

I, **COURTNEY CORBELLO**, Assistant Attorney General of Texas, certify that I have electronically submitted for filing, a true and correct copy of the above and foregoing in accordance with the Electronic Case Files system of the United States District Court for the Southern District of Texas, on March 24, 2021.

*/s/ Courtney Corbello*
**COURTNEY CORBELLO**
Assistant Attorney General

### CERTIFICATE OF SERVICE

I, **COURTNEY CORBELLO**, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing has been served directly to all counsel on record by the Electronic Case Files System of the Southern District of Texas on March 24, 2021.

*/s/ Courtney Corbello*
**COURTNEY CORBELLO**
Assistant Attorney General

### CERTIFICATE OF CONFERENCE

I, **COURTNEY CORBELLO**, Assistant Attorney General of Texas, do hereby certify that I have conferred with the parties in this case as to the relief requested in this motion. All parties have indicated that there is no opposition. Counsel for plaintiffs stated that if the Court wishes to conduct oral argument on the motion, Plaintiffs request argument occur as soon as possible after the Felony Judges have had an opportunity to file a reply brief.

*/s/ Courtney Corbello*
**COURTNEY CORBELLO**
Assistant Attorney General