United States District Court
Southern District of Texas
**ENTERED**
March 29, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DWIGHT RUSSELL, *et al.*, | § § | |
| Plaintiffs, | § § | |
| v. | § | CIVIL ACTION NO. H-19-226 |
| HARRIS COUNTY, TEXAS, *et al.*, | § § § | |
| Defendants. | § § | |

## ORDER

The felony judges' unopposed motion to continue the conference set for April 9, 2021, (Docket Entry No. 445), is granted. The conference is reset for Wednesday, April 14, 2021, at 10:00 a.m., by Zoom.

SIGNED on March 29, 2021, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge