United States District Court
Southern District of Texas
**ENTERED**
April 02, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RUSSELL, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 4:19-cv-00226 |
| ) | (Class Action) |
| HARRIS COUNTY, TEXAS, et al. ) | The Honorable Lee H. Rosenthal |
| ) | U.S. District Judge |
| Defendants. ) | |
| ) | |

## AMENDED SCHEDULING AND DOCKET CONTROL ORDER

The disposition of this case will be controlled by the following schedule:

1. **INTERIM CONFERENCE**: February 26, 2021, at 1:30 p.m. CDT

2. **INTERIM CONFERENCE**: March 26, 2021, at 1:30 p.m. CDT

3. **COMPLETION OF FACT DISCOVERY**: April 23, 2021

   Written discovery requests are not timely if they are served after April 23, 2021 (per Dkt. 402)

4. **INTERIM CONFERENCE**: April 30, 2021, at 1:30 p.m. CDT

5. **RESPONSES IN OPPOSITION TO CLASS CERTIFICATION DUE:** May 14, 2021

6. **EXPERTS ON MATTERS OTHER THAN ATTORNEY'S FEES**

   a. July 30, 2021: The plaintiffs (or the party with the burden of proof on an issue) will designate expert witnesses in writing and provide the report required by Rule 26(a)(2) of the Federal Rules of Civil Procedure along with any data or other materials relied on by the expert in forming their opinion.

   b. August 27, 2021: The opposing party will designate expert witnesses in writing and provide the report required by Rule 26(a)(2) of the Federal Rules of Civil Procedure along with any data or other materials relied on by the expert in forming their opinion.

1

7. **ALTERNATIVE DISPUTE RESOLUTION:** Mediation or other form of dispute resolution, if deemed appropriate by all parties, should be completed by August 6, 2021

8. **INTERIM CONFERENCE**: June 25, 2021, at 1:30 p.m. CDT

9. **INTERIM CONFERENCE**: July 30, 2021, at 1:30 p.m. CDT

10. **INTERIM CONFERENCE**: August 13, 2021, at 1:30 p.m. CDT

11. **COMPLETION OF EXPERT DISCOVERY:** October 15, 2021

12. **PRETRIAL DISPOSITIVE MOTIONS DEADLINE:** November 5, 2021

13. **JOINT PRETRIAL ORDER AND MOTION IN LIMINE DEADLINE:** November 19, 2021

    The Joint Pretrial Order will contain the pretrial disclosures required by Rule 26(a)(3) of the Federal Rules of Civil Procedure. The plaintiffs are responsible for timely filing the complete Joint Pretrial Order. Failure to file a Joint Pretrial Order timely may lead to dismissal or other sanction in accordance with the applicable rules.

14. **DOCKET CALL**: January 10, 2022

    Docket Call will be held at 8:30 a.m. CDT in Courtroom 11-B, United States Courthouse, 515 Rusk, Houston, Texas. No documents filed within 7 days of the Docket Call will be considered. Pending motions may be ruled on at docket call, and the case will be set for trial as close to the docket call as practicable.

15. Additional orders relating to disclosures, discovery, or pretrial motions:

    Any party wishing to make any discovery motions should arrange for a pre-motion conference with the court before the preparation and submission of any motion papers. That includes a motion to compel, to quash, or for protection. Email Mrs. Eddins at Lisa_Eddins@txs.uscourts.gov or fax her at 713-250-5213 to arrange for a pre-motion conference. Notify your adversary of the date and time for the conference.

    The parties agree to submit attorney's fees issues to the court by affidavit after liability and damages are resolved.

    SIGNED on April 1, 2021, at Houston, Texas.

                                                    _____
                                                          Lee H. Rosenthal
                                                    Chief United States District Judge

3