IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DWIGHT RUSSELL, ET AL.<br>    On behalf of themselves and all<br>    Others similarly situated,<br>*Plaintiffs*,<br><br>v.<br><br>HARRIS COUNTY, TEXAS, ET AL.,<br>    *Defendants*. | C.A. No. 4:19-CV-00226 |

# Exhibit O

Example of Phone Calls Received by Felony Judges

**From:** ▓▓▓▓▓▓▓ (DCA) <▓▓▓▓▓▓▓@justex.net>
**Sent:** Monday, March 01, 2021 3:05 PM
**To:** ▓▓▓, Judge ▓▓▓ (DCA) <▓▓▓▓▓▓s@Justex.net>
**Subject:** Phone Call received today at 2:54 pm fro Amy Currle

Judge, I received a phone call today at 2:54. (the name on the caller ID was Amy Currle). The caller did not give her name but wanted to know if this was the office of Judge ▓▓▓▓. I responded by answering "Yes, this is the ▓▓▓▓. The caller went on to say that Judge ▓▓▓▓ better start having hearings to let people out of jail and other hearing she mentioned by number, and to let Judge ▓▓▓▓ know that you are being watched. The caller repeated three times, let her know she's being watched.

(I was in my office when the call was answered.)


Court Coordinator