# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **DWIGHT RUSSELL, JOHNNIE PIERSON, JOSEPH ORTUNO, et al.** | § § § § § § § § § § | |
| *Plaintiffs,* | | **Case No: 4:19-CV-00226** |
| v. | | |
| **HARRIS COUNTY, TEXAS, et al.** | | |
| *Defendants.* | | |

### DEFENDANT SHERIFF ED GONZALEZ'S CERTIFICATE OF WRITTEN DISCOVERY

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant Sheriff Ed Gonzalez files this Certificate of Written Discovery and states that he has served his Initial Disclosures Pursuant to Fed. R. Civ. P. 26 on Plaintiff on April 26, 2021.

Respectfully submitted,

*/s/ Suzanne Bradley*
SUZANNE BRADLEY
Assistant County Attorney
Federal Bar No. 24567
SBN: 00793375
1019 Congress, 15th Floor
Houston, Texas 77002
Office: (713) 274-5330

*/s/Veronica L. Jones*
VERONICA L. JONES
Assistant County Attorney
SBN: 24097902
1019 Congress, 15th Floor
Houston, Texas 7002
Office: (713) 274-5181

**ATTORNEYS FOR DEFENDANT,
HARRIS COUNTY SHERIFF
ED GONZALEZ**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this pleading was served by email on April 26, 2021 to all parties of record.

*/s/ Suzanne Bradley*
**SUZANNE BRADLEY**
Assistant County Attorney