United States District Court
Southern District of Texas
**ENTERED**
July 06, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DWIGHT RUSSELL, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-19-226 |
| HARRIS COUNTY, TEXAS, *et al.*, | § § § | |
| Defendants. | § | |

## ORDER

Devin Cole's motion for leave to file relevant state court records as discovery, (Docket Entry No. 493), is denied as improperly presented. Mr. Cole is a party to the case and is ably represented by counsel. His counsel is the proper recipient of the evidence he has submitted to the court. All documents and exhibits to be used at trial must be disclosed to the other parties through the discovery process. FED. R. CIV. P. 26(3).

SIGNED on July 6, 2021, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge