United States Courts
Southern District of Texas
FILED
July 06, 2021
Nathan Ochsner, Clerk of Court

## United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

July 06, 2021

Ms. Courtney Brooke Corbello
Office of the Attorney General
Law Enforcement Defense Division
P.O. Box 12548
Austin, TX 78711-2548

    No. 21-20269    Russell v. Jones
                          USDC No. 4:19-CV-226

Dear Ms. Corbello,

The Judicial Council of the Fifth Circuit requires court reporters to file transcripts within 30 days or suffer a discount penalty. In this case, the 30-day discount period expired on 6/24/21. Therefore the court reporter must discount your invoice by 10%.

Also, if the transcript is not filed by 7/23/21, the court reporter must discount your invoice by 20% and must refund that part of any deposit which exceeds the cost less the discount. Our records will automatically be updated if the 20% discount date is reached but we will not provide further notice. It is your responsibility to pay only the discounted amount(s).

The discount policy is mandatory. You may not reimburse the court reporter for the discount.

                                      Sincerely,
                                      LYLE W. CAYCE, Clerk

                                      By: /s/Lyle W. Cayce
                                      Lyle W. Cayce

cc:  Mr. William Francis Cole
     Ms. Kirti Datla
     Mr. Alec George Karakatsanis
     Mr. Nathan Ochsner
     Ms. Elizabeth Anne Rossi
     Mr. Johnny Sanchez
     Ms. Catherine Emily Stetson
     Mr. Patrick Cannon Valencia