### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

| | |
|---|---|
| RUSSELL, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 4:19-cv-00226 |
| v. ) | (Class Action) |
| ) | The Honorable Lee H. Rosenthal |
| HARRIS COUNTY, TEXAS, et al., ) | U.S. District Judge |
| ) | |
| Defendants. ) | |
| ) | |

### PLAINTIFFS' UNOPPOSED NOTICE OF FILING OF TRANSCRIPTS

The Felony Judges have appealed this Court's memorandum and opinion denying in part and granting in part the Felony Judges' motion to quash Plaintiffs' Rule 45 subpoenas, which has been stayed pending that appeal. *See* Notice of Appeal, Dkt. No. 505 (May 17, 2021); *see also* Order, Dkt. No. 523 (June 25, 2021). In connection with their appeal, the Felony Judges ordered seven transcripts. *See* Dkt. Nos. 509–513. Two have been filed on this court's docket. *See* Dkt. Nos. 514, 519. Five have not yet been filed, though it has been over three months since the transcripts were ordered and they were provided to the parties earlier in these proceedings.

To avoid further delay and to allow the record to be certified as complete for the purposes of this appeal, Plaintiffs are filing the five remaining transcripts as exhibits to this notice. Plaintiffs have consulted with counsel for the Felony Judges, who does not oppose this filing.

Exhibit A:    01/15/2021 Status Conference

Exhibit B:    01/26/2021 Status Conference

Exhibit C:    02/23/2021 Status Conference

Exhibit D:    04/05/2021 Hearing

Exhibit E:    04/21/2021 Oral Argument

1

Date: September 2, 2021

*/s/ Alec Karakatsanis*
*/s/ Elizabeth Rossi*
Alec George Karakatsanis (*Pro Hac Vice*)
alec@civilrightscorps.org
Elizabeth Rossi (*Pro Hac Vice*)
elizabeth@civilrightscorps.org
Jeffrey Stein (*Pro Hac Vice*)
jeff@civilrightscorps.org
CIVIL RIGHTS CORPS
1601 Connecticut Ave NW, Suite 800
Washington, DC 20009
Telephone: (202) 681-2721

*/s/ Liyah Brown*
Mimi Marziani (*Pro Hac Vice*)
Texas State Bar No. 24091906
mimi@texascivilrightsproject.org
Liyah Brown (*Pro Hac Vice*)
D.C. Bar No. 500149
liyah@texascivilrightsproject.org
Peter Steffensen
Texas State Bar No. 24106464
Southern District No. 3327006
peter@texascivilrightsproject.org
TEXAS CIVIL RIGHTS PROJECT
2202 Alabama Street
Houston, TX 77004
Telephone: 512-474-5073 ext. 118

Respectfully Submitted,

*/s/ Neal S. Manne*
Neal S. Manne
Texas Bar No. 12937980
nmanne@susmangodfrey.com
Lexie G. White
Texas Bar No. 24048876
lwhite@susmangodfrey.com
Joseph S. Grinstein
Texas Bar No. 24002188
jgrinstein@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

*/s/ Michael Gervais*
Michael Gervais (*Pro Hac Vice*)
mgervais@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, #1400
Los Angeles, CA 90067
Telephone: (310) 789-3100

## **CERTIFICATE OF SERVICE**

I certify that on September 2, 2021, a true and correct copy of this document properly was served on counsel of record via electronic filing in accordance with the U.S. District Court for the Southern District of Texas Procedures for Electronic Filing.

*/s/ Elizabeth Rossi*
Elizabeth Rossi