UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Dwight Russell, et al.

v.  Case Number: 4:19−cv−00226

Harris County, Texas, et al.

NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:** by video
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 11/15/2021

**TIME:** 09:30 AM

**TYPE OF PROCEEDING:** Discovery Hearing

Date:   October 26, 2021

Nathan Ochsner, Clerk