IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **DWIGHT RUSSELL, JOHNNIE PIERSON, JOSEPH ORTUNO, et al.** | § § § § § § § § § § | |
| *Plaintiffs,* | | Case No: 4:19-CV-00226 |
| v. | | |
| **HARRIS COUNTY, TEXAS, et al.** | | |
| *Defendants.* | | |

## REPORT OF SHERIFF ED GONZALEZ NOVEMBER 19, 2021

The Court informally requested an update from the Sheriff regarding the status of the jail. Ten months have passed since our last report.

<u>Population</u>. The attached chart depicts the average monthly population in the jail from January to October 2021.

The population, now over 9,000 inmates, trends up. Obviously, bookings exceed releases. The DA's office has made a record number of new case filings in 2021. The upcoming holiday period traditionally sees even more increases in population, as court proceedings slow. The jail will soon reach its capacity.

<u>Vaccination</u>. The Sheriff's Office offers the COVID-19 vaccine to every detainee placed in the jail, but a large percentage decline the vaccine. The jail vaccination rate reflects detainees' decisions not to be vaccinated, rather than a lack

1

of doses or opportunities for vaccination. More than 4,000 detainees have accepted at lease one dose of the vaccines offered by the jail.

<u>COVID</u>. As before, each inmate is tested for the disease upon booking. Cumulatively, 58,413 inmates have been tested, with 3,648 testing positive (a cumulative rate of 6.2%). That rate, and the overall occurrence of the disease, has been declining. Only one inmate is currently hospitalized with the disease. Nine inmates have died from COVID since the beginning of the pandemic.

<u>Bail hearings</u>. Unfortunately, the Sheriff's Office does not have reliable records of the number of bail hearings held in any given period. The Sheriff's Office escorts hundreds of inmates every day to the misdemeanor and felony courts for court appearances (remote zoom hearings from the jail are no longer used), but it cannot determine the purpose for each appearance.

The Sheriff will be happy to comply with additional requests from the Court for information or clarifications.

    Respectfully submitted.

    <u>/s/ Murray Fogler</u>
    Murray Fogler
    FOGLER, BRAR, O'NEIL & GRAY, LLP
    S.D. Tex. No. 2003
    State Bar No. 07207300
    mfogler@foglerbrar.com
    909 Fannin, Suite 1640
    Houston, Texas 77010
    Tel: 713.481.1010
    Fax: 713.574.3224

/s/ Suzanne Bradley
SUZANNE BRADLEY
Assistant County Attorney
Federal Bar No. 24567
SBN: 00793375
1019 Congress, 15th Floor
Houston, Texas 77002
Office: (713) 274-5330
Suzanne.bradley@cao.hctx.net

/s/Veronica L. Jones
VERONICA L. JONES
Assistant County Attorney
SBN: 24097902
1019 Congress, 15th Floor
Houston, Texas 7002
Office: (713) 274-5181
Veronica.jones@cao.hctx.net

ATTORNEYS FOR SHERIFF
ED GONZALEZ

## CERTIFICATE OF SERVICE

I certify that on November 19, 2021, a copy of this document was served on counsel of record via electronic filing in accordance with the USDC Southern District of Texas Procedures for Electronic Filing.

/s/ Suzanne Bradley
Suzanne Bradley