United States District Court
Southern District of Texas

**ENTERED**

January 31, 2022

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| DWIGHT RUSSELL, *et al.*, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-19-226 |
| HARRIS COUNTY, TEXAS, *et al.*, | § § § | |
| Defendants. | § | |

**AMENDED SCHEDULING AND
DOCKET CONTROL ORDER**

The remaining disposition of this case will be controlled by the following schedule:

1.      May 27, 2022          **COMPLETION OF DISCOVERY**
Written discovery requests are not timely if they are filed so close to this deadline that under the Federal Rules of Civil Procedure the response would not be due until after the deadline.

2a.     May 27, 2022          **PRETRIAL DISPOSITIVE MOTIONS DEADLINE**
No motion may be filed after this date except for good cause.

2b.     June 28, 2022         The opposing party must respond by this date.

2c.     July 5, 2022          The moving party must reply by this date.

3.      July 11, 2022         **DISPOSITIVE MOTIONS HEARING**
The court will hear oral arguments on the dispositive motions at 9:00 a.m. CDT in Courtroom 11-B, United States Courthouse, 515 Rusk, Houston, Texas.

4.      Additional orders relating to disclosures, discovery, or pretrial motions:

        Any party wishing to make any discovery motions should arrange for a premotion conference with the court before the preparation and submission of any motion papers.  That includes a motion to compel, to quash, or for protection.   Email Mrs. Eddins at Lisa_Eddins@txs.uscourts.gov or fax her at 713-250-5213 to arrange for a premotion conference. Notify your adversary of the date and time for the conference.

The parties agree to submit attorney's fees issues to the court by affidavit after liability and damages are resolved.

SIGNED on January 31, 2022, at Houston, Texas.

_____

Lee H. Rosenthal
Chief United States District Judge