Case 4:19-cv-00226   Document 566   Filed on 02/15/22 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
February 16, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

| | |
|---|---|
| DWIGHT RUSSELL, et al. | ) |
| Plaintiffs, | ) Case No. 4:19-cv-00226 |
| | ) (Class Action) |
| v. | ) The Honorable Lee H. Rosenthal |
| | ) U.S. District Judge |
| HARRIS COUNTY, TEXAS, et al. | ) |
| Defendants. | ) |

## ORDER

On this date, the Court considered Plaintiffs' Unopposed Motion to Withdraw Liyah K. Brown as Counsel of Record. After consideration, the Motion to Withdraw is GRANTED and it is further ORDERED Liyah K. Brown is withdrawn as counsel of record in this case. The Clerk is instructed to remove Ms. Brown from further electronic notifications for this case.

Ordered this 15th day of February, 2022.

_____
Hon. Lee H. Rosenthal
Chief United States District Judge