United States District Court
Southern District of Texas
**ENTERED**
September 09, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DWIGHT RUSSELL, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-19-226 |
| HARRIS COUNTY, TEXAS, *et al.*, | § § § | |
| Defendants. | § | |

## ORDER

Pending before the court is the Harris County District Attorney's Office's opposed motion to quash a subpoena issued by Plaintiffs in April 2022. (Docket Entry No. 589). The court will hear oral argument on this motion on **October 4, 2022, at 1:30 p.m., by Zoom**. Given the pendency of this motion, the deadline to complete discovery and the deadlines for pretrial dispositive motions and responsive briefing will be extended slightly. The new deadlines will depend on the resolution of the motion to quash and will be announced shortly thereafter. The dispositive motions hearing will remain scheduled for December 2, 2022. (Docket Entry No. 577).

SIGNED on September 9, 2022, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge