# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
**FILED**

SEP 19 2022

Nathan Ochsner, Clerk of Court

```
20220912-44
```
Devin Paul Cole
2337504 Oddonnell J. Bell Unit
901 East 5th Street
Cleveland, TX US 77327

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Monday, September 12, 2022
Case Number: 4:19-cv-00226
Document Number: 594 (1 page)
Notice Number: 20220912-44
Notice: The attached order has been entered.

