# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

Dwight Russell, et al.

v.  Case Number: 4:19–cv–00226

Harris County, Texas, et al.

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
by video
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 10/11/2022

**TIME:** 04:00 PM

**TYPE OF PROCEEDING:** Motion Hearing

Date:   October 3, 2022

Nathan Ochsner, Clerk