United States Courts
Southern District of Texas
FILED

November 03, 2022

Nathan Ochsner, Clerk of Court

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
September 19, 2022

Lyle W. Cayce
Clerk

No. 21-20269

DWIGHT RUSSELL; JOHNNIE PIERSON; JOSEPH ORTUNO; MAURICE WILSON; CHRISTOPHER CLACK,

*Plaintiffs—Appellees,*

*versus*

JUDGE HAZEL B. JONES; NIKITA HARMON; ROBERT JOHNSON; KELLI JOHNSON; RANDY ROLL; DASEAN JONES; ABIGAIL ANASTASIO; JASON LUONG; GREG GLASS; FRANK AGUILAR; CHRIS MORTON; JOSH HILL; HILARY UNGER; AMY MARTIN; HERB RITCHIE; RAMONA FRANKLIN; JESSE MCCLURE, III; GEORGE POWELL; BROCK THOMAS; COLLEEN GAIDO; ANA MARTINEZ,

*Movants—Appellants.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:19-CV-226

Before STEWART, CLEMENT, and ELROD, *Circuit Judges.*

JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

No. 21-20269

IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED IN PART and AFFIRMED IN PART in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.

Certified as a true copy and issued
as the mandate on Nov 03, 2022

Attest:

Clerk, U.S. Court of Appeals, Fifth Circuit

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

November 03, 2022

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

       No. 21-20269   Russell v. Jones
               USDC No. 4:19-CV-226

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a
copy of the court's opinion.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              *Dantrell Johnson*

                              By: _____
                              Dantrell L. Johnson, Deputy Clerk
                              504-310-7689

cc:
      Mr. William Francis Cole
      Ms. Courtney Brooke Corbello
      Mr. Jeremy Dakota Cutting
      Ms. Kirti Datla
      Ms. Brianne Jenna Gorod
      Mr. Alec George Karakatsanis
      Ms. Elizabeth Anne Rossi
      Mr. Jeffrey Stein
      Ms. Catherine Emily Stetson
      Mr. Patrick Cannon Valencia