United States District Court
Southern District of Texas
**ENTERED**
November 10, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DWIGHT RUSSELL, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-19-226 |
| HARRIS COUNTY, TEXAS, *et al.*, | § § § | |
| Defendants. | § | |

## ORDER

Dustin Hall's motion to intervene, (Docket Entry No. 571), is denied. The court appreciates Mr. Hall's interest in the case and the testimony he offers about conditions in the Harris County Jail. He is a member of the putative class, and his interest is adequately represented by counsel for the plaintiffs, who are vigorously litigating many of the issues Mr. Hall mentions. The court will consider those issues, as appropriate, when it reaches the merits of this case.

SIGNED on November 10, 2022, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge