United States District Court
Southern District of Texas
**ENTERED**
November 14, 2022
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| DWIGHT RUSSELL, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-19-226 |
| | § | |
| HARRIS COUNTY, TEXAS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

On May 7, 2021, the plaintiffs moved to certify a Rule 23(b)(2) class. (Docket Entry No. 503). Since then, this case has undergone or been affected by numerous developments, including more fulsome discovery and a major en banc Fifth Circuit decision. The case also still faces determinations on threshold issues as to capacity, standing, and abstention. (Docket Entry No. 549). In light of this, the court denies as moot the motion to certify. The plaintiffs may file an amended motion for certification after the threshold issues have been resolved.

SIGNED on November 14, 2022, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge