United States District Court
Southern District of Texas
**ENTERED**
November 28, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DWIGHT RUSSELL, *et al.*, § | |
| § | |
| Plaintiff, § | |
| v. § | CIVIL ACTION NO. H-19-226 |
| § | |
| HARRIS COUNTY, TEXAS, *et al.*, § | |
| § | |
| Defendant. § | |

## AMENDED SCHEDULING AND DOCKET CONTROL ORDER

The remaining disposition of this case will be controlled by the following schedule:

1. January 6, 2023 — **COMPLETION OF DISCOVERY**
   Written discovery requests are not timely if they are filed so close to this deadline that under the Federal Rules of Civil Procedure the response would not be due until after the deadline. Supplemental disclosures and responses are not timely if they are filed less than 14 days before this deadline.

2a. January 13, 2023 — **PRETRIAL DISPOSITIVE MOTIONS DEADLINE**
   No motion may be filed after this date except for good cause.

2b. February 13, 2023 — The opposing party must respond by this date.

2c. February 27, 2023 — The moving party must reply by this date.

3. March 6, 2023 — **DISPOSITIVE MOTIONS HEARING**
   The court will hear oral arguments on the dispositive motions at 9:00 a.m. CDT in Courtroom 11-B, United States Courthouse, 515 Rusk, Houston, Texas.

Any party wishing to make any discovery motions should arrange for a promotion conference with the court before the preparation and submission of any motion papers. That includes a motion to compel, to quash, or for protection. Email Mrs. Eddins at Lisa_Eddins@txs.uscourts.gov or fax her at 713-250-5213 to arrange for a premotion conference. Notify your adversary of the date and time for the conference.

The parties agree to submit attorney's fees issues to the court by affidavit after liability and damages are resolved.

SIGNED on November 28, 2022, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge

2