United States District Court
Southern District of Texas
**ENTERED**
December 06, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DWIGHT RUSSELL, et al.<br><br>Plaintiffs,<br><br>v.<br><br>HARRIS COUNTY, TEXAS, et al.<br><br>Defendants. | Case No. 4:19-cv-00226<br>(Class Action)<br>The Honorable Lee H. Rosenthal<br>U.S. District Judge |

**AMENDED SCHEDULING AND
DOCKET CONTROL ORDER**

The remaining disposition of this case will be controlled by the following schedule:

1. December 23, 2022 — **COMPLETION OF DISCOVERY**
   Written discovery requests are not timely if they are filed so close to this deadline that under the Federal Rules of Civil Procedure the response would not be due until after the deadline. Supplemental disclosures and responses are not timely if they are filed less than 14 days before this deadline.

2a. December 9, 2022 — **PLAINTIFFS' PRETRIAL DISPOSITIVE MOTIONS DEADLINE**
    No motion may be filed by Plaintiffs after this date except for good cause.

2b. January 13, 2023 — **DEFENDANTS'/INTERVENOR'S PRETRIAL DISPOSITIVE MOTIONS DEADLINE**
    No motion may be filed by Defendants or Intervenor after this date except for good cause.

2c. January 13, 2023 — The opposing party must respond to Plaintiffs' Pretrial Dispositive Motions by this date.

2d. February 13, 2023 — The opposing party must respond to Defendants'/Intervenor's Pretrial Dispositive Motions by this date.

| | | |
|---|---|---|
| 2e. | February 13, 2023 | Plaintiffs must reply to Defendants'/Intervenor's responses by this date. |
| 2f. | February 27, 2023 | Defendants/Intervenor must reply to Plaintiffs' response by this date. |
| 3. | March 6, 2023 | **DISPOSITIVE MOTIONS HEARING** The court will hear oral arguments on the dispositive motions at 9:00 a.m. CDT in Courtroom 11-B, United States Courthouse, 515 Rusk, Houston, Texas. |

Any party wishing to make any discovery motions should arrange for a promotion conference with the court before the preparation and submission of any motion papers. That includes a motion to compel, to quash, or for protection. Email Mrs. Eddins at Lisa_Eddins@txs.uscourts.gov or fax her at 713-250-5213 to arrange for a premotion conference. Notify your adversary of the date and time for the conference.

The parties agree to submit attorney's fees issues to the court by affidavit after liability and damages are resolved.

SIGNED on ___December 6___, 2022, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge