# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

| | |
|---|---|
| DWIGHT RUSSELL, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 4:19-cv-00226 |
| | ) (Class Action) |
| HARRIS COUNTY, TEXAS, et al. | ) The Honorable Lee H. Rosenthal |
| | ) U.S. District Judge |
| Defendants. | ) |
| | ) |

## LIST OF EXHIBITS IN SUPPORT OF PLAINTIFFS' STATEMENT OF UNDISPUTED MATERIAL FACTS

| Exhibit Number | Description |
|---|---|
| 1 | Expert Report of Jennifer Copp, Ph.D., Nov. 17, 2022 |
| 2 | Expert Report of Krishnaveni Gundu, Aug. 15, 2022 |
| 3 | Expert Report of Melissa Hamilton, Ph.D., Aug. 29, 2022 |
| 4 | Declaration of Dwight Russell |
| 5 | Declaration of Johnnie Pierson |
| 6 | Declaration of Joseph Ortuno |
| 7 | Declaration of Christopher Clack |
| 8 | Declaration of Maurice Wilson |
| 9 | First Declaration of Alex Bunin, Harris County Chief Public Defender, Apr. 6, 2020 |
| 10 | Second Declaration of Alex Bunin, Harris County Chief Public Defender, Apr. 6, 2020 |
| 11 | Supplement to Second Declaration of Alex Bunin, Harris County Chief Public Defender, Apr. 7, 2020 |
| 12 | Third Declaration of Alex Bunin, Harris County Chief Public Defender, Apr. 23, 2020 |
| 13 | Fourth Declaration of Alex Bunin, Harris County Chief Public Defender, Nov. 22, 2022 |
| 14 | Declaration of Sarah Wood, then-Policy Director of the Harris County Public Defender's Office, Mar. 26, 2020 |
| 15 | Second Declaration of Sarah Wood, then-Policy Director of the Harris County Public Defender's Office, Apr. 10, 2020 |
| 16 | Third Declaration of Sarah Wood, General Counsel of the Harris County Public Defender's Office, Nov. 18, 2022 |

| Exhibit Number | Description |
|---|---|
| 17 | Declaration of Former Hearing Officer Colin Amann, Oct. 18, 2022 |
| 18 | Declaration of Defense Attorney Brent Mayr, Sept. 7, 2022 |
| 19 | Declaration of Cole Lautermilch, Mar. 31, 2021 |
| 20 | Declaration of Priyanka Shetty, Nov. 17, 2022 |
| 21 | Declaration of Holly McGowan, Nov. 16, 2022 |
| 22 | Rule 30(b)(6) Deposition of Harris County Sheriff's Office, Major Patrick Dougherty as corporate representative, Mar. 10, 2021 |
| 23 | Deposition of Assistant District Attorney Jennifer Keith in her individual capacity and her capacity as corporate representative of the Harris County District Attorney's Office, Mar. 22, 2021 |
| 24 | Deposition of Assistant District Attorney Jennifer Keith in her individual capacity and her capacity as corporate representative of the Harris County District Attorney's Office, Mar. 10, 2022 |
| 25 | Deposition of Chief Criminal Law Hearing Officer Courtney St. Julian in her individual capacity and her capacity as corporate representative of Harris County, Mar. 25, 2021 |
| 26 | Deposition of then-Criminal Law Hearing Officer Jennifer Gaut, Mar. 23, |
| 27 | Rule 30(b)(6) Deposition of Harris County, Chief Public Defender Alex Bunin as corporate representative, Mar. 15, 2021 |
| 28 | Rule 30(b)(6) Deposition of Harris County Pretrial Services, Spurgeon Kennedy as corporate representative, Mar. 11, 2021 |
| 29 | Rule 30(b)(6) Deposition of Harris County Pretrial Services, Spurgeon Kennedy as corporate representative, May 4, 2021 |
| 30 | Deposition of Harris County Sheriff Ed Gonzalez, Mar. 29, 2021 |
| 31 | Deposition of Judge Brian Warren, Apr. 5, 2021 |
| 32 | General Order Bond For Certain Offenses signed by Judge Herb Ritchie, Mar. 20, 2020 |
| 33 | First Amended General Order Bond for Certain Offenses, Apr. 2, 2020 |
| 34 | Direct Filing Order |
| 35 | Recommended Standard Bail Practices, Mar. 23, 2017 |
| 36 | Joint Administrative Order No. 2017-01: Order Appointing Public Defender for Art. 15.17 Bail Hearings |
| 37 | Order To Disregard Directive by Harris County Judge, Apr. 3, 2020 |
| 38 | Harris County Felony Bail Schedule, Effective July 29, 2017; Aug. 8, 2017 |
| 39 | Executive Order GA-13, Mar. 29, 2020 |
| 40 | Order of County Judge Lina Hidalgo, Apr. 1, 2020 |
| 41 | State Commission on Judicial Conduct Documents |
| 42 | State Commission on Judicial Conduct Documents Part II |
| 43 | Binder of Written Court Directives |

| Exhibit Number | Description |
|---|---|
| 44 | Bail Hearing Video Index |
| 45 | Johnnie Pierson Bail Hearing |
| 46 | Joseph Ortuno Bail Hearing |
| 47 | A.P. Bail Hearing |
| 48 | A.R. Bail Hearing |
| 49 | B.L.M. Bail Hearing |
| 50 | B.Y. Bail Hearing |
| 51 | C.C. Bail Hearing |
| 52 | C.E. Bail Hearing |
| 53 | C.M. Bail Hearing |
| 54 | D.V. Bail Hearing |
| 55 | E.A. Bail Hearing |
| 56 | J.B. Bail Hearing |
| 57 | J.B.C. Bail Hearing |
| 58 | J.M. Bail Hearing |
| 59 | J.S. Bail Hearing |
| 60 | J.S.B. Bail Hearing |
| 61 | K-D.S. Bail Hearing |
| 62 | M.C-A. Bail Hearing |
| 63 | M.A.A. Bail Hearing |
| 64 | M.W. Bail Hearing |
| 65 | N.A. Bail Hearing |
| 66 | N.E.A. Bail Hearing |
| 67 | O.G. Bail Hearing Part 1 |
| 68 | O.G. Bail Hearing Part 2 |
| 69 | R.J.M. Bail Hearing |
| 70 | R.M. Bail Hearing |
| 71 | S.P. Bail Hearing |
| 72 | Index of Cases |
| 73 | Dwight Russell Case Records |
| 74 | Johnnie Pierson Case Records |
| 75 | Joseph Ortuno Case Records |
| 76 | Christopher Clack Case Records |
| 77 | Maurice Wilson Case Records |
| 78 | A.C. Case Records |
| 79 | A.L. Case Records |
| 80 | A.P. Case Records |
| 81 | A.R. Case Records |

| Exhibit Number | Description |
|---|---|
| 82 | B.A. Case Records |
| 83 | B.D. Case Records |
| 84 | B.J. Case Records |
| 85 | B.L.M. Case Records |
| 86 | B.Y. Case Records |
| 87 | C.C. Case Records |
| 88 | C.E. Case Records |
| 89 | C.J. Case Records |
| 90 | C.M. Case Records |
| 91 | C.P. Case Records |
| 92 | D.V. Case Records |
| 93 | E.A. Case Records |
| 94 | E.K. Case Records |
| 95 | G.F. Case Records |
| 96 | G.M. Case Records |
| 97 | H.L. Case Records |
| 98 | J.A.M. Case Records |
| 99 | J.B. Case Records |
| 100 | J.B.C. Case Records |
| 101 | J.G Case Records |
| 102 | J.A.G. Case Records |
| 103 | J.M. Case Records |
| 104 | J.R. Case Records |
| 105 | J.S. Case Records |
| 106 | J.S.B. Case Records |
| 107 | J.W. Case Records |
| 108 | K-D.S. Case Records |
| 109 | K.F. Case Records |
| 110 | K.S. Case Records |
| 111 | K.T. Case Records |
| 112 | L.F. Case Records |
| 113 | L.J.C Case Records |
| 114 | M. C-A Case Records |
| 115 | M.A. Case Records |
| 116 | M.A.A Case Records |
| 117 | M.C. Case Records |
| 118 | M.G. Case Records |
| 119 | M.S. Case Records |

| Exhibit Number | Description |
|---|---|
| 120 | M.W. Case Records |
| 121 | N.A. Case Records |
| 122 | N.E.A. Case Records |
| 123 | O.G. Case Records |
| 124 | P.C. Case Records |
| 125 | R.J.M. Case Records |
| 126 | R.M. Case Records |
| 127 | R.R.H. Case Records |
| 128 | S.B. Case Records |
| 129 | S.P. Case Records |
| 130 | T.C. Case Records |
| 131 | T.H. Case Records |
| 132 | V.S. Case Records |
| 133 | Z.G. Case Records |
| 134 | JPC Interview Process Instructions |
| 135 | Standard Operating Procedures Manual for Early Presentment Process, Apr. 4, 2018 |
| 136 | Administrative Order No. 2019-01, Order Amending Local Rule, Harris County Criminal Courts at Law, Jan. 17, 2019 |
| 137 | Misdemeanor bail order form |
| 138 | July 16, 2017 email from Judge Kelli Johnson to other judge members of the Standing Bail Bonds Committee |
| 139 | Apr. 3, 2020 email from Jim Bethke (JAD) to Kelli Johnson et al. |
| 140 | Mar. 30, 2020 email from Judge Susan Brown to other Felony Judges |
| 141 | Apr. 24 email from Hearing Officer Jennifer Gaut to Judge Frank Aguilar |
| 142 | Apr. 30, 2020 email from Hearing Officer Jennifer Gaut to Judge Greg Glass |
| 143 | July 19, 2017 email from Judge Kelli Johnson to Virginia Ryan (HCSO) |
| 144 | Jan. 14, 2020 email from Ed Wells (DCA) to members of Hearing Officer Hiring Committee |
| 145 | May 7, 2020 email from Judge Holly Williamson to members of the Hearing Officer Committee |
| 146 | Dec. 16, 2020 email from Sylvia Cherry (Office of Court Management) to representatives from the Hearing Officers, Pretrial Services, the Sheriff's Office, the District Attorney's Office, and the Public Defender's Office |
| 147 | Oct. 8, 2020 email from Texas Department of Public Safety Division Chief to Jim Bethke (Justice Administration Department) |
| 148 | Aug. 18, 2020 email from Hearing Officer Jennifer Gaut to Pretrial Services staff |

| Exhibit Number | Description |
|---|---|
| 149 | Aug. 18, 2020 email from Hearing Officer Jennifer Gaut to Pretrial Services staff |
| 150 | Aug. 20, 2020 email from Pretrial Services Division Manager Troyce Carter to Hearing Officer Jennifer Gaut |
| 151 | May 5, 2020 email from Pretrial Services Deputy Director Dennis Potts to Kelvin Banks |
| 152 | Dec. 14, 2019 email from Ed Wells (CCL) to County and District Court Judges |
| 153 | Apr. 12, 2020 email from Hearing Officer Lisa Porter to Judge Kelli Johnson |
| 154 | Aug. 22, 2020 email from Hearing Officer Lisa Porter to Judge Danilo Lacayo |
| 155 | Aug. 14, 2020 email from Hearing Officer Jennifer Gaut to Pretrial Services Officer Luis Zelaya |
| 156 | Dec. 18, 2020 emails between defense attorney and court clerk |
| 157 | Apr. 23, 2020 email from Allied Bonding Agency to District Court Administrator Vanessa Guerrero |
| 158 | Sept. 29, 2019 emails between hearing officers |
| 159 | Nov. 2019 emails from Hearing Officer Lisa Porter to felony judges |
| 160 | Mar. 16, 2021 email from Judge DaSean Jones to Pretrial Services staff |
| 161 | Nov. 7, 2018 email between Pretrial Services staff Troyce Carter and Dennis Potts |
| 162 | Sept. 5, 2019 email from Hearing Officer Lionel Castro to other hearing officers |
| 163 | Sept. 13, 2019 email from Hearing Officer Jennifer Gaut to Lisa Teachey (DCA) |
| 164 | Feb. 10, 2020 email from Hearing Officer Lionel Castro to Hearing Officer Courtney St. Julian |
| 165 | Mar. 24, 2020 email from Hearing Officer Courtney St. Julian to Hearing Officer Diana Olvera |
| 166 | June 12, 2020 email from Judge Brian Warren |
| 167 | Mar. 23, 2020 email from court coordinator for Judge Danilo Lacayo |
| 168 | Apr. 17, 2020 email from Judge Chuck Silverman |
| 169 | Apr. 17, 2020 email from court coordinator Ana Melendez to Judge Chuck Silverman |
| 170 | Apr. 17, 2020 email from District Court staff Vicki Long to Judge Chuck Silverman |
| 171 | June 26, 2020 email from Judge Amy Martin to Virginia Ryan (HCSO) |
| 172 | Supplement to Expert Report of Krishnaveni Gundu, Dec. 7, 2022 |
| 173 | July 16, 2018 email from Pretrial Services employee Carolina Castro to Luis Zelaya et al. |

| Exhibit Number | Description |
|---|---|
| 174 | petition for writ of habeas corpus seeking bond reduction for Zachary Green, Apr. 21, 2020 |
| 175 | June 5, 2020 email from DCA Staff Attorney Lisa Teachey to the Felony Judges |
| 176 | Apr. 21, 2020 email from defense attorney to Felony Judge Silverman's court staff |
| 177 | Dec. 11, 2020 email from Clay Bowman to ABC 13 |
| 178 | Dec. 9, 2020 email from Clay Bowman to Judge Herb Ritchie et al. |
| 179 | June 30, 2020 emails between Felony Judges and clerks |
| 180 | Jan. 12, 2019 email from Peyton Peebles to Kelvin Banks & Dennis Potts |
| 181 | Oct. 8, 2019 email from Bertina Johnson to Pretrial Services staff |
| 182 | June 25, 2020 email from Judge Brian Warren to Texas Ethics Commission |
| 183 | July 9, 2019 email from Judge Kelli Johnson to Kelvin Banks (PTS) et al. |
| 184 | Paul Heaton, The Effects of Misdemeanor Bail Reform, Quattrone Center for the Fair Administration of Justice (Aug. 16. 2022) |
| 185 | Bond Recommendation Form |
| 186 | Expert Report of Michael R. Jones, Ph.D., Aug. 24, 2022 |
| 187 | May 14, 2020 email from Judge Greg Glass to Victoria Jimenez (HCSO) et al.) |
| 188 | Mar. 16, 2021 email from Harris County Pretrial Services Deputy Director Dennis Potts to Interim Director Spurgeon Kennedy et al. |
| 189 | Sept. 9, 2020 email from court coordinator Mindy Ochsner to Sheriff's Office staff and others |
| 190 | May 15, 2020 email from Scott Durfee (DAO) |
| 191 | Felony Total Bond Spreadsheet, Dec. 7, 2022 |
| 192 | Brandon L. Garrett et al., Monitoring Pretrial Reform in Harris County: Fourth Report of the Court-Appointed Monitor (Apr. 18, 2022) |
| 193 | Mar. 25, 2020 email from Judge Kelli Johnson to the Houston Chronicle |
| 194 | Dec. 2020 emails between Felony Judges, the Sheriff's Office, and defense attorneys |
| 195 | May 12, 2020 email from Chief Hearing Officer Courtney St. Julian to other Hearing Officers |
| 196 | July 6, 2020 Hrg. Tr. |
| 197 | May 28, 2020 Hrg. Tr. |