# EXHIBIT 4

I, Dwight Russell, attest to the following facts.

1. I am a 61-year-old man.

2. I have lived in Houston my entire life.

3. On Saturday, January 19 2019, I was arrested in Harris County for a felony offense. I was taken to the Harris County Jail.

4. At the jail, deputies took me to see a judge who told me that I would have to pay $25,000 to get out of jail. I cannot afford that amount of money. I can't even afford to pay a bondsman to get out of jail.

5. I have no idea how that amount of bail was determined, or why that is the amount of money I have to pay to get out of here and go home.

6. The judge did not D.R. make any statements at the hearing to tell me that I needed to be detained for any reason.

7. My only income is from food stamps. I am not employed and have not been employed for years. I live with my sister, who provides me with financial support. She can't afford to pay the money bail amount required for my release.

8. The jail is terrible. It's overcrowded, and very rough. The doctor wrote me a note stating that I need to be on a bottom bunk due to health issues, but I have been assigned to a top bunk, which is painful and not good for my health.

9. I'm worried about who is taking care of my home while I am stuck in jail.

I declare under penalty of perjury that the foregoing facts are true and correct to the best of my knowledge

Dated: 1-21-19              Signed: Dwight Russell