# EXHIBIT 53

Bail Hearing Video Available on Dropbox and Submitted to the Court via Flashdrive

https://bit.ly/3Hja3MM