# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| DWIGHT RUSSELL, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 4:19-cv-00226 |
| v. ) | (Class Action) |
| ) | The Honorable Lee H. Rosenthal |
| HARRIS COUNTY, TEXAS, et al. ) | Chief U.S. District Judge |
| ) | |
| Defendants. ) | |
| ) | |

**EXHIBITS 101- 197
TO
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM
IN SUPPORT THEREOF**

Date: December 9, 2022

/s/ Jeremy D. Cutting
Alec George Karakatsanis (*pro hac vice*)
alec@civilrightscorps.org
Elizabeth Rossi (*pro hac vice*)
elizabeth@civilrightscorps.org
Jeffrey Stein (Texas Bar No. 24124197)
jeff@civilrightscorps.org
Kiah Duggins (*pro hac vice*)
kiah@civilrightscorps.org
Jeremy D. Cutting (*pro hac vice*)
cody@civilrightscorps.org
CIVIL RIGHTS CORPS
1601 Connecticut Ave NW, Suite 800
Washington, DC 20009
Telephone: (202) 681-2721

Dustin Rynders
Texas Bar No. 24048005
dustin@texascivilrightsproject.org
Travis Fife
Texas Bar No. 24126956
travis@texascivilrightsproject.org
Ashley Dorsaneo
Texas Bar No. 24127393
travis@texascivilrightsproject.org
TEXAS CIVIL RIGHTS PROJECT
2100 Travis Street
Houston, TX 77002
Telephone: (512) 474-5073 ext. 118

Respectfully Submitted,

Neal S. Manne
Texas Bar No. 12937980
nmanne@susmangodfrey.com
Joseph S. Grinstein
Texas Bar No. 24002188
jgrinstein@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366

## CERTIFICATE OF SERVICE

I certify that on December 9, 2022 a true and correct copy of this document properly was served on counsel of record via electronic filing in accordance with the USDC, Southern District of Texas Procedures for Electronic Filing.

*/s/ Jeremy Cutting*
Jeremy Cutting