# EXHIBIT 134

# JPC INTERVIEW PROCESS

## JPC SECURITY

- Maintain focus on the interview at All times. Treat defendants with dignity, yet do not engage in personal conversations that will slow down the process.
- Make sure that you and your personal items are secured.
- Never leave your personal belongings in the interview stations. Make sure they are secure.
- Never leave ink pens, pencils, markers, or anything that could be used as a weapon in reach of the defendant.
- Never have any physical contact with the defendant.
- Do not allow defendants to use the work station phone or your personal phone.

## SYSTEMS NEEDED FOR PROCESSING:

- ❖ Prior to starting an interview open systems you need to use to toggle between screens in a swift and efficient manner.
  - ○ JWEB
  - ○ (OMS) Offender Management System (Only accessible at JPC)
  - ○ DEEDS
    - ▪ EP Que (Processing/Generating Bonds)
    - ▪ Docket Call (PC Docket)

Confidential

DEFENDANT INTERVIEW CHART

| Financial Affidavit | General Order Bond (GOB) | Felony General Order Bond (GOBF) | Exclusions – Mark Complete In OMS |
|---|---|---|---|
| New Charge(s) with 888888 Bond | Must be a misdemeanor | Must be a felony | Felony Alias Capias for Bond Forfeiture (ACF warrant) |
| Felony New charge with a Bond set | Case MUST have a $100 bond -Indicator | Case must have a $2500 bond - Indicator | Felony Alias Capias Warrant (ACC Warrant) |
| Felony warrant: warrant capias (War,CAP) with Bond set | DIM 90 to verify<br>EP:  Y | DIM 90 to verify<br>EP:  G | Alias Capias on Surrender of Bond (ACS) |
| Misdemeanors Alias Capias for Bond forfeiture (ACF Warrant) | Must be a NEW CHARGE - NOTE: look at the file date, if the date is showing before the current date it is not a new charge and more than likely a warrant was issued | Consult with supervisor if bond is set at $2500 but the EP box is not flagged "G" before processing<br><br>EP: | Capias Profine (CPF) |
| Misdemeanors Alias Capias Warrant (ACC Warrant) | CAP and WAR warrants - $100 bond, verify in LQY9 to make sure no other case transactions are listed and no other warrants issued (ACI/REV B or ACF) | Exclusions: Evading arrest with a vehicle and assault of a family member | Bench Warrant (BCH) – Do not need to be added to the docket |
| Misdemeanor and/or Felony Warrant: Warrant (WAR) and Capias (CAP) with 888888 bond | | | Capital Murder |
| All Misdemeanor (Except GOB's) | | | |

HC-0000702395

Defendants that meet the below criteria will not qualify for a General Order Bond (GOB). If "yes" is the answer to any of the below questions, DO Not proceed processing a GOB.

|  | YES | NO |
|---|---|---|
| Assault Family Violence |  |  |
| Terroristic Family Threat |  |  |
| Violation of Protective Order |  |  |
| Alias Capias Warrant (ACC Warrant) |  |  |
| Alias Capias for Bond Forfeiture (ACF Warrant) |  |  |

****Further research may need to be done, however if the charge/warrant is any of these they will need a Financial Affidavit****

Example: misdemeanor, $100 bond, ACF/ACC Warrant- DO NOT PROCESS A GOB

*****When in Doubt speak to a supervisor, NEVER process a GOB if you are unsure*****

RETRIEVE REPORTS FOR INTERVIEW PROCESS

**Prisoners Available for Pretrial Services:**

1. Go to OMS (Offender Management System)
2. Select "Tools" from the upper left hand corner
3. Select "Global Report"
4. Click on the down arrow and select "Prisoners Available for Pretrial Services"
5. Click "View" in the bottom right hand corner
6. Print Global Report (Optional)
    1. Click "print icon" at bottom of screen

       

       **Note: if icon disappears, hover at the bottom of report and it will reappear**
    2. Alternative ways to print report:
        i. "Right Click" mouse then select print
        ii. Select "Ctrl" and letter "P" and press enter

**Prisoners Ready for Pretrial:**

Open an Intranet browser

1. Under "Resources" click "Reports"

2. Click "Pretrial Reports.aspx"

3. Click "PSD"

4. Select "OMS Prisoners Ready for Pretrial"

5. Print Report

**Conduct Research**

1. Do a **(LBKI)** General Inquiry search to determine the bond amount. **(Refer to defendant interview chart)**

2. Go to **(LWRI)** Warrant Inquiry screen to determine the type of warrant – if applicable **(Refer to defendant interview chart)**

3. Go to **(NQY3)** Case Info screen to see if the offense is a new charge – if applicable **(Refer to defendant interview chart)**

4. Go to **(LQY8)** Case Settings screen to determine if the defendant has previously been to court. **NOTE**: this is important because defendants will only need an interview or financial affidavit on a felony charge if it's their first time being arrested for that offense.

HC-0000702397

5. Go to **DIM 90** to determine if a defendant has any additional pending charges. **NOTE:** it's extremely important to prevent defendants from reporting to (PC) Probable Cause prior to all charges being filed.

6. Go to OMS-Process Dashboard to verify the process flows to make sure it aligns with the information from DIM 90 and LBKI. NOTE: LBKI, DIM 90, and OMS-Dashboard must reflect the same information. Information should not conflict between systems, if this occurs STOP immediately and consult with your supervisor.

7. Proceed to the Financial Affidavit to begin.

*Not all steps are required and they can be conducted in various orders*

**Accessing Process Dashboard**

1. Go to OMS (Offender Management System):
2. Select "Tools" from upper left hand corner
3. Select " Process Dashboard"
   **Note:** "Process Type" will always default to "Intake"
4. Under dashboard filters, click "Step" and then select "Pretrial" from the drop down menu: this will return a list of all defendants available for Pretrial Services.
   **Note:** You are allowed to search by all available dashboard filters.

HC-0000702398

PREPARATION FOR AN INTERVIEW

1. Go to OMS (Offender Management System)
2. Locate the defendant in the dashboard by using the dashboard filters:
   a. SPN, Booking #, Last Name, First Name

**NOTE:** Once you locate a defendant in the dashboard you can click on the name of the defendant to view the defendant's image. This will help you verify that you are interviewing the correct person.

3. Mark defendant in progress, this ensures only one PTO is working on a case at a time.



4. Call the defendant to your respective interview station. (Use Phone's PA system – refer to guide included in the supplemental information)

**NOTE:** If the defendant responds proceed to step 5. If not, follow steps 4.A and 4.B

   a. If the defendant does not respond after multiple attempts, you must get with the location coordinator's desk (HCSO) to assist Pretrial in locating the defendant. Once the defendant is located proceed to step 5. If not, proceed to step 4.B
   b. If the HCSO verified, that the defendant is in segregation, suicidal, combative, mental health or not accessible to Pretrial, you can proceed to update defendant's process status to complete.
      i. Print an LBKI of the defendant, write the reason you were unable to process the defendant in the upper right hand corner and place in the interview tray.
      ii. Proceed to the next case

# Processing a financial affidavit

1. Defendant's that require a Financial Affidavit only, will need to complete the following steps:

   a. Open a new intranet web browser
   b. From the left hand menu under "Resources" click "Forms"
   c. Select "Financial Affidavit (Fillable)" to begin.

HC-0000702399

2.      Processing a Financial Affidavit

    a.  Name of the defendant must be obtained from the LQY8 screen.

    b.  SPN#, Court Number, Cause Number and Offense must be obtained from JWEB.

    c.  Select "Jail" from the drop down menu for "Defendant Status"

    d.  List the "Number of people in a family or household **(EXCLUDE DEFENDANT)** that rely on you for financial support". If there are none enter "0".

    e.  Complete the address, employment and financial sections.

        i.  Employment Section:

            1.  IF the defendant states they are unemployed put "UNEMPLOYED" in that field. Follow up with "If not employed, my last job was …….."

            2.  If they are employed, obtain their employment information and the "if not employed, my last job was" section is not necessary to ask.

        ii.  Financial Section: **NOTE**

            1.  Monthly Income - Child support refers to if the defendant **RECEIVES** money for child support

            2.  Living Expenses – Child support refers to if the defendant makes any **PAYMENTS** for child support

    f.  "What is the most money you could reasonably pay to get out of jail within 24 hours of your arrest" should only be asked to defendants that have **MISDEMEANORS.**

        i.  Example: If a defendant has BOTH a Misdemeanor and a Felony, this would be asked since they have a Misdemeanor.

    g.  Select "Yes or NO" for court appointed counsel.

    h.  Review Financial Affidavit for accuracy

    i.  Print one copy of the Financial Affidavit by selecting   `PRINT`

    j.  Ask the defendant to sign and date

    k.  PTO will sign

    l.  Place signed copy in the appropriate tray.

    m.  Defendants who refuse to complete a Financial Affidavit

        i.  Complete 6.A through 6.C

        ii.  Towards the bottom of the page next to "defendant refused to provide data?" Select "Yes" from the drop down menu.

        iii.  Print Financial Affidavit

        iv.  Try to obtain defendant's signature. If the defendant refuses to sign, write defendant refuses to sign on signature line.

        v.  PTO will sign.

        vi.  Place signed copy in the appropriate tray.

    n.  Mark Defendant "COMPLETE" in OMS.

   **NOTE:** If the defendant is mental health or unable to refuse verbally to Pretrial Complete steps 4.B.1

HC-0000702400

## BEFORE STARTING AN INTERVIEW

YOU MUST READ THE BELOW DISCLAIMER BEFORE YOU START AN INTERVIEW WITH ALL DEFENFANT **PLEASE READ VERBATIM TO EACH DEFENDANT**

### ******HCPS DEFENDANT INTERVIEW DISCLAIMER {Effective 10/22/18}*********
### ENGLISH:

I am [First Name] from Harris County Pretrial Services. I am here to interview you and report your answers to the Court. What you tell me will be used to make decisions about your release from jail. I will ask you to provide financial information which will be used to decide whether a lawyer will be appointed in your defense. Also, I will need to state the amount of money that you can afford to pay for a bond within 24 hours of your arrest. This amount includes any money you may have and can obtain from family and friends while you are in jail. I will then also ask you to sign a paper with the financial information that you provided. Your answers must be truthful under penalty of law. False answers may be used against you. The information will be shared with the Court, the District Attorney and possibly other agencies. You may refuse to complete the interview, provide me with the financial information, or both. You will be allowed to talk to an attorney before your bail hearing. You may decide to participate in an interview after speaking with your lawyer. Do you agree to go forward with both the interview and providing financial information?

### SPANISH:

Yo soy [primer nombre] de la oficina de Servicios Previos al Juicio del Condado de Harris (PRETRIAL SERVICES). Estoy aquí para entrevistarlo y reportarle sus respuestas a la Corte. Lo que usted diga será utilizado para tomar decisiones acerca de su liberación de la cárcel. Le preguntaré que proporcione información financiera que será utilizada para decidir si se le designará un Abogado defensor. También deberá indicar la cantidad de dinero que podrá pagar por concepto de fianza dentro de 24 horas de su arresto. Esta cantidad incluye el dinero que usted tenga y el que pudiera obtener de familiares y amigos durante usted esté en la cárcel. Después le pediré que firme un papel con la información financiera provista. Sus respuestas deberán ser verídicas y estarán sujetas a las sanciones de Ley. Respuestas falsas podrán ser utilizadas en su contra. Esta información será compartida con la Corte, El Fiscal del Distrito y posiblemente otras agencias. Usted puede rehusar completar la entrevista, proveer la información financiera o ambas. A usted se le permitirá hablar con un Abogado antes de su audiencia de fianza. Después de hablar con su Abogado, usted podra decidir participar en la entrevista. Está Usted de acuerdo con proceder con ambas, la entrevista y proveer la información financier

---

# ONLY APPLIES TO FINANCIAL AFFIDAVITS

---

# MISDEMANOR GENERAL ORDER BOND INSTRUCTIONS

Defendants that meet the below criteria will not qualify for a General Order Bond (GOB). If "Yes" is the answer to any of the below questions, **DO NOT** proceed processing a GOB.

|  | YES | NO |
|---|---|---|
| Assault Family Violence | | |
| Terroristic Family Threat | | |
| Violation of Protective Order | | |
| Alias Capias Warrant (ACC Warrant) | | |
| Alias Capias for Bond Forfeiture (ACF Warrant) | | |

**\*\*criteria may change. Verify with your supervisor periodically to ensure you have the most recent list\*\***

### Criteria For GOB'S

    1. Must be a misdemeanor

    2. Case must have a $100 bond

### Systems Needed for Processing (TIP: Open all below systems before you start processing)

    1. OMS (Offender Management System) – Only available at JPC (Joint Processing Center)

    2. JWEB

    3. DEEDS (Deputy Exploration of Electronic Documents)


### Documents/Reports Needed

1. Deeds

2. Prisoners Available for PTS Report from OMS

3. Prisoners Ready for Pretrial (Intranet)

4. General Conditions of Release (EP QUE)

5.  Court List (Intranet)

### Logs to be updated

1. General Order Bond Log (GOB)

2. Bond Acknowledgement Receipt Log

## UNABLE TO PROCESS A GOB

1. Refusal
   a. Print an LBKI of the defendant, write the reason why the GOB was not processed and place in the interview tray.
   b. Make sure the GOB is added to a docket.
2. If the HCSO verified, that the defendant is in segregation, suicidal, combative, not accessible or mental health you can proceed to update defendant's process status to complete.
   a. Print an LBKI of the defendant, write the reason why the GOB was not processed and place in the interview tray.
   b. Make sure the GOB is added to a docket.

**\*\*\*When changing the status to complete in OMS it does not automatically put them on the docket if you are unable to process a GOB. The District Clerk Must be notified to put them on the Docket\*\*\***

## HOW TO PROCESS A GENERAL ORDER BOND

Use the reports to determine if a GOB case is available.

1. Go to DEEDS by opening a new web browser (Pretrial Service Intranet). **NOTE**: if the Pretrial Intranet does not load, click the house shaped button located in the upper right hand corner of the screen.
2. From the left hand menu under "resources" click "Court & Case Information"
3. Click "District Court DEEDS" **NOTE**: the website may take a few minutes to upload.
4. Click "Early Presentment" from the top toolbar **NOTE**: the report may take a few minutes to upload.
5. Under "Bond", select "NONE"
6. Go back to OMS Dashboard
7. Locate the defendant by using the dashboard filters. **NOTE:** Click on the name of the defendant to view the defendant's image. This will help you verify that you are processing the correct person
   a. SPN #, booking #, Last Name, First Name
8. Mark defendant IN PROGRESS, this ensures only one PTO is working on a case at a time.



9. Call the defendant to your respective interview station.
   a. If defendant refuses or doesn't respond. Follow the protocol "Unable to process a GOB"
10. From the Early Presentment Queue, select the defendant by clicking NOTE:It must show "IN CUSTODY to process.

      a.   If the case is not listed in the Early Presentment Queue, ADD case and process accordingly.

      b.   If not in the EP Queue, see How to Add GOB case to the Early Presentment Queue (EP Queue)

11.  When the bond populates, select "Edit" and then "Simple Edit" view from upper left hand corner.



12.  Review and update defendant's information on the bond.

      a.   Verify defendant's name, offense, case number and SPN number.

      b.   Update the court date (can be obtained from LQY8/NQY3) and time (can be obtained from court list)

      c.   Correct Address: 1201 Franklin

      d.   Check small box, if defendant agrees to receive future court date notifications by text message.



13.  Complete all the required fields starting at "Defendant DOB" and down.

      a.   **NOTE:** "Def Relative" and Def Employer" alternate, so pay attention to ensure the correct information is entered in the proper fields.

      b.   **NOTE:** Verify the information that is prepopulated on the GOB bond and make corrections if needed.

HC-0000702404



14. Completing the bottom portion of the GOB Bond.
    a.   Recipient: DC (District Clerk)
    b.   Filer: Initials of the PTO processing the
         GOB bond.
    c.   Def Notified: Initials of the PTO who
         instructed the defendant.
    d.   HCJ: Place an X.
    e.   Non Arrest and HPD fields are not
         applicable to GOB'S.



HC-0000702405



15. When complete click "Save" and then click "View/Sign"
16. Review bond for accuracy prior to apply electronic signatures.
    a. If you need to make a change, go back to "EDIT" view to make the changes(s) then select "Save" then "View/Sign".
17. Obtain defendant's electronic signature
    a. Click the down arrow under the "signer" field and select "Defendant"
        i. Ask defendant to sign using the electronic signature pad and when complete select "esign" to apply signature to the bond. **NOTE:** Make sure you have exited other GOB Screens you have already processed to avoid receiving an error message during this portion.



18. Apply PTO's electronic signature to the GOB bond.
    a. Click the down arrow under the "signer" field and select "Pretrial"
    b. Enter your PIN # and select "esign" to apply signature to bond. NOTE: Once the last signature has been applied to the bond, you can no longer make any changes because the system automatically files the bond in JWEB. If you need to make changes speak to a supervisor.

    **NOTE:** The system will automatically place a file date and time at the bottom of the bond after you have obtained all signatures. It may require you to go back to "EDIT" view, then back to "View/Sign" a few times before you see the file date and time at the bottom of the bond. If you print it without the file date and time, you will be required to manually write the file date and time on all copies. Go to Case Activity in JWEB to locate the time.

19. Print 2 copies of Bond
    a. Give one (1) copy to Defendant (Bond and General Conditions of Release)
    b. Keep one (1) copy for Pretrial (Bond and General Conditions of Release). Place Copy in the appropriate tray.
    c. Exception: Give one (1) copy to the Clerk if the bond was done manually and (1) copy for Central Records. NOTE: Representative MUST sign and acknowledge bond receipt. If Central Records is not provided a copy of the bond, the defendant will not be released.
20. Complete "General Conditions Release" form.
    a. Go back to the EP Queue and select the "General Conditions Release" icon for respective GOB

    b. Have defendant electronically sign
    c. Print two (2) copies
        i. Give one (1) copy to the defendant. Ii.

HC-0000702406

    ii.   Attach one (1) copy to the GOB for Pretrial
  d. Exit out of document



21. Review content of the bond with defendant and provide copy.

22. Update the defendant process status in OMS (Offender Management System) dashboard to complete.

23. Click on the defendant's name of the GOB you just complete, scroll down and select "PTS Bonded" then click "Save".

**NOTE:** Only select "PTS Bonded" if the defendant does NOT have any additional pending charges which can be verified in DIM 90. If the defendant has holds you can still select "PTS Bonded"

24. Record GOB in the "General Order Bond Log"

25. Record GOB on "Bond Acknowledgement Receipt Log" – ONLY IF THE BOND WAS DONE MANUALLY

26. Proceed to the next case.

HC-0000702407

# FELONY GENERAL ORDER BOND INSTRUCTIONS

**Criteria**

1. Must be a Felony
2. Case must have a $2500 bond
3. Charge(s) must be listed on the approved list of charges.

**Systems Needed for Processing** (TIP: Open all below systems before you start processing)

1. OMS (Offender Management System) – Only available at JPC (Joint Processing Center)

2. JWEB

3. DEEDS (Deputy Exploration of Electronic Documents

**Documents/Reports Needed** (Print is optional)

1. DEEDS (EP Que)

2. Prisoners Available for PTS Report from OMS (Offender Management System)

3. Prisoners Ready for Pretrial (Intranet)

4. Supervision Requirement Form

5. Court List (Intranet)

**Logs to be updated**

1. General Order Bond Log (GOB Log)

2. Bond Acknowledgement Receipt Log

### HOW TO IDENTIFY A GOB-F

1. Do a LBKI inquiry to determine if the bond has been set at $2500. If yes, proceed to step 2
2. Locate the defendant in DIM 90 by using the defendant's last name, first name, DA LOG #, or CJIS #. **NOTE:** Use the "Tran-Date" tool to narrow your search.
3. Click the small box that corresponds to your defendant, then select "Detail Log"
4. Find the specific case(s) you are trying to identify to see if the charge(s) are flag with the code "G"

   

5. If the bond is set at $2500 and the charge is not flagged "G" please consult with your supervisor.

   

## Unable to Process a GOB-F

1. **Refusal**
   a. Print an LBKI of the defendant, write the reason why the GOB-F was not processed and place in the interview tray.
   b. Make sure the GOB-F is added to a docket.
2. If the HCSO verified, the defendant is in segregation, suicidal, combative, not accessible or mental health you can proceed to update defendant's process status to complete.
   a. Print an LBKI of the defendant, write the reason why the GOB-F was not processed and place in the interview tray.
   b. Make sure the GOB-F is added to a docket.

## HOW TO PROCESS A GENERAL ORDER BOND FELONY

Use the "Ready for Pretrial" reports to determine if a GOB-F case is available
1. Use the criteria to identify if it is a GOB-F
   a. Bond set at $2500
   b. Must be felony
   c. Locate the defendant in DIM 90 by using the defendant's last name, first name or DA Log #.
   d. Click the small box that corresponds to your defendant, then select "Detail Log"
   e. Find the specific case you are trying to identify to see if the charge is flagged with the code "G"   
   f. If the bond is set at $2500 and the charge is not flagged "G" please consult with your supervisor

   EP:

2. Go to DEEDS by opening a new web browser (Pretrial Service Intranet)
3. From the left hand menu under "Resources" click "Court & Case Information"
4. Click "District Court DEEDs"

HC-0000702409

5. Click "Early Presentment" from the top toolbar



6. Search Case #



7. Under "Bond", select "None"
8. Go back to OMS Dashboard
9. Locate the defendant by using the dashboard. NOTE: Click on the name of the defendant to view the defendant's image. This will help you verify that you are processing the correct person
   a) SPN #, booking #, Last name, First Name
10. Mark defendant in progress, this ensures only one PTO is working on a case at a time.



11. Call the defendant to your respective interview station.
   a.  If defendant refuses or doesn't respond. Follow the protocol "Unable to process a GOB-F'
12. From the Early Presentment Queue, select the defendant by clicking ⚙ NOTE: It must show "In Custody"
   a.  If the case is not listed in the Early Presentment Queue, ADD case and process accordingly



   b.  DO NOT Process GOB-F until the defendant is in front of you.
   c.  If not in the EP Queue, see "How to add GOB-F case to the Early Presentment Queue"
13. When the bond populates, select "Simple Edit" view from upper left hand corner.



14. Review and update defendant's information on the bond
   a.  Verify defendant's name, offense, case number and SPN
   b.  Update the court date (NQY3) and time (refer to court list).
   c.  Correct Address: Enter the Corresponding Court Address
   d.  Check small box, if defendant agrees to receive future court date notifications by text message  OK AGREE TEXT MSGS: ☑

e. Ask the defendant both "needs" questions on GOB-F
   1. Do you need assistance finding a home or permanent place to go upon release?
   2. Do you need transportation?



15. Complete all the required fields starting at "Defendant DOB" and down
   **NOTE:** "Def Relative' and "Def Employer" alternate, so place close attention to ensure the correct information is entered in the proper fields. Ask all Def Relative questions first and then all Def Employer questions so no confusion is added. **NOTE:** Verify the information that is prepopulated on the GOB-F bond and make corrections if needed.





HC-0000702411

16. Completing the bottom portion of the GOB-F bond
    a. Recipient: DC (District Clerk)
    b. Filer: Initials of the PTO Processing the GOB-F bond
    c. Def Notified: Initials of the PTO who instructed the defendant
    d. HCJ: Place an "X"



**NOTE:** Non Arrest and HPD fields are not applicable to GOB-F's

17. When complete click "save" and then click "view/sign"
18. Review bond for accuracy prior to applying electronic signatures
    a) If you need to make a change, go back to "EDIT" view to make the change(s) then select "save" then "view/sign"
19. Obtain defendant's electronic signature
    a) Click the down arrow under the "signer" field and select "Defendant"
        i. Ask defendant to sign using the electronic signature pad and when complete select "esign" to apply signature to the bond. **NOTE:** make sure you have exited other GOB-F's screens, you have already processed to avoid receiving an error message during this portion



20. Apply PTO's electronic signature to the GOB-F bond
    a) Click the down arrow under the "signer" field and select "pretrial"
    b) Enter your PIN# and select "esign" to apply signature to bond. **NOTE:** Once the last signature has been applied to the bond, you can no longer make any changes because the system automatically files the bond in JWEB. If you need to make changes speak to a supervisor.
    c) GOB'F's allow for manual input for the file date/time. If you print it without the file date and time, you will be required to manually write the file date and time on all copies. Go to Case Activity in JWEB to find the time.

21. Print 2 copies of Bond: NOTE: Stamp all RIC Bonds with the appropriate "RIC Stamp"
    a. Give one (1) copy to Defendant (Bond, Supervision Form and Referral Form)
    b. Place one (1) copy of GOB-F in "Approval" Tray (Bond and Supervision Requirement Form)
    c. Exception: Deliver one (1) copy to District Clerk (Bond) **if Bond was done manually** and for Central Records (Representative MUST sign and acknowledge bond receipt)

**NOTE:** If Central Records is not provided a copy of the bond, the defendant will not be released

22. Complete "Supervision Requirement" form
    a. Go to Intranet
    b. Click "Forms"
    c. Click "Supervision Requirement English Fillable' , "Supervision Requirement Spanish Fillable"  or "Supervision Requirements (RIC ONLY)
    d. Complete fillable filed with associated GOB-F
    e. Print two (2) copies
        i.   Give one (1) copy to the defendant
        ii.  Attached (1) copy to the GOB-F for Pretrial
23. Review content of the bond with defendant and provide copy
24. Update the defendant process status in OMS dashboard from In-Progress to complete



25. Click the defendant's name of the GOB-F you just completed, scroll down and select "PTS Bonded" then click "save"
    a. You only need to select "PTS Bonded" if the defendant does not have additional pending charges.
    b. "PTS Bonded" will alert the Sheriffs that they can start processing his/her release. **Do NOT** select "PTS Bonded" if defendant has additional pending charges.
26. Record GOB-F in the "General Order Bond Log"- Def Name/SPN, Court/Cause/Filed By, File Time
27. Record GOB-F on "Bond Acknowledgement Receipt Log"- **ONLY TO BE USED IF A BOND WAS DONE MANUALLY**
28. Proceed to the next case

HC-0000702413