# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

Dwight Russell, et al.

v.  Case Number: 4:19−cv−00226

Harris County, Texas, et al.

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
Courtroom 11B
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 3/29/2023

**TIME:** 03:30 PM

**TYPE OF PROCEEDING:** Motion Hearing

Date:   February 9, 2023

Nathan Ochsner, Clerk