IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DWIGHT RUSSELL, et al. )<br>)<br>Plaintiffs, )<br>) Case No. 4:19-cv-00226<br>v. ) (Class Action)<br>) The Honorable Lee H. Rosenthal<br>HARRIS COUNTY, TEXAS, et al. ) Chief U.S. District Judge<br>)<br>Defendants. )<br>) | |

**SUPPLEMENT TO EXPERT REPORT OF DR. JENNIFER COPP**

1. My name is Jennifer Copp. I previously submitted an expert report in *Russell v. Harris County*. Dkt. 634-3. This report is intended to supplement those findings with analysis of 2022 data, which I received after my initial report was submitted.

2. In preparing this supplemental report, I have reviewed spreadsheets that Plaintiffs' counsel informed me were produced by Harris County and the Harris County Sheriff's Office via the discovery process in this case. A complete list of the spreadsheets and other materials that I have reviewed are identified in Appendix A. My methodology is otherwise the same as that described in my original report.

3. The data analyzed in preparing this report cover all arrests for one or more felony offenses made between January 1, 2022 and September 30, 2022.

   **Analysis:**

4. Based on my extensive analysis of the data provided to me I have reached the following additional conclusions about the Harris County felony bail system. My analysis is ongoing, and may be further supplemented at a later date.

5. **75% of people arrested for felonies between January 1, 2022 and September 30, 2022 had secured bonds set in their cases (27,473 people out of a total of 36,596 arrests).**

   a. Of those with a secured bond set and a valid case complete date, less than half, about 41% (4,472 people out of 11,010 qualifying arrests), paid bond prior to the case complete date.

1

    b. Of those with a secured bond set and a valid case complete date, 64% (7,036 people out of 11,010 qualifying arrests) were detained at case disposition.[1]

6. **73% of people arrested for felonies between January 1 and September 30, 2022 were still detained at their scheduled first appearance (22,298 people out of 30,745 arrests with valid first appearance data).**

7. **7% of people arrested for felonies between January 1 and September 30, 2022 had a "bail review" listed in their court settings (2,731 people out of a total of 36,596 arrests).**

    a. There was no indication of a "bail review" setting for 93% of arrestees.[2]

8. **Among people arrested for felonies between January 1 and September 30, 2022 and who had valid disposition dates, over half avoided a conviction. Only 39% of people were convicted.**

    a. 59% of people avoided a conviction either because their charges were dismissed (28%) or deferred (31%).

I declare under penalty of perjury that the foregoing is true and correct to the best of my ability.

*Jennifer Copp* (Digitally signed by Jennifer Copp, Date: 2023.02.13 19:23:36 -05'00')  
Jennifer Copp, Ph.D.

2/13/2023  
Date

---

[1] Observations were identified as having been detained at disposition if their release date either coincided with or followed their disposition date. However, several of the release reasons listed for observations characterized as having been released prior to case disposition reflect dispositions, suggesting that the reported share who remained detained until case disposition is likely a conservative estimate.

[2] In my initial report, I calculated this figure using as my denominator all people arrested for felonies who detained at magistration. Now, after S.B. 6, all people arrested for felonies are detained until magistration.

## APPENDIX A: MATERIALS REVIEWED

1. HCSO 0001f, spreadsheet of detainee data,
2. HC 817,514, spreadsheet of attorneys on cases data
3. HC 817,515, spreadsheet of bond document data
4. HC 817,516 spreadsheet of 2022 case settings data
5. HC 817,517, spreadsheet of judgments data
6. HC 817,518, spreadsheet of bail activity data
7. HC 817,519, spreadsheet of bond forfeiture data
8. HC 817,520, spreadsheet of general case data