| HCDistrictclerk.com | The State of Texas vs HARRIS, EJ (SPN 00135489) | 2/13/2023 |
|---|---|---|
| | Cause: 179959201010   CDI: 3   Court: 208 | |

## APPEALS
No Appeals found

## BONDS
No Bonds found.

## PAYMENT PLAN
No Payment Plan found

## RELATED CASES
No related cases found.

## SUMMARY

### CASE DETAILS

| | |
|---|---|
| Case | 179959201010 - 3 |
| File Date | 12/20/2022 |
| Case (Cause) Status | Active - CRIMINAL |
| Offense | BURGLARY OF A BUILDING |
| Last Instrument Filed | Felony Indictment |
| Case Disposition | |
| Case Completion Date | N/A |
| Defendant Status | JAIL |
| Bond Amount | $5,000.00 |
| Next/Last Setting Date | 2/16/2023 |

### DEFENDANT DETAILS

| | | | |
|---|---|---|---|
| Race/Sex | B / M | Height/Weight | 5'11 / 155 LBS |
| Eyes | MAR | Hair | BLK |
| Skin | BLK | Build | MED |
| DOB | ▇▇/1946 | In Custody | Y (Locate) |
| US Citizen | YES | Place Of Birth | TX |
| Address | ▇▇▇▇▇▇▇ 77026 | | |
| Markings | | | |

### CURRENT PRESIDING JUDGE

| | |
|---|---|
| Court | 208th |
| Address | 1201 Franklin (Floor: 17)<br>Houston, TX 77002<br>Phone:8329273950 |
| JudgeName | Beverly D. Armstrong |
| Court Type | Criminal |

## WITNESS

| Subpoena ID | Status | Name | County | Request Date | Issued Date | Summoned By | Served Date | Return Date | Return Type |
|---|---|---|---|---|---|---|---|---|---|
| 1129927 | Returned | CUSTODIAN, HPD | Harris County | 1/4/2023 | 1/4/2023 | Peace Officer | 1/5/2023 | 1/5/2023 2:41:00 PM | Executed |
| 1129928 | Returned | CUSTODIAN, HEC | Harris County | 1/4/2023 | 1/4/2023 | Peace Officer | 1/5/2023 | 1/5/2023 12 50 00 PM | Executed |
| 1129929 | Returned | RECORDS CUSTODIAN, CITY OF HOUSTON | Harris County | 1/4/2023 | 1/4/2023 | Peace Officer | 1/5/2023 | 1/5/2023 2:41:00 PM | Executed |

| 1129937 | Issued | RECORDS CUSTODIAN, FAMILY DOLLAR | Harris County | 1/4/2023 | 1/4/2023 | Private |

## BOOKINGS

| Arrest Date | Arrest Location | Booking Date |
|---|---|---|
| 12/19/2022 10:13:00 PM | 3084 | 12/20/2022 12:01:00 AM |

## HOLDS

| Agency Placing Hold | Agency Name | Warrant Number | Bond Amount | Offense | Hold Placed | Hold Lifted |
|---|---|---|---|---|---|---|
| TX227015G | BOPP | 01399451 | $0.00 | PAROLE VIOLATION | 7/29/2018 | 11/15/2018 |
| TX227015G | BOPP | 01399451 | $0.00 | PAROLE VIOLATION | 3/26/2015 | 8/28/2015 |
| TX227015G | BOPP | 01399451 | $0.00 | PAROLE VIOLATION | 10/14/2011 | 1/5/2012 |
| TX227015G | BOPP | 01399451 | $0 00 | PAROLE VIOLATOR | 11/15/2005 | 2/28/2006 |
| TX227015G | BOPP | 01399451 | $0.00 | PAROLE VIOLATOR | 6/1/2004 | 8/6/2004 |
| SO1010000 | CENTRAL RECORDS | 0000535161 | $0.00 | PAROLE VIOLATION | 4/26/1994 | 2/8/1995 |
| TX227015G | BOPP | 1207411960 | $0.00 | PAROLE VIOLATOR | 12/8/1988 | 3/7/1989 |

## CRIMINAL HISTORY

| Case(Cause)Nbr / Status | Defendant | Filed / Booked | Ct | Defendant Status | Disposition | Bond Amt | Type of Action / Offense | Next Setting |
|---|---|---|---|---|---|---|---|---|
| 179959201010-3Active - CRIMINAL(A) | HARRIS, EJ | 12/20/2022 \| 12/20/2022 | 208 | JAIL(J) | | $5,000 | BURGLARY OF A BUILDING (F) | 2/16/2023 |
| 173437501010-3Complete(C) | HARRIS, EJ | 8/5/2021 \| 8/4/2021 | 182 | Disposed(D) | Disposed(DISP)2/7/2022 | $15,000 | ASSLT FAM/HOUSEHOLD MEM W/PREV CONV (F) | 2/7/2022 |
| 169792901010-3Dismissed(D) | HARRIS, ELMER | 11/13/2020 \| 8/4/2021 | 182 | Disposed(D) | Dismissed(DISM)2/3/2022 | $50,000 | DWI THIRD (F) | 2/3/2022 |
| 159448001010-3Complete(C) | HARRIS, E.J. | 6/14/2018 \| 7/29/2018 | 185 | Disposed(D) | Disposed(DISP)11/8/2018 | $1,500 | THEFT >=2,500 <30,000 (F) | 11/8/2018 |
| 215285601010-2Complete(C) | HARRIS, ELMER | 5/25/2017 \| 5/26/2017 | 3 | Disposed(D) | Disposed(DISP)5/30/2017 | $5,000 | TRESPASS PROP/BLDG-NO FORB ENT (M) | 5/30/2017 |
| 146215701010-3Complete(C) | HARRIS, ELMER JAMES | 3/24/2015 \| 3/25/2015 | 262 | Disposed(D) | Disposed(DISP)7/28/2015 | | ASSAULT FAMILY MEMBER (M) | 7/28/2015 |
| 188243401010-2Complete(C) | HARRIS, EJ | 3/5/2013 \| 3/6/2013 | 8 | Disposed(D) | Disposed(DISP)3/7/2013 | $5,000 | TERRORISTIC THREAT (M) | 3/7/2013 |
| 184878301010-2Complete(C) | HARRIS, ELMER | 9/2/2012 \| 9/2/2012 | 13 | Disposed(D) | Disposed(DISP)10/1/2012 | $5,000 | DWI 1ST OFFENDER BAC>=0.15 (M) | 10/1/2012 |
| 133827001010-2Complete(C) | HARRIS, ELMER JAMES | 11/10/2005 \| 11/17/2005 | 7 | Disposed(D) | Disposed(DISP)12/7/2005 | $5,000 | HARASSMENT - VERBAL (M) | 12/7/2005 |

| Case | Name | Filed/Offense Date | Court | Status | Disposition | Bond | Charge | Disp. Date |
|---|---|---|---|---|---|---|---|---|
| [123966601010-2Complete(C)](#) | HARRIS, ELMER JAMES | 5/31/2004 \| 5/31/2004 | 7 | Disposed(D) | Disposed(DISP)6/7/2004 | $5,000 | ASSAULT-FAMILY MEMBER (M) | 6/7/2004 |
| [123172401010-2Dismissed(D)](#) | HARRIS, ELMER JAMES | 4/18/2004 \| 4/18/2004 | 15 | Disposed(D) | Dismissed(DISM)4/21/2004 | $5,000 | ASSAULT-BODILY INJURY (M) | 4/21/2004 |
| [123172601010-2Complete(C)](#) | HARRIS, ELMER JAMES | 4/18/2004 \| 4/18/2004 | 15 | Disposed(D) | Disposed(DISP)4/21/2004 | $5,000 | POSS MARIJ 0-2 OZ (M) | 4/21/2004 |
| [123172501010-2Complete(C)](#) | HARRIS, ELMER JAMES | 4/18/2004 \| 4/18/2004 | 15 | Disposed(D) | Disposed(DISP)4/21/2004 | $5,000 | ASSAULT BODILY INJURY (M) | 4/21/2004 |
| [122192501010-2Complete(C)](#) | HARRIS, EJ | 2/26/2004 \| 4/19/2004 | 15 | Disposed(D) | Disposed(DISP)4/21/2004 | $5,000 | DRIVING WHILE LICENSE SUSP. (M) | 4/21/2004 |
| [940807301010-3Complete(C)](#) | MEANS, LONNIE RAY | 4/5/1994 \| 4/6/1994 | 179 | Disposed(D) | Disposed(DISP)11/14/1994 | | THEFT $200-$750 (M) | 11/14/1994 |
| [933190201010-2Complete(C)](#) | MEANS, LONNIE RAY | 8/5/1993 \| 8/23/1993 | 5 | Disposed(D) | Disposed(DISP)9/9/1993 | $2,000 | THEFT $20-$200 (M) | 9/9/1993 |
| [925792901010-2Dismissed(D)](#) | MEANS, LONNIE RAY | 12/3/1992 \| 12/19/1992 | 4 | Disposed(D) | Dismissed(DISM)4/7/1993 | $1,000 | CRIM MISCH $20 200 (M) | 4/7/1993 |
| [921176101010-2Complete(C)](#) | MEANS, LONNIE RAY | 3/13/1992 \| 3/13/1992 | 10 | Disposed(D) | Disposed(DISP)3/16/1992 | $1,000 | EVADE ARREST (M) | 3/16/1992 |
| [921176201010-2Complete(C)](#) | MEANS, LONNIE RAY | 3/13/1992 \| 3/13/1992 | 10 | Disposed(D) | Disposed(DISP)3/16/1992 | $1,000 | CRIMINAL TRESPASS-HABITATION (M) | 3/16/1992 |
| [054790301010-3Dismissed(D)](#) | MEANS, LONNIE RAY | 11/16/1989 \| 11/17/1989 | 178 | Disposed(D) | Dismissed(DISM)1/12/1990 | $60,000 | AGG SEXUAL ASSLT (F) | 1/12/1990 |
| [054790301030-3Dismissed(D)](#) | MEANS, LONNIE RAY | 11/16/1989 \| 11/17/1989 | 178 | Disposed(D) | Dismissed(DISM)1/12/1990 | | AGG ASLT SBI/DEADLY WEAPON (F) | 1/12/1990 |
| [054790201010-3Complete(C)](#) | HARRIS, ELMER JAMES | 11/16/1989 \| 11/17/1989 | 178 | Disposed(D) | Disposed(DISP)1/11/1990 | | THEFT AUTO $750-20000 (F) | 1/12/1990 |
| [054790301020-3Dismissed(D)](#) | MEANS, LONNIE RAY | 11/16/1989 \| 11/17/1989 | 178 | Disposed(D) | Dismissed(DISM)1/12/1990 | | AGG KIDNAPPING (F) | 1/12/1990 |
| [053884001010-3Dismissed(D)](#) | MEANS, LONNIE RAY | 8/12/1989 \| 8/13/1989 | 178 | Disposed(D) | Dismissed(DISM)11/28/1989 | $50,000 | THEFT AUTO $750-20000 (F) | 12/11/1989 |
| [053032801020-3Dismissed(D)](#) | MEANS, LONNIE RAY | 5/11/1989 \| 8/13/1989 | 178 | Disposed(D) | Dismissed(DISM)11/28/1989 | | AGG KIDNAPPING (F) | 12/11/1989 |
| [053032801010-3Dismissed(D)](#) | MEANS, LONNIE RAY | 5/11/1989 \| 8/13/1989 | 178 | Disposed(D) | Dismissed(DISM)11/28/1989 | $50,000 | AGG SEXUAL ASSLT (F) | 12/11/1989 |
| [051211201010-3Dismissed(D)](#) | MEANS, LONNIE RAY | 10/2/1988 \| 10/2/1988 | 263 | Disposed(D) | Dismissed(DISM)1/30/1989 | | AGG ROBBERY-DEADLY WPN (F) | 1/30/1989 |
| [043522501010-3Complete(C)](#) | HARRIS, ELMER J | 10/16/1985 \| 10/21/1985 | 184 | Disposed(D) | Disposed(DISP)10/25/1985 | | UNAUTH USE OF VEHICLE (F) | 10/25/1985 |
| [043017001010-3Dismissed(D)](#) | MEANS, LONNIE RAY | 8/5/1985 \| 8/6/1985 | 184 | Disposed(D) | Dismissed(DISM)10/25/1985 | $5,000 | UNAUTH USE OF VEHICLE (F) | 10/25/1985 |
| [084611101010-2Dismissed(D)](#) | MEANS, LONNIE LEE | 8/5/1985 \| 8/6/1985 | 5 | Disposed(D) | Dismissed(DISM)10/30/1985 | $1,500 | THEFT BY REC $200-$750 UNKNOWN (M) | 10/30/1985 |
| [084611001010-2Complete(C)](#) | MEANS, LONNIE LEE | 8/5/1985 \| 8/6/1985 | 5 | Disposed(D) | Disposed(DISP)10/30/1985 | $1,500 | EVADE ARREST (M) | 10/30/1985 |
| [042033901010-3Complete(C)](#) | HARRIS, ELMER JAMES | 3/1/1985 \| 3/1/1985 | 185 | Disposed(D) | Disposed(DISP)4/12/1985 | | UNAUTHORIZED USE MTR VEH (M) | 4/12/1985 |
| [038383901010-3Dismissed(D)](#) | MEANS, LONNIE RAY | 7/5/1983 \| 7/5/1983 | 208 | Disposed(D) | Dismissed(DISM)7/29/1983 | $20,000 | AGG ROBBERY DEADLY WPN (F) | 7/29/1983 |
| [070607301010-2Complete(C)](#) | MEANS, LONNIE RAY | 4/29/1983 \| 4/30/1983 | 5 | Disposed(D) | Disposed(DISP)5/2/1983 | $2,000 | ESCAPE (M) | 5/2/1983 |
| [061299101010-2Complete(C)](#) | HARRIS, ELMER J. | 3/17/1981 \| 3/17/1981 | 10 | Disposed(D) | Found Guilty(GILT)3/20/1981 | $5,000 | CONTROLLED SUBSTANCE (M) | 3/24/1981 |
| [031818901010-3Dismissed(D)](#) | HARRIS, ELMER JAMES | 7/10/1980 \| 3/17/1981 | 185 | Disposed(D) | Dismissed(DISM)5/14/1981 | $5,000 | AGG ASLT-SBI/DEADLY WEAPON (F) | 5/14/1981 |
| [029723601010-3Complete(C)](#) | HARRIS, ELMER J | 6/19/1979 \| 11/21/1979 | 208 | Disposed(D) | Disposed(DISP)2/18/1980 | $5,000 | PASS FORGED CHECK (F) | 3/3/1999 |

| Case | Defendant | Dates | Court | Status | Disposition | Bond | Offense | Offense Date |
|---|---|---|---|---|---|---|---|---|
| 02648010101B-3Complete(C) | MEANS, LONNIE RAY | 5/31/1979 | | 208 | Disposed(D) | Disposed(DISP)12/19/1980 | | FORGE CHECK (F) | |
| 02648010101A-3Complete(C) | HARRIS, ELMER J. | 10/18/1978 | | 208 | Disposed(D) | Disposed(DISP)12/20/1978 | | FORGE CHECK (F) | |
| 026480101010-3Dismissed(D) | HARRIS, ELMER J. | 6/17/1977 \| 1/20/1978 | 208 | Disposed(D) | Dismissed(DISM)1/2/1980 | | FORGE CHECK (F) | 4/26/1978 |
| 046936401010-2Complete(C) | MEANS, LONNIE RAY | 10/12/1976 \| 1/20/1978 | 4 | Disposed(D) | Found Guilty(GILT)1/30/1978 | $2,500 | POSS MARIJUANA 0-2 OZ (M) | 1/30/1978 |

## ACTIVE PARTIES

| Name | Connection | Post Jdgm | SPN # | Atty StartDt | Atty EndDt |
|---|---|---|---|---|---|
| GLASS, JAMES GREGORY | JUDGE - CRIMINAL | | 58003500 | 12/21/2022 | |
| GANEM, NATALIE KATHERINE | APPOINTED PUBLIC DEFENDER | | 03090874 | 12/21/2022 | |
| ARLINE, TANESHA CHRISTINE | PUBLIC DEFENDER AT PC DOCKET | | 02826455 | | |
| HARRIS, EJ | DEFENDANT - CRIMINAL | | 00135489 | | |

## INACTIVE PARTIES

No inactive parties found.

## SETTINGS

| Date | Court | Post Jdgm | Docket Type | Reason | Results | Defendant | Future Date | Comments | Attorney Appearance Indicator |
|---|---|---|---|---|---|---|---|---|---|
| 12/21/2022 09:00 AM | 208 | | Assigned Court | Preliminary Assigned Court Appearance | Reset By Operation Of Law | Present | 1/6/2023 | | Present |
| 1/06/2023 09:00 AM | 208 | | Master Docket | Arraignment | Reset By Court | Present | 2/16/2023 | | Present |
| 2/16/2023 09:00 AM | 208 | | Master Docket | Arraignment | | Data Not Entered | | | To Be Set |
| 12/20/2022 01:00 PM | PCD | | Motions Docket | Probable Cause Hearing | PC FOUND AND WARNINGS GIVEN | Data Unavailable | | | To Be Set |

## ALIASES

| Defendant Alias | True Name | Race | Sex | DOB | SPN# |
|---|---|---|---|---|---|
| HARRIS, E J | | B | M | ▇/1946 | 00135489 |
| HARRIS, E.J. | | B | M | ▇/1946 | 00135489 |
| HARRIS, EJ | Yes | B | M | ▇/1946 | 00135489 |
| HARRIS, ELMER | | B | M | ▇/1946 | 00135489 |
| HARRIS, ELMER J. | | B | M | ▇/1946 | 00135489 |
| HARRIS, ELMER JAMES | | B | M | ▇/1946 | 00135489 |
| MEANS, LONNIE LEE | | B | M | ▇/1946 | 00135489 |
| MEANS, LONNIE RAY | | B | M | ▇/1946 | 00135489 |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 105997380 | CHARGING INSTRUMENT - FELONY INDICTMENT | | 01/12/2023 | 1 |
| 105866016 | BOND SET | | 01/06/2023 | 1 |
| 105866032 | DCA CASE RESET FORM | | 01/06/2023 | 1 |
| 105866066 | STATE'S MOTION FOR BOND CONDITIONS | | 01/06/2023 | 6 |
| | ADDITIONAL ORDERS | | 01/06/2023 | |
| 105866072 | BAIL ORDER | | 01/06/2023 | 1 |
| | ADDITIONAL ORDERS | | 01/06/2023 | |
| 105879459 | ORDER FOR SUPERVISION AND BOND CONDITIONS | | 01/06/2023 | 3 |
| 105819465 | REQUEST FOR DISCOVERY NOTICE AND DISCLOSURE OF STATE'S EXPERTS | | 01/04/2023 | 4 |
| 105677094 | APPOINTING COUNSEL | | 12/21/2022 | 1 |
| 105686462 | BOND SET | | 12/21/2022 | 1 |
| 105648679 | CHARGING INSTRUMENT - COMPLAINT | | 12/20/2022 | 1 |
| ·> 105648680 | FIRST EMERGENCY ORDER REGARDING THE COVID - 19 STATE OF DISASTER | | 12/20/2022 | 1 |
| 105648682 | STATE'S MOTION FOR BOND CONDITIONS | | 12/20/2022 | 4 |
| 105648683 | MOTION FOR SUFFICIENT BAIL | | 12/20/2022 | 7 |
| 105654647 | AFFIDAVIT OF FINANCIAL CONDITION | | 12/20/2022 | 1 |
| 105661134 | COMMITMENT ISSUED - FELONY | | 12/20/2022 | 3 |
| | FINANCIAL AFFIDAVIT FILED | | 12/20/2022 | |
| | REQUESTED REPRESENTATION | | 12/20/2022 | |
| | ADDITIONAL ORDERS | | 12/20/2022 | |
| | PROBABLE CAUSE & STATUTORY WARNINGS | | 12/20/2022 | |
| | IND ASMT HELD | | 12/20/2022 | |
| 105662016 | ORDER FOR SUPERVISION AND BOND CONDITIONS | | 12/20/2022 | 2 |
| 105665314 | STATE'S MOTION FOR BOND CONDITIONS | | 12/20/2022 | 6 |

Filed 22 December 20 A8:45
Marilyn Burgess - District Clerk
Harris County
EA001_1577787
By: BROADNAX, JAYLA

THE STATE OF TEXAS  
VS.  
**EJ HARRIS**  SPN: **00135489**  
DOB: **B M** ▮▮▮▮▮ **1946**  
▮▮▮▮▮▮▮▮▮▮▮▮ **77026**  DATE PREPARED: **12/20/2022**

D.A. LOG NUMBER: **2901791**  
CJIS TRACKING NO.: **9270196194A001**  
AGENCY: **HPD**  
O/R NO: **170974122**  
ARREST DATE: **12/19/2022 10:13pm**

NCIC CODE: **2200 96**  RELATED CASES:  

FELONY CHARGE: **BURGLARY WITH INTENT TO COMMIT THEFT**

CAUSE NO: **179959201010**  
HARRIS COUNTY DISTRICT COURT NO: **208**  
FIRST SETTING DATE: **12/21/2022**

COURT ORDERED BAIL: **Refer to (15.17)**  
PRIOR CAUSE NO:  
CHARGE SEQ NUM: **1**

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Before me, the undersigned Assistant District Attorney of Harris County, Texas, this day appeared the undersigned affiant, who under oath says that he has good reason to believe and does believe that in Harris County, Texas, **EJ HARRIS**, hereafter styled the Defendant, heretofore on or about **December 19, 2022**, did then and there unlawfully, with intent to commit theft, enter a building not then open to the public, owned by Tanisha Lovette Mcfarland, a person having a greater right to possession of the building than the Defendant and hereafter styled the Complainant, without the effective consent of the Complainant, namely, without any consent of any kind.

Before the commission of the offense alleged above, (hereafter styled the primary offense), on October 25, 1985, in Cause Number 0435225, in the 184th District Court of Harris County, Texas, the Defendant was convicted of the felony offense of Unauthorized Use of Vehicle.

Before the commission of the primary offense, and after the conviction in Cause Number 0435225 was final, the Defendant committed the felony offense of Theft and was finally convicted of that offense on January 11, 1990, in Cause Number 0547902, in the 178th District Court of Harris County, Texas.

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Signed and sworn by me on 12/20/2022

_[signature]_  
Jeffrey Wilson  
AFFIANT

Duly attested by me on 12/20/2022

_[signature]_  
Jay Gordon  
Assistant District Attorney  
Harris County District Attorney's Office  
TBC No. 24097749  
GORDON_JAMES@DAO.HCTX.NET

**COMPLAINT**

D.A. LOG NUMBER: **2901791**  
DEFENDANT: **EJ HARRIS**

Page 1 of 1

| CAUSE NO. 179959201010 | SPN: 00135489 | DATE/TIME OF ARREST: 12/19/2022 10:13 PM |
|---|---|---|

THE STATE OF TEXAS § IN THE 208th DISTRICT COURT
v. §
HARRIS, EJ § HARRIS COUNTY, TEXAS
DOB: ███ 1946

Pgs-3

OTMSW
OTPCIH
OTRREP
OTFAF
OTCMIF
ADDO
999
998
999
998
999
997

## STATUTORY WARNINGS BY MAGISTRATE – PROBABLE CAUSE FOR FURTHER DETENTION – PR BOND/BAIL ORDER

On this date and time the above-named defendant personally appeared before me, the undersigned Texas magistrate. The defendant appeared ☒ **in person** ☐ **by video teleconference** and I admonished the defendant as follows:

You are accused of **STATE JAIL FELONY**, namely, **BURGLARY OF A BUILDING**.

- You have the right to hire an attorney to represent you.
- You have the right to remain silent.
- You have the right to have an attorney present prior to and during any interview with peace officers or attorneys representing the state.
- You have the right to stop any interview at any time.
- You have the right to an examining trial in a felony offense.
- You are not required to make a statement and any statement you make can be used against you.
- You have the right to request the appointment of counsel if you cannot afford counsel.

If you consent, I can appoint the Public Defender to represent you and describe evidence on your behalf in this bail hearing regardless of whether you are indigent. If you request appointed counsel and are later found to be indigent, another lawyer would be appointed to represent you in any trial or plea on the charge(s) listed above.

Do you consent to allow an assistant public defender to represent you in this bail hearing, knowing that this lawyer will not continue to represent you when this hearing is over? ☐ **NO** ☒ **YES**— Pursuant to Joint Administrative Order No. 2017-01, Assistant Public Defender **Arline, Tanesha** (print name) represented the Defendant in this bail hearing.

Do you request the appointment of counsel to represent you in the county or district court if you are determined to be indigent?
☐ **NO** ☒ **YES**— The Court **ORDERS** Pretrial Services to help the defendant, if still in custody, prepare the request and any supporting paperwork, and then forward the request to the judge of the court in which the case is pending within 24 hours.

---

**CONSULAR NOTIFICATION:** If you are a foreign national, you may be entitled to have us notify your country's consular representative here in the United States. If your country requires notification, we will notify it as soon as possible.

The accused is a: ☒ **United States citizen** ☐ **foreign national of (country).**

☐ The accused requests notification of consular officials.

☐ **MANDATORY NOTIFICATION:** The clerk shall immediately alert the above country's consulate of this arrest.

If you are a foreign national, please provide the following information:

| Name (father's last / mother's last / first) | Date of Birth | Place of Birth |
|---|---|---|
| Passport Number | Date Issued | Place Issued |

---

## PROBABLE CAUSE FINDING AND ORDER

☐ The Court **FINDS** that probable cause for further detention **DOES NOT EXIST**. The Court **ORDERS** the law enforcement agency and officer having custody of the defendant to immediately release the defendant from custody.

☒ The Court **FINDS** that probable cause for further detention **EXISTS**. The Court reviewed and/or set the defendant's bond as indicated in the BAIL ORDER below and, in clear and unambiguous language: (1) advised the defendant of his rights pursuant to TEX. CODE CRIM. P. Art. 15.17; and (2) provided the defendant with information required by law. The Court **ORDERS** the defendant committed to the custody of the Sheriff of Harris County, Texas, until he posts the required bond or until further order of the Court.

☐ Probable cause previously determined. The Court ORDERS the defendant committed to the custody of the Sheriff of Harris County, Texas, until he posts the required bond or until further order of the Court.

☒ SEE NEXT PAGE FOR BAIL ORDER

December 20, 2022 13:43 PM    _53997455_
**Date and Time**    **Magistrate (Judge or Hearing Officer)**    **Interpreter (if applicable)**
Magistrate **Lionel Castro (SPN 53997455)**    (Rev. June 29, 2021)    Page 1 of 2

CAUSE NO. <u>179959201010</u>

---

**STATUTORY WARNINGS BY MAGISTRATE - PROBABLE CAUSE FOR FURTHER DETENTION – PR BOND/BAIL ORDER**

---

# PERSONAL BOND / BAIL ORDER

Having found probable cause exists for the further detention of <u>HARRIS, EJ</u>, the Court next determined the conditions of release for the accused to ensure he/she will appear and answer before the proper Court.

## PART 1: PUBLIC SAFETY ASSESSMENT

The Court considered the Public Safety Assessment results and also considered the following presumptive personal bond recommendation:

- ☐ Personal Bond Recommended
- ☐ Personal Bond **NOT** Recommended
- ☒ Personal Bond Recommendation referred to Magistrate
- ☐ PSA NOT available

## PART 2: PERSONAL BOND / BAIL REQUESTS

**Presumptive Bail Amount 0.00 Bond Exception: REFER TO MAGISTRATE**

**A. DISTRICT ATTORNEY PR BOND / BAIL REQUEST**
- Personal Bond ☐ Requested ☒ Opposed ☐ No Position
- Bail Request ☐ No DA Bail Request ☒ Amount $15,000.00 ☐ No Bail

**B. PUBLIC DEFENDER PR BOND / BAIL REQUEST**
- Personal Bond ☐ Requested ☐ Opposed ☒ No Position
- Bail Request ☐ No PD Bail Request ☒ Amount $1,000.00 ☐ No Bail

## PART 3: FINANCIAL AFFIDAVIT

Signed and Sworn: ☒ Yes ☐ No

## ORDER

After considering the above, the Court (1) advised the defendant of his rights pursuant to Tex.Code Crim.P. Art 15.17; (2) set the defendant's conditions of release in clear and unambiguous language; and (3) provided the defendant with information required by law. The Court then ORDERED the following:

**Bail is set at:** ☐ No Bail ☒ $1,000.00 ☐ Conditions

**Personal bond is:** ☒ Not Approved <u>Def entered a Dollar Store through a hole (unclear if it was made by him or others) and stole toilet paper and women's underwear.</u>
☐ Approved ☒ Conditions

**The reasons for this individual assessment of the appropriate conditions of release were explained to the above-named Defendant.**

Pursuant to Texas Code of Criminal Procedure art 17.022 and Texas Government Code § 72.038, I hereby certify that in setting this bail that I considered each factor of Texas Code of Criminal Procedure art. 17.15(a), and I certify that I considered the information in the Public Safety Report System. I hereby authorize the Harris County District Clerk to enter the required certification in the Public Safety Report System on my behalf.

December 20, 2022 13:43 PM          53997955

| Date and Time | Magistrate (Judge or Hearing Officer) | Interpreter (if applicable) |
|---|---|---|
| Magistrate **Lionel Castro** (SPN **53997455**) | (Rev. April 1, 2022) | Page 2 of 2 |

COURT DIRECTIVE C87 / BOND SET/MODIFICATION

CAUSE NO. 179959201010

THE STATE OF TEXAS               IN THE 208th DISTRICT COURT
          VS.
HARRIS, EJ                       OF HARRIS COUNTY, TEXAS

OFFENSE: BURGLARY OF A BUILDING

TO THE SHERIFF OF HARRIS COUNTY, TEXAS:  GREETINGS

BY ORDER OF THE COURT ON January 6, 2023, A.D. THE FOLLOWING ACTION IS DIRECTED IN THE ABOVE STYLED AND NUMBERED CAUSE:

BOND LOWERED TO $5,000  BAIL DENIED: ☐

Please select THE COURT HAS ORDERED THE FOLLOWING BAIL OPTIONS:

CONDITIONS OF BOND: Please select

BAIL SET AS TO WITNESS ONLY: SPN:           NAME:

NOTES TO SHERIFF: JGE ARMSTRONG SET BOND AT 5K

WITNESS MY HAND AND SEAL OF OFFICE AT HOUSTON, TEXAS, THIS January 06, 2023 9:44 AM

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

BY: _____

S BOONE

SNU: 996

BOND SET