**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

Dwight Russell, et al.

v.                                                    Case Number: 4:19−cv−00226

Harris County, Texas, et al.

---

**NOTICE OF HEARING**

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SCHEDULED AS SET FORTH BELOW.**

Status Conference set for 3/31/2023 at 03:00 PM before Judge Lee H Rosenthal, by video.

Date: March 31, 2023

                                                              Nathan Ochsner, Clerk, Clerk
                                                          s/ 4 Lisa Eddins leddins, Deputy Clerk