UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DWIGHT RUSSELL, *et al.*, | § | |
| *Plaintiffs*, | § § § | |
| v. | § § | |
| HARRIS COUNTY, TEXAS, *et al.*, | § § | Case No. 4:19-cv-00226 |
| *Defendants*, | § § § | |
| STATE OF TEXAS, *et al.*, | § § | |
| *Intervenor-Defendants*. | § § | |

**HARRIS COUNTY DISTRICT ATTORNEY KIM OGG'S
UNOPPOSED MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF**

Harris County District Attorney Kim Ogg ("District Attorney Ogg") respectfully moves for leave to file the attached *amicus curiae* brief. The motion for leave is not opposed by any party.

Although this Court does not have specific rules governing *amicus curiae* briefs, District Attorney Ogg has followed the guidelines set out in Federal Rule of Appellate Procedure 29(b). The tendered brief contains an explanation of matters set out under FED. R. APP. P. 29(b).

The brief is limited to 15 pages, following the Court's prior order on the length of briefing on the issues addressed by the attached *amicus curiae* brief.

District Attorney Ogg requests that leave be granted to file the brief. A proposed form of order is attached for the Court's consideration.

Respectfully submitted,

BUTLER SNOW LLP

*/s/ Eric J.R. Nichols*
Eric J.R. Nichols
Texas Bar No. 14994900
S.D. Tex. Bar No. 13066
eric.nichols@butlersnow.com

Cory R. Liu
Texas Bar No. 24098003
S.D. Tex. Bar No. 3047640
cory.liu@butlersnow.com

1400 Lavaca Street, Suite 1000
Austin, Texas 78701
Phone: (737) 802-1800
Fax: (737) 802-1801

*Counsel for Amicus Curiae*
*Harris County District Attorney Kim Ogg*

## CERTIFICATE OF CONFERENCE

Counsel for *amicus curiae* has conferred with counsel for Plaintiffs and Defendants, and has confirmed that no party has expressed opposition to the filing. The undersigned counsel has similarly agreed with counsel for Plaintiffs that if they should need additional time to respond to the *amicus curiae* brief, that request will not be opposed.

*/s/ Eric J.R. Nichols*
Eric J.R. Nichols

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing pleading was served on counsel of record for the parties in compliance with the Federal Rules of Civil Procedure by filing with the Court's CM/ECF system on April 24, 2023.

*/s/ Cory R. Liu*
Cory R. Liu