UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DWIGHT RUSSELL, *et al.*, | § § § § | |
| *Plaintiffs*, | | |
| v. | § § § | |
| HARRIS COUNTY, TEXAS, *et al.*, | § § § § | Case No. 4:19-cv-00226 |
| *Defendants*, | | |
| STATE OF TEXAS, *et al.*, | § § § § | |
| *Intervenor-Defendants*. | | |

## ORDER

Harris County District Attorney Kim Ogg's Unopposed Motion for Leave to File *Amicus Curiae* Brief is hereby GRANTED. The *amicus curiae* brief attached to the motion is deemed filed as of the date of this Order.

Signed _____, 2023

_____
Hon. Lee H. Rosenthal
United States District Judge