UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED
JUN 23 2023
Nathan Ochsner, Clerk of Court

DWIGHT RUSSELL, et al.,

vs.                                        Civil Action No. 4-19-cv-00226

HARRIS COUNTY, TEXAS, et al.

## INTERESTED PARTY/INTERVENOR PLAINTIFF MOTION REQUESTING TO REVIEW OFFICIAL TRANSCRIPT

Interested Party/Intervenor Plaintiff, CLIFFORD FAIRFAX, pursuant to the provisions of the U.S. CONST. AMEND. I & XIV and FED. R. CIV. PROC., respectfully requests to review the official transcript in this instant civil action case and would show unto honorable U.S. District Court as follows:

1. Interested Party Clifford Fairfax has received notice by the Clerk of the Court that the Official Transcript has been filed

2. Said interested party is presently incarcerated in the Texas Department of Criminal Justice (TDCJ)-Correctional Institutional Division (TDCJ-CID) on the Charles T. Terrell Unit, and TDCJ/TDCJ-CID officials refuses to grant him access to the Internet, and the Clerk's www.txs.uscourts.gov website and PACER.

So being, he respectfully requests that this honorable Court enter an Order to grant him to review the Official Transcript filed and by whatever means/way the Court elects.

WHEREFORE, Interested Party prays that this motion is granted without delay.

Respectfully submitted,

CLIFFORD FAIRFAX
Interested Party - Pro se
TDCJ # 418151
1300 FM 655 - Terrell Unit
Rosharon, Texas
77583

CLIFFORD FAIRFAX
TDCJ #418151
1300 FM 655 - Terrell Unit
Rosharon, Texas 77583

HOUSTON TX 773
21 JUN 2023 PM 2 L

United States Courts
Southern District of Texas
FILED

JUN 23 2023

Nathan Ochsner, Clerk of Court

Nathan Ochsner
Clerk
United States District Court
Southern District of Texas
P.O. Box 61010
Houston, Texas
77208

7720S-101010

United States Courts
Southern District of Texas
FILED

JUN 23 2023

Nathan Ochsner, Clerk of Court

To: clerk of court, Case No. 4:23-cv-0110S
My name is Tommy Alexander spin No. 01717259 I am in the Harris County Jail as a pretrail detainee in case No 4:21-cv-02986 I am notifying federal court that state continue to illegal operate on federal court close out and illegal change docketment; Judge Kelly Jhonson and attorney Nelson Brussor illegaly operated and tamper on top of federal court close out; I do understand that the case has been closed out and i dont have a case with the court, but my concern is that state continue to illegal operate with No regard to federal court close out. I am requesting that marilyn Burgess and sheriff office computer be moniter for illegal court date process illegal Judge and attorney that process release date 1-12-2024 be followed out; I seek relief from the illegal operation of organize crime; state continue to broke the law.

Sincerly,
Tommy Alexander

**HARRIS COUNTY SHERIFF'S OFFICE JAIL**
Name Tommy Alexander
SPN 01777859  Cell 2-K-1
Street 1200 Baker St
HOUSTON, TEXAS 77002


Keefe Commissary Network

**INDIGENT**

US POSTAGE PITNEY BOWES
ZIP 77002 $ 000.60°
02 4W
0000368784 JUN 21 2022

David Bradley
P.O. Box 61010
Houston Texas 77208

United States Courts
Southern District of Texas
FILED
JUN 23 2023
Nathan Ochsner, Clerk of Court

7720881010 B001