United States District Court
Southern District of Texas

**ENTERED**
August 31, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DWIGHT RUSSELL, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § | CIVIL ACTION NO. H-19-226 |
| HARRIS COUNTY, TEXAS, *et al.*, | § § § | |
| Defendants. | § § | |

# FINAL JUDGMENT

For the reasons set out in this court's Order entered on August 31, 2023, this civil action is dismissed as moot. This is a final judgment.

SIGNED on August 31, 2023, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge